# EXHIBIT A

# MICHIGAN'S 110 HOUSE DISTRICTS
*2011 Apportionment Plan*