# EXHIBIT B

# MICHIGAN'S 38 SENATE DISTRICTS
*2011 Apportionment Plan*

LAKE SUPERIOR

LAKE MICHIGAN

LAKE HURON

LAKE ST. CLAIR

LAKE ERIE

### Legend

| | |
|---|---|
| ⬡ 16 | Senate District |
| DETROIT | City |
| | Macomb County |
| | Township |
| | Freeway |
| | Highway |

### Detroit & Vicinity