# EXHIBIT C

# MICHIGAN'S 14 CONGRESSIONAL DISTRICTS
*2011 Apportionment Plan*

**Legend**

- ⑦ Congressional District
- DETROIT City
- MACOMB County
- Lyon Twp Township
- Freeway
- Highway

*Detroit & Vicinity*