# EXHIBIT D

Nipigon
Thunder Bay
UNITED STATES
Lake Superior
Lac Supérieur
Pukaskwa National Park
Parc national du Pukaskwa
Wawa
Lake Superior Provincial Park
Sault Ste. Marie
Elliot Lake
KEWEENAW
HOUGHTON
ONTONAGON
BARAGA
MARQUETTE
Marquette
ALGER
LUCE
CHIPPEWA
SCHOOLCRAFT
MACKINAC
IRON
DICKINSON
DELTA
MENOMINEE
Ironwood
Rhinelander
Merrill
Wausau
Marshfield
Stevens Point
Wisconsin Rapids
Green Bay
Appleton
WISCONSIN
Manitowoc
Fond du Lac
Sheboygan
Reedsburg
West Bend
Watertown
Madison
Milwaukee
Janesville
Racine
Kenosha
Waukegan
Rockford
Freeport
Crystal Lake
Hoffman Estates
Evanston
Chicago
ILLINOIS
Aurora
Joliet
Tinley Park
Gary
Kankakee
Lake Michigan
Menominee
Marinette
EMMET
CHEBOYGAN
PRESQUE ISLE
CHARLEVOIX
ANTRIM
OTSEGO
MONTMORENCY
ALPENA
LEELANAU
Traverse City
BENZIE
GRAND TRAVERSE
KALKASKA
CRAWFORD
OSCODA
ALCONA
MANISTEE
WEXFORD
MISSAUKEE
ROSCOMMON
OGEMAW
IOSCO
Eastlake
Ludington
LAKE
OSCEOLA
CLARE
GLADWIN
ARENAC
Lake Huron
HURON
OCEANA
NEWAYGO
MECOSTA
Big Rapids
ISABELLA
Mt Pleasant
MIDLAND
Midland
TUSCOLA
SANILAC
MUSKEGON
Muskegon
MONTCALM
GRATIOT
SAGINAW
MICHIGAN
LAPEER
OTTAWA
Grand Rapids
IONIA
CLINTON
SHIAWASSEE
Flint
ST CLAIR
Holland
ALLEGAN
BARRY
EATON
INGHAM
LIVINGSTON
OAKLAND
MACOMB
Waterford
Farmington Hills
Sterling Heights
L. St. Clair
Windsor
VAN BUREN
Kalamazoo
Portage
CALHOUN
JACKSON
Jackson
WASHTENAW
Ann Arbor
WAYNE
Canton
BERRIEN
CASS
ST JOSEPH
BRANCH
HILLSDALE
Hillsdale
LENAWEE
Adrian
MONROE
Michigan City
South Bend
Goshen
INDIANA
Fort Wayne
Toledo
OHIO
Sandusky
Findlay

