# EXHIBIT E

Nipigon
Thunder Bay
UNITED STATES
Lake Superior
Lac Supérieur
Pukaskwa National Park
Parc national du Pukaskwa
Wawa
Lake Superior Provincial Park
Sault Ste Marie
Elliot Lake
North Channel
KEWEENAW
HOUGHTON
ONTONAGON
GOGEBIC
BARAGA
MARQUETTE
Marquette
IRON
DICKINSON
ALGER
SCHOOLCRAFT
LUCE
CHIPPEWA
MACKINAC
DELTA
MENOMINEE
Menominee
Marinette
021
034
Ironwood
Iron Mountain
Rhinelander
Merrill
Wausau
Marshfield
Stevens Point
Wisconsin Rapids
Green Bay
Appleton
WISCONSIN
Manitowoc
Fond du Lac
Sheboygan
West Bend
Reedsburg
Watertown
Madison
Milwaukee
Janesville
Racine
Kenosha
Waukegan
Rockford
Freeport
Crystal Lake
Hoffman Estates
Evanston
Chicago
Aurora
ILLINOIS
Joliet
Tinley Park
Gary
Kankakee
Clinton
Sterling
Lake Michigan
EMMET
CHEBOYGAN
PRESQUE ISLE
CHARLEVOIX
ANTRIM
OTSEGO
MONTMORENCY
ALPENA
Alpena
LEELANAU
BENZIE
GRAND TRAVERSE
KALKASKA
CRAWFORD
OSCODA
ALCONA
003
MANISTEE
WEXFORD
MISSAUKEE
ROSCOMMON
OGEMAW
IOSCO
033
MASON
LAKE
OSCEOLA
CLARE
GLADWIN
ARENAC
Ludington
OCEANA
NEWAYGO
MECOSTA
Big Rapids
ISABELLA
MIDLAND
BAY
Midland
Mt Pleasant
001
023
HURON
036
TUSCOLA
030
SANILAC
Lake Huron
MUSKEGON
Muskegon
MONTCALM
GRATIOT
SAGINAW
MICHIGAN
OTTAWA
019
Holland
026
029
020
IONIA
CLINTON
SHIAWASSEE
011
025
GENESEE
Flint
LAPEER
035
ST CLAIR
ALLEGAN
014
BARRY
EATON
006
INGHAM
038
Lansing
LIVINGSTON
OAKLAND
Waterford
MACOMB
024
Sterling Heights
Farmington Hills
VAN BUREN
KALAMAZOO
Kalamazoo
Portage
CALHOUN
JACKSON
Jackson
WASHTENAW
Ann Arbor
WAYNE
Canton
Westland
Livonia
Southfield
Windsor
BERRIEN
CASS
ST JOSEPH
BRANCH
HILLSDALE
Hillsdale
031
LENAWEE
Adrian
MONROE
004
Michigan City
South Bend
Goshen
INDIANA
Fort Wayne
Toledo
OHIO
Sandusky
Findlay
Lake St. Clair
Lac Sainte-Claire

