# EXHIBIT F

1
2
3
4
5
6
7
8
9
10
11
12
13
14
KEWEENAW
HOUGHTON
ONTONAGON
BARAGA
GOGEBIC
MAROUETTE
ALGER
LUCE
CHIPPEWA
IRON
SCHOOLCRAFT
MACKINAC
DICKINSON
DELTA
MENOMINEE
EMMET
CHEBOYGAN
PRESQUE ISLE
CHARLEVOIX
ANTRIM
OTSEGO
MONTMORENCY
ALPENA
LEELANAU
BENZIE
GRAND TRAVERSE
KALKASKA
CRAWFORD
OSCODA
ALCONA
MANISTEE
WEXFORD
MISSAUKEE
ROSCOMMON
OGEMAW
IOSCO
MASON
LAKE
OSCEOLA
CLARE
GLADWIN
ARENAC
HURON
OCEANA
NEWAYGO
MECOSTA
ISABELLA
MIDLAND
BAY
TUSCOLA
SANILAC
MUSKEGON
MONTCALM
GRATIOT
SAGINAW
KENT
IONIA
CLINTON
SHIAWASSEE
GENESEE
LAPEER
ST CLAIR
OTTAWA
ALLEGAN
BARRY
EATON
INGHAM
LIVINGSTON
OAKLAND
MACOMB
VAN BUREN
KALAMAZOO
CALHOUN
JACKSON
WASHTENAW
WAYNE
BERRIEN
CASS
ST JOSEPH
BRANCH
HILLSDALE
LENAWEE
MONROE
UNITED STATES
Lake Superior
Lake Michigan
Lake Huron
Thunder Bay
Nipigon
Wawa
Sault Ste. Marie
Elliot Lake
Green Bay
Appleton
Milwaukee
Chicago
Gary
South Bend
Toledo
Windsor
Sarnia
Sandusky
Findlay
Fort Wayne
Kankakee
Rockford
Madison
Wausau
WISCONSIN
ILLINOIS
INDIANA
OHIO

