IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

In re:

APPOINTMENT OF THREE JUDGE           Case No. 17-14148
PANEL PURSUANT TO
28 U.S.C. § 2284(A)

**ORDER**

This matter is before the Court upon the request of the Honorable Denise Page Hood, Chief Judge of the Eastern District of Michigan, to appoint a three-judge panel in the matter designated as *League of Women Voters of Michigan, et al. v. Ruth Johnson*, Case No. 17-14148. Having reviewed the request for a three-judge panel, Chief R. Guy Cole, Jr. finds that the request is well taken, and that a three-judge panel is warranted under 28 U.S.C. § 2284.

Wherefore, Chief Judge Cole hereby designates the Honorable Eric L. Clay, Circuit Judge of the Sixth Circuit Court of Appeals, and the Honorable Gordon J. Quist, District Judge of the Western District of Michigan to serve with the Honorable Denise Page Hood in this matter. The provisions of 28 U.S.C. § 2284 (b)(2) and (3) shall apply. This designation shall remain in full force and effect for the duration of the proceedings in Case No. 17-14148. The Clerk of this court is directed to forward a copy of this order to the Clerk of the United States District Court for the Eastern District of Michigan for entry on the docket.

BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

Entered this 4th day of January, 2018.