UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS
OF MICHIGAN, et al.,

      Plaintiffs,

v.

RUTH JOHNSON, in her official
capacity as Michigan Secretary of State

      Defendant.

Civil Action No. 17-14148

ORDER

_____/

**BEFORE:** **CLAY, Circuit Judge; and HOOD and QUIST, District Judges.**

### SCHEDULING ORDER AND NOTICE OF HEARING

This matter is before the Court for scheduling on Defendant's Motion to Stay and to Dismiss for Lack of Standing (Dkt. No. 11). The following constitutes the Court's scheduling order related to the motion and all future motions.

It is hereby **ORDERED** as follows:

1. The rules applicable to the proceedings in this matter shall be the Local Rules for the United States District Court for the Eastern District of Michigan and the Federal Rules of Civil Procedure, except as otherwise provided by order of this Court.

2. Plaintiffs filed their response to Defendant's Motion to Stay and to Dismiss for Lack of Standing on February 6, 2018. Defendant's reply brief, if any, shall be filed on or before February 20, 2018.

3. Oral argument on Defendant's Motion to Stay and to Dismiss for Lack of Standing is preliminarily scheduled for hearing before the Court on:

<u>Tuesday, March 20, 2018, at 9:00 A.M.</u>
**Theodore Levin United States Courthouse**
**Room 733**
**231 West Lafayette Boulevard**
**Detroit, MI 48226**

4. The Court will confirm whether it requires oral argument in connection with the aforesaid motion following completion of submission of briefs on or before February 20, 2018, and will thereafter notify the parties as to whether it will proceed with the hearing preliminarily scheduled for March 20, 2018.

5. If conducted, oral argument will proceed as follows. The Court will first hear the parties' arguments on Defendant's motion to stay proceedings. Unless the Court enters a stay from the bench or declines to issue a ruling from the bench, the parties will immediately proceed to present their arguments on Defendant's motion to dismiss.

ENTERED: February 7, 2018

Signed for and on behalf of the panel:

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge