# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., ) ) ) Plaintiffs, ) ) v. ) ) RUTH JOHNSON, in her official capacity as Michigan Secretary of State ) ) ) ) Defendant. ) ) ) | No. 2:17-cv-14148 ORDER |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED APPLICATION TO FILE A RESPONSE BRIEF EXCEEDING 25 PAGES

Plaintiffs, having filed their Unopposed Application to File a Response Brief Exceeding 25 Pages, and the Court, having considered the same and being duly advised, now finds that the application should, and hereby is GRANTED.

IT IS ORDERED that Plaintiffs are permitted to file a response brief to Defendant's Motion to Stay and to Dismiss for Lack of Standing [Doc. No. 11] that is no more than 40 pages long.

1

DATED: 02-12-18

_____
Signed for and on behalf of the panel:

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge

ECF Distribution to:

jay.yaeger@FaegreBD.com
harmony.mappes@FaegreBD.com
jeff.justman@FaegreBD.com
mbrewer@goodmanacker.com
RYoung@dickinsonwright.com
PEllsworth@dickinsonwright.com
RestucciaE@michigan.gov