UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 2:17-cv-14148 |
| RUTH JOHNSON, in her official capacity as Michigan Secretary of State | ) ) ORDER ) ) |
| Defendant. | ) ) ) ) |

ORDER GRANTING DEFENDANT'S UNOPPOSED APPLICATION TO FILE
A REPLY BRIEF EXCEEDING 7 PAGES

Defendant, having filed her Unopposed Application to File a Reply Brief Exceeding 7 Pages, and the Court, having considered the same and being duly advised, now finds that the application should, and hereby is GRANTED.

IT IS ORDERED that Defendant is permitted to file a reply brief to Plaintiffs' Response to Defendant's Motion to Stay and to Dismiss [Doc. No. 15] that is no more than 14 pages long.

1

ENTERED: February 15, 2018

_____
Signed for and on behalf of the panel:

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge

ECF Distribution to:

jay.yaeger@FaegreBD.com
harmony.mappes@FaegreBD.com
jeff.justman@FaegreBD.com
mbrewer@goodmanacker.com
RYoung@dickinsonwright.com
PEllsworth@dickinsonwright.com
RestucciaE@michigan.gov

2