UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS )
OF MICHIGAN, ROGER J. BRDAK, )
FREDERICK C. DURHAL, JR., )
JACK E. ELLIS, DONNA E. )
FARRIS, WILLIAM "BILL" J. )    No. 2:17-cv-14148
GRASHA, ROSA L. HOLLIDAY )
DIANA L. KETOLA, JON "JACK" )   Hon. Eric L. Clay
G. LASALLE, RICHARD "DICK" )    Hon. Denise Page Hood
W. LONG, LORENZO G. RIVERA )    Hon. Gordon J. Quist
and RASHIDA H. TLAIB, )
)
) **PLAINTIFFS' RESPONSE TO**
Plaintiffs, ) **MOTION TO INTERVENE BY**
) **REPUBLICAN CONGRESSIONAL**
v. ) **DELEGATION**
)
RUTH JOHNSON, in her official )
Capacity as Michigan )
Secretary of State, )
)
Defendant. )

| | |
|---|---|
| Joseph H. Yeager, Jr. (IN Bar No. 2083-49) | Mark Brewer (P35661) |
| Harmony A. Mappes (IN Bar No. 27237-49) | GOODMAN ACKER P.C. |
| Jeffrey P. Justman (MN 390413) | 17000 W. Ten Mile, 2nd Floor |
| FAEGRE BAKER DANIELS LLP | Southfield, MI 48075 |
| 300 North Meridian Street, Suite 2700 | Telephone: 248-483-5000 |
| Indianapolis, IN 46204 | Fax: 248-483-3131 |
| Telephone: 317-237-0300 | MBrewer@goodmanacker.com |
| Fax: 317-237-1000 | |
| Jay.Yeager@FaegreBD.com | |
| Harmony.Mappes@FaegreBD.com | |
| Jeff.Justman@FaegreBD.com | |

*Counsel for Plaintiffs*

Eight of the 9 Republican Michigan Members of Congress ("Applicants") have moved to intervene by right under FRCP 24(a) or permissively under FRCP 24(b). The Plaintiffs oppose intervention by right and leave to the Court's discretion whether to allow permissive intervention.

Intervention by right should be denied because the Applicants have no "right" to certain congressional districts and have no substantial legal interest in congressional districts for the 2020 elections at issue here; their minimal interests are adequately represented by Defendant and her legal counsel; and their motion is untimely.

Permissible intervention, if allowed by the Court in its discretion, should be conditioned on Applicants not filing the duplicative motion for stay and meritless motion to dismiss attached to their motion to intervene; not revisiting discovery matters already settled; and conferring with the Defendant in the future to avoid duplicative filings and delay.

For these reasons, explained fully in the brief filed herewith, Plaintiffs pray that the Court deny Applicants' Motion to Intervene by right under FRCP 24(a) and, if the Court in its discretion grants permissive intervention under FRCP 24(b), the Court order that: 1) the motion to stay and motion to dismiss attached to Applicants' Motion not be filed; 2) Applicants are bound by the FRCP 26(f) report already filed; 3) Applicants make their FRCP 26(a) disclosures within

seven (7) days of the Court's order; and 4) that the Applicants and Defendant shall in the future confer so as to avoid duplicative filings and delay.

Respectfully submitted,

Date: March 14, 2018

/s/ Mark Brewer

Mark Brewer (P35661)
GOODMAN ACKER P.C.
17000 West Ten Mile, Second Floor
Southfield, MI 48075
Telephone: 248-483-5000
Fax: 248-483-3131
MBrewer@goodmanacker.com

Joseph H. Yeager, Jr. (IN Bar No. 2083-49)
Harmony A. Mappes (IN Bar No. 27237-49)
Jeffrey P. Justman (MN 390413)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317-237-0300
Fax: 317-237-1000
Jay.Yeager@FaegreBD.com
Harmony.Mappes@FaegreBD.com
Jeff.Justman@FaegreBD.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, ROGER J. BRDAK, FREDERICK C. DURHAL, JR., JACK E. ELLIS, DONNA E. FARRIS, WILLIAM "BILL" J. GRASHA, ROSA L. HOLLIDAY DIANA L. KETOLA, JON "JACK" G. LASALLE, RICHARD "DICK" W. LONG, LORENZO G. RIVERA and RASHIDA H. TLAIB,<br><br>Plaintiffs,<br><br>v.<br><br>RUTH JOHNSON, in her official Capacity as Michigan Secretary of State,<br><br>Defendant. | No. 2:17-cv-14148<br><br>Hon. Eric L. Clay<br>Hon. Denise Page Hood<br>Hon. Gordon J. Quist |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2018, I electronically filed Plaintiffs' Response to Motion to Intervene by Republican Congressional Delegation foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record in this matter.

/s/Mark Brewer
Mark Brewer (P35661)
Goodman Acker, P.C.

17000 W. 10 Mile Road, 2nd Floor
Southfield, MI 48075
(248) 483-5000
mbrewer@goodmanacker.com