UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS )
OF MICHIGAN, et al., )
 )
    Plaintiffs, )
 )
v. )   No. 2:17-cv-14148
 )
RUTH JOHNSON, in her official )   ORDER
capacity as Michigan Secretary of )
State, )
 )
    Defendant. )
 )

## SUPERSEDING SCHEDULING ORDER AND NOTICE OF HEARING

This matter is before the Court for scheduling on Defendant's Motion to Stay and to Dismiss for Lack of Standing. [Dkt. No. 11.] On March 14, 2018, this Court issued an order disposing of Defendant's motion to the extent that Defendant requested a stay. [Dkt. No. 35.] Defendant's request for dismissal remains pending. We issue the instant order to schedule oral argument on the dismissal portion of Defendant's motion. The instant order supersedes this Court's previous Scheduling Order and Notice of Hearing [Dkt. No. 16] to the extent that the two orders conflict.

It is hereby ORDERED as follows:

1. Oral argument on Defendant's Motion to Stay and to Dismiss for Lack of Standing is set for hearing before the three-judge panel on:

1

<u>Monday, March 19, 2018, at 11:00 A.M.</u>
**Theodore Levin United States Courthouse**
**Room 733**
**231 West Lafayette Boulevard**
**Detroit, MI 48226**

2. Having already ruled on the portion of Defendant's Motion to Stay and to Dismiss for Lack of Standing that requests a stay, the Court will hear oral argument only as to the dismissal portion of Defendant's motion.

ENTERED:   March 14, 2018

*/s/ Eric L. Clay*
Signed for and on behalf of the panel

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge