# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | : :  : |
| Plaintiffs, | : Civil Action No. 17-cv-14148 |
| v. | : : : |
| RUTH JOHNSON, in her official capacity as Michigan Secretary of State | : : : |
| Defendant. | : : : |

## PROPOSED CONGRESSIONAL INTERVENORS JACK BERGMAN, BILL HUIZENGA, JOHN MOOLENAAR, FRED UPTON, TIM WALBERG, MIKE BISHOP, PAUL MITCHELL, AND DAVID TROTT'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1253 and 28 U.S.C. § 2101(b), Proposed Congressional Intervenors Jack Bergman, Bill Huizenga, John Moolenaar, Fred Upton, Tim Walberg, Mike Bishop, Paul Mitchell, And David Trott, appeal to the United States Supreme Court this Court's ruling on April 4, 2018 (Dkt. No. 47) denying intervention.

Dated:  April 6, 2018                                     Respectfully submitted,

**HOLTZMAN VOGEL JOSEFIAK**     **CLARK HILL PLC**
**TORCHINSKY PLLC**

/s/  *Phillip M. Gordon*                  /s/ *Brian D. Shekell*

Phillip Gordon                             Brian D. Shekell (P75327)
Jason Torchinsky                      Charles R. Spies. (to be admit.)
Shawn Sheehy                           500 Woodward Avenue, S3500
45 North Hill Drive, Suite 100       Detroit, Michigan 48226
Warrenton, Virginia 20186           P: (313) 965-8300
Phone: 540-341-8808                 E: bshekell@clarkhill.com
Email: PGordon@hvjt.law

## **CERTIFICATE OF SERVICE**

On April 6, 2018, I certify that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which then sent a notification of electronic filing to all counsel of record.

                              ___/s/_*Phillip M. Gordon*_____

                                    Phillip M. Gordon