# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | : |
| Plaintiffs, | : Civil Action No. 17-cv-14148 |
| v. | : |
| RUTH JOHNSON, in her official capacity as Michigan Secretary of State | : |
| Defendant. | : |

## PROPOSED CONGRESSIONAL INTERVENORS JACK BERGMAN, BILL HUIZENGA, JOHN MOOLENAAR, FRED UPTON, TIM WALBERG, MIKE BISHOP, PAUL MITCHELL, AND DAVID TROTT'S AMENDED NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291, and pursuant to the collateral order exception under the *Cohen* doctrine, *see, e.g., Purnell v. Akron*, 925 F.2d 941, 944 (6th Cir. 1991), Proposed Congressional Intervenors Jack Bergman, Bill Huizenga, John Moolenaar, Fred Upton, Tim Walberg, Mike Bishop, Paul Mitchell, and David Trott, appeal to the United States Court of Appeals for the Sixth Circuit this Court's ruling on April 4, 2018 (Dkt. No. 47) denying intervention.

Dated: April 17, 2018								Respectfully submitted,

**HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC**				**CLARK HILL PLC**

*/s/  Phillip Gordon*
Jason Torchinsky
Shawn Sheehy
Phillip Gordon
45 North Hill Drive, Suite 100
Warrenton, Virginia 20186
Phone: 540-341-8808
Email: JTorchinsky@hvjt.law
         pgordon@hvjt.law

*/s/ Brian D. Shekell*
Brian D. Shekell (P75327)
Charles R. Spies
500 Woodward Avenue, S3500
Detroit, Michigan 48226
P: (313) 965-8300
E: bshekell@clarkhill.com

**CERTIFICATE OF SERVICE**

On April 17, 2018, I certify that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which then sent a notification of electronic filing to all counsel of record.

      ___/s/_*Phillip Gordon*_____

      Phillip Gordon