**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:17-cv-14148 |
| RUTH JOHNSON, in her official capacity as Michigan Secretary of State, | ) ) ) ) | ORDER |
| Defendant. | ) ) ) | |
| _____ | ) | |

## CASE MANAGEMENT ORDER NO. 1

The parties, having submitted a Joint Report from Rule 26(f) Conference and

Discovery Plan [Dkt. No. 22] ("Report"), and the Court, having reviewed the Report,

**ORDERS** the following schedule governing the progress of this case:

Preliminary witness and exhibits lists exchanged by:     May 18, 2018

Plaintiffs' expert disclosures served by:     June 1, 2018

Defendant's expert disclosures must be served by:     June 29, 2018

Plaintiff's rebuttal expert reports must be served by:     July 27, 2018

Fact and Expert discovery must be completed by:     August 24, 2018

1

| | |
|---|---|
| Summary judgment motions must be filed by:<br>  (Briefs/response times governed by E.D. Mich. LR 7.1) | September 21, 2018 |

**Oral argument is set for:**           **November 9, 2018<br>at 11:00 a.m.**

A Proposed Joint and Final Pretrial Order<br>
  (See E.D. Mich. LR 16.2) with detailed witness<br>
  and numbered exhibit lists must be submitted by:      November 26, 2018

Any trial motions in limine must be filed by:       November 26, 2018

Any responses to the motions in limine must be filed by: December 3, 2018

**The Final Pretrial Conference is set for:**     **December 11, 2018<br>at 11:00 a.m.**

Trial briefs must be filed by:               January 28, 2019

**Trial is set to begin:**                   **February 5, 2019<br>at 9:00 a.m.**

Proposed Findings of Facts and Conclusions of Law<br>
  must be filed by:                       February 22, 2019

The Court further **ORDERS** the following governing discovery:

**<u>Electronic Discovery:</u>**

The parties recognize and must abide by their duty to preserve all information and communications, including electronically-stored information and communications, that may be relevant to this litigation.  At this time, the Court will not limit the discovery as requested by Defendant in Part (C) of the Report, as there may be relevant information prior to the census data date and after the districting plans were signed into law.

The parties agree to produce ESI in native format.  The parties will in good faith attempt to reach agreement about format if not easily produced in native format.  The Court adopts the parties' agreement relative to ESI (Text, Images, Metadata/Load Files and Opt) set forth in Part (C) of the Report.

2

**Privilege Issues:**

The parties agree to the following "claw back" provision, and the Courts so orders:

> In the event that a document protected by the attorney-client privilege, the attorney work product doctrine or other applicable privilege or protection is unintentionally produced by any party to this proceeding, the producing party may request that the document be returned.  In the event that such a request is made, all parties to the litigation and their counsel shall promptly return all copies of the document in their possession, custody, or control to the producing party and shall not retain or make any copies of the document or any documents derived from such document.  Any electronic copies will be deleted promptly.  The producing party shall promptly identify the returned document on a privilege log.  The unintentional disclosure of a privileged or otherwise protected document shall not constitute a waiver of the privilege or protection with respect to that document or any other documents involving the same or similar subject matter.  This "claw back" provision will also apply to any non-parties who produce documents and electronically stored information in response to third-party discovery.

The E.D. Mich. Local Rules, Appendix ECF (www.mied.uscourts.gov) and Federal Rules of Civil Procedures govern in this matter.  A schedule may be modified only for good cause by leave of Court.  Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.

ENTERED:  May 9, 2018

S/DENISE PAGE HOOD
Signed for and on behalf of the panel:
HONORABLE ERIC L. CLAY
United States Circuit Judge
HONORABLE DENISE PAGE HOOD
United States District Judge
HONORABLE GORDON J. QUIST
United States District Judge

3