UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS OF
MICHIGAN, ROGER J. BRDAK,
FREDERICK C. DURHAL, JR., JACK
E. ELLIS, DONNA E. FARRIS, WILLIAM
"BILL" J. GRASHA, ROSA L. HOLLIDAY,
DIANA L. KETOLA, JON "JACK" G.
LASALLE, RICHARD "DICK" W. LONG,
LORENZO RIVERA and RASHIDA
H. TLAIB,

Case No. 17-cv-14148

Hon. Eric L. Clay
Hon. Denise Page Hood
Hon. Gordon J. Quist

    Plaintiffs,

v.

RUTH JOHNSON, in her official capacity
as Michigan Secretary of State,

    Defendant.

_____/

### ORDER OF WITHDRAWAL OF ROBERT P. YOUNG

This matter having come before the Court upon the Stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Robert P. Young of Dickinson Wright PLLC is hereby withdrawn as counsel of record for Defendant in this action.

IT IS FURTHER ORDERED that electronic service to Robert P. Young will be terminated.

1

IT IS FURTHER ORDERED that Peter H. Ellsworth and Ryan M. Shannon of Dickinson Wright PLLC will remain counsel of record for Defendant.

IT IS SO ORDERED.

ENTERED: May 31, 2018

_____
Signed for and on behalf of the panel:

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge