UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORFOLK SOUTHERN RAILWAY
COMPANY,

        Plaintiff,

v.

INTERNATIONAL ASSOCIATION
OF SHEET METAL, AIR, RAIL AND
TRANSPORTATION WORKERS –
TRANSPORTATION DIVISION, *et
al.*,

        Defendants.
_____/

Case No. 2:16-cv-14278
District Judge Sean F. Cox
Magistrate Judge Anthony P. Patti

## **ORDER SETTING A HEARING DATE ON DEFENDANT'S MOTION TO COMPEL (DE 36)**

Defendant, International Association of Sheet Metal, Air, Rail and Transportation Workers – Transportation Division ("Union Defendant") filed a motion to compel on May 31, 2017. (DE 36.) The Union Defendant asks the Court to order Plaintiff to provide, by June 7, 2017, unredacted versions of its emails pertaining to this dispute, as well as the full, unredacted agreement between it and Detroit Edison. This matter was referred to me on June 5, 2017. (DE 37.)

The discovery deadline in this case is currently set for June 13, 2017. Given the time-sensitive nature of the Union Defendant's motion, the following expedited briefing schedule will be set:

- Plaintiff's response shall be filed **ON OR BEFORE JUNE 12, 2017**. If it has not already done so, any privilege log related to the emails requested by the Union Defendant should be served simultaneously with the response (but need not be filed on the Court's docket).

- The Union Defendant's reply shall be filed **ON OR BEFORE JUNE 16, 2017**.

This matter is scheduled for hearing on **TUESDAY, JUNE 20, 2017 at 10:00 A.M.** at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 624, Detroit, Michigan. Plaintiff shall bring unredacted versions of the documents in question to the hearing.

**IT IS SO ORDERED.**


Dated: June 6, 2017               s/Anthony P. Patti
                                  Anthony P. Patti
                                  UNITED STATES MAGISTRATE JUDGE


### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on June 6, 2017, electronically and/or by U.S. Mail.

                                  s/Michael Williams
                                  Case Manager for the
                                  Honorable Anthony P. Patti

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY A. ARNDT,

        Plaintiff,

v.

        Case No.  2:15-cv-11108
        District Judge Paul D. Borman
        Magistrate Judge Anthony P. Patti

FORD MOTOR COMPANY,

        Defendant.

_____/

## ORDER EXPEDITING BRIEFING SCHEDULE AND NOTICING A HEARING FOR FEBRUARY 18, 2016

Defendant filed a motion to allow completion of Plaintiff's deposition on February 5, 2016.  (DE 41.)  The motion was referred to me pursuant to 28 U.S.C. § 636(b)(1)(A) on February 11, 2016.  (DE 43.)

In the motion, Defendant asks the Court to order that Plaintiff's deposition be taken on February 22, 2016 or February 25, 2016, if it has received Plaintiff's military records by those dates.  Under the Local Rules, Plaintiff's response to the motion is due on February 22, 2016, on the first day that Defendant proposes to take his deposition.  *See* E.D. Mich. LR 7.1(e)(2).  Because of the timeline constraints, the parties are hereby **ORDERED** to follow the expedited briefing schedule outlined below, pursuant to Federal Rule of Civil Procedure 6(c)(C):

- Plaintiff shall file his response **ON OR BEFORE 12:00 P.M. ON FEBRUARY 16, 2016**.

- Defendant shall file any reply **ON OR BEFORE 12:00 P.M. ON FEBRUARY 17, 2016**.

- The Court shall hold a hearing in this matter on **FEBRUARY 18, 2016** at **4:00 P.M**. in courtroom 624, 231 West Lafayette Boulevard, Detroit, Michigan, 48226.

If the parties would find it helpful, they may request a conference call in advance of the hearing by calling chambers at (313) 234-5200, with agreed upon dates and times in mind.

**IT IS SO ORDERED.**


Dated: February 11, 2016         s/Anthony P. Patti
                                 Anthony P. Patti
                                 UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 11, 2016, electronically and/or by U.S. Mail.

                                 s/Michael Williams
                                 Case Manager for the
                                 Honorable Anthony P. Patti

2

3