UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS
OF MICHIGAN, et al.,

    Plaintiffs,

v.        Case No. 2:17-cv-14148

RUTH JOHNSON, in her official
capacity as Michigan Secretary of State,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S *EX PARTE* MOTION TO EXPEDITE**

The Court, having reviewed Defendant's *Ex Parte* Motion for Expedited Briefing and Consideration (ECF No. 74), GRANTS the Motion and ORDERS the following briefing schedule on Defendant's Motion to Compel (ECF No. 73):

Plaintiffs' Response Brief must be filed by:    **July 31, 2018**
(No Reply Brief will be allowed.)

    ENTERED: July 24, 2018

    S/DENISE PAGE HOOD
    Signed for and on behalf of the panel:
    HONORABLE ERIC L. CLAY
    United States Circuit Judge
    HONORABLE DENISE PAGE HOOD
    United States District Judge
    HONORABLE GORDON J. QUIST
    United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 24, 2018, by electronic and/or ordinary mail.

                                  S/LaShawn R. Saulsberry
                                  Case Manager