# EXHIBIT B

# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS
OF MICHIGAN, ROGER J. BRDAK,
FREDERICK C. DURHAL, JR.,
JACK E. ELLIS, DONNA E.
FARRIS, WILLIAM "BILL" J.
GRASHA, ROSA L. HOLLIDAY,
DIANA L. KETOLA, JON "JACK"
G. LASALLE, RICHARD "DICK"
W. LONG, LORENZO RIVERA
and RASHIDA H. TLAIB,

        Plaintiffs,

v.

RUTH JOHNSON, in her official
Capacity as Michigan
Secretary of State,

        Defendant.

Case No. 2:17-cv-14148

Hon. Eric L. Clay
Hon. Denise Page Hood
Hon. Gordon J. Quist


**NON-PARTY MICHIGAN REDISTRICTING RESOURCE INSTITUTE'S RESPONSES AND OBJECTIONS TO SUBPOENA**

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•CAPITOL VIEW, 201 TOWNSEND STREET, SUITE 900•LANSING, MICHIGAN 48933

Mark Brewer (P35661)
Counsel for Plaintiff
GOODMAN ACKER P.C.
17000 West Ten Mile, Second Floor
Southfield, MI 48075
Telephone: 248-483-5000
Fax: 248-483-3131
MBrewer@goodmanacker.com

Jeffrey P. Justman
Counsel for Plaintiff
FAEGRE BAKER DANIELS LLP
90 S. Seventh Street, Suite 2200
Wells Fargo Center
Minneapolis, MN 55402
612-766-7000
Jeff.justman@faegrebd.com

Joseph H. Yeager, Jr. (IN Bar No. 2083-49)
Harmony A. Mappes (IN Bar No. 27237-49)
Counsel for Plaintiff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317-237-0300
Fax: 317-237-1000
Jay.Yeager@FaegreBD.com
Harmony.Mappes@FaegreBD.com

Peter Ellsworth (P23657)
Robert P. Young, Jr. (P28789)
Ryan M. Shannon (P74535)
Counsel for Defendant Ruth Johnson
DICKINSON WRIGHT, PLLC
215 S. Washington Square
Suite 200
Lansing, MI 48933
517-371-1730
pellsworth@dickinsonwright.com
ryoung@dickinsonwright.com
rshannon@dickinsonwright.com

Gary P. Gordon (P26290)
Jason T. Hanselman (P61813)
Counsel for Non-Party Movant
Michigan Redistricting Resource
Institute
DYKEMA GOSSETT PLLC
201 Townsend Street, Suite 900
Lansing, MI  48933
Telephone:  (517) 374-9100
ggordon@dykema.com
jhanselman@dykema.com

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•CAPITOL VIEW, 201 TOWNSEND STREET, SUITE 900•LANSING, MICHIGAN 48933

## NON-PARTY MICHIGAN REDISTRICTING RESOURCE INSTITUTE'S RESPONSES AND OBJECTIONS TO SUBPOENA

Non-party Michigan Redistricting Resource Institute ("MRRI") by and through its undersigned counsel, objects to Plaintiffs' "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises" (the

2

"Requests"), but without waiving Objections, provides the following Responses:

## **GENERAL OBJECTIONS**

The following general objections apply to each of Plaintiffs' Requests, in addition to objections made within the response to particular requests:

1.    MRRI objects to Plaintiffs' Requests for the reasons set forth in its Motion to Quash Subpoenas and for Protective Order, and the accompanying Brief in Support, filed contemporaneously herewith.

2.    MRRI objects to Plaintiffs' Requests to the extent that they are overly broad, unduly burdensome, repetitive, irrelevant or not reasonably calculated to lead to the discovery of admissible evidence.

3.    MRRI objects to Plaintiffs' Requests to the extent that they purport to impose any obligation beyond the requirements imposed by the Federal Rules of Civil Procedure.

4.    MRRI objects to those Requests that improperly seek the disclosure of information or documents that are privileged or confidential, that were prepared in anticipation of litigation or constitute attorney work product, or that are otherwise immune from discovery.  Inadvertent production of such information or documents shall not constitute a waiver of any privilege or any other ground for objection to discovery with respect to any other information or documents.

3

5.     MRRI objects to those Requests that are compound, vague, ambiguous or otherwise unclear as to the precise information or documents sought.

6.     MRRI objects to Plaintiffs' Requests to the extent that they seek documents that are not within its possession, custody or control.  Any response by MRRI that it will produce documents should not be construed to mean that such documents necessarily exist; instead, any such response should be understood to mean only that MRRI will endeavor, consistent with its obligations under the Federal Rules of Civil Procedure, to locate such documents if they exist and, if any such documents are located, they will be produced in accordance with MRRI's obligations under the Federal Rules of Civil Procedure and consistent with the terms of its answers.

7.     MRRI objects to Plaintiffs' Requests to the extent that the documents sought therein can be obtained from other sources that are more convenient, less burdensome and/or less expensive.

8.     MRRI's responses are based on the best information presently available, and MRRI reserves the right to amend or to supplement its answers if it obtains other or additional information or discovers other or additional documents, but states that it is not obligated to produce documents created after the date of Plaintiffs' Requests.

9.     MRRI objects to the Requests to the extent that they request documents and information that are not reasonably accessible under Fed. R. Civ. P. 26(b)(2)(B) and other federal law.

10.    Any inadvertent production of any document shall not be deemed or construed to constitute a waiver of any privilege or right.  MRRI reserves the right to demand that Plaintiffs return any such document and all copies thereof.

11.    In responding to any of the discovery requests, MRRI does not concede the relevance or materiality of the subject matter of the discovery request or of the information requested in response to the discovery request.  Rather, the answers to each discovery request are made expressly subject to and without, in any way, waiving any question or questions as to the competency, relevancy, privilege, or admissibility of the responses given.

## DOCUMENTS REQUESTED

1.    All Michigan Redistricting Plans.

**RESPONSE:** MRRI objects to this Request because it is overbroad, unduly burdensome, seeks information not relevant to this case, and has no temporal limitation, in effect seeking all Michigan Redistricting Plans ever created.  In addition, the information is available to Plaintiffs in the public record.

However, without waiving any objection, MRRI states that it does not have any Redistricting Plans in its possession.

5

2.      All documents constituting or reflecting communications related to the 2012 Michigan Redistricting.

**RESPONSE:** MRRI objects to this Request because it is vague, overbroad, unduly burdensome, and has no temporal limitation. This Court has frequently denied requests for "all information related to" a certain topic. *See, e.g., Phoenix Life Ins. Co v. Raider-Dennis Agency, Inc.*, No. 07-cv-15324, 2010 U.S. Dist. LEXIS 42826, at *13 (E.D. Mich. Apr. 30, 2010). In addition, other than information that is equally available to Plaintiffs in the public record, MRRI objects to the extent the information is subject to the attorney-client privilege or attorney work product doctrine.

However, without waiving objections, MRRI provides the only documents in its possession, which are invoices related to redistricting. The invoices have been REDACTED in order to preserve attorney-client privileged communications and in order to protect attorney work product. The redacted provisions are also subject of the contemporaneously filed Motion to Quash.

3.      All notes, summaries, reports, minutes, bills, amendments and any other documents, formal or informal, referring or relating to the 2012 Michigan Redistrict.

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•CAPITOL VIEW, 201 TOWNSEND STREET, SUITE 900•LANSING, MICHIGAN 48933

**RESPONSE:** MRRI objects to this Request because it is vague, overbroad, unduly burdensome, and has no temporal limitation. This Court has frequently denied requests for "all information related to" a certain topic. *See, e.g., Phoenix Life Ins. Co v. Raider-Dennis Agency, Inc.*, No. 07-cv-15324, 2010 U.S. Dist. LEXIS 42826, at *13 (E.D. Mich. Apr. 30, 2010). In addition, other than information that is equally available to Plaintiffs in the public record, requests for internal notes, summaries, reports, amendments, and other documents are subject to the attorney-client privilege and attorney work product doctrine.

However, without waiving objections, MRRI provides the only documents in its possession, which are invoices related to redistricting. The invoices have been REDACTED in order to preserve attorney-client privileged communications and in order to protect attorney work product. The redacted provisions are also subject of the contemporaneously filed Motion to Quash.

4.   All documents reflecting, referring to or relating to agreements with and/or payments to or from any person in connection with 2012 Michigan Redistricting.

**RESPONSE:** MRRI  objects to this Request because it is vague, overbroad, unduly burdensome, and seeks information not relevant to this case. MRRI has no

way of knowing whether "any person," possesses any document vaguely "reflecting, referring to or relating to" agreements or payments to "any person."

However, without waiving objections, MRRI provides the only documents in its possession, which are invoices related to redistricting. The invoices have been REDACTED in order to preserve attorney-client privileged communications and in order to protect attorney work product. The redacted provisions are also subject of the contemporaneously filed Motion to Quash.

5.      All documents reflecting amounts appropriated, billed and/or paid by any entity to any person in connection with the 2012 Michigan Redistricting.

**RESPONSE:** MRRI objects to this Request because it is vague, overbroad, unduly burdensome, and seeks information not relevant to this case. MRRI has no way of knowing what documents exist vaguely "reflecting amounts appropriated, billed, and/or paid" from "any entity," to "any person."

However, without waiving objections, MRRI provides the only documents in its possession, which are invoices related to redistricting. The invoices have been REDACTED in order to preserve attorney-client privileged communications and in order to protect attorney work product. The redacted provisions are also subject of the contemporaneously filed Motion to Quash.

6.     All data consulted and analyses, forecasts, scenarios, simulations, models, and projections done in connection with the 2012 Michigan Redistricting.

**RESPONSE:** MRRI objects to this Request because it is vague, overbroad, unduly burdensome, and seeks information not relevant to this case.  In addition, other than information that is equally available to Plaintiffs in the public record, requests for internal notes, summaries, reports, amendments, and other documents are subject to the attorney-client privilege and attorney work product doctrine.

However, without waiving objections, MRRI provides the only documents in its possession, which are invoices related to redistricting.  The invoices have been REDACTED in order to preserve attorney-client privileged communications and in order to protect attorney work product.  The redacted provisions are also subject of the contemporaneously filed Motion to Quash.

7.     All documents constituting or reflecting, in whole or in part, communications to or from the Republican State Leadership Committee (RSLC) or other national organizations (including their members and staff) relating in any way to the 2012 Michigan Redistricting or redistricting in general.

**RESPONSE:** MRRI objects to this Request because it is overbroad, unduly burdensome, seeks information not relevant to this case, and has no temporal

DYKEMA GOSSETT·A PROFESSIONAL LIMITED LIABILITY COMPANY·CAPITOL VIEW, 201 TOWNSEND STREET, SUITE 900·LANSING, MICHIGAN 48933

limitation, in effect seeking "all documents" ever created relating to "redistricting in general."

However, without waiving objections, MRRI provides the only documents in its possession, which are invoices related to redistricting.  The invoices have been REDACTED in order to preserve attorney-client privileged communications and in order to protect attorney work product.  The redacted provisions are also subject of the contemporaneously filed Motion to Quash..

8.    All documents from or to, prepared or presented by, or related to Thomas Hofeller.

**RESPONSE:** MRRI objects to this Request because it is overbroad, unduly burdensome, seeks information not relevant to this case, and has no temporal limitation. This Court has frequently denied requests for "all information related to" a certain topic.  *See, e.g., Phoenix Life Ins. Co v. Raider-Dennis Agency, Inc.*, No. 07-cv-15324, 2010 U.S. Dist. LEXIS 42826, at *13 (E.D. Mich. Apr. 30, 2010).  Specifically, MRRI states that any document somehow "related to Thomas Hofeller" has no bearing on the issues in this case.  In addition, MRRI further relies on the general objections, including but not limited to the attorney-client privilege, attorney work product doctrine, and legislative privilege.

However, without waiving objections, MRRI provides the only documents in its possession, which are invoices related to redistricting.  The invoices have

10

been REDACTED in order to preserve attorney-client privileged communications and in order to protect attorney work product. The redacted provisions are also subject of the contemporaneously filed Motion to Quash.

9.   All PowerPoints or other outlines or presentations entitled "Redistricting 2010: Preparing for Success"; "Congressional Redistricting: Drawing Maps for the Next Five Elections"; "REDMAP Political Report June 2010"; and "REDMAP Political Report July 2010."

**RESPONSE:** MRRI objects to this Request because it is overbroad, unduly burdensome, and not relevant to the facts of this case.

However, without waiving objections, MRRI provides the only documents in its possession, which are invoices related to redistricting. The invoices have been REDACTED in order to preserve attorney-client privileged communications and in order to protect attorney work product. The redacted provisions are also subject of the contemporaneously filed Motion to Quash.

10.   All documents related or referring to "REDMAP."

**RESPONSE:** MRRI objects to this Request because it is overbroad, unduly burdensome, seeks information not relevant to this case, and has no temporal limitation. This Court has frequently denied requests for "all information related

to" a certain topic.  *See, e.g., Phoenix Life Ins. Co v. Raider-Dennis Agency, Inc.,* No. 07-cv-15324, 2010 U.S. Dist. LEXIS 42826, at *13 (E.D. Mich. Apr. 30, 2010).

However, without waiving objections, MRRI provides the only documents in its possession, which are invoices related to redistricting.  The invoices have been REDACTED in order to preserve attorney-client privileged communications and in order to protect attorney work product.  The redacted provisions are also subject of the contemporaneously filed Motion to Quash.

DYKEMA GOSSETT PLLC

By: _____

Date:  July 25, 2018

Gary P. Gordon (P26290)
Jason T. Hanselman (P61813)
Counsel for Non-Party Movants
Michigan Redistricting Resource
Institute
201 Townsend Street, Suite 900
Lansing, MI  48933
Telephone:  (517) 374-9100
Facsimile:  (517) 374-9191
ggordon@dykema.com
jhanselman@dykema.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2018, I hereby certify that I have mailed by United States Postal Service the foregoing Non-Party Michigan Redistricting Resource Institute's Responses And Objections To Subpoena to:

Mark Brewer
GOODMAN ACKER P.C.
17000 West Ten Mile, Second Floor
Southfield, MI 48075

Jeffrey P. Justman
FAEGRE BAKER DANIELS LLP
90 S. Seventh Street, Suite 2200
Wells Fargo Center
Minneapolis, MN 55402

Joseph H. Yeager, Jr.
Harmony A. Mappes
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204

Peter Ellsworth
Robert P. Young, Jr.
Ryan M. Shannon
DICKINSON WRIGHT, PLLC
215 S. Washington Square, Suite 200
Lansing, MI 48933

Karlene K. Zale

# ATTACHMENT 1



*Pd # 1084*

NATIONAL CONFERENCE *of* STATE LEGISLATURES

*The Forum for America's Ideas*

1/18/2011

Mr. Daniel McMaster
Michigan Legislature
522 N Saginaw St
Owosso, MI 48867

517-202-9908

*Hotel 447.08*
*Flight 402.08*
*Conference 395.00*
*$1,244.16*

$1,244.16

Richard Moore
*Senator*
*Massachusetts Senate*
*President, NCSL*

Tim Rice
*Executive Director*
*Illinois Legislative Information System*
*Staff Chair, NCSL*

William Pound
*Executive Director*

RE: Registration Update Notification

Thank you for registering to attend the Redistricting Seminar - Washington, DC, to be held on 01/21/2011 at Gaylord National Hotel and Convention Center. Following are the details of your registration. See you in Forest Heights, MD.

### CONFIRMATION

Meeting: **Redistricting Seminar - Washington**. Meeting Dates: **1/21/2011 - 1/24/2011**

** Delegate: **Daniel McMaster**              ** Confirmation No.: **1000180113**

Registration Type: State Legislative Staff

Ribbon Type: FIRST
** This delegate name and confirmation number are required to make changes.

**Registration Fee:** $395.00      **Paid:** $395.00   **Registration Balance:** $ 0.00
Fee Discounts: $0.00        Refunds: $0.00      Payment Type: Visa Online

**Tour / Activity Fee(s):**$0.00        **Paid:** $0.00   **Tours / Activities Balance:** $ 0.00
Discounts: $0.00        Refunds: $0.00      Payment Type: NONE

Tours / Activities Selected: NONE
Special Requirements: NONE

**TOTAL FEES:** $395.00      **PAID:** $395.00        **BALANCE DUE:** $ 0.00
DISCOUNTS: $0.00        REFUNDS: $0.00
SHIPPING:    $0.00        TAX:        $0.00

Please allow 2-3 weeks for processing refunds.
Payments may be sent to NCSL Registration, 7700 E. First Place, Denver, CO, 80230.

If you have questions, please contact one of the following:
**Registration --** Tricia Simmons((303) 856-1456, tricia.simmons@ncsl.org);
**Meeting Program --**Tim Storey ((303) 856-1537, tim.storey@ncsl.org);
**Hotel --**
Cancellation and other NCSL meeting registration policies are published in the brochure and on the web at http://www.ncsl.org/Default.aspx?TabID=714&tabs=2638,121,930#930.

*Denver*
*7700 East First Place*
*Denver, Colorado 80230*
*Phone 303.364.7700  Fax 303.364.7800*

*Washington*
*444 North Capital Street, N.W. Suite 515*
*Washington, D.C. 20001*
*Phone 202.624.5400  Fax 202.737.1069*

*Website www.ncsl.org*
*Email info@ncsl.org*



# GAYLORD NATIONAL®

RESORT & CONVENTION CENTER

*on the Potomac*

DANIEL MCMASTER
522 NORTH SAGINAW ST

OWOSSO         MI  48867

| ROOM | AA 6305 |
|---|---|
| ARRIVAL | 1/21/11 |
| DEPARTURE | 1/23/11 |
| NO. IN PARTY | 1 |
| GROUP I.D. | X-NRS11 |
| PAGE | 1 |
| STATEMENT DATE | 1/23/11 |

RESV NUMBER    405566054751
FOLIO NUMBER   405636318482

| DATE | DESCRIPTION | COMMENTS | CHARGES | PAYMENTS |
|---|---|---|---|---|
| 1/21/11 | RESORT FEE | RESORT FEE | 15.90 | |
| 1/21/11 | SELF PARKING | NO CAR OR NO DRIVE | | |
| 1/21/11 | ROOM CHARGE AA 6305 | | 179.00 | |
| | TAX | | 28.64 | |
| 1/21/11 | APPLIED DEPOSIT | ************0500 | | -207.64 |
| 1/21/11 | CASH SETTLEMENT | 0000 | | -100.00 |
| 1/22/11 | RESORT FEE | RESORT FEE | 15.90 | |
| 1/22/11 | SELF PARKING | NO CAR OR NO DRIVE | | |
| 1/22/11 | ROOM CHARGE AA 6305 | | 179.00 | |
| | TAX | | 28.64 | |
| 1/23/11 | FD VISA | 0211 ************0500 | | -139.44 |

|  | TOTALS | 447.08 | -447.08 |
|---|---|---|---|
|  | BALANCE DUE | | .00 |

Thank you for staying with us

**Class:** Economy Your flight is confirmed. The airline will assign seats at check-in or you may <u>choose seats</u>

View the latest airport conditions at: <u>CLE</u> | <u>DCA</u>
--------------------------------------

**Sunday, January 23, 2011**
**Continental Airlines # 3111**

Washington Ronald Reagan National (DCA) to Cleveland Hopkins International (CLE)
**Departure (DCA):** January 23, 6:25 PM EST (evening)
**Arrival (CLE):** January 23, 7:37 PM EST (evening)
**Class:** Economy Your flight is confirmed. The airline will assign seats at check-in or you may <u>choose seats</u>

View the latest airport conditions at: <u>DCA</u> | <u>CLE</u>
**Sunday, January 23, 2011**
**Continental Airlines # 8755**

Cleveland Hopkins International (CLE) to Flint Bishop (FNT)
**Departure (CLE):** January 23, 8:55 PM EST (evening)
**Arrival (FNT):** January 23, 9:57 PM EST (evening)

**Class:** Economy Your flight is confirmed. The airline will assign seats at check-in or you may <u>choose seats</u>

View the latest airport conditions at: <u>CLE</u>
**Have your travel plans changed?** Many tickets can be exchanged or canceled online by visiting "My trips" and clicking the <u>Change/cancel airline ticket</u> option.

## Cost and billing summary

## Booking Confirmation

Total airfare: $402.80USD (including taxes)

Price Assurance: Get a cash refund if another customer books the same flight at a lower price. <u>How it works</u>



Add Attractions & Services

Add Airline Ticket Protector
provided by Access America

This booking is subject to our <u>Privacy Policy</u> and our <u>Terms and Conditions</u>.



Orbitz

Serious travel power, one new app

⊙ FREE download

DICKINSON WRIGHT PLLC
*global leaders in law.*

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MI 48933-1816
TELEPHONE: (517) 371-1730
FACSIMILE: (517) 487-4700
http://www.dickinsonwright.com

JEFFERY V. STUCKEY
JStuckey@dickinsonwright.com
(517) 487-4766

Pd #1155

February 22, 2011

**Via First-Class Mail**

Mr. Robert S. LaBrant
Senior Vice President; Political Affairs
    and General Counsel; Political Affairs
Michigan Chamber of Commerce
600 South Walnut Street
Lansing, MI 48933

Re:    **Michigan Redistricting Resource Institute – Redistricting 2011 Invoice for Services**

Dear Mr. LaBrant:

Enclosed is our firm's invoice for services for the period ending January 31, 2012.

Should you have any questions, please call.

Very truly yours,

Jeffery V. Stuckey

PHE/mds
Enclosure
cc:    Peter H. Ellsworth

LANSING 49653-1 452096

COUNSELORS AT LAW

DETROIT    NASHVILLE    WASHINGTON, D.C.    TORONTO    PHOENIX    LAS VEGAS
BLOOMFIELD HILLS    ANN ARBOR    LANSING    GRAND RAPIDS

IN ACCOUNT WITH



DICKINSON WRIGHT PLLC
global leaders in law.

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

FEBRUARY 20, 2012

INVOICE NO. 798235

MICHIGAN CHAMBER OF COMMERCE
600 SOUTH WALNUT STREET
LANSING, MI  48933

ATTN:  ROBERT LABRANT

RE: REDISTRICTING 2011

    CLIENT/MATTER NO.049653-00001

        STATEMENT FOR LEGAL SERVICES RENDERED
        in connection with the above-referenced
        matter per the attached detail through
        January 31, 2012 . . . . . . . . . . . .     66,751.50

        DISBURSEMENTS per the attached
        detail . . . . . . . . . . . . . . . . .      1,337.21

                  TOTAL:     68,088.71



IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 798235
PAGE    2



2.90

10.70

3.10

9.50

5.00

1.40

4.00

2.70

IN ACCOUNT WITH



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 798235
PAGE    3

1.20

.50

1.10

1.00

2.60

4.60

.50

5.10

.80

3.30



In Account With

DICKINSON WRIGHT PLLC
global leaders in law.

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 798235
PAGE    4



7.30

4.00

2.30

13.20

4.50

2.70

1.40

3.60

3.40

3.00



IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC
global leaders in law.

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 798235
PAGE     5



3.40

7.80

2.00

1.50
4.60

2.20

3.40

2.40

.40



IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001                          INVOICE NO. 798235
MICHIGAN REDISTRICTING RESOURCE INSTITUTE    PAGE    6
REDISTRICTING 2011



2.50

2.70

6.90

2.50

2.70

3.90

3.20

3.00

1.70

.90



IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 798235
PAGE   7



|  |  |
|---|---|
|  | 1.00 |
|  | 2.70 |
|  | 12.20 |
|  | 1.30 |
|  | 1.80 |
|  | 2.50 |
|  | .20 |

TOTAL HOURS            184.80

TOTAL SERVICES. . . . . . . . . .$     66,751.50

In Account With


DICKINSON WRIGHT PLLC
global leaders in law.

215 S. Washington Square, Suite 200
Lansing, Michigan 48933-1816
Telephone: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
049653-00001                                    INVOICE NO. 798235
MICHIGAN REDISTRICTING RESOURCE INSTITUTE       PAGE    8
REDISTRICTING 2011
DATE                    DISBURSEMENTS                           VALUE

        CERT. COPIES/OFFL RECORDS                               86.96
        REPRODUCTION-INSIDE FIRM                               111.40
        TELEPHONE                                                2.10
        COMPUTERIZED LGL RESEARCH                            1,086.24
01/10/12 TRAVEL EXPENSES - - VENDOR: PETER H. ELLSWORTH         50.51

              TOTAL DISBURSEMENTS. . . . . . . $        1,337.21
                                                      --------------
              TOTAL CURRENT CHARGES. . . . . . $       68,088.71
                                                      ==============
```

```
    *----------------------------TIME AND FEE SUMMARY----------------------------*
    *-----------TIMEKEEPER---------*    RATE    HOURS            FEES
     P H ELLSWORTH                     540.00   43.80        23652.00
     J V STUCKEY                       450.00   51.30        23085.00
     R M SHANNON                       225.00   78.50        17662.50
     A M WENNER                        210.00   11.20         2352.00
                        TOTALS                 184.80        66751.50
```

DICKINSON
WRIGHT PLLC

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
FACSIMILE: (517) 487-4700
http://www.dickinsonwright.com

PETER H. ELLSWORTH
PEllsworth@dickinsonwright.com
(517) 487-4710

March 30, 2011

Via First-Class Mail

Mr. Robert S. LaBrant
Senior Vice President; Political Affairs
    and General Counsel; Political Affairs
Michigan Chamber of Commerce
600 South Walnut Street
Lansing, MI 48933

Re:  **Michigan Redistricting Resource Institute — 2010 Census and
     Redistricting
     Invoice for Services**

Dear Mr. LaBrant:

Enclosed is our firm's invoice for services from January 1, 2011 through February 28, 2011.

Should you have any questions, please call.

Very truly yours,

Peter H. Ellsworth

PHE/mds
Enclosures
cc:    Jeffery V. Stuckey

LANSING 49653-1 452096v1

IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333



MARCH 30, 2011

INVOICE NO. 755815

MICHIGAN CHAMBER OF COMMERCE
600 SOUTH WALNUT STREET
LANSING, MI  48933

ATTN:   ROBERT LABRANT

RE: REDISTRICTING 2011

    CLIENT/MATTER NO.049653-00001

       STATEMENT FOR LEGAL SERVICES RENDERED
       in connection with the above-referenced
       matter per the attached detail through
       February 28, 2011. . . . . . . . . . . .    67,748.00

       DISBURSEMENTS per the attached
       detail . . . . . . . . . . . . . . . .     3,357.81
                                     --------------

              TOTAL:     71,105.81
                                     ==============

In Account With



215 S. Washington Square, Suite 200
Lansing, Michigan 48933-1816
Telephone: (517) 371-1730
http://www.dickinsonwright.com
Federal I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 755815
PAGE    2



.50

.80

2.50

1.10

2.50

.30

5.90

.40

.40

.90

4.70

5.00

.40

IN ACCOUNT WITH



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 755815
PAGE    3



6.50

4.50

1.40

7.90

1.44

.63

5.00

.20

IN ACCOUNT WITH



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 755815
PAGE    4



6.30

1.80
3.60

3.30

2.94
2.22

.50
8.40

4.67
2.85

In Account With



215 S. Washington Square, Suite 200
Lansing, Michigan 48933-1816
Telephone: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 755815
PAGE    5

4.20

5.90

2.50

9.90

5.82

2.66

2.40

1.36

3.49

IN ACCOUNT WITH



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 755815
PAGE    6



.90

6.90

4.75

.70

.50
9.40

.30
1.50

1.40

In Account With



215 S. Washington Square, Suite 200
Lansing, Michigan 48933-1816
Telephone: (517) 371-1730
http://www.dickinsonwright.com
Federal I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 755815
PAGE   7



1.77

2.50

1.10

.07

1.87
2.47

.30
1.90

.30

2.28

1.15
6.90

4.88

IN ACCOUNT WITH



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 755815
PAGE    8



1.77

.80

.80

4.52

6.15

.70

.07

5.32

.80

2.47

1.10

1.70

3.87

IN ACCOUNT WITH



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 755815
PAGE    9



2.66

2.09

2.00

2.40

1.80

3.50

.07
1.30

1.40

1.50

.50
.50

.30

In Account With



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 755815
PAGE  10

.40

4.10

1.80

TOTAL HOURS                     238.01

TOTAL SERVICES. . . . . . . . . .$     67,748.00

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | REPRODUCTION-INSIDE FIRM | 2.40 |
| | COMPUTERIZED LGL RESEARCH | 3,355.41 |

TOTAL DISBURSEMENTS. . . . . . . $     3,357.81

TOTAL CURRENT CHARGES. . . . . . $     71,105.81

*------------------------------TIME AND FEE SUMMARY----------------------*
*---------TIMEKEEPER---------*     RATE    HOURS            FEES

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| P H ELLSWORTH | 510.00 | 38.10 | 19431.00 |
| J V STUCKEY | 425.00 | 16.90 | 7182.50 |
| R M SHANNON | 205.00 | 104.40 | 21402.00 |
| M J PATTWELL | 244.96 | 31.16 | 7633.00 |
| M D BOSSENBROEK | 254.99 | 47.45 | 12099.50 |
| TOTALS | | 238.01 | 67748.00 |


DICKINSON WRIGHT PLLC
global leaders in law.

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MI 48933-1816
TELEPHONE: (517) 371-1730
FACSIMILE: (517) 487-4700
http://www.dickinsonwright.com

JEFFERY V. STUCKEY
JStuckey@dickinsonwright.com
(517) 487-4766

Pd #161

March 28, 2011

**Via Email**

Mr. Robert S. LaBrant
Senior Vice President; Political Affairs
   and General Counsel; Political Affairs
Michigan Chamber of Commerce
600 South Walnut Street
Lansing, MI  48933

       **Re:**    **Michigan Redistricting Resource Institute – Redistricting 2011 Invoice for Services**

Dear Mr. LaBrant:

    Enclosed is our firm's invoice for services for the period ending February 29, 2012.

    Should you have any questions, please call.

                       Very truly yours,

                       Jeffery V. Stuckey

PHE/mds
Enclosure
cc:   Peter H. Ellsworth

LANSING 49653-1 452096

IN ACCOUNT WITH


DICKINSON WRIGHT PLLC
global leaders in law.

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. 638-1364333

---

MARCH 27, 2012                                    INVOICE NO. 803037


MICHIGAN CHAMBER OF COMMERCE
600 SOUTH WALNUT STREET
LANSING, MI  48933

ATTN:  ROBERT LABRANT

RE: REDISTRICTING 2011

    CLIENT/MATTER NO.049653-00001


       STATEMENT FOR LEGAL SERVICES RENDERED
       in connection with the above-referenced
       matter per the attached detail through
       February 29, 2012. . . . . . . . . . . .          73,788.00

       DISBURSEMENTS per the attached
       detail . . . . . . . . . . . . . . . .           1,018.44
                                 ---------------

                  TOTAL:          74,806.44
                                 ===============

IN ACCOUNT WITH



DICKINSON WRIGHT PLLC
*global leaders in law.*

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 803037
PAGE    2



1.50

1.30

.60

2.30

1.10

9.60

1.20

.90

.50

In Account With



215 S. Washington Square, Suite 200
Lansing, Michigan 48933-1816
Telephone: (517) 371-1730
http://www.dickinsonwright.com
Federal I.D. 838-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 803037
PAGE   3



4.00

1.00

1.80

1.70

3.50

6.70

4.00

.60



IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. 838-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 803037
PAGE   4



3.20

.90

4.10

2.30

3.40

2.90

3.30

1.80

3.10



IN ACCOUNT WITH

DICKINSON WRIGHT PLLC
*global leaders in law.*

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 803037
PAGE   5



1.80

3.80

.90

4.40

3.70

3.60

.40

1.40
3.50



IN ACCOUNT WITH

DICKINSON WRIGHT PLLC
global leaders in law.

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 803037
PAGE   6



4.10

6.10

3.50

4.30

.30

5.80

1.50

IN ACCOUNT WITH



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 803037
PAGE    7

3.10

3.10

4.00

3.90

2.00

.20

1.20



IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 803037
PAGE    8



3.80

6.40

.50

4.20

1.70

3.50

.40

2.20

3.10

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC
global leaders in law.

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 803037
PAGE    9

1.60

2.60

1.50

2.70

1.90

6.50

6.60

6.10

1.50

IN ACCOUNT WITH



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 803037
PAGE   10



IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333



DICKINSON WRIGHT PLLC
*global leaders in law.*

---

049653-00001                                    INVOICE NO. 803037
MICHIGAN REDISTRICTING RESOURCE INSTITUTE       PAGE  11
REDISTRICTING 2011

                                                              .50


                    TOTAL HOURS              213.40

                    TOTAL SERVICES. . . . . . . . . .$      73,788.00


DATE                    DISBURSEMENTS                          VALUE

        REPRODUCTION-INSIDE FIRM                              217.60
        TELEPHONE                                                .84
        COMPUTERIZED LGL RESEARCH                             800.00

                    TOTAL DISBURSEMENTS. . . . . . . $       1,018.44
                                                       ------------
                    TOTAL CURRENT CHARGES. . . . . . $      74,806.44
                                                       ============


*------------------------------TIME AND FEE SUMMARY----------------------*
*-----------TIMEKEEPER---------*     RATE    HOURS          FEES
    P H ELLSWORTH                   540.00    33.50        18090.00
    J V STUCKEY                     450.00    68.90        31005.00
    P J DEROSIER                    385.00      .90          346.50
    R M SHANNON                     225.00    81.70        18382.50
    S M MAXWELL                     210.00     2.30          483.00
    A M WENNER                      210.00    26.10         5481.00
                    TOTALS                   213.40        73788.00



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
FACSIMILE: (517) 487-4700
http://www.dickinsonwright.com

PETER H. ELLSWORTH
PEllsworth@dickinsonwright.com
(517) 487-4710

May 2, 2011

P& # 1099

**Via First-Class Mail**

Mr. Robert S. LaBrant
Senior Vice President; Political Affairs
   and General Counsel; Political Affairs
Michigan Chamber of Commerce
600 South Walnut Street
Lansing, MI 48933

      Re:    **Michigan Redistricting Resource Institute – 2010 Census and**
               **Redistricting**
               **Invoice for Services**

Dear Mr. LaBrant:

      Enclosed is our firm's invoice for services for the period March 1, 2011 through March 31, 2011.

      Should you have any questions, please call.

               Very truly yours,

               Peter H. Ellsworth

PHE/mds
Enclosures
cc:   Jeffery V. Stuckey

LANSING 49653-1 452096v2

IN ACCOUNT WITH



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

APRIL 29, 2011                                    INVOICE NO. 759952

MICHIGAN CHAMBER OF COMMERCE
600 SOUTH WALNUT STREET
LANSING, MI  48933

ATTN:  ROBERT LABRANT

RE: REDISTRICTING 2011

    CLIENT/MATTER NO.049653-00001

       STATEMENT FOR LEGAL SERVICES RENDERED
       in connection with the above-referenced
       matter per the attached detail through
       March 31, 2011 . . . . . . . . . . . .         39,052.00

       DISBURSEMENTS per the attached
       detail . . . . . . . . . . . . . . . .          5,306.53
                                 --------------

              TOTAL:                      44,358.53
                                 ==============

In Account With



215 S. Washington Square, Suite 200
Lansing, Michigan 48933-1816
Telephone: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
049653-00001                              INVOICE NO. 759952
MICHIGAN REDISTRICTING RESOURCE INSTITUTE  PAGE    2
REDISTRICTING 2011
```



```
                                                    .40

                                                   6.90



                                                    .40
                                                   2.20

                                                   2.10


                                                   2.20

                                                   3.20

                                                   1.40


                                                    .60
```



IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 759952
PAGE    3



5.10

2.20

2.20

6.80

5.50

5.10

2.20

2.40

In Account With



215 S. Washington Square, Suite 200
Lansing, Michigan 48933-1816
Telephone: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 759952
PAGE   4

7.40

2.00

.40

9.50

3.10

2.40

1.80

7.60

1.50

IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

DICKINSON
WRIGHT PLLC

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 759952
PAGE    5



2.20

.50

.90

1.00

1.50

3.00

.40

.40

4.00

5.40

1.70

.50

1.50

IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364353

## DICKINSON WRIGHT PLLC

| | |
|---|---|
| 049653-00001 | INVOICE NO. 759952 |
| MICHIGAN REDISTRICTING RESOURCE INSTITUTE | PAGE   6 |
| REDISTRICTING 2011 | |

```
                                                          1.10

                                                           .30

                                                          2.20

                                                          1.00
```

| | | |
|---|---|---|
| TOTAL HOURS | 114.20 | |
| TOTAL SERVICES. . . . . . . . . .$ | | 39,052.00 |

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| | REPRODUCTION-INSIDE FIRM | 2.40 |
| | DELIVERY EXPENSE | 1.52 |
| | COMPUTERIZED LGL RESEARCH | 5,302.61 |
| | TOTAL DISBURSEMENTS. . . . . . . $ | 5,306.53 |
| | TOTAL CURRENT CHARGES. . . . . . $ | 44,358.53 |

```
*---------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE   HOURS              FEES
  P H ELLSWORTH                 510.00   32.60           16626.00
  J V STUCKEY                   425.00   25.90           11007.50
  R M SHANNON                   205.00   55.70           11418.50
                       TOTALS            114.20          39052.00
```



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MI 48933-1816
TELEPHONE: (517) 371-1730
FACSIMILE: (517) 487-4700
http://www.dickinsonwright.com

JEFFERY V. STUCKEY
JStuckey@dickinsonwright.com
(517) 487-4766

May 31, 2011

**Via First-Class Mail**

Mr. Robert S. LaBrant
Senior Vice President; Political Affairs
    and General Counsel; Political Affairs
Michigan Chamber of Commerce
600 South Walnut Street
Lansing, MI 48933

Re:   **Michigan Redistricting Resource Institute – 2010 Census and Redistricting Invoice for Services**

Dear Mr. LaBrant:

Enclosed is our firm's invoice for services for the period April 1, 2011 through April 30, 2011.

Should you have any questions, please call.

Very truly yours,

Jeffery V. Stuckey

PHE/mds
Enclosures
cc:   Peter H. Ellsworth

LANSING 49653-1 452096v3

COUNSELORS AT LAW

DETROIT   NASHVILLE   WASHINGTON, D.C.   TORONTO   PHOENIX   LAS VEGAS
BLOOMFIELD HILLS   ANN ARBOR   LANSING   GRAND RAPIDS

IN ACCOUNT WITH



DICKINSON WRIGHT PLLC
global leaders in law.

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

MAY 25, 2011                                    INVOICE NO. 763743

MICHIGAN CHAMBER OF COMMERCE
600 SOUTH WALNUT STREET
LANSING, MI  48933

ATTN:  ROBERT LABRANT

RE: REDISTRICTING 2011

    CLIENT/MATTER NO.049653-00001

        STATEMENT FOR LEGAL SERVICES RENDERED
        in connection with the above-referenced
        matter per the attached detail through
        April 30, 2011 . . . . . . . . . . . . . .        26,974.50

        DISBURSEMENTS per the attached
        detail . . . . . . . . . . . . . . . .              216.29
                                                        --------------
                        TOTAL:                           27,190.79
                                                        ==============



IN ACCOUNT WITH

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 763743
PAGE    2



1.20

.80

.40

.40

2.30

1.40

.50

.40

1.80

2.10
1.70

.30

In Account With


DICKINSON WRIGHT PLLC
global leaders in law.

215 S. Washington Square, Suite 200
Lansing, Michigan 48933-1816
Telephone: (517) 371-1730
http://www.dickinsonwright.com
Federal I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 763743
PAGE   3

1.00

1.90

.50

3.70

1.70

2.20

6.50

In Account With



DICKINSON WRIGHT PLLC
global leaders in law.

215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

049653-00001
MICHIGAN REDISTRICTING RESOURCE INSTITUTE
REDISTRICTING 2011

INVOICE NO. 763743
PAGE   4



4.90

1.00

.80

.30

2.80

.80

3.60

4.50

In Account With



215 S. WASHINGTON SQUARE, SUITE 200
LANSING, MICHIGAN 48933-1816
TELEPHONE: (517) 371-1730
http://www.dickinson-wright.com
FEDERAL I.D. #38-1364333

049653-00001                                    INVOICE NO. 763743
MICHIGAN REDISTRICTING RESOURCE INSTITUTE       PAGE   5
REDISTRICTING 2011

                                                                    1.10

                                                                    2.40

                                                                    1.30

                                                                    3.30

                                                                    2.30

                    TOTAL HOURS                59.90

                    TOTAL SERVICES. . . . . . . . . .$      26,974.50


DATE                    DISBURSEMENTS                          VALUE

            TELECOMMUNICATIONS                                 88.09
            REPRODUCTION-INSIDE FIRM                          128.20

                    TOTAL DISBURSEMENTS. . . . . . . $        216.29
                                                        -------------
                    TOTAL CURRENT CHARGES. . . . . . $     27,190.79
                                                        =============


*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE   HOURS              FEES
  P H ELLSWORTH                   510.00  23.80          12138.00
  J V STUCKEY                     425.00  33.80          14365.00
  R M SHANNON                     205.00   2.30            471.50
                    TOTALS                59.90          26974.50

retainer amount. Any unused portion of the retainer remaining after all legal services have been paid for will be nonrefundable. You will not earn or be paid interest on the retainer fee balance.

8.      *Conflicts of Interest.* Conflicts of interest are a concern for Dickinson Wright PLLC and the clients we represent. We attempt to identify actual and potential conflicts at the outset of any engagement, and may request that you sign a conflict waiver before we accept an engagement from you. Occasionally, other clients or prospective clients may ask us to seek a conflict waiver from you so that we can accept an engagement on their behalf. Please do not take such a request to mean that we will represent you less zealously; rather, that we take our professional responsibilities to all clients and prospective clients very seriously.

Unfortunately, conflicts sometimes arise or become apparent after work begins on an engagement. When that happens, we will do our best to address and resolve the situation in the manner that is consistent with our professional responsibilities.

We will not represent any other client on any matter on which we are representing you unless we have your express agreement that we may do so, and where permitted to do so by the applicable jurisdiction's Rules of Professional Conduct.

We may also act generally for another client which, for you, is a market competitor.

9.      *Liability Insurance Coverage.* It is your responsibility to ascertain whether you are covered by any relevant insurance in respect of either liability or legal expenses. If so, you are responsible to notify your insurer(s) of the claim or potential claim and our involvement as soon as possible. It is also your responsibility to inform us if you believe that you have insurance coverage for the specific matter for which we have been retained.

10.     *Termination of Representation.* You may terminate our representation at any time, with or without reason. We have a right to discontinue providing services under certain circumstances, such as your failure to fulfill your financial obligations to us. Your termination of our representation in no way relieves you of the obligation to pay for legal services that have been provided prior to the time of termination and that are necessitated to make an orderly transfer of our file materials.

Upon termination of our representation for any reason, we will return your papers, documents and other property to you upon receipt of your request for them. We may, and likely will, retain a copy of the materials returned to you. If you have outstanding invoices owing to the Firm, we may have the right to retain your documents if they are properly subject to a lien.

At such time as we have completed the scope of work for which we have been retained, we will consider our

representation to have ended. If you later retain us to perform further or additional work, our future representation will be subject to the terms of and understanding set forth herein, unless other terms and conditions are expressly agreed to.

11.     *Records Retention.* Subject to paragraph 10 above, any materials belonging to you will be returned to you at the conclusion of the engagement. Following the engagement, in accordance with Firm policies, applicable law and the applicable jurisdiction's Rules of Professional Conduct regarding ownership of files and file retention, we will retain our files relating to this matter for a period of years, after which time the files may be destroyed. We will make reasonable efforts to notify you prior to the destruction of any files. A reasonable charge may be imposed for any special requests pertaining to disposition or handling of our files.

12.     *E-Mail and Cellular Phone Authorization.* Dickinson Wright PLLC is able to communicate with clients via electronic mail over the Internet ("e-mail") and many of our attorneys utilize cellular phones. With e-mail, current technology cannot eliminate the risk that confidences and/or secrets otherwise protected by attorney/client privilege may be viewed by unauthorized third parties and the privilege thereby lost. As to both means of communication, sensitive, confidential and proprietary materials of the client may be intercepted by unauthorized third parties. Please be advised that in connection with the use of e-mail and cellular phones, (a) there is the risk of the loss of the attorney/client privilege and that sensitive, confidential or proprietary material may be inadvertently disclosed to unauthorized third parties; (b) Dickinson Wright PLLC does not currently utilize encryption technology or other equivalent security systems when sending information over the internet; and (c) you have the right to specifically direct Dickinson Wright PLLC not to send the client sensitive, confidential or proprietary materials via e-mail or to utilize a cellular phone when communicating.

Unless you specifically provide direction to the contrary, your acceptance of our engagement letter will indicate your review of this policy statement on the use of e-mail and cellular phones and will specifically authorize Dickinson Wright PLLC to utilize e-mail, to send information over the Internet to communicate with you and with third parties, and to utilize cellular phones. By engaging our Firm, you agree to assume the risk of inadvertent disclosure and the risk of the loss of attorney/client privilege as it relates to information being transmitted. You retain the right to direct Dickinson Wright PLLC not to send specific items of information via the Internet, by e-mail or over a cellular phone. This authorization shall remain in effect until revoked in writing.

Please feel free to contact the attorney at the Firm responsible for the matters you have engaged us to address on your behalf if you have any questions regarding this policy.