# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, ROGER J. BRDAK, FREDERICK C. DURHAL, JR., JACK E. ELLIS, DONNA E. FARRIS, WILLIAM "BILL" J. GRASHA, ROSA L. HOLLIDAY, DIANA L. KETOLA, JON "JACK" G. LASALLE, RICHARD "DICK" W. LONG, LORENZO RIVERA and RASHIDA H. TLAIB, | No. 2:17-cv-14148 <br><br> Hon. Eric L. Clay <br> Hon. Denise Page Hood <br> Hon. Gordon J. Quist |
| Plaintiffs, | |
| v. | |
| RUTH JOHNSON, in her official Capacity as Michigan Secretary of State, | |
| Defendant. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kevin M. Toner of the law firm Faegre Baker Daniels LLP hereby enters his appearance as attorney for Plaintiffs in the above-captioned matter.

Date: August 14, 2018        *s/ Kevin M. Toner*
                             Kevin M. Toner (IN Bar No. 11343-49)

>FAEGRE BAKER DANIELS LLP
>300 N. Meridian St., Suite 2700
>Indianapolis, IN  46204
>Telephone:  317-237-0300
>Kevin.Toner@FaegreBD.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2018, I caused to have electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this matter.

>Respectfully submitted,
>
>/s/ Kevin M. Toner