**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUTH JOHNSON, in her official capacity as Michigan Secretary of State <br><br> Defendant. | Civil Action No. 17-cv-14148 |

## PROPOSED LEGISLATIVE INTERVENORS LEE CHATFIELD AND AARON MILLER'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1291 and the collateral order exception to the final judgment rule, *see e.g., Purnell v. Akron*, 925 F.2d 941, 944-45 (6th Cir. 1991); *Stringfellow v. Concerned Neighbors in Action*, 480 U.S. 370, 377 (1987) ("[W]hen an order prevents a putative intervenor from becoming a party in *any* respect, the order is subject to immediate review.") (emphasis in the original)), Proposed Legislative Intervenors Lee Chatfield and Aaron Miller appeal this Court's August 14, 2018, (Dkt. No. 91), ruling denying intervention to the United States Court of Appeals for the Sixth Circuit.

Dated: August 20, 2018                               Respectfully Submitted,

| **HOLTZMAN VOGEL JOSEFIAK TORCHINSKY PLLC** | **CLARK HILL PLC** |
|---|---|
| */s/ Jason Torchinsky* | */s/ Charles R. Spies* |
| Jason Torchinsky | Charles R. Spies |
| Shawn Sheehy | Brian D. Shekell (P75327) |
| Phillip M. Gordon | 212 E. Cesar Chavez Ave |
| 45 North Hill Drive, Suite 100 | Lansing, MI 48906 |
| Warrenton, Virginia 20186 | 517.318.3100 |
| Phone: 540-341-8808 | E: bshekell@clarkhill.com |
| Email: JTorchinsky@hvjt.law | |
| SSheehy@hvjt.law | |
| pgordon@hvjt.law | |

## **CERTIFICATE OF SERVICE**

On August 20, 2018, I certify that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which then sent a notification of electronic filing to all counsel of record.

*/s/ Jason Torchinsky*
Jason Torchinsky