UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

League of Women Voters of Michigan

              Plaintiff(s),                              Case No. 17-cv-14148

v.                                                          Judge  Denise Page Hood

Ruth Johnson                                         Magistrate Judge

              Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __101__, filed ____8/30/2018____, has been modified. The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☑ Other:  The Opinion and Judgment was linked to wrong docket entry.

If you need further clarification or assistance, please contact ____S. Krause____ at __(313) 234-5000__.

DAVID J. WEAVER, CLERK OF COURT

Dated: August 30, 2018                             s/S. Krause
                                                         Deputy Clerk