# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., ) ) ) Plaintiffs, ) ) v. ) ) RUTH JOHNSON, in her official capacity as Michigan Secretary of State, ) ) ) ) ) Defendant. ) ) ) | No. 2:17-cv-14148 ORDER |

## ORDER GRANTING MOTION TO MODIFY THE COURT'S AUGUST 14 ORDER REGARDING DEPOSITION OF PETER ELLSWORTH

Before the Court is Plaintiffs' Motion to Modify August 14 Order Regarding Deposition of Peter Ellsworth [Dkt. No. 99]. Plaintiffs represent in their motion that "[t]he parties and the witness have agreed that, if it is convenient to the Court's schedule, Mr. Ellsworth's deposition will commence on Thursday, September 6, 2018 at 9:00 a.m. at the law offices of Dickinson Wright in Lansing, Michigan." [*Id.* at PageID #2106.]

The Court, being fully advised in the premises and for good cause shown, **ORDERS** that the deposition of Peter H. Ellsworth shall occur by oral examination

1

on September 6, 2018, at 9:00 a.m. at the law offices of Dickinson Wright in Lansing, Michigan.

ENTERED: August 31, 2018

*/s/ Eric L. Clay*
Signed for and on behalf of the panel:

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 31, 2018, by electronic and/or ordinary mail.

S/Diane R. Marion
Administrative Manager