# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | : |
| Plaintiffs, | :  Civil Action No. 17-cv-14148 |
| v. | :  Hon. Eric L. Clay |
|  | :  Hon. Denise Page Hood |
|  | :  Hon. Gordon J. Quist |
| RUTH JOHNSON, in her official capacity as Michigan Secretary of State | : |
| Defendant. | : |

## PROPOSED LEGISLATIVE INTERVENORS LEE CHATFIELD AND AARON MILLER'S NOTICE OF SUPPLEMENTAL AUTHORITY

As this Court is aware, yesterday the United States Court of Appeals for the Sixth Circuit reversed and remanded this Court's order denying intervention to the Congressional Intervenors. ECF No. 103.

Proposed Intervenors submit that this case should be considered by this Court as it considers the four required factors when considering the pending Motion to Stay Pending Appeal. The reversal of the denial of intervention by other parties by the United States Court of Appeals for this Sixth Circuit in this very case increases the likelihood of reversal.

Proposed Legislative Intervenors will further address the application of this case in additional detail in their reply to the anticipated opposition to the Motion for Stay Pending Appeal. However, given that the Motion for Stay was filed six days before the Sixth Circuit opinion was issued, Proposed Legislative Intervenors felt it prudent to bring the impact of that opinion to this Court's attention as soon as possible.

Dated: August 31, 2018                                     Respectfully Submitted,

**HOLTZMAN VOGEL JOSEFIAK**            **CLARK HILL PLC**
**TORCHINSKY PLLC**

/s/  Jason Torchinsky                                       /s/ Charles R. Spies
Jason B. Torchinsky                                         Charles R. Spies
Shawn T. Sheehy                                             Brian D. Shekell
Phillip M. Gordon                                           212 E. Cesar Chavez Ave.
45 North Hill Drive, Suite 100                              Lansing, MI 48906
Warrenton, Virginia 20186                                   P: 517-318-3100
Phone: 540-341-8808                                         E: cspies@clarkhill.com
Email: JTorchinsky@hvjt.law
ssheehy@hvjt.law
pgordon@hvjt.law

## Certificate Of Service

I hereby certify that on August 31, 2018 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all of the parties of record.

**HOLTZMAN VOGEL JOSEFIAK TORCHINSKY, PLLC**

/s/ Jason Torchinsky
Jason Torchinsky