# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., ) ) ) Plaintiffs, ) ) v. ) ) RUTH JOHNSON, in her official capacity as Michigan Secretary of State, ) ) ) ) ) Defendant. ) _____ ) | Case No. 2:17-cv-14148 |

## NOTICE REGARDING DEPOSITION OF PETER ELLSWORTH

Judge Quist will be available to rule on objections occurring during the deposition of Peter H. Ellsworth, currently scheduled to begin at 9:00 AM on September 6, 2018, at the offices of Dickinson Wright in Lansing, Michigan. Dickinson Wright shall contact Deloy Johnson (616/732-2756) regarding setting up video conferencing between the deposition and Judge Quist's Chambers.  If video conferencing is not available at Dickson Wright, Judge Quist's Chambers (616/456-2253) should be informed immediately and other arrangements will be made.

Dated: September 4, 2018                                          /s/ Gordon J. Quist
                                                                                     GORDON J. QUIST
                                                                          UNITED STATES DISTRICT JUDGE