UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> RUTH JOHNSON, in her official capacity as Michigan Secretary of State, <br><br>  Defendant. | No. 2:17-cv-14148 |

ORDER DIRECTING THE REPUBLICAN CONGRESSIONAL DELEGATION
TO COMPLY WITH CASE MANAGEMENT ORDER NO. 1 (D/E #53)

In consideration of the Sixth Circuit's Opinion [#103] reversing the panel's denial of the Republican Congressional Delegation's Motion to Intervene [#47], and order requiring this Court to grant the Congressional Delegation's Motion to Intervene [#47], the Court hereby orders that the Republican Congressional Delegation, as Intervenor, must comply with the deadlines already in place, see Case Management Order Number 1 [#53], including the deposition of Peter Ellsworth scheduled for September 6, 2018.

ENTERED: September 4, 2018

_____
Signed for and on behalf of the panel:

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 4, 2018, by electronic and/or ordinary mail.

S/Diane R. Marion
Administrative Manager