# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS )
OF MICHIGAN, et al., )
                                                               )
     Plaintiffs, )
                                                               )
v. ) No. 2:17-cv-14148
                                                               )
RUTH JOHNSON, in her official )
capacity as Michigan Secretary of )
State, )
                                                              )
     Defendant. )
                                                               )

## ORDER GRANTING IN PART THE CONGRESSIONAL INTERVENORS' EMERGENCY MOTION TO ALTER CASE MANAGEMENT ORDER #1

Before the Court is the Congressional Intervenors' Emergency Motion to Alter Case Management Order #1. [Dkt. No. 111.]

It should be noted that the Congressional Intervenors do not seek to reopen discovery and "are not seeking an adjustment of the discovery deadline." (Br. at 12.) However, they argue that the Court should extend all remaining case management deadlines by 60 days, beginning with the deadline to file dispositive motions. (*Id.* at 8.) The Court is not aware of any reason that the Congressional Intervenors are incapable of complying with the existing case management deadlines.

The Congressional Intervenors state that the only additional discovery they may request is to introduce an expert witness who they would then make available for the other parties to depose. (*See* Br. at 12.) If the Congressional Intervenors desire to name an expert witness, they may file an appropriate motion. Upon receipt of said motion, the Court will consider whether to grant that discovery request while continuing to enforce the existing case management deadlines. If the Congressional Intervenors require discovery in addition to that pertaining to naming an expert witness, they may present such discovery requests to the Court, which will consider additional discovery requests on a case-by-case basis.

Accordingly, it is HEREBY ORDERED that the Congressional Intervenors shall comply with the deadlines already in place in the Case Management Order but may seek additional discovery on a case-by-case basis. *See* Case Management Order Number 1 [Dkt. No. 53].

ENTERED:

*/s/ Eric L. Clay*

Signed for and on behalf of the panel:

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 11, 2018, by electronic and/or ordinary mail.

S/Diane R. Marion
Administrative Manager
