UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS OF
MICHIGAN, ROGER J. BRDAK,
FREDERICK C. DURHAL, JR., JACK
E. ELLIS, DONNA E. FARRIS, WILLIAM
"BILL" J. GRASHA, ROSA L. HOLLIDAY,
DIANA L. KETOLA, JON "JACK" G.
LASALLE, RICHARD "DICK" W. LONG,
LORENZO RIVERA and RASHIDA H.
TLAIB,

        Plaintiffs,

v.

RUTH JOHNSON, in her official capacity
as Michigan Secretary of State,

        Defendant.
_____/

Case No. 17-cv-14148

Hon. Eric L. Clay
Hon. Denise Page Hood
Hon. Gordon J. Quist

**INDEX OF EXHIBITS**

## INDEX OF EXHIBITS

| EXHIBIT | | DESCRIPTION |
|---|---|---|
| 1 | | *Harris v. McCrory*, 2016 WL 3129213, (M.D.N.C. June 2, 2016) (unpublished) |
| 2 | | *Radogno v. Illinois State Bd. of Elections*, 2011 WL 5868225, (N.D. Ill. November 22, 2011) (unpublished) |
| 3 | | September 7, 2018 Deposition Transcript of Dr. Jowei Chen (Excerpts) |
| 4 | A | July 19, 2018 Email of Plaintiff's Counsel |

| | | |
|---|---|---|
| | B | July 24, 2018 E-mail of Plaintiff's Counsel |
| | C | August 15, 2018 E-mail of Defendant's Counsel |
| | D | September 4, 2018 E-mail of Defendant's Counsel |
| | E | September 8, 2018 E-mail of Defendant's Counsel |
| 5 | | August 2, 2018 E-mail of Defendant's Counsel, with Attached Draft Rule 30(b)(6) Deposition Notice |
| 6 | | Final/Amended 30(b)(6) Notice, Dated September 4, 2018 |
| 7 | | September 3, 2018 E-mail of Plaintiffs' Counsel |
| 8 | | September 11, 2018 Deposition Transcript of 30(b)(6) Deposition of the League of Women Voters (Susan Smith) (Excerpts) |
| 9 | | August 8, 2018 Deposition Transcript of Dr. Christopher Warshaw (Excerpts) |
| 10 | | Expert Report of Dr. Kenneth R. Mayer (Excerpts) |
| 11 | | Expert Report of Dr. Christopher Warshaw (Excerpts) |
| 12 | | August 1, 2018 Deposition Transcript of Dr. Kenneth R. Mayer (Excerpts) |
| 13 | | Expert Report of Dr. Jowei Chen (Excerpts) |
| 14 | | Plaintiffs' Supplemental Response to Defendant's First Discovery, August 31, 2018 (Excerpt) |

LANSING 56620-2 537167v1