**Ryan M. Shannon**

| | |
|---|---|
| **From:** | Ryan M. Shannon |
| **Sent:** | Wednesday, August 15, 2018 12:57 PM |
| **To:** | Yeager, Jay |
| **Subject:** | Shape files, 30(b)(6) |
| **Attachments:** | Notice_of_30b6_Deposition.pdf |

Jay,

Just following up on two items:

==(1) Can you advise on the status of the Demo map shape files, and in particular, commit to providing those yet this week?==

(2) Do you have a suggested date/location for the requested League 30(b)(6) deposition?  We had discussed earlier this month pushing that beyond the close of discovery to the following week (including up to August 31).  In the meantime, I am attaching and sending by mail a notice for August 24 in Lansing, but will revise that notice once we find a mutual date/place.

Regards,
Ryan