UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS OF
MICHIGAN, ROGER J. BRDAK,
FREDERICK C. DURHAL, JR., JACK
E. ELLIS, DONNA E. FARRIS, WILLIAM         Case No. 17-cv-14148
"BILL" J. GRASHA, ROSA L. HOLLIDAY,
DIANA L. KETOLA, JON "JACK" G.             Hon. Eric L. Clay
LASALLE, RICHARD "DICK" W. LONG,           Hon. Denise Page Hood
LORENZO RIVERA and RASHIDA                 Hon. Gordon J. Quist
H. TLAIB,

        Plaintiffs,

v.

RUTH JOHNSON, in her official capacity
as Michigan Secretary of State,

        Defendant.
_____/

**AMENDED NOTICE OF TAKING FED. R. CIV. P. 30(B)(6) DEPOSITION
OF THE LEAGUE OF WOMEN VOTERS OF MICHIGAN**

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 11, 2018, beginning at 9:00 a.m. E.D.T., Defendant Secretary of State Ruth Johnson ("Defendant") shall take, pursuant to Fed. R. Civ. P. 30(b)(6), the deposition by oral examination of the League of Women Voters of Michigan (the "League") at the offices of Dickinson Wright PLLC, 350 S. Main St., #300, Ann Arbor, MI 48104, before a court reporter. The deposition shall continue day-to-day until completed.

## SUBJECTS OF TESTIMONY

Please provide a representative or representatives of the League to testify about information known or reasonably available to the League, related to the following subjects:

1. [This subject has been removed based on supplemental discovery responses provided by Counsel on August 31, 2018.]

2. As to each district in the enacted Michigan 2011 Apportionment Plan that Plaintiffs challenge as a partisan gerrymander, the identity of the League's member(s) or the named Plaintiff, if any, harmed with respect to such district, and, as to each such member or Plaintiff:

   a. The harm suffered by that member as a result of the shape of their district in the 2011 Apportionment Plan;

   b. The proposed alternative district plan for that member; and

   c. How such proposed alternative district plan would redress the injury suffered by the member.

The representative is requested to bring with them a hardcopy of proposed alternative district plans, and any non-privileged analysis in their possession relating to same.

                                                      Respectfully submitted,
                                                      DICKINSON WRIGHT PLLC

Dated: September 4, 2018                /s/ Ryan M. Shannon
                                                      Ryan M. Shannon
                                                      Attorneys for Defendant

## Certificate of Service

I, the undersigned, certify that on September 4, 2018, copies of the foregoing document were served on counsel for the parties as listed below via U.S. Mail:

Joseph H. Yeager, Jr.
Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204

Jason Torchinsky
Holtzman Vogel Josefiak Torchinksy PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186

                                                    /s/ Ryan M. Shannon
                                                    Ryan M. Shannon

LANSING 56620-2 535461v2