# Ryan M. Shannon

| | |
|---|---|
| **From:** | Yeager, Jay <Jay.Yeager@faegrebd.com> |
| **Sent:** | Monday, September 3, 2018 11:30 AM |
| **To:** | Ryan M. Shannon |
| **Subject:** | RE: League 30b6 |

Ryan –

Yes 9 a.m at your Ann Arbor works. ==I am working on getting the 2b and 2c designee set for the same day and place if possible.==

Have a great holiday.

Jay

**From:** Ryan M. Shannon <RShannon@dickinson-wright.com>
**Sent:** Wednesday, August 29, 2018 10:48 AM
**To:** Yeager, Jay <Jay.Yeager@faegrebd.com>
**Subject:** RE: League 30b6

Jay,

9/11 in Ann Arbor will work as to topic 2(a). Would you prefer that the deposition occur in our Ann Arbor office, or at another location? And is a 9:00 a.m. start time agreeable?

I agree that the deposition should not be lengthy. We may be able to finish in the morning.

==As to topics 2b and c, is there any prospect that the deposition could occur on the same day, or earlier (e.g. 9/6, 9/7 or 9/10)?==

Ryan

**Ryan M. Shannon** Practice Group Chair - Insurance

215 S. Washington Square
Suite 200
Lansing MI 48933

Phone 517-487-4719
Mobile 517-410-5443
Fax   844-670-6009
Email RShannon@dickinsonwright.com

[Profile] [V-Card]

**DICKINSON WRIGHT** PLLC
ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

**From:** Yeager, Jay <Jay.Yeager@faegrebd.com>
**Sent:** Saturday, August 25, 2018 3:21 PM
**To:** Ryan M. Shannon <RShannon@dickinson-wright.com>
**Subject:** League 30b6

Ryan –

Can we do the League 30b6 on harm topic 2(a) on 9/11 in Ann Arbor? The dates we had discussed earlier all conflict with previous commitments to travel and other deps for the lawyer and witness. I believe this deposition will not be terribly lengthy.

We will object and not designate on topic 1, as previously discussed.  I will respond further regarding topics 2(b) and 2(c), but any testimony on those topics would come from a different League designee.

Thanks.

Jay

Jay Yeager
*Partner*
jay.yeager@FaegreBD.com    Download vCard
D: +1 317 237 1278

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.