# INDEX

| | |
|---|---|
| Plaintiffs' Second Supplemental Response to Defendant's Interrogatory | APPENDIX A |
| Expert Report of Jowei Chen | APPENDIX B |
| Expert Report of Kenneth Mayer | APPENDIX C |
| Deposition Transcript of Timmer | APPENDIX D |
| Plaintiffs' Objections and Responses to Defendant's First Set of Interrogatories | APPENDIX E |
| Excerpts of League of Women Voters 30(b)(6) Deposition | APPENDIX F |
| Kenneth Mayer Engagement Letter | APPENDIX G |
| Jowei Chen Engagement Letter | APPENDIX H |
| Excerpts of Chen Deposition | APPENDIX I |
| Excerpts of Began Deposition | APPENDIX J |
| Excerpts of McMaster Deposition | APPENDIX K |
| Excerpts of Lund Deposition | APPENDIX L |
| Excerpts of Bolger Deposition | APPENDIX M |
| Excerpts of Marqurdt Deposition | APPENDIX N |
| Excerpts of Hune Deposition | APPENDIX O |
| Excerpts of LaBrant Deposition | APPENDIX P |