# APPENDIX D

Page 1

1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF MICHIGAN
2    SOUTHERN DIVISION
3    Court File No. 2:17-cv-14148-DPH-SDD
4    - - - - - - - - - - - - - - - -
5    LEAGUE OF WOMEN VOTERS
     OF MICHIGAN, ROGER J. BRDAK,
6    JACK E. ELLIS, DONNA E. FARRIS,
     WILLIAM "BILL" J. GRASHA,
7    ROSA L. HOLLIDAY, DIANA L.
     KETOLA, JON "JACK" G. LASALLE,
8    Richard "DICK" W. LONG,
     LORENZO RIVERA,
9    and RASHIDA H. TLAIB,
10
     Plaintiffs,
11
     v.
12
     RUTH JOHNSON, in her official
13   capacity as Michigan
     Secretary of State,
14
     Defendant.
15
     - - - - - - - - - - - - - - - - - - - - - -
16
17
18
19    - - - - - - - - - - - - - - - - - - - - - -
20           DEPOSITION OF
           JEFFREY TIMMER
21            VOLUME I
     - - - - - - - - - - - - - - - - - - - - - -
22
23
24   Taken August 22, 2018 By Kelly A. Herrick
25

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

## Page 2

```
1   APPEARANCES:
2
3   FAEGRE BAKER DANIELS
    300 N. Meridian Street
    Suite 2700
4   Indianapolis, Indiana  46204-1750
    Phone:  317.237.0300
5   Email:  Kevin.toner@FaegreBD.com
6   By:  Kevin M. Toner
         For the Plaintiffs
7
8   GOODMAN ACKER
    17000 W. Ten Mile Rd.
9   Second Floor
    Southfield, Michigan  48075
10  Phone:  248.483.5000
    Email:  Mbrewer@goodmanacker.com
11
    By:  Mark Brewer
12       For the Plaintiffs
13
    DICKINSON WRIGHT PLLC
14  215 S. Washington Square
    Suite 200
15  Lansing, Michigan  48933-1816
    Phone:  517.487.4710
16  Email:  Pellsworth@dickinsonwright.com
            Sknapp@dckinsonwright.com
17
    By:  Peter H. Ellsworth
18       Scott Knapp
         For the Secretary of State
19
20
21
22
23  Also present:  Deborah M. Barclay, Notary
24
25
```

## Page 3

```
1            I N D E X
2   Examination by Mr. Toner, page 4
3
4
    INDEX OF EXHIBITS
5
    NUMBER   DESCRIPTION
6
    Exhibit 142  Expert Report, page 4
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
1        THE DEPOSITION OF JEFFREY TIMMER is taken on
2   this 22nd day of August, 2018, at Dickinson
3   Wright, 215 S. Washington Square, Suite 200,
4   Lansing, Michigan, commencing at 8:30 a.m.
5        (Exhibit 142 was marked.)
6        JEFFREY TIMMER,
7   A witness in the above-entitled action,
8   after having been first duly sworn,
9   testifies and says as follows:
10       EXAMINATION
11  BY MR. TONER:
12  Q.  Good morning.  Would you state your full
13      name, please.
14  A.  Jeffrey Allen Timmer.
15  Q.  Mr. Timmer, how old are you?
16  A.  51.
17  Q.  And where is your current residence?
18  A.  In Portland, Michigan.
19  Q.  And where is your current office?
20  A.  In Lansing, Michigan.
21  Q.  Is this your first deposition?
22  A.  No.
23  Q.  How many have you given?
24  A.  One.
25  Q.  Can you tell me the circumstances of that?
```

## Page 5

```
1   A.  It was related to a campaign finance issue.
2   Q.  About when was that?
3   A.  After the 1998 election.
4   Q.  Was a trial -- did a trial occur in that
5       matter?
6   A.  I don't recall.
7   Q.  Was there any hearing in that matter where
8       you testified?
9   A.  No.
10  Q.  Have you ever testified at any trial?
11  A.  No.
12  Q.  You're probably familiar from that exercise,
13      but let me just make sure we're on the same
14      page in terms of general ground rules today.
15      If at any time you might not hear one of my
16      questions clearly, we can have that read
17      back right away by the court reporter, okay?
18  A.  Um-hmm.
19  Q.  If at any time I garble something, use terms
20      of art in your area that don't make sense,
21      for any reason you don't understand one of
22      my questions, will you tell me that?
23  A.  Yes.
24  Q.  And as you just reminded yourself, I think,
25      the nods and the shakes of the head are very
```

Page 6

1    hard to show on the record, so we require a
2    yes or a no or a full answer to the
3    questions, okay?
4  **A.  Yes.**
5  Q.  So, if you answer one of my questions, the
6    judges in this case will assume that you
7    heard it, you understood it and you would
8    answer it the same way as if we were sitting
9    in the courthouse: is that okay?
10 **A.  Yes.**
11 Q.  If you ever want a break, please let me
12   know.  We'll break for any reason at all.
13   I'll tell you right up, I'm going to need a
14   break about every hour or so thanks to my
15   blood pressure pill, but if you want a
16   break, just speak up, okay?
17 **A.  Okay.**
18 Q.  Are you on any medications or is there any
19   other thing going on with you that would
20   impair your ability to hear my questions and
21   provide truthful answers?
22 **A.  No.**
23 Q.  And have you ever been convicted of a crime?
24 **A.  No.**
25 Q.  What did you do to prepare for your

Page 7

1    testimony today?
2  **A.  I read a lot of material.**
3  Q.  Can you describe for me what material you're
4    talking about?
5  **A.  I read the report that I did in June.  I**
6    **read the 1982 correspondence involving the**
7    **court, Judge Levin, Bernie Apol,**
8    **Harold Hoag.  I read emails that were sent**
9    **to me and by me.**
10 Q.  Anything else that you recall?
11 **A.  I read the statutes, the Michigan statutes**
12   **related to the legislative and congressional**
13   **redistricting.  I looked at maps.  I read**
14   **newspaper accounts of emails.**
15 Q.  And did the newspaper accounts refresh your
16   recollection at all?
17 **A.  I'm not sure I -- my recollection of what?**
18 Q.  I'll back up.  Why did you read newspaper
19   accounts?
20 **A.  I Googled information about me to see what**
21   **was in the public realm and read them as a**
22   **result.**
23 Q.  The other items that you reviewed, are they
24   all items that you selected on your own
25   accord and decided were worth your time

Page 8

1    prior to testifying?
2      THE WITNESS:  I don't know if that
3    gets into conversations that we've had.
4      MR. ELLSWORTH:  Would you --
5      MR. TONER:  Sure, I'll rephrase.
6    I'd be happy to rephrase.
7  BY MR. TONER:
8  Q.  Were some of the items you reviewed selected
9    and provided to you by attorneys?
10 **A.  Yes.**
11     MR. ELLSWORTH:  You can go ahead
12   and answer.
13     THE WITNESS:  Yes.
14 BY MR. TONER:
15 Q.  And were other items that you reviewed
16   selected on your own accord, for example,
17   newspaper accounts about yourself that you
18   Googled?
19 **A.  Yes.**
20 Q.  Can you give me a rough estimate of how much
21   is in the attorney stack and how much is in
22   the Jeff Timmer stack?
23 **A.  Probably 90 attorney, 10 Timmer, because the**
24   **report, the statutes, the emails, they were**
25   **all part of the attorney consultation.**

Page 9

1  Q.  Were the emails that you reviewed all items
2    that you had produced in connection with the
3    litigation?
4  **A.  Were the --**
5  Q.  The emails that you reviewed.
6  **A.  That I had produced?**
7  Q.  Yes.
8  **A.  I don't know the answer to that.**
9  Q.  One indicator of what's already been
10   produced in this case is what's known as a
11   Bates number, a small number at the bottom
12   of the page, and before you get out of here
13   today, you'll see many pieces of paper that
14   say "Timmer" followed by one to five digits.
15     Do you happen to recall whether the
16   emails that you were reviewing had Bates
17   numbers on them?
18 **A.  Not that I recall.**
19 Q.  Did you review emails that did not have your
20   name on them?
21 **A.  I don't know.**
22 Q.  You described some 1992 correspondence
23   between Mr. Apol and the Michigan Supreme
24   Court.  Is that the same set of documents
25   that were attached to your Expert Report?

**Deposition of Jeffrey Timmer Vol. I - 8/22/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan**

## Page 10

1  **A. Yes.**
2  Q. You didn't go out and do any additional
3    research to -- and didn't find any other
4    correspondence, did you?
5  **A. No.**
6  Q. Did you participate in any sessions with
7    lawyers to prepare for today?
8  **A. Yes.**
9  Q. How many?
10 **A. One.**
11 Q. How long was it?
12        MR. ELLSWORTH:  You can answer.
13        THE WITNESS:  Between three and a
14    half and four hours.
15    BY MR. TONER:
16 Q. Who participated?
17 **A. Mr. Ellsworth, Mr. Knapp, Mr. Stuckey, and**
18    **Mr. Shannon.**
19 Q. Thank you.  Where did you go to college?
20 **A. Michigan State University.**
21 Q. What degree did you receive?
22 **A. Public -- a degree in public policy and**
23    **international relations.**
24 Q. Is that your major?
25 **A. James Madison College at Michigan State**

## Page 11

1    **University.**
2  Q. I see.  Thank you.  When was that degree?
3  **A. 1989.**
4  Q. After 1989, did you do any graduate work?
5  **A. No.**
6  Q. Have you ever had any legal training?
7  **A. No.**
8  Q. You're not a lawyer, right?
9  **A. No.**
10 Q. Have you ever had any computer programming
11    training?
12 **A. No.**
13 Q. Are you able to -- what my son would call
14    code?
15 **A. No.**
16 Q. Can you tell me the highest level of
17    mathematics you studied in college?
18 **A. Yes.  I did not study math in college.**
19 Q. Take any statistics classes?
20 **A. Yes.**
21 Q. More than one?
22 **A. No.**
23 Q. So, undergraduate statistics?
24 **A. Yes.**
25 Q. Have you done any postcollege coursework at

## Page 12

1    all in statistics?
2  **A. No.**
3  Q. Any kind of mathematics?
4  **A. No.**
5  Q. Have you ever had training in Java?
6  **A. No.**
7  Q. Who is your current employer?
8  **A. Lambert, Edwards & Associates.  The Sterling**
9    **Corporation is a division of**
10    **Lambert Edwards.**
11 Q. I take it it's not a separate subsidiary of
12    Lambert: is that right?
13 **A. Correct.**
14 Q. Has Sterling Corporation always been an a
15    division, or was it previously incorporated
16    as a separate entity?
17 **A. It was previously incorporated as a separate**
18    **entity.**
19 Q. Where was it incorporated?
20 **A. In Michigan.**
21 Q. Was that in 1999?
22 **A. I believe so.**
23 Q. And was the Sterling Corporation involved in
24    any way in the 2001 Michigan redistricting?
25 **A. Yes.**

## Page 13

1  Q. How -- what was its role?
2  **A. I was involved.**
3  Q. And I take it the Sterling Corporation was
4    also involved in the 2011 Michigan
5    redistricting; is that correct?
6  **A. Yes.**
7  Q. Can you ballpark for me approximately how
8    much revenue Sterling Corporation earned in
9    connection with the 2001 redistricting?
10 **A. 2001?**
11 Q. Yes.
12 **A. I do not recall 2001.**
13 Q. Can you make any estimate at all?
14 **A. Estimate?**
15 Q. Yes.
16 **A. No, I'm not sure.**
17 Q. Do you recall what hourly rate was charged
18    for your work back in 2001?
19 **A. Not in 2001, I do not recall.**
20 Q. Do you recall about how many hours you put
21    in back in 2001?
22 **A. No, I do not.  Not that I could answer.**
23 Q. Is it fair to say it was a substantial
24    amount of time?
25 **A. Yes.**

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

## Page 14

1    Q. And your employer was paid for your work; is
2      that right?
3    **A. Yes.**
4    Q. Let's talk about 2011, can you ballpark for
5      me how much revenue Lambert, Edwards &
6      Associates made in connection with
7      redistricting work in Michigan?
8    **A. Zero in 2011.**
9    Q. Is your answer different if I ask you about
10    Sterling Corporation, did it make revenue?
11    **A. Yes.**
12    Q. Okay. Fair enough. The 2011 Michigan
13    redistricting, about how much money did
14    Sterling Corporation make for your work and
15    the work of others at Sterling?
16    **A. $150,000.**
17    Q. Do you recall what your hourly rate was for
18    that work?
19    **A. 200.**
20    Q. Who else at Sterling Corporation worked on
21    Michigan redistricting besides yourself?
22    **A. Worked on, please clarify.**
23    Q. Did work on behalf of Sterling Corporation
24    and was compensated for it.
25    **A. Steve Linder.**

## Page 15

1    Q. Anyone else?
2    **A. Not that I recall.**
3    Q. Do you recall what Mr. Linder's rate was in
4    2011 for that work?
5    **A. I recall he did not have an hourly rate. He**
6    **had had a monthly.**
7    Q. Did Mr. Linder prepare detailed reports
8    showing the time spent on redistricting?
9    **A. No.**
10    Q. In 2011?
11    **A. No.**
12    Q. Did you prepare such entries for your work?
13    **A. Possibly.**
14    Q. Can you describe for me what sort of
15    operations Lambert, Edwards & Associates
16    has, just generally.
17    **A. Public relations, public affairs, marketing,**
18    **branding.**
19    Q. In terms of the Sterling Corporation
20    division, is it fair to describe that as
21    political consulting and political
22    fundraising?
23    **A. In part.**
24    Q. What else would you include?
25    **A. Public affairs and issue advocacy.**

## Page 16

1    Q. Does Lambert Edwards have any affiliates
2    besides Sterling Corporation who are engaged
3    in issue advocacy, political consulting or
4    political fundraising?
5    **A. No.**
6    Q. Sterling Corporation provides consulting
7    services to what kind of organizations?
8    **A. Trade associations, candidate campaigns,**
9    **ballot question campaigns, corporations.**
10    Q. Sterling Corporation provides fundraising
11    work for what sort of individuals and
12    organizations?
13    **A. The same kind of clients.**
14    Q. Would it be fair to describe
15    Sterling Corporation as a Republican
16    political consulting firm?
17    **A. Yes.**
18    Q. Does Sterling Corporation ever use any
19    independent contractors as part of its work?
20    **A. I believe so.**
21    Q. From time to time, have you yourself engaged
22    contractors to collect data or organize
23    data?
24    **A. Yes.**
25    Q. Do you recall the contractors you worked

## Page 17

1    with in 2011 on Michigan redistricting?
2    **A. Combat Data.**
3    Q. What sort of work does Combat Data do?
4    **A. Database lists.**
5    Q. Do they collect and organize election data?
6    **A. Yes.**
7    Q. Do you know of any other kinds of data they
8    collect and organize as part of their
9    business?
10    **A. Voter list data.**
11    Q. I'm going to hand you what was marked as
12    Exhibit 142.
13    **A. I would like to just mention I'm watching to**
14    **see if my kids text at all. It's the first**
15    **day of school and rides, so I'm just making**
16    **sure. So if I look at my phone, that's**
17    **what's going on.**
18    Q. Not a problem. We'll try and avoid
19    referring to it on the record. I'm totally
20    sympathetic. Hopefully my kid started his
21    last week at Purdue okay -- last first year
22    at Purdue okay. Those are not the kind of
23    texts I want to get.
24      Do you recognize Exhibit 142 as the
25    Expert Report you prepared?

**Deposition of Jeffrey Timmer Vol. I - 8/22/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan**

## Page 18

1  **A. It appears to be.**
2  Q. All right. Let's start on page 4. At the
3  top, you'll see: Personal Background and
4  Qualifications.
5  **A. Um-hmm.**
6  Q. And is it still the case that your title at
7  Sterling Corporation is Senior Counselor?
8  **A. Yes.**
9  Q. Who do you report to?
10 **A. Mark Pischea.**
11 Q. Is he also employed at Sterling Corporation?
12 **A. Yes.**
13 Q. What's his title?
14 **A. Managing Director.**
15 Q. In the last sentence of that first
16 paragraph, you write: "I have worked for
17 both Republicans and Democrats while at
18 Sterling."
19    Can you tell me how much work you
20 did for Democrats during 2011.
21 **A. I did not work with Democrat candidates. I**
22 **worked with Democrat consultants in 2011 on**
23 **renewable energy issues.**
24 Q. Did you -- did Sterling Corporation bill for
25 your time to any Democrat organizations?

## Page 19

1  **A. No.**
2  Q. In the next paragraph, you write you were
3  hired by the Michigan Legislature in 1991 as
4  Special Assistant to the House Republican
5  Leader. Forgive me, I'm a Hoosier, but who
6  was that?
7  **A. Paul Hillegonds.**
8  Q. Then you go on to say you've worked in the
9  Michigan Senate as Deputy Communications
10 Director. About when was that?
11 **A. 1997 is when I would have begun there.**
12 Q. Who did you report to?
13 **A. Different people.**
14 Q. Can you give me more information about who
15 they were? Mostly their roles is who I'm
16 interested in.
17 **A. The Director of Communications, the Chief of**
18 **Staff to the Majority Leader, the Majority**
19 **Leader.**
20 Q. Did the Republicans control the Senate at
21 that time?
22 **A. Yes.**
23 Q. You then say you were Political Director for
24 the Senate Republican Campaign Committee.
25 When were you in that role?

## Page 20

1  **A. The 1998 election.**
2  Q. You say you were campaign consultant. Was
3  it for more than one campaign?
4  **A. Yes.**
5  Q. Were they all Republican campaigns?
6  **A. No.**
7  Q. What --
8  **A. Several have been ballot issue campaigns.**
9  Q. Were all the candidates Republicans?
10 **A. Yes.**
11 Q. In the next sentence, you say you served as
12 Executive Director of the Michigan
13 Republican Party. When was that?
14 **A. Beginning 2005.**
15 Q. How long did that last?
16 **A. Through 2009.**
17 Q. And in the last sentence there, which
18 governor appointed you to the Michigan Board
19 of State Canvassers?
20 **A. Governor Granholm.**
21 Q. Are you still on the Board?
22 **A. No.**
23 Q. When did that end?
24 **A. I'm not certain. I believe 2011 or 2012.**
25 **It's a matter of public record. I'm not**

## Page 21

1  sure.
2  Q. Are you familiar with David Daley's book?
3  **A. Yes.**
4  Q. Is it accurate in describing an interview
5  that you gave to him? What I mean is, did
6  it actually occur?
7  **A. The interview occurred, yes.**
8  Q. All right. Have you had an opportunity
9  since the book was published to review the
10 chapter on Michigan?
11 **A. Yes.**
12 Q. Did you conclude that Mr. Daley quoted you
13 accurately in his book?
14 **A. I would have to know which quotes we're**
15 **talking about.**
16 Q. Well, do you recall when you read it that
17 some of the things he said about you were
18 inaccurate?
19 **A. I don't recall, but I would need to look at**
20 **specifics.**
21 Q. Well, I'll represent to you, on page 71, he
22 describes you as the man who drew the lines
23 for Michigan's 14th District.
24    Is that a fair characterization?
25 **A. The lines for the 14th Congressional**

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

## Page 22

1    District?
2    Q.  Yes.
3    **A.  Yes.**
4    Q.  He's quite flattering in terms of the craft,
5        as he calls it, of drawing district lines,
6        and he says that you were directly
7        responsible in three different election
8        cycles: is that accurate?
9    **A.  I was involved in redistricting in three**
10   **different redistricting cycles.**
11   Q.  On page 72, Daley goes on to say as follows:
12       "Lansing might not be Oz, but Timmer is one
13       of Michigan's GOP wizards."
14           Do you agree with that
15       characterization?
16           MR. KNAPP:  Can you break that down
17       into whether Lansing is Oz first?
18       BY MR. TONER:
19   Q.  I promise not to refer to you as a wizard
20       throughout the day.  My point is, is it fair
21       to say you've been heavily involved in the
22       redistricting process for multiple cycles?
23   **A.  Yes.**
24   Q.  Okay.  Can you just in general terms compare
25       for me your role in the 2011 redistricting,

## Page 23

1        the most recent, to your role in 2001.
2    **A.  They were very similar.**
3    Q.  In both redistricting exercises, who were
4        you generally advising?
5    **A.  The Speakers of the House, Senate Majority**
6        **Leaders, key staff.**
7    Q.  Do you know Bob LaBrant?
8    **A.  I've never heard -- yes, I have.  No, I do**
9        **know Bob.**
10   Q.  Right.  Did you work with him in both of
11       those cycles, 2001 and 2011?
12   **A.  Bob was involved in both of those cycles.**
13   Q.  And you interacted with him?
14   **A.  Yes, I interacted with Bob.**
15   Q.  Back on your report, you say on page 4, that
16       you've never testified as an expert at trial
17       or at a deposition during the prior four
18       years.
19           Have you ever prepared any
20       Expert Report prior to this one, 142?
21   **A.  No.**
22   Q.  Have you ever had any work of yours
23       published in any academic journals?
24   **A.  No.**
25   Q.  Have you ever authored any papers that -- or

## Page 24

1        co-authored any papers that were submitted
2        to academic journals?
3    **A.  No.**
4    Q.  Do you consider yourself an academic in any
5        sense?
6    **A.  When it relates to the application of Apol**
7        **standards, I do.**
8    Q.  Have you ever taught any courses concerning
9        that subject matter?
10   **A.  No.**
11   Q.  Have you ever been a guest speaker in any
12       college course?
13   **A.  No -- a guest speaker in a college course?**
14       **Yes.**
15   Q.  When was that?
16   **A.  I do not recall specific dates.**
17   Q.  Fair enough.  Where was that?
18   **A.  Michigan State University, University of**
19       **Michigan, I believe Lansing Community**
20       **College.**
21   Q.  Was that prior to 2001 or after?
22   **A.  After.**
23   Q.  Was it prior to 2011 or after?
24   **A.  Prior.**
25   Q.  In between those two cycles --

## Page 25

1    **A.  Yes.**
2    Q.  You were a guest speaker in about three
3        classes, you think?
4    **A.  Three classes on different occasions.**
5    Q.  Do you recall the names of the courses?
6    **A.  I do not.**
7    Q.  Or the subject matter?
8    **A.  Public policy, campaigns, public affairs.**
9    Q.  I want to go back to explore a little more
10       of what happened in 2001 versus 2011.
11       You've already told me your role was
12       similar.
13           But let's get down into the weeds
14       just a little bit.  Prior to 2001, did you
15       participate in any training or national
16       meetings concerning redistricting?
17   **A.  Yes.**
18   Q.  Describe those for me.
19   **A.  Meetings would have involved the National**
20       **Conference of State Legislatures, the**
21       **redistricting task force and informational**
22       **meetings -- numerous informational meetings**
23       **regarding the subject matter of**
24       **redistricting.**
25   Q.  Any other organizations who had

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

## Page 26

1    get-togethers concerning redistricting prior
2    to that 2001 redistricting that you
3    attended?
4         That's a garbled question.  Does it
5    make sense?
6    A.  Please clarify.
7    Q.  Fair enough.  You described this National
8    Council organization.  Were there any other
9    organizations who put on topics related to
10   redistricting that you attended prior to
11   2001?
12   A.  I don't recall.
13   Q.  Prior to 2011, did you participate in any
14   national meetings concerning redistricting?
15   A.  Yes.
16   Q.  What were those?
17   A.  National Conference of State Legislatures.
18   Q.  Was that the meeting in Austin in late March
19   of 2010?
20   A.  No.
21   Q.  Did you attend that meeting?
22   A.  No.
23   Q.  What meeting do you recall attending with
24   the National Council?
25   A.  Providence, Rhode Island.

## Page 27

1    Q.  When did that take place?
2    A.  2009 or 2010 is my recollection.
3    Q.  Did you participate in a Republican National
4    Committee redistricting conference in
5    Washington, D.C. in 2010?
6    A.  No.
7    Q.  Were you aware of a conference from
8    April 29th to May 1st in Washington?
9    A.  I don't recall if I was aware or not.
10   Q.  Okay.  You didn't attend in any event; is
11   that right?
12   A.  I've attended Republican National Committee
13   meetings.  I don't recall one -- at that
14   time, I don't recall one about
15   redistricting.
16   Q.  Okay.  Was there a redistricting conference
17   in Washington, D.C. in late April/early May
18   of 2010 to your recollection?
19   A.  I do not know.
20   Q.  Okay.  Did you attend any conferences where
21   Project REDMAP was discussed prior to 2011?
22   A.  No.
23   Q.  Are you familiar with Project REDMAP at all?
24   A.  I've become familiar with it.
25   Q.  In what connection have you become familiar

## Page 28

1    with it?
2    A.  Through the course of news related to the
3    industry of politics and campaigns.
4    Q.  In the 2001 redistricting process, how would
5    you generally describe the guidelines and
6    standards that you tried to apply?
7    A.  Tried --
8    Q.  That you applied in your work?
9    A.  The Apol standards and the Voting Rights Act
10   were the predominant standards, guidelines.
11   Q.  Is the same true for the 2011 redistricting
12   process?
13   A.  Yes.
14   Q.  Did you apply any different standards in
15   2011 that you recall?
16   A.  No.
17   Q.  What software products did you use to do
18   your work in 2011?
19   A.  A product called Maptitude for
20   redistricting.
21   Q.  And what product did you use in 2001, if
22   any?
23   A.  I do not recall the name.
24   Q.  Do you think it was -- did Maptitude exist
25   back then?

## Page 29

1    A.  I don't know.
2    Q.  Did you use any other software other than
3    Maptitude in 2011 to do redistricting work?
4    A.  Email software.
5    Q.  Fair enough.  Excel?
6    A.  Yes, I would have used, I'm sure, various
7    Microsoft Office-related products and
8    probably -- well, I know pdf products, so
9    Acrobat.
10   Q.  In terms of preparing draft district maps
11   and applying population and election data,
12   was Maptitude the software that you went to?
13   A.  Yes.
14   Q.  Was both population data and election data
15   incorporated into your Maptitude software in
16   2011?
17   A.  Yes.
18   Q.  In 2011, did you receive input from the
19   Michigan Republican Party as you did your
20   work?
21   A.  Clarify what you mean by "input."
22   Q.  Well, did you have interactions with party
23   leaders as you carried out your work in
24   2011?
25   A.  I guess, who would you describe -- who was a

**Deposition of Jeffrey Timmer Vol. I - 8/22/2018**
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

## Page 30

1  party leader?  Please clarify.
2  Q.  Do you know Mr. Schostak?
3  **A.  I do.**
4  Q.  Did you interact with him at all during 2011
5     as you carried out this work?
6  **A.  I would have interacted with Bobby, but I do**
7     **not recall interacting with him on**
8     **redistricting matters until July of 2011,**
9     **but I would have interacted with him on a**
10    **variety of other things related to the party**
11    **or our business.**
12 Q.  Would you describe that as lobbying work?
13 **A.  Describe what?**
14 Q.  Your other interactions aside from
15    redistricting.
16 **A.  No, I don't -- I'm not involved in lobbying**
17    **work directly.**
18 Q.  Okay.  What sort of work was it that was not
19    redistricting where you were interacting
20    with Mr. Schostak in 2011?
21 **A.  In 2011, Bobby was a client when he was**
22    **elected to the role of State Party Chair.**
23 Q.  And Sterling Corporation, did it help raise
24    money for him -- for his campaign, I'm
25    sorry?

## Page 31

1  **A.  I don't recall if we raised money for him.**
2     **I don't recall.  I helped with**
3     **convention-related matters.**
4  Q.  Strategic advice?
5  **A.  Yes.**
6  Q.  Did you have interactions with individuals
7     employed by the Republican National
8     Committee during 2011?
9  **A.  Yes, but not related to redistricting.**
10 Q.  Generally, what sort of work involved those
11    folks?
12 **A.  There was an election in early 2011, January**
13    **or February, for National Party Chair, and I**
14    **was involved in that and would have**
15    **interacted with any number of people with**
16    **the RNC.**
17 Q.  Did you interact with members of the
18    National Republican Campaign Committee in
19    2011 with regard to redistricting in
20    Michigan?
21 **A.  No.**
22 Q.  Did you interact with members of the
23    Republican State Leadership Commission or
24    Committee -- probably committee, right?
25 **A.  No, not -- no.**

## Page 32

1  Q.  You did have a lot of interactions with the
2     Michigan Chamber of Commerce organization
3     known as MRRI: is that right?
4  **A.  I had interaction with Bob LaBrant in 2011.**
5  Q.  Yeah, Mr. LaBrant is the general counsel of
6     that organization?
7  **A.  He was of the Michigan Chamber, yes.**
8  Q.  What other interest groups did you work with
9     in 2011 as part of your redistricting work?
10 **A.  By "interest group," please clarify.**
11 Q.  Well, I described the Michigan Chamber of
12    Commerce as an interest group.
13          Is that fair?
14 **A.  Yes, I believe they would call themselves**
15    **that.  I just wasn't sure if you mean the**
16    **Michigan Republican Party as an interest**
17    **group, or if there are specific groups, I**
18    **can answer those questions, but I don't know**
19    **what you mean, who is an interest group and**
20    **who isn't.**
21 Q.  Fair enough.  Well, let's start with
22    political parties.  What parties do you
23    recall working with in the course of your
24    work in 2011 on redistricting?
25 **A.  I worked with staff who were employed by**

## Page 33

1  **Republicans in the State Legislature.**
2  Q.  Who else or what other groups?
3  **A.  We've already mentioned the Chamber and the**
4     **Michigan Republican Party.  I don't recall**
5     **if there's anyone beyond that.**
6  Q.  Any trade organizations?
7  **A.  Not that I recall.**
8  Q.  Do you think you had any direct interaction
9     in 2011 concerning Michigan redistricting
10    with the National Republican Campaign
11    Committee?
12 **A.  No.**
13 Q.  Do you recall whether others you worked with
14    requested information from you where they
15    told you they were going to deliver it to
16    the National Republican Campaign Committee?
17 **A.  Yes.**
18 Q.  What did you provide to them?
19 **A.  I don't recall specifics, except in one**
20    **instance I remember shapefiles being**
21    **requested.**
22 Q.  Do you recall any other items that you
23    provided?
24 **A.  I don't.**
25 Q.  Do you recall working with any other hired

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

## Page 34

1  consultants outside of Sterling Corporation
2  in the course of your work in 2011 on
3  redistricting?
4  **A.  Other than attorneys, I don't know -- no, I**
5  **don't recall anybody else in my role.**
6  Q.  Have you worked with any of the other expert
7  witnesses identified in this litigation?
8  **A.  I'm not sure who the experts in this**
9  **litigation are, so I can't answer that**
10  **question.**
11  Q.  We know from your Expert Report that you
12  have reviewed the Expert Report of
13  Jowei Chen on paper, right?
14  **A.  Correct.**
15  Q.  I'm wondering if you had any direct
16  conversations with any other -- any experts
17  in the case?
18  **A.  I don't know who the experts in the case**
19  **are, other than I know Chen from his report,**
20  **but I don't know the names of experts on the**
21  **defense side or the Plaintiffs side beyond**
22  **him.**
23  Q.  In preparing your report, did you
24  communicate with any other experts as part
25  of putting that together?

## Page 35

1  **A.  Terri Marquardt is somebody I consider an**
2  **expert on Apol, and I did on one or two**
3  **occasions consult with Terri in the**
4  **preparation of this report.**
5  Q.  Did he provide you with any documents?
6  **A.  No.**
7  Q.  Did you provide him with documents?
8  **A.  No.**
9  Q.  Anyone else that you recall communicating
10  with in putting that report together other
11  than lawyers?
12  **A.  No.**
13  Q.  How would you describe partisan
14  gerrymandering?  What's you're working
15  definition?
16  **A.  Drawing districts for the express purpose of**
17  **achieving a partisan outcome.**
18  Q.  Are you familiar with the term "packing" in
19  the context of that?
20  **A.  Yes.**
21  Q.  What does that mean to you?
22  **A.  It would mean, in the context of**
23  **redistricting, putting Republicans into --**
24  **concentrating Republicans or Democrats in**
25  **certain districts.**

## Page 36

1  Q.  And are you familiar with the term
2  "cracking"?
3  **A.  I am.**
4  Q.  What does that mean?
5  **A.  It's the inverse; it means diffusing**
6  **Republicans and Democrats.**
7  Q.  Back to the Expert Report, I want to make
8  sure I understand everything you reviewed
9  when you finished and tendered your final
10  report in, what was it, June of this year?
11  **A.  Correct.**
12  Q.  What documents did you review?
13  **A.  I reviewed Dr. Chen's report on paper.  I**
14  **reviewed the 1982 correspondence involving**
15  **the Supreme Court, et al. that I mentioned.**
16  Q.  The Michigan Supreme Court?
17  **A.  The Michigan Supreme Court, yes, Apol and**
18  **Justice Levin.  I reviewed the statutes**
19  **related to the -- the Michigan statutes**
20  **related to legislative and congressional**
21  **redistricting.  I reviewed maps from the**
22  **2011, 2001 and 1992 maps -- redistricting,**
23  **the enacted maps in those cases.  I**
24  **consulted the Michigan Manual, a State**
25  **publication regarding verification of**

## Page 37

1  **population data related to redistricting.**
2  **I don't know if I referenced**
3  **anything else here.**
4  Q.  Now, I'll represent to you that there's no
5  list of sources consulted in that document
6  so --
7  **A.  Right.**
8  Q.  -- I'm trying to test your memory.
9  **A.  Those are the sources and documents that I**
10  **recall.**
11  Q.  Since you delivered your report in June,
12  have you reviewed other materials in
13  connection with your opinions in this case?
14  **A.  Yes.**
15  Q.  What are those?  And I'm not talking about
16  prepping for the deposition, but in terms of
17  your expert opinions.
18  **A.  I have since reviewed shapefile maps from**
19  **Dr. Chen, his work product.**
20  Q.  How much time have you spent doing that?
21  **A.  Considerable.  I can't quantify it sitting**
22  **here.**
23  Q.  More than a day?
24  **A.  Yes.**
25  Q.  More than a week?

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

---

Page 38

1   **A. Yes.**
2   Q. Have you determined whether you need to
3      prepare any supplement or revision to the
4      opinions expressed in that exhibit?
5   **A. No.**
6   Q. In your review of these shapefiles from
7      Dr. Chen, have you formed any opinion about
8      the algorithm that was used by him?
9   **A. Let me ask for a clarification, if I could.**
10     **Does -- when you say "algorithm," do you**
11     **mean the inputs that he used to create his**
12     **model, or are you referring to a specific**
13     **mathematic code?**
14  Q. Very fair point, and let's have you explain
15     it to me.
16        Have you spent any time studying
17     the source code or other, you know, computer
18     aspects of how the inputs were processed --
19  **A. No.**
20  Q. -- by Dr. Chen?
21  **A. No.**
22  Q. And have you reviewed, as opposed to that,
23     the inputs that went into his work?
24  **A. Yes, and I refer to those (indicating).**
25  Q. In your report?

---

Page 39

1   **A. Yes.**
2   Q. In your subsequent work, looking at what I
3      think you said were the shapefiles, have you
4      formed any new opinions that are not in your
5      report?
6   **A. No.**
7   Q. I want to make sure I understand the
8      methodology that went into your report.
9         Is it fair to say that, by and
10     large, you applied your years of experience
11     to looking at publicly-available district
12     maps from different time periods?
13  **A. Yes.**
14  Q. As a large part of what you did: is that
15     right?
16  **A. That was part of what I did, yes.**
17  Q. Was it a primary driver of your conclusions,
18     looking at the lines and applying your own
19     experience?
20  **A. The maps, no, I would not characterize it**
21     **that way.**
22  Q. Okay. What -- what did drive your
23     conclusions?
24  **A. My familiarity with the application of the**
25     **Apol standards was the main determinant.**

---

Page 40

1   Q. Did you consult any treatises whatsoever as
2      you prepared your Expert Report?
3   **A. Treatise?  I mean, I described what I**
4      **consulted.**
5   Q. Fair enough.  No academic papers, treatises,
6      anything like that, were involved in putting
7      this together; is that right?
8   **A. Correct.**
9   Q. And in terms of the -- the data you looked
10     at, did you look at any election -- I'm
11     sorry.  I'll wait until you're ready.
12  **A. Okay.**
13  Q. You're okay?
14  **A. Yes, sorry.**
15  Q. In terms of data that you looked at, you
16     know, that most of us would think of as
17     computer data, was there anything other than
18     the Michigan Manual on population data that
19     you looked at?  I'll withdraw that question.
20     I think it was bad.
21        You said you looked at the Michigan
22     Manual on population data.  What exactly is
23     that?
24  **A. There are -- there's tables in the Michigan**
25     **Manual that show Senate and House and**

---

Page 41

1   **congressional districts and the population**
2   **of each district.**
3   Q. What time periods did you look at in terms
4      of that manual?
5   **A. The populations related to the 2011, the**
6      **2001 and the 1992 enacted plans.**
7   Q. Okay.  Did you look at election results in
8      connection with preparing this
9      Expert Report?
10  **A. No.**
11  Q. Do you think election results have any
12     bearing on the application of the Apol
13     criteria?
14  **A. Of the Apol criteria, no, they do not.**
15  Q. I believe you told me about your
16     conversation with Mr. Marquardt in putting
17     your report together, and you looked at maps
18     and population data.
19        Did you rely on anything else in
20     forming your opinions about the enacted
21     House districts, the Michigan House
22     districts?
23  **A. Of the enacted?**
24  Q. Yes, as to whether they were gerrymandered
25     or not; did you use anything else?

---

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

Page 42

1    A. My memory.
2    Q. Did you have a lot of communications about
3        the Michigan House districts in the course
4        of 2011?
5    A. Yes.
6    Q. You did. So, if I were to describe your
7        work for Sterling Corporation that year as
8        mostly devoted to drawing the congressional
9        districts or draft congressional districts,
10       would that be accurate?
11   A. Mostly, yes.
12   Q. Okay. In terms of the enacted Senate
13       districts for 2011, did you rely on any
14       communications with anybody, collect any
15       additional information besides what you've
16       already described to me, maps, population
17       data and the Apol criteria?
18   A. I want to ask for clarification two
19       questions back. You were asking, did I have
20       communications about the House plan, was
21       that in relation to the preparation of my
22       report?
23   Q. That's right.
24   A. No, I thought you were referring to did I
25       have communications regarding House maps in

Page 43

1        2011.
2    Q. Okay.
3    A. And so I did not, in relation to this
4        report, have anything other than what I
5        described, and the same would go for the
6        Senate.
7    Q. Back in 2011, did you testify in any
8        hearings connected to the adoption of the
9        apportionment plans?
10   A. I did not.
11   Q. So, you called Terri Marquardt as you were
12       putting that report together?
13   A. Um-hmm.
14   Q. And you discussed with him the timeline of
15       the legislation?
16   A. I discussed with him the circumstances and
17       the timeline regarding the introduction of a
18       substitute map that was introduced by
19       Gretchen Whitmer in June of 2011.
20   Q. Who was Gretchen Whitmer?
21   A. She at the time was a State Senator.
22   Q. What did he tell you?
23   A. Well, I asked him if my memory -- this is
24       what I recall, is that correct, and he said,
25       to the best of his recollection, it was, the

Page 44

1        timing of that.
2            One other thing that I did consult
3        with were the Senate and House journals
4        related to June -- related to the passage of
5        these -- the legislation, when they were
6        being debated, when they voted.
7    Q. How did that information affect your
8        opinions?
9    A. It corroborated my memory that there were
10       numerous Democrats who voted for passage of
11       the enacted plans and showed me specifically
12       who they were. I couldn't recall everybody
13       accurately.
14   Q. Did numerous Democrats vote for the
15       enactment of the congressional plans in
16       2011?
17   A. I don't recall.
18   Q. When you talked to Terri Marquardt in
19       preparing that report, what records did you
20       request from him?
21   A. I asked on a separate occasion than the
22       one -- the discussion about the Whitmer
23       substitute, I asked if he had any
24       information that listed the -- specifically
25       spelled out the county splits -- or county

Page 45

1        breaks, municipal splits, et cetera. Those
2        were -- some of those details were included
3        in the legislation in 2001, but were not in
4        2011, and I was looking for that in
5        preparation of this.
6    Q. Did you ask to see any of his emails in
7        connection with redistricting?
8    A. I did not.
9    Q. Did you talk to Mr. Marquardt about both the
10       Michigan House apportionment and the
11       Michigan Senate apportionment?
12   A. No.
13   Q. Which districts was Mr. Marquardt involved
14       in drawing in 2011?
15   A. Districts were -- I guess I'm not sure --
16   Q. Is it fair to call Marquardt a map drawer?
17   A. Oh, yes.
18   Q. Okay. What maps was he drawing in 2011?
19   A. He was largely -- or primarily involved in
20       the -- the drawing of Senate districts.
21   Q. Who was involved in drawing House districts,
22       Michigan House districts?
23   A. Dan McMaster and Brian Began.
24   Q. Did you talk to either of those individuals
25       in order to prepare your Expert Report?

## Page 46

1   A. I did not.

2   Q. In a number of places in your Expert Report,

3     you refer to Dr. Chen's report, and you say

4     that you -- because of time constraints,

5     generally, you were limited to the report

6     and not the 1,000 or so maps that he

7     prepared.

8        Have you since examined any of

9     those maps that Dr. Chen generated?

10   A. I mentioned I've reviewed some of the

11     shapefiles of those maps.

12   Q. And has that changed any of your

13     conclusions?

14   A. No.

15   Q. What time have you spent examining the

16     demonstration map attached to -- I guess

17     plural, maps attached to Plaintiffs'

18     Complaint in this lawsuit?

19   A. How much time, is your question?

20   Q. Yes.

21   A. Several hours.

22   Q. Was that prior to preparing your report?

23   A. Some.

24   Q. I -- I confess, I don't find a reference to

25     any examination of the demonstration maps in

## Page 47

1     your expert opinions.

2        Why did you choose not to mention

3     that?

4   A. I thought I did. There's a reference to the

5     combination -- on the congressional

6     demonstration map, there was a combination

7     of whole counties comprising the first

8     districts, and I do reference that.

9   Q. I stand corrected. You were referring to

10     the number of county breaks in the enacted

11     map versus the demonstration map?

12   A. Right.

13   Q. Okay. Anything else in your opinions about

14     those demonstration maps that I might have

15     missed?

16   A. No. Most -- my report was focused on the --

17     Dr. Chen's report, and I don't know if

18     Dr. Chen produced those maps or not.

19   Q. In your Expert Report where you discuss

20     Dr. Chen's analysis, you note that he used

21     VTDs as opposed to Census tracts and blocks.

22        Have you done any calculations to

23     determine how much difference that makes?

24   A. No.

25   Q. Do you view the Apol criteria as some sort

## Page 48

1     of a safe harbor for map drawers, so long as

2     there are straightfaced arguments that a map

3     is in compliance with Apol, it's legal?

4   A. I don't, I guess, offer a legal opinion. I

5     look at the Apol standards as a rudder that

6     guides the process.

7   Q. Is it fair to say it's the primary rudder in

8     your work that you performed?

9   A. The -- yes. The incorporation of whole

10     geographies to the extent possible.

11   Q. Among the Apol criteria, do you rank them in

12     your own mind in terms of which are more

13     important and which are least important?

14   A. I believe there's a reference to hierarchy

15     in the 1982 correspondence, placing a high

16     priority on county integrity -- county

17     boundary integrity and municipal integrity.

18   Q. In the 2001 congressional district

19     apportionment, how many county breaks were

20     there?

21   A. 2001?

22   Q. Yes.

23        MR. ELLSWORTH: And what plan?

24        THE WITNESS: Yeah.

25        MR. TONER: Congressional

## Page 49

1     districts.

2        MR. ELLSWORTH: Thank you.

3        THE WITNESS: I believe there were

4     12 or 13. We had an additional district in

5     that plan than in the 2011 plan.

6   BY MR. TONER:

7   Q. And in 2011, there were 14 congressional

8     districts?

9   A. There were 14 congressional districts.

10   Q. How many county breaks were there?

11   A. 11.

12   Q. In addition to the Apol criteria, did the

13     legislature also manipulate the district

14     lines for the congressional districts in

15     order to satisfy Republican members of

16     Congress?

17   A. I guess I would ask for clarification on

18     what do you mean by "manipulate"?

19   Q. In the way they were drawn.

20   A. If the -- did the legislators consider -- I

21     understand them to have considered the

22     opinions and desires of congressional

23     members in the concerns about being able to

24     have enough votes to pass plans.

25   Q. In the -- the breaking of county lines in

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

## Page 50

1  the final districts, did the positions of
2  those breaks, in part, get determined in
3  order to placate Republican members of
4  Congress, incumbent members of Congress?
5  **A. I guess the -- their concerns were factored**
6  **in to the extent that they did not impact**
7  **the Apol criteria or the Voting Rights Act**
8  **is what I recall, so they -- that's --**
9  Q. Is there anything in the Apol criteria, in
10  the Michigan statutes, that directs the
11  legislature to take into account the desires
12  of elected incumbents in drawing the
13  district lines?
14  **A. The legislature, when passing bills, needs**
15  **to take into account what it takes to**
16  **achieve 56 votes in the House and 20 in the**
17  **Senate.**
18  Q. Is that in the criteria anywhere?
19  **A. No.**
20  Q. Is that in the statute anywhere?
21  **A. I think it's assumed in the statute that, in**
22  **order to adopt a plan, it needs to pass the**
23  **legislature.**
24  Q. You say it's assumed.  Does it say that
25  anywhere in the statute?

## Page 51

1  **A. No.**
2  Q. And that's also not in any of the
3  correspondence you attach to your
4  Expert Report, is it, the concerns of
5  incumbents?  I'm talking about the 1982
6  correspondence between Mr. Apol and the
7  Michigan Supreme Court.
8  **A. No, because they weren't concerned in 1982**
9  **about legislative passage.  They had already**
10  **moved beyond that, and the Court was**
11  **ordering a plan, the legislature had failed.**
12  Q. And there's nothing in that correspondence
13  directing Mr. Apol to do anything to try to
14  preserve existing districts, is there?
15  **A. I don't recall.**
16  Q. In fact, in the April 1, 1982 memo to
17  Bernard Apol from Kyle Hoag, he stated:
18  You're correct in saying that the Court
19  deliberately did not say anything about
20  preserving existing districts.  Preservation
21  of existing districts is not a factor."
22  **A. Which page is that on?**
23  Q. Well, they are not numbered, I apologize,
24  but I'm happy to show it to you
25  (indicating).

## Page 52

1  **A. Okay.**
2  Q. Do you agree with me that that's what it
3  says?
4  **A. I agree that that's what it says.**
5  Q. And that's not -- this preservation of
6  existing districts appears no where in the
7  Apol criteria or the statutes; is that
8  correct?
9  **A. Correct.  I believe that the 2001 LeRoux**
10  **case, that that is mentioned in there,**
11  **though.**
12  Q. And do you feel that that decision provided
13  you license in drawing the maps to add the
14  preservation of existing districts as a
15  primary consideration in drawing the lines?
16  **A. No.  I believe that that gave the**
17  **legislators who voted on passage or not of**
18  **the plans ability to consider what they**
19  **wanted when deciding how to vote.**
20  Q. And that includes the consideration of
21  members of the United States House of
22  Representatives in their districts, their
23  incumbency?
24  **A. To the extent that mattered to legislators**
25  **who were voting on passage of the plan, yes.**

## Page 53

1  Q. Do you think Michigan legislators were
2  allowed to trump the Apol criteria using
3  that factor?
4  What I mean by that is, in your
5  mind, would it be okay to have more county
6  breaks so long as you're making an incumbent
7  happy?
8  **A. You asked two different questions.  So --**
9  Q. Just pick one.
10  **A. No, I want to -- the -- is it okay -- the**
11  **legislators can determine any factor they**
12  **want.  The criteria don't compel them to**
13  **order a plan, otherwise the legislators**
14  **wouldn't be involved.  They -- they have to**
15  **vote on adoption or not of legislation the**
16  **same as if it were a road funding bill, and**
17  **there could have been 148 different factors**
18  **that went into making those decisions.**
19  **That's the number of legislators who were**
20  **voting.**
21  Q. What other political factors would a
22  legislature be permitted to take into
23  consideration?
24  **A. A legislature could take in any factor,**
25  **yeah, any factor.**

Deposition of Jeffrey Timmer Vol. I - 8/22/2018

League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

## Page 54

1  Q. You cited a court case, and consistent with
2    that case, what other politics can they
3    consider?
4  **A. They can consider factors beyond what the**
5    **previous statutes or -- or the**
6    **correspondence in 1982, the Court-ordered**
7    **plan determined.**
8       MR. TONER:  Would you like to take
9    five minutes.
10       (A recess was taken.)
11  BY MR. TONER:
12  Q.  Mr. Timmer, let's go back to Exhibit 142,
13    your Expert Report, and I want to focus on
14    page 5 to begin with titled:  "Key Points
15    Executive Summary."  Do you see that?
16  **A. I do.**
17  Q.  In terms of your conclusions about the House
18    lines and the Senate lines that were adopted
19    in 2011, did you participate in all of the
20    give-and-take on those lines, or are you
21    relying on others to report to you what was
22    involved?  Does that question make sense?
23  **A. No.**
24  Q.  I'm trying to figure out the extent to which
25    you have firsthand knowledge of how those

## Page 55

1    lines were drawn and proposed to the
2    legislature?
3  **A. I have -- my role related to the House and**
4    **Senate plans was to look at them through the**
5    **prism of the Apol criteria and see if they**
6    **were -- the county breaks, the municipal**
7    **breaks, the shifting of the fewest MCDs,**
8    **et cetera, that are required under Apol, if**
9    **they were being applied, if there was a**
10    **different way to do that, if I saw something**
11    **that they didn't.**
12  Q.  In other words, your analysis here in the
13    Expert Report was an after-the-fact analysis
14    where you tried to justify the lines by the
15    Apol criteria.
16  **A. No.**
17  Q.  How --
18  **A. No, it was -- it was during the map-drawing**
19    **process.**
20  Q.  But you weren't involved directly in the
21    drawing of the House lines, were you?
22  **A. Well, I just explained how I was.  They**
23    **would share -- House or Senate would share**
24    **with me maps under -- versions of maps,**
25    **configurations, that they were looking at,**

## Page 56

1    and I would look at them a different way.
2  Q.  How often were the proposed Michigan House
3    maps shared with you during that process in
4    2011?
5  **A. Frequently.**
6  Q.  Did they arrive by email most often?
7  **A. No, I think most of them were in-person**
8    **meetings.**
9  Q.  I see.  Where did those meetings occur?
10  **A. Here.**
11  Q.  Who participated?
12  **A. Mr. Ellsworth, Jeff Stuckey, Joe Baumann,**
13    **Fred Hall, Dave Murley, Bob LaBrant,**
14    **Terri Marquardt, Dan McMaster, Brian Began,**
15    **me.  Those would have been the key**
16    **participants, the consistent participants.**
17  Q.  How often did those meetings occur?
18  **A. Perhaps as often as weekly.**
19  Q.  Did any Democrat representatives attend?
20  **A. No.**
21  Q.  Did any Democrat interest groups attend?
22  **A. No.**
23  Q.  Did any non-partisan organizations send any
24    representatives to those meetings?
25  **A. Yes.**

## Page 57

1  Q.  Who?
2  **A. The Michigan Chamber of Commerce.**
3  Q.  Do you believe the Michigan Chamber of
4    Commerce was non-partisan in the 2011
5    redistricting process?
6  **A. I believe they are not a partisan**
7    **organization, and they would not**
8    **characterize themselves as a partisan**
9    **organization.  They are a business interest**
10    **group.**
11  Q.  Do you think they were indifferent as to
12    which political party controlled the
13    Michigan House of Representatives?
14  **A. No.**
15  Q.  Do you think they were indifferent as to
16    which political party controlled the
17    Michigan Senate?
18  **A. No.**
19  Q.  And do you think the Michigan Chamber of
20    Commerce was indifferent as to whether there
21    were more Republicans from Michigan in the
22    United States House of Representatives than
23    Democrats?
24  **A. No.**
25  Q.  Is it still your testimony that they're not

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

## Page 58

1    a partisan organization?

2    **A. My testimony was how they would characterize**

3    **themselves. They are not a political party.**

4    Q. Is that called, in your business, public

5    relations or spin?

6    **A. I'm not making a characterization on that.**

7    Q. Back on page 5, in the center, you begin the

8    paragraph: "Since districts were drawn in

9    sets, they cannot be considered in

10   isolation."

11   Well, first off, as someone who is

12   not a map driver, can you explain that a

13   little more fully to me?

14   **A. Dr. Chen's report concludes that specific**

15   **districts he calls partisan outliers. The**

16   **point of my report was that -- in here is**

17   **that you cannot look at those districts**

18   **isolated as individual districts, that there**

19   **were other factors impacting how they were**

20   **configured; and in this case, the -- there**

21   **were sets of -- of counties in the 1982**

22   **correspondence with the Supreme Court**

23   **describes this process grouping together**

24   **whole counties to form districts that caused**

25   **the least violation to those county**

## Page 59

1    **boundaries.**

2    Q. Okay. Is there a rule of thumb for what you

3    consider to be a county set for this

4    analysis?

5    **A. Yes, the one that caused the least number of**

6    **county breaks across an entire -- the state.**

7    Q. And in the case of the congressional plan, I

8    guess providing equal population counts in

9    every district?

10   **A. Correct, yeah, contiguity, obviously, is a**

11   **criteria that's listed in the -- in the**

12   **statute and in the Apol correspondence, and**

13   **that's required, too.**

14   Q. Your last paragraph on that page talks about

15   a human missing a bulls-eye on a dartboard.

16   What do you think the bulls-eye was

17   in 2011 redistricting?

18   **A. From my perspective, my role was to produce**

19   **plans in the congressional plans and to help**

20   **advise the House and Senate map drawers to**

21   **produce plans that had the least number of**

22   **county breaks, the least number of municipal**

23   **breaks and that shifted the fewest number of**

24   **cities or townships when a county break**

25   **occurred.**

## Page 60

1    **And so that's the prism I was**

2    **looking at, and a computer -- Dr. Chen**

3    **describes his process, that that was all**

4    **computer-generated. We didn't have that.**

5    **We had, you know, people like myself and**

6    **Terri Marquardt doing -- playing the role of**

7    **computer.**

8    Q. My understanding of what you're describing

9    is that it was more trial and error, if you

10   will, trying different lines --

11   **A. Correct.**

12   Q. -- to see what the results were?

13   **A. Correct, and I do refer to that.**

14   Q. And you track the results in terms of the

15   population count and in terms of prior

16   election results; is that right?

17   **A. Track it that way?**

18   Q. Well, as you draw the lines --

19   **A. Right, population --**

20   Q. -- doesn't your software tell you --

21   **A. Yeah.**

22   Q. -- how those lines affect -- what those

23   lines would have resulted in terms of past

24   election results?

25   **A. Yes.**

## Page 61

1    Q. Okay. As you applied those Apol criteria

2    and tried to hit the bulls-eye, were you

3    indifferent about how many Republicans are

4    likely to be elected to the United States

5    Congress for the next 10 years using your

6    draft map?

7    **A. I was aware. "Indifferent" is certainly not**

8    **the right word but that wasn't the role I**

9    **was asked to perform.**

10   Q. Did you make any effort to try and come up

11   with districts that were more likely than

12   not to produce five Michigan US

13   representatives and four Democrat US

14   representatives over the next 10 years of

15   elections? Did I --

16   **A. The numbers didn't --**

17   Q. 9 and 5 -- a 9/5 split of parties.

18   **A. I was trying to follow you.**

19   Q. Apologies.

20   **A. My role in the process was to produce maps**

21   **that minimized the county breaks and to**

22   **minimize the other -- satisfy the other**

23   **criteria, and in the process of**

24   **redistricting in 2011, others were concerned**

25   **about those factors. That wasn't what I was**

## Page 62

1    asked to do.
2    Q.  If a -- a map could have been drawn that was
3        more likely to elect 10 Democrats and 5
4        Republicans with fewer county breaks, would
5        you have proposed it?
6    **A.  I would have produced it and let others**
7    **decide what happened with that.**
8    Q.  Did you ever do that?
9    **A.  I did not.**
10   Q.  Or any other -- did you ever produce any
11       other combination where the Democrats were
12       more likely to have a majority in those
13       elected to Congress?
14   **A.  I do not recall versions that did that.**
15   Q.  On page 6, you state, in the second little
16       bullet point there, that, "The criteria are
17       not strictly binding on the legislature,"
18       and I think you've already explained that to
19       me, and you talk about neutral
20       considerations not listed in the statute.
21           How in your mind is incumbency a
22       neutral consideration?
23   **A.  It takes into account -- I mean, by**
24   **"neutral," I'm referring to one that's not**
25   **partisan in and of itself.  It refers to**

## Page 63

1    **the -- the person who happens to occupy a**
2    **certain office representing a certain**
3    **geography.**
4        **They run as partisans, but it's not**
5    **overt -- it's just a fact that they're there**
6    **at the time this is being voted on and the**
7    **maps are being drawn.**
8    Q.  If your plan were to make it more likely
9        that a Republican member of Congress from
10       Michigan could retain his seat in the next
11       election, that Democrats would feel neutral
12       about that proposal?
13   **A.  I don't know how they would feel about it.**
14   Q.  Well, how do you --
15   **A.  I wasn't asked to analysis feelings.**
16           MR. ELLSWORTH:  Let him finish.
17           BY MR. TONER:
18   Q.  I didn't mean to interrupt you.  Are you
19       done?
20   **A.  Yes.**
21   Q.  Would you expect Democrats to care if your
22       proposed map made it more likely that
23       Republicans elected to Congress could all
24       keep their seats?
25   **A.  I -- I would expect them to, yes.**

## Page 64

1    Q.  Did you ever draw any draft maps that would
2        have pitted two Republican incumbents
3        together in the same district in 2011?
4    **A.  Yes.**
5    Q.  Which were the representatives?
6    **A.  Lisa Lyons, Ken Yonker.**
7    Q.  What district would that have been?
8    **A.  I don't know, they were Kent County, I don't**
9    **know the number, State House members in**
10   **Kent County.**
11   Q.  I see.  How about for the congressional
12       districts, did you ever generate a proposal
13       that pitted two Republican
14       representatives --
15   **A.  I don't recall doing so.**
16   Q.  You make some comments about Dr. Chen's
17       approach ignoring compactness requirements.
18           Have you done any calculations of
19       the compactness of any of the thousand maps
20       Dr. Chen generated?
21   **A.  No, because compactness isn't a requirement**
22   **under Apol.**
23   Q.  All right.  Did you ever have any concerns
24       about the shapes of some of the proposed
25       districts?

## Page 65

1    **A.  Concern?**
2    Q.  Yeah.  In the course of preparing draft
3        plans, as you got the numbers to work, you
4        pushed your Chair back for a second and
5        looked at what you had drawn, did it ever
6        concern you what it looked like?
7    **A.  I recognize a reference in the report that**
8    **observers of the process point to districts**
9    **that look strange to the eye.**
10   **Justice Levin, in 1982, references that as**
11   **well in his correspondence, because I know**
12   **observers who aren't versed in the details**
13   **of the process look at shapes as determinant**
14   **of something strange going on.**
15       **David Daley does that in his book**
16   **when he's just describing the boundaries of**
17   **the city of Pontiac, that a garbage dump is,**
18   **you know, part of an appendage, as he calls**
19   **it, on the city of Pontiac.**
20       **So, yes, I understand that how**
21   **districts look will impact how they are --**
22   **the public relations aspect of what happens**
23   **afterward.**
24   Q.  And by "public relations," aren't we mostly
25       talking about the voters of Michigan, what

Page 66

1  their reaction is going to be when they see
2  in the newspaper what their district looks
3  like?
4  A. No, it's more the newspaper reporters and
5  editors and how they characterize how
6  they -- how they look.
7  Q. You state on page 7 that Dr. Chen's may have
8  miscounted municipal splits in his
9  congressional map.
10       Have you done further work to
11  determine whether you're right about that?
12  A. What I said was I was concerned given the
13  seemingly low number of municipal splits,
14  and what I said was that it would involve
15  undiscovered, unfamiliar to me, combinations
16  resulting in configurations that would
17  appear strange if, in fact, he came up with
18  those.
19       And in the -- the maps that I have
20  looked at subsequent to the submission of
21  this report, when it comes to municipal
22  splits, other than his miscounting or
23  misrepresenting the number of splits in the
24  enacted plans.
25  Q. You're talking about county splits?

Page 67

1  A. I'm talking about municipal splits.
2  Q. Okay.
3  A. Like for instance, he references -- let me
4  find it.  In the enacted House plan, on
5  page 40 of his report, he says, the enacted
6  plan contains 24 municipal splits, excluding
7  Detroit, compared to 14 in the majority of
8  his simulated plans.  The 24 municipal split
9  figure he refers to was correct only when
10  including the splits in the city of Detroit.
11       So, that's what I -- he -- if
12  that's a typo, I don't know, but he's
13  implying that there are more than 24 splits
14  in the enacted plans, and that's not
15  correct.
16  Q. Besides the city of Detroit number you just
17  referenced, are there other districts where
18  you believe Dr. Chen miscounted the splits?
19  A. I believe he miscounted county splits.
20  Q. Which counties?
21  A. It depends -- it would vary depending on the
22  version of the plan.
23  Q. Well, in terms of the congressional
24  districts, did he miscount any of the county
25  splits?

Page 68

1  A. Of the enacted plans?
2  Q. Yes.
3  A. No.
4  Q. How about the demonstration map, does it
5  miscount county splits?
6  A. The demonstration maps, I do not believe
7  miscount county splits.
8  Q. And the other 1,000 examples, do they
9  miscount county breaks?
10  A. Some do.
11  Q. Some do.  How many?
12  A. I don't -- some.  I have not reviewed all.
13  Q. About how many have you reviewed?
14  A. Five.
15  Q. Do you have a list of those five somewhere
16  where you could identify them for me?
17  A. Yes.
18  Q. Maybe you don't recall them off the top of
19  your head?
20  A. I do not.
21  Q. But have you preserved that somehow so we
22  could figure out which five you're talking
23  about?
24  A. Yes.
25       MR. TONER:  I'd ask for that

Page 69

1  information, just so we know what he looked
2  at, please.
3  BY MR. TONER:
4  Q. On page 7, you have three bullet points, and
5  in the first you say you're of the opinion
6  that Dr. Chen's conclusion that certain
7  House districts are partisan outliers is
8  unfounded, and you state those districts
9  were drawn in substantial compliance with
10  the Apol criteria.
11  A. And where are you referring to?
12  Q. Oh, I'm sorry.  It begins with -- further
13  down the page, you see the three bullets at
14  the bottom?
15  A. Oh, at the bottom, okay, yes, yes, okay.
16  Q. Okay.  "I'm of the opinion that" -- you see
17  that?
18  A. Um-hmm.
19  Q. Okay.  And that's talking about House
20  districts, and your overall conclusion is
21  that those enacted districts were in
22  substantial compliance with the Apol
23  criteria, right?
24  A. Correct.
25  Q. And that's based on just reviewing the

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

Page 70

1  actual maps and your knowledge of the
2  criteria?
3  **A. That's based on my participation in the**
4  **process at the time they were drawn.**
5  Q. Okay.
6  **A. And subsequent review of the maps in**
7  **preparation of this report.**
8  Q. Your understanding about those instances
9  where the criteria were not strictly
10  followed, is that based on your firsthand
11  knowledge of what -- what happened or
12  something else?
13  **A. It's -- the answer would be both.**
14  Q. Okay.
15  **A. There -- there are instances I am familiar**
16  **with from 2011 that the -- for instance,**
17  **the introduction of the Whitmer substitute**
18  **that I mentioned that had five county breaks**
19  **in the Senate plan and the adoption of a**
20  **plan that had six county breaks that I was,**
21  **you know, part of at the time. So, it's --**
22  Q. What was the justification for the one with
23  six breaks?
24  **A. That it was an 11th -- that was the -- the**
25  **wheels of the legislative process were**

Page 71

1  **moving. There was tremendous concern from**
2  **the -- the legislators, the Majority Leader**
3  **in that instance, that the tenuous majority**
4  **he had been able to cobble together for**
5  **support of the plan would be impacted and**
6  **potentially lost if -- if there wasn't time**
7  **to consider in his -- his view.**
8  Q. Any other examples concerning those House
9  districts?
10  **A. There are agreements and understandings and**
11  **compromises that were part of the**
12  **legislative process that I -- I was not part**
13  **of the direct deliberations or discussions**
14  **but heard them immediately afterward.**
15  Q. What makes you conclude that those
16  agreements, understandings and compromises
17  were for other than partisan reasons?
18  **A. Because they were -- the instances I'm**
19  **thinking about were bipartisan as opposed to**
20  **non-partisan.**
21  Q. Okay. List them for me, those instances.
22  **A. Well, the -- the instances I refer to in the**
23  **report with the representatives,**
24  **Wayne County, some Democrats in Wayne County**
25  **in the State House, and in Macomb County,**

Page 72

1  **and in Wayne and Washtenaw County in the**
2  **Senate.**
3  Q. Were there any agreements, understandings
4  and compromises within the Republicans in
5  the Michigan House to garner support for the
6  enacted plan?
7  **A. I don't know. I know that there were --**
8  **there were -- any changes to plans that I'm**
9  **aware of did not impact the number of county**
10  **breaks, municipal breaks, et cetera, related**
11  **to Apol, and that is what I've mentioned in**
12  **my report.**
13  Q. In terms of the Senate, what instances do
14  you recall in which there was not strict
15  following of the Apol criteria?
16  **A. The split of Clinton Township in**
17  **Macomb County.**
18  Q. Okay. What's your understanding of why that
19  split occurred?
20  **A. My understanding was that was something that**
21  **was requested by senators or legislators**
22  **from -- from Macomb County.**
23  Q. What other ones do you recall?
24  **A. In the -- the county grouping in the Senate**
25  **plan that would include Washtenaw and**

Page 73

1  **Livingston County, under the Apol criteria**
2  **that requires the shifting of the fewest**
3  **number of cities or townships necessary to**
4  **bring the affected districts in compliance**
5  **with the population requirement, there were**
6  **two additional townships that are included**
7  **with Livingston County that under -- two**
8  **more than were necessary.**
9  Q. Returning for a second to that
10  Clinton Township split you just mentioned,
11  was that split requested by Republicans or
12  Democratic legislators?
13  **A. I think it was requested by Republicans.**
14  Q. Okay. Any other instances concerning these
15  Senate districts where you recall there was
16  a departure from the Apol criteria?
17  **A. No.**
18  Q. Let's turn then to the congressional
19  districts. What were the instances where
20  those districts were drawn as a departure
21  from the Apol criteria?
22  **A. There weren't.**
23  Q. You say in that bullet: "Where Apol
24  criteria were not strictly followed, it was
25  for other than partisan reasons."

**Deposition of Jeffrey Timmer Vol. I - 8/22/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan**

## Page 74

1      Well, what are you talking about
2  there?  Were there or were there not
3  departures?
4  **A.  I do not think that there were departures.**
5  Q.  Do you know what software was used to draw
6  the Michigan House maps in 2011?
7  **A.  Is it -- I believe it's called AutoBound.**
8  Q.  Do you know what software was used to draw
9  the Michigan Senate maps in 2011?
10  **A.  I believe it was the same.  That was**
11  **purchased by the State of Michigan.**
12  Q.  Do you know any reason why they were using
13  AutoBound and you were using Maptitude?
14  **A.  No.  I mean, the -- I believe that all**
15  **Republicans and Democrats in the legislature**
16  **used AutoBound, they used the same software,**
17  **and they used the same election history**
18  **database.**
19  Q.  In Footnote 2 on page 10, you say:  "Plans
20  were invited from the public."
21      Did you ever receive any plans
22  directly from members of the public?
23  **A.  Directly from members of the public?**
24  Q.  Yes.
25      MR. KNAPP:  Can we take a break?

## Page 75

1  I'm sorry.
2      MR. TONER:  Yes.
3      (A recess was taken.)
4      MR. ELLSWORTH:  Counsel have agreed
5  to adjourn the deposition, and we'll
6  reschedule and continue it due to unforeseen
7  circumstances.
8      (At 9:47 a.m. the deposition was
9  recessed.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 76

1          ERRATA SHEET
2  Page/Ln   Correction      Reason
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

## Page 77

1      I, JEFFREY TIMMER, have read this deposition
2  transcript and acknowledge herein its
3  accuracy except as noted on the errata
4  sheet.
5
6
7
8  _____
   Signature
9
   _____
10  Notary Public
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 78

```
 1       STATE OF MINNESOTA
 2                       CERTIFICATE
         COUNTY OF WASHINGTON
 3
                I, Kelly A. Herrick, hereby
 4       certify that I reported the deposition of
         JEFFREY TIMMER on the 22nd day of August,
 5       2018 in Lansing, Michigan, and that the
         witness was by me first duly sworn to tell
 6       the truth and nothing but the truth
         concerning the matter in controversy
 7       aforesaid;
 8              That I was then and there a notary
         public in and for the County of Washington,
 9       State of Minnesota; that by virtue thereof I
         was duly authorized to administer an oath;
10
                That the foregoing transcript is a
11       true and correct transcript of my
         stenographic notes in said matter,
12       transcribed under my direction and control;
13              That the cost of the original has
         been charged to the party who noticed the
14       deposition and that all parties who ordered
         copies have been charged at the same rate
15       for such copies;
16              That the reading and signing of
         the deposition was not waived;
17
                That I am not related to any of
18       the parties hereto, nor interested in the
         outcome of the action and have no contract
19       with any parties, attorneys or persons with
         an interest in the action that has a
20       substantial tendency to affect my
         impartiality;
21
                WITNESS MY HAND AND SEAL this 27th
22       day of August, 2018.
23
24       _____
           Kelly A. Herrick
25           Notary Public
```

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

Page 79

**A**
a.m 4:4 75:8
ability 6:20
  52:18
able 11:13
  49:23 71:4
above-entitled
  4:7
academic
  23:23 24:2,4
  40:5
accord 7:25
  8:16
account 50:11
  50:15 62:23
accounts 7:14
  7:15,19 8:17
accuracy 77:3
accurate 21:4
  22:8 42:10
accurately
  21:13 44:13
achieve 50:16
achieving
  35:17
ACKER 2:8
acknowledge
  77:2
Acrobat 29:9
Act 28:9 50:7
action 4:7
  78:18,19
actual 70:1
add 52:13
addition 49:12
additional 10:2
  42:15 49:4
  73:6
adjourn 75:5
administer
  78:9
adopt 50:22
adopted 54:18
adoption 43:8
  53:15 70:19
advice 31:4
advise 59:20
advising 23:4
advocacy
  15:25 16:3
affairs 15:17
  15:25 25:8
affect 44:7
  60:22 78:20
affiliates 16:1
aforesaid 78:7
after-the-fact
  55:13
afterward
  65:23 71:14
agree 22:14
  52:2,4
agreed 75:4
agreements

71:10,16
72:3
ahead 8:11
al 36:15
algorithm 38:8
  38:10
Allen 4:14
allowed 53:2
amount 13:24
analysis 47:20
  55:12,13
  59:4 63:15
answer 6:2,5,8
  8:12 9:8
  10:12 13:22
  14:9 32:18
  34:9 70:13
answers 6:21
anybody 34:5
  42:14
Apol 7:7 9:23
  24:6 28:9
  35:2 36:17
  39:25 41:12
  41:14 42:17
  47:25 48:3,5
  48:11 49:12
  50:7,9 51:6
  51:13,17
  52:7 53:2
  55:5,8,15
  59:12 61:1
  64:22 69:10
  69:22 72:11
  72:15 73:1
  73:16,21,23
Apologies
  61:19
apologize
  51:23
appear 66:17
APPEARANCES
  2:1
appears 18:1
  52:6
appendage
  65:18
application
  24:6 39:24
  41:12
applied 28:8
  39:10 55:9
  61:1
apply 28:6,14
applying 29:11
  39:18
appointed
  20:18
apportionment
  43:9 45:10
  45:11 48:19
approach
  64:17
approximately

13:7
April 27:8
  51:16
April/early
  27:17
area 5:20
arguments
  48:2
arrive 56:6
art 5:20
aside 30:14
asked 43:23
  44:21,23
  53:8 61:9
  62:1 63:15
asking 42:19
aspect 65:22
aspects 38:18
Assistant 19:4
Associates
  12:8 14:6
  15:15
associations
  16:8
assume 6:6
assumed 50:21
  50:24
attach 51:3
attached 9:25
  46:16,17
attend 26:21
  27:10,20
  56:19,21
attended 26:3
  26:10 27:12
attending
  26:23
attorney 8:21
  8:23,25
attorneys 8:9
  34:4 78:19
August 1:24
  4:2 78:4,22
Austin 26:18
authored 23:25
authorized
  78:9
AutoBound
  74:7,13,16
avoid 17:18
aware 27:7,9
  61:7 72:9

**B**
back 5:17 7:18
  13:18,21
  23:15 25:9
  28:25 36:7
  42:19 43:7
  54:12 58:7
  65:4
Background
  18:3
bad 40:20

BAKER 2:2
ballot 16:9
  20:8
ballpark 13:7
  14:4
Barclay 2:23
based 69:25
  70:3,10
Bates 9:11,16
Baumann
  56:12
bearing 41:12
Began 45:23
  56:14
Beginning
  20:14
begins 69:12
begun 19:11
behalf 14:23
believe 12:22
  16:20 20:24
  24:19 32:14
  41:15 48:14
  49:3 52:9,16
  57:3,6 67:18
  67:19 68:6
  74:7,10,14
Bernard 51:17
Bernie 7:7
best 43:25
beyond 33:5
  34:21 51:10
  54:4
bill 1:6 18:24
  53:16
bills 50:14
binding 62:17
bipartisan
  71:19
bit 25:14
blocks 47:21
blood 6:15
Board 20:18,21
Bob 23:7,9,12
  23:14 32:4
  56:13
Bobby 30:6,21
book 21:2,9,13
  65:15
bottom 9:11
  69:14,15
boundaries
  59:1 65:16
boundary
  48:17
branding 15:18
BRDAK 1:5
break 6:11,12
  6:14,16
  22:16 59:24
  74:25
breaking 49:25
breaks 45:1
  47:10 48:19

49:10 50:2
53:6 55:6,7
59:6,22,23
61:21 62:4
68:9 70:18
70:20,23
72:10,10
Brewer 2:11
Brian 45:23
  56:14
bring 73:4
bullet 62:16
  69:4 73:23
bullets 69:13
bulls-eye 59:15
  59:16 61:2
business 17:9
  30:11 57:9
  58:4

**C**
calculations
  47:22 64:18
call 11:13
  32:14 45:16
called 28:19
  43:11 58:4
  74:7
calls 22:5
  58:15 65:18
campaign 5:1
  19:24 20:2,3
  30:24 31:18
  33:10,16
campaigns
  16:8,9 20:5,8
  25:8 28:3
candidate 16:8
candidates
  18:21 20:9
Canvassers
  20:19
capacity 1:13
care 63:21
carried 29:23
  30:5
case 6:6 9:10
  18:6 34:17
  34:18 37:13
  52:10 54:1,2
  58:20 59:7
cases 36:23
caused 58:24
  59:5
Census 47:21
center 58:7
certain 20:24
  35:25 63:2,2
  69:6
certainly 61:7
CERTIFICATE
  78:2
certify 78:4
cetera 45:1

55:8 72:10
Chair 30:22
  31:13 65:4
Chamber 32:2
  32:7,11 33:3
  57:2,3,19
changed 46:12
changes 72:8
chapter 21:10
characteriza...
  21:24 22:15
  58:6
characterize
  39:20 57:8
  58:2 66:5
charged 13:17
  78:13,14
Chen 34:13,19
  37:19 38:7
  38:20 46:9
  47:18 60:2
  64:20 67:18
Chen's 36:13
  46:3 47:17
  47:20 58:14
  64:16 66:7
  69:6
Chief 19:17
choose 47:2
circumstances
  4:25 43:16
  75:7
cited 54:1
cities 59:24
  73:3
city 65:17,19
  67:10,16
clarification
  38:9 42:18
  49:17
clarify 14:22
  26:6 29:21
  30:1 32:10
classes 11:19
  25:3,4
clearly 5:16
client 30:21
clients 16:13
Clinton 72:16
  73:10
co-authored
  24:1
cobble 71:4
code 11:14
  38:13,17
collect 16:22
  17:5,8 42:14
college 10:19
  10:25 11:17
  11:18 24:12
  24:13,20
Combat 17:2,3
combination
  47:5,6 62:11

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3037   Filed 09/21/18   Page 24 of 105

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

Page 80

combinations
66:15
come 61:10
comes 66:11
commencing
4:4
comments
64:16
Commerce
32:2,12 57:2
57:4,20
Commission
31:23
committee
19:24 27:4
27:12 31:8
31:18,24,24
33:11,16
communicate
34:24
communicati...
35:9
communicati...
19:9,17 42:2
42:14,20,25
Community
24:19
compactness
64:17,19,21
compare 22:24
compared 67:7
compel 53:12
compensated
14:24
Complaint
46:18
compliance
48:3 69:9,22
73:4
comprising
47:7
compromises
71:11,16
72:4
computer
11:10 38:17
40:17 60:2,7
computer-ge...
60:4
concentrating
35:24
concern 65:1,6
71:1
concerned 51:8
61:24 66:12
concerning
24:8 25:16
26:1,14 33:9
71:8 73:14
78:6
concerns 49:23
50:5 51:4
64:23
conclude 21:12

71:15
concludes
58:14
conclusion
69:6,20
conclusions
39:17,23
46:13 54:17
conference
25:20 26:17
27:4,7,16
conferences
27:20
confess 46:24
configurations
55:25 66:16
configured
58:20
Congress 49:16
50:4,4 61:5
62:13 63:9
63:23
congressional
7:12 21:25
36:20 41:1
42:8,9 44:15
47:5 48:18
48:25 49:7,9
49:14,22
59:7,19
64:11 66:9
67:23 73:18
connected 43:8
connection 9:2
13:9 14:6
27:25 37:13
41:8 45:7
consider 24:4
35:1 49:20
52:18 54:3,4
59:3 71:7
Considerable
37:21
consideration
52:15,20
53:23 62:22
considerations
62:20
considered
49:21 58:9
consistent 54:1
56:16
constraints
46:4
consult 35:3
40:1 44:2
consultant
20:2
consultants
18:22 34:1
consultation
8:25
consulted
36:24 37:5

40:4
consulting
15:21 16:3,6
16:16
contains 67:6
context 35:19
35:22
contiguity
59:10
continue 75:6
contract 78:18
contractors
16:19,22,25
control 19:20
78:12
controlled
57:12,16
controversy
78:6
convention-r...
31:3
conversation
41:16
conversations
8:3 34:16
convicted 6:23
copies 78:14
78:15
Corporation
12:9,14,23
13:3,8 14:10
14:14,20,23
15:19 16:2,6
16:10,15,18
18:7,11,24
30:23 34:1
42:7
corporations
16:9
correct 12:13
13:5 34:14
36:11 40:8
43:24 51:18
52:8,9 59:10
60:11,13
67:9,15
69:24 78:11
corrected 47:9
Correction
76:2
corresponde...
7:6 9:22 10:4
36:14 48:15
51:3,6,12
54:6 58:22
59:12 65:11
corroborated
44:9
cost 78:13
Council 26:8,24
counsel 32:5
75:4
Counselor 18:7
count 60:15

counties 47:7
58:21,24
67:20
counts 59:8
county 44:25
44:25 47:10
48:16,16,19
49:10,25
53:5 55:6
58:25 59:3,6
59:22,24
61:21 62:4
64:8,10
66:25 67:19
67:24 68:5,7
68:9 70:18
70:20 71:24
71:24,25
72:1,9,17,22
72:24 73:1,7
78:2,8
course 24:12
24:13 28:2
32:23 34:2
42:3 65:2
courses 24:8
25:5
coursework
11:25
court 1:1,3
5:17 7:7 9:24
36:15,16,17
51:7,10,18
54:1 58:22
Court-ordered
54:6
courthouse 6:9
cracking 36:2
craft 22:4
create 38:11
crime 6:23
criteria 41:13
41:14 42:17
47:25 48:11
49:12 50:7,9
50:18 52:7
53:2,12 55:5
55:15 59:11
61:1,23
62:16 69:10
69:23 70:2,9
72:15 73:1
73:16,21,24
current 4:17,19
12:7
cycles 22:8,10
22:22 23:11
23:12 24:25

_____
            D
_____

D 3:1
D.C 27:5,17
Daley 21:12
22:11 65:15

Daley's 21:2
Dan 45:23
56:14
DANIELS 2:2
dartboard
59:15
data 16:22,23
17:2,3,5,7,10
29:11,14,14
37:1 40:9,15
40:17,18,22
41:18 42:17
database 17:4
74:18
dates 24:16
Dave 56:13
David 21:2
65:15
day 4:2 17:15
22:20 37:23
78:4,22
debated 44:6
Deborah 2:3
decide 62:7
decided 7:25
deciding 52:19
decision 52:12
decisions
53:18
Defendant
1:14
defense 34:21
definition
35:15
degree 10:21
10:22 11:2
deliberately
51:19
deliberations
71:13
deliver 33:15
delivered
37:11
Democrat
18:21,22,25
56:19,21
61:13
Democratic
73:12
Democrats
18:17,20
35:24 36:6
44:10,14
57:23 62:3
62:11 63:11
63:21 71:24
74:15
demonstration
46:16,25
47:6,11,14
68:4,6
departure
73:16,20
departures

74:3,4
depending
67:21
depends 67:21
deposition
1:20 4:1,21
23:17 37:16
75:5,8 77:1
78:4,14,16
Deputy 19:9
describe 7:3
15:14,20
16:14 25:18
28:5 29:25
30:12,13
35:13 42:6
described 9:22
26:7 32:11
40:3 42:16
43:5
describes
21:22 58:23
60:3
describing
21:4 60:8
65:16
DESCRIPTION
3:5
desires 49:22
50:11
detailed 15:7
details 45:2
65:12
determinant
39:25 65:13
determine
47:23 53:11
66:11
determined
38:2 50:2
54:7
Detroit 67:7,10
67:16
devoted 42:8
DIANA 1:7
DICK 1:8
Dickinson 2:13
4:2
difference
47:23
different 14:9
19:13 22:7
22:10 25:4
28:14 39:12
53:8,17
55:10 56:1
60:10
diffusing 36:5
digits 9:14
direct 33:8
34:15 71:13
directing 51:13
direction 78:12
directly 22:6

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3038   Filed 09/21/18   Page 25 of 105

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

Page 81

30:17 55:20
74:22,23
**Director** 18:14
19:10,17,23
20:12
**directs** 50:10
**discuss** 47:19
**discussed**
27:21 43:14
43:16
**discussion**
44:22
**discussions**
71:13
**district** 1:1,1
21:23 22:1,5
29:10 39:11
41:2 48:18
49:4,13
50:13 59:9
64:3,7 66:2
**districts** 35:16
35:25 41:1
41:21,22
42:3,9,9,13
45:13,15,20
45:21,22
47:8 49:1,8,9
49:14 50:1
51:14,20,21
52:6,14,22
58:8,15,17,18
58:24 61:11
64:12,25
65:8,21
67:17,24
69:7,8,20,21
71:9 73:4,15
73:19,20
**division** 1:2
12:9,15
15:20
**document** 37:5
**documents**
9:24 35:5,7
36:12 37:9
**doing** 37:20
60:6 64:15
**DONNA** 1:6
**Dr** 36:13 37:19
38:7,20 46:3
46:9 47:17
47:18,20
58:14 60:2
64:16,20
66:7 67:18
69:6
**draft** 29:10
42:9 61:6
64:1 65:2
**draw** 60:18
64:1 74:5,8
**drawer** 45:16
**drawers** 48:1

59:20
**drawing** 22:5
35:16 42:8
45:14,18,20
45:21 50:12
52:13,15
55:21
**drawn** 49:19
55:1 58:8
62:2 63:7
65:5 69:9
70:4 73:20
**drew** 21:22
**drive** 39:22
**driver** 39:17
58:12
**due** 75:6
**duly** 4:8 78:5,9
**dump** 65:17

___
**E**
**E** 1:6,6 3:1
**early** 31:12
**earned** 13:8
**EASTERN** 1:1
editors 66:5
**Edwards** 12:8
12:10 14:5
15:15 16:1
**effort** 61:10
**either** 45:24
**elect** 62:3
**elected** 30:22
50:12 61:4
62:13 63:23
**election** 5:3
17:5 20:1
22:7 29:11
29:14 31:12
40:10 41:7
41:11 60:16
60:24 63:11
74:17
**elections** 61:15
**ELLIS** 1:6
**Ellsworth** 2:17
8:4,11 10:12
10:17 48:23
49:2 56:12
63:16 75:4
**email** 2:5,10,16
29:4 56:6
**emails** 7:8,14
8:24 9:1,5,16
9:19 45:6
**employed**
18:11 31:7
32:25
**employer** 12:7
14:1
**enacted** 36:23
41:6,20,23
42:12 44:11
47:10 66:24

67:4,5,14
68:1 69:21
72:6
**enactment**
44:15
**energy** 18:23
**engaged** 16:2
16:21
**entire** 59:6
**entity** 12:16,18
**entries** 15:12
**equal** 59:8
**errata** 76:1
77:3
**error** 60:9
**estimate** 8:20
13:13,14
**et** 36:15 45:1
55:8 72:10
**event** 27:10
**everybody**
44:12
**exactly** 40:22
**examination**
3:2 4:10
46:25
**examined** 46:8
**examining**
46:15
**example** 8:16
**examples** 68:8
71:8
**Excel** 29:5
**excluding** 67:6
**Executive**
20:12 54:15
**exercise** 5:12
**exercises** 23:3
**exhibit** 3:6 4:5
17:12,24
38:4 54:12
**EXHIBITS** 3:4
**exist** 28:24
**existing** 51:14
51:20,21
52:6,14
**expect** 63:21
63:25
**experience**
39:10,19
**expert** 3:6 9:25
17:25 23:16
23:20 34:6
34:11,12
35:2 36:7
37:17 40:2
41:9 45:25
46:2 47:1,19
51:4 54:13
55:13
**experts** 34:8
34:16,18,20
34:24
**explain** 38:14

58:12
**explained**
55:22 62:18
**explore** 25:9
**express** 35:16
**expressed** 38:4
**extent** 48:10
50:6 52:24
54:24
**eye** 65:9

___
**F**
**fact** 51:16 63:5
66:17
**factor** 51:21
53:3,11,24,25
**factored** 50:5
**factors** 53:17
53:21 54:4
58:19 61:25
**FAEGRE** 2:2
**failed** 51:11
**fair** 13:23
14:12 15:20
16:14 21:24
22:20 24:17
26:7 29:5
32:13,21
38:14 39:9
40:5 45:16
48:7
**familiar** 5:12
21:2 27:23
27:24,25
35:18 36:1
70:15
**familiarity**
39:24
**FARRIS** 1:6
**February** 31:13
63:11,13
**feelings** 63:15
**fewer** 62:4
**fewest** 55:7
59:23 73:2
**figure** 54:24
67:9 68:22
**File** 1:3
**final** 36:9 50:1
**finance** 5:1
**find** 10:3 46:24
67:4
**finish** 63:16
**finished** 36:9
**firm** 16:16
**first** 4:8,21
17:14,21
18:15 22:17
47:7 58:11
69:5 78:5
**firsthand** 54:25
70:10
**five** 9:14 54:9

61:12 68:14
68:15,22
70:18
**flattering** 22:4
**Floor** 2:9
**focus** 54:13
**focused** 47:16
**folks** 31:11
**follow** 61:18
**followed** 9:14
70:10 73:24
**following**
72:15
**follows** 4:9
22:11
**Footnote** 74:19
**force** 25:21
**foregoing**
78:10
**Forgive** 19:5
**form** 58:24
**formed** 38:7
39:4
**forming** 41:20
**four** 10:14
23:17 61:13
**Fred** 56:13
**Frequently**
56:5
**full** 4:12 6:2
**fully** 58:13
**funding** 53:16
**fundraising**
15:22 16:4
16:10
**further** 66:10
69:12

___
**G**
**G** 1:7
**garbage** 65:17
**garble** 5:19
**garbled** 26:4
**garner** 72:5
**general** 5:14
22:24 32:5
**generally**
15:16 23:4
28:5 31:10
46:5
**generate** 64:12
**generated** 46:9
64:20
**geographies**
48:10
**geography**
63:3
**gerrymander...**
41:24
**gerrymander...**
35:14
**get-togethers**
26:1
**give** 8:20 19:14

**give-and-take**
54:20
**given** 4:23
66:12
**go** 8:11 10:2,19
19:8 25:9
43:5 54:12
**goes** 22:11
**going** 6:13,19
17:11,17
33:15 65:14
66:1
**Good** 4:12
**GOODMAN** 2:8
**Googled** 7:20
8:18
**GOP** 22:13
**governor** 20:18
20:20
**graduate** 11:4
**Granholm**
20:20
**GRASHA** 1:6
**Gretchen** 43:19
43:20
**ground** 5:14
**group** 32:10,12
32:17,19
57:10
**grouping** 58:23
72:24
**groups** 32:8,17
33:2 56:21
**guess** 29:25
45:15 46:16
48:4 49:17
50:5 59:8
**guest** 24:11,13
25:2
**guidelines** 28:5
28:10
**guides** 48:6

___
**H**
**H** 1:9 2:17
**half** 10:14
**Hall** 56:13
**hand** 17:11
78:21
**happen** 9:15
**happened**
25:10 62:7
70:11
**happens** 63:1
65:22
**happy** 8:6
51:24 53:7
**harbor** 48:1
**hard** 6:1
**Harold** 7:8
**head** 5:25
68:19
**hear** 5:15 6:20
**heard** 6:7 23:8

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3039   Filed 09/21/18   Page 26 of 105

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

Page 82

71:14
**hearing** 5:7
**hearings** 43:8
**heavily** 22:21
**help** 30:23
59:19
**helped** 31:2
**hereto** 78:18
**Herrick** 1:24
78:3,24
**hierarchy**
48:14
**high** 48:15
**highest** 11:16
**Hillegonds**
19:7
**hired** 19:3
33:25
**history** 74:17
**hit** 61:2
**Hoag** 7:8 51:17
**HOLLIDAY** 1:7
**Hoosier** 19:5
**Hopefully**
17:20
**hour** 6:14
**hourly** 13:17
14:17 15:5
**hours** 10:14
13:20 46:21
**House** 19:4
23:5 40:25
41:21,21
42:3,20,25
44:3 45:10
45:21,22
50:16 52:21
54:17 55:3
55:21,23
56:2 57:13
57:22 59:20
64:9 67:4
69:7,19 71:8
71:25 72:5
74:6
**human** 59:15

**I**
**identified** 34:7
**identify** 68:16
**ignoring** 64:17
**immediately**
71:14
**impact** 50:6
65:21 72:9
**impacted** 71:5
**impacting**
58:19
**impair** 6:20
**impartiality**
78:20
**implying** 67:13
**important**
48:13,13

**in-person** 56:7
**inaccurate**
21:18
**include** 15:24
72:25
**included** 45:2
73:6
**includes** 52:20
**including** 67:10
**incorporated**
12:15,17,19
29:15
**incorporation**
48:9
**incumbancy**
62:21
**incumbency**
52:23
**incumbent**
50:4 53:6
**incumbents**
50:12 51:5
64:2
**independent**
16:19
**INDEX** 3:4
**Indiana** 2:4
**Indianapolis**
2:4
**indicating**
38:24 51:25
**indicator** 9:9
**indifferent**
57:11,15,20
61:3,7
**individual**
58:18
**individuals**
16:11 31:6
45:24
**industry** 28:3
**information**
7:20 19:14
33:14 42:15
44:7,24 69:1
**informational**
25:21,22
**input** 29:18,21
**inputs** 38:11,18
38:23
**instance** 33:20
67:3 70:16
71:3
**instances** 70:8
70:15 71:18
71:21,22
72:13 73:14
73:19
**integrity** 48:16
48:17,17
**interact** 30:4
31:17,22
**interacted**
23:13,14

30:6,9 31:15
**interacting**
30:7,19
**interaction**
32:4 33:8
**interactions**
29:22 30:14
31:6 32:1
**interest** 32:8
32:10,12,16
32:19 56:21
57:9 78:19
**interested**
19:16 78:18
**international**
10:23
**interrupt** 63:18
**interview** 21:4
21:7
**introduced**
43:18
**introduction**
43:17 70:17
**inverse** 36:5
**invited** 74:20
**involve** 66:14
**involved** 12:23
13:2,4 22:9
22:21 23:12
25:19 30:16
31:10,14
40:6 45:13
45:19,21
53:14 54:22
55:20
**involving** 7:6
36:14
**Island** 26:25
**isolated** 58:18
**isolation** 58:10
**issue** 5:1 15:25
16:3 20:8
**issues** 18:23
**items** 7:23,24
8:8,15 9:1
33:22

**J**
**J** 1:5,6
**JACK** 1:6,7
**James** 10:25
**January** 31:12
**Java** 12:5
**Jeff** 8:22 56:12
**Jeffrey** 1:20
4:1,6,14 77:1
78:4
**Joe** 56:12
**JOHNSON** 1:12
**JON** 1:7
**journals** 23:23
24:2 44:3
**Jowei** 34:13
**Judge** 7:7

**judges** 6:6
**July** 30:8
**June** 7:5 36:10
37:11 43:19
44:4
**Justice** 36:18
65:10
**justification**
70:22
**justify** 55:14

**K**
**keep** 63:24
**Kelly** 1:24 78:3
78:24
**Ken** 64:6
**Kent** 64:8,10
**KETOLA** 1:7
**Kevin** 2:6
**Kevin.toner...**
2:5
**key** 23:6 54:14
56:15
**kid** 17:20
**kids** 17:14
**kind** 12:3 16:7
16:13 17:22
**kinds** 17:7
**Knapp** 2:18
10:17 22:16
74:25
**know** 6:12 8:2
9:8,21 17:7
21:14 23:7,9
27:19 29:1,8
30:2 32:18
34:4,11,18,19
34:20 37:2
38:17 40:16
47:17 60:5
63:13 64:8,9
65:11,18
67:12 69:1
70:21 72:7,7
74:5,8,12
**knowledge**
54:25 70:1
70:11
**known** 9:10
32:3
**Kyle** 51:17

**L**
**L** 1:7,7
**LaBrant** 23:7
32:4,5 56:13
**Lambert** 12:8
15:13 30:12
14:5 15:15
16:1
**Lansing** 2:15
4:4,20 22:12
22:17 24:19
78:5

**large** 39:10,14
**largely** 45:19
**LASALLE** 1:7
**late** 26:18
27:17
**lawsuit** 46:18
**lawyer** 11:8
**lawyers** 10:7
35:11
**leader** 19:5,18
19:19 30:1
71:2
**leaders** 23:6
29:23
**Leadership**
31:23
**LEAGUE** 1:5
**legal** 11:6 48:3
48:4
**legislation**
43:15 44:5
45:3 53:15
**legislative** 7:12
36:20 51:9
70:25 71:12
**legislators**
49:20 52:17
52:24 53:1
53:11,13,19
71:2 72:21
73:12
**legislature**
19:3 33:1
49:13 50:11
50:14,23
51:11 53:22
53:24 55:2
62:17 74:15
**Legislatures**
25:20 26:17
**LeRoux** 52:9
**let's** 14:4 18:2
25:13 32:21
38:14 54:12
73:18
**level** 11:16
**Levin** 7:7 36:18
65:10
**license** 52:13
**limited** 46:5
**Linder** 14:25
15:7
**Linder's** 15:3
**lines** 21:22,25
22:5 39:18
49:14,25
50:13 52:15
54:18,18,20
55:1,14,21
60:10,18,22
60:23
**Lisa** 64:6
**list** 17:10 37:5
68:15 71:21

**listed** 44:24
59:11 62:20
**lists** 17:4
**litigation** 9:3
34:7,9
**little** 25:9,14
58:13 62:15
**Livingston**
73:1,7
**lobbying** 30:12
30:16
**long** 1:8 10:11
20:15 48:1
53:6
**look** 17:16
21:19 40:10
41:3,7 48:5
55:4 56:1
58:17 65:9
65:13,21
66:6
**looked** 7:13
40:9,15,19,21
41:17 65:5,6
66:20 69:1
**looking** 39:2,11
39:18 45:4
55:25 60:2
**looks** 66:2
**LORENZO** 1:8
**lost** 71:6
**lot** 7:2 32:1
42:2
**low** 66:13
**Lyons** 64:6

**M**
**M** 2:6,23
**Macomb** 71:25
72:17,22
**Madison** 10:25
**main** 39:25
**major** 10:24
**majority** 19:18
19:18 23:5
62:12 67:7
71:2,3
**making** 17:15
53:6,18 58:6
**man** 21:22
**Managing**
18:14
**manipulate**
49:13,18
**manual** 36:24
40:18,22,25
41:4
**map** 43:18
45:16 46:16
47:6,11,11
48:1,2 58:12
59:20 61:6
62:2 63:22
66:9 68:4

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3040   Filed 09/21/18   Page 27 of 105

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

Page 83

**map-drawing** 55:18

**maps** 7:13 29:10 36:21 36:22,23 37:18 39:12 39:20 41:17 42:16,25 45:18 46:6,9 46:11,17,25 47:14,18 52:13 55:24 55:24 56:3 61:20 63:7 64:1,19 66:19 68:6 70:1,6 74:6,9

**Maptitude** 28:19,24 29:3,12,15 74:13

**March** 26:18

**Mark** 2:11 18:10

**marked** 4:5 17:11

**marketing** 15:17

**Marquardt** 35:1 41:16 43:11 44:18 45:9,13,16 56:14 60:6

**material** 7:2,3

**materials** 37:12

**math** 11:18

**mathematic** 38:13

**mathematics** 11:17 12:3

**matter** 5:5,7 20:25 24:9 25:7,23 78:6 78:11

**mattered** 52:24

**matters** 30:8 31:3

**Mbrewer@go...** 2:10

**MCDs** 55:7

**McMaster** 45:23 56:14

**mean** 21:5 29:21 32:15 32:19 35:21 35:22 36:4 38:11 40:3 49:18 53:4 62:23 63:18 74:14

**means** 36:5

**medications** 6:18

**meeting** 26:18 26:21,23

**meetings** 25:16,19,22 25:22 26:14 27:13 56:8,9 56:17,24

**member** 63:9

**members** 31:17,22 49:15,23 50:3,4 52:21 64:9 74:22 74:23

**memo** 51:16

**memory** 37:8 42:1 43:23 44:9

**mention** 17:13 47:2

**mentioned** 33:3 36:15 46:10 52:10 70:18 72:11 73:10

**Meridian** 2:3

**methodology** 39:8

**Michigan** 1:1,5 1:13 2:9,15 4:4,18,20 7:11 9:23 10:20,25 12:20,24 13:4 14:7,12 14:21 17:1 19:3,9 20:12 20:18 21:10 24:18,19 29:19 31:20 32:2,7,11,16 33:4,9 36:16 36:17,19,24 40:18,21,24 41:21 42:3 45:10,11,22 50:10 51:7 53:1 56:2 57:2,3,13,17 57:19,21 61:12 63:10 65:25 72:5 74:6,9,11 78:5

**Michigan's** 21:23 22:13

**Microsoft** 29:7

**Mile** 2:8

**mind** 48:12 53:5 62:21

**minimize** 61:22

**minimized** 61:21

**Minnesota** 78:1

**meeting** 78:9

**minutes** 54:9

**miscount** 67:24 68:5,7,9

**miscounted** 66:8 67:18 67:19

**miscounting** 66:22

**misrepresen...** 66:23

**missed** 47:15

**missing** 59:15

**model** 38:12

**money** 14:13 30:24 31:1

**monthly** 15:6

**morning** 4:12

**moved** 51:10

**moving** 71:1

**MRRI** 32:3

**multiple** 22:22

**municipal** 45:1 48:17 55:6 59:22 66:8 66:13,21 67:1,6,8 72:10

**Murley** 56:13

**N**

**N** 2:3 3:1

**name** 4:13 9:20 28:23

**names** 25:5 34:20

**national** 25:15 25:19 26:7 26:14,17,24 27:3,12 31:7 31:13,18 33:10,16

**necessary** 73:3 73:8

**need** 6:13 21:19 38:2

**needs** 50:14,22

**neutral** 62:19 62:22,24 63:11

**never** 23:8,16

**new** 39:4

**news** 28:2

**newspaper** 7:14,15,18 8:17 66:2,4

**nods** 5:25

**non-partisan** 56:23 57:4 71:20

**notary** 2:23 77:10 78:8 78:25

**note** 47:20

**noted** 77:3

**notes** 78:11

**noticed** 78:13

**number** 3:5 9:11,11 31:15 46:2 47:10 53:19 59:5,21,22,23 64:9 66:13 66:23 67:16 72:9 73:3

**numbered** 51:23

**numbers** 9:17 61:16 65:3

**numerous** 25:22 44:10 44:14

**O**

**oath** 78:9

**observers** 65:8 65:12

**obviously** 59:10

**occasion** 44:21

**occasions** 25:4 35:3

**occupy** 63:1

**occur** 5:4 21:6 56:9,17

**occurred** 21:7 59:25 72:19

**offer** 48:4

**office** 4:19 63:2

**Office-related** 29:7

**official** 1:12

**Oh** 45:17 69:12 69:15

**okay** 5:17 6:3,9 6:16,17 14:12 17:21 17:22 22:24 27:10,16,20 30:18 39:22 40:12,13 41:7 42:12 43:2 45:18 47:13 52:1 53:5,10 59:2 61:1 67:2 69:15,15,16 69:19 70:5 70:14 71:21 72:18 73:14 old 4:15

**ones** 72:23

**operations** 15:15

**opinion** 38:7 48:4 69:5,16

**opinions** 37:13

37:17 38:4 39:4 41:20 44:8 47:1,13 49:22

**opportunity** 21:8

**opposed** 38:22 47:21 71:19

**order** 45:25 49:15 50:3 50:22 53:13

**ordered** 78:14

**ordering** 51:11

**organization** 26:8 32:2,6 57:7,9 58:1

**organizations** 16:7,12 18:25 25:25 26:9 33:6 56:23

**organize** 16:22 17:5,8

**original** 78:13

**outcome** 35:17 78:18

**outliers** 58:15 69:7

**outside** 34:1

**overall** 69:20

**overt** 63:5

**Oz** 22:12,17

**P**

**packing** 35:18

**page** 3:2,6 5:14 9:12 18:2 21:21 22:11 23:15 51:22 54:14 58:7 59:14 62:15 66:7 67:5 69:4,13 74:19

**Page/Ln** 76:2

**paid** 14:1

**paper** 9:13 34:13 36:13

**papers** 23:25 24:1 40:5

**paragraph** 18:16 19:2 58:8 59:14

**part** 8:25 15:23 16:19 17:8 32:9 34:24 39:14,16 50:2 65:18 70:21 71:11 71:12

**participants** 56:16,16

**participate** 10:6 25:15

26:13 27:3 54:19

**participated** 10:16 56:11

**participation** 70:3

**parties** 32:22 32:22 61:17 78:14,18,19

**partisan** 35:13 35:17 57:6,8 58:1,15 62:25 69:7 71:17 73:25

**partisans** 63:4

**party** 20:13 29:19,22 30:1,10,22 31:13 32:16 33:4 57:12 57:16 58:3 78:13

**pass** 49:24 50:22

**passage** 44:4 44:10 51:9 52:17,25

**passing** 50:14

**Paul** 19:7

**pdf** 29:8

**Pellsworth@...** 2:16

**people** 19:13 31:15 60:5

**perform** 61:9

**performed** 48:8

**periods** 39:12 41:3

**permitted** 53:22

**person** 63:1

**Personal** 18:3

**persons** 78:19

**perspective** 59:18

**Peter** 2:17

**phone** 2:4,10 2:15 17:16

**pick** 53:9

**pieces** 9:13

**pill** 6:15

**Pischea** 18:10

**pitted** 64:2,13

**placate** 50:3

**place** 27:1

**places** 46:2

**placing** 48:15

**Plaintiffs** 1:10 2:6,12 34:21

**Plaintiffs'** 46:17

**plan** 42:20 48:23 49:5,5

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

Page 84

50:22 51:11
52:25 53:13
54:7 59:7
63:8 67:4,6
67:22 70:19
70:20 71:5
72:6,25
**plans** 41:6 43:9
44:11,15
49:24 52:18
55:4 59:19
59:19,21
65:3 66:24
67:8,14 68:1
72:8 74:19
74:21
**playing** 60:6
**please** 4:13
6:11 14:22
26:6 30:1
32:10 69:2
**PLLC** 2:13
**plural** 46:17
**point** 22:20
38:14 58:16
62:16 65:8
**points** 54:14
69:4
**policy** 10:22
25:8
**political** 15:21
15:21 16:3,4
16:16 19:23
32:22 53:21
57:12,16
58:3
**politics** 28:3
54:2
**Pontiac** 65:17
65:19
**population**
29:11,14
37:1 40:18
40:22 41:1
41:18 42:16
59:8 60:15
60:19 73:5
**populations**
41:5
**Portland** 4:18
**positions** 50:1
**possible** 48:10
**Possibly** 15:13
**postcollege**
11:25
**potentially**
71:6
**predominant**
28:10
**preparation**
35:4 42:21
45:5 70:7
**prepare** 6:25
10:7 15:7,12

38:3 45:25
**prepared** 17:25
23:19 40:2
46:7
**preparing**
29:10 34:23
41:8 44:19
46:22 65:2
**prepping** 37:16
**present** 2:23
**preservation**
51:20 52:5
52:14
**preserve** 51:14
**preserved**
68:21
**preserving**
51:20
**pressure** 6:15
**previous** 54:5
**previously**
12:15,17
**primarily** 45:19
**primary** 39:17
48:7 52:15
**prior** 8:1 23:17
23:20 24:21
24:23,24
25:14 26:1
26:10,13
27:21 46:22
60:15
**priority** 48:16
**prism** 55:5
60:1
**probably** 5:12
8:23 29:8
31:24
**problem** 17:18
**process** 22:22
28:4,12 48:6
55:19 56:3
57:5 58:23
60:3 61:20
61:23 65:8
65:13 70:4
70:25 71:12
**processed**
38:18
**produce** 59:18
59:21 61:12
61:20 62:10
**produced** 9:2,6
9:10 47:18
62:6
**product** 28:19
28:21 37:19
**products** 28:17
29:7,8
**programming**
11:10
**Project** 27:21
27:23
**promise** 22:19

**proposal** 63:12
64:12
**proposed** 55:1
56:2 62:5
63:22 64:24
**provide** 6:21
33:18 35:5,7
**provided** 8:9
33:23 52:12
**Providence**
26:25
**provides** 16:6
16:10
**providing** 59:8
**public** 7:21
10:22,22
15:17,17,25
20:25 25:8,8
58:4 65:22
65:24 74:20
74:22,23
77:10 78:8
78:25
**publication**
36:25
**publicly-avai-...**
39:11
**published** 21:9
23:23
**purchased**
74:11
**Purdue** 17:21
17:22
**purpose** 35:16
**pushed** 65:4
**put** 13:20 26:9
**putting** 34:25
35:10,23
40:6 41:16
43:12

**Q**
**Qualifications**
18:4
**quantify** 37:21
**question** 16:9
26:4 34:10
40:19 46:19
54:22
**questions** 5:16
5:22 6:3,5,20
32:18 42:19
53:8
**quite** 22:4
**quoted** 21:12
**quotes** 21:14

**R**
**raise** 30:23
**raised** 31:1
**rank** 48:11
**RASHIDA** 1:9
**rate** 13:17
14:17 15:3,5

78:14
**Rd** 2:8
**reaction** 66:1
**read** 5:16 7:2,5
7:6,8,11,13
7:18,21
21:16 77:1
**reading** 78:16
**ready** 40:11
**realm** 7:21
**reason** 5:21
6:12 74:12
76:2
**reasons** 71:17
73:25
**recall** 5:6 7:10
9:15,18
13:12,17,19
13:20 14:17
15:2,3,5
16:25 21:16
21:19 24:16
25:5 26:12
26:23 27:9
27:13,14
28:15,23
30:7 31:1,2
32:23 33:4,7
33:13,19,22
33:25 34:5
35:9 37:10
43:24 44:12
44:17 50:8
51:15 62:14
64:15 68:18
72:14,23
73:15
**receive** 10:21
29:18 74:21
**recess** 54:10
75:3
**recessed** 75:9
**recognize**
17:24 65:7
**recollection**
7:16,17 27:2
27:18 43:25
**record** 6:1
17:19 20:25
**records** 44:19
**redistricting**
7:13 12:24
13:5,9 14:7
14:13,21
15:8 17:1
22:9,10,22,25
23:3 25:16
25:21,24
26:1,2,10,14
27:4,15,16
28:4,11,20
29:3 30:8,15
30:19 31:9
31:19 32:9

32:24 33:9
34:3 35:23
36:21,22
37:1 45:7
57:5 59:17
61:24
**REDMAP** 27:21
27:23
**refer** 22:19
38:24 46:3
60:13 71:22
**reference**
46:24 47:4,8
48:14 65:7
**referenced**
37:2 67:17
**references**
65:10 67:3
**referring** 17:19
38:12 42:24
47:9 62:24
69:11
**refers** 62:25
67:9
**refresh** 7:15
**regard** 31:19
**regarding**
25:23 36:25
42:25 43:17
**related** 5:1
7:12 26:9
28:2 30:10
31:9 36:19
36:20 37:1
41:5 44:4,4
55:3 72:10
78:17
**relates** 24:6
**relation** 42:21
43:3
**relations** 10:23
15:17 58:5
65:22,24
**rely** 41:19
42:13
**relying** 54:21
**remember**
33:20
**reminded** 5:24
**renewable**
18:23
**rephrase** 8:5,6
**report** 3:6 7:5
8:24 9:25
17:25 18:9
19:12 23:15
23:20 34:11
34:12,19,23
35:4,10 36:7
36:10,13
37:11 38:25
39:5,8 40:2
41:9,17
42:22 43:4

43:12 44:19
45:25 46:2,3
46:5,22
47:16,17,19
51:4 54:13
54:21 55:13
58:14,16
65:7 66:21
67:5 70:7
71:23 72:12
**reported** 78:4
**reporter** 5:17
**reporters** 66:4
**reports** 15:7
**represent**
21:21 37:4
**representati-...**
52:22 56:19
56:24 57:13
57:22 61:13
61:14 64:5
64:14 71:23
**representing**
63:2
**Republican**
16:15 19:4
19:24 20:5
20:13 27:3
27:12 29:19
31:7,18,23
32:16 33:4
33:10,16
49:15 50:3
63:9 64:2,13
**Republicans**
18:17 19:20
20:9 33:1
35:23,24
36:6 57:21
61:3 62:4
63:23 72:4
74:15
**request** 44:20
**requested**
33:14,21
72:21 73:11
73:13
**require** 6:1
**required** 55:8
59:13
**requirement**
64:21 73:5
**requirements**
64:17
**requires** 73:2
**reschedule**
75:6
**research** 10:3
**residence** 4:17
**responsible**
22:7
**result** 7:22
**resulted** 60:23

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

Page 85

resulting 66:16
results 41:7,11
  60:12,14,16
  60:24
retain 63:10
Returning 73:9
revenue 13:8
  14:5,10
review 9:19
  21:9 36:12
  38:6 70:6
reviewed 7:23
  8:8,15 9:1,5
  34:12 36:8
  36:13,14,18
  36:21 37:12
  37:18 38:22
  46:10 68:12
  68:13
reviewing 9:16
  69:25
revision 38:3
Rhode 26:25
Richard 1:8
rides 17:15
right 5:17 6:13
  11:8 12:12
  14:2 18:2
  21:8 23:10
  27:11 31:24
  32:3 34:13
  37:7 39:15
  40:7 42:23
  47:12 60:16
  60:19 61:8
  64:23 66:11
  69:23
Rights 28:9
  50:7
RIVERA 1:8
RNC 31:16
road 53:16
ROGER 1:5
role 13:1 19:25
  22:25 23:1
  25:11 30:22
  34:5 55:3
  59:18 60:6
  61:8,20
roles 19:15
ROSA 1:7
rough 8:20
rudder 48:5,7
rule 59:2
rules 5:14
run 63:4
RUTH 1:12

___ S ___

S 2:14 4:3
safe 48:1
satisfy 49:15
  61:22
saw 55:10

saying 51:18
says 4:9 22:6
  52:3,4 67:5
school 17:15
Schostak 30:2
  30:20
Scott 2:18
SEAL 78:21
seat 63:10
seats 63:24
second 2:9
  62:15 65:4
  73:9
Secretary 1:13
  2:18
see 7:20 9:13
  11:2 17:14
  18:3 45:6
  54:15 55:5
  56:9 60:12
  64:11 66:1
  69:13,16
seemingly
  66:13
selected 7:24
  8:8,16
Senate 19:9,20
  19:24 23:5
  40:25 42:12
  43:6 44:3
  45:11,20
  50:17 54:18
  55:4,23
  57:17 59:20
  70:19 72:2
  72:13,24
  73:15 74:9
Senator 43:21
senators 72:21
send 56:23
Senior 18:7
sense 5:20
  24:5 26:5
  54:22
sent 7:8
sentence 18:15
  20:11,17
separate 12:11
  12:16,17
  44:21
served 20:11
services 16:7
sessions 10:6
set 9:24 59:3
sets 58:9,21
shakes 5:25
Shannon 10:18
shapefile 37:18
shapefiles
  33:20 38:6
  39:3 46:11
shapes 64:24
  65:13
share 55:23,23

shared 56:3
sheet 76:1 77:4
shifted 59:23
shifting 55:7
  73:2
show 6:1 40:25
  51:24
showed 44:11
showing 15:8
side 34:21,21
Signature 77:8
signing 78:16
similar 23:2
  25:12
simulated 67:8
sitting 6:8
  37:21
six 70:20,23
Sknapp@dic...
  2:16
small 9:11
software 28:17
  29:2,4,12,15
  60:20 74:5,8
  74:16
somebody 35:1
son 11:13
sorry 30:25
  40:11,14
  69:12 75:1
sort 15:14
  16:11 17:3
  30:18 31:10
  47:25
source 38:17
sources 37:5,9
SOUTHERN 1:2
Southfield 2:9
speak 6:16
speaker 24:11
  24:13 25:2
Speakers 23:5
Special 19:4
specific 24:16
  32:17 38:12
  58:14
specifically
  44:11,24
specifics 21:20
  33:19
spelled 44:25
spent 15:8
  37:20 38:16
  46:15
spin 58:5
split 61:17 67:8
  72:16,19
  73:10,11
splits 44:25
  45:1 66:8,13
  66:22,23,25
  67:1,6,10,13
  67:18,19,25
  68:5,7

Square 2:14
  4:3
stack 8:21,22
staff 19:18
  23:6 32:25
stand 47:9
standards 24:7
  28:6,9,10,14
  39:25 48:5
start 18:2
  32:21
started 17:20
state 1:13 2:18
  4:12 10:20
  10:25 20:19
  24:18 25:20
  26:17 30:22
  31:23 33:1
  36:24 43:21
  59:6 62:15
  64:9 66:7
  69:8 71:25
  74:11 78:1,9
stated 51:17
States 1:1
  52:21 57:22
  61:4
statistics 11:19
  11:23 12:1
statute 50:20
  50:21,25
  59:12 62:20
statutes 7:11
  7:11 8:24
  36:18,19
  50:10 52:7
  54:5
stenographic
  78:11
Sterling 12:8
  12:14,23
  13:3,8 14:10
  14:14,15,20
  14:23 15:19
  16:2,6,10,15
  16:18 18:7
  18:11,18,24
  30:23 34:1
  42:7
Steve 14:25
straightfaced
  48:2
strange 65:9
  65:14 66:17
Strategic 31:4
Street 2:3
strict 72:14
strictly 62:17
  70:9 73:24
Stuckey 10:17
  56:12
studied 11:17
study 11:18
studying 38:16

subject 24:9
  25:7,23
submission
  66:20
submitted 24:1
subsequent
  39:2 66:20
  70:6
subsidiary
  12:11
substantial
  13:23 69:9
  69:22 78:20
substitute
  43:18 44:23
  70:17
Suite 2:3,14
  4:3
Summary
  54:15
supplement
  38:3
support 71:5
  72:5
Supreme 9:23
  36:15,16,17
  51:7 58:22
sure 5:13 7:17
  8:5 13:16
  17:16 21:1
  29:6 32:15
  34:8 36:8
  39:7 45:15
sworn 4:8 78:5
sympathetic
  17:20

___ T ___

tables 40:24
take 11:19
  12:11 13:3
  27:1 50:11
  50:15 53:22
  53:24 54:8
  74:25
taken 1:24 4:1
  54:10 75:3
takes 50:15
  62:23
talk 14:4 45:9
  45:24 62:19
talked 44:18
talking 7:4
  21:15 37:15
  51:5 65:25
  66:25 67:1
  68:22 69:19
  74:1
talks 59:14
task 25:21
taught 24:8
tell 4:25 5:22
  6:13 11:16
  18:19 43:22

60:20 78:5
Ten 2:8
tendency 78:20
tendered 36:9
tenuous 71:3
term 35:18
  36:1
terms 5:14,19
  15:19 22:4
  22:24 29:10
  37:16 40:9
  40:15 41:3
  42:12 48:12
  54:17 60:14
  60:15,23
  67:23 72:13
Terri 35:1,3
  43:11 44:18
  56:14 60:6
test 37:8
testified 5:8,10
  23:16
testifies 4:9
testify 43:7
testifying 8:1
testimony 7:1
  57:25 58:2
text 17:14
texts 17:23
Thank 10:19
  11:2 49:2
thanks 6:14
thereof 78:9
thing 6:19 44:2
things 21:17
  30:10
think 5:24 25:3
  28:24 33:8
  39:3 40:16
  40:20 41:11
  50:21 53:1
  56:7 57:11
  57:15,19
  59:16 62:18
  73:13 74:4
thinking 71:19
thought 42:24
  47:4
thousand
  64:19
three 10:13
  22:7,9 25:2,4
  69:4,13
thumb 59:2
time 5:15,19
  7:25 13:24
  15:8 16:21
  16:21 18:25
  19:21 27:14
  37:20 38:16
  39:12 41:3
  43:21 46:4
  46:15,19
  63:6 70:4,21

Benchmark Reporting Agency
612.338.3376

Deposition of Jeffrey Timmer Vol. I - 8/22/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

Page 86

71:6
**timeline** 43:14
  43:17
**timing** 44:1
**Timmer** 1:20
  4:1,6,14,15
  8:22,23 9:14
  22:12 54:12
  77:1 78:4
**title** 18:6,13
**titled** 54:14
**TLAIB** 1:9
**today** 5:14 7:1
  9:13 10:7
**told** 25:11
  33:15 41:15
**Toner** 2:6 3:2
  4:11 8:5,7,14
  10:15 22:18
  48:25 49:6
  54:8,11
  63:17 68:25
  69:3 75:2
**top** 18:3 68:18
**topics** 26:9
**totally** 17:19
**Township**
  72:16 73:10
**townships**
  59:24 73:3,6
**track** 60:14,17
**tracts** 47:21
**trade** 16:8 33:6
**training** 11:6
  11:11 12:5
  25:15
**transcribed**
  78:12
**transcript** 77:2
  78:10,11
**Treatise** 40:3
**treatises** 40:1
  40:5
**tremendous**
  71:1
**trial** 5:4,4,10
  23:16 60:9
**tried** 28:6,7
  55:14 61:2
**true** 28:11
  78:11
**trump** 53:2
**truth** 78:6,6
**truthful** 6:21
**try** 17:18 51:13
  61:10
**trying** 37:8
  54:24 60:10
  61:18
**turn** 73:18
**two** 24:25 35:2
  42:18 53:8
  64:2,13 73:6
  73:7

**typo** 67:12

___
**U**
___

**Um-hmm** 5:18
  18:5 43:13
  69:18
**undergraduate**
  11:23
**understand**
  5:21 36:8
  39:7 49:21
  65:20
**understanding**
  60:8 70:8
  72:18,20
**understandi...**
  71:10,16
  72:3
**understood** 6:7
  66:15
**undiscovered**
  66:15
**unfamiliar**
  66:15
**unforeseen**
  75:6
**unfounded**
  69:8
**United** 1:1
  52:21 57:22
  61:4
**University**
  10:20 11:1
  24:18,18
**use** 5:19 16:18
  28:17,21
  29:2 41:25

___
**V**
___

**v** 1:11
**variety** 30:10
**various** 29:6
**vary** 67:21
**verification**
  36:25
**versed** 65:12
**version** 67:22
**versions** 55:24
  62:14
**versus** 25:10
  47:11
**view** 47:25
  71:7
**violation** 58:25
**virtue** 78:9
**VOLUME** 1:21
**vote** 44:14
  52:19 53:15
**voted** 44:6,10
  52:17 63:6
**Voter** 17:10
**voters** 1:5
  65:25
**votes** 49:24
  50:16

**voting** 28:9
  50:7 52:25
  53:20
**VTDs** 47:21

___
**W**
___

**W** 1:8 2:8
**wait** 40:11
**waived** 78:16
**want** 6:11,15
  17:23 25:9
  36:7 39:7
  42:18 53:10
  53:12 54:13
**wanted** 52:19
**Washington**
  2:14 4:3 27:5
  27:8,17 78:2
  78:8
**Washtenaw**
  72:1,25
**wasn't** 32:15
  61:8,25
  63:15 71:6
**watching** 17:13
**way** 6:8 12:24
  39:21 49:19
  55:10 56:1
  60:17
**Wayne** 71:24
  71:24 72:1
**we'll** 6:12
  17:18 75:5
**we're** 5:13
  21:14
**we've** 8:3 33:3
**weeds** 25:13
**week** 17:21
  37:25
**weekly** 56:18
**went** 29:12
  38:23 39:8
  53:18
**weren't** 51:8
  55:20 73:22
**whatsoever**
  40:1
**wheels** 70:25
**Whitmer** 43:19
  43:20 44:22
  70:17
**WILLIAM** 1:6
**withdraw**
  40:19
**witness** 4:7 8:2
  8:13 10:13
  48:24 49:3
  78:5,21
**witnesses** 34:7
**wizard** 22:19
**wizards** 22:13
**WOMEN** 1:5
**wondering**
  34:15

**word** 61:8
**words** 55:12
**work** 11:4
  13:18 14:1,7
  14:14,15,18
  14:23 15:4
  15:12 16:11
  16:19 17:3
  18:19,21
  23:10,22
  28:8,18 29:3
  29:20,23
  30:5,12,17,18
  31:10 32:8,9
  32:24 34:2
  37:19 38:23
  39:2 42:7
  48:8 65:3
  66:10
**worked** 14:20
  14:22 16:25
  18:16,22
  19:8 32:25
  33:13 34:6
**working** 32:23
  33:25 35:14
**worth** 7:25
**wouldn't** 53:14
**Wright** 2:13
  4:3
**write** 18:16
  19:2

___
**X**
___

**X** 3:1

___
**Y**
___

**yeah** 32:5
  48:24 53:25
  59:10 60:21
  65:2
**year** 17:21
  36:10 42:7
**years** 23:18
  39:10 61:5
  61:14
**Yonker** 64:6

___
**Z**
___

**Zero** 14:8

___
**O**
___

___
**1**
___

**1** 51:16
**1,000** 46:6
  68:8
**10** 8:23 61:5,14
  62:3 74:19
**11** 49:11
**11th** 70:24
**12** 49:4
**13** 49:4

**14** 49:7,9 67:7
**142** 3:6 4:5
  17:12,24
  23:20 54:12
**148** 53:17
**14th** 21:23,25
**150,000** 14:16
**17000** 2:8
**1982** 7:6 36:14
  48:15 51:5,8
  51:16 54:6
  58:21 65:10
**1989** 11:3,4
**1991** 19:3
**1992** 9:22
  36:22 41:6
**1997** 19:11
**1998** 5:3 20:1
**1999** 12:21
**1st** 27:8

___
**2**
___

**2** 74:19
**2:17-cv-141...**
  1:3
**20** 50:16
**200** 2:14 4:3
  14:19
**2001** 12:24
  13:9,10,12,18
  13:19,21
  23:1,11
  24:21 25:10
  25:14 26:2
  26:11 28:4
  28:21 36:22
  41:6 45:3
  48:18,21
  52:9
**2005** 20:14
**2009** 20:16
  27:2
**2010** 26:19
  27:2,5,18
**2011** 13:4 14:4
  14:8,12 15:4
  15:10 17:1
  18:20,22
  20:24 22:25
  23:11 24:23
  25:10 26:13
  27:21 28:11
  28:15,18
  29:3,16,18,24
  30:4,8,20,21
  31:8,12,19
  32:4,9,24
  33:9 34:2
  36:22 41:5
  42:4,13 43:1
  43:7,19
  44:16 45:4
  45:14,18
  49:5,7 54:19

**56:4 57:4**
  59:17 61:24
  64:3 70:16
  74:6,9
**2012** 20:24
**2018** 1:24 4:2
  78:5,22
**215** 2:14 4:3
**22** 1:24
**22nd** 4:2 78:4
**24** 67:6,8,13
**248.483.5000**
  2:10
**2700** 2:3
**27th** 78:21
**29th** 27:8

___
**3**
___

**300** 2:3
**317.237.0300**
  2:4

___
**4**
___

**4** 3:2,6 18:2
  23:15
**40** 67:5
**46204-1750**
  2:4
**48075** 2:9
**48933-1816**
  2:15

___
**5**
___

**5** 54:14 58:7
  61:17 62:3
**51** 4:16
**517.487.4710**
  2:15
**56** 50:16

___
**6**
___

**6** 62:15

___
**7**
___

**7** 66:7 69:4
**71** 21:21
**72** 22:11

___
**8**
___

**8:30** 4:4

___
**9**
___

**9** 61:17
**9/5** 61:17
**9:47** 75:8
**90** 8:23

**Benchmark Reporting Agency**
**612.338.3376**

Page 79

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MICHIGAN
 2                   SOUTHERN DIVISION
 3   LEAGUE OF WOMEN VOTERS OF
     MICHIGAN, ROGER J. BRDAK,
 4   FREDERICK C. DURHAL, JR., JACK E.
     ELLIS, DONNA E. FARRIS, WILLIAM
 5   "BILL" J. GRASHA, ROSA L.
     HOLLIDAY, DIANA L. KETOLA, JON
 6   "JACK" G. LASALLE, RICHARD "DICK"
     W. LONG, LORENZO RIVERA, and
 7   RASHIDA H. TLAIB,
 8          Plaintiffs,
 9   -v-                    Case No.
                           2:17-cv-14148-DPH-SDD
10   RUTH JOHNSON, in her official
     capacity as Michigan Secretary of
11   State,
12          Defendant.
13   _____
14       The Continued Deposition of JEFF TIMMER, taken
15   before Ms. Suzanne Duda, CSR-3199, RPR, CRR, Notary
16   Public, at 215 South Washington Square, Suite 200,
17   Lansing, Michigan, on Wednesday, August 29, 2018,
18   commencing at 9:05 a.m.
19   APPEARANCES:
20       MR. KEVIN M. TONER
         FAEGRE BAKER DANIELS, LLP
21       300 North Meridian Street
         Suite 2700
22       Indianapolis, Indiana 46204
         (317)237-0300
23       kevin.toner@FaegreBD.com
24            Appearing on Behalf of Plaintiffs
25
```

## Page 80

```
1    APPEARANCES, CONTINUED:
2      MR. MARK BREWER (P35661)
       GOODMAN ACKER, PC
3      17000 West Ten Mile Road
       2nd Floor
4      Southfield, Michigan 48075
       (248)483-5000
5      mbrewer@goodmanacker.com
6        Appearing on Behalf of Plaintiffs
7      MR. PETER H. ELLSWORTH (P23657)
       DICKINSON WRIGHT, PLLC
8      215 South Washington Square
       Suite 200
9      Lansing, Michigan 48933-1888
       (517)371-1730
10     pellsworth@dickinsonwright.com
11     MR. SCOTT R. KNAPP (P61041)
       DICKINSON WRIGHT, PLLC
12     215 South Washington Square
       Suite 200
13     Lansing, Michigan 48933-1888
       (517)487-4762
14     sknapp@dickinsonwright.com
15       Appearing on Behalf of Defendant
16
17
18
19
20
21
22
23
24
25
```

## Page 81

```
1      TABLE OF CONTENTS
2    WITNESS:  JEFF TIMMER            PAGE
3    Examination, Continued by Mr. Toner    87
4    Examination by Mr. Ellsworth    256
5    Further Examination by Mr. Toner    268
6            *   *   *   *   *
7         INDEX OF EXHIBITS
8    EXHIBIT                          PAGE
9    Deposition Exhibit Number 143    118
10   (The Sterling Company Invoices)
11   Deposition Exhibit Number 144    151
12   (12/22/10 Memo to Bob LaBrant From Jeff Timmer
13   and Steve Linder, Timmer000415 - Timmer000420)
14   Deposition Exhibit Number 145    159
15   (12/22/10 Email, Timmer000747)
16   Deposition Exhibit Number 146    160
17   (Maps, Timmer000083 - Timmer000088)
18   Deposition Exhibit Number 147    162
19   (County Commission District Map of Oakland
20   County, Timmer001043)
21   Deposition Exhibit Number 148    163
22   (1/24/11 Email Chain, SENATE0005009)
23   Deposition Exhibit Number 149    164
24   (2/21/11 Email Chain and Attachments,
25   Timmer001088)
```

## Page 82

```
1         INDEX OF EXHIBITS, CONTINUED
2    EXHIBIT                          PAGE
3    Deposition Exhibit Number 150    168
4    (3/5/11 Email Chain and Attachment,
5    Timmer000346 - Timmer000349)
6    Deposition Exhibit Number 151    173
7    (3/8/11 Email with Attachments, Timmer000958 -
8    Timmer000972)
9    Deposition Exhibit Number 152    174
10   (3/23/11 Email Chain, Timmer000344)
11   Deposition Exhibit Number 153    177
12   (4/5/11 Email, Timmer000655)
13   Deposition Exhibit Number 154    180
14   (4/22/11 Email and Attachment, Timmer000962 )
15   Deposition Exhibit Number 155    182
16   (5/2/11 - 5/3/11 Email Chain and Attachments,
17   Timmer000058 - Timmer000063)
18   Deposition Exhibit Number 156    184
19   (5/9/11 Email Chain and Attachments)
20   Deposition Exhibit Number 157    187
21   (5/11/11 Email Chain, Timmer001077 -
22   Timmer001078)
23   Deposition Exhibit Number 158    190
24   (5/11/11 Email Chain, Timmer000066 -
25   Timmer000067)
```

## Page 83

```
1         INDEX OF EXHIBITS, CONTINUED
2    EXHIBIT                          PAGE
3    Deposition Exhibit Number 159    196
4    (5/13/11 Email and Attachments, Timmer001046 -
5    Timmer001054)
6    Deposition Exhibit Number 160    198
7    (5/12/11 - 5/16/11 Email Chain, Timmer000043 -
8    Timmer000044)
9    Deposition Exhibit Number 161    201
10   (5/17/11 Email Chain, Timmer000392)
11   Deposition Exhibit Number 162    205
12   (5/16/11 Email Chain, Timmer000150 -
13   Timmer000151)
14   Deposition Exhibit Number 163    211
15   (5/17/11 Email Chain and Attachment,
16   Timmer000115 - Timmer000116)
17   Deposition Exhibit Number 164    214
18   (6/17/10 - 5/17/11 Email Chain and Attachment,
19   Timmer000781 - Timmer000782)
20   Deposition Exhibit Number 165    217
21   (5/17/11 - 5/19/11 Email Chain, Timmer000794 -
22   Timmer000798)
23   Deposition Exhibit Number 166    220
24   (5/24/11 Email Chain, Timmer000225)
25
```

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 84

1        INDEX OF EXHIBITS, CONTINUED
2    EXHIBIT                                    PAGE
3    Deposition Exhibit Number 167           221
4    (6/2/11 Email Chain, Timmer000262)
5    Deposition Exhibit Number 168           223
6    (6/2/11 Email and Attachment, Timmer000845 -
7    Timmer000846)
8    Deposition Exhibit Number 169           224
9    (6/2/11 Email Chain and Attachment)
10   Deposition Exhibit Number 170           226
11   (6/2/11 Email, Timmer001147)
12   Deposition Exhibit Number 171           227
13   (6/3/11 Email and Attachment,
14   Timmer000841 - Timmer000842)
15   Deposition Exhibit Number 172           228
16   (6/8/11 Email and Attachment, Timmer000606 -
17   Timmer000607)
18   Deposition Exhibit Number 173           230
19   (6/9/11 - 6/13/11 Email Chain, Timmer000020 -
20   Timmer000021)
21   Deposition Exhibit Number 174           232
22   (6/13/11 Email and Attachments, Timmer000944 -
23   Timmer000951)
24   Deposition Exhibit Number 175           233
25   (6/14/11 Email, Timmer000922)

## Page 85

1        INDEX OF EXHIBITS, CONTINUED
2    EXHIBIT                                    PAGE
3    Deposition Exhibit Number 176           235
4    (6/13/11 - 6/15/11 Email Chain and Attachment,
5    Timmer000110 - Timmer000111)
6    Deposition Exhibit Number 177           236
7    (6/2/11 - 6/15/11 Email Chain and Attachments,
8    Timmer000208 - Timmer000212)
9    Deposition Exhibit Number 178           239
10   (6/2/11 - 6/16/11 Email Chain, Timmer000237 -
11   Timmer000239)
12   Deposition Exhibit Number 179           240
13   (6/16/11 Email and Attachment, Timmer000847 -
14   Timmer000848)
15   Deposition Exhibit Number 180           241
16   (6/15/11 Email Chain, Timmer000018 -
17   Timmer000019)
18   Deposition Exhibit Number 181           241
19   (6/16/11 - 6/17/11 Email Chain, Timmer000283 -
20   Timmer000284)
21   Deposition Exhibit Number 182           242
22   (6/21/11 Email, Timmer000923)
23   Deposition Exhibit Number 183           243
24   (6/18/11 - 6/22/11 Email Chain and Attachments,
25   Timmer000784 - Timmer000787)

## Page 86

1        INDEX OF EXHIBITS, CONTINUED
2    EXHIBIT                                    PAGE
3    Deposition Exhibit Number 184           247
4    (6/20/11 - 6/21/11 Email Chain, Timmer001107 -
5    Timmer001108)
6    Deposition Exhibit Number 185           249
7    (6/28/11 Email)
8    Deposition Exhibit Number 186           249
9    (7/14/11 - 7/15/11 Email Chain, Timmer001137 -
10   Timmer001138)
11   Deposition Exhibit Number 187           251
12   (7/13/11 - 7/22/11 Email Chain and Attachment,
13   Timmer001132 - Timmer001134)
14   Deposition Exhibit Number 188           252
15   (8/4/11 Email, Timmer000571)
16   Deposition Exhibit Number 189           252
17   (List of Incumbents, Timmer000572 -
18   Timmer000579)
19   Deposition Exhibit Number 190           253
20   (7/30/11 - 8/6/11 Email Chain, Timmer000164 -
21   Timmer000165)
22   (Deposition Exhibit Numbers 143 - 190 are
23   attached.)
24                *   *   *   *   *
25

## Page 87

1                Wednesday, August 29, 2018
2                Lansing, M chigan
3                9:05 a.m.
4         R E C O R D
5              JEFF TIMMER
6    a witness herein, was called for examinat on, and
7    remaining under oath, was examined and testified
8    on his oath as follows:
9              EXAMINATION, CONTINUED
10   BY MR. TONER:
11   Q   Mr. Timmer, since we were last together, did you
12       have an opportunity to review any draft of your
13       transcript from that session?
14   A   No.
15   Q   Okay.  Have you studied any addit onal documents in
16       the meantime?
17   A   Yes.
18   Q   What were those?
19   A   News articles.
20   Q   Can you describe those for me?
21   A   Sure.  Related to redistricting maps introduced in
22       2011.
23   Q   In what publication d d those articles appear?
24   A   I believe MIRS and -- MIRS, which is a Lansing
25       newsletter.

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 88

1   Q   Okay.  Put out by any part cular organization?

2   A   I think it's Michigan -- whatever MIRS is an

3       acronym, whatever that stands for.

4   Q   Okay.  I'm not familiar with it.  Can you just

5       describe for me what kind of publicat on it is?

6   A   It's essentially a daily Capitol newspaper.

7   Q   Okay.  I want to turn back to the expert report you

8       prepared in this case.

9   A   Okay.

10  Q   And this one's doubled-side, but I assure you  t's

11      dent cal to the one that was marked before, and we

12      called it Exhibit 142.

13  A   Okay.

14          MR. ELLSWORTH:  I'm sorry, I d dn't bring

15      mine, and you gave us copies, so I'm going to go

16      get mine if you just give me a second.

17          MR. TONER:  Absolutely.

18          MR. KNAPP:  I'm going to do the same.

19          (Break taken at 9:06 a.m.)

20          (Break concluded at 9:08 a.m.)

21  Q   (MR. TONER) Before we turn pages, did you ever take

22      the opportunity to measure what the percent

23      const tuency of voters was that was retained in

24      each district that the Legislature adopted in 2011

25      versus 2001?

## Page 89

1   A   Not that I recall.

2   Q   As you prepared your expert report and as you think

3       back on it, do you have any estimate of how closely

4       the 2011 districts matched the prior decade in

5       terms of constituency retained?

6   A   I would just have estimates.

7   Q   Okay.  Bas cally a guess, or better than that?

8   A   Well, it's difficult because it's an apples to

9       oranges going -- with 15 -- the 2001, if we're

10      talking about the congressional --

11  Q   Let's do that.

12  A   Okay.  With the congressional you have the 15

13      districts down to 14.  There is a tremendous amount

14      of overlap that's evident to -- you know, just but

15      looking at a map between many of the existing

16      districts in the 2011-enacted plan and districts in

17      the 2001-enacted plan.

18  Q   Am I right that the Greater Detroit area had a drop

19      in population?

20  A   Yes.

21  Q   Was that roughly 150,000 voting-age adults or

22      bigger than that?

23  A   I believe -- well, I believe the 150,000 number

24      applies to the city of Detroit, and I did do a

25      comparison of amount of previous district retained

## Page 90

1       with regard to some of the Detroit area districts.

2   Q   Was there any effort to try to retain

3       const tuencies as much as possible in the rest of

4       the state and really make the main adjustments

5       between 14 districts and 15 districts in the

6       Detro t area?

7   A   The -- with the Detroit area is where the

8       population loss was primarily concentrated, and so

9       the loss of a district would naturally come from

10      there.

11  Q   D d you ever take the opportun ty to measure the

12      compactness of the 14 distr cts you mapped in 2011?

13  A   I did not because compactness isn't a criteria.

14  Q   And did you take the opportunity to do that at all

15      when you prepared this expert report?

16  A   I did not for the same reason.

17  Q   Okay.  Well, let's turn to the report, Exhib t 142

18      again.  And if you would, let's go to page 23, and

19      you have a discussion of the enacted M chigan House

20      plan; do you see that?

21  A   Uh-huh.

22  Q   You say that "A key flaw in Dr. Chen's report is

23      that he does not cons der the actual approach used

24      by map drawers"?

25  A   Uh-huh.

## Page 91

1   Q   I'm trying to understand fully what you mean by

2       that.  Are you suggesting that the maps that

3       Dr. Chen has prepared would not have been possible

4       to prepare in 2011?

5   A   I guess I'm saying they wouldn't have been prepared

6       because they didn't take into account the criteria.

7       He used a different set of criteria to do his maps

8       than what the statute called for and that the map

9       drawers applied.

10  Q   And what are the most significant differences in

11      Chen's approach?

12  A   In his -- he describes -- I have to go to the right

13      page -- in his report, I don't know how fully I

14      cite it here, but he describes the inputs into his

15      model that are solely his, they're not the

16      statutory criteria, they're not the Apol criteria.

17      They resemble that, but it's the Chen criteria,

18      it's not the Apol criteria.  He uses compactness as

19      a -- existing in the hierarchy of the criteria, and

20      it doesn't.

21  Q   Now, I know you're not an attorney, but is it your

22      opinion that Dr. Chen's maps would violate the

23      statute?

24  A   They're simply different.  He used a different set

25      of criteria.

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 92

1  Q   When the -- I'm on page 24.  There's a paragraph
2      that begins "Once the map drawers were left with
3      configuring 20 districts within Wayne County."  Do
4      you see that paragraph?
5  A  Uh-huh.  Uh-huh.
6  Q   And you describe the task of drawing those 20
7      districts there?
8  A  Uh-huh.
9  Q   First to comply with the statutory criteria, second
10     comply with the Voting Rights Act, and finally to
11     achieve the requisite votes for passage.
12         Is it fair to say that that last factor,
13     obtaining the votes from incumbent legislators, was
14     equally important to the other two factors?
15 A  It was equally important to the legislative
16     decision-makers, not to the map drawers.
17 Q   Then why was it utilized by map drawers?
18 A  At the instruction of the legislative leaders, they
19     would make alterations to the maps that they had
20     previously produced.
21 Q   And in your case, those instructions all came from
22     Republican leaders: is that right?
23 A  Correct.
24 Q   On page 25 and 26 you discuss Michigan House
25     Districts 30, 31, 32, and 36 --

## Page 93

1  A  Uh-huh.
2  Q   -- and on page 26 there's a discussion of how the
3      districts were finalized.  And I'm wondering in the
4      negotiation with Democrats that finalized those
5      districts whether you think the Republicans
6      received anything in exchange for getting those
7      Democratic votes.
8  A  I don't know.
9  Q   How did you come to learn of the discussions with
10     Representative Liss about her support of the plan?
11     Were you directly involved?
12 A  I was not involved in the conversation with her.
13 Q   Then how did you come to learn about that?
14 A  It was recounted to me following.
15 Q   By whom?
16 A  I don't know for certain.
17 Q   Well, you put it in your report.  What's your
18     basis?
19 A  My basis is I remember it being discussed at a
20     group meeting.
21 Q   Who participated?
22 A  It would have been Dan McMaster, Brian Began, Terry
23     Marquardt, and some of the various attorneys that
24     I've mentioned before.
25 Q   Any Democrats in that meeting, to your knowledge?

## Page 94

1  A  Not that I recall.
2  Q   You told me before in the first sess on how your
3      part cipation in similar meetings, if you will --
4  A  Uh-huh.
5  Q   -- w th the map drawers who were primarily
6      responsible for helping to prepare the M chigan
7      House plan and the M chigan Senate plan helped you
8      form your conclusions in your report about how
9      those maps were prepared.  And am I right that
10     those other two map drawers pa d attention to prior
11     year elect on results as they prepared those House
12     and Senate maps?
13 A  I know that Republicans and Democrats in the
14     Legislature agreed to use the same election history
15     database.
16 Q   The Republican map drawers, did they use election
17     data in preparing their maps?
18 A  In terms of use, I'm not sure -- was it available
19     to them?  Yes.  That's -- so how they used it, they
20     would -- that would be a question for them.
21 Q   You honestly don't know how they used prior year
22     elect on results as they evaluated possible maps?
23 A  I know that the software that they used had a
24     calculation function that would incorporate census
25     data and election history data, I do know that.

## Page 95

1  Q   In drawing the congressional maps, am I right that
2      you made use of that aspect of the software?
3  A  My software had the same capabilities.
4  Q   And you, in fact, used it, right?
5  A  Yes.  Yes.
6  Q   At the top of page 36, t's the end of your
7      discussion of Senate Districts 8 and 9 --
8  A  Uh-huh.
9  Q   -- you described the legislative circumstances that
10     necessitated spl tting Clinton Township and how
11     Democratic support was received.  Again, do you
12     know what the Republicans received in exchange for
13     those votes?
14 A  No, though I've described that Clinton Township was
15     not required to be split under strict adherence to
16     the statutory criteria.
17 Q   Is it fair to say it was a key part of enacting the
18     entire plan to cut a deal like the one you describe
19     at the top of page 36?
20 A  I have no direct knowledge on the role that that
21     played.
22 Q   On page 39, and now getting into the discuss on of
23     the enacted congress onal plan in this part of your
24     report, I'm focused on a paragraph in the middle of
25     the page that begins "Since Dr. Chen describes

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 96

1   inclus on of district compactness and not
2   compactness specific to cities or townships, his
3   model" essentially you say "is likely to be
4   fundamentally flawed"?
5   A   Uh-huh.
6   Q   I note the word "likely." Have you done any more
7   work to conclude whether  t actually is
8   fundamentally flawed, in your view?
9   A   The lack of inclusion in his description of his
10   inputs, Dr. Chen, he specifies that he includes
11   compactness, which is not a statutory criteria and
12   was not a criteria applied by the map drawers.  And
13   the fact that he excludes any mention of shifting
14   the fewest number of cities or townships when
15   breaking a county line leads me to conclude that
16   his inputs are fundamentally flawed and completely
17   different than what was used -- what's required --
18   well, what was statutorily indicated in the '90s
19   and what -- the process that was used by the map
20   drawers in 2011.
21   Q   And do you think that his maps violate the state
22   statute?
23   A   They're different than the state statute.
24   They're -- they're -- they're done with a
25   completely different set of criteria.

## Page 97

1   Q   Are they in any way prohibited by the statute, in
2   your judgment?
3   A   They fail to meet a fundamental aspect of the
4   criteria going back to the 1982 correspondence with
5   the Supreme Court of shifting the fewest number of
6   cities and townships when splitting a county line.
7       Of course that correspondence is full of
8   the explanation as to why the Court in 1982 thought
9   that was necessary.  And the statute that was
10   enacted in the '90s included that as a -- as a --
11   one of the -- one of the criteria, which was
12   completely neglected -- in looking at Chen's maps
13   since I've done this report, it's evident that he
14   did not do that.
15   Q   What effort have you made to calculate the number
16   of cities and towns split on Dr. Chen's maps versus
17   the enacted maps?
18   A   I -- as I mentioned last week, I've looked at a
19   handful of maps produced by Chen in the
20   congressional, Senate, and House plans, and he --
21   he does count in -- I've -- I've -- for example, in
22   the congressional maps, I've looked at five maps,
23   and he -- he does miscount split cities.  And so 20
24   percent of the maps that I looked at had miscounts
25   of cities, splits.  So if you extrapolate that over

## Page 98

1   the other 995 maps, I would presume that he also
2   miscounts.
3   Q   You think that's a scientif c sample, one out of
4   five maps out of a thousand?
5   A   He claims that all of his congresional maps split
6   either nine or ten cities, excluding Detroit, and I
7   looked at five, and one of them splits 11,
8   excluding Detroit.  So, you know, it's a . . .
9   Q   Yeah.  Was this a congress onal map that you looked
10   at?
11   A   It is.
12   Q   Okay.  Have you looked at the demonstration map
13   attached to the complaint in this case and done a
14   similar calculation?
15   A   Yes.
16   Q   And what was your conclus on?
17   A   That that was -- the number of county breaks and
18   municipal splits was indicated correctly.
19   Q   Page 41, please, you have a discussion of
20   Congress onal District 4, and you mention the
21   legitimate concerns of incumbent off ceholders
22   being considered when you drew the maps?
23   A   Uh-huh.
24   Q   Who were they?
25   A   Congressional District 4 had been and was

## Page 99

1   represented afterward by Dave Kamp.
2   Q   Okay.  Who else?  You say off ceholders plural.
3   A   I in concluding that would have taken in Senator
4   John Moolenaar in that as well.
5   Q   Anyone else?
6   A   Not that I recall.
7   Q   And you finished that section saying that there
8   were other leg timate nonpartisan cons derat ons.
9   Are you referring to anything other than the
10   concerns of those two incumbents?
11   A   Where are you?
12   Q   End of your Sect on 4 there, Congressional Distr ct
13   4, the very last clause in the second paragraph.
14   A   Yes, it would -- there are the neutral criteria of
15   the core of an incumbent's district would have been
16   one that would have been considered.
17   Q   How did the new District 4 compare to the old
18   Distr ct 4 in terms of preserving the core?
19   A   Significantly.  It -- I don't -- there's something
20   like 14 or 15 counties in that district.  A number
21   of them were in the 2001 district.
22   Q   That was a district that elected Republicans to the
23   House of Representatives throughout the pr or
24   decade: is that right?  2001 on up to 2010?
25   A   Yes.

## Page 100

1  Q  And it has remained a Republican district to this

2      day, right?

3  A  Yes.

4  Q  In the next section you discuss Congressional

5      District 5, and, again, you end with the fact that

6      other legitimate nonpartisan considerations were

7      taken into account.  I know there's a discussion of

8      the Voting Rights Act in your section here.

9  A  Uh-huh.

10  Q  Are there any other legitimate nonpartisan

11      considerations?

12  A  The core of the existing district from 2001.

13  Q  Let's turn to page 43.  You discuss Congressional

14      District 9, and you mention other legitimate

15      nonpartisan considerations at the end of that

16      section such as preserving the core of a particular

17      district.  Are there any others that you would

18      include as a legitimate nonpartisan consideration?

19  A  There could be others.  There would have been in

20      District 9, given its proximity to Detroit,

21      consideration of Voting Rights impact, not on that

22      district but on how that district was configured

23      and the impact it would have on Districts 13 and

24      14.

25  Q  Was that actually the case?  I don't think that's

## Page 101

1      mentioned in your report.

2  A  Yes, it is the case.

3  Q  Is there a reason why you didn't discuss it here?

4  A  No.

5  Q  Okay.  Let's turn, then, to Congressional District

6      10 which you discuss at the bottom of page 43, top

7      of page 44.

8  A  Uh-huh.

9  Q  Again, you note that consideration in drawing that

10      district was given to concerns of incumbent

11      officials, particularly as to splitting

12      Sterling Heights.

13          Which officials are you referring to?

14  A  Candice Miller.

15  Q  Anyone else?

16  A  No.

17  Q  Is that just an oversight to use the plural there I

18      take it?

19  A  Yes.

20  Q  Again, this section ends with your view that "Other

21      legitimate nonpartisan considerations were taken

22      into account."  Would you list them for me?

23  A  Preserving the core of the existing district.

24  Q  Anything else?

25  A  Not that I remember.

## Page 102

1  Q  Let's turn, then, to Congressional District 11 at

2      the bottom of 44.

3  A  Okay.

4  Q  Again, there's a reference in your I guess fourth

5      paragraph to the concerns of incumbent officials.

6      Who were they?

7  A  Again, the use of plural is an oversight.  That

8      would be Thad McCotter.

9  Q  I want to ask you about your use of the word

10      "legitimate."  What do you mean "a legitimate

11      concern"?

12  A  Let me look.

13          Earlier in the report I mentioned the

14      neutral criteria.  I don't recall exactly where

15      that is.  "Incumbency considerations, preservation

16      of core constituencies, communities of interest,

17      and achieving support sufficient for passage are

18      all legitimate considerations."

19          MR. ELLSWORTH:  What page are you looking

20      at, Mr. Timmer?

21          THE WITNESS:  I'm looking at the top of

22      page 6 there, second bullet.

23          MR. ELLSWORTH:  Thank you.

24          THE WITNESS:  Uh-huh.

25  Q  (MR. TONER) So in the case of Thad McCotter, his

## Page 103

1      incumbency consideration is essentially being

2      reelected to Congress; is that right?

3  A  I would -- that would -- that would -- ask --

4  Q  Is that just a $10 way of saying the same thing?

5  A  He was not reelected to Congress.

6  Q  Right, but he wanted to be.

7  A  I assume he did, but he wasn't given the chance.

8  Q  Did he have strong views about how the district was

9      drawn?

10  A  He did.  He did.

11  Q  And what were his views about splitting

12      Rochester Hills in particular?

13  A  I don't know.

14  Q  Well, there in that paragraph you say

15      "Consideration was given to the legitimate concerns

16      of incumbent official" we'll say "as to the manner

17      of splitting Rochester Hills so as to make

18      District 11 contiguous to Troy."

19  A  Yeah.  There would have been in exchanged emails

20      the unsolicited emails that were received either

21      from Thad or typically from Jack Daly indicating

22      this, that, and the other thing when it came to

23      Oakland County, and there -- there was a suggestion

24      to -- Thad's concerns could be met by splitting

25      Rochester Hills in a way that brought that district

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 104

1 ultimately into population compliance.

2 Q Back in 2010, what would you say roughly the

3 partisan makeup of Oakland County was?

4 A Leaning Democrat.

5 Q What about the area of Rochester Hills?

6 A Leaning Republican.

7 Q Did Congressman McCotter have a preference to

8 include Rochester Hills in what he cons dered his

9 district?

10 A No, I don't believe so. The -- the -- there's just

11 a small portion of Rochester Hills included in his

12 district. It's -- the number of people that were

13 required to essentially balance the district,

14 6,000-and-some-odd people. I think I mention as

15 earlier in the report.

16 Q What was your understanding of why the congressman

17 wanted those folks in his distr ct?

18 A I don't -- I don't know.

19 Q Honestly?

20 A The 6,000 -- yeah, I honestly don't know, because

21 it -- those 6,000 people versus similarly 6,000

22 people from neighboring Bloomfield Township would

23 have made no difference in -- in the -- in the

24 outcome of the district.

25 Q Both are heavy --

## Page 105

1 A Either --

2 Q I'm sorry. Go ahead.

3 A No, either could have been -- when you look at the

4 geography if you have a map, either could have been

5 used, and for some reason they suggested that, I

6 don't know why.

7 Q And do both of those areas have similar

8 concentrations of Republ can voters?

9 A That area of Oakland County does.

10 Q Do you happen to know whether there were more

11 Republ can donors in the Rochester Hills area that

12 perhaps the congressman was relying on?

13 A I do not know his donor base.

14 Q You close your discussion of District 11 with this

15 common phrase, "other legitimate nonpartisan

16 cons derations"?

17 A Uh-huh.

18 Q Would you list those for me as to this distr ct?

19 A Well, was that page 6 that I just cited?

20 "Incumbency considerations, preservation of core

21 constituencies, communities of interest, and

22 achieving the support sufficient for passage,"

23 which, as I mentioned last week, is -- was never a

24 sure thing.

25 Q In terms of District 11, what were the communities

## Page 106

1 of interest that you were trying to preserve?

2 A I don't know that I can define communities of

3 interest. I do know that it's listed as a neutral

4 criteria in the LeRoux case.

5 Q What makes you think it was a factor in District 11

6 if you can't describe them?

7 A It was a community of interest to the incumbent.

8 Q And certainly Congressman McCotter had strong views

9 about who ought to be in his district; is that

10 fair?

11 A It's true, yes.

12 Q Okay. Let's go to District 12, please, the top of

13 page 45.

14 A Uh-huh.

15 Q Again, you end w th "other leg timate nonpartisan

16 cons derations"?

17 A Uh-huh.

18 Q Would you please list the ones you recall being

19 significant as to Distr ct 12?

20 A Incumbency and the preservation of the core of the

21 existing district. That was John Dingell at the

22 time.

23 Q With regard to Congressional Districts 13 and 14,

24 do you recall whether there was a black voting age

25 percentage target for those distr cts?

## Page 107

1 A There was concern about retrogression, and is it

2 possible to preserve the core of existing

3 districts, take into account incumbency of, at the

4 time, John Conyers and Hansen Clarke, and adhere to

5 the Voting Rights Act, is it possible to draw a

6 majority-minority district.

7 Q And was there any percentage target for black

8 voters?

9 A A majority. A majority of black voters.

10 Q In terms of the map drawing that you participated

11 in, d d you deal directly at all with any elected

12 officeholders?

13 A Yes.

14 Q Who do you recall?

15 A Thad McCotter. Randy Richardville. Jase Bolger.

16 Joe Hune. Pete Lund. I have direct recollection

17 of those individuals. I'm not saying it's limited

18 to them, but . . .

19 Q D d you have direct interact on with any staff

20 people for other off ceholders as you drew the maps

21 in 2011?

22 A Yes, numerous legislative staff, I couldn't even

23 begin to name them, and congressional staff. And,

24 as evident in the emails that you've seen, Jim

25 Brandell, Jamie Roe, Jon DeWitte, Jack Daly, Andy

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 108

1    Keiser.  Those are the once that I recall.
2  Q  What party leaders did you deal with as you drew
3     the maps in 2011?
4  A  I'm sure that I had communications with Bobby
5     Schostak at varying points.
6  Q  He was the head of the --
7  A  The chairman, Michigan Republican Party, yes.
8  Q  Thank you.  Did you interact, communicate, w th any
9     leaders or representatives of the Republ can
10    Nat onal Comm ttee?
11 A  Not regarding redistricting.
12 Q  What were the subjects you did commun cate w th
13    them on at that time?
14 A  I mentioned last week in 2011, early in 2011, there
15    was a race, a campaign for chair of the Republican
16    National Committee that I was involved in.  It's
17    likely that I attended a Republican National
18    Committee meeting during 2011 -- well, I know I did
19    early in 2011.  I don't know about later.  I'm
20    trying to think.
21        I would have had conversations with Saul
22    Anuzis, which was a Republican National
23    Committeeman, regarding his race for chair of the
24    National Committee Meeting.
25 Q  Okay.

## Page 109

1  A  Or of the National Committee.
2  Q  In terms of the 2011 redistricting, did you
3     communicate with anyone at the NRCC?
4  A  I don't believe that I did.
5  Q  We talked about one interest group last time, the
6     Michigan Chamber of Commerce.  Were there any other
7     Republican or conservative interest groups that you
8     communicated w th during the map drawing?
9  A  I don't recall any others.
10 Q  D d you commun cate w th any Republican donors
11    during redistricting?
12 A  It's possible that people -- I'm sure that some
13    people -- describe -- donor being somebody who
14    gives $5 or $10?  I mean, I don't -- I don't know.
15    I don't have the answer to that.
16 Q  That's certainly a fair point, and I didn't mean to
17    challenge you in that way.  I'm interested in
18    someone who is not necessarily -- not an elected
19    official and not a party leader but you knew to be
20    a contributor, significant donor.
21 A  I don't recall dealing with anybody with regard to
22    redistricting who would be considered a donor like
23    that.
24 Q  What Republican consultants d d you interact w th
25    in 2011 redistr cting?

## Page 110

1  A  I don't recall any other consultants.
2  Q  As part of the redistr cting process that you
3     performed or were -- observed, d d you have any
4     commun cations with elected Democrats?
5  A  Possibly.  I'm trying to recall who was -- who
6     would have been elected at that time.  Term limits
7     makes it a bit fuzzy.  So possibly.
8  Q  In connection with the congressional distr cts, do
9     you recall interact ons w th elected Democrats or
10    their staff?
11 A  No.
12 Q  Did you yourself prov de any draft maps to any
13    elected Democrats, their staff, or any Democrat
14    organizat ons?
15 A  I didn't myself provide them.
16 Q  Okay.  D d you provide any data to such indiv duals
17    or organizations?
18 A  No.  I have reason -- my understanding was I was
19    providing information that was shared with Democrat
20    legislators.
21 Q  Yeah, but d d you yourself do t?
22 A  No.
23 Q  Did they ever participate in any meetings that you
24    participated in to draw the maps?
25 A  Not that I recall.

## Page 111

1  Q  Did you have any communicat ons with the NAACP at
2     all during the process?
3  A  No.
4  Q  Did you have any communicat ons with the League of
5     Women Voters during the process?
6  A  Not during 2011, no.
7  Q  Did you have any communicat ons with anyone from
8     Common Cause during 2011?
9  A  I don't know who was involved with Common Cause.  I
10    don't -- I couldn't answer that.
11 Q  So if there were any, you don't recall them?
12 A  Yeah, right.  Right.
13 Q  In 2012 there was a congressional elect on.  Do you
14    recall roughly what the statewide Republican vote
15    was for Congress that year?
16 A  No, I've never looked at the votes that way.
17 Q  How many Republican seats were obtained in the 2012
18    elect on?
19 A  Nine.
20 Q  How many Republican seats were obtained in the 2014
21    elect on for Congress?
22 A  Nine.
23 Q  How many Republican seats were obtained in the 2016
24    Republ can election for Congress?
25 A  Also nine.

## Page 112

1  Q   If I were to ask you what's the -- roughly the
2      percentage of Republican voters in the state of
3      Michigan during 2016, do you have any educated
4      guess for me?
5  A   **Based on statewide results, the -- it was fairly**
6      **evenly split.  There were slightly more Republicans**
7      **that voted for Donald Trump than Hillary Clinton.**
8  Q   And do you know what the percentage is of the nine
9      GOP congressional seats to the 14 available?
10 A   **Not without -- I can't do that math in my head.**
11 Q   Roughly 60: is that fair?
12 A   **I don't -- I don't know.**
13 Q   All right.  Well, we'll get a calculator, how's
14     that?
15 A   **Sure.**
16 Q   As of 2016, how many of the congressional districts
17     in Michigan did you consider to be competitive?
18 A   **Several.**
19 Q   Of the 14 how many?
20 A   **Five.**
21 Q   Of the Senate districts in 2016, how many did you
22     consider to be competitive?
23 A   **There wasn't a Senate election in 2016.**
24 Q   Ah.  Okay.  Was there a House election in 2016?
25 A   **Yes.**

## Page 113

1  Q   And how many of those would you say were
2      competitive?
3  A   **Roughly 20.**
4  Q   In your expert opinion based on all these years of
5      drawing maps in Michigan, would you say that past
6      election data is the best available predictor of
7      future voting behavior of Michigan citizens?
8  A   **No.**
9  Q   What's better, in your view?
10 A   **I -- I don't know.  I think there's a lot of people**
11     **who would like to be able to quantify that and**
12     **predict.**
13 Q   Right.
14 A   **I don't know.**
15 Q   You don't have any view about whether it's more
16     reliable to look at how folks voted in a particular
17     neighborhood as opposed to what they said to
18     pollsters?
19 A   **Vote history -- or election data is a factor.**
20     **There are -- I think experience has taught me there**
21     **are many, many factors that go into -- or that can**
22     **be used to predict.  And predicting is an inexact**
23     **science, that's for sure.**
24 Q   In 2011 you obtained election result data from
25     Combat Data: is that right?

## Page 114

1  A   **Correct.  Correct.**
2  Q   And also from is it the Secretary of State's
3      office?
4  A   **I did not have access to the shared database that**
5      **was between the Democrats and Republicans in the**
6      **Legislature and the executive office.**
7  Q   Did you receive elect on data from any source other
8      than Combat Data?
9  A   **Not that I utilized in my software.  Or the**
10     **software I used in --**
11 Q   The Combat Data information is something you added
12     to the Maptitude software?
13 A   **Correct.**
14 Q   And that was useful as you drew lines to add voters
15     to particular districts: is that right?
16 A   **It was part of the calculation -- it was part of**
17     **the software calculation that tracked the variety**
18     **of census information on election history.**
19 Q   Did you personally prefer 2011 plans that you
20     drafted that were more likely to produce a majority
21     of Republican officeholders?
22 A   **Personally prefer?**
23 Q   Yes.
24 A   **I typically prefer to see Republicans elected.**
25 Q   Is it also fair to say that Republican leaders have

## Page 115

1      the same kind of view?
2  A   **I can't imagine that they wouldn't.**
3  Q   Is it fair to say that an incumbent has a
4      preference about where lines are drawn for his or
5      her district in that it has real impact on the time
6      they have to spend traveling around their district,
7      the money they spend campaigning in the district,
8      the donors in the district, and maybe even other
9      factors?  Is that a reasonable conclusion?
10 A   **I would think that any of -- any or some or all of**
11     **those factors could matter in different ways to**
12     **different officeholders.**
13 Q   Is it fair to say that an incumbent would not want
14     to face a fellow incumbent in his or her district
15     during the next election?
16 A   **I think that's a bipartisan desire.**
17 Q   Would you agree that citizens also have strong
18     feelings about where district lines are drawn?
19 A   **Some I would imagine.**
20 Q   Would some citizens have strong feelings about
21     whether their political party achieves a majority?
22 A   **Possibly.  I think most people don't think in those**
23     **terms.**
24 Q   But there are a fair number who do, of course,
25     right?

**Deposition of Jeff Timmer Vol. II - 8/29/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

---

Page 116

1  A  I don't -- I couldn't quantify it.
2  Q  I'm trying to understand some of the public
3     relations issues that come about as redistricting
4     occurs.  Do you think some voters feel frozen out
5     and that their vote really doesn't count anymore?
6  A  I don't know.
7  Q  Do you think some voters feel it's just harder to
8     organize and mobilize similarly minded citizens to
9     support a party and its candidates?
10 A  I can't speak for -- I know that there's many
11    people involved in the Republican and Democrat
12    process -- or Democrat parties, and they would try
13    to influence their elected representatives to act a
14    certain way.
15 Q  Do you think there are a number of Michigan voters
16    who feel that the way districts have been drawn in
17    this state make it tougher to attract good, strong,
18    viable candidates to run?
19 A  Yes.
20 Q  If you live in a district that's almost inevitably
21    going to go to the other party, it makes it a
22    little harder to recruit someone from your party to
23    run, right?
24 A  No, that's not my experience.
25 Q  What is your experience?

---

Page 117

1  A  My experience is that we've always -- or typically
2     been able to find candidates willing to run in
3     districts that are strongly -- Republican
4     candidates in districts that are strongly Democrat
5     and vice versa.  There's seldom elections that go
6     by uncontested.
7  Q  But it does happen sometimes?
8  A  A handful over 30 years that I've been involved.
9  Q  Are there other public relations concerns that you
10    had in 2011 as you went through the redistricting
11    process?
12 A  I think I mentioned last week -- if not, I'll just
13    state it now -- that the public relations concern
14    was typically thought of as the impact it would
15    have on potential for passage of a plan, the impact
16    public relations would have on the legislators
17    voting on the plans.
18 Q  I see.  Gathering sufficient votes to get the plan
19    approved is affected by the views of constituents?
20 A  Newspaper editorials, articles, talk radio, that
21    kind of thing, yes.
22 Q  Do you recall that there was chatter like that in
23    2011 accusing the process of being rigged or that
24    gerrymandering was occurring?
25 A  I recall articles that indicated that.

---

Page 118

1          (Deposition Exhibit Number 143
2           was marked for identification.)
3  Q  (MR. TONER) Do you recognize Exhibit 143 as copies
4     of Sterling Corporat on invoices and your own
5     detailed time reports from 2011?
6  A  They appear to be.
7  Q  If we take just the first one, the invoice dated
8     January 1st, 2011, describes a January consulting
9     fee.  Were your efforts to draw maps included in
10    that bill?
11 A  I do not recall.
12 Q  Up until that was it common to include your own
13    time in monthly reports?  I'm sorry.  Monthly
14    invoices to MRRI?
15 A  I can't say for certain, but I don't recall
16    submitting detailed time invoices.
17 Q  You have prepared detailed time entries for some
18    months; is that right?
19 A  Well, there are some included here.
20 Q  Yeah.
21 A  I don't know that there weren't others at the time.
22 Q  Was it your practice to record your time regularly
23    and describe what you had done for particular
24    customers?
25 A  Yes.

---

Page 119

1  Q  And did you do that in January and February of
2     2011?
3  A  I would assume so, but I do not recall.
4  Q  Do you know what may have happened to those
5     reports?
6  A  I have no idea.
7  Q  Was there a practice at Sterling Corporation as to
8     how your time would be allocated among various MRRI
9     projects?
10 A  A process -- there was no formal process, no.
11 Q  Now, if we turn to the next one, the next page in
12    Exhibit 143, there's an invoice dated April 1, I
13    guess 2012.  Do you know whether that included any
14    redistricting time?
15 A  I do not.
16 Q  Do you know whether any of your own time is
17    included in this bill for $4,350?
18 A  I do not.
19 Q  The next one in this document which we received
20    since we were last together is dated June 7, 2011.
21    It's page 3.  Certainly you were heavily involved
22    in mapping work during May of 2011; is that right?
23 A  Yes.
24 Q  Were you also involved in mapping work during March
25    and April of that year?

---

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 120

1   A   Yes.

2   Q   Did you prepare detailed time reports for the
3       months of March, April, and May?

4   A   That would have been typical practice.

5   Q   Is there a reason, that you know of, as to why
6       Sterling Corporation sent this particular invoice
7       out as a wrong number -- as a raw rounded number as
8       opposed to an hourly calculation?

9   A   I have no specific recollection of the
10      circumstances.

11  Q   Do you have any information about how your mapping
12      services were allocated to this invoice?

13  A   No.

14  Q   And do you have any information as to how your
15      mapping services were allocated to the next
16      invoice, which is the fourth page of this exhibit
17      also dated June 7?

18  A   No.

19  Q   This second June 7 invoice, Invoice Number 3827, do
20      you have it in front of you?

21  A   I do.

22  Q   Do you see where it refers to mapping and
23      consulting services that go back to June of 2009?

24  A   I do.

25  Q   Were you doing mapping work during 2009 for MRRI?

## Page 121

1   A   Yes.

2   Q   Describe that for me, please.

3   A   There was a project that involved census estimated
4       populations and speculative maps.

5   Q   And you created some drafts --

6   A   Yes.

7   Q   -- at that time?

8           Do you know what happened to those
9       drafts?

10  A   I do not.

11  Q   Have you made an effort to find them?

12  A   I did when I received Mr. Brewer's letter.

13  Q   Okay.  Do you have any information about what may
14      have become of them?

15  A   No.

16  Q   And did you create some documents in connection
17      with the census population work you described a
18      second ago?

19  A   I probably created PDFs.  Yes, I think the answer
20      would be yes.

21  Q   Do you know what happened to those documents?

22  A   No, not unless they were contained in the emails
23      that -- as an attachment to the various emails.

24  Q   Do you recall reviewing anything from 2009 as you
25      prepared for your deposition?

## Page 122

1   A   No.  No.

2   Q   Let's turn then to 2010.

3   A   Okay.

4   Q   And I take it your work in 2010 was included on
5       this invoice since it covers a time period from
6       June '09 to March 21, 2011?

7   A   Uh-huh.

8   Q   Would you describe for me what you did in 2010
9       involving mapping?

10  A   Yeah.  In 2010 what I would recall is in
11      preparation of the release of the census numbers,
12      throughout 2010 there were meetings with key
13      legislative staff and attorneys, the Senate and
14      House legal counsels, meetings with the governor's
15      office in preparation that I would have been
16      involved in.

17  Q   Did you prepare some draft plans at that time?

18  A   I don't believe so.  I think the only speculative
19      maps would have been from 2009.

20  Q   What do you recall preparing in 2010?

21  A   I don't recall preparing anything, I just recall
22      participating in meetings and discussions about the
23      release of the census data, kind of assignment or
24      division of roles, Senate maps, House maps,
25      congressional maps, etc.

## Page 123

1   Q   Who were the legislators who participated in 2010
2       in those meetings?

3   A   I'm trying to remember who -- again, term limits
4       makes my memory fuzzy.  I can't remember who was in
5       office in 2010 versus who was elected in 2010.  I
6       don't know.

7   Q   Were any Democrats present during any of those
8       meetings?

9   A   It's not likely.

10  Q   Was it in 2010 that a decision was made to make you
11      primarily responsible for the congressional
12      districts?

13  A   I believe so.

14  Q   Let's go to the next page in this same exhibit.
15      They're not numbered, but we're probably up to page
16      5.  At any rate, it's Invoice Number 3833.  Do you
17      see that?

18  A   Yes, I do.

19  Q   And this invoice covers time spent in June; is that
20      right?

21  A   That's what it indicates.

22  Q   Certainly you spent a lot of work on mapping during
23      the month of June 2011, true?

24  A   Yes.

25  Q   And while it just says the word "consulting," am I

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 124

1  right that the bill would include your time spent
2  on mapping work?
3  **A  Yes.**
4  Q  I note that the figure there, 103.5 hours, actually
5  matches the next three pages of this exhibit, the
6  detailed time report for June 1 through June 30; do
7  you see that?
8  **A  I see those pages that indicate that, yes.**
9  Q  Can we assume that these next three pages in your
10  mind fairly accurately described what you were
11  doing each day on mapping and redistricting 2011
12  during the month of June?
13  **A  I would imagine they were -- my timekeeping was**
14  **indicative of what I was doing.**
15  Q  You don't recall leaving out any part of the
16  redistricting process, not telling MRRI about it,
17  right?
18  **A  I don't recall.**
19  Q  Okay.  Well, let's spend some time going through
20  your entries.
21  **A  Okay.**
22  Q  On June 1 your time reports discuss changes to
23  CD 11 per Jack Daly.  Is that a reference to
24  Congressional District 11?
25  **A  CD 11 would have -- yes.**

## Page 125

1  Q  And were these changes that came at the direction
2  of Mr. Daly?
3  **A  Direction?  I wouldn't call it direction.**
4  Q  What would you call it?
5  **A  Daly would often submit his thought of the day or**
6  **hour.  In an effort to placate and get Jack Daly**
7  **off my back, I would sometimes say here's what**
8  **would happen if you did this, what you suggest, and**
9  **hopefully he would go away.**
10  Q  Does he have a strong personality?
11  **A  He had a persistent personality.**
12  Q  You go on in that entry to say "subsequent changes
13  to CD 13, 14, and 9."  Do you recall whether
14  changes in those districts were driven by the
15  proposed change to 11?
16  **A  I would assume nothing like that from this, it**
17  **would have been a speculative Jack -- I would have**
18  **retold Daly if what you suggest was done, this would**
19  **be the impacts on surrounding districts.  I**
20  **wouldn't take from that entry that that had any**
21  **bearing on ultimate configuration of the districts**
22  **mentioned.**
23  Q  Do you have a recollection of what the changes to
24  these 13, 14, and 9 districts refers to?
25  **A  No.**

## Page 126

1  Q  The next date, June 2nd, there's a reference to
2  "changes to Holland City split"?
3  **A  Uh-huh.**
4  Q  Did I read that correctly?
5  **A  Yes.**
6  Q  What does that refer to?
7  **A  The second -- the 2nd Congressional District and**
8  **the 6th Congressional District share portions of**
9  **the city of Holland.**
10  Q  What's the political makeup of the city of Holland,
11  roughly?
12  **A  It would tend to vote Republican.**
13  Q  You refer to "changes to Sterling Heights split" --
14  **A  Uh-huh.**
15  Q  -- in the same entry.  Describe for me what that
16  refers to.
17  **A  The enacted plan splits the city of**
18  **Sterling Heights between District 10 and**
19  **District 11.**
20  Q  What's the political makeup of Sterling Heights?
21  **A  Fairly competitive.**
22  Q  Do you have a recollection of how that split was
23  finalized?
24  **A  Not specific recollection as to . . .**
25  Q  Do you recall communicating with particular

## Page 127

1  incumbents about the Sterling Heights split?
2  **A  Not directly with an incumbent, no.**
3  Q  With their staff?
4  **A  Yes.**
5  Q  Who?
6  **A  Jamie Roe.**
7  Q  And Jamie Roe represented --
8  **A  Candice Miller.**
9  Q  A Republican, right?
10  **A  Yes.**
11  Q  Next I believe it says "alt configuration for Kzoo
12  State House seats."  What does that refer to?
13  **A  I would assume -- well, "alt" would have been**
14  **"alternative."**
15  Q  Do you recall why that work was done?
16  **A  As I mentioned last week, I was primarily**
17  **responsible for the drawing of the congressional**
18  **lines but also was consulted by the House and**
19  **Senate map drawers to review what they had done,**
20  **were they applying the criteria directly --**
21  **correctly, and so that's I'm sure of in reference**
22  **to that.**
23  Q  Do you know what criteria were being applied to
24  make this alternative configuration?
25  **A  The -- it would have been confined to, in the case**

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 128

1    of Kalamazoo, the number of MCDs shifted or the MCD
2    splits within Kalamazoo County.
3    Q    Do you recall who made a request concerning that?
4    A    No.
5    Q    Anything else about June 2 that you recall?  I see
6        it says "other miscellaneous re congress onal."
7    A    I have no recollection what that would be.
8    Q    Fair enough.  Let's move to June 3 then.  It says
9        "Supreme Court seven district plans."  Tell me what
10       that was.
11   A    Yes, that was completely unrelated to the
12       legislative or congressional redistricting, that
13       was a speculative exercise on drawing districts to
14       elect Supreme Court justices.
15   Q    And that was funded by MRRI, right, since it's part
16       of this bill, the work you performed?
17   A    Yes, I would -- I would assume so, that that's
18       correct.
19   Q    Was a plan delivered?  I see on June 6 reference to
20       tweaking it.
21   A    Delivered --
22   Q    To anyone?
23   A    I believe Bob LaBrant and I would have conversed
24       about a plan, maybe shared via email, I don't know.
25   Q    On June 6th there's an entry for half an hour

## Page 129

1    concerning changes to Congressional Districts 13
2    and 14.  Do you know who requested those changes?
3    A    No.
4    Q    Do you know what the changes were at all?  Any
5        description you can give me?
6    A    No.
7    Q    Let's move to June 7.  "Map drawer meeting, Timmer
8        call-in."  Am I reading that right, the first part
9        of your description?
10   A    It appears to be, yes.  It's a little blurry.
11   Q    What meeting would that have been?
12   A    I don't know.
13   Q    Did it -- did you from time to time call in to
14       redistricting meetings that were occurring?
15   A    Well, I have no specific recollection other than
16       that it indicates that I did.
17   Q    Yeah, I just wondered how often that might have
18       occurred.
19   A    I don't know.
20   Q    Do you know whether others called in to meetings?
21   A    I don't know.
22   Q    Do you know where that meeting was?
23   A    No.
24   Q    Do you have any recollection of who participated?
25   A    No.

## Page 130

1    Q    Next it says "Auburn Hills request from Suzanne --"
2        I can't read the next word.
3    A    "Allen."
4    Q    "Allen."  Who is Suzanne Allen?
5    A    Suzanne was the chief of staff to the speaker of
6        the House.
7    Q    And what was the Auburn Hills request at that time?
8    A    I have no recollection of what that was.
9    Q    What's the pol tical makeup of Auburn Hills?
10   A    I think it leans Democrat, but I'm not certain.
11   Q    It's a suburb of Detroit?
12   A    It's an Oakland County -- city in Oakland County.
13   Q    Finally on that same day, or that same entry
14       rather, "modified McCotter options."  What do you
15       recall about that work?
16   A    I would -- I would recollect that any reference of
17       McCotter or Jack Daly were as I described before,
18       efforts to placate and make them go away.
19   Q    They were very interested in making sure McCotter's
20       district had a strong Republican baseline
21       part cipation, right?
22   A    No, no, no.  I think they were very interested in
23       making sure that it was suited that McCotter --
24       that the area was -- the areas involved were likely
25       to be Republican, but they were more concerned

## Page 131

1    about personalities.
2    Q    Okay.  Let's go to June 8, 1.75 hours, "Jamie Roe,
3        more McCotter options."
4            Oh, those are two different things,
5        aren't they?
6    A    Uh-huh.
7    Q    What was the Jamie Roe request?
8    A    I don't know.  It could have been any number of
9        things, conversation, or activity, I have no idea.
10   Q    Is he a consultant for Congresswoman Miller or --
11   A    No, he was her chief of staff in Washington.
12   Q    Chief of staff?
13   A    Yeah.
14   Q    At the end of that entry there it says "info to
15       Sandler."  Do you know what the purpose of that
16       was?
17   A    No, I'm not sure what info.
18   Q    Did Mr. Sandler from time to time deliver draft
19       plans and other information to Bobby Schostak?
20   A    Yes.
21   Q    You said a second ago a reference to the
22       personalities of McCotter's district.  Help me
23       understand a little better what you meant.
24   A    That's lots of opponents, potential opponents,
25       lurking in every precinct in Oakland County.  And

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 132

1   so I think my recollection is that many of his
2   emails were -- the ones from Jack Daly were
3   prompted by, you know, including this area in his
4   district would put so-and-so into his district.
5   Q   They had a strong preference to keep potential
6       opponents --
7   A   Yeah, the preservation of his core district and
8       incumbency was the concern there.  I know that Thad
9       felt he could get elected anywhere in that
10      district, but he was more concerned about who might
11      run against him in a primary.  He would get elected
12      in a general election.
13  Q   Is a congressperson required to live in the
14      district they represent?
15  A   No.
16  Q   I'm now at the next page at the top, a reference to
17      1.5 hours.
18  A   Uh-huh.
19  Q   The first entry I think just says "Roe."  Is that a
20      communication with Jamie Roe do you think?
21  A   Some -- something involving Jamie, yes.  I mean, he
22      would be the only Roe I would refer to at that
23      time.
24  Q   Okay.  What's the next entry there on that line?  I
25      cannot read it.  I think it says "DeWitte"?

## Page 133

1   A   Yeah, I mentioned Jon DeWitte, who was the chief of
2       staff to Bill Huizinga.
3   Q   Bill Huizinga was an elected Republican
4       congressman?
5   A   Was and is.
6   Q   Okay.  Next you write in your time records "Data
7       for Andy Keiser"?
8   A   Uh-huh.
9   Q   Who is Andy Keiser?
10  A   Andy was the chief of staff to Congressman Mike
11      Rogers.
12  Q   Okay.  Also a Republican?
13  A   Yes.
14  Q   Do you know what purpose Mr. Keiser requested data?
15  A   No, I don't know what data or what he wanted it
16      for.
17  Q   And again on that day another communication from
18      Sandler concerning McCotter's district: is that
19      right?
20  A   That's what it indicates.
21  Q   Let's go to the next one, June 10.  I read that as
22      "reelect on data from Bill Camie" or --
23  A   Carney.
24  Q   "Carney."  Thank you.
25      Who's that?

## Page 134

1   A   Bill was a Senate staffer.
2   Q   Michigan Senate, right?
3   A   Correct.
4   Q   Do you know what data was requested?
5   A   I don't.
6   Q   You don't know whether it was map data or elect on
7       data?
8   A   Well, it says "election data."
9   Q   Oh, elect on data, yes.
10  A   I don't know --
11  Q   Right.
12  A   -- what it -- you know, what in particular it was.
13  Q   Right.  Do you know how it was being used at all?
14  A   No.
15  Q   Okay.  June 13 you write "multiple alternative
16      congress onal vers ons, data for Keiser and NRCC"?
17  A   Uh-huh.
18  Q   Were you able to provide that data to be delivered
19      to the NRCC?
20  A   I don't know.  I assume that's a request.  As I
21      mentioned before, I never dealt directly with NRCC
22      on anything.
23  Q   It looks like a heavy day of map drawing.  6.25
24      hours.  Do you recall what was going on at that
25      time in terms of making alternative maps?

## Page 135

1   A   No, other than with each passing day, we're getting
2       closer to the legislative action in the House or
3       Senate.  I don't even recall which went first.
4   Q   I'm sorry, do you recall whether you actually d d
5       provide the data to Keiser and NRCC?
6   A   I don't recall.
7   Q   Okay.
8           MR. KNAPP:  At the next available
9       reasonable break, can we take a little break?
10          MR. TONER:  Absolutely.
11          MR. KNAPP:  Up to you.
12          MR. TONER:  Well, we've got another page
13      and a half of the same thing, so it doesn't matter.
14      Do you want to take a few minutes?
15          MR. ELLSWORTH:  Now is good.
16          MR. TONER:  Now is fine.
17          MR. ELLSWORTH:  That would be great, but
18      I understand if you want to --
19          MR. TONER:  Let's stop at June 13 for a
20      second.
21          MR. KNAPP:  All right.  Thank you.
22          (Break taken at 10:21 a.m.)
23          (Break concluded at 10:37 a.m.)
24  Q   (MR. TONER)  I think before our break we were about
25      ready to talk about your entry on June 14, 2011.

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 136

1   A   Okay.
2   Q   A 7.5-hour amount of work of analysis of Benson
3       plans?
4   A   Uh-huh.
5   Q   Now, is that Jocelyn Benson?
6   A   Yes.
7   Q   That's a Democrat.  Were you commun cating with her
8       directly?
9   A   No.
10  Q   And for whom did you report your analysis?
11  A   To the Legislature.
12  Q   Who at the Legislature?
13  A   The majority leader staff and the speaker staff.
14  Q   Do you recall what you concluded about Benson's
15      plans?
16  A   That they weren't very good.
17  Q   In what sense?
18  A   They split more counties -- or split more MCDs than
19      the maps under consideration.
20  Q   The next day your entries total 8.75 hours.  This
21      is on June 15.
22  A   Uh-huh.
23  Q   Let's start w th the reference to "more Roe and
24      Dewitt re: changes to Sterling Heights and
25      Holland."

## Page 137

1   A   Uh-huh.
2   Q   Were you engaged in more negotiat ons about where
3       the lines should break in those communities?
4   A   I don't recall the specifics other than what it
5       says there.
6   Q   Okay.  "County break draft language review."  Tell
7       me what that is.
8   A   I don't know.
9   Q   As part of the bill, are the breaks in counties
10      described?
11  A   I think so.
12  Q   Okay.  Do you think that might have been what you
13      were doing, looking at draft language?
14  A   Yes.
15  Q   "Additional verificat on of Conyers and Clarke
16      addresses" appears next.
17  A   Uh-huh.
18  Q   Why was it necessary to verify the addresses of
19      those incumbents?
20  A   There was concern about pairing incumbents.  There
21      was a question about it.
22  Q   Okay.  Next you say "working with Caliper"?
23  A   Caliper is the company that made the software that
24      I used.
25  Q   Mapt tude?

## Page 138

1   A   Maptitude.
2   Q   "To fix a glitch and generate core constituency
3       reports."
4       What's a core const tuency report?
5   A   In the software it was how much of an existing
6       district would be contained in a current
7       district -- or a proposed district.
8   Q   And did you prepare such reports as a routine part
9       of doing this redistricting work?
10  A   I had never done one before this point.
11  Q   Did you preserve those reports?
12  A   I have no recollection, unless they're attached to
13      emails.
14  Q   Do you know who you gave these particular reports
15      to?
16  A   No.
17  Q   Do you recall anything that the reports showed?
18  A   No.
19  Q   Why did you prepare them?
20  A   I don't know.
21  Q   Do you have any memory of whether they were
22      meaningful in any way?
23  A   No.
24  Q   Next we see "changes back and forth in Kent per
25      Amash."  What is that?

## Page 139

1   A   Congressman Amash had concerns about territory in
2       his district.
3   Q   And what kind of a pol t cal makeup is there in
4       Kent?
5   A   It's voted for both parties.
6   Q   What was your assessment of it in 2011?
7   A   It depends on the candidate and year.
8   Q   Well, as to this particular cand date, incumbent
9       Amash, do you know what the preference was
10      concerning Kent?
11  A   I don't recall specifically, no.
12  Q   Do you recall generally?
13  A   No.
14  Q   Nothing about  t at all?
15  A   No, I recall no details about it.
16  Q   "Much back and forth with Sandler and Daly
17      regarding Congressional Distr ct 11" is the last
18      part of the entry.
19  A   Uh-huh.
20  Q   What sort of back and forth was that?
21  A   I don't know.
22  Q   Was Sandler involved in discussions about
23      Congressional Distr ct 11?
24  A   I don't know.
25  Q   Okay.  June 16, an even longer day for you, 10

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 140

1  hours, you start with "much review and prep of

2  materials for public release."

3      What were you reviewing?

4  **A  I don't recall.**

5  Q  What materials were released to the public around

6  that time?

7  **A  I don't know.**

8  Q  Next part of the entry says "more with Daly and

9  Sandler." Was that concerning Congressman

10  McCotter?

11  **A  Yes.**

12  Q  And, lastly, "final tweaks in Sterling Heights per

13  Jamie."

14      What sort of tweaks did Jamie communicate

15  on behalf of Congresswoman Miller?

16  **A  I don't recall specifically other than they were in**

17  **emails that I reviewed.**

18  Q  The entries for June 17 make a reference to

19  releasing the plans to the public. Do you think

20  that's what you might have been reviewing the day

21  before?

22  **A  Yes.**

23  Q  Did you participate in a press roundtable

24  concerning the plans on the 17th?

25  **A  I don't recall.**

## Page 141

1  Q  Well, you say on the 17th "prep for press

2  roundtable." Were you preparing yourself or

3  others?

4  **A  I don't know.**

5  Q  There's a reference here to "generating metes and

6  bounds reports as requested." Who requested them?

7  **A  Legislative staff.**

8  Q  On behalf of which legislators?

9  **A  I don't know.**

10  Q  When you found errors related to the House plans,

11  which is the last part of your entry there on June

12  17, who did you report those to?

13  **A  I don't recall.**

14  Q  Do you recall writing down those errors?

15  **A  No.**

16  Q  Do you recall the method of communicating them in

17  any way by email or phone call?

18  **A  Email -- yeah, email or phone call would have been**

19  **the -- or possibly face to face.**

20  Q  Did you ever prepare handwritten notes as part of

21  your work in 2011?

22  **A  I don't know. I honestly don't know if I know.**

23  Q  You don't know whether you wrote down notes as part

24  of your work?

25  **A  From time to time it would have been conceivable.**

## Page 142

1  Q  What happened to those?

2  **A  They would have been discarded long ago.**

3  Q  On June 18 the entry says "generating charts and

4  arguments for McNeilly." Did I read that right?

5  **A  Yes.**

6  Q  "Regarding Amash."

7      Who is McNeilly?

8  **A  Greg McNeilly.**

9  Q  And who does he work for?

10  **A  He works for the Windquest Group.**

11  Q  All right. At the time in 2011, did he work for

12  the DeVoses?

13  **A  I believe he worked for the Windquest Group then.**

14  Q  And why were you generating charts and arguments?

15  **A  I don't know.**

16  Q  What was that group's interest in Amash?

17  **A  I don't know.**

18  Q  The DeVoses run the, what is it, Windquest Group?

19  **A  They do.**

20  Q  Betsy DeVos is currently secretary of education?

21  **A  She is.**

22  Q  Let's go to the next page. I see a reference to

23  "various info to Sandler and Schostak."

24      Why were you sending information to

25  Schostak at that time?

## Page 143

1  **A  I don't know.**

2  Q  Schostak is a politician, right?

3  **A  Is?**

4  Q  Is and was in 2011?

5  **A  He was the chairman of the Michigan Republican**

6  **Party in 2011.**

7  Q  And so as map drawer for MRRI, why were you giving

8  him information?

9  **A  Because they requested it.**

10  Q  Let's jump down to June 21, 7.5 hours: do you see

11  that?

12  **A  I see -- yes, on 6/21, yes.**

13  Q  6/21. "Much regarding Amash attempts to scuttle

14  plan."

15      What were those attempts?

16  **A  What I recall is Amash had conversations with**

17  **friends who he had served with in the Legislature**

18  **and lobbying them to vote against the plan.**

19  Q  What was your understanding of why Congressman

20  Amash would want legislators to vote against the

21  plan you prepared?

22  **A  He personally didn't like it.**

23  Q  Why?

24  **A  I don't know.**

25  Q  On June 22 your entries refer to communications

**Deposition of Jeff Timmer Vol. II - 8/29/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

---

Page 144

1   with "Ca-nay-dee"?

2   A   "Can-a-dee."

3   Q   Canady.  Thank you.

4   A   Alan Canady.

5   Q   Alan Canady is an attorney: is that right?

6   A   He is, and at the time I think he was chief of

7       staff to the Senate -- or the House Democrat

8       leader.

9           And when I had mentioned earlier that I

10      hadn't met with Democrats, that's inaccurate based

11      on this.  I do recall meeting with Alan on many

12      occasions.

13  Q   This was after the plans were released to the

14      public, right, June 22?

15  A   I don't recall when they were released to the

16      public.  I mean, looking at this, I think it

17      indicates, but -- so it . . .

18  Q   Yeah, looking at this, t would ind cate around

19      June 17.

20  A   Okay.

21  Q   Am I wrong?

22  A   Around then, yes, but I don't know if it was June

23      17 or June 23rd.

24  Q   Okay.  What do you recall about the Canady-Conyers

25      plan around June 22?

---

Page 145

1   A   I recall that Alan proposed tweaking the split in

2       the city of Detroit between Congressional District

3       13 and 14.

4   Q   Did that happen?  Were those tweaks adopted?

5   A   I don't recall.

6   Q   There's a reference to shape in the next part of

7       your entry there: "Various possible changes to

8       Congressional Distr ct 11 and others for shape."

9           What were you doing?

10  A   I don't know.

11  Q   Well, doesn't shape refer to the bas c shape and

12      appearance of the congressional distr cts?

13  A   I don't know.

14  Q   Do you think you were editing shape files, the

15      actual GIS information?

16  A   I don't know.

17  Q   Do you know who you were discussing possible

18      changes with?

19  A   No.

20  Q   Let's move to the next day, June 23.  "Hypothet cal

21      plan and call."

22          What was the hypothetical plan?

23  A   I don't know.

24  Q   Who proposed it?

25  A   I have no idea.

---

Page 146

1   Q   Next you describe a hubbub over Conyers and Clarke

2       addresses.  What was that so-called hubbub?

3   A   There was -- someone raised concern, and I do not

4       recall who, that a map paired the two of them in

5       the same district.

6   Q   Were they correct?

7   A   No.

8   Q   Let's jump down to June 27, 6.5 hours.  "Prep for

9       DW met."  Does that refer to a Dickinson Wright

10      meeting?

11  A   I don't know.

12  Q   The next part of it says "DW MTG," or I take that

13      as DW meeting.  Do you know what that is?

14  A   No.

15  Q   Do you recall meeting at this fine law firm around

16      that time?

17  A   There were many meetings at this law firm.  I don't

18      recall specific ones.

19          MR. KNAPP:  I notice that you didn't say

20      "fine law firm" in your answer.

21          THE WITNESS:  Fine law firm.  Please let

22      that be corrected.

23  Q   (MR. TONER) Do you recall any discussions in

24      those -- in a meeting here at Dickinson Wright at

25      that time?

---

Page 147

1   A   Specific -- I don't have any specific recollection

2       of discussions.

3   Q   What was the status of the plan in late June 2011?

4   A   At this point I believe it had passed one of the

5       houses, maybe both, I don't know.

6   Q   There's a reference there on that same day, June

7       27, to "Canady map analysis"?

8   A   Uh-huh.

9   Q   Do you know who you reported that to?

10  A   No.

11  Q   It ends with "Export shape files for Camie"?

12  A   Carney.

13  Q   Carney.  Thanks.  What was that work, and who is

14      Carney?

15  A   Bill Carney, I had mentioned earlier, is a Senate

16      staff.  I don't know the specifics of the work.

17  Q   Do you think it was congressional distr ct shape

18      files or something else?

19  A   I don't know.

20  Q   On June 28 I see at the very end of your time

21      description that day "DW meeting."  Do you happen

22      to recall whether there was a meeting at this --

23      Dickinson Wright at that time?

24  A   I do not recall being at this fine law firm on June

25      28th.

---

**Benchmark Reporting Agency**
**612.338.3376**

**Deposition of Jeff Timmer Vol. II - 8/29/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

## Page 148

1   Q   Seeing your entry, though, do you have any reason

2       to believe that didn't occur?

3   A   **No.**

4   Q   Let's turn the page to Invoice 3877 dated August 22

5       for July consulting.

6   A   **Uh-huh.**

7   Q   Do you believe that bill included work that you

8       performed on map drawing?

9   A   **Yes.**

10   Q   And do you think it accurately reflects your time,

11       or was MRRI given a little break on the bill?

12   A   **I think it would have accurately reflected my time.**

13   Q   Okay. Is it fair to say the bulk of your time

14       there was devoted to getting the redistr cting plan

15       finalized and adopted?

16   A   **I don't recall what happened in July. I think they**

17       **had already passed the Legislature.**

18   Q   Okay. The next invo ce, Number 3880 dated

19       September 1 refers to August time.

20       Do you know whether this bill included

21       map drawing work?

22   A   **I don't know if it involved map drawing**

23       **specifically, I don't know.**

24   Q   Okay. Well, let's turn the page to your detailed

25       time reports for the month of August --

## Page 149

1   A   **Okay.**

2   Q   -- and see if that refreshes your recollect on.

3   A   **Okay.**

4   Q   On August 1 two hours were spent on revis ons to

5       Supreme Court maps. Who did you do that work for?

6   A   **MRRI.**

7   Q   At the request of whom, LaBrant or somebody else?

8   A   **Bob LaBrant.**

9   Q   Okay. Let's see. Then there's a reference on the

10       4th to "Murley, Ellsworth, and Reid, State House

11       Detroit, various analysis."

12       Do you know what kind of analysis you

13       were doing there?

14   A   **No, I don't.**

15   Q   Do you know who you reported your analysis to?

16   A   **I don't.**

17   Q   On the next several days there are references to

18       revis ons in Detroit and Detroit districts. What

19       was that about?

20   A   **There was a period of a few days in August of 2011**

21       **where there were negotiations with the legislative**

22       **black caucus members before the bill was signed,**

23       **the redistricting bills were signed by the**

24       **governor, about possible changes.**

25   Q   Were the changes adopted?

## Page 150

1   A   **No.**

2   Q   On August 11 and on August 9 I guess I see

3       references to "Sarpolus water issue"?

4   A   **Uh-huh.**

5   Q   Who is Sarpolus?

6   A   **Ed Sarpolus.**

7   Q   Is he a consultant of some kind?

8   A   **Yes.**

9   Q   What's the water issue you're referring to?

10   A   **There were articles in MIRS and other publications**

11       **where Ed had indicated there was some territory not**

12       **included in the legislative plans.**

13   Q   And what's that got to do w th water?

14   A   **The territory that he was referring to was in the**

15       **Great Lakes or Lake St. Clair.**

16   Q   Islands or --

17   A   **No.**

18   Q   No? Okay. Was that worked out or . . .?

19   A   **I don't recall the specifics.**

20   Q   On August 15 I see a reference to "maps for

21       Schostak"?

22   A   **Uh-huh.**

23   Q   Why were you prov ding maps to him at that time?

24   A   **I don't recall.**

25   Q   And there the last couple of entries I see "calls

## Page 151

1       with Stuckey and LaBrant" and, finally, "delivery

2       to BL." Is that Bob LaBrant?

3   A   **I don't know. Those are his initials, but . . .**

4   Q   Right. Do you recall what you may have been doing

5       for LaBrant there at the end of August?

6   A   **It indicates previous to that two updated Supreme**

7       **Court plan versions.**

8   Q   Okay. When was the districting analysis of Supreme

9       Court districts put to rest?

10   A   **I don't recall that it ever was anything but rest.**

11   Q   Well, you devoted some real time to it, right?

12   A   **Yeah. I don't remember when it ended.**

13   Q   All right. Thanks.

14   A   **Uh-huh.**

15       **(Deposition Exhibit Number 144**

16       **was marked for identification.)**

17   Q   (MR. TONER) Do you recognize Exhibit 144 as a

18       memorandum that you helped prepare?

19   A   **Yes.**

20   Q   Is it fair to say you were the primary author of

21       this document?

22   A   **Yes.**

23   Q   As I read this, my react on is it's sort of a pitch

24       piece on getting the redistricting work for 2011.

25       Is that a fair descript on?

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 152

1   A   No.

2   Q   Okay.  How do you describe it?

3   A   I describe it as an attempt to quantify and clarify

4       the compensation for anticipated work.

5   Q   Was a more formal engagement letter or contract

6       executed between Sterling Corporation and MRRI?

7   A   Not to my recollection.

8   Q   D d Mr. LaBrant agree to the pr cing proposed in

9       Exhibit 144?

10          If you look at the last page there are

11      some figures.  Do you see the $300,000 reference?

12  A   I believe the answer is no.

13  Q   About how much was paid to Sterling Corporation for

14      this work?

15  A   As I said last week, my recollection was $150,000,

16      roughly, for my work.

17  Q   Back on page 1 you have this wonderful quote from

18      Yogi Berra.  Let's talk about why, in your mind,

19      this was "déjà vu all over again."

20          One of the big considerations in

21      comparing 2001 to 2011 is that the Republicans were

22      in control, right?

23  A   Correct.  And they had a responsibility to enact

24      legislation to pass redistricting plans.

25  Q   Yes, of course.  And one of the goals of Sterling

## Page 153

1       Corporat on was to help make that a successful

2       conclusion, right?

3   A   I was involved in helping them pass the legislative

4       plans that were enacted into law.

5   Q   Yeah, but in the very first paragraph here you talk

6       about how Sterling Corporation navigated the

7       process to a successful conclus on in 2001?

8   A   Uh-huh.  Uh-huh.

9   Q   What did you mean by that?

10  A   They enacted bills that were signed by the governor

11      in 2001.

12  Q   And those bills produced Republican major ty in the

13      House, the Senate, and congressional delegation?

14  A   Those bills produced legislative plans and

15      congressional plans that were adopted and enacted

16      into law.

17  Q   If you jump down four paragraphs you talk about

18      "Managing all the aspects of this progress are

19      going to require a number of different things

20      including money, money, money, and money,"

21      ment oned four times in that sentence?

22  A   Uh-huh.

23  Q   Was it important to Sterling Corporation to get

24      this work?

25  A   No more so than any other client, yes.  We were in

## Page 154

1       business to maximize our expertise and client base.

2   Q   At the beginning of 2011, end of 2010, you

3       anticipated that litigat on was likely concerning

4       the redistricting plans, right?

5   A   Uh-huh.

6   Q   Did you make an effort to preserve notes,

7       documents, and records in anticipat on of potential

8       l tigation?

9   A   I don't recall specifically, no.

10  Q   If you'll turn to what's Bates Number Timmer417, at

11      the bottom do you see where it says "7.

12      Populat on/Demograph c Forecasting" there at the

13      top?

14  A   Oh, yes.

15  Q   I see a sentence that says "Another large hurdle

16      will be to expertly forecast the changing

17      demographic and pol t cal changes in these new

18      distr cts that are likely to occur over the ensuing

19      decade"?

20  A   Uh-huh.

21  Q   As you went about your work on redistricting, did

22      you try to take a decade-long focus on what the

23      results of this plan would be?

24  A   No, they did -- there was no investment made in

25      predictive technology.

## Page 155

1   Q   Right.  But you focus for your client here on

2       political changes over the ensuing decade.  What

3       political changes were you referring to?

4   A   I don't recall specifically other than what it says

5       here.

6   Q   That has no meaning to you?

7   A   Demographic and political changes.

8   Q   Right.  No meaning at all?

9   A   No.

10  Q   Well, you say "Creating a reliable crystal ball

11      that will portray these districts in 2014 elect on,

12      2018 election, 2020 elect on will be

13      extraordinarily valuable."

14          Valuable to whom?

15  A   To participants in the legislative and political

16      process.

17  Q   Including the Michigan Chamber of Commerce and the

18      Republican Party, right?

19  A   No, the Michigan Chamber of Commerce wasn't

20      involved.  Michigan Redistricting Resource

21      Institute was.

22  Q   Right.  In what way would that be valuable to MRRI,

23      a reliable crystal ball?

24  A   That would be a question better directed to

25      Mr. LaBrant or somebody who had an official role

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 156

1  with MRRI.

2  Q   Let's jump down to fundraising towards the bottom

3      of the page.  You talk about the goal of

4      "accumulating an additional 1.8 to $2.1 million on

5      top of the money raised to date."

6          About how much money had been raised by

7      the end of 2010?

8  A   I have no idea.

9  Q   How did you come up with these figures?

10 A   I don't -- I don't think I did.

11 Q   Do you recall any discussions with Mr. LaBrant or

12     others about what the fundraising goal should be?

13 A   No.

14 Q   Let's go to page 418, paragraph number 4, "Drafting

15     Legislative Plan Contingencies."

16 A   Uh-huh.

17 Q   You say -- you have a wonderful parenthetical at

18     the end:  "Besides, everyone is going to be drawing

19     secret contingency plans beyond their particular

20     area of responsibility."

21         How many secret contingency plans did

22     Sterling Corporation prepare for MRRI?

23 A   I have no idea if any were prepared.

24 Q   But you said everyone was going to do it.

25 A   That was my recollection of previous redistricting

## Page 157

1  cycles.

2  Q   Right.  So everybody made up secret plans in 2001,

3      and you expected the same in 2011?

4  A   Yes.

5  Q   On Paragraph Number 6 you write "We will oversee

6      and coordinate the analysis of demographic and

7      political data."

8          Did, in fact, you and others at Sterling

9      Corporation do that?

10 A   No.

11 Q   How did you fall short?

12 A   That we were never -- we weren't asked to do that.

13 Q   You never analyzed demographic and political data?

14 A   We produced demographic and political data based on

15     the plans that we were directed or -- that we

16     produced.

17 Q   I mean, Sterling Corporation hired Combat Data to

18     assemble political data, right?

19 A   Combat Data didn't -- all they did was provide an

20     election database that would be applicable to the

21     geography and the software.  They had no role in

22     analysis.

23 Q   Who provided Combat Data with the information for

24     that database?

25 A   I assume it was the Secretary of State Elections

## Page 158

1  Bureau.

2  Q   Okay.  And then Combat Data formatted that for your

3      use, right?

4  A   Yes.

5  Q   Sterling Corporation was not hired by any lawyer or

6      law -- strike that -- was not hired by any law firm

7      to do redistricting work in 2011, was it?

8  A   I do not believe so.

9  Q   Page 419 has a paragraph that says "Public

10     Relations," Number 10: do you see that?

11 A   Uh-huh, I do.

12 Q   And you write as the last sentence:  "While the

13     public does not have a vote in the process, they

14     can influence their legislators and judicial

15     opinion.  We don't necessarily have to win public

16     support, but we must stop the opposition of gaining

17     any traction with the electorate."

18         Who is the opposition?

19 A   Whoever was opposing passage and adoption of the

20     plan.

21 Q   Who did you expect the opposition to be?

22 A   One example would be Mr. Brewer.

23 Q   Who else?

24 A   Other Democrats in the state perhaps.

25

## Page 159

1          (Deposition Exhibit Number 145

2              was marked for identification.)

3  Q   (MR. TONER) Do you recognize Exhibit 145 as an

4      email you received from Bob LaBrant around December

5      22, 2010?

6  A   Yes.

7  Q   This email forwards a message to Mr. LaBrant from

8      Congressman McCotter: is that right?

9  A   Yes.

10 Q   What did you understand the congressman to be

11     talking about in the first sentence:  "Senator Hune

12     wrongly parroted left's BS line on Apol in Freep"?

13 A   I don't know.  I don't recall.

14 Q   Did you call Mr. LaBrant and ask him?

15 A   I have no recollection.

16 Q   Did you call Congressman McCotter or communicate

17     with his staff about this?

18 A   No, I have no recollection of anything regarding

19     this email other than having reviewed it.

20 Q   Did you agree with it?

21 A   I don't know.

22 Q   Do you agree with it today?

23 A   I agree there's discretion based on LeRoux.

24 Q   Do you think it's wide discretion?

25 A   I believe that there's -- that --

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 160

1   Q   This is w de all caps in a Trump-like fash on,

2       right?

3   A   Yeah, I didn't -- it's not my caps.  So, no, I have

4       no recollection of this email.

5           (Deposition Exhibit Number 146

6           was marked for identification.)

7   Q   (MR. TONER) Mr. Timmer, I wonder if you can help me

8       place this document in time a little b t better.

9       It has a low Bates number from the production we

10      received, and it's pages 83 to 88, and I'm

11      wondering if you recall preparing  t.

12  A   No, I do not recall specifically.

13  Q   Okay.  The maps here all refer to congressional

14      districts, right?

15  A   This map on the first page --

16  Q   Yes.

17  A   -- it appears to be a congressional district map --

18  Q   And the other --

19  A   -- but I --

20  Q   -- pages are also congressional district portions:

21      is that true?

22  A   I haven't looked at the other pages.  I only see 10

23      districts, so I'm not . . .

24  Q   This may help.  If you turn to the last page, do

25      you see there elect on data for the 15 distr cts in

## Page 161

1       2001 and the 14 distr cts in 2011?

2   A   Yes, I see this table.

3   Q   Right.  And that's a table that tabulates

4       Republican votes for voters in those particular

5       districts, correct?

6   A   I assume -- it looks like it does.  I don't -- I

7       don't recall.

8   Q   What does PVI refer to in your trade?

9   A   Partisan voting index.

10  Q   When a partisan voting index is expressed in this

11      way, what does it mean to you?  By that I mean R+7

12      or D+32.

13  A   That Republicans and Democrats use PVI to try to

14      quantify behavior, political behavior.

15  Q   And this data here, am I right, would suggest that

16      the Democrats would have overwhelming majority in

17      at least three of the districts and a strong

18      majority in one of them?

19  A   Are we looking at the current -- the -- when this

20      is current?

21  Q   Correct.  Well, actually, the delegation -- yeah.

22  A   All --

23  Q   I mean as I --

24  A   This table shows that there are one, two, three,

25      four, five that indicate that there's a D

## Page 162

1       advantage.

2   Q   In 15 distr cts, but what about if we look at 14

3       distr cts?

4   A   I'm looking at --

5   Q   Oh, you're right.  You're right.  You're right.

6       Sorry, I counted incorrectly.

7           Okay.  Does that help you place it any

8       better in time?

9   A   No, I have no -- I mean, I don't know who produced

10      these.  I don't know if I did.  The chart does not

11      look like something that I produced.  I don't have

12      any recollection.

13  Q   The title there on the last page that says

14      "Delegation Map," does that suggest to you this may

15      have been prepared by the Republ can Congress onal

16      Delegation?

17  A   I have -- I honestly don't know.

18  Q   This was not a map adopted by the M chigan

19      Legislature, is it?

20  A   No, it does not appear to be.

21  Q   Okay.

22          (Depos t on Exhibit Number 147

23          was marked for identification.)

24  Q   (MR. TONER) Exhibit 147 was produced to us from

25      your documents.  Can you tell me what  t is?

## Page 163

1   A   It appears to be a county commission map of Oakland

2       County.  County commission district.

3   Q   Okay.  Do the blue and red circles have meaning to

4       you?

5   A   I can't say with certainty.

6   Q   Do you recall whether you or others at Sterling

7       prepared this?

8   A   No, I can't tell from this who and where it was

9       produced.

10  Q   All right.

11          (Deposition Exhibit Number 148

12          was marked for identificat on.)

13  Q   (MR. TONER) Do you recognize Exhib t 148 as,

14      essentially, Outlook meeting requests from around

15      January 24, 2011?

16  A   It appears to be a meeting request, yes, an Outlook

17      meeting request.

18  Q   And the subject says "Update redistr cting meeting

19      w th House Republicans."

20          Do you recall part cipating in a meeting

21      around January 27 at Michigan Chamber?

22  A   No.

23  Q   Were there regular meetings at that location to

24      discuss redistricting?

25  A   I don't recall any.

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 164

1   Q   Do you recall other meetings among the participants
2       who received this invitation, Linder, Timmer, Hune,
3       Bean, and Edgerton?
4   A   Hune -- myself, Hune, Bean, Edgerton I recall in
5       meetings.  I don't recall Linder ever being
6       involved.
7   Q   What other meetings occurred during redistricting?
8       By that were there any regularly scheduled
9       meetings?
10  A   I don't think so.
11  Q   Or if there were, you weren't a participant?
12  A   Regularly -- I don't recall regularly scheduled
13      meetings, I recall frequent meetings.
14  Q   Either every week or every other week and sometimes
15      more often: is that a fair description?
16  A   Yes.
17  Q   Okay.
18          (Deposition Exhibit Number 149
19          was marked for identification.)
20  Q   (MR. TONER) Is Exhibit 149 an email you prepared
21      and an email you received from Mr. LaBrant on
22      February 21, 2011?
23  A   Okay.
24  Q   And do you recognize the attachments as a draft
25      plan that you prepared?

## Page 165

1   A   The attachments look to be Maptitude congressional
2       plans, but this was prior to the census data being
3       released.
4   Q   The first sentence of your email says "Here are
5       maps that show the scenarios we discussed"?
6   A   Uh-huh.
7   Q   What scenar os had you and Mr. LaBrant discussed at
8       that time?
9   A   I have no recollection.
10  Q   Does looking at these maps refresh your
11      recollect on at all?
12  A   No, other than there's various configurations of
13      northern Michigan.
14  Q   Your email to Mr. LaBrant talks about placing
15      Grand Traverse in District 4, Distr ct 1, and two
16      different --
17  A   Uh-huh.
18  Q   -- configurat ons in District 2, right?
19  A   Yes, that's what the email indicates.
20  Q   You say "I believe it may be possible to eliminate
21      one county break should we desire to do so"?
22  A   Uh-huh.
23  Q   Was  t your view that that was optional under the
24      Apol criteria?
25  A   No, under the criteria, minimizing county breaks

## Page 166

1       was a requirement.  But, as I've mentioned before,
2       there was latitude that the legislators took in
3       passing -- potentially -- potential latitude in
4       what they would take in passing plans.  And in
5       regards to the congressional plan, I minimize
6       county breaks to the extent possible, to the best
7       of my knowledge.
8   Q   When you used the word "we" in that sentence, are
9       you referring to you and Mr. LaBrant or a more
10      royal "we"?
11  A   I would refer to myself in the third person if I
12      was doing that.
13          No, I don't know who "we" refers to.
14  Q   Well, I want to know if you're referring to the
15      Republican Party generally?  The Legislature?
16  A   The Legislature would be my guess, or legislative
17      map drawers.
18  Q   Not long after this email, was there a meeting in
19      DC w th the congressional delegation?
20  A   Not that I recall.  There could be, I don't know.
21  Q   D d you participate in such a meeting around that
22      time in DC?
23  A   I recall a meeting in Washington.  I don't know
24      what time.  I don't know when it was.
25  Q   Was it before your heaviest work in May and July --

## Page 167

1       May and June?
2   A   I can't say for certain it wasn't in May.
3   Q   Who d d you meet w th in DC?
4   A   I recall a meeting with the congressional -- where
5       several members of the congressional delegation
6       were present.  I do not think it was all members of
7       the congressional delegation.
8   Q   Which members do you recall being present?
9   A   Mike Rogers, Thad McCotter, Dave Kamp, Candice
10      Miller, and there could have been others, I don't
11      recall.
12  Q   Were any Democrats present, that you recall?
13  A   No.
14  Q   Included w th these maps is elect on result
15      informat on for each of the proposed districts,
16      right?
17  A   Yes.
18  Q   When I look at the columns on the second page, page
19      1089, for example, I see headings that refer --
20      like here's one that says POTUS 08R?
21  A   Uh-huh.
22  Q   Is that a tabulation of votes in the presidential
23      elect on in 2008 for the Republican?
24  A   Yes, that's what they refer to.
25

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 168

1    (Deposition Exhibit Number 150
2    was marked for identif cat on.)
3  Q  (MR. TONER) Do you recognize Exhibit 150 as two
4    emails that you and Mr. LaBrant exchanged on March
5    5 and March 6 of 2011 and an attached draft
6    congress onal district map?
7  A  That's what it appears to be, yes. I wouldn't have
8    known the time -- or the dates without them being
9    indicated here.
10 Q  You don't have any reason to quest on --
11 A  No.
12 Q  -- the dates here, do you?
13 A  No.
14 Q  Okay. The subject line of this email is
15   "Quasi-post DC plan." What does that mean?
16 A  That's a heck of a subject. I -- I -- it indicates
17   it's not a complete plan is what it would indicate
18   to me. I don't know what's incomplete about it,
19   but the quasi would be incomplete in some way.
20 Q  Well, in your March 5 email you tell Bob LaBrant
21   that the attachment "captures the bulk of what we
22   heard at the -- heard the co-del --" that's
23   congress onal delegation, right?
24 A  Uh-huh.
25 Q  "-- indicate they'd like to see."

## Page 169

1    And I take t this is a plan that you
2    prepared following a meeting with the delegation?
3  A  Yes.
4  Q  When you write "Keeping both West Bloomfield and
5    the Farmingtons out of Thad's seat completely
6    screws Walberg," what did you mean?
7  A  My recollection of the meeting in Washington and
8    what I'm referring to there is asking the members
9    or their staff to provide the area of their
10   district that they would most like to continue to
11   represent.
12 Q  In what sense would the plan completely screw
13   Walberg?
14 A  On -- by not giving him the territory that he would
15   most desire.
16 Q  Is that the -- well, what -- help me understand
17   with respect to these townships what he most
18   desired at that time. "He ends up with not only
19   Sc o and P ttsfield Townships in Washtenaw." What
20   is that referring to?
21 A  Just as it says.
22 Q  Are those Republican townships or Democrat
23   townships?
24 A  Both I believe.
25 Q  Well, in what way would he be screwed completely?

## Page 170

1  A  I don't recall.
2  Q  Well, based on all your years of expertise, do you
3    have any opinion on how that would completely screw
4    the congressman?
5  A  Based on my recollection, this had to do more with
6    his personal concerns as opposed to partisan
7    concerns.
8  Q  What were his nonpartisan concerns?
9  A  I said personal concerns.
10 Q  Yeah, I'm trying to figure out what they were if
11   they weren't partisan.
12 A  That I don't know.
13 Q  D d he tell you about those concerns?
14 A  No.
15 Q  But you formed this conclus on that he would be
16   completely screwed somehow?
17 A  I don't recall this other than having -- you know,
18   reading it here now. I don't recall what I was
19   thinking or knew then.
20 Q  Do you have any reason to believe you were
21   incorrect at the time that the proposal would
22   completely screw Walberg?
23 A  I'm not certain of the context.
24 Q  In this proposal, would there be four proposed
25   districts occupied by Democrats and nine occupied

## Page 171

1    by Republican incumbents?
2  A  I -- I don't know without looking at where the
3    incumbents lived. I don't -- that doesn't seem to
4    be indicated on here. I see it listed here. 13 --
5    item Number 13 says "Congressional Districts 13 and
6    14." So this would indicate to me that there are
7    14 districts. And looking at the map, the area
8    labeled Number 14 includes the territory comprising
9    two congressional districts that hadn't been
10   completed. This was incomplete data prior to the
11   census. This was -- there was no official census
12   data at this point.
13 Q  I notice the pol t cal table at the bottom doesn't
14   have a District 13 showing election results, does
15   it?
16 A  No.
17 Q  Those election results there at the bottom that you
18   included, do they have anything to do w th
19   satisfying Apol cr teria?
20 A  That likely wasn't the question that was being
21   asked and why they were provided.
22 Q  Let's take a look at what you say about proposed
23   Congressional Distr ct 11. You discuss the basics
24   of the attached map. You say with regard to
25   McCotter in District 11 "Numbers in this seat are

**Deposition of Jeff Timmer Vol. II - 8/29/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

## Page 172

1    slightly better than the Rogers seat."

2        Are you referring to the number of likely

3    Republican voters?

4    A   I don't know what specifically I'm referring to.

5    Q   When you say at the end of that sentence "Any GOPer

6        should fare quite well here," was it your view at

7        the time that there would be a strong Republican

8        majority if the district were drawn that way?

9    A   That was my view that that was a typical question

10       that was asked once we had satisfied the Apol

11       criteria.

12   Q   Well, giving Miller precisely what she asked for,

13       would that have helped satisfy the Apol criteria as

14       to District 10?

15   A   It must have.

16   Q   Why?

17   A   Because I would have ensured in any final plan that

18       that was the case.

19   Q   So she was asking you about the number of county

20       breaks and municipal breaks?

21   A   I don't recall her asking me anything directly.

22   Q   Or were you telling her about the number of breaks?

23   A   I would have counted the number of breaks.

24   Q   I mean, were these representatives focused on Apol

25       or were they focused on the -- on who folks voted

## Page 173

1    for in prior elections?

2    A   They were focused on their own districts.

3        (Deposition Exhibit Number 151

4        was marked for identification.)

5    Q   (MR. TONER) Go ahead and take a minute to look over

6        Exhibit 151.  Do you recognize the exhibit as a set

7        of proposed maps that you prepared and forwarded to

8        Mr. LaBrant around March 8, 2011?

9    A   Not specifically.  I assume that they were attached

10       to this email that's on the top, but I have no

11       specific recollection of having produced charts

12       that look like this or bar graphs.

13   Q   Do you have any reason to believe these are not --

14   A   No.

15   Q   -- maps you prepared?

16   A   No.

17   Q   Okay.  And each of these is a different detail on

18       congressional districts, right?  In other words, we

19       haven't slipped any House or Senate districts in

20       here, have we?

21   A   They all seem to be congressional districts prior

22       to the census data being released.

23   Q   The date on this is a couple days after the last

24       exchange you had, the prior exhibit with Bob

25       LaBrant?

## Page 174

1    A   Uh-huh.

2    Q   Why did you feel it was helpful to provide more

3        detail on the proposed plan?

4    A   I have no recollection.

5    Q   These bar graphs that start on the third page of

6        this exhibit, is that information that -- or is

7        that a format, rather, that is produced by

8        Maptitude?

9    A   It looks unfamiliar to me, but I don't know.

10   Q   Is it likely that you prepared it?

11   A   The fact that it was attached to my email indicates

12       that.

13   Q   Yeah.

14   A   But it almost looks beyond my capability, but I --

15   Q   Don't sell yourself short.

16       Okay.  Do the bar graphs roughly -- I

17       won't hold you to every figure here, but do they

18       correspond with the overall state map we see on

19       page 2?

20   A   Yes.

21       (Deposition Exhibit Number 152

22       was marked for identification.)

23   Q   (MR. TONER) Do you agree that Exhibit 152 are

24       several emails that you exchanged with Jack Daly on

25       March 23 of 2011?

## Page 175

1    A   There appears to be one reply from me in the middle

2        of two emails from Jack Daly.

3    Q   If we start at the bottom, did Daly send you an

4        email on March 23 in which he said, "Jeff, can you

5        plug this into your software and generate

6        population and election results reports"?

7    A   Yes, that's what the email indicates.

8    Q   Did you, in fact, prepare that for him?

9    A   I have no idea.

10   Q   What did you mean when you wrote "Thanks, Jack.

11       Interesting numbers overall"?

12   A   I don't know.  I don't know what it was he was

13       asking me to plug into the software.

14   Q   Well, his email indicates there might have been two

15       attachments, would you agree with me, one called

16       "Better CD" dated March 22, a JPEG file --

17   A   Uh-huh.

18   Q   -- and then "Stats for Better CD," same date, an

19       Excel spreadsheet?  Does that refresh your

20       recollection on whether he provided you some

21       proposed congressional districts and statistics?

22   A   Other than what it indicates here, I have no

23       recollection.

24   Q   Do you recall Mr. Daly saying to you in an email

25       "In a glorious way that makes it easier to cram all

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 176

1    of the Dem garbage in those counties in only four
2    distr cts"?
3    **A   I see that it says that, and I've read about it in**
4    **the past month or so in news accounts.**
5    Q    All right.  And after you received that message
6    from Daly, d d you take his last sentence there as
7    a rhetorical question?  "Is there anyone on our
8    s de who doesn't recognize that dynamic?"
9    **A   My recollection is I didn't think too deeply about**
10   **anything Jack Daly suggested or sent to me.**
11   Q    Did you respond to him?
12   **A   Not to -- not that I'm aware of.**
13   Q    Did you ever try and straighten him out on his
14   views about Democrat c garbage?
15   **A   No, I didn't see that as my role.  I didn't agree**
16   **with it.**
17   Q    Did you forward this on to anyone?
18   **A   I don't know.**
19   Q    At least not that you recall?
20   **A   No, I don't.**
21   Q    Do you have any recollection of what the better CD
22   might have referred to?
23   **A   No.**
24   Q    Need a break?
25   **A   Soon.**

## Page 177

1            MR. TONER:  Yeah, let's take one.  That's
2    fine.
3            (Break taken at 11:44 a.m.)
4            (Break concluded at 12:03 p.m.)
5            (Deposition Exhibit Number 153
6            was marked for identif cation.)
7    Q    (MR. TONER) Mr. Timmer, I want to ask you about
8    your April 5 email to Bob LaBrant and Stu Sandler
9    that we've marked as Exhibit 153.  The subject line
10   says "Elect on history database is now operable."
11           What database is that?
12   **A   The election history database supplied by Combat**
13   **Data.**
14   Q    So that's going to show election results going back
15   how far?
16   **A   I don't recall.**
17   Q    "Hat tip to Mr. Bellgowan" is the first thing you
18   write.  Is he with Combat Data?
19   **A   Yes.**
20   Q    You then write "We now have solid (as reasonably
21   accurate as the data we have been using for the
22   past 1.5 years) data to work with."
23           And you're referring there to election
24   result data, right?
25   **A   Uh-huh.  Yes.**

## Page 178

1    Q    And then you go on in the sentence to say "Until
2    such time as when the official database being
3    compiled by Eric Swanson's bureau will be
4    available."
5            What is Eric Swanson's bureau?
6    **A   That was the -- I don't know the title of his**
7    **bureau.  I don't know what it was called.  I think**
8    **it had various titles over the years.**
9    Q    Is t part of the government of the State of
10   Michigan?
11   **A   It is.**
12   Q    D d it ever become available?
13   **A   I -- not to me.  It became available to the**
14   **Democrats and Republicans in the Legislature and to**
15   **the governor's office and Secretary of State I**
16   **believe.**
17   Q    You say "The official one will be much more
18   accurate."
19           Is there a reason why you didn't ask for
20   it or ask for access?
21   **A   That -- my understanding at the time was it was**
22   **part of the agreement signed by all the legislative**
23   **leaders and governor that it not be shared**
24   **outside the state software.**
25   Q    What purpose d d this database referred to in

## Page 179

1    Exhibit 143 serve for you as you did your
2    redistricting work?
3            MR. KNAPP:  Exhibit 153, Kevin?
4            MR. TONER:  Yes.
5            THE WITNESS:  It would have answered the
6    questions that most people asked.
7    Q    (MR. TONER) By "most people" you mean members of
8    the Legislature or congressional delegation?
9    **A   Republicans and Democrats alike when looking at**
10   **redistricting plans seemed to frame things in the**
11   **context of election history.**
12   Q    How often d d you get quest ons from Democrats in
13   2011?
14   **A   Questions?**
15   Q    Yes.
16   **A   Perhaps -- well, occasionally, as I refreshed my**
17   **memory with the meetings with Alan Canady.**
18   Q    That would have been after the plans were
19   published, right?
20   **A   It's possible it was before as well.  I don't -- I**
21   **don't recall.**
22   Q    If t did occur before, you haven't seen any
23   detailed time reports ind cating that that's the
24   case, do you?
25   **A   Correct.**

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 180

1  Q  Okay.  It's fair to say you were pleased to have
2     access to this database from Combat Data?
3  A  My recollection of this -- circumstances
4     surrounding this particular email were I was
5     getting lots of questions that I was unable to
6     answer up until this point.
7  Q  The database then made life a little easier for
8     you?
9  A  Correct.
10        (Deposition Exhibit Number 154
11        was marked for identification.)
12  Q  (MR. TONER) You have in front of you Exhibit 154
13     which is an email dated April 22.
14        Did you receive email from Combat Data?
15  A  Yes, it seems that I did.
16  Q  And did it include the attached invoice for $3,000?
17  A  Yes, it appears to.
18  Q  And does this help refresh your recollection that
19     the election data covered elections in Michigan for
20     the time period 2002 to 2010?
21  A  Yes.
22  Q  So using this database, were you able, then, to
23     track and think about whether voters voted for a
24     Republican or a Democrat statewide candidate in
25     each of the census blocks that you were considering

## Page 181

1     as you drew the maps?
2  A  The database would have made it possible to
3     estimate such information.
4  Q  On the invoice it says at the bottom "Added the two
5     jobs into the one invoice."
6        What was each job?
7  A  I don't know.
8  Q  To the best of your --
9  A  It refers to vote history and census estimates, so
10     I -- I take it to mean that there were -- that
11     there were two databases -- or combined data.
12  Q  And the combined data was then added to Maptitude
13     as, I guess, one database that you used as well as
14     map-drawing technology; is that correct?
15  A  Well, there's a difference in time -- date
16     indicated here.  The email is April 22.  The
17     invoice is dated January 27th.  The email would
18     have been after the official release of the census
19     data.  The invoice would have been prior.  And so
20     it's my recollection that the email is related to
21     matching the estimated -- what had previously been
22     estimated data to actual data within the Maptitude
23     software.
24  Q  Got t.  So with the off cial census data, they
25     were able to map better the election data?

## Page 182

1  A  Correct.  The census data was released at the end
2     of March of 2011, and this is -- email is dated the
3     22nd, which meant -- and I recall there being a
4     period of time where I didn't have the technical
5     ability to produce anything, much to the
6     consternation of people who were interested in
7     starting to see map products.
8        (Deposition Exhibit Number 155
9        was marked for identification.)
10  Q  (MR. TONER) Do you recognize Exhibit 155 as an
11     email you sent to Bob LaBrant and Stu Sandler
12     around May 2nd of 2011 --
13  A  Yes.
14  Q  -- including the attached maps?
15  A  I'm just reading what the email says.
16        Yes, that's what it indicates, and the
17     maps seem to reflect what's indicated in the email.
18  Q  Not long pr or to this email, d d Mr. Brandell on
19     behalf of Congresswoman -- no, I'm sorry --
20     Congressman Kamp prov de some sort of outline on
21     what they were hoping to see in the congressional
22     plan?
23  A  It says he did.  I don't recall what it was.
24  Q  Well, having a chance now to look back over the
25     maps, does that refresh your recollection on what

## Page 183

1     the Kamp team was trying to accomplish?
2  A  No, it doesn't refresh it specifically.  I don't --
3     looking -- other than looking at the 4th District
4     that would have included Dave Kamp.
5  Q  D d you use Maptitude as tweaked by the good people
6     at Combat Data to prepare data sheets for this
7     proposal and include them in what you sent to
8     LaBrant and Sandler at that time?
9  A  Including the data that -- the data table that's
10     attached here, yes.
11  Q  All right.
12  A  Or I guess there's two data tables, 61 and 63.
13  Q  And how exactly would those data tables help you
14     achieve close adherence to the statutory criteria?
15  A  The adherence would have taken place before
16     production of the tables.  The tables would have
17     been generated to answer questions that people
18     viewing the map would naturally ask.
19  Q  Because they were concerned about the politics of
20     what you drew, right?
21  A  I assume they were concerned about a number of
22     things.
23  Q  Well, wouldn't they have been concerned about
24     whether changes in the district lines would affect
25     the pol t cal strength of Democrats in the

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 184

1     districts?

2   **A**   **I don't know what they were concerned about.**

3   Q   Really?

4   **A**   **Yeah.**

5   Q   You don't know what they were concerned about when

6     you assembled elect on results over a ten-year

7     period showing Republican concentration in each of

8     the districts that you drew?

9   **A**   **Where are you referring to?**

10   Q   The two data sheets you included.

11   **A**   **The two data sheets just showed the election**

12     **results from past elections.**

13   Q   Right. They tracked the Republican votes in each

14     of the distr cts you were proposing, and w th

15     simple math, you'd know what the Democrat share.

16     Only small adjustments for others who aren't

17     Republicans and Democrats.

18   **A**   **And, as I said, those were the natural questions**

19     **that I knew people would ask and would produce**

20     **charts or maybe they specifically asked for this**

21     **data, I don't recall.**

22     **(Deposition Exhibit Number 156**

23     **was marked for identification.)**

24   Q   (MR. TONER) Is Exhibit 156 some emails exchanged

25     between you and Terry Marquardt on May 9, 2011,

## Page 185

1     along with the attached proposed maps and election

2     data?

3   **A**   **Yes.**

4   Q   In the second from the bottom email you write "This

5     plan was done from the six-break outline you gave

6     me two weeks ago at Dickinson Wright."

7     Do you recall that meeting at Dickinson

8     Wright?

9   **A**   **I don't recall that specific meeting, no.**

10   Q   Do you recall any of the attendees?

11   **A**   **I've listed in response to a similar question**

12     **previous times the map drawers and attorneys if**

13     **you'd like me to repeat the list.**

14   Q   Well, I'm --

15   **A**   **I don't recall the specific meeting so I can't**

16     **specifically cite who was at that meeting that I'm**

17     **referring to two weeks prior to May 9th.**

18   Q   Did you keep a copy of the plan you received on May

19     9?

20     Bad quest on. Strike it please.

21     D d you keep a copy of the six-break

22     outline that you received a few weeks prior to this

23     email?

24   **A**   **I don't know if I kept a copy or not. I don't have**

25     **one now if that's what you're asking.**

## Page 186

1   Q   And did you have a reaction to Mr. Marquardt's

2     comment that "The new Pappageorge distr ct would be

3     a little vulnerable in this proposed plan"?

4   **A**   **No. He asked me do I have McCain numbers there,**

5     **and I seem to have provided them.**

6   Q   Did you employ them in an effort to help Marquardt

7     comply w th the statute?

8   **A**   **Yes.**

9   Q   How so?

10   **A**   **Where I interacted with the Senate and House map**

11     **drawers was helping them to apply the Apol**

12     **criteria. It would have been to minimize county**

13     **breaks and minimize municipal splits.**

14   Q   And knowing who voted for John McCain in 2008

15     helped apply the Apol criteria exactly how, sir?

16   **A**   **That would have been after the fact, and that was a**

17     **question he was, obviously, being asked.**

18   Q   And he was being asked that question and you were

19     being asked similar quest ons because members of

20     the Legislature wanted to know the political

21     effects of proposed districts, d dn't they?

22   **A**   **His email, his initial email on May 9th at 9:19**

23     **says, "You mentioned and showed me a glimpse of a**

24     **plan that coupled Oakland and Genesee Counties**

25     **without any municipal breaks."**

## Page 187

1     **My recollection is at that point plans**

2     **that he had been considering or were being viewed**

3     **in the Senate had municipal breaks, and I was asked**

4     **and worked with Terry to eliminate those breaks as**

5     **the enacted maps did. There are no Senate breaks**

6     **in Oakland or Genesee County.**

7   Q   When you read Mr. Marquardt's comments that the

8     Pappageorge district will be a l ttle vulnerable,

9     did you believe it was vulnerable according to the

10     Apol criteria or according to past votes in the

11     state of Michigan in that area?

12   **A**   **I don't recall any specific thing that I thought**

13     **and -- you know, when I received this.**

14     **(Deposition Exhibit Number 157**

15     **was marked for identification.)**

16   Q   (MR. TONER) The two pages of Exhibit 157 appear to

17     me to have the same table and a copy of your --

18     used in two different emails by you. Were these

19     tables that you produced using Maptitude?

20   **A**   **I don't know. They do not look like Maptitude**

21     **tables.**

22   Q   Where do you think you obtained them?

23   **A**   **I don't know.**

24   Q   No idea?

25   **A**   **No. No.**

**Deposition of Jeff Timmer Vol. II - 8/29/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

## Page 188

1  Q   What other sources of political data do you recall
2      consulting in 2011?
3  **A   It's -- I was provided political data perhaps in**
4  **summary tables like this by map drawers in the**
5  **Senate or House.**
6  Q   But this refers to congressional districts?
7  **A   Correct.**
8  Q   So I don't understand why map drawers for the
9      Michigan Senate or the Michigan House would provide
10     you such a table.
11 **A   Well, the -- they -- we were working in close**
12 **concert with each other with regards to producing**
13 **House and Senate and congressional maps, and so**
14 **they would have -- they were producing**
15 **congressional maps that I would share directly or**
16 **that they would share with me.**
17 Q   I see.  Were these -- someone other than Marquardt
18     was providing you such things?
19 **A   I don't recall specifically who provided me**
20 **the . . .**
21 Q   Okay.  Who is Marty that's referred to here?
22 **A   Marty Knollenberg.**
23 Q   Okay.  And who is he?
24 **A   He is an incumbent state senator.**
25 Q   Was he concerned about keeping potential political

## Page 189

1      rivals out of his district?
2  **A   At the time, Marty was an elected state**
3  **representative, and there was -- there was concern**
4  **about satisfying Marty in order to get his vote to**
5  **pass the plan, and that often was in conflict with**
6  **what Thad McCotter and Jack Daly were pushing for.**
7  Q   And is this a reference to McCotter's desire to
8      keep rivals out of his district?
9  **A   Does this refer -- I don't know -- I don't see that**
10 **this refers to -- I've mentioned that before.  I**
11 **don't see that this email directly references that.**
12 Q   The reference to "V1 Pontiac Detroit plan," what
13     does that refer to exactly?
14 **A   Plans were given names when they were saved.**
15 Q   Did you come up with that name?
16 **A   I don't know.**
17 Q   Well, is it fair to assume that the V2 plan is one
18     that you came up with?
19 **A   Yes.**
20 Q   And you reached a conclusion that there would be
21     virtually zero impact on the political data from
22     your new V2 configuration, right?
23 **A   Yes, by May 11th I had learned to anticipate the**
24 **next question.**
25 Q   There were a lot of questions about the politics of

## Page 190

1      each proposed district?
2  **A   Very few people spoke Apol criteria, they all**
3  **understood political data.**
4      **(Deposition Exhibit Number 158**
5      **was marked for identification.)**
6  Q   (MR. TONER) Let's work our way through a string of
7      emails here marked as Exhibit 158, and I think the
8      easiest way is to start at the bottom of the second
9      page.
10 **A   Bottom of the second page.  All right.**
11 Q   Yeah.  This appears to me to be an email you
12     prepared on May 11 and sent to Jamie Roe and Jim
13     Brandell titled "Latest Congressional Plan," and
14     you write that "Here is the latest plan version on
15     that LaBrant and I shared with the House Senate."
16     When you said that, did you mean that the
17     plan was shared with Republican members of the
18     House and Senate?
19 **A   It would have been shared with the map drawers**
20 **working for the majority leader and speaker of the**
21 **House.**
22 Q   Who were Republicans correct?
23 **A   Yes.**
24 Q   All right.  Who from the governor's office was
25     paying close attention to all of this?

## Page 191

1  **A   I can't answer that.  I don't know who in the**
2  **governor's office was concerned.**
3  Q   Because at the top of the last page you mention
4      that "the gov's folks."  I'm wondering if you can
5      give me some names.
6  **A   My recollection is, is that when I shared**
7  **information with the House, Senate, and governor's**
8  **office, that I would typically include legal**
9  **counsel or somebody involved in legal counsel's**
10 **office in redistricting.  It was often Dave Murley**
11 **who was deputy legal counsel at the time, I**
12 **believe, or similar title.**
13 Q   That last page walks through proposed alterations
14     to the Detroit Metro area.  Can you tell me who
15     requested adding Pontiac into the Conyers seat?
16 **A   I don't recall.**
17 Q   Can you tell me who requested the changes discussed
18     in point 3 there, the southeast Oakland, southern
19     Macomb seat?
20 **A   No.**
21 Q   And the last one, it says "The McCotter seat now
22     wraps around Pontiac and picks up the Bloomfields,
23     Birmingham, and Southfield Township."
24     Were those requests made by Congressman
25     McCotter's office?

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 192

1    A   I don't recall.

2    Q   Did you think the email was accurate when you sent

3        it?

4    A   Yes, but I don't know -- I don't know the context.

5        This seems to be answering questions that were

6        either asked or anticipated.

7    Q   On page 2 let's go to the email that begins "On May

8        11, 2011, at 4:18 p.m."

9    A   Okay.  Got it.

10   Q   Is that the text of an email you received from Jim

11       Brandell at that time beginning "Hey, Jeff"?

12   A   Yeah, I'm looking at it.  It appears to be, yes.

13   Q   He wr tes "Your map has Peters and Thad in the same

14       district which can't happen."

15       What did that mean to you?

16   A   I took that to understand that it would disrupt the

17       likelihood of passage of the plan in the

18       Legislature.

19   Q   Because Congressman McCotter would have a rival in

20       his district?

21   A   Because legislators voting on the plan would --

22       would not support a plan that had such a pairing.

23   Q   And was it your understanding that for Congressman

24       McCotter that was even more important than how many

25       likely Republican voters were in his district?

## Page 193

1    A   By May 11th I don't think I was trying to analyze

2        Thad's behavior any longer, I was just trying to

3        endure it.

4    Q   Jump down in the email to the paragraph that begins

5        "Shiawassee County."  Do you see that?

6    A   Yes.

7    Q   "We want to ensure Kamp's small portion includes

8        Laingsburg and Scenic Lake and then Kildee can have

9        the rest of the county."

10       Do you see that?

11   A   I do.

12   Q   Would such changes help the plan stay in compliance

13       with the Apol principles?

14   A   No, I don't believe that they would, and that's why

15       those changes weren't made.

16   Q   If you look at the bottom of the first page, Bates

17       Number 66, Jamie Roe writes "I assume that the

18       target on the map in Troy is the home of a certain

19       state rep."

20       Who do you think he was referring to?

21   A   Marty Knollenberg was the only representative from

22       Troy at the time.

23   Q   Further up the page, is that your full email there

24       on May 11 around 6:51 p.m. that begins "Just

25       cur ous"?

## Page 194

1    A   Uh-huh.

2    Q   Okay.  When you write "Amash's seat is still rock

3        solid," d d you mean rock sol d in terms of likely

4        voters supporting Republican candidates?

5    A   The context I think was based on what we understood

6        to be the wishes of Amash.

7    Q   What did you mean by your sentence "Both help on

8        the PR side adhering to traditional standards of

9        keeping counties intact"?

10   A   That was my role with analysis of plans was

11       adhering, to the best of my ability, to the Apol

12       standards, keeping counties intact and municipal

13       splits as -- minimized, and shifting the fewest

14       number of cities and townships when having to break

15       a county line.

16   Q   Is it fair to say that the public would be more

17       accepting of that than to find out that deals were

18       being cut w th elected representatives to pack

19       Democrats in certain districts and assure

20       Republicans an ability to return to Congress?

21   A   I can't -- I can't answer that question.  I have no

22       idea what people think.

23   Q   Well, your firm, Sterling Corporation, is quite

24       experienced with public relations, isn't it?

25   A   Yes.

## Page 195

1    Q   You guys hold yourself out as leading consultants

2        in that regard, right?

3    A   Yes.

4    Q   And those who own your company -- your company's a

5        division of an organization that's steeped in

6        public relat ons, right?

7    A   Yes.

8    Q   Okay.  In the top email from Jamie Roe at the

9        beginning of this document when he said "I would

10       say the pr or ty would be to beef up Walberg," what

11       did that mean to you?

12   A   Hmm.  I -- I'm just reading it.  This appears, just

13       from the way it starts, as an incomplete email.  I

14       don't know if this is the full context.  It begins

15       without a -- what appears to be a full sentence.

16   Q   Or at least the first letter is not capitalized?

17   A   Yeah, I don't -- yeah, I think Jamie's offering me

18       an opinion is the way I read that.

19   Q   D d you understand his opinion would add more

20       likely Republican voters or remove more likely

21       Democratic voters, or both?

22   A   I don't think either.  I don't think changes made

23       to the -- what the seat that Justin Amash came to

24       represent was -- were ultimately impacted.  Same

25       with Walberg.  And that's why neither are

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 196

1    identified as a political outlier by Chen,
2    Dr. Chen.
3    Q    When you read the sentence "Amash's seat on this
4    map is still the second best seat in the state,"
5    second best in terms of what?
6    A    Well, Jamie was putting it through a prism of what
7    he viewed as Republican numbers.
8    Q    D d you disagree?
9    A    I don't know.
10   Q    Do you disagree s tting here today based on your
11   many years of experience that Amash's seat was the
12   second best in the state of Michigan?
13   A    I don't know.
14            (Deposition Exhibit Number 159
15            was marked for identification.)
16   Q    (MR. TONER)  In Exhib t 159 we see one of those
17   table formats that we discussed a minute ago.
18   A    Uh-huh.
19   Q    Do you have any recollect on of where the pol t cal
20   data came from on the bottom of page 1, top of page
21   2?
22   A    No different than my answer before.  I don't --
23   this does not look like the data generated from
24   Maptitude.
25   Q    In your email you have a subject line that says

## Page 197

1    "Plan that removes Westland"?
2    A    Uh-huh.
3    Q    Tell me what that was about.
4    A    Other than the -- what the title indicates, I don't
5    recall the specifics or the -- or the plan.
6    Q    Who wanted to remove Westland?
7    A    I don't know for certain.  Given the time frame and
8    frequency of unsolicited advice, it was likely Jack
9    Daly and/or Thad McCotter had offered a suggestion
10   that was, you know, placated for the purposes of
11   looking at what it would do.
12   Q    Was Westland removed from McCotter's distr ct?
13   A    I would have to see a map.  This map has -- in the
14   enacted plan, off the top of my head, I don't know.
15            MR. BREWER:  Can we go off the record?
16            (Discussion held off the record.)
17            THE WITNESS:  Yes, the enacted
18   District 11 does not contain Westland.
19   Q    (MR. TONER) Thank you.
20            One of the attachments to this email,
21   Exhib t 159, is titled "Roe hybrid plan."  Can you
22   tell me what that referred to?
23   A    I -- no, I don't recall other than in this heading
24   here.  Is it anywhere else?
25   Q    No, it's -- I see reference to "RoeHybridPlan.PDF."

## Page 198

1    A    I don't recall.
2    Q    And as you look through the attachments, do any of
3    the attachments help ring a bell as to what might
4    have been involved in that proposal?
5    A    No.
6    Q    The document on pages 1050 and 1052 and 1053 have
7    what appear to be statewide elect on results from
8    2010, 2008, and 2006 for the 14 proposed
9    congressional districts?
10   A    Uh-huh.
11   Q    Is that election data that you assembled from your
12   Mapt tude database?
13   A    No, not that I would have assembled, it would have
14   been automatically calculated.
15   Q    Did you and Mr. LaBrant have any follow-up
16   discussions after this email about the pros and
17   cons of each plan in terms of Apol criteria or
18   these predicted elect on results?
19   A    Not that I recall.
20            (Deposition Exhibit Number 160
21            was marked for identification.)
22   Q    (MR. TONER) Sticking with the very, very merry
23   month of May 2011, we have a document marked as
24   Exhib t 160.  Are these emails that you exchanged
25   w th Bob LaBrant and that he received from Jack

## Page 199

1    Daly --
2    A    Yes.
3    Q    -- and forwarded to you?
4    A    Yes.
5    Q    I guess at least some of it you might have received
6    from Daly directly.
7            Basically, was Daly proposing getting
8    together with you and LaBrant to talk about  deas
9    for a proposed plan?
10   A    It appears that he was.
11   Q    What was your reaction to his proposal in the
12   m ddle of page 1 about swapping 17,000 people in
13   Wayne for 17,000 people in the Northwestern seven
14   precincts of West Bloomfield?
15   A    I have no recollection of this specific proposal or
16   any reaction that I had.
17   Q    Had that been carried out, would that have put more
18   Democrats into a Democrat c congressional district
19   and more Republicans into a GOP district, in your
20   judgment?
21   A    I don't think it would have had any effect.
22   Q    Do you think it would have had any effect on the
23   racial composition of the two districts?
24   A    Which two districts?
25   Q    Good ques on.  I don't know the answer, do you?

**Deposition of Jeff Timmer Vol. II - 8/29/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

## Page 200

1  Do you have any educated guess of what parts of
2  Wayne we would have been talking about in terms of
3  congress onal districts?
4  **A  No. I mean, there's a number of congressional**
5  **districts in Wayne. I don't know which one it's**
6  **referring to. I don't know which 17,000 people.**
7  Q  Okay. Let's start w th and finish this document
8  with this email from Bob LaBrant on May 16 at 8:38
9  a.m.
10  Was LaBrant in Hawaii at the time?
11  **A  He indicated somewhere -- yeah, at this top email,**
12  **"I got a call from Jack here in Hawaii." So I**
13  **assume -- and I remember Bob being in Hawaii.**
14  Q  And when he says "Thad's proposed district," he's
15  talking about Congressman McCotter's district,
16  correct?
17  **A  He's referring to Thad McCotter, yes.**
18  Q  When he says "Dale at the RNC has drawn a 10-4
19  map," did you understand that to mean that  t was a
20  proposal for congressional distr cts likely to
21  produce 10 Republicans and 4 Democrat
22  representatives to the U.S. House?
23  **A  Yes.**
24  Q  Later in that same paragraph he wr tes "I think
25  your map protects all nine incumbents and  t looks

## Page 201

1  good."
2  Did you agree with that at the time?
3  **A  That was Bob's analysis. I produced the maps that**
4  **broke the fewest number of county lines that I**
5  **could configure and split the fewest number of**
6  **municipalities.**
7  Q  Did you agree with his analysis at the time that it
8  would protect all nine incumbents, and then  t
9  would look good in terms of public relations and
10  legality?
11  **A  Based on the interaction I had with either members**
12  **or their staff, I thought that it would satisfy,**
13  **largely satisfy, the nine Republican members.**
14  Q  And protect them in future elect ons?
15  **A  Well, I've said before that future elections are**
16  **very difficult to predict. Candidates and**
17  **campaigns matter.**
18  Q  Did you think about wr ting Mr. LaBrant and telling
19  him that the future elect ons are just hard to
20  pred ct, Bob?
21  **A  I don't know. It wasn't my job to do that. I was,**
22  **you know, drawing the districts as asked and**
23  **applying the Apol criteria.**
24  **(Deposition Exhibit Number 161**
25  **was marked for identification.)**

## Page 202

1  Q  (MR. TONER) You were doing a little more than that,
2  though, weren't you? You were also supplying
3  political data from the 2008 presidential elect on
4  and formatting things to help people answer
5  quest ons from incumbent pol t cians, right?
6  **A  I was helping them get the support that they would**
7  **need to pass legislative plans.**
8  Q  Okay. Do you recognize Exhibit 161 as an email
9  string shared between you and Bob LaBrant around
10  May 17 of 2011?
11  **A  Yes.**
12  Q  Who is Mark Murray?
13  **A  The CEO of Meijer.**
14  Q  Is he a major Republ can contributor?
15  **A  I believe he's a donor to several candidates.**
16  Q  Republicans?
17  **A  I can't say exclusively. I have no idea.**
18  Q  Who's Phil Guyeskey?
19  **A  Phil worked at the Michigan Chamber.**
20  Q  Did Mark Murray ever work in pol t cs?
21  **A  Yes, he worked in state government.**
22  Q  For whom?
23  **A  He was the state treasurer during the -- some**
24  **period during the 1990s I believe.**
25  Q  As a Republ can?

## Page 203

1  It's an elected pos t on, isn't it?
2  **A  No, it's not.**
3  Q  Oh, I'm sorry. Who appointed him?
4  **A  Governor John Engler is my recollection.**
5  Q  In Guyeskey's email he writes "Before Mark gets in
6  the m ddle of this, he wants to know what the real
7  numbers are." What d d you take that to mean, "the
8  real numbers"?
9  **A  I honestly don't know, and that's why I said "We**
10  **need to clarify Phil's email."**
11  Q  You wrote "We need to clarify Phil's email," as you
12  just said, and then "Big difference between keeping
13  GR intact --" is that Grand Rapids?
14  **A  Yes.**
15  Q  "-- and keeping all of Kent intact"?
16  **A  Correct.**
17  Q  What d d you mean by that?
18  **A  In terms of the ramifications it would have on**
19  **other districts.**
20  Q  By splitting those municipalities?
21  **A  The enacted plan -- well, I'm not even sure that**
22  **this is regards to congressional. I don't recall**
23  **specifics of this, and I don't know if he's talking**
24  **about congressional plans or state Senate plans.**
25  **They mention McMaster in here, so maybe**

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3076   Filed 09/21/18   Page 63 of
105
Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 204

1    it's State House plans.  I don't recall.

2  Q   When you wrote "The latter -- the later will upend

3    all we've done" -- I guess that refers to keeping

4    Kent intact -- what did you mean?

5  A   Kent County is -- the Kent County lines are broken

6    in the congressional, Senate, and House plan, so it

7    could refer to any or all of the plans.

8  Q   And when you say "upends all we've done," were you

9    referring to impacts on all three plans do you

10    think?

11  A   It could be one or two or three.  And what I would

12    be referring to is the -- those -- Kent was split

13    in those three plans to minimize breaks of

14    counties.  And so upending it would have meant

15    adding breaks that could have been otherwise

16    avoided.

17  Q   What's the baseline political composition of

18    Grand Rapids?

19  A   It's a -- I don't know.  I mean, it depends on the

20    election and the candidate and the year.

21    There's -- I don't believe there's any absolute way

22    to apply election data in a way that is --

23    characterizes an area.

24  Q   In 2011?

25  A   Correct.

## Page 205

1  Q   What would you have said?

2  A   I would have said the same thing.

3  Q   There's no way to tell what the political

4    ramifications are of splitting or keeping

5    Grand Rapids intact?

6  A   No, the only thing you could answer is how

7    Grand Rapids voted in previous elections.

8  Q   Right.  And we've seen a lot of data of previous

9    elections.  Did you ever do any consideration of

10    that?

11  A   The software would have calculated if Grand Rapids,

12    for example, was intact.  The numbers are very

13    clear as to what -- in any given election, what the

14    results were.  If it was split, the data would have

15    calculated that as well.

16    MR. TONER:  If it's all right with you,

17    why don't we break for lunch.  It's just about

18    1:00.  Does that work?

19    MR. KNAPP:  Sure.

20    THE WITNESS:  Okay.

21    (Lunch break taken from

22    12:52 p.m. to 1:39 p.m.)

23    (Deposition Exhibit Number 162

24    was marked for identification.)

25  Q   (MR. TONER) Before our lunch break, we had made it

## Page 206

1    through the first half of May 2011, so let's move

2    on.  I have asked the court reporter to mark

3    Exhibit 162 which appears to be a series of emails

4    exchanged with you, Jamie Roe, Mr. LaBrant on May

5    16.  Do you recall these emails?

6  A   Yeah, I recall having reviewed them recently.

7  Q   Okay.  If we start at the bottom, there's the

8    one that's furthest back in time.  I think it's

9    stamped 2:45 p.m., and there's a reference at the

10    top of the second page of the exhibit about an

11    adjustment suggested by Jack Daly: do you see that?

12  A   I'm reading through it now.

13  Q   The sentence I'm focused on says "It splits

14    West Bloomfield largely as Jack Daly suggested but

15    then adds Orchard Lake City, and a little bit more

16    of W-Bloom needed to balance the Conyers seat."

17    My question is what did you understand

18    Jack Daly's goal to be with those adjustments?

19  A   I don't know.  I don't have specific recollection.

20  Q   Do you recall the political composition of

21    West Bloomfield at the time?

22  A   No other than it was represented by a Republican in

23    the State Senate and I believe State House.

24  Q   Okay.  Jamie Roe then replies to that a few minutes

25    later if you'll look just above it on the first

## Page 207

1    page of Exhibit 162 --

2  A   Uh-huh.

3  Q   -- and he writes "Certainly shores up Thad's

4    district well."

5    Did you understand that to be a reference

6    to the voting history in that area?

7  A   I'm reading the entire email.

8    The emails don't give the specific

9    context.

10  Q   He then says he anticipates a problem coming from

11    Dave Kamp.  What was that, as best you can recall?

12  A   Well, just -- I don't recall anything other than

13    what his email says here, giving up Osceola where

14    he has strong supporters, not getting Wexford that

15    I believe he was hoping for.  That's -- and then

16    taking all of Shiawassee, which he wanted out, and

17    picking up Ionia that he was not keen on."

18    That's -- I don't recall that.

19  Q   What's the political composition of Ionia?  I'm

20    trying to understand why he wouldn't have been keen

21    on it.

22  A   Well, I think Ionia would be considered a

23    Republican county.  It has county-wide elected

24    Republicans and a county commission that's majority

25    Republican.

## Page 208

1  Q   Do you know of any reason why he wouldn't have been

2      keen on having that in his district?

3  A   **No. All the districts -- or all the counties**

4      **mentioned here elect Republicans largely at the**

5      **local level, at the county level, so he had some**

6      **preference clearly other than the partisan makeup**

7      **for not wanting them in his district.**

8  Q   Uh-huh. You respond to that a few minutes later

9      and you write "The northern and central counties

10     can be played with to accommodate Kamp."

11         What did you mean by that?

12  A   **Okay, what I recall that meaning would be given the**

13     **small populations of northern -- or central**

14     **Michigan counties, that they could -- there could**

15     **be alternate configurations that wouldn't have any**

16     **impact on the Apol criteria.**

17  Q   Not long after that Jamie Roe wrote you back and

18     said that the response from Rogers' off ce was not

19     good, "Thad gets beefed up at our expense once

20     again."

21         What did you understand that to mean?

22  A   **I don't know. Without seeing a map and without**

23     **having greater context, I don't know what he's**

24     **referring to.**

25  Q   Is t fair to assume that Rogers' off ce thought

## Page 209

1      that McCotter was getting more Republican

2      supporters on the proposal?

3  A   **I don't believe so because that -- that wasn't the**

4      **case. I think Rogers' concern was representing**

5      **more of the territory that he had been representing**

6      **in Congress.**

7  Q   When Jamie Roe wrote "They lose good stuff in

8      Rochester Hills," what did you understand that is

9      to mean?

10  A   **Again, I don't have the context of this and there's**

11     **no plan attached to this. I don't know.**

12  Q   What did you understand him to mean by "the bad

13     part of Clinton County"?

14  A   **I don't -- I don't know what that would mean.**

15  Q   Or "the bad part of Bath and Dew tt"? Do you have

16     any opin on on that at all?

17  A   **No.**

18  Q   Well, the next sentence is pretty clear, isn't t?

19     "Rogers loses full 1 percent on the McCain number

20     and Thad picks up 1.5 percent"?

21  A   **Uh-huh.**

22  Q   That's an express reference to voting results,

23     correct?

24  A   **Yes, Jamie made a reference to that.**

25  Q   In response you offer to change the Clinton County

## Page 210

1      port on in the email stamped 4:09 p.m., correct?

2  A   **Uh-huh.**

3  Q   And you offer to move boundaries around in

4      Rochester Hills, correct?

5  A   **That's what -- yes, that's what the email says.**

6  Q   D d you do calculations of what those adjustments

7      would do in terms of the McCain numbers?

8  A   **I don't recall.**

9  Q   Do you think t's likely?

10  A   **The software would have done calculations any time**

11     **a map of any kind was drawn.**

12  Q   Given that Jamie was honed in on Rogers and Thad

13     wrangling over McCain numbers for the proposed

14     distr cts, don't you think you paid attention to

15     that?

16  A   **I don't recall.**

17  Q   Okay. The last email appearing at the top of the

18     first page in the evening of May 16 ment ons that

19     Jim Brandell and Jamie Roe will be in town on

20     Thursday morning for the redistricting meeting.

21         By May 16, what sort of things were being

22     discussed in these meetings?

23  A   **I'm not sure, and I don't know that -- I don't**

24     **recall ever being at a meeting with Jamie or Jim.**

25  Q   What did you discuss w th Jamie after that meeting

## Page 211

1      in May 2011?

2  A   **I don't -- I don't know. I don't know if I**

3      **discussed anything with him after that. I don't**

4      **know that I was at a meeting.**

5  Q   In that second half of May, how often did you meet

6      with Jamie Roe?

7  A   **I don't recall meeting with him other than to talk**

8      **via email, or perhaps on the phone.**

9         **(Deposition Exhibit Number 163**

10        **was marked for identification.)**

11  Q   (MR. TONER) The three emails in Exhibit 163 are all

12     from May 17, 2011, correct?

13  A   **There's two -- wait -- three emails, four emails.**

14     **Yes, they all have that date.**

15  Q   Is it fair to say that on that date you had

16     continued to do some work in configuring the

17     congressional districts to try and satisfy the

18     representatives of these two congressmen?

19  A   **I see that here's a revised version of yesterday's**

20     **map, so it looks like I continued along.**

21  Q   At the bottom of that first page you say that you

22     have included a chart showing election data of the

23     plan compared to the 2001 and current distr cts,

24     and you wr te "All GOP seats improve except

25     Congressional Distr ct 2 and 3" --

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 212

1   A   Uh-huh.

2   Q   -- right?

3   A   Uh-huh.

4   Q   What was it about this draft that helped you

5       achieve close adherence to the Michigan statute?

6   A   The fact that it minimized county splits and

7       municipal splits to the extent possible. Any

8       changes that would have been made between versions

9       would have had no effect on that.

10  Q   Right. And neither of those points has anything to

11      do with including McCain and Bush election data for

12      your draft, does it?

13  A   No, but as I've said before, that's likely in

14      anticipation -- either directly answering and

15      providing material information or anticipating that

16      it would have been asked for if I didn't provide

17      it.

18  Q   I mean, these election result questions are coming

19      up day after day as you interact with the

20      congressional staff, aren't they?

21  A   Yes, and, as I mentioned before, that very few

22      people spoke Apol criteria as a language, but they

23      did understand the translation into such things as

24      population, census demographics, and political

25      data.

## Page 213

1   Q   Help me understand the patch you made there in your

2       2:24 p.m. email to Jamie. You write "Not many ways

3       to do it with both Lansing and East Lansing in it,

4       but it doesn't get worse, and it's a far sight

5       better than the one he first won back in 2000."

6       What did you mean by that?

7   A   That was -- appears to be an answer to a question

8       about certain -- some political data, I don't know

9       what, but it could be census demographic data as

10      well.

11  Q   Really?

12  A   It could be.

13  Q   So when Jamie wrote "So the Rogers district does

14      not improve at all," and you wrote back about the

15      district not getting worse and a far sight better

16      than the one he actually won in 2000, you think

17      that was about population data?

18  A   I didn't say population data, I said demographic

19      data. I don't know, it doesn't indicate.

20  Q   Okay. What kind of demographic data? Age? Race?

21      Sex?

22  A   The Census Bureau released data PL 94-171 all

23      across the country and it included, I don't know,

24      probably a couple hundred categories of demographic

25      data from housing ownership to income to education

## Page 214

1       to race.

2   Q   And in your judgment, this draft you had worked up

3       would improve the incumbents' chances, right?

4       "It's a far sight better than the one he won in

5       2000" based on what you knew about those voters?

6   A   Again, I don't have the context from, you know, an

7       email seven years ago. I don't know exactly what I

8       was referring to.

9           (Deposition Exhibit Number 164

10          was marked for identification.)

11  Q   (MR. TONER) Please take a look at the emails on the

12      first page of Exhibit 164 and the attached invoice,

13      and my question is whether you recall sending out a

14      bill at that time to a wireless communications

15      trade organization.

16  A   I do not.

17  Q   How was this trade organization involved in

18      redistricting in May of 2011?

19  A   I don't know other than what's listed here on the

20      invoice.

21  Q   Have you been -- were you involved in fundraising

22      directed at that organization?

23  A   I was not.

24  Q   Do you know if Steve Linder was?

25  A   Steve Linder was involved in fundraising.

## Page 215

1   Q   Right, but did you recall discussing with him or

2       seeing documents that suggested he may have been

3       trying to get money from the wireless

4       communications folks?

5   A   I don't recall other than what you've just handed

6       me here.

7   Q   MRRI was -- its operations were devoted to

8       redistricting, correct?

9   A   I don't have -- I don't know of their articles of

10      incorporation. I don't -- I don't have knowledge

11      of that.

12  Q   No, but it's right in the title of the

13      organization. Michigan Redistricting --

14  A   Yes.

15  Q   -- Resource Institute?

16  A   Yes, it was certainly related to redistricting.

17  Q   And certainly if the CTIA, the wireless

18      association, paid the $5,000 bill you sent out, it

19      would have helped the operations of the MRRI

20      organization, helped fund them, right?

21  A   Yes, that's what the email -- or the invoice

22      indicates.

23  Q   What other trade groups paid MRRI in 2011?

24      MR. ELLSWORTH:  I'm going to object

25      unless you lay a foundation and establish that he

**Deposition of Jeff Timmer Vol. II - 8/29/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

## Page 216

1    knows what the donations were.

2  Q  (MR. TONER) Do you recall sending out other

3    invoices to other trade organizat ons?

4  A  **No, I don't recall sending out any invoices.**

5  Q  Do you have any reason to believe you didn't send

6    this one?

7  A  **No.**

8  Q  Who is J. Carpenter, and if you can tell me the

9    full name there, at CTIA?

10  A  **I don't know.  I don't know that person.**

11    Jot Carpenter I guess is what the invo ce says.

12  A  **I see that, and I still don't know who that person**

13    **is.**

14  Q  Okay.  Who is Mattie Timmer?

15  A  **She's my wife.**

16  Q  What does she do?

17  A  **Currently or what did she do in 2011?**

18  Q  Let's go with 2011.

19  A  **She was working at the Sterling Corporation.**

20  Q  Doing what?

21  A  **Primarily fundraising related to candidates.**

22  Q  Do you recall any candidates in particular?

23  A  **No, no.  It would have been legislative candidates,**

24    **perhaps federal candidates at the time.**

25

## Page 217

1    (Deposition Exhibit Number 165

2    was marked for identification.)

3  Q  (MR. TONER) Let's go to the second page in the

4    middle of Exhibit 165, page 2, Bates Number 795?

5  A  **Uh-huh.**

6  Q  Bob LaBrant wrote you and others and said "Jim, we

7    will accommodate whatever Dave wants in his

8    district even if I am for longer a constituent.

9    We've spent a lot of time providing options to

10    ensure we have a solid 9-5 delegation in 2012 and

11    beyond."

12    Do you agree with that?

13  A  **Do I agree it says that, yes.**

14  Q  Do you agree with the fact that MRRI and Sterling

15    Corporation both spent a lot of time providing

16    options to ensure a solid 9-5 delegation in 2012

17    and beyond?

18  A  **No.**

19  Q  Why not?

20  A  **Because I don't agree with that.**

21  Q  Well, what did you do to correct the man?

22  A  **I don't know that I did anything to correct him.**

23  Q  Did he often say things that you disagreed with?

24  A  **I imagine, as anybody does.**

25  Q  About the work that MRRI and Sterling Corporation

## Page 218

1    had been doing, d d he often say things that

2    weren't true?

3  A  **Not that I recall.**

4  Q  But you believe this was a misstatement, "working

5    to make a sold 9-5 delegat on that would last

6    beyond 2012"?

7  A  **I can only answer what I know and what I was doing,**

8    **and that was trying to apply the Apol criteria and**

9    **then neutral criteria in a way that would secure**

10    **votes necessary for passage.**

11  Q  And did those options you prepared help ensure that

12    the Republicans would have a solid 9-5

13    congress onal delegation?

14  A  **I think that would be in the eye of the beholder.**

15  Q  In your eye as an offered expert in this case and

16    the person who spent the most time drawing those

17    districts --

18  A  **Uh-huh.**

19  Q  -- did he misstate that?

20  A  **That has been the result in the election since.**

21  Q  Right.  And he says the options were provided to

22    ensure that we have a sol d 9-5 delegat on.  And my

23    question, sir, is whether your fine work was

24    intended to help ensure that outcome.

25  A  **I didn't intend it to be that way.  I had a**

## Page 219

1    **specific task, and I followed it.**

2  Q  And d d you take any steps to correct  t?

3  A  **I don't know.  I have an email chain here.  I don't**

4    **know if there's anything beyond it.**

5  Q  Please read  t.  If I don't see any correct ons in

6    here, and if I missed something, I hope you'll tell

7    me.

8  A  **I don't see anything in this chain.**

9  Q  On the first page of Exhib t 162 Jamie Roe wrote to

10    you --

11  A  **162?**

12  Q  Yeah.  Do I have the number wrong?  Exhibit 165,

13    the one we were just talking about.

14  A  **Okay.**

15  Q  Center of the first page, please.  Jamie Roe has an

16    email to you, Jim Brandell, and Bob LaBrant --

17  A  **Uh-huh.**

18  Q  -- and it discusses Sterling Heights.  Where is

19    Sterling Heights in the state of M chigan, roughly?

20  A  **In Macomb County.**

21  Q  Okay.  And he wr tes that "We would like to keep

22    the strip between Mound and VanDyke all the way to

23    16 Mile."

24    Would that be an extension to the south?

25  A  **Sterling Heights has a roughly north-south split in**

**Deposition of Jeff Timmer Vol. II - 8/29/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

---

Page 220

1    the congressional plan.

2  Q    So that -- he goes on to say that "so that we can

3    continue to represent General Dynamics, the

4    Chrysler plant, and the Ford transmission plant."

5    Are those all industrial facilities in

6    that area?

7  A    I understand them to be.

8  Q    And folks don't vote where they work, do they?

9  A    No.

10  Q    It's based on their residence.

11    So why was it so important to include

12    these large corporate facilities in the district?

13  A    That would be a question for Jamie.

14  Q    Do you think that makes it easier to raise money as

15    an incumbent congressman if you've got General

16    Dynamics, the Chrysler Corporation, and the Ford

17    Motor Company in your district?

18  A    Again, you'd have to ask Jamie.

19  Q    After you received that request from Jamie, you

20    actually prepared a revised plan to accommodate the

21    request; isn't that true?

22  A    It is.

23    (Deposition Exhibit Number 166

24    was marked for identification.)

25  Q    (MR. TONER) Do you recognize Exhibit 166 as a

---

Page 221

1    thread of emails between you and Jamie Roe on May

2    24 of 2011?

3  A    Yes, it appears to be.

4  Q    And at that time Mr. Roe asked you for a block file

5    of data in order to provide t to the NRCC,

6    correct?

7  A    Yes, at the bottom of the page.

8  Q    And you accommodated that request and gave him the

9    information, true?

10  A    Yes, I did, uh-huh.  Yes, it looks here that I did.

11  Q    Okay.  D d you prepare that using the Maptitude

12    software?

13  A    That would have been, I think, the only way I could

14    have produced it.

15  Q    Okay.  Thanks.  Did you know anything more about

16    that request other than the fact that

17    national-level Republ cans wanted it?

18  A    No.

19    (Deposition Exhibit Number 167

20    was marked for identification.)

21  Q    (MR. TONER) Who is Tonya Schuitmaker?

22  A    A state senator.

23  Q    Republ can?

24  A    Yes.

25  Q    At the bottom of Exhib t 167 you wr te "Bob and I

---

Page 222

1    are meeting Monday to settle up."  What were you

2    settling up about?

3  A    I have no recollection.

4  Q    Steve Linder writes that "State Senator is beyond

5    pissed about her distr ct that she claims she is

6    not in.  Really bitched Randy out."

7    Who do you think Randy was?

8  A    Randy Richardville.

9  Q    Was she correct about that, not being in the

10    proposed distr ct?

11  A    The district she was elected in in 2010 changed

12    significantly with the Senate map.

13  Q    And was she cut out of her old distr ct?

14  A    The Michigan Constitution or statute, I'm not sure

15    which, requires legislators to live in their

16    district.  She couldn't be cut out of it.

17  Q    Were you worried that with eight or nine county

18    breaks a court would throw out the plan you had

19    devised?

20  A    The direction that we had was to adhere to the Apol

21    criteria to the extent we could do that given our

22    human limitations, and this was an example of

23    satisfying the desires of Tonya Schuitmaker would

24    have added county breaks.

25  Q    Your words on that day were "Soon instead of six

---

Page 223

1    county breaks we have eight or nine and the court

2    shit-cans the plan," right?

3  A    Uh-huh.

4  Q    That's what you wrote?

5  A    That's what it says here, yes.

6  Q    And wasn't that an express on of your view that

7    with that number of breaks, a court might very well

8    overrule the plan?

9  A    That appears to me to be offering legal advice to

10    Steve Linder, for what that's worth.

11  Q    And that was, though, your strong view at the time,

12    right?  I haven't seen another email that says

13    "shit-cans."

14  A    I don't recall the mood I was in when I wrote this.

15    11:09 p.m.  Steve might have awakened me.

16  Q    Fair enough.

17    How many county breaks were in the final

18    plan?

19  A    Six in the Senate plan.

20    (Deposition Exhibit Number 168

21    was marked for identification.)

22  Q    (MR. TONER) Do you recall preparing this email and

23    attachment around June 2, 2011?

24  A    I do not recall.

25  Q    Sure, but any reason to think you didn't do t?

---

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

---

Page 224

1    A    No.
2    Q    The email is sent from and to your own email
3         address at Sterling Corporation, right?
4    A    Yes.
5    Q    I often do that so that others who are copied on an
6         email can't see who else I'm copying, sort of a way
7         to do BCC's without the copy recipients seeing
8         that.  Is that something you ever do?
9    A    I've used BCC before.
10   Q    I'm trying to figure out why you might have
11        formatted it that way.
12   A    I don't know.  I -- I don't know.
13   Q    Who was requesting an alternate for the lines
14        around Holland, Michigan, at that time?
15   A    I don't know.  I don't know if this is in regard --
16        I don't know what plan, House, Senate,
17        congressional, this is in regard to.
18             (Deposition Exhibit Number 169
19             was marked for identification.)
20   Q    (MR. TONER) You might want to keep that last
21        exhibit handy --
22   A    Okay.
23   Q    -- because Exhibit 169 has the same date, June 2,
24        2011 --
25   A    Uh-huh.

---

Page 225

1    Q    -- and it's titled "Regarding Holland."
2    A    Okay.
3    Q    It also has a bit of a map attached.
4             Does that help refresh your recollect on
5         on what was going on at the time concerning
6         Holland?
7    A    Yes.
8    Q    What do you recall?
9    A    I recall that the -- what became the 6th
10        Congressional District in the enacted plan was
11        roughly 2,000 people too large, and that 2,000 or
12        so people from Allegan County needed to be shifted
13        into the second district, and that this pertains to
14        where that split within the city of Holland would
15        occur to bring both districts into population
16        compliance.
17   Q    Were you able to manipulate the spl t in order to
18        include Herman Miller, LG Chem Michigan, Haworth,
19        Inc., and Holland Christian High School?
20   A    I don't know if I was or not.  I see those
21        addresses listed here.  I don't know where those
22        addresses are on this map or if that -- on the
23        final map that was enacted where those businesses
24        are.
25   Q    At the bottom of the first page of Exhibit 169 you

---

Page 226

1         write "Is Upton cool with it?"
2             Who is Upton?
3    A    Congressman Upton.
4    Q    Do you recall if he was cool with it?
5    A    I have no idea if he was cool with it or not.
6             (Deposition Exhibit Number 170
7             was marked for identification.)
8    Q    (MR. TONER) Exhibit 170 appears to be another email
9         from Jamie Roe to you about mapping, correct?
10   A    Yes, it's titled "Map."
11   Q    And he's asking about I take it McCotter's
12        congress onal district.  Is that true?
13   A    No, I believe it's Candice Miller.
14   Q    I'm sorry, Miller.  My bad.
15             Why was a finger drawn that would extend
16        down into the industrial area he's referring to?
17   A    I believe he's referring to the shape of the split
18        in Sterling Heights.
19   Q    And was that spl t drawn to satisfy the desire to
20        grab corporate facil ties in that area and include
21        them in the district, as requested here?
22   A    I don't know -- it doesn't refer to why he wanted
23        to extend to 15 Mile, it just indicates that the
24        territory involved has zero population.  It does
25        say "good companies."  That's -- I don't know what

---

Page 227

1         that refers to specifically.
2    Q    D d he later thank you for carrying this out?
3    A    I don't recall.  Perhaps, perhaps not.
4             (Deposition Exhibit Number 171
5             was marked for identification.)
6    Q    (MR. TONER) Is Grosse Pointe, Michigan, a
7         Republican or Democrat area?
8    A    I don't know that can be classified as either.
9    Q    Do you recall discussions in early June about
10        trying to include the Grosse Pointes in the
11        9th District?
12   A    No, other than the email here indicates that.  But
13        I should clarify the email doesn't indicate -- it
14        just says that this version includes the areas
15        known as the Grosse Pointes in the 9th.  It doesn't
16        say that that was, you know, a goal, it's just a
17        way to identify the map.
18   Q    If you look at the attached map, that's drawn so
19        that the 7th District on the very, I guess, eastern
20        edge of the state comes way down with sort of a
21        curved finger there, do you see that, next to the
22        lake?  Grosse Pointe Woods, Grosse Pointe Farms?
23             Oh, the 4th.  I'm sorry.
24   A    I do.
25   Q    Well, are we dealing w th water out here?

---

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

---

## Page 228

1    A   Yes, the blue would be water.

2        And I do see that this refers to Supreme

3    Court plans and not any of the enacted plans --

4    Q   Thank you.

5    A   -- from the title.

6    Q   Gotcha.

7        (Deposition Exhibit Number 172

8        was marked for identification.)

9    Q   (MR. TONER) Exhibit 172 is an email you sent to Bob

10   LaBrant in June of 2011, June 8 to be exact,

11   correct?

12   A   Yes.

13   Q   At that time, who was requesting this change?

14   A   I don't know what change this is.  I don't --

15   Q   If you look at the second paragraph, it says by

16   taking all of Auburn Hills away from McCotter, it

17   goes on to require splitting some other townships.

18       Does that help refresh your recollection?

19   A   No.  I'm reading the rest of it.

20       I don't recall this specific

21   configuration.

22   Q   And you don't recall who was requesting it?

23   A   No, I don't.

24   Q   You certainly thought it would be improper,

25   correct?

---

## Page 229

1    A   Correct.  With the application of the Apol

2    criteria, it added many unnecessary splits of

3    Independence, Orion, Oakland Township, just to name

4    three that are obvious here.

5    Q   You called it contrived, oddly shaped, and a good

6    candidate for the redistricting hall of shame?

7    A   I did say that.

8    Q   We don't have a scale on this map, but how skinny

9    is that little isthmus in the 14th District there?

10   A   Where?

11   Q   On page 2 right in the center of the diagram.

12   A   (Pointing) You're talking about up here?

13   Q   No.

14   A   Oh.

15   Q   Sylvan Lake, Keego Harbor, do you see that?

16   A   Yes.

17   Q   As I read it in terms of the color coding, the 14th

18   District would wrap around and go right through

19   that area right to the north to grab Pontiac and

20   include it in the district.

21   A   The 14th here in this map and in the enacted plan

22   includes Keego Harbor -- well, I can't say for

23   certain.  It includes at least Sylvan Lake if not

24   Keego Harbor.  I'd have to look at the map to

25   verify.  It might include Orchard Lake Village as

---

## Page 230

1    well.

2    Q   And how wide is that?

3    A   I don't know how wide it is.

4    Q   How wide is it in the enacted map?  More than a few

5    miles?

6    A   However wide the city boundaries are.

7    Q   Right.  What's your guess having lived here all

8    your life?

9    A   A matter of miles.

10   Q   Likewise, if we look over on the right at that

11   finger through Sterling Heights, are we talking

12   just a matter of a few miles there?

13   A   Yes.

14       (Deposition Exhibit Number 173

15       was marked for identification.)

16   Q   (MR. TONER) If we flip to the second page first, I

17   think that's the oldest email in this thread that

18   is Exhibit 173.

19   A   Uh-huh.

20   Q   And in it is Andy Keiser asking you for some sort

21   of election numbers for the proposed 8th

22   Congressional District?

23   A   He asked me to confirm CD numbers and data you

24   provided.  He refers to historical election data.

25   Q   You had already provided him data that showed the

---

## Page 231

1    proposed district would have produced 54.76 percent

2    for Bush in 2004?

3    A   That's what it indicates in his email.

4    Q   Do you have any reason to doubt him?

5    A   No.

6    Q   And I'm curious about what's at the bottom of the

7    first page, an email from you to Mr. Keiser that

8    afternoon of June 9.  You say, "I've asked that the

9    data be run and the legislative platform."

10       What were you doing there?

11   A   Well, I've mentioned before the shared election

12   history database prepared by the Eric Swanson

13   office -- I don't know what it was called -- that I

14   did not have access to.

15   Q   Got it.  So it's on the legislative platform?

16   A   Correct.

17   Q   Run these boundaries against the legislative

18   platform database?

19   A   Correct.  I did not have that.  My data was not

20   that precise.

21   Q   Were you able to get Mr. Keiser what he needed

22   around June 13?

23   A   I don't know.  Typically, if I said I would get

24   somebody something, I did.

25

---

**Deposition of Jeff Timmer Vol. II - 8/29/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

## Page 232

```
1              (Deposition Exhibit Number 174
2          was marked for identif cat on.)
3    Q    (MR. TONER) Exhibit 174 is another one of these
4         emails where you've emailed yourself at Sterling
5         Corporation, right?  From Jeff Timmer to Jeff
6         Timmer?
7    A    Yes.
8    Q    And do you know whether you BCC'd anyone on this
9         email?
10   A    I do not.
11   Q    It says that the attachment is an alt vers on.
12        What was  t an alternative to?
13   A    I don't even know what it's a version of before I
14        can answer that question.
15   Q    Go ahead and look it over.
16   A    It appears by the number to be a congressional
17        plan.  I have no idea any other context.
18   Q    If you look at the drawing of Distr ct 9, Bates
19        Number 946 in this exhib t, were you happy with
20        that proposed distr ct?
21   A    I don't recall that my feelings entered into the
22        thought process at the time.  I don't have any
23        idea.
24   Q    Were you proud of it?
25   A    Same answer.  I have no idea what I felt about the
```

## Page 233

```
1         district.
2    Q    As you looked over the political data that you
3         included there, did that make you happy?
4    A    I have no recollection.
5    Q    Well, let's take District 11 on the next page.  Is
6         that a district you're proud of drawing?
7    A    I have no recollection.
8    Q    Were you happy with the expected political results
9         there on the right side of the document?
10   A    No, I have -- I have no recollection of my
11        feelings.
12   Q    What about District 13?  Did you anticipate any
13        public relations problems from the shape of that
14        district or District 14 in this packet?
15   A    I have no recollection.
16             (Deposition Exhibit Number 175
17         was marked for identification.)
18   Q    (MR. TONER) Is Exhibit 175 an email you received
19        from Brian Began on June 14, 20011?
20   A    Yes, it's to Terry Marquardt and myself.
21   Q    What did you understand "No Wayne primary to
22        accomplish," this drawing?
23   A    I don't know.
24   Q    Well, Mr. Began wrote "Here's the map that we will
25        likely use as it doesn't primary to Dems in Wayne
```

## Page 234

```
1         County so long as they vote our way."
2              Does that help you recall what was going
3         on in terms of negotiations w th Democrats?
4    A    There -- there were negotiations with Democrats
5         that I'm aware of and referred to in my report from
6         June, and some of those Democrats in both the House
7         and the Senate who supported passage of the enacted
8         plans were from Wayne County.
9    Q    Were the Republicans threatening the Democrat c
10        incumbents that they would place two of them in the
11        same distr ct if they d dn't play ball?
12   A    I didn't -- not that I have knowledge of.  I don't
13        know.
14   Q    Is there anything about the Apol criteria that
15        would require the Legislature to avo d putting two
16        incumbents in the same district?
17   A    There may have been circumstances required to get
18        votes for passage.
19             The Apol criteria could necessitate, you
20        know, if -- minimizing county breaks or municipal
21        breaks could result in incumbents being paired.
22   Q    Right.  And does the statute or the correspondence
23        back in 1982 say that it's important to try and
24        avoid pairing incumbents against one another?
25   A    No.
```

## Page 235

```
1              (Deposition Exhibit Number 176
2          was marked for identification.)
3    Q    (MR. TONER) Exhibit 176 is a thread of emails
4         between you and Stu Sandler and Bob Schostak,
5         correct?
6    A    Yes.
7    Q    And you've attached to your email proposed
8         boundaries for Congressional District 11; is that
9         right?
10   A    Yes.
11   Q    And your software provided you w th a breakdown of
12        what the voting results would be in that proposed
13        distr ct, correct?
14   A    Not what the results would be but what the
15        historical behavior of that district would have
16        been.
17   Q    Thank you.  And each of those results is expressed
18        as a Republican vote share, is it not?
19   A    Well, one of them refers to demographic race data.
20   Q    Each of the election result figures refers to
21        Republican vote share, correct?
22   A    Correct.
23   Q    Thank you.  Do you recall following up with Bob
24        Schostak to walk him through this proposal for
25        Distr ct 11?
```

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 236

1    A    I do not.

2    Q    Do you recall whether Mr. Schostak or Mr. Sandler

3         expressed any concerns about the shape of your

4         proposal?

5    A    No.

6              (Deposition Exhibit Number 177

7              was marked for identification.)

8    Q    (MR. TONER) Is Exhibit 177 a thread of emails

9         between you and Jeff -- you and Jamie Roe primarily

10        concerning the configuration of Sterling Heights in

11        the proposed congressional district?

12   A    It looks to be.

13   Q    And you prepared the last two documents on this

14        exhibit, right, using Mapt tude, both a version

15        without the street names and another version that

16        has the street names, correct?

17   A    That appears to be correct, yes.

18   Q    All right.  Were you able to accommodate the

19        request to configure this finger of terr tory the

20        way Jamie and Cand ce were requesting?

21   A    I don't know for certain that it met everything

22        that they had requested in this chain or others

23        that you have shown me.  I do know that by the --

24        that the configuration that was enacted contained

25        the minimum number of splits of cities or

Page 237

1         townships, and how that split in Sterling Heights

2         was precisely arrived at to achieve the population

3         equality between the 10th and the 9th District -- I

4         don't know if this is a final version or not.  I'd

5         have to match this up and probably look at greater

6         detail than exists on those maps.

7    Q    One second.  I'm going to hand you the map.

8              Can you find the finger in there in the

9         detailed insert on that map?

10   A    I see what looks to be that shape here, but this

11        northeast corner of Sterling Heights is different.

12   Q    Right.  It's a little more jagged, isn't it, in the

13        enacted version?

14   A    It is.  It's just different.  I don't know if it's

15        less or more jagged.

16   Q    In terms of the finger discussed in this email,

17        would you say that's close enough for government

18        between your proposal and the enacted vers on?

19   A    I -- I can't tell if this extends as far as that

20        does or if this is a previous iteration.

21              I do know that the strange -- when you

22        get into southeast Michigan, and Wayne and Oakland

23        and Macomb Counties especially, you have compact

24        population and you have strange municipal

25        boundaries evident in the maps you've shown me from

Page 238

1         the 11th District, from the 13th and the 14th, and

2         that required some what Justice Levin in his 1982

3         correspondence would refer to as districts that are

4         displeasing to the eye.

5    Q    Right.  But to be fair, what we're talking about on

6         the finger is industrial facilities with

7         essentially no or very l ttle populat on, but

8         rather there are some "good companies in there that

9         we would like to grab" wrote Jamie on the 15th --

10        on June 2?

11   A    Jamie did write that.

12   Q    Yeah.  And when you wrote to Jamie on June 15, you

13        said "Please confirm if this is good for you and

14        Candice," and then he responded that evening

15        "Perfect."

16              Was that ambiguous in your mind?  Page 1

17        at the top.

18   A    No, that looks like they were satisfied.

19   Q    More than satisfied, wouldn't you say, since he

20        writes "It's giving the finger to Sandy Levin"?

21   A    He did write that.  I've read that in news

22        accounts.  But that's not -- that's also not the

23        district -- or the configuration that was enacted

24        into law.

25   Q    Pretty close, though, in terms of the finger,

Page 239

1         right?

2    A    There are some differences.

3    Q    There are?

4              Do you consider them material in terms of

5         grabbing the industrial area they were hot to get

6         because of which corporations have facilities

7         there?

8    A    That I don't know.  I never looked at where

9         companies were located.  I took their word.

10             (Deposition Exhibit Number 178

11             was marked for identification.)

12   Q    (MR. TONER) Is Exhibit 178 a thread of emails

13        between you and Jamie Roe covering a period of June

14        2 through June 16, 2011?

15   A    It appears to be.  I don't know if it's inclusive

16        or different of any of the previous exhibit.

17   Q    At the bottom of the first page of this exhibit

18        Jamie wrote, he says, "Hate to be a pain in the

19        ass, but is there any way to include that little

20        notch in the northeast corner south of 19 Mile

21        maybe down another half mile?"

22             Were you able to accommodate his request?

23   A    I don't know.

24   Q    Well, in the response you sent two minutes later

25        you wrote "I'm happy to accommodate you and

## Page 240

1    Cand ce," right?

2  A  I do say that there.  I don't know if I did.  I

3    don't know if I could without -- without other maps

4    being shown.

5  Q  When you wrote "You're turning into Jack Daly,"

6    what d d you mean?

7  A  Frequent suggestions on changes to districts.

8         (Deposition Exhibit Number 179

9         was marked for identification.)

10  Q  (MR. TONER) Speaking of Jack Daly, do you recognize

11    Exhibit 179 as an email that he sent to you on June

12    16 t tled "I know you'll like this one"?

13  A  I don't recall the specific email or attachment.

14  Q  Any reason to think you didn't get it?

15  A  No.

16  Q  Did you like this one?

17  A  I don't have any recollection.

18  Q  What does it mean "Obama plural ty instead of

19    majority with no extra breaks"?  What d d that mean

20    to you?

21  A  I would assume that he meant Obama had more votes

22    in this configuration but not a majority.

23         This isn't the adopted plan, so I don't

24    know -- like -- Jack sent a lot of emails and a lot

25    of suggestions.

## Page 241

1  Q  Were these being prepared in his office or at the

2    R&C or somewhere else?

3  A  I have no idea.

4  Q  Had it been adopted, would  t have affected

5    Democrat c pol t cal strength in that area?

6  A  I don't know, there's only one district shown.

7         (Deposition Exhibit Number 180

8         was marked for identification.)

9  Q  (MR. TONER) Did you send an email to Stu Sandler on

10    June 15 discussing a proposed configuration of the

11    9th District?

12  A  I forwarded an email from Jack -- an unsolicited

13    email from Jack Daly making such a proposition.

14  Q  And what was your reaction to the proposal?  Did

15    you think it had a chance?

16  A  I think it paired two incumbents that would have

17    had a problem with retrogression in the Voting

18    Rights Act, and I think it added a county break and

19    would have had a problem with the Apol criteria.

20  Q  D d you make any effort to talk Jack Daly out of

21    such proposals at that time?

22  A  I tried to avoid making eye contact at that point

23    in time.

24         (Deposition Exhibit Number 181

25         was marked for identification.)

## Page 242

1  Q  (MR. TONER) D d you receive some proposed maps that

2    were being circulated by Pete Lund around June 16?

3         Just strike the question.

4         What was being discussed in this thread

5    of emails that is Exhibit 181?

6  A  I'd need to take a second to refresh.

7  Q  Thank you.

8  A  This appears to be something related to

9    dissatisfaction with -- by Justin Amash that we had

10    discussed earlier today.

11  Q  When you wrote Dan McMaster late on Thursday, June

12    16 "Good idea.  Let's diminish the gains in

13    Benishek and Walberg.  Oh, and let's piss off

14    Kamp," were you being sarcastic?

15  A  It seems that I was.

16  Q  When LaBrant responded and said, "This guy is

17    nuts," d d you agree w th him?

18  A  I wished I had a Facebook like button.

19         (Deposition Exhibit Number 182

20         was marked for identification.)

21  Q  (MR. TONER) Exhibit 182 is another one of those

22    what I'll call slightly mysterious emails that you

23    sent to yourself apparently.  Can you tell me what

24    was attached?

25  A  No other than what the attachment is labeled.

## Page 243

1  Q  Can you tell me what happened to the attachment?

2  A  No, if it wasn't attached to the email.

3  Q  Okay.  What does "VAP data" refer to, as best you

4    can recall?

5  A  The acronym would refer to voting age population.

6  Q  Any educated guess about what area we're talking

7    about here?

8  A  No.  I mean, it could be any of the plans,

9    congressional, House, or state, I have no idea.

10    Could have been raw data, just numbers of, you

11    know, population, I don't know.

12         MR. KNAPP:  Now would be a good time for

13    a break, Kevin --

14         MR. TONER:  Sure.

15         MR. KNAPP:  -- or any time in the near

16    future.

17         MR. TONER:  Now is fine.

18         (Break taken at 2: 46 p.m.)

19         (Break concluded at 3:03 p.m.)

20         (Deposition Exhibit Number 183

21         was marked for identif cat on.)

22  Q  (MR. TONER) Mr. Timmer, I want to ask you a few

23    questions about the 3rd Congressional Distr ct and

24    when you communicated with Greg McNeilly in June of

25    2011, specifically around the 18th of that month,

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 244

1    about some objections Congressman Amash might have
2    been making.
3    A    Yes.
4    Q    Do you recall that, generally?
5         We have in front of you Exhibt 183.  Do
6    you recognize that as an email that Greg McNeilly
7    sent you and a response that you sent to him along
8    with a couple of attachments?
9    A    Yes.
10   Q    And then after sending that, am I right that you
11   forwarded this on to Daniel McMaster?  Is that
12   true?
13   A    Yes.
14   Q    Mr. McNeilly's email there at the bottom of the
15   first page is at FightHard.com.  Are you familiar
16   with Fight Hard?
17   A    No.
18   Q    Do you think that might be one of the DeVos
19   operatons?
20   A    I don't know.
21   Q    Okay.  When McNeilly wrote "Amash is concerned with
22   Calhoun, and LaBrant suggested I touch base with
23   you," did you understand that to be a concern about
24   weakening Republican support by adding Democrats
25   from Calhoun into the 3rd Distrct?

## Page 245

1    A    No, I took it to mean that adding recently former
2    Congressman Mark Schauer into the district was a
3    concern.
4    Q    Well, what would adding that one former congressman
5    to the district have to do with provding this
6    baseline election data that is referenced in your
7    email in the middle of the page?
8    A    He asked me for it and I provided it.
9    Q    Okay.  So this is the baseline information that you
10   had there in the middle of the page and on these
11   attachments?
12   A    It appears to be.
13   Q    The attachments showing election results for the
14   proposed distrcts covering a period 2006 to 2010,
15   is that information you assembled from the
16   Mapttude software?
17   A    It's information that the software would have
18   automatically calculated and that I provided per
19   the request.
20   Q    And then dd you send this on to Mr. McMaster so
21   that he might compare your information to the more
22   accurate and offcial election data that he had
23   access to?
24   A    I don't -- I don't recall.  I don't know what -- I
25   don't recall sending it to Dan or -- I do know that

## Page 246

1    the Amash objections came as the House, the State
2    House, was -- right before they were beginning to
3    take action on the legislative or congressional
4    plans, or both.
5    Q    The configuration of the 3rd Distrct that the
6    House was about to enact would have still shown
7    strong Republican support in the 3rd Distrct,
8    right?
9    A    Well, it shows that there were -- this shows the
10   election history in what I called the old 3rd
11   versus new 3rd, and there are several elections in
12   which Republicans -- Republican candidates did well
13   and at least one where they didn't.
14   Q    The one being the year Barack Obama was elected?
15   A    Correct.
16   Q    I think in the pror email, at least one version of
17   the 3rd Distrct you described as the second best
18   Republcan distrct in the state of Michigan,
19   right?
20   A    I recall you asking me that, and it does say that
21   here --
22   Q    Ah, t says t also here.
23   A    McNeilly's email says that.  I don't know that I
24   make any such conclusion.
25

## Page 247

1         (Deposition Exhibit Number 184
2         was marked for identifcaton on.)
3    Q    (MR. TONER) Exhibit 184 appears to be two emails
4    from you and two from Terry Marquardt on June 20
5    and June 21, 2011, correct?
6    A    Yes.
7    Q    What were the draft congressional plan comparison
8    talking points?
9    A    The comparison seems to be -- include nine Benson
10   plans and the Sarpolus plan.  That's all I -- the
11   only context I have.
12   Q    What did you contribute to fine-tuning the talking
13   points?
14   A    My -- my role with regard to the interaction with
15   the Senate or House plans would have been regarding
16   the Apol comparison of the plans, the congressional
17   as well.  That's -- that's the role I would have
18   played in such a comparison.
19   Q    Do you see any reference to any lawyers or law
20   firms here in your email who represented ether you
21   or Sterling Corporation?
22   A    Well, I see reference to attorneys.  I guess I
23   don't know how to answer the question.
24   Q    Was your attorney on the list?
25   A    You are my attorneys in this.  I don't know how to

## Page 248

1    answer that.

2  Q   Certainly Mr. Ellsworth is here to help you

3      today --

4  A   Right.

5  Q   -- but was he acting as your attorney, as you

6      understood it, back in June of 2011?

7  A   I don't recall thinking about it.

8  Q   Do you recall ever seeing an engagement letter

9      between Sterling Corporation and D ckinson Wright?

10 A   No.  I was working with the Legislature and MRRI.

11 Q   And were you able to provide Mr. Marquardt data

12     showing population and racial breakdown as he

13     requested?

14 A   I know nothing other than the -- what the email

15     indicates, that it says information is attached.

16 Q   Yeah.  Your email on June 20 at 8:56 p.m. says

17     "elect on data chart attached."

18         Do you know what happened to that?

19 A   No.

20 Q   Marquardt wr tes back in the wee hours and says

21     "Which numbers did you use to come up w th the

22     5-4-5 political breakdown?"

23         What was he referring to?

24 A   I don't know.

25 Q   What's your understanding of a 5-4-5 configurat on

## Page 249

1      or breakdown?

2  A   I assume it has a reference to partisanship.

3         (Deposition Exhibit Number 185

4         was marked for identification.)

5  Q   (MR. TONER) Is Exhibit 185 an email that you sent

6      to Robert LaBrant on or about June 28, 2011?

7  A   Yes.

8  Q   Were you seeking any legal advice from Mr. LaBrant?

9  A   I have no idea what this refers to.

10 Q   Were you providing any l tigation strategy to

11     Mr. LaBrant?

12 A   Based on what you've handed me, I have no context.

13 Q   Do you know what informat on you communicated to

14     him at that time?

15 A   No.

16 Q   Do you have any understanding of why this

17     informat on was redacted as part of the l tigation?

18 A   No.

19         (Deposition Exhibit Number 186

20         was marked for identification.)

21 Q   (MR. TONER) Go ahead and look over 186, and let me

22     know when you're done.

23 A   Okay.

24 Q   Do you recall receiving this email thread in

25     Exhib t 186 from Mr. Schostak around July 15?

## Page 250

1  A   I have fuzzy recollection of -- no, I don't

2      specifically recall this email.  I have a

3      recollection of in July there being some concern

4      mentioned about plans that had been adopted in

5      June.

6  Q   At the top of the second page Jon Cotton wrote "Can

7      we still have the map drawers draw a favorable

8      Republican district with the points all together?"

9         Do you know what district he was

10     referring to?

11 A   In my email I indicate the adopted State House

12     plan.

13 Q   You wrote back to Mr. Schostak there at the top of

14     the first page "I imagine those ten districts can

15     easily be withdrawn -- redrawn."

16         Were they, in fact, redrawn?

17 A   No, I don't think there were any changes to the

18     enacted plans as they passed the Legislature.

19 Q   If they had been redrawn, then would it have

20     changed that area from ten districts to nine House

21     distr cts?

22 A   No, it would have changed the number of

23     majority-minority districts.

24 Q   So one fewer majority-minor ty distr ct?

25 A   Correct.

## Page 251

1  Q   And was it your conclusion that that was very

2      likely to result in litigat on if that were to

3      occur?

4  A   I mention here that my concern would be going

5      through this exercise is what I wrote, would

6      possibly -- I'm referring to possible negative

7      implications and defer to the attorneys.

8         (Deposition Exhibit Number 187

9         was marked for identification.)

10 Q   (MR. TONER) What can you tell me about the last two

11     pages of Exhibit 187 from Mr. Ellsworth w th the

12     subject that says "Rejected Plans" and attached map

13     of District 5?

14 A   I have no recollection.

15 Q   When you sent your email to a number of people,

16     including Mr. Ellsworth, on July 13 and you said

17     "see below," do you think that was including that

18     map of District 5?

19 A   I don't know.

20 Q   Perhaps more likely after you got Dan McMaster's

21     email at the top of the first page and he said

22     "When you have a minute, could you please email me

23     your 5th District map with election numbers?" do

24     you think that last page is what you prepared and

25     sent to him on July 22nd?

## Page 252

1  A  I don't know. It's two days later.

2  Q  As of July 22nd, this drawing of District 5, is

3     that pretty much the final district configurat on?

4  A  I don't know, I'd have to look there, but this is

5     long after -- this is a month after the plans were

6     enacted.

7  Q  Okay. When McMaster wrote "I've had a request from

8     someone," did you ever figure out who?

9  A  I have no recollection.

10         (Deposition Exhibit Numbers 188 and 189

11         were marked for identification.)

12  Q  (MR. TONER) D d Terry Marquardt provide you with a

13     list of incumbent addresses around August 4 of

14     2011?

15  A  It appears he did.

16  Q  And is 189 that list do you think?

17  A  It appears that there's a column here that says

18     "Addresses" and is redacted beneath, so . . .

19  Q  Right. The street addresses I assume were

20     redacted?

21  A  Correct.

22  Q  Do you agree?

23  A  It appears.

24  Q  And the first column would show whether it's a

25     Senate district, a House district, or -- let's

## Page 253

1     see -- just Senate or House Districts, right?

2  A  It appears that way, yes.

3  Q  Okay. And this document also tracks whether the

4     representative is -- or senator is a Republi can or

5     a Democrat, correct?

6  A  Does it? I don't see that it does.

7  Q  Look at the last four pages.

8  A  Oh.

9  Q  ZIP Codes and party?

10  A  Yeah, I do see that now, yes.

11         This looks like it could have come from

12     the Michigan manual, aside from the street

13     addresses.

14  Q  Do you know why Mr. Marquardt needed this -- or was

15     providing you this information at that time?

16  A  No.

17         (Deposition Exhibit Number 190

18         was marked for identification.)

19  Q  (MR. TONER) You have before you what's marked as

20     Exhibit 190 which appears to be an email thread

21     covering a period from July 30 through August 6.

22     Do you recall these communications?

23  A  Not specifically.

24  Q  If we go to the last page, there's an email there

25     from you to Stu Sandler; do you see that?

## Page 254

1  A  I do.

2  Q  And you write "Will you forward these to whoever at

3     GLEP was requesting"?

4  A  Uh-huh.

5  Q  What is that organization, GLEP?

6  A  Great Lakes Education Project.

7  Q  Do you know why these maps were provided to that

8     organization?

9  A  I do not.

10  Q  Do you know if that organization has a connection

11     to the DeVoses?

12  A  It has. I don't know if it does.

13  Q  Mr. Schostak appears to have sent you an email on

14     August 5 asking for the latest maps sent to the

15     governor for approval, right?

16  A  Yes.

17  Q  And do you know why that request was made?

18  A  I do not. I don't know that he indicates in here.

19  Q  Why did you wr te in your email there at the top of

20     the page "I'm not sure if you are aware. Please

21     keep this under wraps if you're not yet aware"?

22     And you go on to talk about ten districts in

23     Detroit.

24  A  Uh-huh.

25  Q  Why was that important to keep that under wraps?

## Page 255

1  A  I mentioned before earlier today that there were

2     negotiations with the legislative black caucus

3     prior to the governor signing the bills.

4  Q  So you were trying to keep the information that the

5     Republicans were sharing at least conf dential to

6     that extent, out of the press and away from the

7     black caucus?

8  A  I understood there were sensitive legislative

9     negotiations going on.

10  Q  When you mentioned the Grosse Pointes wrinkle, what

11     were you referring to?

12  A  Perhaps the -- I don't recall specifically except

13     talking about the Grosse Pointes a couple of

14     exhibits ago. I don't know if it's related to that

15     or not.

16  Q  There's some good political donors in that area?

17  A  I know that Jon Cotton lived in that area based on

18     that email chain.

19  Q  And you close your email talking about the GP

20     dollar sign, dollar sign folks. Who are you

21     talking about there?

22  A  Presumably Jon Cotton.

23         MR. TONER: I'll take a couple minutes to

24     just look through my briefcase. We may be done.

25         (Break taken at 3:27 p.m.)

## Page 256

1        (Break concluded at 3:30 p.m.)

2  Q  (MR. TONER) Mr. Timmer, as you reflect for a second

3     on your answers to my questions today and a week

4     ago, are there any answers at this time that you

5     feel need to be corrected or supplemented in any

6     way?

7  A  Not that I can think of.

8        MR. TONER: You'll have an opportunity to

9     review the transcript and correct any typos, make

10    sure your testimony is accurate and complete. And

11    I thank you for your time. Those are all the

12    questions I have at this time.

13       THE WITNESS: Okay.

14       MR. ELLSWORTH: I just have a few things

15    to clarify.

16        EXAMINATION

17  BY MR. ELLSWORTH:

18  Q  Mr. Timmer, did you attend meetings at Dickinson

19    Wright with the other map drawers?

20  A  Yes.

21  Q  Did you regard those -- the discussions in those

22    meetings as being confidential?

23  A  Yes.

24  Q  And during those meetings, did the map drawers you

25    included ask for and receive advice from the

## Page 257

1     lawyers, including Dickinson Wright?

2  A  Yes.

3  Q  You had indicated early on in this part of the

4    deposition today that there were some deviations

5    from the Apol criteria sometimes in order to get

6    votes; do you recall that?

7  A  Correct.

8  Q  Were those Republican votes, Democratic votes, or

9    both?

10  A  They were both. The passage of the plan included

11    Democrats in the Legislature who voted for passage

12    and Republicans who voted against it.

13  Q  Okay. Now, those deviations, I'm going to ask you

14    just to move it along with respect to all three of

15    the maps, the congressional and the state -- the

16    state legislative maps, were those deviations from

17    Apol frequent? And I think you've covered a lot of

18    these in your report.

19  A  No, in the report I do. They're -- I regard them

20    as very few that -- there were very few instances

21    where the strict application of the criteria

22    weren't applied.

23  Q  Okay. You may have clarified this through

24    additional questions today but I'm going to ask

25    this anyway. The political partisan history

## Page 258

1    elect on data, how did you use it in drafting

2    congressional maps?

3  A  When drawing the maps I -- whether it was the --

4    your question is the congressional?

5  Q  On the congressional, yes.

6  A  That I -- I drew the maps to best satisfy the Apol

7    criteria. The political or election history data

8    was simply a derivative of that where it -- it was

9    what it was. It was -- it was a natural question

10    that people asked and I provided.

11  Q  A week ago there was a question that you answered

12    with respect to who was present in the map drawer

13    meetings at Dickinson Wright, and you mentioned the

14    Chamber of Commerce through -- State Chamber of

15    Commerce through Robert LaBrant: is that correct?

16  A  I mentioned LaBrant being there, yes.

17  Q  Was he there in his capacity as an employee of the

18    state chamber?

19  A  No, my interaction with Bob was with his role as

20    president of MRRI.

21  Q  And was MRRI a part of the Chamber?

22  A  No.

23  Q  The legislative -- the statutory criteria we

24    shorthanded to mean the Apol criteria, but I'm

25    going to call it the statutory criteria here for

## Page 259

1    the moment. The congressional statute is somewhat

2    different than the state legislative statute, isn't

3    it?

4  A  Yes.

5  Q  Would you just summarize those differences, not in

6    great detail, but just explain the basic

7    differences between the two?

8  A  Sure. The congressional criteria requires exactly

9    equal population of districts, does not allow

10    deviation in population between districts, and it

11    has, to the best of my recollection, no specific

12    requirement in there to shift the fewest number of

13    cities or townships when breaking a county line.

14    It has the same requirements or guidelines when it

15    comes to minimizing breaks at the county and

16    municipal level. Neither -- it -- the

17    congressional statute doesn't require compactness

18    of districts except in the one instance of Detroit

19    where a district can be drawn within a city.

20  Q  Are there any other cities in Michigan that

21    would -- that would -- where the compactness

22    criteria would apply?

23  A  In the congressional plan, no.

24  Q  Okay. Is protecting incumbents one of the criteria

25    under Apol?

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

## Page 260

1   A   It is not.

2   Q   You have testified here today, however, that you

3       d d take incumbency into cons deration w th respect

4       to some of the districts?

5   A   Yes, with -- yes.

6   Q   Would you explain why that is?

7   A   One is it was important to secure enough votes for

8       passage of a plan.  That was a key question that

9       legislators would often have is where do I live and

10      who else lives here, and also with regard to the

11      Voting Rights Act in the Congressional Districts 13

12      and 14 or the majority-minority districts in the

13      state legislative plans.

14  Q   Does the map drawer have more or less discretion,

15      in your opinion, under the congress onal standards

16      than the state legislative standards?

17  A   The congressional statute, again to my

18      recollection, does not include the specific mention

19      of shifting the fewest number of cities or

20      townships when breaking a county, though we did --

21      and I explain it in my report -- attempt to follow

22      that even though it wasn't a requirement.

23          So there -- there -- with regard to the

24      legislative plan, that being a very specific

25      criteria, it definitely limits the options.  In the

## Page 261

1       congressional statute it doesn't expressly limit

2       the options, but we chose to make it limiting.

3   Q   You were shown Exhib t Number 144 wh ch was the

4       proposal from Sterling made to MRRI.  You can take

5       a look at it if you want.

6   A   141 you said?

7   Q   144.

8   A   144.  Okay.

9   Q   Now, that proposal outlines -- and you've discussed

10      this in your previous testimony --  t outlines a

11      number of things that Sterling proposed to do in

12      connection with the redistricting project.  Was

13      that proposal accepted by MRRI?

14  A   It was not.

15  Q   What was MRRI employed to do by -- wa t a minute.

16          What was Sterling -- what were you

17      retained to do by MRRI?

18  A   In the proposal I was trying to upsell a

19      tremendous -- a broader variety of services that we

20      provide at Sterling.  LaBrant made it clear that he

21      wanted me to draw the congressional plans and

22      advise on the Apol criteria adherence of the other

23      plans.

24  Q   It was lim ted to that?

25  A   Yes.

## Page 262

1   Q   When did you first become involved with the 2011

2       redistricting project?

3   A   I only hesitate because it's hard to say when 2001

4       ended and 2011 began.

5          During -- before 2011 I spent a number of

6       years at the Michigan Republican Party involved in

7       planning and preparation and I would say officially

8       became involved and paid to be involved times

9       beginning 2009.

10  Q   And that was before the Exhibit 144 was --

11  A   Yes.

12  Q   -- presented to MRRI, wasn't it?

13  A   Yes.

14  Q   Who was paying you for that involvement?

15  A   MRRI.

16  Q   Were you -- were you attending meetings at that

17      point with members of the legislature?

18  A   Yes.

19  Q   Leadership or whom?

20  A   There would have been legislative leadership as

21      well as legislative staff.  Sometimes both,

22      sometimes just staff.

23  Q   By "leadership," that would include who?

24  A   The Senate majority leader and speakers of the

25      House.

## Page 263

1   Q   And the staff would be?

2   A   And the staff would have been people like Scott

3       Bean, Fred Hall, Terry Marquardt were Senate

4       examples.  In the House people like Suzanne Miller

5       Allen, Joe Baumann, Dan McMaster.

6   Q   All right.  I think most of those people have been

7       identified in var ous depos t ons, but Scott Bean,

8       what was his position w th the Legislature?

9   A   I don't -- I believe at one point Scott was the

10      deputy chief of staff to Randy Richardville.

11  Q   What role did he have w th respect to

12      redistricting?

13  A   He was my understanding was Randy's direct liaison,

14      and when Scott said, you know, this is what we'd

15      like to see, or this is what I'd like, that he was

16      conveying Randy's instructions.

17  Q   Did Suzanne Miller Allen have any role with respect

18      to redistr cting, if you know?

19  A   I think Joe Baumann and Dan McMaster were far more

20      involved than Suzanne, but I recall Suzanne being

21      involved in some of those meetings leading up to

22      2011.

23  Q   Okay.  At one point this afternoon you were asked

24      about potential opponents to whatever plan the

25      Legislature came up w th and you  dentified some

## Page 264

1 Democratic interests. Were there any Republican
2 interests that you and others were concerned about
3 opposing the plans?
4 **A Well, there were several legislators or congressmen**
5 **who at various times were -- there was concern**
6 **about as being opposed to. There were at least two**
7 **members of the State House who were Republicans**
8 **that voted against final passage of the plans, the**
9 **legislative plans and I believe congressional plans**
10 **both: Tom McMillin and Bob Genetski. There may**
11 **have been more that voted against it, I just recall**
12 **those two. We've talked about Thad McCotter and**
13 **Justin Amash in particular as being concerned and**
14 **at times opposed or threatening to be opposed and**
15 **disrupting the legislative process.**
16 Q Do you recall any newspaper editorials at the time
17 that the maps were being developed that complained
18 about the process?
19 **A I don't recall.**
20 Q But you mentioned that there were some public
21 complaints that were being made?
22 **A I recall complaints being made by partisans. I**
23 **recall complaints being made by Mark, by other --**
24 Q Mr. Brewer?
25 **A Mr. Brewer, I'm sorry, yes.**

## Page 265

1 Q Anybody else that you recall?
2 **A I don't specifically recall.**
3 Q The two minority-majority districts in the
4 congressional plan are the 13th District and the
5 14th District. Would you explain how those -- why
6 those districts were drawn the way they were?
7 **A In the three redistricting cycles that I've played**
8 **a part in in 1991 and '92 and in 2001 and again in**
9 **2011, at the congressional level we've -- there**
10 **have been two -- enough -- there's been enough**
11 **minority population in and around the city of**
12 **Detroit to configure congressional districts that**
13 **have a majority African-American population. And**
14 **so the sufficient population existed in 2011,**
15 **though during the 20-year period that I've**
16 **mentioned there, there has been a loss of**
17 **African-American population in Detroit and an**
18 **increase in African-American population in adjacent**
19 **suburbs. And so the configuration of those**
20 **districts and the expansion of communities around**
21 **Detroit has changed from 1992 through 2011.**
22 Q You mentioned this afternoon that in those
23 minority-majority districts, that your goal was to
24 have an African-American voting age population
25 somewhere north of 50 percent?

## Page 266

1 **A Correct.**
2 Q And to do that did the configuration of the
3 districts depend on the ability to get enough
4 African-American voting age population to meet that
5 goal?
6 **A Yes. And I mentioned earlier too there's --**
7 **because of the concentration of population in**
8 **southeast Michigan, especially Wayne, Oakland, and**
9 **Macomb Counties as well as sometimes, at least to**
10 **the eye, strangely configured or narrow or small**
11 **municipal boundaries resulted in some what appear**
12 **to be strangely shaped districts. That people have**
13 **referred to the 13th and 14th -- the 14th is often**
14 **referred to, and I know David Daley in his book**
15 **that we referred to last week uses that as -- as**
16 **the example as he talks about Michigan, driving**
17 **around the district in a strange shape, though in**
18 **that book and since I've explained that it was the**
19 **adherence to the Voting Rights Act as well as the**
20 **application of the Apol criteria that resulted in**
21 **that shape, as well as avoiding putting Hansen**
22 **Clarke and John Conyers, who were incumbents at the**
23 **time, in the same district.**
24 Q And they were of which political party?
25 **A Democrats.**

## Page 267

1 Q During the legislative consideration of the
2 congressional plan, did you receive any complaints
3 from democratic legislators or democratic staff
4 members about the configuration of the 14th or of
5 the 13th Districts or both?
6 **A I received no complaints. In fact, I received from**
7 **Alan Canady several options to configure the**
8 **districts largely as they were enacted.**
9 Q Did Mr. Canady -- you had indicated before that
10 Mr. Canady was the chief of staff to the Democratic
11 minority leader in the House?
12 **A That's my recollection, yes.**
13 Q Did he at any time offer you alternative maps of
14 those two districts, the 13th and the 14th?
15 **A Yes.**
16 Q And were those maps acceptable to you?
17 **A It's my recollection that portions of them were. I**
18 **don't know that his maps were ever adopted -- or**
19 **were ultimately adopted as he introduced them, I**
20 **think there was a -- you know, he said how about**
21 **this, and it came back how about that.**
22 Q Were those maps appreciably different than the maps
23 that you had drawn?
24 **A No, I think that somebody looking at them if I**
25 **passed them around the table would have a hard time**

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 268

1  discerning between the two.
2       MR. ELLSWORTH:  Okay, thank you.  I think
3  that exhausts my quest ons.
4       I have one other issue before we go off
5  the record, but if you have additional questions
6  for Mr. Timmer, go ahead.
7       MR. TONER:  Just a couple.
8       FURTHER EXAMINATION
9  BY MR. TONER:
10 Q   Mr. Timmer, when you were talking about Bob LaBrant
11     and commun cating with him at MRRI and in his
12     capacity representing MRRI, did you mean to suggest
13     that you never commun cated w th him at the
14     Michigan Chamber of Commerce?
15 A   No, I -- I don't know where he was when I
16     communicated with him.  Most of our communication
17     was done via email.
18 Q   Does he have a different office for MRRI business?
19 A   I don't know if he did or not.
20 Q   D d you sometimes send some emails or receive some
21     emails from him at his Chamber of Commerce address?
22 A   It's likely that I did.
23 Q   Is t also likely that you had telephone
24     conversat ons with him there at the Chamber of
25     Commerce?

Page 269

1  A   I recall having telephone conversations.  I don't
2      know where he was located.
3       MR. TONER:  I have no more questions.
4  Thank you.
5       MR. ELLSWORTH:  I just have one other
6  thing, and that has to do w th Exhibit 164 wh ch
7  was inadvertently disclosed.  This -- as you know,
8  our position with respect to the donor list for
9  MRRI we believe is privileged.  This document
10 should not have been released, and we'd like to --
11 or we intend to invoke the clawback provision till
12 we get that settled.  I would ask that we not
13 include 164 in the record.
14      MR. TONER:  I have no problem w th not
15 making it public while you work through the
16 clawback procedures.
17      MR. ELLSWORTH:  Okay.  I think that's --
18 I think that's fine.
19      MR. TONER:  And if there are additional
20 steps that need to be taken to preserve it while we
21 do that, just let me know and I'll be happy to work
22 that out w th you.
23      Okay.  Thank you.
24      MR. KNAPP:  Yeah.  I think, Kevin, all
25 we're saying is -- and we did this before with

Page 270

1  regard to a deposition that Jay was in was that it
2  remains confidential until such time as we've
3  reached some sort of agreement or the Court has
4  ruled on it.
5       MR. TONER:  Without agreeing or waiving
6  our position on those documents, that portion of
7  the testimony and that document will be treated as
8  confidential.
9       MR. KNAPP:  That's perfect.  Thank you.
10      MR. ELLSWORTH:  Thank you.
11      MR. TONER:  Thank you.
12      (Record closed at 3:50 p.m.)
13      *    *    *    *    *
14
15
16
17
18
19
20
21
22
23
24
25

Deposition of Jeff Timmer Vol. II - 8/29/2018
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

Page 271

1          CERTIFICATE OF NOTARY PUBLIC

2

3          I certify that this transcript is a

4    complete, true, and correct record of the testimony

5    of JEFF TIMMER held in this case on August 29,

6    2018.

7          I also certify that prior to taking this

8    deposition the deponent was duly sworn to tell the

9    truth.

10          I also certify that I am not a relative

11    or employee of or an attorney for a party; or a

12    relative or employee of an attorney for a party; or

13    financially interested in the action.

14

15    September 6, 2018

16

17

18

19          _____

             Suzanne Duda (CSR-3199)

20          Registered Professional Reporter

             Certified Realtime Reporter

21          Notary Public, Clinton County, Michigan

             Acting in the County of Ingham

22          My commission expires:  May 6, 2019

23

24

25

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 272

**A**

**a.m** 79:18 87:3
  88:19,20
  135:22,23
  177:3 200:9
**ability** 182:5
  194:11,20
  266:3
**able** 113:11
  117:2 134:18
  180:22
  181:25
  225:17
  231:21
  236:18
  239:22
  248:11
**absolute**
  204:21
**Absolutely**
  88:17 135:10
**acceptable**
  267:16
**accepted**
  261:13
**accepting**
  194:17
**access** 114:4
  178:20 180:2
  231:14
  245:23
**accommodate**
  208:10 217:7
  220:20
  236:18
  239:22,25
**accommodat…**
  221:8
**accomplish**
  183:1 233:22
**account** 91:6
  100:7 101:22
  107:3
**accounts** 176:4
  238:22
**accumulating**
  156:4
**accurate**
  177:21
  178:18 192:2
  245:22
  256:10
**accurately**
  124:10
  148:10,12
**accusing**
  117:23
**achieve** 92:11
  183:14 212:5
  237:2
**achieves**
  115:21
**achieving**
  102:17

105:22
**ACKER** 80:2
**acronym** 88:3
  243:5
**act** 92:10 100:8
  107:5 116:13
  241:18
  260:11
  266:19
**acting** 248:5
  271:21
**action** 135:2
  246:3 271:13
**activity** 131:9
**actual** 90:23
  145:15
  181:22
**add** 114:14
  195:19
**added** 114:11
  181:4,12
  222:24 229:2
  241:18
**adding** 191:15
  204:15
  244:24 245:1
  245:4
**additional**
  87:15 137:15
  156:4 257:24
  268:5 269:19
**address** 224:3
  268:21
**addresses**
  137:16,18
  146:2 225:21
  225:22
  252:13,18,19
  253:13
**adds** 206:15
**adhere** 107:4
  222:20
**adherence**
  95:15 183:14
  183:15 212:5
  261:22
  266:19
**adhering** 194:8
  194:11
**adjacent**
  265:18
**adjustment**
  206:11
**adjustments**
  90:4 184:16
  206:18 210:6
**adopted** 88:24
  145:4 148:15
  149:25
  153:15
  162:18
  240:23 241:4
  250:4,11
  267:18,19

**adoption**
  158:19
**adults** 89:21
**advantage**
  162:1
**advice** 197:8
  223:9 249:8
  256:25
**advise** 261:22
**affect** 183:24
**African-Ame…**
  265:13,17,18
  265:24 266:4
**afternoon**
  231:8 263:23
  265:22
**afterward** 99:1
**age** 106:24
  213:20 243:5
  265:24 266:4
**ago** 121:18
  131:21 142:2
  185:6 196:17
  214:7 255:14
  256:4 258:11
**agree** 115:17
  152:8 159:20
  159:22,23
  174:23
  175:15
  176:15 201:2
  201:7 217:12
  217:13,14,20
  242:17
  252:22
**agreed** 94:14
**agreeing** 270:5
**agreement**
  178:22 270:3
**Ah** 112:24
  246:22
**ahead** 105:2
  173:5 232:15
  249:21 268:6
**Alan** 144:4,5,11
  145:1 179:17
  267:7
**alike** 179:9
**Allegan** 225:12
**Allen** 130:3,4,4
  263:5,17
**allocated** 119:8
  120:12,15
**allow** 259:9
**alt** 127:11,13
  232:11
**alterations**
  92:19 191:13
**alternate**
  208:15
  224:13
**alternative**
  127:14,24
  134:15,25

232:12
  267:13
**Amash** 138:25
  139:1,9
  142:6,16
  143:13,16,20
  194:6 195:23
  242:9 244:1
  244:21 246:1
  264:13
**Amash's** 194:2
  196:3,11
**ambiguous**
  238:16
**amount** 89:13
  89:25 136:2
**analysis** 136:2
  136:10 147:7
  149:11,12,15
  151:8 157:6
  157:22
  194:10 201:3
  201:7
**analyze** 193:1
**analyzed**
  157:13
**and/or** 197:9
**Andy** 107:25
  133:7,9,10
  230:20
**answer** 109:15
  111:10
  121:19
  146:20
  152:12 180:6
  183:17 191:1
  194:21
  196:22
  199:25 202:4
  205:6 213:7
  218:7 232:14
  232:25
  247:23 248:1
**answered**
  179:5 258:11
**answering**
  192:5 212:14
**answers** 256:3
  256:4
**anticipate**
  189:23
  233:12
**anticipated**
  152:4 154:3
  192:6
**anticipates**
  207:10
**anticipating**
  212:15
**anticipation**
  154:7 212:14
**Anuzis** 108:22
**anybody**
  109:21

217:24 265:1
**anymore** 116:5
**anyway** 257:25
**Apol** 91:16,18
  159:12
  165:24
  171:19
  172:10,13,24
  186:11,15
  187:10 190:2
  193:13
  194:11
  198:17
  201:23
  208:16
  212:22 218:8
  222:20 229:1
  234:14,19
  241:19
  247:16 257:5
  257:17 258:6
  258:24
  259:25
  261:22
  266:20
**apparently**
  242:23
**appear** 87:23
  118:6 162:20
  187:16 198:7
  266:11
**appearance**
  145:12
**APPEARANCES**
  79:19 80:1
**appearing**
  79:24 80:6
  80:15 210:17
**appears** 129:10
  137:16
  160:17 163:1
  163:16 168:7
  175:1 180:17
  190:11
  192:12
  195:12,15
  199:10 206:3
  213:7 221:3
  223:9 226:8
  232:16
  236:17
  239:15 242:8
  245:12 247:3
  252:15,17,23
  253:2,20
  254:13
**apples** 89:8
**applicable**
  157:20
**application**
  229:1 257:21
  266:20
**applied** 91:9
  96:12 127:23

257:22
**applies** 89:24
**apply** 186:11
  186:15
  204:22 218:8
  259:22
**applying**
  127:20
  201:23
**appointed**
  203:3
**appreciably**
  267:22
**approach**
  90:23 91:11
**approval**
  254:15
**approved**
  117:19
**April** 119:12,25
  120:3 177:8
  180:13
  181:16
**area** 89:18
  90:1,6,7
  104:5 105:9
  105:11
  130:24 132:3
  156:20 169:9
  171:7 187:11
  191:14
  204:23 207:6
  220:6 226:16
  226:20 227:7
  229:19 239:5
  241:5 243:6
  250:20
  255:16,17
**areas** 105:7
  130:24
  227:14
**arguments**
  142:4,14
**arrived** 237:2
**articles** 87:19
  87:23 117:20
  117:25
  150:10 215:9
**aside** 253:12
**asked** 157:12
  171:21
  172:10,12
  179:6 184:20
  186:4,17,18
  186:19 187:3
  192:6 201:22
  206:2 212:16
  221:4 230:23
  231:8 245:8
  258:10
  263:23
**asking** 169:8
  172:19,21
  175:13

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3095   Filed 09/21/18   Page 82 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 273

185:25
226:11
230:20
246:20
254:14
**aspect** 95:2
97:3
**aspects** 153:18
**ass** 239:19
**assemble**
157:18
**assembled**
184:6 198:11
198:13
245:15
**assessment**
139:6
**assignment**
122:23
**association**
215:18
**assume** 103:7
119:3 124:9
125:16
127:13
128:17
134:20
157:25 161:6
173:9 183:21
189:17
193:17
200:13
208:25
240:21 249:2
252:19
**assure** 88:10
194:19
**attached** 86:23
98:13 138:12
168:5 171:24
173:9 174:11
180:16
182:14
183:10 185:1
209:11
214:12 225:3
227:18 235:7
242:24 243:2
248:15,17
251:12
**attachment**
82:4,14
83:15,18
84:6,9,13,16
85:4,13
86:12 121:23
168:21
223:23
232:11
240:13
242:25 243:1
**attachments**
81:24 82:7
82:16,19

83:4 84:22
85:7,24
164:24 165:1
175:15
197:20 198:2
198:3 244:8
245:11,13
**attempt** 152:3
260:21
**attempts**
143:13,15
**attend** 256:18
**attended**
108:17
**attendees**
185:10
**attending**
262:16
**attention** 94:10
190:25
210:14
**attorney** 91:21
144:5 247:24
248:5 271:11
271:12
**attorneys**
93:23 122:13
185:12
247:22,25
251:7
**attract** 116:17
**Auburn** 130:1,7
130:9 228:16
**August** 79:17
87:1 148:4
148:19,25
149:4,20
150:2,2,20
151:5 252:13
253:21
254:14 271:5
**author** 151:20
**automatically**
198:14
245:18
**available** 94:18
112:9 113:6
135:8 178:4
178:12,13
**avoid** 234:15
234:24
241:22
**avoided** 204:16
**avoiding**
266:21
**awakened**
223:15
**aware** 176:12
234:5 254:20
254:21

_____
**B**
_____
**back** 88:7 89:3
97:4 104:2

120:23 125:7
138:24
139:16,20
152:17
177:14
182:24 206:8
208:17 213:5
213:14 231:2
234:23 248:6
248:20
250:13
267:21
**bad** 185:20
209:12,15
226:14
**BAKER** 79:20
**balance** 104:13
206:16
**ball** 155:10,23
234:11
**bar** 173:12
174:5,16
**Barack** 246:14
**base** 105:13
154:1 244:22
**based** 112:5
113:4 144:10
157:14
159:23 170:2
170:5 194:5
196:10
201:11 214:5
220:10
249:12
255:17
**baseline**
130:20
204:17 245:6
245:9
**basic** 145:11
259:6
**Basically** 89:7
199:7
**basics** 171:23
**basis** 93:18,19
**Bates** 154:10
160:9 193:16
217:4 232:18
**Bath** 209:15
**Baumann**
263:5,19
**BCC** 224:9
**BCC'd** 232:8
**BCC's** 224:7
**Bean** 164:3,4
263:3,7
**bearing** 125:21
**beef** 195:10
**beefed** 208:19
**began** 93:22
233:19,24
262:4
**beginning**
154:2 192:11

195:9 246:2
262:9
**begins** 92:2
95:25 192:7
193:4,24
195:14
**behalf** 79:24
80:6,15
140:15 141:8
182:19
**behavior** 113:7
161:14,14
193:2 235:15
**beholder**
218:14
**believe** 87:24
89:23,23
104:10 109:4
122:18
123:13
127:11
128:23
142:13 147:4
148:2,7
152:12 158:8
159:25
165:20
169:24
170:20
173:13
178:16 187:9
191:12
193:14
202:15,24
204:21
206:23
207:15 209:3
216:5 218:4
226:13,17
263:9 264:9
269:9
**bell** 198:3
**Bellgowan**
177:17
**beneath**
252:18
**Benishek**
242:13
**Benson** 136:2,5
247:9
**Benson's**
136:14
**Berra** 152:18
**best** 113:6
166:6 181:8
194:11 196:4
196:5,12
207:11 243:3
246:17 258:6
259:11
**Betsy** 142:20
**better** 89:7
113:9 131:23
155:24 160:8

162:8 172:1
175:16,18
176:21
181:25 213:5
213:15 214:4
**beyond** 156:19
174:14
217:11,17
218:6 219:4
222:4
**big** 152:20
203:12
**bigger** 89:22
**bill** 79:5 118:10
119:17 124:1
128:16 133:2
133:3,22
134:1 137:9
147:15 148:7
148:11,20
149:22
214:14
215:18
**bills** 149:23
153:10,12,14
255:3
**bipartisan**
115:16
**Birmingham**
191:23
**bit** 110:7 160:8
206:15 225:3
**bitched** 222:6
**BL** 151:2
**black** 106:24
107:7,9
149:22 255:2
255:7
**block** 221:4
**blocks** 180:25
**Bloomfield**
104:22 169:4
199:14
206:14,21
**Bloomfields**
191:22
**blue** 163:3
228:1
**blurry** 129:10
**Bob** 81:12
128:23 149:8
151:2 159:4
168:20
173:24 177:8
182:11
198:25 200:8
200:13
201:20 202:9
217:6 219:16
221:25 228:9
235:4,23
258:19
264:10
268:10

**Bob's** 201:3
**Bobby** 108:4
131:19
**Bolger** 107:15
**book** 266:14,18
**bottom** 101:6
102:2 154:11
156:2 171:13
171:17 175:3
181:4 185:4
190:8,10
193:16
196:20 206:7
211:21 221:7
221:25
225:25 231:6
239:17
244:14
**boundaries**
210:3 230:6
231:17 235:8
237:25
266:11
**bounds** 141:6
**Brandell**
107:25
182:18
190:13
192:11
210:19
219:16
**BRDAK** 79:3
**break** 88:19,20
135:9,9,22,23
135:24 137:3
137:6 148:11
165:21
176:24 177:3
177:4 194:14
205:17,21,25
241:18
243:13,18,19
255:25 256:1
**breakdown**
235:11
248:12,22
249:1
**breaking** 96:15
259:13
260:20
**breaks** 98:17
137:9 165:25
166:6 172:20
172:20,22,23
186:13,25
187:3,4,5
204:13,15
222:18,24
223:1,7,17
234:20,21
240:19
259:15
**Brewer** 80:2
158:22

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 274

197:15
264:24,25
**Brewer's**
121:12
**Brian** 93:22
233:19
**briefcase**
255:24
**bring** 88:14
225:15
**broader** 261:19
**broke** 201:4
**broken** 204:5
**brought** 103:25
**BS** 159:12
**bulk** 148:13
168:21
**bullet** 102:22
**bureau** 158:1
178:3,5,7
213:22
**Bush** 212:11
231:2
**business** 154:1
268:18
**businesses**
225:23
**button** 242:18

_____
**C**
**C** 79:4 87:4
**Ca-nay-dee**
144:1
**calculate** 97:15
**calculated**
198:14
205:11,15
245:18
**calculation**
94:24 98:14
114:16,17
120:8
**calculations**
210:6,10
**calculator**
112:13
**Calhoun**
244:22,25
**Caliper** 137:22
137:23
**call** 125:3,4
129:13
141:17,18
145:21
159:14,16
200:12
242:22
258:25
**call-in** 129:8
**called** 87:6
88:12 91:8
129:20
175:15 178:7
229:5 231:13

246:10
**calls** 150:25
**Camie** 133:22
147:11
**campaign**
108:15
**campaigning**
115:7
**campaigns**
201:17
**Can-a-dee**
144:2
**Canady** 144:3,4
144:5 147:7
179:17 267:7
267:9,10
**Canady-Cony...**
144:24
**Candice** 101:14
127:8 167:9
226:13
236:20
238:14 240:1
**candidate**
139:7,8
180:24
204:20 229:6
**candidates**
116:9,18
117:2,4
194:4 201:16
202:15
216:21,22,23
216:24
246:12
**capabilities**
95:3
**capability**
174:14
**capacity** 79:10
258:17
268:12
**capitalized**
195:16
**Capitol** 88:6
**caps** 160:1,3
**captures**
168:21
**Carney** 133:23
133:24
147:12,13,14
147:15
**Carpenter**
216:8,11
**carried** 199:17
**carrying** 227:2
**case** 79:9 88:8
92:21 98:13
100:25 101:2
102:25 106:4
127:25
172:18
179:24 209:4
218:15 271:5

**categories**
213:24
**caucus** 149:22
255:2,7
**Cause** 111:8,9
**CD** 124:23,25
125:13
175:16,18
176:21
230:23
**census** 94:24
114:18 121:3
121:17
122:11,23
165:2 171:11
171:11
173:22
180:25 181:9
181:18,24
182:1 212:24
213:9,22
**center** 219:15
229:11
**central** 208:9
208:13
**CEO** 202:13
**certain** 93:16
116:14
118:15
130:10 167:2
170:23
193:18
194:19 197:7
213:8 229:23
236:21
**certainly** 106:8
109:16
119:21
123:22 207:3
215:16,17
228:24 248:2
**certainty** 163:5
**CERTIFICATE**
271:1
**Certified**
271:20
**certify** 271:3,7
271:10
**chain** 81:22,24
82:4,10,16,19
82:21,24
83:7,10,12,15
83:18,21,24
84:4,9,13,19
85:4,7,10,16
85:19,24
86:4,9,12,20
219:3,8
236:22
255:18
**chair** 108:15,23
**chairman**
108:7 143:5
**challenge**

109:17
**chamber** 109:6
155:17,19
163:21
202:19
258:14,14,18
258:21
268:14,21,24
**chance** 103:7
182:24
241:15
**chances** 214:3
**change** 125:15
209:25
228:13,14
**changed**
222:11
250:20,22
265:21
**changes**
124:22 125:1
125:12,14,23
126:2,13
129:1,2,4
136:24
138:24 145:7
145:18
149:24,25
154:17 155:2
155:3,7
183:24
191:17
193:12,15
195:22 212:8
240:7 250:17
**changing**
154:16
**characterizes**
204:23
**chart** 162:10
211:22
248:17
**charts** 142:3,14
173:11
184:20
**chatter** 117:22
**Chem** 225:18
**Chen** 91:3,17
95:25 96:10
97:19 196:1
196:2
**Chen's** 90:22
91:11,22
97:12,16
**chief** 130:5
131:11,12
133:1,10
144:6 263:10
267:10
**chose** 261:2
**Christian**
225:19
**Chrysler** 220:4
220:16

**circles** 163:3
**circulated**
242:2
**circumstances**
95:9 120:10
180:3 234:17
**cite** 91:14
185:16
**cited** 105:19
**cities** 96:2,14
97:6,16,23,25
98:6 194:14
236:25
259:13,20
260:19
**citizens** 113:7
115:17,20
116:8
**city** 89:24
126:2,9,10,17
130:12 145:2
206:15
225:14 230:6
259:19
265:11
**claims** 98:5
222:5
**Clair** 150:15
**clarified**
257:23
**clarify** 152:3
203:10,11
227:13
256:15
**Clarke** 107:4
137:15 146:1
266:22
**classified**
227:8
**clause** 99:13
**clawback**
269:11,16
**clear** 205:13
209:18
261:20
**clearly** 208:6
**client** 153:25
154:1 155:1
**Clinton** 95:10
95:14 112:7
209:13,25
271:21
**close** 105:14
183:14
188:11
190:25 212:5
237:17
238:25
255:19
**closed** 270:12
**closely** 89:3
**closer** 135:2
**co-del** 168:22
**Codes** 253:9

**coding** 229:17
**color** 229:17
**column** 252:17
252:24
**columns**
167:18
**Combat** 113:25
114:8,11
157:17,19,23
158:2 177:12
177:18 180:2
180:14 183:6
**combined**
181:11,12
**come** 90:9 93:9
93:13 116:3
156:9 189:15
248:21
253:11
**comes** 227:20
259:15
**coming** 207:10
212:18
**commencing**
79:18
**comment**
186:2
**comments**
187:7
**Commerce**
109:6 155:17
155:19
258:14,15
268:14,21,25
**commission**
81:19 163:1
163:2 207:24
271:22
**Committee**
108:10,16,18
108:24 109:1
**Committeem...**
108:23
**common**
105:15 111:8
111:9 118:12
**communicate**
108:8,12
109:3,10
140:14
159:16
**communicated**
109:8 243:24
249:13
268:13,16
**communicati...**
126:25 136:7
141:16
268:11
**communicati...**
132:20
133:17
268:16
**communicati...**

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3097   Filed 09/21/18   Page 84 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 275

108:4 110:4
111:1,4,7
143:25
214:14 215:4
253:22
communities
102:16
105:21,25
106:2 137:3
265:20
community
106:7
compact
237:23
compactness
90:12,13
91:18 96:1,2
96:11 259:17
259:21
companies
226:25 238:8
239:9
company 81:10
137:23 195:4
220:17
company's
195:4
compare 99:17
245:21
compared
211:23
comparing
152:21
comparison
89:25 247:7
247:9,16,18
compensation
152:4
competitive
112:17,22
113:2 126:21
compiled 178:3
complained
264:17
complaint
98:13
complaints
264:21,22,23
267:2,6
complete
168:17
256:10 271:4
completed
171:10
completely
96:16,25
97:12 128:11
169:5,12,25
170:3,16,22
compliance
104:1 193:12
225:16
comply 92:9,10
186:7

composition
199:23
204:17
206:20
207:19
comprising
171:8
conceivable
141:25
concentrated
90:8
concentration
184:7 266:7
concentrations
105:8
concern 102:11
107:1 117:13
132:8 137:20
146:3 189:3
209:4 244:23
245:3 250:3
251:4 264:5
concerned
130:25
132:10
183:19,21,23
184:2,5
188:25 191:2
244:21 264:2
264:13
concerning
128:3 129:1
133:18
139:10 140:9
140:24 154:3
225:5 236:10
concerns 98:21
99:10 101:10
102:5 103:15
103:24 117:9
139:1 170:6
170:7,8,9,13
236:3
concert 188:12
conclude 96:7
96:15
concluded
88:20 135:23
136:14 177:4
243:19 256:1
concluding
99:3
conclusion
98:16 115:9
153:2,7
170:15
189:20
246:24 251:1
conclusions
94:8
confidential
255:5 256:22
270:2,8
configuration

125:21
127:11,24
189:22
228:21
236:10,24
238:23
240:22
241:10 246:5
248:25 252:3
265:19 266:2
267:4
configurations
165:12,18
208:15
configure
201:5 236:19
265:12 267:7
configured
100:22
266:10
configuring
92:3 211:16
confined
127:25
confirm 230:23
238:13
conflict 189:5
Congress 103:2
103:5 111:15
111:21,24
194:20 209:6
congressional
89:10,12
95:1,23
97:20,22
98:5,9,20,25
99:12 100:4
100:13 101:5
102:1 106:23
107:23 110:8
111:13 112:9
112:16
122:25
123:11
124:24 126:7
126:8 127:17
128:6,12
129:1 134:16
139:17,23
145:2,8,12
147:17
153:13,15
160:13,17,20
162:15 165:1
166:5,19
167:4,5,7
168:6,23
171:5,9,23
173:18,21
175:21 179:8
182:21 188:6
188:13,15
190:13 198:9
199:18 200:3

200:4,20
203:22,24
204:6 211:17
211:25
212:20
218:13 220:1
224:17
225:10
226:12
230:22
232:16 235:8
236:11 243:9
243:23 246:3
247:7,16
257:15 258:2
258:4,5
259:1,8,17,23
260:11,15,17
261:1,21
264:9 265:4
265:9,12
267:2
congressman
104:7,16
105:12 106:8
133:4,10
139:1 140:9
143:19 159:8
159:10,16
170:4 182:20
191:24
192:19,23
200:15
220:15 226:3
244:1 245:2
245:4
congressmen
211:18 264:4
congressper...
132:13
Congresswo...
131:10
140:15
182:19
connection
110:8 121:16
254:10
261:12
cons 198:17
conservative
109:7
consider 90:23
112:17,22
239:4
consideration
100:18,21
101:9 103:1
103:15
136:19 205:9
260:3 267:1
considerations
99:8 100:6
100:11,15
101:21

102:15,18
105:16,20
106:16
152:20
considered
98:22 99:16
104:8 109:22
207:22
considering
180:25 187:2
consternation
182:6
constituencies
90:3 102:16
105:21
constituency
88:23 89:5
138:2,4
constituent
217:8
constituents
117:19
Constitution
222:14
consultant
131:10 150:7
consultants
109:24 110:1
195:1
consulted
127:18
consulting
118:8 120:23
123:25 148:5
188:2
contact 241:22
contain 197:18
contained
121:22 138:6
236:24
CONTENTS
81:1
context 170:23
179:11 192:4
194:5 195:14
207:9 208:23
209:10 214:6
232:17
247:11
249:12
contiguous
103:18
Contingencies
156:15
contingency
156:19,21
continue
169:10 220:3
continued
79:14 80:1
81:3 82:1
83:1 84:1
85:1 86:1
87:9 211:16

211:20
contract 152:5
contribute
247:12
contributor
109:20
202:14
contrived
229:5
control 152:22
conversation
93:12 131:9
conversations
108:21
143:16
268:24 269:1
conversed
128:23
conveying
263:16
Conyers 107:4
137:15 146:1
191:15
206:16
266:22
cool 226:1,4,5
coordinate
157:6
copied 224:5
copies 88:15
118:3
copy 185:18,21
185:24
187:17 224:7
copying 224:6
core 99:15,18
100:12,16
101:23
102:16
105:20
106:20 107:2
132:7 138:2
138:4
corner 237:11
239:20
corporate
220:12
226:20
Corporation
118:4 119:7
120:6 152:6
152:13 153:1
153:6,23
156:22 157:9
157:17 158:5
194:23
216:19
217:15,25
220:16 224:3
232:5 247:21
248:9
corporations
239:6
correct 92:23

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3098   Filed 09/21/18   Page 85 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 276

128:18 134:3
146:6 152:23
161:5,21
179:25 180:9
181:14 182:1
188:7 190:22
200:16
203:16
204:25
209:23 210:1
210:4 211:12
215:8 217:21
217:22 219:2
221:6 222:9
226:9 228:11
228:25 229:1
231:16,19
235:5,13,21
235:22
236:16,17
246:15 247:5
250:25
252:21 253:5
256:9 257:7
258:15 266:1
271:4
**corrected**
146:22 256:5
**corrections**
219:5
**correctly** 98:18
126:4 127:21
**correspond**
174:18
**corresponde...**
97:4,7
234:22 238:3
**Cotton** 250:6
255:17,22
**counsel** 191:9
191:11
**counsel's**
191:9
**counsels**
122:14
**count** 97:21
116:5
**counted** 162:6
172:23
**counties** 99:20
136:18 137:9
176:1 186:24
194:9,12
204:14 208:3
208:9,14
237:23 266:9
**country** 213:23
**county** 81:19
81:20 92:3
96:15 97:6
98:17 103:23
104:3 105:9
128:2 130:12
130:12

131:25 137:6
163:1,2,2
165:21,25
166:6 172:19
186:12 187:6
193:5,9
194:15 201:4
204:5,5
207:23,24
208:5 209:13
209:25 212:6
219:20
222:17,24
223:1,17
225:12 234:1
234:8,20
241:18
259:13,15
260:20
271:21,21
**county-wide**
207:23
**couple** 150:25
173:23
213:24 244:8
255:13,23
268:7
**coupled** 186:24
**course** 97:7
115:24
152:25
**court** 79:1 97:5
97:8 128:9
128:14 149:5
151:7,9
206:2 222:18
223:1,7
228:3 270:3
**covered** 180:19
257:17
**covering**
239:13
245:14
253:21
**covers** 122:5
123:19
**cram** 175:25
**create** 121:16
**created** 121:5
121:19
**Creating**
155:10
**criteria** 90:13
91:6,7,16,16
91:17,18,19
91:25 92:9
95:16 96:11
96:12,25
97:4,11
99:14 102:14
106:4 127:20
127:23
165:24,25
171:19

172:11,13
183:14
186:12,15
187:10 190:2
198:17
201:23
208:16
212:22 218:8
218:9 222:21
229:2 234:14
234:19
241:19 257:5
257:21 258:7
258:23,24,25
259:8,22,24
260:25
261:22
266:20
**CRR** 79:15
**crystal** 155:10
155:23
**CSR-3199**
79:15 271:19
**CTIA** 215:17
216:9
**curious** 193:25
231:6
**current** 138:6
161:19,20
211:23
**currently**
142:20
216:17
**curved** 227:21
**customers**
118:24
**cut** 95:18
194:18
222:13,16
**cycles** 157:1
265:7

---

**D**

**D** 87:4 161:25
**D+32** 161:12
**daily** 88:6
**Dale** 200:18
**Daley** 266:14
**Daly** 103:21
107:25
124:23 125:2
125:5,6,18
130:17 132:2
139:16 140:8
174:24 175:2
175:3,24
176:6,10
189:6 197:9
199:1,6,7
206:11,14
240:5,10
241:13,20
**Daly's** 206:18
**Dan** 93:22

242:11
245:25
251:20 263:5
263:19
**Daniel** 244:11
**DANIELS** 79:20
**data** 94:17,25
94:25 110:16
113:6,19,24
113:25 114:7
114:8,11
122:23 133:6
133:14,15,22
134:4,6,7,8,9
134:16,18
135:5 157:7
157:13,14,17
157:18,19,23
158:2 160:25
161:15 165:2
171:10,12
173:22
177:13,18,21
177:22,24
180:2,14,19
181:11,12,19
181:22,22,24
181:25 182:1
183:6,6,9,9
183:12,13
184:10,11,21
185:2 188:1
188:3 189:21
190:3 196:20
196:23
198:11 202:3
204:22 205:8
205:14
211:22
212:11,25
213:8,9,17,18
213:19,20,22
213:25 221:5
230:23,24,25
231:9,19
233:2 235:19
243:3,10
245:6,22
248:11,17
258:1,7
**database** 94:15
114:4 157:20
157:24
177:10,11,12
178:2,25
180:2,7,22
181:2,13
198:12
231:12,18
**databases**
181:11
**date** 126:1
156:5 173:23
175:18

181:15
211:14,15
224:23
**dated** 118:7
119:12,20
120:17 148:4
148:18
175:16
180:13
181:17 182:2
**dates** 168:8,12
**Dave** 99:1
167:9 183:4
191:10
207:11 217:7
**David** 266:14
**day** 100:2
124:11 125:5
130:13
133:17
134:23 135:1
136:20
139:25
140:20
145:20 147:6
147:21
212:19,19
222:25
**days** 149:17,20
173:23 252:1
**DC** 166:19,22
167:3 168:15
**deal** 95:18
107:11 108:2
**dealing** 109:21
227:25
**deals** 194:17
**dealt** 134:21
**decade** 89:4
99:24 154:19
155:2
**decade-long**
154:22
**December**
159:4
**decision**
123:10
**decision-ma...**
92:16
**deeply** 176:9
**Defendant**
79:12 80:15
**defer** 251:7
**define** 106:2
**definitely**
260:25
**déjà** 152:19
**delegation**
153:13
161:21
162:14,16
166:19 167:5
167:7 168:23
169:2 179:8

217:10,16
218:5,13,22
**deliver** 131:18
**delivered**
128:19,21
134:18
**delivery** 151:1
**Dem** 176:1
**Democrat**
104:4 110:13
110:19
116:11,12
117:4 130:10
136:7 144:7
169:22
180:24
184:15
200:21 227:7
253:5
**democratic**
93:7 95:11
176:14
195:21
199:18 234:9
241:5 257:8
264:1 267:3
267:3,10
**Democrats**
93:4,25
94:13 110:4
110:9,13
114:5 123:7
144:10
158:24
161:13,16
167:12
170:25
178:14 179:9
179:12
183:25
184:17
194:19
199:18 234:3
234:4,6
244:24
257:11
266:25
**demographic**
154:17 155:7
157:6,13,14
213:9,18,20
213:24
235:19
**demographics**
212:24
**demonstration**
98:12
**Dems** 233:25
**depend** 266:3
**depends** 139:7
204:19
**deponent**
271:8
**deposition**

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3099   Filed 09/21/18   Page 86 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 277

79:14 81:9
81:11,14,16
81:18,21,23
82:3,6,9,11
82:13,15,18
82:20,23
83:3,6,9,11
83:14,17,20
83:23 84:3,5
84:8,10,12,15
84:18,21,24
85:3,6,9,12
85:15,18,21
85:23 86:3,6
86:8,11,14,16
86:19,22
118:1 121:25
151:15 159:1
160:5 162:22
163:11
164:18 168:1
173:3 174:21
177:5 180:10
182:8 184:22
187:14 190:4
196:14
198:20
201:24
205:23 211:9
214:9 217:1
220:23
221:19
223:20
224:18 226:6
227:4 228:7
230:14 232:1
233:16 235:1
236:6 239:10
240:8 241:7
241:24
242:19
243:20 247:1
249:3,19
251:8 252:10
253:17 257:4
270:1 271:8

**depositions**
263:7
**deputy** 191:11
263:10
**derivative**
258:8
**describe** 87:20
88:5 92:6
95:18 106:6
109:13
118:23 121:2
122:8 126:15
146:1 152:2
152:3
**described** 95:9
95:14 121:17
124:10
130:17

137:10
246:17
**describes**
91:12,14
95:25 118:8
**description**
96:9 129:5,9
147:21
151:25
164:15
**desire** 115:16
165:21
169:15 189:7
226:19
**desired** 169:18
**desires** 222:23
**detail** 173:17
174:3 237:6
259:6
**detailed** 118:5
118:16,17
120:2 124:6
148:24
179:23 237:9
**details** 139:15
**Detroit** 89:18
89:24 90:1,6
90:7 98:6,8
100:20
130:11 145:2
149:11,18,18
189:12
191:14
254:23
259:18
265:12,17,21
**developed**
264:17
**deviation**
259:10
**deviations**
257:4,13,16
**devised** 222:19
**DeVos** 142:20
244:18
**DeVoses**
142:12,18
254:11
**devoted** 148:14
151:11 215:7
**Dewitt** 136:24
209:15
**DeWitte** 107:25
132:25 133:1
**diagram**
229:11
**DIANA** 79:5
**DICK** 79:6
**Dickinson** 80:7
80:11 146:9
146:24
147:23 185:6
185:7 248:9
256:18 257:1

258:13
**difference**
104:23
181:15
203:12
**differences**
91:10 239:2
259:5,7
**different** 91:7
91:24,24
96:17,23,25
115:11,12
131:4 153:19
165:16
173:17
187:18
196:22
237:11,14
239:16 259:2
267:22
268:18
**difficult** 89:8
201:16
**diminish**
242:12
**Dingell** 106:21
**direct** 95:20
107:16,19
263:13
**directed**
155:24
157:15
214:22
**direction** 125:1
125:3,3
222:20
**directly** 93:11
107:11 127:2
127:20
134:21 136:8
172:21
188:15
189:11 199:6
212:14
**disagree** 196:8
196:10
**disagreed**
217:23
**discarded**
142:2
**discerning**
268:1
**disclosed**
269:7
**discretion**
159:23,24
260:14
**discuss** 92:24
100:4,13
101:3,6
124:22
163:24
171:23
210:25

**discussed**
93:19 165:5
165:7 191:17
196:17
210:22 211:3
237:16 242:4
242:10 261:9
**discusses**
219:18
**discussing**
145:17 215:1
241:10
**discussion**
90:19 93:2
95:7,22
98:19 100:7
105:14
197:16
**discussions**
93:9 122:22
139:22
146:23 147:2
156:11
198:16 227:9
256:21
**displeasing**
238:4
**disrupt** 192:16
**disrupting**
264:15
**dissatisfaction**
242:9
**district** 79:1,1
81:19 88:24
89:25 90:9
96:1 98:20
98:25 99:12
99:15,17,18
99:20,21,22
100:1,5,12,14
100:17,20,22
100:22 101:5
101:10,23
102:1 103:8
103:18,25
104:9,12,13
104:17,24
105:14,18,25
106:5,9,12,19
106:21 107:6
115:5,6,7,8
115:14,18
116:20
124:24 126:7
126:8,18,19
128:9 130:20
131:22 132:4
132:4,7,10,14
133:18 138:6
138:7,7
139:2,17,23
145:2,8
146:5 147:17
160:17,20

163:2 165:15
165:15,18
168:6 169:10
171:14,23,25
172:8,14
183:3,24
186:2 187:8
189:1,8
190:1 192:14
192:20,25
197:12,18
199:18,19
200:14,15
207:4 208:2
208:7 211:25
213:13,15
217:8 220:12
220:17 222:5
222:10,11,13
222:16
225:10,13
226:12,21
227:11,19
229:9,18,20
230:22 231:1
232:18,20
233:1,5,6,12
233:14,14
234:11,16
235:8,13,15
235:25
236:11 237:3
238:1,23
241:6,11
243:23
244:25 245:2
245:5 246:5
246:7,17,18
250:8,9,24
251:13,18,23
252:2,3,25,25
259:19 265:4
265:5 266:17
266:23
**districting**
151:8
**districts** 89:4
89:13,16,16
90:1,5,5,12
92:3,7,25
93:3,5 95:7
100:23
106:23,25
107:3 110:8
112:16,21
114:15
116:16 117:3
117:4 123:12
125:14,19,21
125:24
128:13 129:1
145:12
149:18 151:9
154:18

155:11
160:14,23,25
161:1,5,17
162:2,3
167:15
170:25 171:5
171:7,9
173:2,18,19
173:21
175:21 176:2
184:1,8,14
186:21 188:6
194:19 198:9
199:23,24
200:3,5,20
201:22
203:19 208:3
210:14
211:17,23
218:17
225:15 238:3
240:7 245:14
250:14,20,21
250:23 253:1
254:22 259:9
259:10,18
260:4,11,12
265:3,6,12,20
265:23 266:3
266:12 267:1
267:8,14
**division** 79:2
122:24 195:5
**document**
119:19
151:21 160:8
195:9 198:6
198:23 200:7
233:9 253:3
269:9 270:7
**documents**
87:15 121:16
121:21 154:7
162:25 215:2
236:13 270:6
**doing** 120:25
124:11,14
137:13 138:9
145:9 149:13
151:4 166:12
202:1 216:20
218:1,7
231:10
**dollar** 255:20
255:20
**Donald** 112:7
**donations**
216:1
**DONNA** 79:4
**donor** 105:13
109:13,20,22
202:15 269:8
**donors** 105:11
109:10 115:8

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3100   Filed 09/21/18   Page 87 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 278

doubled-side
  88:10
doubt 231:4
Dr 90:22 91:3
  91:22 95:25
  96:10 97:16
  196:2
draft 87:12
  110:12
  122:17
  131:18 137:6
  137:13
  164:24 168:5
  212:4,12
  214:2 247:7
drafted 114:20
drafting 156:14
  258:1
drafts 121:5,9
draw 107:5
  110:24 118:9
  250:7 261:21
drawer 129:7
  143:7 258:12
  260:14
drawers 90:24
  91:9 92:2,16
  92:17 94:5
  94:10,16
  96:12,20
  127:19
  166:17
  185:12
  186:11 188:4
  188:8 190:19
  250:7 256:19
  256:24
drawing 92:6
  95:1 101:9
  107:10 109:8
  113:5 127:17
  128:13
  134:23 148:8
  148:21,22
  156:18
  201:22
  218:16
  232:18 233:6
  233:22 252:2
  258:3
drawn 103:9
  115:4,18
  116:16 172:8
  200:18
  210:11
  226:15,19
  227:18
  259:19 265:6
  267:23
drew 98:22
  107:20 108:2
  114:14 181:1
  183:20 184:8
  258:6

driven 125:14
driving 266:16
drop 89:18
Duda 79:15
  271:19
duly 271:8
DURHAL 79:4
DW 146:9,12
  146:13
  147:21
dynamic 176:8
Dynamics
  220:3,16

————— E —————

E 79:4,4 87:4
earlier 102:13
  104:15 144:9
  147:15
  242:10 255:1
  266:6
early 108:14,19
  227:9 257:3
easier 175:25
  180:7 220:14
easiest 190:8
easily 250:15
East 213:3
eastern 79:1
  227:19
Ed 150:6,11
edge 227:20
Edgerton 164:3
  164:4
editing 145:14
editorials
  117:20
  264:16
educated 112:3
  200:1 243:6
education
  142:20
  213:25 254:6
effect 199:21
  199:22 212:9
effects 186:21
effort 90:2
  97:15 121:11
  125:6 154:6
  186:6 241:20
efforts 118:9
  130:18
eight 222:17
  223:1
either 98:6
  103:20 105:1
  105:3,4
  164:14 192:6
  195:22
  201:11
  212:14 227:8
  247:20
elect 128:14
  208:4

elected 99:22
  107:11
  109:18 110:4
  110:6,9,13
  114:24
  116:13 123:5
  132:9,11
  133:3 189:2
  194:18 203:1
  207:23
  222:11
  246:14
election 94:11
  94:14,16,22
  94:25 111:13
  111:18,21,24
  112:23,24
  113:6,19,24
  114:7,18
  115:15
  132:12 134:6
  134:8,9
  155:11,12,12
  157:20
  160:25
  167:14,23
  171:14,17
  175:6 177:10
  177:12,14,23
  179:11
  180:19
  181:25 184:6
  184:11 185:1
  198:7,11,18
  202:3 204:20
  204:22
  205:13
  211:22
  212:11,18
  218:20
  230:21,24
  231:11
  235:20 245:6
  245:13,22
  246:10
  248:17
  251:23 258:1
  258:7
elections 117:5
  157:25 173:1
  180:19
  184:12
  201:14,15,19
  205:7,9
  246:11
electorate
  158:17
eliminate
  165:20 187:4
ELLIS 79:4
Ellsworth 80:7
  81:4 88:14
  102:19,23
  135:15,17

149:10
  215:24 248:2
  251:11,16
  256:14,17
  268:2 269:5
  269:17
  270:10
email 81:15,22
  81:24 82:4,7
  82:10,12,14
  82:16,19,21
  82:24 83:4,7
  83:10,12,15
  83:18,21,24
  84:4,6,9,11
  84:13,16,19
  84:22,25
  85:4,7,10,13
  85:16,19,22
  85:24 86:4,7
  86:9,12,15,20
  128:24
  141:17,18,18
  159:4,7,19
  160:4 164:20
  164:21 165:4
  165:14,19
  166:18
  168:14,20
  173:10
  174:11 175:4
  175:7,14,24
  177:8 180:4
  180:13,14
  181:16,17,20
  182:2,11,15
  182:17,18
  185:4,23
  186:22,22
  189:11
  190:11 192:2
  192:7,10
  193:4,23
  195:8,13
  196:25
  197:20
  198:16 200:8
  200:11 202:8
  203:5,10,11
  207:7,13
  210:1,5,17
  211:8 213:2
  214:7 215:21
  219:3,16
  223:12,22
  224:2,2,6
  226:8 227:12
  227:13 228:9
  230:17 231:3
  231:7 232:9
  233:18 235:7
  237:16
  240:11,13
  241:9,12,13

243:2 244:6
  244:14 245:7
  246:16,23
  247:20
  248:14,16
  249:5,24
  250:2,11
  251:15,21,22
  253:20,24
  254:13,19
  255:18,19
  268:17
emailed 232:4
emails 103:19
  103:20
  107:24
  121:22,23
  132:2 138:13
  140:17 168:4
  174:24 175:2
  184:24
  187:18 190:7
  198:24 206:3
  206:5 207:8
  211:11,13,13
  214:11 221:1
  232:4 235:3
  236:8 239:12
  240:24 242:5
  242:22 247:3
  268:20,21
employ 186:6
employed
  261:15
employee
  258:17
  271:11,12
enact 152:23
  246:6
enacted 90:19
  95:23 97:10
  97:17 126:17
  153:4,10,15
  187:5 197:14
  197:17
  203:21
  225:10,23
  228:3 229:21
  230:4 234:7
  236:24
  237:13,18
  238:23
  250:18 252:6
  267:8
enacting 95:17
ended 151:12
  262:4
ends 101:20
  147:11
  169:18
endure 193:3
engaged 137:2
engagement
  152:5 248:8

Engler 203:4
ensuing 154:18
  155:2
ensure 193:7
  217:10,16
  218:11,22,24
ensured 172:17
entered 232:21
entire 95:18
  207:7
entries 118:17
  124:20
  136:20
  140:18
  143:25
  150:25
entry 125:12
  125:20
  126:15
  128:25
  130:13
  131:14
  132:19,24
  135:25
  139:18 140:8
  141:11 142:3
  145:7 148:1
equal 259:9
equality 237:3
equally 92:14
  92:15
Eric 178:3,5
  231:12
errors 141:10
  141:14
especially
  237:23 266:8
essentially
  88:6 96:3
  103:1 104:13
  163:14 238:7
establish
  215:25
estimate 89:3
  181:3
estimated
  121:3 181:21
  181:22
estimates 89:6
  181:9
evaluated
  94:22
evening 210:18
  238:14
evenly 112:6
everybody
  157:2
evident 89:14
  97:13 107:24
  237:25
exact 228:10
exactly 102:14
  183:13
  186:15

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3101   Filed 09/21/18   Page 88 of 105
Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 279

189:13 214:7
259:8
**examination**
81:3,4,5 87:6
87:9 256:16
268:8
**examined** 87:7
**example** 97:21
158:22
167:19
205:12
222:22
266:16
**examples**
263:4
**Excel** 175:19
**exchange** 93:6
95:12 173:24
**exchanged**
103:19 168:4
174:24
184:24
198:24 206:4
**excludes** 96:13
**excluding** 98:6
98:8
**exclusively**
202:17
**executed** 152:6
**executive**
114:6
**exercise**
128:13 251:5
**exhausts** 268:3
**exhibit** 81:8,9
81:11,14,16
81:18,21,23
82:2,3,6,9,11
82:13,15,18
82:20,23
83:2,3,6,9,11
83:14,17,20
83:23 84:2,3
84:5,8,10,12
84:15,18,21
84:24 85:2,3
85:6,9,12,15
85:18,21,23
86:2,3,6,8,11
86:14,16,19
86:22 88:12
90:17 118:1
118:3 119:12
120:16
123:14 124:5
151:15,17
152:9 159:1
159:3 160:5
162:22,24
163:11,13
164:18,20
168:1,3
173:3,6,6,24
174:6,21,23

177:5,9
179:1,3
180:10,12
182:8,10
184:22,24
187:14,16
190:4,7
196:14,16
197:21
198:20,24
201:24 202:8
205:23 206:3
206:10 207:1
211:9,11
214:9,12
217:1,4
219:9,12
220:23,25
221:19,25
223:20
224:18,21,23
225:25 226:6
226:8 227:4
228:7,9
230:14,18
232:1,3,19
233:16,18
235:1,3
236:6,8,14
239:10,12,16
239:17 240:8
240:11 241:7
241:24 242:5
242:19,21
243:20 244:5
247:1,3
249:3,5,19,25
251:8,11
252:10
253:17,20
261:3 262:10
269:6
**exhibits** 81:7
82:1 83:1
84:1 85:1
86:1 255:14
**existed** 265:14
**existing** 89:15
91:19 100:12
101:23
106:21 107:2
138:5
**exists** 237:6
**expansion**
265:20
**expect** 158:21
**expected** 157:3
233:8
**expense**
208:19
**experience**
113:20
116:24,25
117:1 196:11

experienced
194:24
**expert** 88:7
89:2 90:15
113:4 218:15
**expertise**
154:1 170:2
**expertly**
154:16
**expires** 271:22
**explain** 259:6
260:6,21
265:5
**explained**
266:18
**explanation**
97:8
**Export** 147:11
**express** 209:22
**expressed**
161:10
235:17 236:3
**expression**
223:6
**expressly**
261:1
**extend** 226:15
226:23
**extends** 237:19
**extension**
219:24
**extent** 166:6
212:7 222:21
255:6
**extra** 240:19
**extraordinarily**
155:13
**extrapolate**
97:25
**eye** 218:14,15
238:4 241:22
266:10

_____ **F** _____
**face** 115:14
141:19,19
**Facebook**
242:18
**facilities** 220:5
220:12
226:20 238:6
239:6
**fact** 95:4 96:13
100:5 157:8
174:11 175:8
186:16 212:6
217:14
221:16
250:16 267:6
**factor** 92:12
106:5 113:19
**factors** 92:14
113:21 115:9
115:11

**FAEGRE** 79:20
**fail** 97:3
**fair** 92:12
95:17 106:10
109:16
112:11
114:25 115:3
115:13,24
128:8 148:13
151:20,25
164:15 180:1
189:17
194:16
208:25
211:15
223:16 238:5
**fairly** 112:5
124:10
126:21
**fall** 157:11
**familiar** 88:4
244:15
**far** 177:15
213:4,15
214:4 237:19
263:19
**fare** 172:6
**Farmingtons**
169:5
**Farms** 227:22
**FARRIS** 79:4
**fashion** 160:1
**favorable**
250:7
**February** 119:1
164:22
**federal** 216:24
**fee** 118:9
**feel** 116:4,7,16
174:2 256:5
**feelings** 115:18
115:20
232:21
233:11
**fellow** 115:14
**felt** 132:9
232:25
**fewer** 250:24
**fewest** 96:14
97:5 194:13
201:4,5
259:12
260:19
**Fight** 244:16
**FightHard.com**
244:15
**figure** 124:4
170:10
174:17
224:10 252:8
**figures** 152:11
156:9 235:20
**file** 175:16
221:4

**files** 145:14
147:11,18
**final** 140:12
172:17
223:17
225:23 237:4
252:3 264:8
**finalized** 93:3,4
126:23
148:15
**finally** 92:10
130:13 151:1
**financially**
271:13
**find** 117:2
121:11
194:17 237:8
**fine** 135:16
146:15,20,21
147:24 177:2
218:23
243:17
269:18
**fine-tuning**
247:12
**finger** 226:15
227:21
230:11
236:19 237:8
237:16 238:6
238:20,25
**finish** 200:7
**finished** 99:7
**firm** 146:15,17
146:20,21
147:24 158:6
194:23
**firms** 247:20
**first** 92:9 94:2
118:7 129:8
132:19 135:3
153:5 159:11
160:15 165:4
177:17
193:16
195:16 206:1
206:25
210:18
211:21 213:5
214:12 219:9
219:15
225:25
230:16 231:7
239:17
244:15
250:14
251:21
252:24 262:1
**five** 97:22 98:4
98:7 112:20
161:25
230:16 231:7
**fix** 138:2
**flaw** 90:22
**flawed** 96:4,8

96:16
**flip** 230:16
**Floor** 80:3
**focus** 154:22
155:1
**focused** 95:24
172:24,25
173:2 206:13
**folks** 104:17
113:16
172:25 191:4
215:4 220:8
255:20
**follow** 260:21
**follow-up**
198:15
**followed** 219:1
**following**
93:14 169:2
235:23
**follows** 87:8
**Ford** 220:4,16
**forecast**
154:16
**Forecasting**
154:12
**form** 94:8
**formal** 119:10
152:5
**format** 174:7
**formats** 196:17
**formatted**
158:2 224:11
**formatting**
202:4
**formed** 170:15
**former** 245:1,4
**forth** 138:24
139:16,20
**forward** 176:17
254:2
**forwarded**
173:7 199:3
241:12
244:11
**forwards** 159:7
**found** 141:10
**foundation**
215:25
**four** 153:17,21
161:25
170:24 176:1
211:13 253:7
**fourth** 102:4
120:16
**frame** 179:10
197:7
**Fred** 263:3
**FREDERICK**
79:4
**Freep** 159:12
**frequency**
197:8
**frequent**

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3102   Filed 09/21/18   Page 89 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 280

164:13 240:7
257:17
friends 143:17
front 120:20
180:12 244:5
frozen 116:4
full 97:7 193:23
195:14,15
209:19 216:9
fully 91:1,13
function 94:24
fund 215:20
fundamental
97:3
fundamentally
96:4,8,16
funded 128:15
fundraising
156:2,12
214:21,25
216:21
Further 81:5
193:23 268:8
furthest 206:8
future 113:7
201:14,15,19
243:16
fuzzy 110:7
123:4 250:1

G

G 79:6
gaining 158:16
gains 242:12
garbage 176:1
176:14
Gathering
117:18
general 132:12
220:3,15
generally
139:12
166:15 244:4
generate 138:2
175:5
generated
183:17
196:23
generating
141:5 142:3
142:14
Genesee
186:24 187:6
Genetski
264:10
geography
105:4 157:21
gerrymander...
117:24
getting 93:6
95:22 135:1
148:14
151:24 180:5
199:7 207:14

209:1 213:15
GIS 145:15
give 88:16
129:5 191:5
207:8
given 100:20
101:10 103:7
103:15
148:11
189:14 197:7
205:13
208:12
210:12
222:21
gives 109:14
giving 143:7
169:14
172:12
207:13
238:20
GLEP 254:3,5
glimpse 186:23
glitch 138:2
glorious
175:25
go 88:15 90:18
91:12 105:2
106:12
113:21
116:21 117:5
120:23
123:14 125:9
125:12
130:18 131:2
133:21
142:22
156:14 173:5
178:1 192:7
197:15
216:18 217:3
229:18
232:15
249:21
253:24
254:22 268:4
268:6
goal 156:3,12
206:18
227:16
265:23 266:5
goals 152:25
goes 220:2
228:17
going 88:15,18
89:9 97:4
116:21
124:19
134:24
153:19
156:18,24
177:14,14
215:24 225:5
234:2 237:7
251:4 255:9

257:13,24
258:25
good 116:17
135:15
136:16 183:5
199:25 201:1
201:9 208:19
209:7 226:25
229:5 238:8
238:13
242:12
243:12
255:16
GOODMAN
80:2
GOP 112:9
199:19
211:24
GOPer 172:5
Gotcha 228:6
gov's 191:4
government
178:9 202:21
237:17
governor
149:24
153:10
178:23 203:4
254:15 255:3
governor's
122:14
178:15
190:24 191:2
191:7
GP 255:19
GR 203:13
grab 226:20
229:19 238:9
grabbing 239:5
Grand 165:15
203:13
204:18 205:5
205:7,11
graphs 173:12
174:5,16
GRASHA 79:5
great 135:17
150:15 254:6
259:6
greater 89:18
208:23 237:5
Greg 142:8
243:24 244:6
Grosse 227:6
227:10,15,22
227:22
255:10,13
group 93:20
109:5 142:10
142:13,18
group's 142:16
groups 109:7
215:23
guess 89:7

91:5 102:4
112:4 119:13
150:2 166:16
181:13
183:12 199:5
200:1 204:3
216:11
227:19 230:7
243:6 247:22
guidelines
259:14
guy 242:16
Guyeskey
202:18
Guyeskey's
203:5
guys 195:1

H

H 79:7 80:7
half 128:25
135:13 206:1
211:5 239:21
hall 229:6
263:3
hand 237:7
handed 215:5
249:12
handful 97:19
117:8
handwritten
141:20
handy 224:21
Hansen 107:4
266:21
happen 105:10
117:7 125:8
145:4 147:21
192:14
happened
119:4 121:8
121:21 142:1
148:16 243:1
248:18
happy 232:19
233:3,8
239:25
269:21
Harbor 229:15
229:22,24
hard 201:19
244:16 262:3
267:25
harder 116:7
116:22
Hat 177:17
Hate 239:18
Hawaii 200:10
200:12,13
Haworth
225:18
head 108:6
112:10
197:14

heading 197:23
headings
167:19
heard 168:22
168:22
heaviest
166:25
heavily 119:21
heavy 104:25
134:23
heck 168:16
Heights 101:12
126:13,18,20
127:1 136:24
140:12
219:18,19,25
226:18
230:11
236:10 237:1
237:11
held 197:16
271:5
help 131:22
153:1 160:7
160:24 162:7
169:16
180:18
183:13 186:6
193:12 194:7
198:3 202:4
213:1 218:11
218:24 225:4
228:18 234:2
248:2
helped 94:7
151:18
172:13
186:15 212:4
215:19,20
helpful 174:2
helping 94:6
153:3 186:11
202:6
Herman 225:18
hesitate 262:3
Hey 192:11
hierarchy
91:19
High 225:19
Hillary 112:7
Hills 103:12,17
103:25 104:5
104:8,11
105:11 130:1
130:7,9
209:8 210:4
228:16
hired 157:17
158:5,6
historical
230:24
235:15
history 94:14
94:25 113:19

114:18
177:10,12
179:11 181:9
207:6 231:12
246:10
257:25 258:7
Hmm 195:12
hold 174:17
195:1
Holland 126:2
126:9,10
136:25
224:14 225:1
225:6,14,19
HOLLIDAY
79:5
home 193:18
honed 210:12
honestly 94:21
104:19,20
141:22
162:17 203:9
hope 219:6
hopefully
125:9
hoping 182:21
207:15
hot 239:5
hour 125:6
128:25
hourly 120:8
hours 124:4
131:2 132:17
134:24
136:20 140:1
143:10 146:8
149:4 248:20
House 90:19
92:24 94:7
94:11 97:20
99:23 112:24
122:14,24
127:12,18
130:6 135:2
141:10 144:7
149:10
153:13
163:19
173:19
186:10 188:5
188:9,13
190:15,18,21
191:7 200:22
204:1,6
206:23
224:16 234:6
243:9 246:1
246:2,6
247:15
250:11,20
252:25 253:1
262:25 263:4
264:7 267:11
houses 147:5

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 281

**housing** 213:25
**how's** 112:13
**hubbub** 146:1
  146:2
**Huizinga** 133:2
  133:3
**human** 222:22
**hundred**
  213:24
**Hune** 107:16
  159:11 164:2
  164:4,4
**hurdle** 154:15
**hybrid** 197:21
**hypothetical**
  145:20,22

_____ I _____

**idea** 119:6
  131:9 145:25
  156:8,23
  175:9 187:24
  194:22
  202:17 226:5
  232:17,23,25
  241:3 242:12
  243:9 249:9
**ideas** 199:8
**identical** 88:11
**identification**
  118:2 151:16
  159:2 160:6
  162:23
  163:12
  164:19 168:2
  173:4 174:22
  177:6 180:11
  182:9 184:23
  187:15 190:5
  196:15
  198:21
  201:25
  205:24
  211:10
  214:10 217:2
  220:24
  221:20
  223:21
  224:19 226:7
  227:5 228:8
  230:15 232:2
  233:17 235:2
  236:7 239:11
  240:9 241:8
  241:25
  242:20
  243:21 247:2
  249:4,20
  251:9 252:15
  253:18
**identified**
  196:1 263:7
  263:25
**identify** 227:17

**imagine** 115:2
  115:19
  124:13
  217:24
  250:14
**impact** 100:21
  100:23 115:5
  117:14,15
  189:21
  208:16
**impacted**
  195:24
**impacts** 125:19
  204:9
**implications**
  251:7
**important**
  92:14,15
  153:23
  192:24
  220:11
  234:23
  254:25 260:7
**improper**
  228:24
**improve**
  211:24
  213:14 214:3
**inaccurate**
  144:10
**inadvertently**
  269:7
**include** 100:18
  104:8 118:12
  124:1 180:16
  183:7 191:8
  220:11
  225:18
  226:20
  227:10
  229:20,25
  239:19 247:9
  260:18
  262:23
  269:13
**included** 97:10
  104:11 118:9
  118:19
  119:13,17
  122:4 148:7
  148:20
  150:12
  167:14
  171:18 183:4
  184:10
  211:22
  213:23 233:3
  256:25
  257:10
**includes** 96:10
  171:8 193:7
  227:14
  229:22,23
**including** 132:3

153:20
  155:17
  182:14 183:9
  212:11
  251:16,17
  257:1
**inclusion** 96:1
  96:9
**inclusive**
  239:15
**income** 213:25
**incomplete**
  168:18,19
  171:10
  195:13
**incorporate**
  94:24
**incorporation**
  215:10
**incorrect**
  170:21
**incorrectly**
  162:6
**increase**
  265:18
**incumbency**
  102:15 103:1
  105:20
  106:20 107:3
  132:8 260:3
**incumbent**
  92:13 98:21
  101:10 102:5
  103:16 106:7
  115:3,13,14
  127:2 139:8
  188:24 202:5
  220:15
  252:13
**incumbent's**
  99:15
**incumbents**
  86:17 99:10
  127:1 137:19
  137:20 171:1
  171:3 200:25
  201:8 234:10
  234:16,21,24
  241:16
  259:24
  266:22
**incumbents'**
  214:3
**Independence**
  229:3
**index** 81:7 82:1
  83:1 84:1
  85:1 86:1
  161:9,10
**Indiana** 79:22
**Indianapolis**
  79:22
**indicate** 124:8
  144:18

161:25
  168:17,25
  171:6 213:19
  227:13
  250:11
**indicated** 96:18
  98:18 117:25
  150:11 168:9
  171:4 181:16
  182:17
  200:11 257:3
  267:9
**indicates**
  123:21
  129:16
  133:20
  144:17 151:6
  165:19
  168:16
  174:11 175:7
  175:14,22
  182:16 197:4
  215:22
  226:23
  227:12 231:3
  248:15
  254:18
**indicating**
  103:21
  179:23
**indicative**
  124:14
**individuals**
  107:17
  110:16
**industrial**
  220:5 226:16
  238:6 239:5
**inevitably**
  116:20
**inexact** 113:22
**influence**
  116:13
  158:14
**info** 131:14,17
  142:23
**information**
  110:19
  114:11,18
  120:11,14
  121:13
  131:19
  142:24 143:8
  145:15
  157:23
  167:15 174:6
  181:3 191:7
  212:15 221:9
  245:9,15,17
  245:21
  248:15
  249:13,17
  253:15 255:4
**Ingham** 271:21

**initial** 186:22
**initials** 151:3
**inputs** 91:14
  96:10,16
**insert** 237:9
**instance**
  259:18
**instances**
  257:20
**Institute**
  155:21
  215:15
**instruction**
  92:18
**instructions**
  92:21 263:16
**intact** 194:9,12
  203:13,15
  204:4 205:5
  205:12
**intend** 218:25
  269:11
**intended**
  218:24
**interact** 108:8
  109:24
  212:19
**interacted**
  186:10
**interaction**
  107:19
  201:11
  247:14
  258:19
**interactions**
  110:9
**interest** 102:16
  105:21 106:1
  106:3,7
  109:5,7
  142:16
**interested**
  109:17
  130:19,22
  182:6 271:13
**Interesting**
  175:11
**interests** 264:1
  264:2
**introduced**
  87:21 267:19
**investment**
  154:24
**invitation**
  164:2
**invoice** 118:7
  119:12 120:6
  120:12,16,19
  120:19 122:5
  123:16,19
  148:4,18
  180:16 181:4
  181:5,17,19
  214:12,20

215:21
  216:11
**invoices** 81:10
  118:4,14,16
  216:3,4
**invoke** 269:11
**involved** 93:11
  93:12 108:16
  111:9 116:11
  117:8 119:21
  119:24 121:3
  122:16
  130:24
  139:22
  148:22 153:3
  155:20 164:6
  191:9 198:4
  214:17,21,25
  226:24 262:1
  262:6,8,8
  263:20,21
**involvement**
  262:14
**involving** 122:9
  132:21
**Ionia** 207:17
  207:19,22
**Islands** 150:16
**issue** 150:3,9
  268:4
**issues** 116:3
**isthmus** 229:9
**item** 171:5
**iteration**
  237:20

_____ J _____

**J** 79:3,5 216:8
**Jack** 79:4,6
  103:21
  107:25
  124:23 125:6
  125:17
  130:17 132:2
  174:24 175:2
  175:10
  176:10 189:6
  197:8 198:25
  200:12
  206:11,14,18
  240:5,10,24
  241:12,13,20
**jagged** 237:12
  237:15
**Jamie** 107:25
  127:6,7
  131:2,7
  132:20,21
  140:13,14
  190:12
  193:17 195:8
  196:6 206:4
  206:24
  208:17 209:7

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 282

209:24
210:12,19,24
210:25 211:6
213:2,13
219:9,15
220:13,18,19
221:1 226:9
236:9,20
238:9,11,12
239:13,18
**Jamie's** 195:17
**January** 118:8
118:8 119:1
163:15,21
181:17
**Jase** 107:15
**Jay** 270:1
**Jeff** 79:14 81:2
81:12 87:5
175:4 192:11
232:5,5
236:9 271:5
**Jim** 107:24
190:12
192:10
210:19,24
217:6 219:16
**job** 181:6
201:21
**jobs** 181:5
**Jocelyn** 136:5
**Joe** 107:16
263:5,19
**John** 99:4
106:21 107:4
186:14 203:4
266:22
**JOHNSON**
79:10
**Jon** 79:5
107:25 133:1
250:6 255:17
255:22
**Jot** 216:11
**JPEG** 175:16
**JR** 79:4
**judgment** 97:2
199:20 214:2
**judicial** 158:14
**July** 148:5,16
166:25
249:25 250:3
251:16,25
252:2 253:21
**jump** 143:10
146:8 153:17
156:2 193:4
**June** 119:20
120:17,19,23
122:6 123:19
123:23 124:6
124:6,12,22
126:1 128:5
128:8,19,25

129:7 131:2
133:21
134:15
135:19,25
136:21
139:25
140:18
141:11 142:3
143:10,25
144:14,19,22
144:23,25
145:20 146:8
147:3,6,20,24
167:1 223:23
224:23 227:9
228:10,10
231:8,22
233:19 234:6
238:10,12
239:13,14
240:11
241:10 242:2
242:11
243:24 247:4
247:5 248:6
248:16 249:6
250:5
**Justice** 238:2
**justices** 128:14
**Justin** 195:23
242:9 264:13

_____
K
**Kalamazoo**
128:1,2
**Kamp** 99:1
167:9 182:20
183:1,4
207:11
208:10
242:14
**Kamp's** 193:7
**Keego** 229:15
229:22,24
**keen** 207:17,20
208:2
**keep** 132:5
185:18,21
189:8 219:21
224:20
254:21,25
255:4
**keeping** 169:4
188:25 194:9
194:12
203:12,15
204:3 205:4
**Keiser** 108:1
133:7,9,14
134:16 135:5
230:20 231:7
231:21
**Kent** 138:24
139:4,10

203:15 204:4
204:5,5,12
**kept** 185:24
**KETOLA** 79:5
**Kevin** 79:20
179:3 243:13
269:24
**kevin.toner@...**
79:23
**key** 90:22
95:17 122:12
260:8
**Kildee** 193:8
**kind** 88:5 115:1
117:21
122:23 139:3
149:12 150:7
210:11
213:20
**KNAPP** 80:11
88:18 135:8
135:11,21
146:19 179:3
205:19
243:12,15
269:24 270:9
**knew** 109:19
170:19
184:19 214:5
**Knollenberg**
188:22
193:21
**know** 89:14
91:13,21
93:8,16
94:13,21,23
94:25 95:12
98:8 100:7
103:13
104:18,20
105:6,10,13
106:2,3
108:18,19
109:14 111:9
112:8,12
113:10,14
116:6,10
118:21 119:4
119:13,16
120:5 121:8
121:21 123:6
127:23
128:24 129:2
129:4,12,19
129:20,21,22
131:8,15
132:3,8
133:14,15
134:4,6,10,12
134:13,20
137:8 138:14
138:20 139:9
139:21,24
140:7 141:4

141:9,22,22
141:22,23
142:15,17
143:1,24
144:22
145:10,13,16
145:17,23
146:11,13
147:5,9,16,19
148:20,22,23
149:12,15
151:3 159:13
159:21 162:9
162:10,17
166:13,14,20
166:23,24
168:18
170:12,17
171:2 172:4
174:9 175:12
175:12
176:18 178:6
178:7 181:7
184:2,5,15
185:24
186:20
187:13,20,23
189:9,16
191:1 192:4
192:4 195:14
196:9,13
197:7,10,14
199:25 200:5
200:6 201:21
201:22 203:6
203:9,23
204:19
206:19 208:1
208:22,23
209:11,14
210:23 211:2
211:2,4
213:8,19,23
214:6,7,19,24
215:9 216:10
216:10,12
217:22 218:7
219:3,4
221:15
224:12,12,15
224:15,16
225:20,21
226:22,25
227:8,16
228:14 230:3
231:13,23
232:8,13
233:23
234:13,20
236:21,23
237:4,14,21
239:8,15,23
240:2,3,12,24
241:6 243:11

243:11
244:20
245:24,25
246:23
247:23,25
248:14,18,24
249:13,22
250:9 251:19
252:1,4
253:14 254:7
254:10,12,17
254:18
255:14,17
263:14,18
266:14
267:18,20
268:15,19
269:2,7,21
**knowing**
186:14
**knowledge**
93:25 95:20
166:7 215:10
234:12
**known** 168:8
227:15
**knows** 216:1
**Kzoo** 127:11

_____
L
**L** 79:5,5
**labeled** 171:8
242:25
**LaBrant** 81:12
128:23 149:7
149:8 151:1
151:2,5
152:8 155:25
156:11 159:4
159:7,14
164:21 165:7
165:14 166:9
168:4,20
173:8,25
177:8 182:11
183:8 190:15
198:15,25
199:8 200:8
200:10
201:18 202:9
206:4 217:6
219:16
228:10
242:16
244:22 249:6
249:8,11
258:15,16
261:20
268:10
**lack** 96:9
**Laingsburg**
193:8
**lake** 150:15
193:8 206:15

227:22
229:15,23,25
**Lakes** 150:15
254:6
**language** 137:6
137:13
212:22
**Lansing** 79:17
80:9,13 87:2
87:24 213:3
213:3
**large** 154:15
220:12
225:11
**largely** 201:13
206:14 208:4
267:8
**LASALLE** 79:6
**lastly** 140:12
**late** 147:3
242:11
**latest** 190:13
190:14
254:14
**latitude** 166:2
166:3
**law** 146:15,17
146:20,21
147:24 153:4
153:16 158:6
158:6 238:24
247:19
**lawyer** 158:5
**lawyers** 247:19
257:1
**lay** 215:25
**leader** 109:19
136:13 144:8
190:20
262:24
267:11
**leaders** 92:18
92:22 108:2
108:9 114:25
178:23
**leadership**
262:19,20,23
**leading** 195:1
263:21
**leads** 96:15
**League** 79:3
111:4
**Leaning** 104:4
104:6
**leans** 130:10
**learn** 93:9,13
**learned** 189:23
**leaving** 124:15
**left** 92:2
**left's** 159:12
**legal** 122:14
191:8,9,11
223:9 249:8
**legality** 201:10

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 283

| | | | | | |
|---|---|---|---|---|---|
| legislation | 124:19 128:8 | listed 106:3 | 97:12 102:19 | makeup 104:3 | 120:11,15,22 |
| 152:24 | 129:7 131:2 | 171:4 185:11 | 102:21 | 126:10,20 | 120:25 122:9 |
| legislative | 133:21 | 214:19 | 137:13 | 130:9 139:3 | 123:22 124:2 |
| 92:15,18 | 135:19 | 225:21 | 144:16,18 | 208:6 | 124:11 226:9 |
| 95:9 107:22 | 136:23 | litigation 154:3 | 161:19 162:4 | making 130:19 | maps 81:17 |
| 122:13 | 142:22 | 154:8 249:10 | 165:10 171:2 | 130:23 | 87:21 91:2,7 |
| 128:12 135:2 | 143:10 | 249:17 251:2 | 171:7 179:9 | 134:25 | 91:22 92:19 |
| 141:7 149:21 | 145:20 146:8 | little 116:22 | 183:3,3 | 241:13,22 | 94:9,12,17,22 |
| 150:12 153:3 | 148:4,24 | 129:10 | 192:12 | 244:2 269:15 | 95:1 96:21 |
| 153:14 | 149:9 152:18 | 131:23 135:9 | 197:11 | man 217:21 | 97:12,16,17 |
| 155:15 | 156:2,14 | 148:11 160:8 | 267:24 | Managing | 97:19,22,22 |
| 156:15 | 171:22 177:1 | 180:7 186:3 | looks 134:23 | 153:18 | 97:24 98:1,4 |
| 166:16 | 190:6 192:7 | 187:8 202:1 | 161:6 174:9 | manipulate | 98:5,22 |
| 178:22 202:7 | 200:7 206:1 | 206:15 229:9 | 174:14 | 225:17 | 107:20 108:3 |
| 216:23 231:9 | 216:18 217:3 | 237:12 238:7 | 200:25 | manner 103:16 | 110:12,24 |
| 231:15,17 | 233:5 242:12 | 239:19 | 211:20 | manual 253:12 | 113:5 118:9 |
| 246:3 255:2 | 242:13 | live 116:20 | 221:10 | map 81:19 | 121:4 122:19 |
| 255:8 257:16 | 252:25 | 132:13 | 236:12 | 89:15 90:24 | 122:24,24,25 |
| 258:23 259:2 | letter 121:12 | 222:15 260:9 | 237:10 | 91:8 92:2,16 | 134:25 |
| 260:13,16,24 | 152:5 195:16 | lived 171:3 | 238:18 | 92:17 94:5 | 136:19 149:5 |
| 262:20,21 | 248:8 | 230:7 255:17 | 253:11 | 94:10,16 | 150:20,23 |
| 264:9,15 | level 208:5,5 | lives 260:10 | LORENZO 79:6 | 96:12,19 | 160:13 165:5 |
| 267:1 | 259:16 265:9 | LLP 79:20 | lose 209:7 | 98:9,12 | 165:10 |
| legislators | Levin 238:2,20 | lobbying | loses 209:19 | 105:4 107:10 | 167:14 173:7 |
| 92:13 110:20 | LG 225:18 | 143:18 | loss 90:8,9 | 109:8 127:19 | 173:15 181:1 |
| 117:16 123:1 | liaison 263:13 | local 208:5 | 265:16 | 129:7 134:6 | 182:14,17,25 |
| 141:8 143:20 | life 180:7 230:8 | located 239:9 | lot 113:10 | 134:23 143:7 | 185:1 187:5 |
| 158:14 166:2 | likelihood | 269:2 | 123:22 | 146:4 147:7 | 188:13,15 |
| 192:21 | 192:17 | location 163:23 | 189:25 205:8 | 148:8,21,22 | 201:3 237:6 |
| 222:15 260:9 | Likewise | long 79:6 142:2 | 217:9,15 | 160:15,17 | 237:25 240:3 |
| 264:4 267:3 | 230:10 | 166:18 | 240:24,24 | 162:14,18 | 242:1 254:7 |
| legislature | limit 261:1 | 182:18 | 257:17 | 163:1 166:17 | 254:14 |
| 88:24 94:14 | limitations | 208:17 234:1 | lots 131:24 | 168:6 171:7 | 257:15,16 |
| 114:6 136:11 | 222:22 | 252:5 | 180:5 | 171:24 | 258:2,3,6 |
| 136:12 | limited 107:17 | longer 139:25 | low 160:9 | 174:18 | 264:17 |
| 143:17 | 261:24 | 193:2 217:8 | lunch 205:17 | 181:25 182:7 | 267:13,16,18 |
| 148:17 | limiting 261:2 | look 102:12 | 205:21,25 | 183:18 | 267:22,22 |
| 162:19 | limits 110:6 | 105:3 113:16 | Lund 107:16 | 185:12 | Maptitude |
| 166:15,16 | 123:3 260:25 | 152:10 162:2 | 242:2 | 186:10 188:4 | 114:12 |
| 178:14 179:8 | Linder 81:13 | 162:11 165:1 | lurking 131:25 | 188:8 190:19 | 137:25 138:1 |
| 186:20 | 164:2,5 | 167:18 | | 192:13 | 165:1 174:8 |
| 192:18 | 214:24,25 | 171:22 173:5 | | 193:18 196:4 | 181:12,22 |
| 234:15 | 222:4 223:10 | 173:12 | **M** | 197:13,13 | 183:5 187:19 |
| 248:10 | line 96:15 97:6 | 182:24 | M 79:20 | 200:19,25 | 187:20 |
| 250:18 | 132:24 | 187:20 | Macomb | 208:22 | 196:24 |
| 257:11 | 159:12 | 193:16 | 191:19 | 210:11 | 198:12 |
| 262:17 263:8 | 168:14 177:9 | 196:23 198:2 | 219:20 | 211:20 | 221:11 |
| 263:25 | 194:15 | 201:9 206:25 | 237:23 266:9 | 222:12 225:3 | 236:14 |
| legitimate | 196:25 | 214:11 | main 90:4 | 225:22,23 | 245:16 |
| 98:21 99:8 | 259:13 | 227:18 | major 202:14 | 226:10 | March 119:24 |
| 100:6,10,14 | lines 114:14 | 228:15 | majority 107:9 | 227:17,18 | 120:3 122:6 |
| 100:18 | 115:4,18 | 229:24 | 107:9 114:20 | 229:8,21,24 | 168:4,5,20 |
| 101:21 | 127:18 137:3 | 230:10 | 115:21 | 230:4 233:24 | 173:8 174:25 |
| 102:10,10,18 | 183:24 201:4 | 232:15,18 | 136:13 | 237:7,9 | 175:4,16 |
| 103:15 | 204:5 224:13 | 237:5 249:21 | 153:12 | 250:7 251:12 | 182:2 |
| 105:15 | Liss 93:10 | 252:4 253:7 | 161:16,18 | 251:18,23 | mark 80:2 |
| 106:15 | list 86:17 | 255:24 261:5 | 172:8 190:20 | 256:19,24 | 202:12,20 |
| LeRoux 106:4 | 101:22 | looked 97:18 | 207:24 | 258:12 | 203:5 206:2 |
| 159:23 | 105:18 | 97:22,24 | 240:19,22 | 260:14 | 245:2 264:23 |
| let's 89:11 | 106:18 | 98:7,9,12 | 262:24 | map-drawing | marked 88:11 |
| 90:17,18 | 185:13 | 111:16 | 265:13 | 181:14 | 118:2 151:16 |
| 100:13 101:5 | 247:24 | 160:22 233:2 | majority-min... | mapped 90:12 | 159:2 160:6 |
| 102:1 106:12 | 252:13,16 | 239:8 | 107:6 250:23 | mapping | 162:23 |
| 122:2 123:14 | 269:8 | looking 89:15 | 250:24 | 119:22,24 | 163:12 |
| | | | 260:12 | | |

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3106   Filed 09/21/18   Page 93 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 284

164:19 168:2
173:4 174:22
177:6,9
180:11 182:9
184:23
187:15 190:5
190:7 196:15
198:21,23
201:25
205:24
211:10
214:10 217:2
220:24
221:20
223:21
224:19 226:7
227:5 228:8
230:15 232:2
233:17 235:2
236:7 239:11
240:9 241:8
241:25
242:20
243:21 247:2
249:4,20
251:9 252:11
253:18,19
**Marquardt**
93:23 184:25
186:6 188:17
233:20 247:4
248:11,20
252:12
253:14 263:3
**Marquardt's**
186:1 187:7
**Marty** 188:21
188:22 189:2
189:4 193:21
**match** 237:5
**matched** 89:4
**matches** 124:5
**matching**
181:21
**material**
212:15 239:4
**materials**
140:2,5
**math** 112:10
184:15
**matter** 115:11
135:13
201:17 230:9
230:12
**Mattie** 216:14
**maximize**
154:1
**mbrewer@g...**
80:5
**McCain** 186:4
186:14
209:19 210:7
210:13
212:11

**McCotter** 102:8
102:25 104:7
106:8 107:15
130:14,17,23
131:3 140:10
159:8,16
167:9 171:25
189:6 191:21
192:19,24
197:9 200:17
209:1 228:16
264:12
**McCotter's**
130:19
131:22
133:18 189:7
191:25
197:12
200:15
226:11
**MCD** 128:1
**MCDs** 128:1
136:18
**McMaster**
93:22 203:25
242:11
244:11
245:20 252:7
263:5,19
**McMaster's**
251:20
**McMillin**
264:10
**McNeilly** 142:4
142:7,8
243:24 244:6
244:21
**McNeilly's**
244:14
246:23
**mean** 91:1
102:10
109:14,16
132:21
144:16 153:9
157:17
161:11,11,23
162:9 168:15
169:6 172:24
175:10 179:7
181:10
190:16
192:15 194:3
194:7 195:11
200:4,19
203:7,17
204:4,19
208:11,21
209:9,12,14
212:18 213:6
240:6,18,19
243:8 245:1
258:24
268:12

**meaning** 155:6
155:8 163:3
208:12
**meaningful**
138:22
**meant** 131:23
182:3 204:14
240:21
**measure** 88:22
90:11
**meet** 97:3
167:3 211:5
266:4
**meeting** 93:20
93:25 108:18
108:24 129:7
129:11,22
144:11
146:10,13,15
146:24
147:21,22
163:14,16,17
163:18,20
166:18,21,23
167:4 169:2
169:7 185:7
185:9,15,16
210:20,24,25
211:4,7
222:1
**meetings** 94:3
110:23
122:12,14,22
123:2,8
129:14,20
146:17
163:23 164:1
164:5,7,9,13
164:13
179:17
210:22
256:18,22,24
258:13
262:16
263:21
**Meijer** 202:13
**members**
149:22 167:5
167:6,8
169:8 179:7
186:19
190:17
201:11,13
262:17 264:7
267:4
**Memo** 81:12
**memorandum**
151:18
**memory** 123:4
138:21
179:17
**mention** 96:13
98:20 100:14
104:14 191:3

203:25 251:4
260:18
**mentioned**
93:24 97:18
101:1 102:13
105:23
108:14
117:12
125:22
127:16 133:1
134:21 144:9
147:15
153:21 166:1
186:23
189:10 208:4
212:21
231:11 250:4
255:1,10
258:13,16
264:20
265:16,22
266:6
**mentions**
210:18
**Meridian** 79:21
**merry** 198:22
**message** 159:7
176:5
**met** 103:24
144:10 146:9
236:21
**metes** 141:5
**method** 141:16
**Metro** 191:14
**Michigan** 79:1
79:3,10,17
80:4,9,13
87:2 88:2
90:19 92:24
94:6,7 108:7
109:6 112:3
112:17 113:5
113:7 116:15
134:2 143:5
155:17,19,20
162:18
163:21
165:13
178:10
180:19
187:11 188:9
188:9 196:12
202:19
208:14 212:5
215:13
219:19
222:14
224:14
225:18 227:6
237:22
246:18
253:12
259:20 262:6
266:8,16

268:14
271:21
**middle** 95:24
175:1 199:12
203:6 217:4
245:7,10
**Mike** 133:10
167:9
**mile** 80:3
219:23
226:23
239:20,21
**miles** 230:5,9
230:12
**Miller** 101:14
127:8 131:10
140:15
167:10
172:12
225:18
226:13,14
263:4,17
**million** 156:4
**mind** 124:10
152:18
238:16
**minded** 116:8
**mine** 88:15,16
**minimize** 166:5
186:12,13
204:13
**minimized**
194:13 212:6
**minimizing**
165:25
234:20
259:15
**minimum**
236:25
**minority**
265:11
267:11
**minority-maj...**
265:3,23
**minute** 173:5
196:17
251:22
261:15
**minutes** 135:14
206:24 208:8
239:24
255:23
**MIRS** 87:24,24
88:2 150:10
**miscellaneous**
128:6
**miscount** 97:23
**miscounts**
97:24 98:2
**missed** 219:6
**misstate**
218:19
**misstatement**
218:4

**mobilize** 116:8
**model** 91:15
96:3
**modified**
130:14
**moment** 259:1
**Monday** 222:1
**money** 115:7
153:20,20,20
153:20 156:5
156:6 215:3
220:14
**month** 123:23
124:12
148:25 176:4
198:23
243:25 252:5
**monthly**
118:13,13
**months** 118:18
120:3
**mood** 223:14
**Moolenaar**
99:4
**morning**
210:20
**Motor** 220:17
**Mound** 219:22
**move** 128:8
129:7 145:20
206:1 210:3
257:14
**MRRI** 118:14
119:8 120:25
124:16
128:15 143:7
148:11 149:6
152:6 155:22
156:1,22
215:7,19,23
217:14,25
248:10
258:20,21
261:4,13,15
261:17
262:12,15
268:11,12,18
269:9
**MTG** 146:12
**multiple**
134:15
**municipal**
98:18 172:20
186:13,25
187:3 194:12
212:7 234:20
237:24
259:16
266:11
**municipalities**
201:6 203:20
**Murley** 149:10
191:10
**Murray** 202:12

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3107   Filed 09/21/18   Page 94 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 285

202:20
**mysterious**
242:22

**N**

**NAACP** 111:1
**name** 107:23
189:15 216:9
229:3
**names** 189:14
191:5 236:15
236:16
**narrow** 266:10
**National**
108:10,16,17
108:22,24
109:1
**national-level**
221:17
**natural** 184:18
258:9
**naturally** 90:9
183:18
**navigated**
153:6
**near** 243:15
**necessarily**
109:18
158:15
**necessary** 97:9
137:18
218:10
**necessitate**
234:19
**necessitated**
95:10
**need** 176:24
202:7 203:10
203:11 242:6
256:5 269:20
**needed** 206:16
225:12
231:21
253:14
**negative** 251:6
**neglected**
97:12
**negotiation**
93:4
**negotiations**
137:2 149:21
234:3,4
255:2,9
**neighborhood**
113:17
**neighboring**
104:22
**neither** 195:25
212:10
259:16
**neutral** 99:14
102:14 106:3
218:9
**never** 105:23

111:16
134:21
138:10
157:12,13
239:8 268:13
**new** 99:17
154:17 186:2
189:22
246:11
**news** 87:19
176:4 238:21
**newsletter**
87:25
**newspaper**
88:6 117:20
264:16
**nine** 98:6
111:19,22,25
112:8 170:25
200:25 201:8
201:13
222:17 223:1
247:9 250:20
**nonpartisan**
99:8 100:6
100:10,15,18
101:21
105:15
106:15 170:8
**north** 79:21
229:19
265:25
**north-south**
219:25
**northeast**
237:11
239:20
**northern**
165:13 208:9
208:13
**Northwestern**
199:13
**Notary** 79:15
271:1,21
**notch** 239:20
**note** 96:6
101:9 124:4
**notes** 141:20
141:23 154:6
**notice** 146:19
171:13
**NRCC** 109:3
134:16,19,21
135:5 221:5
**number** 81:9
81:11,14,16
81:18,21,23
82:3,6,9,11
82:13,15,18
82:20,23
83:3,6,9,11
83:14,17,20
83:23 84:3,6
84:8,10,12,15

84:18,21,24
85:3,6,9,12
85:15,18,21
85:23 86:3,6
86:8,11,14,16
86:19 89:23
96:14 97:5
97:15 98:17
99:20 104:12
115:24
116:15 118:1
120:7,7,19
123:16 128:1
131:8 148:18
151:15
153:19
154:10
156:14 157:5
158:10 159:1
160:5,9
162:22
163:11
164:18 168:1
171:5,8
172:2,19,22
172:23 173:3
174:21 177:5
180:10 182:8
183:21
184:22
187:14 190:4
193:17
194:14
196:14
198:20 200:4
201:4,5,24
205:23
209:19 211:9
214:9 217:1
217:4 219:12
220:23
221:19 223:7
223:20
224:18 226:6
227:4 228:7
230:14 232:1
232:16,19
233:16 235:1
236:6,25
239:10 240:8
241:7,24
242:19
243:20 247:1
249:3,19
250:22 251:8
251:15
253:17
259:12
260:19 261:3
261:11 262:5
**numbered**
123:15
**numbers** 86:22
122:11

171:25
175:11 186:4
196:7 203:7
203:8 205:12
210:7,13
230:21,23
243:10
248:21
251:23
252:10
**numerous**
107:22
**nuts** 242:17

**O**

**O** 87:4
**Oakland** 81:19
103:23 104:3
105:9 130:12
130:12
131:25 163:1
186:24 187:6
191:18 229:3
237:22 266:8
**oath** 87:7,8
**Obama** 240:18
240:21
246:14
**object** 215:24
**objections**
244:1 246:1
**observed** 110:3
**obtained**
111:17,20,23
113:24
187:22
**obtaining**
92:13
**obvious** 229:4
**obviously**
186:17
**occasionally**
179:16
**occasions**
144:12
**occupied**
170:25,25
**occur** 148:2
154:18
179:22
225:15 251:3
**occurred**
129:18 164:7
**occurring**
117:24
129:14
**occurs** 116:4
**oddly** 229:5
**offer** 209:25
210:3 267:13
**offered** 197:9
218:15
**offering** 195:17
223:9

**office** 114:3,6
122:15 123:5
178:15
190:24 191:2
191:8,10,25
208:18,25
231:13 241:1
268:18
**officeholders**
98:21 99:2
107:12,20
114:21
115:12
**official** 79:10
103:16
109:19
155:25
171:11 178:2
178:17
181:18,24
245:22
**officially** 262:7
**officials** 101:11
101:13 102:5
**Oh** 131:4 134:9
154:14 162:5
203:3 227:23
229:14
242:13 253:8
**Okay** 87:15
88:1,4,7,9,13
89:7,12
90:17 98:12
99:2 101:5
102:3 106:12
108:25
110:16
112:24
121:13 122:3
124:19,21
131:2 132:24
133:6,12
134:15 135:7
136:1 137:6
137:12,22
139:25
144:20,24
148:13,18,24
149:1,3,9
150:18 151:8
152:2 158:2
160:13 162:7
162:21 163:3
164:17,23
168:14
173:17
174:16 180:1
188:21,23
192:9 194:2
195:8 200:7
202:8 205:20
206:7,24
208:12
210:17

213:20
216:14
219:14,21
221:11,15
224:22 225:2
243:3 244:21
245:9 249:23
252:7 253:3
256:13
257:13,23
259:24 261:8
263:23 268:2
269:17,23
**old** 99:17
222:13
246:10
**oldest** 230:17
**once** 92:2
108:1 172:10
208:19
**one's** 88:10
**ones** 106:18
132:2 146:18
**operable**
177:10
**operations**
215:7,19
244:19
**opinion** 91:22
113:4 158:15
170:3 195:18
195:19
209:16
260:15
**opponents**
131:24,24
132:6 263:24
**opportunity**
87:12 88:22
90:11,14
256:8
**opposed**
113:17 120:8
170:6 264:6
264:14,14
**opposing**
158:19 264:3
**opposition**
158:16,18,21
**optional**
165:23
**options** 130:14
131:3 217:9
217:16
218:11,21
260:25 261:2
267:7
**oranges** 89:9
**Orchard** 206:15
229:25
**order** 189:4
221:5 225:17
257:5
**organization**

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 286

88:1 195:5
214:15,17,22
215:13,20
254:5,8,10
**organizations**
110:14,17
216:3
**organize** 116:8
**Orion** 229:3
**Osceola** 207:13
**ought** 106:9
**outcome**
104:24
218:24
**outlier** 196:1
**outline** 182:20
185:5,22
**outlines** 261:9
261:10
**Outlook** 163:14
163:16
**outside** 178:24
**overall** 174:18
175:11
**overlap** 89:14
**overrule** 223:8
**oversee** 157:5
**oversight**
101:17 102:7
**overwhelming**
161:16
**ownership**
213:25

**P**
**p.m** 177:4
192:8 193:24
205:22,22
206:9 210:1
213:2 223:15
243:18,19
248:16
255:25 256:1
270:12
**P23657** 80:7
**P35661** 80:2
**P61041** 80:11
**pack** 194:18
**packet** 233:14
**page** 81:2,8
82:2 83:2
84:2 85:2
86:2 90:18
91:13 92:1
92:24 93:2
95:6,19,22,25
98:19 100:13
101:6,7
102:19,22
105:19
106:13
119:11,21
120:16
123:14,15

132:16
135:12
142:22 148:4
148:24
152:10,17
156:3,14
158:9 160:15
160:24
162:13
167:18,18
174:5,19
190:9,10
191:3,13
192:7 193:16
193:23
196:20,20
199:12
206:10 207:1
210:18
211:21
214:12 217:3
217:4 219:9
219:15 221:7
225:25
229:11
230:16 231:7
233:5 238:16
239:17
244:15 245:7
245:10 250:6
250:14
251:21,24
253:24
254:20
**pages** 88:21
124:5,8,9
160:10,20,22
187:16 198:6
251:11 253:7
**paid** 94:10
152:13
210:14
215:18,23
262:8
**pain** 239:18
**paired** 146:4
234:21
241:16
**pairing** 137:20
192:22
234:24
**Pappageorge**
186:2 187:8
**paragraph** 92:1
92:4 95:24
99:13 102:5
103:14 153:5
156:14 157:5
158:9 193:4
200:24
228:15
**paragraphs**
153:17
**parenthetical**

156:17
**parroted**
159:12
**part** 95:17,23
110:2 114:16
114:16
124:15
128:15 129:8
137:9 138:8
139:18 140:8
141:11,20,23
145:6 146:12
178:9,22
209:13,15
249:17 257:3
258:21 265:8
**participant**
164:11
**participants**
155:15 164:1
**participate**
110:23
140:23
166:21
**participated**
93:21 107:10
110:24 123:1
129:24
**participating**
122:22
163:20
**participation**
94:3 130:21
**particular** 88:1
100:16
103:12
113:16
114:15
118:23 120:6
126:25
134:12
138:14 139:8
156:19 161:4
180:4 216:22
264:13
**particularly**
101:11
**parties** 116:12
139:5
**partisan** 104:3
161:9,10
170:6,11
208:6 257:25
**partisans**
264:22
**partisanship**
249:2
**parts** 200:1
**party** 108:2,7
109:19
115:21 116:9
116:21,22
143:6 155:18
166:15 253:9

262:6 266:24
271:11,12
**pass** 152:24
153:3 189:5
202:7
**passage** 92:11
102:17
105:22
117:15
158:19
192:17
218:10 234:7
234:18
257:10,11
260:8 264:8
**passed** 147:4
148:17
250:18
267:25
**passing** 135:1
166:3,4
**paying** 190:25
262:14
**PC** 80:2
**PDFs** 121:19
**pellsworth@...**
80:10
**people** 104:12
104:14,21,22
107:20
109:12,13
113:10
115:22
116:11 179:6
179:7 182:6
183:5,17
184:19 190:2
194:22
199:12,13
200:6 202:4
212:22
225:11,12
251:15
258:10 263:2
263:4,6
266:12
**percent** 88:22
97:24 209:19
209:20 231:1
265:25
**percentage**
106:25 107:7
112:2,8
**perfect** 238:15
270:9
**performed**
110:3 128:16
148:8
**period** 122:5
149:20
180:20 182:4
184:7 202:24
239:13
245:14

253:21
265:15
**persistent**
125:11
**person** 166:11
216:10,12
218:16
**personal** 170:6
170:9
**personalities**
131:1,22
**personality**
125:10,11
**personally**
114:19,22
143:22
**pertains**
225:13
**Pete** 107:16
242:2
**PETER** 80:7
**Peters** 192:13
**Phil** 202:18,19
**Phil's** 203:10
203:11
**phone** 141:17
141:18 211:8
**phrase** 105:15
**picking** 207:17
**picks** 191:22
209:20
**piece** 151:24
**piss** 242:13
**pissed** 222:5
**pitch** 151:23
213:1
**Pittsfield**
169:19
**PL** 213:22
**placate** 125:6
130:18
**placated**
197:10
**place** 160:8
162:7 183:15
234:10
**placing** 165:14
**Plaintiffs** 79:8
79:24 80:6
**plan** 89:16,17
90:20 93:10
94:7,7 95:18
95:23 117:15
117:18
126:17
128:19,24
143:14,18,21
144:25
145:21,22
147:3 148:14
151:7 154:23
156:15
158:20
164:25 166:5

168:15,17
169:1,12
172:17 174:3
182:22 185:5
185:18 186:3
186:24 189:5
189:12,17
190:13,14,17
192:17,21,22
193:12 197:1
197:5,14,21
198:17 199:9
203:21 204:6
209:11
211:23 220:1
220:20
222:18 223:2
223:8,18,19
224:16
225:10
229:21
232:17
240:23 247:7
247:10
250:12
257:10
259:23 260:8
260:21
263:24 265:4
267:2
**planning** 262:7
**plans** 97:20
114:19
117:17
122:17 128:9
131:19 136:3
136:15
140:19,24
141:10
144:13
150:12
152:24 153:4
153:14,15
154:4 156:19
156:21 157:2
157:15 165:2
166:4 179:10
179:18 187:1
189:14
194:10 202:7
203:24,24
204:1,7,9,13
228:3,3
234:8 243:8
246:4 247:10
247:15,16
250:4,18
251:12 252:5
260:13
261:21,23
264:3,8,9,9
**plant** 220:4,4
**platform** 231:9
231:15,18

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 287

played 95:21
  208:10
  247:18 265:7
please 98:19
  106:12,18
  121:2 146:21
  185:20
  214:11 219:5
  219:15
  238:13
  251:22
  254:20
pleased 180:1
PLLC 80:7,11
plug 175:5,13
plural 99:2
  101:17 102:7
plurality
  240:18
point 109:16
  138:10 147:4
  171:12 180:6
  187:1 191:18
  241:22
  262:17 263:9
  263:23
Pointe 227:6
  227:22,22
Pointes 227:10
  227:15
  255:10,13
Pointing
  229:12
points 108:5
  212:10 247:8
  247:13 250:8
political 115:21
  126:10,20
  130:9 139:3
  154:17 155:2
  155:3,7,15
  157:7,13,14
  157:18
  161:14
  171:13
  183:25
  186:20 188:1
  188:3,25
  189:21 190:3
  196:1,19
  202:3 204:17
  205:3 206:20
  207:19
  212:24 213:8
  233:2,8
  241:5 248:22
  255:16
  257:25 258:7
  266:24
politician 143:2
politicians
  202:5
politics 183:19
  189:25

202:20
pollsters
  113:18
Pontiac 189:12
  191:15,22
  229:19
population
  89:19 90:8
  104:1 121:17
  175:6 212:24
  213:17,18
  225:15
  226:24 237:2
  237:24 238:7
  243:5,11
  248:12 259:9
  259:10
  265:11,13,14
  265:17,18,24
  266:4,7
Population/...
  154:12
populations
  121:4 208:13
portion 104:11
  193:7 210:1
  270:6
portions 126:8
  160:20
  267:17
portray 155:11
position 203:1
  263:8 269:8
  270:6
possible 90:3
  91:3 94:22
  107:2,5
  109:12 145:7
  145:17
  149:24
  165:20 166:6
  179:20 181:2
  212:7 251:6
possibly 110:5
  110:7 115:22
  141:19 251:6
potential
  117:15
  131:24 132:5
  154:7 166:3
  188:25
  263:24
potentially
  166:3
POTUS 167:20
PR 194:8
practice 118:22
  119:7 120:4
precinct 131:25
precincts
  199:14
precise 231:20
precisely
  172:12 237:2

predict 113:12
  113:22
  201:16,20
predicted
  198:18
predicting
  113:22
predictive
  154:25
predictor 113:6
prefer 114:19
  114:22,24
preference
  104:7 115:4
  132:5 139:9
  208:6
prep 140:1
  141:1 146:8
preparation
  122:11,15
  262:7
prepare 91:4
  94:6 120:2
  122:17 138:8
  138:19
  141:20
  151:18
  156:22 175:8
  183:6 221:11
prepared 88:8
  89:2 90:15
  91:3,5 94:9
  94:11 118:17
  121:25
  143:21
  156:23
  162:15 163:7
  164:20,25
  169:2 173:7
  173:15
  174:10
  190:12
  218:11
  220:20
  231:12
  236:13 241:1
  251:24
preparing
  94:17 122:20
  122:21 141:2
  160:11
  223:22
present 123:7
  167:6,8,12
  258:12
presented
  262:12
preservation
  102:15
  105:20
  106:20 132:7
preserve 106:1
  107:2 138:11
  154:6 269:20

preserving
  99:18 100:16
  101:23
president
  258:20
presidential
  167:22 202:3
press 140:23
  141:1 255:6
Presumably
  255:22
presume 98:1
pretty 209:18
  238:25 252:3
previous 89:25
  151:6 156:25
  185:12 205:7
  205:8 237:20
  239:16
  261:10
previously
  92:20 181:21
pricing 152:8
primarily 90:8
  94:5 123:11
  127:16
  216:21 236:9
primary 132:11
  151:20
  233:21,25
principles
  193:13
prior 89:4
  94:10,21
  99:23 165:2
  171:10 173:1
  173:21,24
  181:19
  182:18
  185:17,22
  246:16 255:3
  271:7
priority 195:10
prism 196:6
privileged
  269:9
probably
  121:19
  123:15
  213:24 237:5
problem
  207:10
  241:17,19
  269:14
problems
  233:13
procedures
  269:16
process 96:19
  110:2 111:2
  111:5 116:12
  117:11,23
  119:10,10
  124:16 153:7

155:16
  158:13
  232:22
  264:15,18
produce 114:20
  182:5 184:19
  200:21
produced
  92:20 97:19
  153:12,14
  157:14,16
  162:9,11,24
  163:9 173:11
  174:7 187:19
  201:3 221:14
  231:1
producing
  188:12,14
production
  160:9 183:16
products 182:7
Professional
  271:20
progress
  153:18
prohibited 97:1
project 121:3
  254:6 261:12
  262:2
projects 119:9
prompted
  132:3
proposal
  170:21,24
  183:7 198:4
  199:11,15
  200:20 209:2
  235:24 236:4
  237:18
  241:14 261:4
  261:9,13,18
proposals
  241:21
proposed
  125:15 138:7
  145:1,24
  152:8 167:15
  170:24
  171:22 173:7
  174:3 175:21
  185:1 186:3
  186:21 190:1
  191:13 198:8
  199:9 200:14
  210:13
  222:10
  230:21 231:1
  232:20 235:7
  235:12
  236:11
  241:10 242:1
  245:14
  261:11
proposing

184:14 199:7
proposition
  241:13
pros 198:16
protect 201:8
  201:14
protecting
  259:24
protects
  200:25
proud 232:24
  233:6
provide 110:12
  110:15,16
  134:18 135:5
  157:19 169:9
  174:2 182:20
  188:9 212:16
  221:5 248:11
  252:12
  261:20
provided
  157:23
  171:21
  175:20 186:5
  188:3,19
  218:21
  230:24,25
  235:11 245:8
  245:18 254:7
  258:10
providing
  110:19
  150:23
  188:18
  212:15 217:9
  217:15 245:5
  249:10
  253:15
provision
  269:11
proximity
  100:20
public 79:16
  116:2 117:9
  117:13,16
  140:2,5,19
  144:14,16
  158:9,13,15
  194:16,24
  195:6 201:9
  233:13
  264:20
  269:15 271:1
  271:21
publication
  87:23 88:5
publications
  150:10
published
  179:19
purpose
  131:15
  133:14

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3110   Filed 09/21/18   Page 97 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 288

178:25
**purposes**
  197:10
**pushing** 189:6
**put** 88:1 93:17
  132:4 151:9
  199:17
**putting** 196:6
  234:15
  266:21
**PVI** 161:8,13

———————
**Q**

**quantify**
  113:11 116:1
  152:3 161:14
**quasi** 168:19
**Quasi-post**
  168:15
**question** 94:20
  137:21
  155:24
  168:10
  171:20 172:9
  176:7 185:11
  185:20
  186:17,18
  189:24
  194:21
  199:25
  206:17 213:7
  214:13
  218:23
  220:13
  232:14 242:3
  247:23 258:4
  258:9,11
  260:8
**questions**
  179:6,12,14
  180:5 183:17
  184:18
  186:19
  189:25 192:5
  202:5 212:18
  243:23 256:3
  256:12
  257:24 268:3
  268:5 269:3
**quite** 172:6
  194:23
**quote** 152:17

———————
**R**

**R** 80:11 87:4,4
**R&C** 241:2
**R+7** 161:11
**race** 108:15,23
  213:20 214:1
  235:19
**racial** 199:23
  248:12
**radio** 117:20
**raise** 220:14

**raised** 146:3
  156:5,6
**ramifications**
  203:18 205:4
**Randy** 107:15
  222:6,7,8
  263:10
**Randy's** 263:13
  263:16
**Rapids** 203:13
  204:18 205:5
  205:7,11
**RASHIDA** 79:7
**rate** 123:16
**raw** 120:7
  243:10
**reached** 189:20
  270:3
**reaction**
  151:23 186:1
  199:11,16
  241:14
**read** 126:4
  130:2 132:25
  133:21 142:4
  151:23 176:3
  187:7 195:18
  196:3 219:5
  229:17
  238:21
**reading** 129:8
  170:18
  182:15
  195:12
  206:12 207:7
  228:19
**ready** 135:25
**real** 115:5
  151:11 203:6
  203:8
**really** 90:4
  116:5 184:3
  213:11 222:6
**Realtime**
  271:20
**reason** 90:16
  101:3 105:5
  110:18 120:5
  148:1 168:10
  170:20
  173:13
  178:19 208:1
  216:5 223:25
  231:4 240:14
**reasonable**
  115:9 135:9
**reasonably**
  177:20
**recall** 89:1 94:1
  99:6 102:14
  106:18,24
  107:14 108:1
  109:9,21
  110:1,5,9,25

111:11,14
  117:22,25
  118:11,15
  119:3 121:24
  122:10,20,21
  122:21
  124:15,18
  125:13
  126:25
  127:15 128:3
  128:5 130:15
  134:24 135:3
  135:4,6
  136:14 137:4
  138:17
  139:11,12,15
  140:4,16,25
  141:13,14,16
  143:16
  144:11,15,24
  145:1,5
  146:4,15,18
  146:23
  147:22,24
  148:16
  150:19,24
  151:4,10
  154:9 155:4
  156:11
  159:13
  160:11,12
  161:7 163:6
  163:20,25
  164:1,4,5,12
  164:13
  166:20,23
  167:4,8,11,12
  170:1,17,18
  172:21
  175:24
  176:19
  177:16
  179:21 182:3
  182:23
  184:21 185:7
  185:9,10,15
  187:12 188:1
  188:19
  191:16 192:1
  197:5,23
  198:1,19
  203:22 204:1
  206:5,6,20
  207:11,12,18
  208:12 210:8
  210:16,24
  211:7 214:13
  215:1,5
  216:2,4,22
  218:3 223:14
  223:22,24
  225:8,9
  226:4 227:3
  227:9 228:20

228:22
  232:21 234:2
  235:23 236:2
  240:13 243:4
  244:4 245:24
  245:25
  246:20 248:7
  248:8 249:24
  250:2 253:22
  255:12 257:6
  263:20
  264:11,16,19
  264:22,23
  265:1,2
  269:1
**receive** 114:7
  180:14 242:1
  256:25 267:2
  268:20
**received** 93:6
  95:11,12
  103:20
  119:19
  121:12 159:4
  160:10 164:2
  164:21 176:5
  185:18,22
  187:13
  192:10
  198:25 199:5
  220:19
  233:18 267:6
  267:6
**receiving**
  249:24
**recipients**
  224:7
**recognize**
  118:3 151:17
  159:3 163:13
  164:24 168:3
  173:6 176:8
  182:10 202:8
  220:25
  240:10 244:6
**recollect**
  130:16
**recollection**
  107:16 120:9
  125:23
  126:22,24
  128:7 129:15
  129:24 130:8
  132:1 138:12
  147:1 149:2
  152:7,15
  156:25
  159:15,18
  160:4 162:12
  165:9,11
  169:7 170:5
  173:11 174:4
  175:20,23
  176:9,21

180:3,18
  181:20
  182:25 187:1
  191:6 196:19
  199:15 203:4
  206:19 222:3
  225:4 228:18
  233:4,7,10,15
  240:17 250:1
  250:3 251:14
  252:9 259:11
  260:18
  267:12,17
**record** 118:22
  197:15,16
  268:5 269:13
  270:12 271:4
**records** 133:6
  154:7
**recounted**
  93:14
**recruit** 116:22
**red** 163:3
**redacted**
  249:17
  252:18,20
**redistricting**
  87:21 108:11
  109:2,11,22
  109:25 110:2
  116:3 117:10
  119:14
  124:11,16
  128:12
  129:14 138:9
  148:14
  149:23
  151:24
  152:24 154:4
  154:21
  155:20
  156:25 158:7
  163:18,24
  164:7 179:2
  179:10
  191:10
  210:20
  214:18 215:8
  215:13,16
  229:6 261:12
  262:2 263:12
  263:18 265:7
**redrawn**
  250:15,16,19
**reelected**
  103:2,5
**reelection**
  133:22
**refer** 126:6,13
  127:12
  132:22
  143:25
  145:11 146:9
  160:13 161:8

166:11
  167:19,24
  189:9,13
  204:7 226:22
  238:3 243:3
  243:5
**reference**
  102:4 124:23
  126:1 127:21
  128:19
  130:16
  131:21
  132:16
  136:23
  140:18 141:5
  142:22 145:6
  147:6 149:9
  150:20
  152:11 189:7
  189:12
  197:25 206:9
  207:5 209:22
  209:24
  247:19,22
  249:2
**referenced**
  245:6
**references**
  149:17 150:3
  189:11
**referred**
  176:22
  178:25
  188:21
  197:22 234:5
  266:13,14,15
**referring** 99:9
  101:13 150:9
  150:14 155:3
  166:9,14
  169:8,20
  172:2,4
  177:23 184:9
  185:17
  193:20 200:6
  200:17 204:9
  204:12
  208:24 214:8
  226:16,17
  248:23
  250:10 251:6
  255:11
**refers** 120:22
  125:24
  126:16
  148:19
  166:13 181:9
  188:6 189:10
  204:3 227:1
  228:2 230:24
  235:19,20
  249:9
**reflect** 182:17
  256:2

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3111   Filed 09/21/18   Page 98 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 289

reflected
148:12
reflects 148:10
refresh 165:10
175:19
180:18
182:25 183:2
225:4 228:18
242:6
refreshed
179:16
refreshes
149:2
regard 90:1
106:23
109:21
171:24 195:2
224:15,17
247:14
256:21
257:19
260:10,23
270:1
regarding
108:11,23
139:17 142:6
143:13
159:18 225:1
247:15
regards 166:5
188:12
203:22
Registered
271:20
regular 163:23
regularly
118:22 164:8
164:12,12
Reid 149:10
Rejected
251:12
related 87:21
141:10
181:20
215:16
216:21 242:8
255:14
relations 116:3
117:9,13,16
158:10
194:24 195:6
201:9 233:13
relative 271:10
271:12
release 122:11
122:23 140:2
181:18
released 140:5
144:13,15
165:3 173:22
182:1 213:22
269:10
releasing
140:19

reliable 113:16
155:10,23
relying 105:12
remained
100:1
remaining 87:7
remains 270:2
remember
93:19 101:25
123:3,4
151:12
200:13
remove 195:20
197:6
removed
197:12
removes 197:1
rep 193:19
repeat 185:13
replies 206:24
reply 175:1
report 88:7
89:2 90:15
90:17,22
91:13 93:17
94:8 95:24
97:13 101:1
102:13
104:15 124:6
136:10 138:4
141:12 234:5
257:18,19
260:21
reported 147:9
149:15
reporter 206:2
271:20,20
reports 118:5
118:13 119:5
120:2 124:22
138:3,8,11,14
138:17 141:6
148:25 175:6
179:23
represent
132:14
169:11
195:24 220:3
representative
93:10 189:3
193:21 253:4
representati…
99:23 108:9
116:13
172:24
194:18
200:22
211:18
represented
99:1 127:7
206:22
247:20
representing
209:4,5

268:12
Republican
92:22 94:16
100:1 104:6
105:8,11
108:7,9,15,17
108:22 109:7
109:10,24
111:14,17,20
111:23,24
112:2 114:21
114:25
116:11 117:3
126:12 127:9
130:20,25
133:3,12
143:5 153:12
155:18 161:4
162:15
166:15
167:23
169:22 171:1
172:3,7
180:24 184:7
184:13
190:17
192:25 194:4
195:20 196:7
201:13
202:14,25
206:22
207:23,25
209:1 221:23
227:7 235:18
235:21
244:24 246:7
246:12,18
250:8 253:4
257:8 262:6
264:1
Republicans
93:5 94:13
95:12 99:22
112:6 114:5
114:24
152:21
161:13
163:19
178:14 179:9
184:17
190:22
194:20
199:19
200:21
202:16
207:24 208:4
218:12
221:17 234:9
246:12 255:5
257:12 264:7
request 128:3
130:1,7
131:7 134:20
149:7 163:16

163:17
220:19,21
221:8,16
236:19
239:22
245:19 252:7
254:17
requested
129:2 133:14
134:4 141:6
141:6 143:9
191:15,17
226:21
236:22
248:13
requesting
224:13
228:13,22
236:20 254:3
requests
163:14
191:24
require 153:19
228:17
234:15
259:17
required 95:15
96:17 104:13
132:13
234:17 238:2
requirement
166:1 259:12
260:22
requirements
259:14
requires
222:15 259:8
requisite 92:11
resemble 91:17
residence
220:10
Resource
155:20
215:15
respect 169:17
257:14
258:12 260:3
263:11,17
269:8
respond
176:11 208:8
responded
238:14
242:16
response
185:11
208:18
209:25
239:24 244:7
responsibility
152:23
156:20
responsible
94:6 123:11

127:17
rest 90:3 151:9
151:10 193:9
228:19
result 113:24
167:14
177:24
212:18
218:20
234:21
235:20 251:2
resulted
266:11,20
results 94:11
94:22 112:5
154:23
171:14,17
175:6 177:14
184:6,12
198:7,18
205:14
209:22 233:8
235:12,14,17
245:13
retain 90:2
retained 88:23
89:5,25
261:17
reto 125:18
retrogression
107:1 241:17
return 194:20
review 87:12
127:19 137:6
140:1 256:9
reviewed
140:17
159:19 206:6
reviewing
121:24 140:3
140:20
revised 211:19
220:20
revisions 149:4
149:18
rhetorical
176:7
RICHARD 79:6
Richardville
107:15 222:8
263:10
rigged 117:23
right 89:18
91:12 92:22
94:9 95:1,4
99:24 100:2
103:2,6
111:12,12
112:13
113:13,25
114:15
115:25
116:23
118:18

119:22
123:20 124:1
124:17 127:9
128:15 129:8
130:21
133:19 134:2
134:11,13
135:21 142:4
142:11 143:2
144:5,14
151:4,11,13
152:22 153:2
154:4 155:1
155:8,18,22
157:2,18
158:3 159:8
160:2,14
161:3,15
162:5,5,5
163:10
165:18
167:16
168:23
173:18 176:5
177:24
179:19
183:11,20
184:13
189:22
190:10,24
195:2,6
202:5 205:8
205:16 212:2
212:10 214:3
215:1,12,20
218:21 223:2
223:12 224:3
229:11,18,19
230:7,10
232:5 233:9
234:22 235:9
236:14,18
237:12 238:5
239:1 240:1
244:10 246:2
246:8,19
248:4 252:19
253:1 254:15
263:6
Rights 92:10
100:8,21
107:5 241:18
260:11
266:19
ring 198:3
rival 192:19
rivals 189:1,8
RIVERA 79:6
RNC 200:18
Road 80:3
Robert 249:6
258:15
Rochester
103:12,17,25

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-5, PageID.3112   Filed 09/21/18   Page 99 of 105

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 290

104:5,8,11
105:11 209:8
210:4
rock 194:2,3
Roe 107:25
127:6,7
131:2,7
132:19,20,22
136:23
190:12
193:17 195:8
197:21 206:4
206:24
208:17 209:7
210:19 211:6
219:9,15
221:1,4
226:9 236:9
239:13
RoeHybridPl...
197:25
ROGER 79:3
Rogers 133:11
167:9 172:1
209:19
210:12
213:13
Rogers' 208:18
208:25 209:4
role 95:20
155:25
157:21
176:15
194:10
247:14,17
258:19
263:11,17
roles 122:24
ROSA 79:5
roughly 89:21
104:2 111:14
112:1,11
113:3 126:11
152:16
174:16
219:19,25
225:11
rounded 120:7
roundtable
140:23 141:2
routine 138:8
royal 166:10
RPR 79:15
ruled 270:4
run 116:18,23
117:2 132:11
142:18 231:9
231:17
RUTH 79:10

__S__

sample 98:3
Sandler 131:15
131:18

133:18
139:16,22
140:9 142:23
177:8 182:11
183:8 235:4
236:2 241:9
253:25
Sandy 238:20
sarcastic
242:14
Sarpolus 150:3
150:5,6
247:10
satisfied
172:10
238:18,19
satisfy 172:13
201:12,13
211:17
226:19 258:6
satisfying
171:19 189:4
222:23
Saul 108:21
saved 189:14
saying 91:5
99:7 103:4
107:17
175:24
269:25
says 123:25
127:11 128:6
128:8 130:1
131:14
132:19,25
134:8 137:5
140:8 142:3
146:12
154:11,15
155:4 158:9
162:13
163:18 165:4
167:20
169:21 171:5
176:3 177:10
181:4 182:15
182:23
186:23
191:21
196:25
200:14,18
206:13
207:10,13
210:5 216:11
217:13
218:21 223:5
223:12
227:14
228:15
232:11
239:18
246:22,23
248:15,16,20
251:12

252:17
scale 229:8
scenarios
165:5,7
Scenic 193:8
Schauer 245:2
scheduled
164:8,12
School 225:19
Schostak 108:5
131:19
142:23,25
143:2 150:21
235:4,24
236:2 249:25
250:13
254:13
Schuitmaker
221:21
222:23
science 113:23
scientific 98:3
Scio 169:19
Scott 80:11
263:2,7,9,14
screw 169:12
170:3,22
screwed
169:25
170:16
screws 169:6
scuttle 143:13
seat 169:5
171:25 172:1
191:15,19,21
194:2 195:23
196:3,4,11
206:16
seats 111:17
111:20,23
112:9 127:12
211:24
second 88:16
92:9 99:13
102:22
120:19
121:18 126:7
131:21
135:20
167:18 185:4
190:8,10
196:4,5,12
206:10 211:5
217:3 225:13
228:15
230:16 237:7
242:6 246:17
250:6 256:2
secret 156:19
156:21 157:2
secretary
79:10 114:2
142:20
157:25

178:15
section 99:7,12
100:4,8,16
101:20
secure 218:9
260:7
see 90:20 92:4
114:24
117:18
120:22
123:17 124:7
124:8 128:5
128:19
138:24
142:22
143:10,12
147:20 149:2
149:9 150:2
150:20,25
152:11
154:11,15
158:10
160:22,25
161:2 167:19
168:25 171:4
174:18 176:3
176:15 182:7
182:21
188:17 189:9
189:11 193:5
193:10
196:16
197:13,25
206:11
211:19
216:12 219:5
219:8 224:6
225:20
227:21 228:2
229:15
237:10
247:19,22
251:17 253:1
253:6,10,25
263:15
seeing 148:1
208:22 215:2
224:7 248:8
seeking 249:8
seen 107:24
179:22 205:8
223:12
seldom 117:5
sell 174:15
Senate 94:7,12
95:7 97:20
112:21,23
122:13,24
127:19 134:1
134:2 135:3
144:7 147:15
153:13
173:19
186:10 187:3

187:5 188:5
188:9,13
190:15,18
191:7 203:24
204:6 206:23
222:12
223:19
224:16 234:7
247:15
252:25 253:1
262:24 263:3
SENATE0005...
81:22
senator 99:3
159:11
188:24
221:22 222:4
253:4
send 175:3
216:5 241:9
245:20
268:20
sending 142:24
214:13 216:2
216:4 244:10
245:25
sense 136:17
169:12
sensitive 255:8
sent 120:6
176:10
182:11 183:7
190:12 192:2
215:18 224:2
228:9 239:24
240:11,24
242:23 244:7
244:7 249:5
251:15,25
254:13,14
sentence
153:21
154:15
158:12
159:11 165:4
166:8 172:5
176:6 178:1
194:7 195:15
196:3 206:13
209:18
September
148:19
271:15
series 206:3
serve 179:1
served 143:17
services
120:12,15,23
261:19
session 87:13
94:2
set 191:7,24
96:25 173:6
settle 222:1

settled 269:12
settling 222:2
seven 128:9
199:13 214:7
Sex 213:21
shame 229:6
shape 145:6,8
145:11,11,14
147:11,17
226:17
233:13 236:3
237:10
266:17,21
shaped 229:5
266:12
share 126:8
184:15
188:15,16
235:18,21
shared 110:19
114:4 128:24
178:23
190:15,17,19
191:6 202:9
231:11
sharing 255:5
sheets 183:6
184:10,11
Shiawassee
193:5 207:16
shift 259:12
shifted 128:1
225:12
shifting 96:13
97:5 194:13
260:19
shit-cans 223:2
223:13
shores 207:3
short 157:11
174:15
shorthanded
258:24
show 165:5
177:14
252:24
showed 138:17
184:11
186:23
230:25
showing
171:14 184:7
211:22
245:13
248:12
shown 236:23
237:25 240:4
241:6 246:6
261:3
shows 161:24
246:9,9
side 176:8
194:8 233:9
sight 213:4,15

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 291

214:4
**sign** 255:20,20
**signed** 149:22
149:23
153:10
178:22
**significant**
91:10 106:19
109:20
**significantly**
99:19 222:12
**signing** 255:3
**similar** 94:3
98:14 105:7
185:11
186:19
191:12
**similarly**
104:21 116:8
**simple** 184:15
**simply** 91:24
258:8
**sir** 186:15
218:23
**sitting** 196:10
**six** 222:25
223:19
**six-break**
185:5,21
**skinny** 229:8
**sknapp@dick...**
80:14
**slightly** 112:6
172:1 242:22
**slipped** 173:19
**small** 104:11
184:16 193:7
208:13
266:10
**so-and-so**
132:4
**so-called** 146:2
**software** 94:23
95:2,3 114:9
114:10,12,17
137:23 138:5
157:21 175:5
175:13
178:24
181:23
205:11
210:10
221:12
235:11
245:16,17
**solely** 91:15
**solid** 177:20
194:3,3
217:10,16
218:5,12,22
**somebody**
109:13 149:7
155:25 191:9
231:24

267:24
**somewhat**
259:1
**Soon** 176:25
222:25
**sorry** 88:14
105:2 118:13
135:4 162:6
182:19 203:3
226:14
227:23
264:25
**sort** 139:20
140:14
151:23
182:20
210:21 224:6
227:20
230:20 270:3
**source** 114:7
**sources** 188:1
**south** 79:16
80:8,12
219:24
239:20
**southeast**
191:18
237:22 266:8
**southern** 79:2
191:18
**Southfield** 80:4
191:23
**speak** 116:10
**speaker** 130:5
136:13
190:20
**speakers**
262:24
**Speaking**
240:10
**specific** 96:2
120:9 126:24
129:15
146:18 147:1
147:1 173:11
185:9,15
187:12
199:15
206:19 207:8
219:1 228:20
240:13
259:11
260:18,24
**specifically**
139:11
140:16
148:23 154:9
155:4 160:12
172:4 173:9
183:2 184:20
185:16
188:19 227:1
243:25 250:2
253:23

255:12 265:2
**specifics** 137:4
147:16
150:19 197:5
203:23
**specifies** 96:10
**speculative**
121:4 122:18
125:17
128:13
**spend** 115:6,7
124:19
**spent** 123:19
123:22 124:1
149:4 217:9
217:15
218:16 262:5
**split** 95:15
97:16,23
98:5 112:6
126:2,13,22
127:1 136:18
136:18 145:1
201:5 204:12
205:14
219:25
225:14,17
226:17,19
237:1
**splits** 97:25
98:7,18
126:17 128:2
186:13
194:13
206:13 212:6
212:7 229:2
236:25
**splitting** 95:10
97:6 101:11
103:11,17,24
203:20 205:4
228:17
**spoke** 190:2
212:22
**spreadsheet**
175:19
**Square** 79:16
80:8,12
**St** 150:15
**staff** 107:19,22
107:23
110:10,13
122:13 127:3
130:5 131:11
131:12 133:2
133:10
136:13,13
141:7 144:7
147:16
159:17 169:9
201:12
212:20
262:21,22
263:1,2,10

267:3,10
**staffer** 134:1
**stamped** 206:9
210:1
**standards**
194:8,12
260:15,16
**stands** 88:3
**start** 136:23
140:1 174:5
175:3 190:8
200:7 206:7
**starting** 182:7
**starts** 195:13
**state** 79:11
90:4 96:21
96:23 112:2
116:17
117:13
127:12
149:10
157:25
158:24
174:18 178:9
178:15,24
187:11
188:24 189:2
193:19 196:4
196:12
202:21,23
203:24 204:1
206:23,23
219:19
221:22 222:4
227:20 243:9
246:1,18
250:11
257:15,16
258:14,18
259:2 260:13
260:16 264:7
**State's** 114:2
**STATES** 79:1
**statewide**
111:14 112:5
180:24 198:7
**statistics**
175:21
**Stats** 175:18
**status** 147:3
**statute** 91:8,23
96:22,23
97:1,9 186:7
212:5 222:14
234:22 259:1
259:2,17
260:17 261:1
**statutorily**
96:18
**statutory**
91:16 92:9
95:16 96:11
183:14
258:23,25

**stay** 193:12
**steeped** 195:5
**steps** 219:2
269:20
**Sterling** 81:10
101:12 118:4
119:7 120:6
126:13,18,20
127:1 136:24
140:12 152:6
152:13,25
153:6,23
156:22 157:8
157:17 158:5
163:6 194:23
216:19
217:14,25
219:18,19,25
224:3 226:18
230:11 232:4
236:10 237:1
237:11
247:21 248:9
261:4,11,16
261:20
**Steve** 81:13
214:24,25
222:4 223:10
223:15
**Sticking** 198:22
**stop** 135:19
158:16
**straighten**
176:13
**strange** 237:21
237:24
266:17
**strangely**
266:10,12
**strategy**
249:10
**street** 79:21
236:15,16
252:19
253:12
**strength**
183:25 241:5
**strict** 95:15
257:21
**strike** 158:6
185:20 242:3
**string** 190:6
202:9
**strip** 219:22
**strong** 103:8
106:8 115:17
115:20
116:17
125:10
130:20 132:5
161:17 172:7
207:14
223:11 246:7
**strongly** 117:3

117:4
**Stu** 177:8
182:11 235:4
241:9 253:25
**Stuckey** 151:1
**studied** 87:15
**stuff** 209:7
**subject** 163:18
168:14,16
177:9 196:25
251:12
**subjects**
108:12
**submit** 125:5
**submitting**
118:16
**subsequent**
125:12
**suburb** 130:11
**suburbs** 265:19
**successful**
153:1,7
**sufficient**
102:17
105:22
117:18
265:14
**suggest** 125:8
125:18
161:15
162:14
268:12
**suggested**
105:5 176:10
206:11,14
215:2 244:22
**suggesting**
91:2
**suggestion**
103:23 197:9
**suggestions**
240:7,25
**Suite** 79:16,21
80:8,12
**suited** 130:23
**summarize**
259:5
**summary**
188:4
**supplemented**
256:5
**supplied**
177:12
**supplying**
202:2
**support** 93:10
95:11 102:17
105:22 116:9
158:16
192:22 202:6
244:24 246:7
**supported**
234:7
**supporters**

Benchmark Reporting Agency
612.338.3376

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 292

207:14 209:2
**supporting**
194:4
**Supreme** 97:5
128:9,14
149:5 151:6
151:8 228:2
**sure** 87:21
94:18 105:24
108:4 109:12
112:15
113:23
127:21
130:19,23
131:17
203:21
205:19
210:23
222:14
223:25
243:14
254:20
256:10 259:8
**surrounding**
125:19 180:4
**Suzanne** 79:15
130:1,4,5
263:4,17,20
263:20
271:19
**Swanson**
231:12
**Swanson's**
178:3,5
**swapping**
199:12
**sworn** 271:8
**Sylvan** 229:15
229:23

—— T ——
**table** 81:1
161:2,3,24
171:13 183:9
187:17
188:10
196:17
267:25
**tables** 183:12
183:13,16,16
187:19,21
188:4
**tabulates**
161:3
**tabulation**
167:22
**take** 88:21
90:11,14
91:6 101:18
107:3 118:7
122:4 125:20
135:9,14
146:12
154:22 166:4

169:1 171:22
173:5 176:6
177:1 181:10
203:7 214:11
219:2 226:11
233:5 242:6
246:3 255:23
260:3 261:4
**taken** 79:14
88:19 99:3
100:7 101:21
135:22 177:3
183:15
205:21
243:18
255:25
269:20
**talk** 117:20
135:25
152:18 153:5
153:17 156:3
199:8 211:7
241:20
254:22
**talked** 109:5
264:12
**talking** 89:10
159:11 200:2
200:15
203:23
219:13
229:12
230:11 238:5
243:6 247:8
247:12
255:13,19,21
268:10
**talks** 165:14
266:16
**target** 106:25
107:7 193:18
**task** 92:6 219:1
**taught** 113:20
**team** 183:1
**technical** 182:4
**technology**
154:25
181:14
**telephone**
268:23 269:1
**tell** 128:9 137:6
162:25 163:8
168:20
170:13
191:14,17
197:3,22
205:3 216:8
219:6 237:19
242:23 243:1
251:10 271:8
**telling** 124:16
172:22
201:18
**ten** 80:3 98:6

250:14,20
254:22
**ten-year** 184:6
**tend** 126:12
**term** 110:6
123:3
**terms** 89:5
94:18 99:18
105:25
107:10 109:2
115:23
134:25 194:3
196:5 198:17
200:2 201:9
203:18 210:7
229:17 234:3
237:16
238:25 239:4
**territory** 139:1
150:11,14
169:14 171:8
209:5 226:24
236:19
**Terry** 93:22
184:25 187:4
233:20 247:4
252:12 263:3
**testified** 87:7
260:2
**testimony**
256:10
261:10 270:7
271:4
**text** 192:10
**Thad** 102:8,25
103:21
107:15 132:8
167:9 189:6
192:13 197:9
200:17
208:19
209:20
210:12
264:12
**Thad's** 103:24
169:5 193:2
200:14 207:3
**thank** 102:23
108:8 133:24
135:21 144:3
197:19 227:2
228:4 235:17
235:23 242:7
256:11 268:2
269:4,23
270:9,10,11
**Thanks** 147:13
151:13
175:10
221:15
**they'd** 168:25
**thing** 103:4,22
105:24
117:21

135:13
177:17
187:12 205:2
205:6 269:6
**things** 131:4,9
153:19
179:10
183:22
188:18 202:4
210:21
212:23
217:23 218:1
256:14
261:11
**think** 88:2 89:2
93:5 96:21
98:3 100:25
104:14 106:5
108:20
113:10,20
115:10,16,22
115:22 116:4
116:7,15
117:12
121:19
122:18
130:10,22
132:1,19,20
132:25
135:24
137:11,12
140:19 144:6
144:16
145:14
147:17
148:10,12,16
156:10
159:24
164:10 167:6
176:9 178:7
180:23
187:22 190:7
192:2 193:1
193:20 194:5
194:22
195:17,22,22
199:21,22
200:24
201:18
204:10 206:8
207:22 209:4
210:9,14
213:16
218:14
220:14
221:13 222:7
223:25
230:17
240:14
241:15,16,18
244:18
246:16
250:17
251:17,24

252:16 256:7
257:17 263:6
263:19
267:20,24
268:2 269:17
269:18,24
**thinking**
170:19 248:7
**third** 166:11
174:5
**thought** 97:8
117:14 125:5
187:12
201:12
208:25
228:24
232:22
**thousand** 98:4
**thread** 221:1
230:17 235:3
236:8 239:12
242:4 249:24
253:20
**threatening**
234:9 264:14
**three** 124:5,9
161:17,24
204:9,11,13
211:11,13
229:4 257:14
265:7
**throw** 222:18
**Thursday**
210:20
242:11
**till** 269:11
**time** 106:22
107:4 108:13
109:5 110:6
115:5 118:5
118:13,16,17
118:21,22
119:8,14,16
120:2 121:7
122:5,17
123:19 124:1
124:6,19,22
129:13,13
130:7 131:18
131:18
132:23 133:6
134:25 140:6
141:25,25
142:11,25
144:6 146:16
146:25
147:20,23
148:10,12,13
148:19,25
150:23
151:11 160:8
162:8 165:8
166:22,24
168:8 169:18

170:21 172:7
178:2,21
179:23
180:20
181:15 182:4
183:8 189:2
191:11
192:11
193:22 197:7
200:10 201:2
201:7 206:8
206:21
210:10
214:14
216:24 217:9
217:15
218:16 221:4
223:11
224:14 225:5
228:13
232:22
241:21,23
243:12,15
249:14
253:15 256:4
256:11,12
264:16
266:23
267:13,25
270:2
**timekeeping**
124:13
**times** 153:21
185:12 262:8
264:5,14
**Timmer** 79:14
81:2,12 87:5
87:11 102:20
129:7 160:7
164:2 177:7
216:14 232:5
232:6 243:22
256:2,18
268:6,10
271:5
**Timmer0000…**
85:16
**Timmer0000…**
85:17
**Timmer0000…**
84:19
**Timmer0000…**
84:20
**Timmer0000…**
83:7
**Timmer0000…**
83:8
**Timmer0000…**
82:17
**Timmer0000…**
82:17
**Timmer0000…**
82:24
**Timmer0000…**

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 293

Timmer0000...
  81:17
Timmer0000...
  81:17
Timmer0001...
  85:5
Timmer0001...
  85:5
Timmer0001...
  83:16
Timmer0001...
  83:16
Timmer0001...
  83:12
Timmer0001...
  83:13
Timmer0001...
  86:20
Timmer0001...
  86:21
Timmer0002...
  85:8
Timmer0002...
  85:8
Timmer0002...
  83:24
Timmer0002...
  85:10
Timmer0002...
  85:11
Timmer0002...
  84:4
Timmer0002...
  85:19
Timmer0002...
  85:20
Timmer0003...
  82:10
Timmer0003...
  82:5
Timmer0003...
  82:5
Timmer0003...
  83:10
Timmer0004...
  81:13
Timmer0004...
  81:13
Timmer0005...
  86:15
Timmer0005...
  86:17
Timmer0005...
  86:18
Timmer0006...
  84:16
Timmer0006...
  84:17
Timmer0006...
  82:12
Timmer0007...
  81:15
Timmer0007...
  83:19

Timmer0007...
  83:19
Timmer0007...
  85:25
Timmer0007...
  85:25
Timmer0007...
  83:21
Timmer0007...
  83:22
Timmer0008...
  84:14
Timmer0008...
  84:14
Timmer0008...
  84:6
Timmer0008...
  84:7
Timmer0008...
  85:13
Timmer0008...
  85:14
Timmer0009...
  84:25
Timmer0009...
  85:22
Timmer0009...
  84:22
Timmer0009...
  84:23
Timmer0009...
  82:7
Timmer0009...
  82:14
Timmer0009...
  82:8
Timmer0010...
  81:20
Timmer0010...
  83:4
Timmer0010...
  83:5
Timmer0010...
  82:21
Timmer0010...
  82:22
Timmer0010...
  81:25
Timmer0011...
  86:4
Timmer0011...
  86:5
Timmer0011...
  86:13
Timmer0011...
  86:13
Timmer0011...
  86:9
Timmer0011...
  86:10
Timmer0011...
  84:11
Timmer417
  154:10

tip 177:17
title 162:13
  178:6 191:12
  197:4 215:12
  228:5
titled 190:13
  197:21 225:1
  226:10
  240:12
titles 178:8
TLAIB 79:7
today 159:22
  196:10
  242:10 248:3
  255:1 256:3
  257:4,24
  260:2
told 94:2
Tom 264:10
Toner 79:20
  81:3,5 87:10
  88:17,21
  102:25 118:3
  135:10,12,16
  135:19,24
  146:23
  151:17 159:3
  160:7 162:24
  163:13
  164:20 168:3
  173:5 174:23
  177:1,7
  179:4,7
  180:12
  182:10
  184:24
  187:16 190:6
  196:16
  197:19
  198:22 202:1
  205:16,25
  211:11
  214:11 216:2
  217:3 220:25
  221:21
  223:22
  224:20 226:8
  227:6 228:9
  230:16 232:3
  233:18 235:3
  236:8 239:12
  240:10 241:9
  242:1,21
  243:14,17,22
  247:3 249:5
  249:21
  251:10
  252:12
  253:19
  255:23 256:2
  256:8 268:7
  268:9 269:3
  269:14,19
  270:5,11

Tonya 221:21
  222:23
top 95:6,19
  101:6 102:21
  106:12
  132:16
  154:13 156:5
  173:10 191:3
  195:8 196:20
  197:14
  200:11
  206:10
  210:17
  238:17 250:6
  250:13
  251:21
  254:19
total 136:20
touch 244:22
tougher 116:17
town 210:19
towns 97:16
Township
  95:10,14
  104:22
  191:23 229:3
townships 96:2
  96:14 97:6
  169:17,19,22
  169:23
  194:14
  228:17 237:1
  259:13
  260:20
track 180:23
tracked 114:17
  184:13
tracks 253:3
traction 158:17
trade 161:8
  214:15,17
  215:23 216:3
traditional
  194:8
transcript
  87:13 256:9
  271:3
translation
  212:23
transmission
  220:4
traveling 115:6
Traverse
  165:15
treasurer
  202:23
treated 270:7
tremendous
  89:13 261:19
tried 241:22
Troy 103:18
  193:18,22
true 106:11
  123:23

160:21 218:2
  220:21 221:9
  226:12
  244:12 271:4
Trump 112:7
Trump-like
  160:1
truth 271:9
try 90:2 116:12
  154:22
  161:13
  176:13
  211:17
  234:23
trying 91:1
  106:1 108:20
  110:5 116:2
  123:3 170:10
  183:1 193:1
  193:2 207:20
  215:3 218:8
  224:10
  227:10 255:4
  261:18
turn 88:7,21
  90:17 100:13
  101:5 102:1
  119:11 122:2
  148:4,24
  154:10
  160:24
turning 240:5
tweaked 183:5
tweaking
  128:20 145:1
tweaks 140:12
  140:14 145:4
two 92:14
  94:10 99:10
  131:4 146:4
  149:4 151:6
  161:24
  165:15 168:3
  171:9 175:2
  175:14 181:4
  181:11
  183:12
  184:10,11
  185:6,17
  187:16,18
  199:23,24
  204:11
  211:13,18
  234:10,15
  236:13
  239:24
  241:16 247:3
  247:4 251:10
  252:1 259:7
  264:6,12
  265:3,10
  267:14 268:1
  typical 120:4
  172:9

typically
  103:21
  114:24 117:1
  117:14 191:8
  231:23
typos 256:9

          U
U.S 200:22
uh-huh 90:21
  90:25 92:5,5
  92:8 93:1
  94:4 95:8
  96:5 98:23
  100:9 101:8
  102:24
  105:17
  106:14,17
  122:7 126:3
  126:14 131:6
  132:18 133:8
  134:17 136:4
  136:22 137:1
  137:17
  139:19 147:8
  148:6 150:4
  150:22
  151:14 153:8
  153:8,22
  154:5,20
  156:16
  158:11 165:6
  165:17,22
  167:21
  168:24 174:1
  175:17
  177:25 194:1
  196:18 197:2
  198:10 207:2
  208:8 209:21
  210:2 212:1
  212:3 217:5
  218:18
  219:17
  221:10 223:3
  224:25
  230:19 254:4
  254:24
ultimate
  125:21
ultimately
  104:1 195:24
  267:19
unable 180:5
uncontested
  117:6
understand
  91:1 116:2
  131:23
  135:18
  159:10
  169:16 188:3
  192:16
  195:19

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 294

200:19
206:17 207:5
207:20
208:21 209:8
209:12
212:23 213:1
220:7 233:21
244:23
**understanding**
104:16
110:18
143:19
178:21
192:23
248:25
249:16
263:13
**understood**
190:3 194:5
248:6 255:8
**unfamiliar**
174:9
**UNITED** 79:1
**unnecessary**
229:2
**unrelated**
128:11
**unsolicited**
103:20 197:8
241:12
**Update** 163:18
**updated** 151:6
**upend** 204:2
**upending**
204:14
**upends** 204:8
**upsell** 261:18
**Upton** 226:1,2
226:3
**use** 94:14,16
94:18 95:2
101:17 102:7
102:9 158:3
161:13 183:5
233:25
248:21 258:1
**useful** 114:14
**uses** 91:18
266:15
**utilized** 92:17
114:9

_____

**V**

**v-** 79:9
**V1** 189:12
**V2** 189:17,22
**valuable**
155:13,14,22
**VanDyke**
219:22
**VAP** 243:3
**variety** 114:17
261:19
**various** 93:23

119:8 121:23
142:23 145:7
149:11
165:12 178:8
263:7 264:5
**varying** 108:5
**verification**
137:15
**verify** 137:18
229:25
**versa** 117:5
**version** 190:14
211:19
227:14
232:11,13
236:14,15
237:4,13,18
246:16
**versions**
134:16 151:7
212:8
**versus** 88:25
97:16 104:21
123:5 246:11
**viable** 116:18
**vice** 117:5
**view** 96:8
101:20 113:9
113:15 115:1
165:23 172:6
172:9 223:6
223:11
**viewed** 187:2
196:7
**viewing** 183:18
**views** 103:8,11
106:8 117:19
176:14
**Village** 229:25
**violate** 91:22
96:21
**virtually**
189:21
**vote** 111:14
113:19 116:5
126:12
143:18,20
158:13 181:9
189:4 220:8
234:1 235:18
235:21
**voted** 112:7
113:16 139:5
172:25
180:23
186:14 205:7
257:11,12
264:8,11
**voters** 79:3
88:23 105:8
107:8,9
111:5 112:2
114:14 116:4
116:7,15

161:4 172:3
180:23
192:25 194:4
195:20,21
214:5
**votes** 92:11,13
93:7 95:13
111:16
117:18 161:4
167:22
184:13
187:10
218:10
234:18
240:21 257:6
257:8,8
260:7
**voting** 92:10
100:8,21
106:24 107:5
113:7 117:17
161:9,10
192:21 207:6
209:22
235:12
241:17 243:5
260:11
265:24 266:4
266:19
**voting-age**
89:21
**vu** 152:19
**vulnerable**
186:3 187:8
187:9

_____

**W**

**W** 79:6
**W-Bloom**
206:16
**wait** 211:13
261:15
**waiving** 270:5
**Walberg** 169:6
169:13
170:22
195:10,25
242:13
**walk** 235:24
**walks** 191:13
**want** 88:7
102:9 115:13
135:14,18
143:20
166:14 177:7
193:7 224:20
243:22 261:5
**wanted** 103:6
104:17
133:15
186:20 197:6
207:16
221:17
226:22

261:21
**wanting** 208:7
**wants** 203:6
217:7
**Washington**
79:16 80:8
80:12 131:11
166:23 169:7
**Washtenaw**
169:19
**wasn't** 103:7
112:23
155:19 167:2
171:20
201:21 209:3
223:6 243:2
260:22
262:12
**water** 150:3,9
150:13
227:25 228:1
**way** 97:1 103:4
103:25
109:17
111:16
116:14,16
138:22
141:17
155:22
161:11
168:19
169:25 172:8
175:25 190:6
190:8 195:13
195:18
204:21,22
205:3 218:9
218:25
219:22
221:13 224:6
224:11
227:17,20
234:1 236:20
239:19 253:2
256:6 265:6
**Wayne** 92:3
199:13 200:2
200:5 233:21
233:25 234:8
237:22 266:8
**ways** 115:11
213:2
**we'll** 103:16
112:13 206:7
**we're** 89:9
123:15 135:1
238:5 243:6
269:25
**we've** 117:1
135:12 177:9
204:3,8
205:8 217:9
264:12 265:9
270:2

**weakening**
244:24
**Wednesday**
79:17 87:1
**wee** 248:20
**week** 97:18
105:23
108:14
117:12
127:16
152:15
164:14,14
256:3 258:11
266:15
**weeks** 185:6
185:17,22
**went** 117:10
135:3 154:21
**weren't** 118:21
136:16
157:12
164:11
170:11
193:15 202:2
218:2 257:22
**West** 80:3
169:4 199:14
206:14,21
**Westland**
197:1,6,12,18
**Wexford**
207:14
**wide** 159:24
160:1 230:2
230:3,4,6
**wife** 216:15
**WILLIAM** 79:4
**willing** 117:2
**win** 158:15
**Windquest**
142:10,13,18
**wireless**
214:14 215:3
215:17
**wished** 242:18
**wishes** 194:6
**withdrawn**
250:15
**witness** 81:2
87:6 102:21
102:24
146:21 179:5
197:17
205:20
256:13
**Women** 79:3
111:5
**won** 213:5,16
214:4
**wonder** 160:7
**wondered**
129:17
**wonderful**
152:17

156:17
**wondering**
93:3 160:11
191:4
**Woods** 227:22
**word** 96:6
102:9 123:25
130:2 166:8
239:9
**words** 173:18
222:25
**work** 96:7
119:22,24
120:25
121:17 122:4
123:22 124:2
127:15
128:16
130:15 136:2
138:9 141:21
141:24 142:9
142:11
147:13,16
148:7,21
149:5 151:24
152:4,14,16
153:24
154:21 158:7
166:25
177:22 179:2
190:6 202:20
205:18
211:16
217:25
218:23 220:8
269:15,21
**worked** 142:13
150:18 187:4
202:19,21
214:2
**working**
137:22
188:11
190:20
216:19 218:4
248:10
**works** 142:10
**worried** 222:17
**worse** 213:4,15
**worth** 223:10
**wouldn't** 91:5
115:2 125:3
125:20 168:7
183:23
207:20 208:1
208:15
238:19
**wrangling**
210:13
**wrap** 229:18
**wraps** 191:22
254:21,25
**Wright** 80:7,11
146:9,24

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 295

147:23 185:6
185:8 248:9
256:19 257:1
258:13
**wrinkle** 255:10
**write** 133:6
134:15 157:5
158:12 169:4
177:18,20
185:4 190:14
194:2 208:9
211:24 213:2
221:25 226:1
238:11,21
254:2,19
**writes** 192:13
193:17
200:24 203:5
207:3 219:21
222:4 238:20
248:20
**writing** 141:14
201:18
**wrong** 120:7
144:21
219:12
**wrongly**
159:12
**wrote** 141:23
175:10
203:11 204:2
208:17 209:7
213:13,14
217:6 219:9
223:4,14
233:24 238:9
238:12
239:18,25
240:5 242:11
244:21 250:6
250:13 251:5
252:7

**X**

**Y**

**yeah** 98:9
103:19
104:20
110:21
111:12
118:20
122:10
129:17
131:13 132:7
133:1 141:18
144:18
151:12 153:5
160:3 161:21
170:10
174:13 177:1
184:4 190:11
192:12
195:17,17

200:11 206:6
219:12
238:12
248:16
253:10
269:24
**year** 94:11,21
111:15
119:25 139:7
204:20
246:14
**years** 113:4
117:8 170:2
177:22 178:8
196:11 214:7
262:6
**yesterday's**
211:19
**Yogi** 152:18

**Z**

**zero** 189:21
226:24
**ZIP** 253:9

**O**

**08R** 167:20
**09** 122:6

**1**

**1** 119:12 124:6
124:22
148:19 149:4
152:17
165:15
196:20
199:12
209:19
238:16
**1.5** 132:17
177:22
209:20
**1.75** 131:2
**1.8** 156:4
**1/24/11** 81:22
**1:00** 205:18
**1:39** 205:22
**10** 101:6 103:4
109:14
126:18
133:21
139:25
158:10
160:22
172:14
200:21
**10-4** 200:18
**10:21** 135:22
**10:37** 135:23
**103.5** 124:4
**1050** 198:6
**1052** 198:6
**1053** 198:6
**1089** 167:19

**10th** 237:3
**11** 98:7 102:1
103:18
105:14,25
106:5 124:23
124:24,25
125:15
126:19
139:17,23
145:8 150:2
171:23,25
190:12 192:8
193:24
197:18 233:5
235:8,25
**11:09** 223:15
**11:44** 171:3
**118** 81:9
**11th** 189:23
193:1 238:1
**12** 106:12,19
**12/22/10**
81:12,15
**12:03** 177:4
**12:52** 205:22
**13** 100:23
106:23
125:13,24
129:1 134:15
135:19 145:3
171:4,5,5,14
231:22
233:12
251:16
260:11
**13th** 238:1
265:4 266:13
267:5,14
**14** 89:13 90:5
90:12 99:20
100:24
106:23 112:9
112:19
125:13,24
229:2 135:25
145:3 161:1
162:2 171:6
171:7,8
198:8 233:14
233:19
260:12
**141** 261:6
**142** 88:12
90:17
**143** 81:9 86:22
118:1,3
119:12 179:1
**144** 81:11
151:15,17
152:9 261:3
261:7,8
262:10
**145** 81:14
159:1,3

**146** 81:16
160:5
**147** 81:18
162:22,24
**148** 81:21
163:11,13
**149** 81:23
164:18,20
**14th** 229:9,17
229:21 238:1
265:5 266:13
266:13 267:4
267:14
**15** 89:9,12 90:5
99:20 136:21
150:20
160:25 162:2
226:23
238:12
241:10
249:25
**150** 82:3 168:1
168:3
**150,000** 89:21
89:23 152:15
**151** 81:11 82:6
173:3,6
**152** 82:9
174:21,23
**153** 82:11
177:5,9
179:3
**154** 82:13
180:10,12
**155** 82:15
182:8,10
**156** 82:18
184:22,24
**157** 82:20
187:14,16
**158** 82:23
190:4,7
**159** 81:14 83:3
196:14,16
197:21
**15th** 238:9
**16** 139:25
200:8 206:5
210:18,21
219:23
239:14
240:12 242:2
242:12
**160** 81:16 83:6
198:20,24
**161** 83:9
201:24 202:8
**162** 81:18
83:11 205:23
206:3 207:1
219:9,11
**163** 81:21
83:14 211:9
211:11

**164** 81:23
83:17 214:9
214:12 269:6
269:13
**165** 83:20
217:1,4
219:12
**166** 83:23
220:23,25
**167** 84:3
221:19,25
**168** 82:3 84:5
223:20
**169** 84:8
224:18,23
225:25
**17** 140:18
141:12
144:19,23
202:10
211:12
**17,000** 199:12
199:13 200:6
**170** 84:10
226:6,8
**17000** 80:3
**171** 84:12
227:4
**172** 84:15
228:7,9
**173** 82:6 84:18
230:14,18
**174** 82:9 84:21
232:1,3
**175** 84:24
233:16,18
**176** 85:3 235:1
235:3
**177** 82:11 85:6
236:6,8
**178** 85:9
239:10,12
**179** 85:12
240:8,11
**17th** 140:24
141:1
**18** 142:3
**180** 82:13
85:15 241:7
**181** 85:18
241:24 242:5
**182** 82:15
85:21 242:19
242:21
**183** 85:23
243:20 244:5
**184** 82:18 86:3
247:1,3
**185** 86:6 249:3
249:5
**186** 86:8
249:19,21,25
**187** 82:20
86:11 251:8

251:11
**188** 86:14
252:10
**189** 86:16
252:10,16
**18th** 243:25
**19** 239:20
**190** 82:23
86:19,22
253:17,20
**196** 83:3
**198** 83:6
**1982** 97:4,8
234:23 238:2
**1990s** 202:24
**1991** 265:8
**1992** 265:21
**1st** 118:8

**2**

**2** 128:5 165:18
174:19 192:7
196:21
211:25 217:4
223:23
224:23
229:11
238:10
239:14
**2,000** 225:11
225:11
**2.1** 156:4
**2/21/11** 81:24
**2:17-cv-141...**
79:9
**2:24** 213:2
**2:45** 206:9
**2:46** 243:18
**20** 92:3,6 97:23
113:3 247:4
248:16
**20-year** 265:15
**200** 79:16 80:8
80:12
**2000** 213:5,16
214:5
**2001** 88:25
89:9 99:21
99:24 100:12
152:21 153:7
153:11 157:2
161:1 211:23
262:3 265:8
**2001-enacted**
89:17
**20011** 233:19
**2002** 180:20
**2004** 231:2
**2006** 198:8
245:14
**2008** 167:23
186:14 198:8
202:3
**2009** 120:23,25

Deposition of Jeff Timmer Vol. II - 8/29/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 296

121:24
122:19 262:9
**201** 83:9
**2010** 99:24
104:2 122:2
122:4,8,10,12
122:20 123:1
123:5,5,10
154:2 156:7
159:5 180:20
198:8 222:11
245:14
**2011** 87:22
88:24 89:4
90:12 91:4
96:20 107:21
108:3,14,14
108:18,19
109:2,25
111:6,8
113:24
114:19
117:10,23
118:5,8
119:2,20,22
122:6 123:23
124:11
135:25 139:6
141:21
142:11 143:4
143:6 147:3
149:20
151:24
152:21 154:2
157:3 158:7
161:1 163:15
164:22 168:5
173:8 174:25
179:13 182:2
182:12
184:25 188:2
192:8 198:23
202:10
204:24 206:1
211:1,12
214:18
215:23
216:17,18
221:2 223:23
224:24
228:10
239:14
243:25 247:5
248:6 249:6
252:14 262:1
262:4,5
263:22 265:9
265:14,21
**2011-enacted**
89:16
**2012** 111:13,17
119:13
217:10,16
218:6

**2014** 111:20
155:11
**2016** 111:23
112:3,16,21
112:23,24
**2018** 79:17
87:1 155:12
271:6,15
**2019** 271:22
**2020** 155:12
**205** 83:11
**21** 122:6
143:10
164:22 247:5
**211** 83:14
**214** 83:17
**215** 79:16 80:8
80:12
**217** 83:20
**22** 143:25
144:14,25
148:4 159:5
175:16
180:13
181:16
**220** 83:23
**221** 84:3
**223** 84:5
**224** 84:8
**226** 84:10
**227** 84:12
**228** 84:15
**22nd** 182:3
251:25 252:2
**23** 90:18
145:20
174:25 175:4
**230** 84:18
**232** 84:21
**233** 84:24
**235** 85:3
**236** 85:6
**239** 85:9
**23rd** 144:23
**24** 92:1 163:15
221:2
**240** 85:12
**241** 85:15,18
**242** 85:21
**243** 85:23
**247** 86:3
**248)483-5000**
80:4
**249** 86:6,8
**25** 92:24
**251** 86:11
**252** 86:14,16
**253** 86:19
**256** 81:4
**26** 92:24 93:2
**268** 81:5
**27** 146:8 147:7
163:21
**2700** 79:21

**27th** 181:17
**28** 147:20
249:6
**28th** 147:25
**29** 79:17 87:1
271:5
**2nd** 80:3 126:1
126:7 182:12

——————
**3**
**3** 119:21 128:8
191:18
211:25
**3,000** 180:16
**3/23/11** 82:10
**3/5/11** 82:4
**3/8/11** 82:7
**3:03** 243:19
**3:27** 255:25
**3:30** 256:1
**3:50** 270:12
**30** 92:25 117:8
124:6 253:21
**300** 79:21
**300,000**
152:11
**31** 92:25
**317)237-0300**
79:22
**32** 92:25
**36** 92:25 95:6
95:19
**3827** 120:19
**3833** 123:16
**3877** 148:4
**3880** 148:18
**39** 95:22
**3rd** 243:23
244:25 246:5
246:7,10,11
246:17

——————
**4**
**4** 98:20,25
99:12,13,17
99:18 156:14
165:15
200:21
252:13
**4,350** 119:17
**4/22/11** 82:14
**4/5/11** 82:12
**4:09** 210:1
**4:18** 192:8
**41** 98:19
**418** 156:14
**419** 158:9
**43** 100:13
101:6
**44** 101:7 102:2
**45** 106:13
**46204** 79:22
**48075** 80:4
**48933-1888**

80:9,13
**4th** 149:10
183:3 227:23

——————
**5**
**5** 100:5 109:14
123:16 168:5
168:20 177:8
251:13,18
252:2 254:14
**5-4-5** 248:22
248:25
**5,000** 215:18
**5/11/11** 82:21
82:24
**5/12/11** 83:7
**5/13/11** 83:4
**5/16/11** 83:7
83:12
**5/17/11** 83:10
83:15,18,21
**5/19/11** 83:21
**5/2/11** 82:16
**5/24/11** 83:24
**5/3/11** 82:16
**5/9/11** 82:19
**50** 265:25
**517)371-1730**
80:9
**517)487-4762**
80:13
**54.76** 231:1
**5th** 251:23

——————
**6**
**6** 102:22
105:19
128:19 157:5
168:5 253:21
271:15,22
**6,000** 104:20
104:21,21
**6,000-and-s...**
104:14
**6.25** 134:23
**6.5** 146:8
**6/13/11** 84:19
84:22 85:4
**6/14/11** 84:25
**6/15/11** 85:4
85:7,16
**6/16/11** 85:10
85:13,19
**6/17/10** 83:18
**6/17/11** 85:19
**6/18/11** 85:24
**6/2/11** 84:4,6
84:9,11 85:7
85:10
**6/20/11** 86:4
**6/21** 143:12,13
**6/21/11** 85:22
86:4
**6/22/11** 85:24

**6/28/11** 86:7
**6/3/11** 84:13
**6/8/11** 84:16
**6/9/11** 84:19
**6:51** 193:24
**60** 112:11
**61** 183:12
**63** 183:12
**66** 193:17
**6th** 126:8
128:25 225:9

——————
**7**
**7** 119:20
120:17,19
129:7 154:11
**7.5** 143:10
**7.5-hour** 136:2
**7/13/11** 86:12
**7/14/11** 86:9
**7/15/11** 86:9
**7/22/11** 86:12
**7/30/11** 86:20
**795** 217:4
**7th** 227:19

——————
**8**
**8** 95:7 131:2
173:8 228:10
**8.75** 136:20
**8/4/11** 86:15
**8/6/11** 86:20
**8:38** 200:8
**8:56** 248:16
**83** 160:10
**87** 81:3
**88** 160:10
**8th** 230:21

——————
**9**
**9** 95:7 100:14
100:20
125:13,24
150:2 184:25
185:19 231:8
232:18
**9-5** 217:10,16
218:5,12,22
**9:05** 79:18
87:3
**9:06** 88:19
**9:08** 88:20
**9:19** 186:22
**90s** 96:18
97:10
**92** 265:8
**94-171** 213:22
**946** 232:19
**995** 98:1
**9th** 185:17
186:22
227:11,15
237:3 241:11