# APPENDIX F

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3150   Filed 09/21/18   Page 2 of 13
30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 27

1      Women Voters of the Grand Traverse Area -- I'm
2      assuming it was the Grand Traverse Area League that
3      created this document -- was created as a
4      provisional chapter in '59 and so forth.
5             So this particular document was adapted
6      it looks like by the Grand Traverse League.  It is
7      dated 2017 and has some information in it that is
8      now updated this now being 2018.
9   Q  So I had mentioned specifically that my question
10     relates to material on page 3 under the
11     membership --
12  A  Yes.
13  Q  -- categories.
14            Having reviewed those membership
15     categories as described in the document, do you see
16     the list of categories?  "Associate members,
17     household membership, life members, members at
18     large, and voting members"?
19  A  I see those.
20  Q  Are those membership categories consistent with
21     your understanding of the current League membership
22     structure?
23  A  No.
24  Q  What has changed?
25  A  I think I might have mentioned that at the last

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3151   Filed 09/21/18   Page 3 of 13

30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 28

1   national convention which determines what
2   qualifications for membership might be for all
3   League members no matter where you live, we lowered
4   the age from 18 to 16.  And I believe at the
5   convention -- I'm not sure if it was that
6   convention or another one -- where there was a
7   differentiation between citizens and noncitizens
8   was removed.  So now, as I mentioned a few minutes
9   ago, the only requirement to be a League member is
10  that you be 16 or older.  There is no requirement
11  that you be a citizen.  So we no longer have that
12  category "associate members."
13  Q   I see.  So associate membership is done, and now
14      any person under the age of 18 --
15  A   No.
16  Q   -- over the age of 16 --
17  A   Over the age of 16 can join the League.
18  Q   So persons between 16 and 18 as well as noncitizens
19      would now be in one of the other four categories
20      listed?  They would not be considered associate
21      members, correct?
22  A   Correct.
23  Q   Does the League have any guidelines, written
24      guidelines, on the conduct of its members
25      concerning partisan activities?

Case 2:17-cv-14148-ELC-DPH-GJQ ECF No. 121-7, PageID.3152 Filed 09/21/18 Page 4 of 13

30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 30

1  during the time that I hold office in the League.
2  The constraints for board members who are
3  not officers are different than they are for the
4  officers.
5  Q  I want to return to the exercise that you described
6  earlier wherein personnel from the League contacted
7  members of the League.
8  A  Uh-huh.
9  Q  I asked you if you had brought the script today and
10  you said you have not.
11  A  Correct.
12  Q  Can you tell me what questions were in the script?
13  A  I can tell you what I remember, I can't tell you
14  whether it's an exhaustive list or not.
15  Q  Please do.
16  A  One of the questions was, of course, to confirm
17  their name and address.  We asked them if they were
18  a registered voter.  No, I don't know that I -- I'm
19  sorry, let's strike that.  I don't remember that.
20  I know you asked me, and I don't know for sure.
21  We did ask them if they voted in the 2016
22  election, which would certainly imply that they
23  were a registered voter, but -- especially at
24  the -- on the state races, and did they vote for
25  Democrats in the state races in 2016, and if they

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3153   Filed 09/21/18   Page 5 of 13

30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 31

| | | |
|---|---|---|
| 1 | | said yes, then we asked them about their level of |
| 2 | | participation.  Were they a member of the |
| 3 | | Democratic Party?  Did they support Democratic |
| 4 | | candidates with money or time?  Did they attend |
| 5 | | activities sponsored by the Democratic Party?  So |
| 6 | | forth. |
| 7 | Q | Do you recall, did you ask -- not you personally I |
| 8 | | mean but the League -- |
| 9 | A | Uh-huh. |
| 10 | Q | -- did they ask anything concerning prior elections |
| 11 | | to 2016? |
| 12 | A | I think there were, in some instances, conversation |
| 13 | | about the 2014 election. |
| 14 | Q | Were there any questions about the -- I'm sorry, I |
| 15 | | didn't mean to cut you off. |
| 16 | A | Go ahead. |
| 17 | Q | Was that your complete answer? |
| 18 | A | Yes. |
| 19 | Q | 2014?  Okay.  Were there any questions about the |
| 20 | | 2018 election and their intent to vote in 2018? |
| 21 | A | No. |
| 22 | Q | What about in 2020? |
| 23 | A | No. |
| 24 | Q | Were there questions about particular candidates |
| 25 | | they had voted for or merely whether they had |

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3154   Filed 09/21/18   Page 6 of 13

30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 32

1     voted?
2  A  It was the statewide races.
3  Q  There were no questions about individual
4     congressional races?
5  A  Well, when I say state races, I'm referring to
6     votes for the state Legislature, the House or the
7     Senate. Certainly, when you vote for your
8     congressional representative, it's a representative
9     from Michigan, so that would -- that would have
10    been included.
11 Q  So to clarify, when you said state -- you made
12    inquiry as to state races or statewide races,
13    you're talking about inquiries as to whether they
14    voted for a particular candidate --
15 A  No.
16 Q  No. You asked them whether they voted for state
17    representative?
18 A  We asked them if they voted for a Democrat in the
19    state races such as the State House, State Senate,
20    congressional race. We were differentiating
21    between those races and a federal race, like the
22    president for example.
23 Q  Well, Congress would be a federal race. Did you
24    ask them if they voted for a Democrat for Congress?
25          MR. YEAGER: Objection, asked and

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3155   Filed 09/21/18   Page 7 of 13

30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 33

1    answered.
2         You may answer.
3         THE WITNESS:  Again, as I -- and we, as
4    discussed, I don't have the script in front of me
5    so I don't have the exact questions.  It was
6    certainly our intent to find out if they voted for
7    Democrats, the State House, the State Senate, the
8    U.S. Congress.
9  Q  (MR. SHANNON) Did you ask them if they voted for a
10   party nominee or did they write in a Democrat?
11 A  We just said did they vote for a Democrat.
12 Q  Did you ask them if they voted in the general or in
13   the primary?
14 A  Again, I'd have to go back and look at the question
15   to be sure whether there was a differentiation
16   about that or not.
17 Q  Did you ask them if they split their ticket at all?
18 A  No, we just asked them did you vote Democrat in
19   those elections that I've already described.
20 Q  Did you ask them about their political affiliation
21   as of December of 2017?
22 A  December of 2017?
23 Q  Correct.
24 A  No.
25 Q  Can you tell me the time frame when this exercise

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3156   Filed 09/21/18   Page 8 of 13

30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 52

1   A   Right.
2   Q   Senate District 2 --
3   A   Uh-huh.
4   Q   -- and the congressional district is blank. So why
5       would this be left blank?
6   A   Well, for some reason when this was prepared -- and
7       as I said, I was not present when they figured out
8       how to do it -- they -- they concentrated on the
9       House districts. And sometimes the names above and
10      below -- for example, if you look at the
11      congressional district column, sometimes the names
12      above and below the number that were there were
13      also in that same district, so -- District 14 -- so
14      it's possible that Mr. Killeen was in District --
15      Congressional District 14, I don't know.
16              I raised that issue with Judy Karandjeff
17      when she showed me this list and I started working
18      with it. I said, well, what does it mean on these
19      congressional -- she did not attempt to put down
20      for every individual what Senate district they were
21      in, what congressional district they were in, and
22      so we had to verify that in other ways once we
23      figured out who was on the list.
24  Q   Returning to House District 83 in Exhibit 4 --
25  A   In the long list?

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3157   Filed 09/21/18   Page 9 of 13

30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 55

1   A   I take your word for it in terms of the math.
2   Q   Okay. And I'm sure we can move forward on the
3       basis that there are a large number of League
4       members in House District 69?
5   A   There are.
6   Q   Okay. Does that district, House District 69 which
7       covers Lansing and East Lansing, does that district
8       typically vote Democrat or Republican, if you know?
9   A   I don't know.
10  Q   Okay. So I'm going to define a term for you now.
11      I'm going to use the word "inadequate," and I'm
12      going to use that in reference to a representative,
13      an elected official.
14  A   As an inadequate representative?
15  Q   Correct.
16  A   Are you talking about the person?
17  Q   The person. And so by inadequate, I'm meaning that
18      the representative is not responsive to a voter or
19      ignores issues that are important to that voter,
20      okay?
21          Do you know if any of the League members
22      listed in House District 69 feel that their
23      representative is inadequate?
24  A   I don't know.
25  Q   Do you know if any League member in any district

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3158   Filed 09/21/18   Page 10 of 13

30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 56

1    feels their representative is inadequate?
2  A  Any League member in any district in the state
3    feels their representative -- are we talking about
4    the House representative?
5  Q  Just the House, yes.
6  A  I have heard general conversations, but I can't
7    give you specifics.
8  Q  Do you know which League members those
9    conversations involved?
10 A  I do not.
11 Q  What about for the State Senate?  Same question.
12    Do you know if any League members in any Senate
13    district feel their representative is inadequate?
14 A  I have heard comments to that effect, yes.
15 Q  Specifically, do you know which League members?
16 A  I cannot tell you which League members said that to
17    me.
18 Q  Same for Congress.  Do you know of any League
19    members in any congressional district who feel
20    their congressperson is inadequate?
21 A  I have heard the comment.
22 Q  Specifically do you know which League members?
23 A  I cannot give you a name.
24 Q  Do you know if any of the 103-odd League members
25    living in House District 69 feel that they have

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3159   Filed 09/21/18   Page 11 of 13
30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 62

1    A    I told you I can't give you names of specific
2         members.  You asked me did I recall any member.  I
3         remember conversations at League meetings, people
4         expressing their opinions about their relationships
5         with their representatives.  I do not and cannot
6         give you specific names.
7    Q    Do you recall which specific representative?
8    A    Talking just the House?
9    Q    Just the House.
10   A    No.
11   Q    What about for the Senate, the same question.  Do
12        you recall any specific member of the League
13        expressing concern to the League or others about
14        their ability to access or express their views to
15        any member of the Michigan Senate?
16             MR. YEAGER:  The same objection.
17             You may answer.
18             THE WITNESS:  I recall people expressing
19        frustration over their ability to access their
20        senator, but I do not recall the names of those
21        individuals.
22   Q    (MR. SHANNON) And, finally, for Congress, same
23        question.
24   A    Yes, I recall League members expressing frustration
25        over their ability to access their U.S.

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3160   Filed 09/21/18   Page 12 of 13

30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 63

1        congressperson.
2    Q   Do you recall which specific League members?
3    A   I do not recall which specific League members.
4    Q   Do you recall which specific congressmen?
5    A   Hmm.  He was over from the west side of the state.
6        Can't remember his name.
7               Do you have a list of the senators?
8    Q   The congressmen?
9    A   I mean the congresspeople?
10   Q   I don't have one with me.
11   A   Somebody that's over on the west side of the state.
12   Q   Do you remember the specific concern expressed
13       regarding access?
14   A   Yes, and, actually, it's a concern that League
15       members have expressed to me in a number of places
16       across the state, and that there are two instances
17       where League members interact with people who are
18       their representatives in the House or the State
19       Senate or the U.S. Congress.  One of those times
20       when they interact is when we hold candidate
21       forums, such as we've been holding this past summer
22       and will hold this fall, where those who are
23       running for office -- and, of course, many of them
24       are incumbents -- are invited to come and do a
25       public meeting and present their views and their

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 121-7, PageID.3161   Filed 09/21/18   Page 13 of 13

30(b)(6) Deposition of Susan K. Smith - 9/11/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 70

1    A   No.
2    Q   All right.  Just one more set of questions here and
3        I think we'll be done.
4            I'm going to define one more term for
5        you.  I'm going to use the term "community of
6        interest."  By community of interest I mean people
7        who share a common interest or a passion in a
8        particular matter.
9    A   Such as?
10   Q   I gave you the example before of farmworkers, union
11       members.  Those aren't exclusive examples, there
12       can be many different types of communities of
13       interest, but I'm talking generally about people
14       who share a common interest or a common trait and
15       might work together as a community.  Do you
16       understand?
17   A   Yes.
18   Q   Okay.  Do you know of any Democrat League member
19       who as a result of the 2011 redistricting plans was
20       cut off from their natural community of interest?
21   A   Yes, I've heard --
22   Q   Which League member?
23   A   I cannot give you a name.  I've heard many
24       complaints about the 2011 maps, and its often been
25       that communities have been broken up.