# APPENDIX H

FaegreBD.com

**FAEGRE BAKER DANIELS**

USA ▾ UK ▾ CHINA

**Joseph H. Yeager, Jr.**
*Partner*
jay.yeager@FaegreBD.com
Direct **+1 317 237 1278**

Faegre Baker Daniels LLP
300 North Meridian Street  Suite 2700
Indianapolis Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

February 17, 2016

**VIA EMAIL**
**ORIGINAL TO FOLLOW VIA US MAIL**

| **Privileged & Confidential Attorney Work Product** |

Associate Professor Jowei Chen
Department of Political Science
University of Michigan
5700 Haven Hall
505 South State Street
Ann Arbor, MI 48109-1045

Re:   <u>Redistricting Litigation</u>

Dear Jowei:

Thank you for agreeing to serve as an expert consultant on the pro bono redistricting litigation.

Because we have not decided whether we will ask you to testify as a witness at trial, we consider your retention and our communications to be privileged and confidential pursuant to the applicable rules of procedure and evidence. Please do not disclose the fact of this consulting agreement or your work with us, including our communications, without our prior consent. We request that, without a request from us, you not write down anything related to your consultation, including any observations or conclusions. Also, unless we otherwise request, please communicate with us by phone and do not send us any written or electronic communications.

We will discuss with you the exact nature of the work that we will want you to perform on the case. Please do not do any work that has not been approved by us in advance.

In the event that you or we terminate the relationship, you agree that you will keep confidential and not disclose to anyone any information that you receive from us or our client that relates to this litigation. You also agree that, without our prior written consent, you will not use any of the information you receive from us in any litigation in which you are not acting as a consultant or expert witness for us.

We understand that your services will be paid at the rate of $500 per hour with a cap of 20 hours absent prior written agreement. Please bill on a monthly basis even if your work is not completed yet.

Associate Professor Jowei Chen
February 17, 2016
Page 2

We request that you submit your invoices in the following manner:

    (1)    Itemize your tasks and time spent;
    (2)    Clearly indicate the date on which each task was performed; and
    (3)    Clearly indicate to whom the check should be payable and the Federal Tax Identification number.

Please acknowledge your agreement with these terms by signing and dating one copy of this letter and returning it to us. Also, please sign and return the enclosed W-9 tax form.

Thank you for your assistance. We look forward to working with you. Please do not hesitate to call with any questions or concerns.

Very truly yours,

Joseph H. Yeager, Jr.

JHY/jd
Enclosure

AGREED:

Date:_____   _____
                                          Jowei Chen

US.104836686.01