# APPENDIX I

Deposition of Jowei Chen - 9/7/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 40

1     maps that were attached to the complaint?
2          MR. YEAGER:  You can answer that question.
3          THE WITNESS:  I produced a number of simulated
4     maps.
5  BY MR. CARVIN:
6  Q.  Okay.  In your report obviously you produced -- let's use
7     Congress as an example, you produced a thousand alternative
8     maps for Congress?
9  A.  Yes, sir.
10 Q.  Is that, when you say you produced a number are those the
11    maps you're referring to?
12 A.  Yes.
13 Q.  Okay.  One map was attached to the complaint.  Do you know --
14 A.  Oh, let me actually go back and clarify my answer if I could.
15         MR. YEAGER:  Go ahead.
16         THE WITNESS:  So you are correct in that I produced
17    one thousand congressional maps and obviously one thousand
18    Senate maps and one thousand House maps.
19         Even before, I recall as early as 2016, I had
20    already -- I had already produced a, also a number of maps, I
21    recall of the House and Senate plans.  I don't recall the
22    Congressional plans.  But I had produced already a large
23    number of House and Senate maps.
24 BY MR. CARVIN:
25 Q.  In connection with this litigation?

**Deposition of Jowei Chen - 9/7/2018**
**League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan**

Page 41

1   A.   They were -- back in 2016 I was just first producing draft
2        simulations.
3   Q.   But why?
4              MR. YEAGER:  Can I just comment?
5              MR. CARVIN:  Yes.
6              MR. YEAGER:  We had engaged him.  He was doing
7        preliminary work that led to this case.
8              MR. CARVIN:  That's what I'm trying to figure out.
9   BY MR. CARVIN:
10  Q.   When you say a large number, for example, how many -- in the
11       rough neighborhood how many House maps did you produce?
12  A.   Definitely over ten.
13  Q.   Okay.
14  A.   I don't recall, and certainly didn't keep record of --
15  Q.   Were those ten produced pursuant to the same algorithm that
16       you later used for the one thousand?
17  A.   No.  An earlier draft.
18  Q.   Okay.  An earlier draft of the algorithm?
19  A.   To my recollection, when I started out I went through
20       multiple drafts, and went through structural changes.  And so
21       certainly I had produced, using earlier drafts of my
22       simulation algorithm, a number of House and Senate plans.
23  Q.   When you use the word draft, do you mean draft simulation
24       algorithms or draft actual maps?
25  A.   Both.