# APPENDIX M

Deposition of James Patrick "Jase" Bolger - 8/23/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, the Secretary of the State of Michigan

## Page 134

1  A. I don't recall the timing.
2  Q. Does it sound right that you'd want to have
3     maps available the first week of June so
4     that you could talk with members?
5  A. I just don't remember the time -- timeline.
6  Q. Okay.
7  A. We're talking about almost eight years ago
8     and how many thousands of meetings I've had
9     since then.
10 Q. Fair point. I have to ask. And let me just
11    tell you, the reason I'm asking is there may
12    well be a trial in this case, and we're
13    going to want to know who knows what about
14    the events, so --
15 A. I don't blame you for asking.
16 Q. Yeah.
17 A. I don't remember.
18 Q. Yeah, and that's fair. I just -- I will
19    tell you, if you say I don't remember now,
20    and then you go and testify in trial that,
21    oh my God, I remember with perfect clarity,
22    and this is what happened, we will have
23    concerns. I'm not saying that will ever
24    happen, but that's why I'm asking you the
25    questions.

## Page 135

1     So, point 3 on this April 21st
2  agenda says: "Legislation (timing)" and it
3  references "(leadership)."
4     Is that -- would that have referred
5  to you?
6  A. You're asking me to guess somebody else --
7     what somebody else put in. I don't know.
8  Q. Well, I don't want you to guess, at least in
9     this context.
10    Do you remember presenting on the
11    timing of legislation at any of these
12    meetings?
13 A. No, I don't remember.
14 Q. Let's go to the next one. So, this is an
15    April 2011 meeting, and the second bullet
16    point says: "Database status update and
17    political data (Stuckey and LaBrant)."
18    Do you see where I'm referring to?
19 A. I do.
20 Q. Do you remember Bob LaBrant being at any
21    meeting you were at?
22 A. You're asking about this meeting, and I
23    don't remember.
24 Q. Or any meeting?
25 A. Any meeting on what subject?

## Page 136

1  Q. Fair point. So, Senator Hune testified
2     yesterday that Mr. LaBrant is the Godfather
3     of Michigan Redistricting, so I want to know
4     only about redistricting.
5     Do you recall being at any meetings
6     with Mr. LaBrant about redistricting?
7  A. I don't specifically recall that.
8  Q. Okay. Do you agree or disagree with the
9     notion that Mr. LaBrant is the Godfather of
10    Michigan Redistricting?
11 A. I would not have used that.
12 Q. Okay. So I take it -- okay. That's fair.
13    Does the bullet point in point 2
14    with reference to political data refresh
15    your recollection about whether political
16    data was used in connection with the 2011
17    redistricting?
18    MR. ELLSWORTH: Bullet point -- you
19    mean numbered paragraph 2?
20    MR. JUSTMAN: Agenda item with the
21    Arabic numeral 2.
22    MR. ELLSWORTH: I -- I object to
23    the form, because I don't think that
24    reference says political data. It simply
25    says data if I read it correctly and if I'm

## Page 137

1  looking at what you're looking at.
2     MR. JUSTMAN: Just to make sure,
3  Pete, that we're on the same page, 5296?
4     MR. ELLSWORTH: Yeah.
5     MR. JUSTMAN: Bullet point 2:
6  "Database update and political data."
7     MR. ELLSWORTH: Okay, I'm sorry.
8  I'm sorry.
9  BY MR. JUSTMAN:
10 Q. I'm literally not trying to add words where
11    there aren't any, but I'm wondering if that
12    refreshes your memory about whether
13    political data was discussed at any meeting
14    you were at?
15 A. No, because I don't understand what
16    political data means there.
17 Q. That was going to be my next question, so --
18    and I take it the references to leadership
19    in numbered items 5 and 6 don't trigger any
20    bells for you either?
21 A. No.
22 Q. Okay. Let's go to the next one. That also
23    references political data in item 2, and
24    there's a reference to leadership on item 6
25    for this May 11th meeting.