# APPENDIX N

Deposition of Terry Marquardt - 8/16/2018
League of Women Voters of Michigan v. Ruth Johnson, the Secretary of the State of Michigan

Page 14

1    there continuously but he's back there for a
2    while.
3    Q. How old --
4    A. He's 25.
5    Q. Anybody else live there?
6    A. No.
7    Q. What's your email address?
8    A. Terry Marquardt, my whole name, the number
9       1, at gmail.
10   Q. Do you have any other email addresses?
11   A. I don't.
12   Q. Do you have one that you use for work?
13   A. There is a work email, which is
14      tmarquardt@senate.michigan.gov.
15   Q. Do you have any other email addresses that
16      you have used in the last 10 years?
17   A. I switched over to a gmail address in
18      approximately 2012.
19   Q. And did you have something else before that?
20   A. No, I think that was my original. That was
21      a Yahoo email, and that was the last one
22      that -- probably the first one that I had.
23   Q. So what was the Yahoo email address?
24   A. I believe -- it's been a long time. I
25      believe it was temarquardt@yahoo.com.

Page 15

1    Q. And you said you switched from the Yahoo to
2       the gmail you said in 2012?
3    A. About 2012 because in the process of this
4       whole, you know, supplying things, I went
5       back and I noticed that the earliest email
6       that I had in my gmail account was in late
7       2012, so that's why I know that date.
8    Q. So, is your Yahoo account still --
9    A. I tried to --
10   Q. Is it still active?
11   A. I tried to access it, and it's not active
12      any longer.
13   Q. When you say you tried to access it, what --
14   A. I just tried to log back in.
15   Q. Can you let me finish the question.
16   A. I apologize. I'm anticipating. I
17      apologize.
18   Q. It's understandable. So when you tried to
19      access it, what happened? What did you try
20      to do?
21   A. I entered my, you know, old, you know,
22      password and it said the account didn't
23      exist.
24   Q. And you remembered what your password was?
25   A. I thought I remembered what it was, so if I

Page 16

1    was using the, you know, right password, it
2    didn't exist but, again, that was a long
3    time ago and I didn't have it written down
4    anywhere after seven or eight years.
5    Q. Other than the Yahoo account, the gmail
6       account and then your Senate account, have
7       you used any other emails in the last 10
8       years?
9    A. No.
10   Q. Why did you switch from the Yahoo to the
11      gmail?
12   A. I used Google a lot so I just switched over
13      to the gmail. It seemed the thing to do at
14      the time.
15   Q. Do you keep a calendar?
16   A. Yes, I do.
17   Q. Is that hardcopy or electronic?
18   A. It's electronic.
19   Q. What software do you use for that?
20   A. It's on my Outlook, which is my State
21      account.
22   Q. Do you know how far back that calendar goes?
23   A. I would say probably to 2014.
24   Q. And do you keep any other calendar besides
25      the Outlook Calendar at work?

Page 17

1    A. No.
2    Q. What kind of computer do you have?
3    A. Well, I have my work computer, you know, my
4       State computer.
5    Q. Is that a laptop or desktop?
6    A. That is a desktop.
7    Q. And how long have you been using that
8       machine?
9    A. I can't remember when they switched them out
10      last but, you know, since 2014 when I came
11      back to the Senate. They may have switched
12      computers but, you know, they transferred
13      all the files, so --
14   Q. And do you have a personal computer at home?
15   A. I do.
16   Q. And what do you have?
17   A. It's a laptop. I don't even know what kind
18      it is. It's a ThinkPad, similar to the one
19      down there (indicating). I noticed that
20      earlier.
21   Q. And how long have you had that ThinkPad?
22   A. Probably since 2014 when -- again, when I
23      came back to work for the Senate.
24   Q. You mentioned working for the Senate a
25      couple times. I assume you're employed?

Deposition of Terry Marquardt - 8/16/2018
League of Women Voters of Michigan v. Ruth Johnson, the Secretary of the State of Michigan

### Page 58

1  A.  I mean, that pretty much pertains to one
2  particular part of the state because in
3  Senate districts really only the Detroit
4  area is there a concentrated, you know, area
5  of minority voters that it applies to, so it
6  does become important when you get to that
7  portion of the state.
8  Q.  I think you said eliminating breaks, I think
9  you said it was the top of the scale?
10  A.  Um-hmm.
11  Q.  Who set that to be the top of the scale?
12  A.  Well, eliminating county breaks I think is
13  the top of the scale.  Eliminating city and
14  township breaks would be the next criteria.
15  That's part of the Apol criteria.
16  When I say "the top," obviously,
17  equal population within the deviation ranges
18  is probably above that, obviously, but --
19  Q.  You mentioned the Apol criteria.  Is that
20  the same as this eliminating breaks or is
21  there more to the Apol criteria than that?
22  A.  It does go down further to explain, you
23  know, how to do -- when you have to do
24  breaks, you know, what you should do.  When
25  you have to break cities, there's a certain,

### Page 59

1  you know, less population deviation when you
2  break cities and townships that you have to
3  follow but those are kind of down the scale
4  a little bit and you don't have to deal with
5  those as often.
6  Q.  You're familiar with the Apol criteria and
7  how to apply all those rules?
8  A.  I am.  I was probably more familiar with
9  them in 2011 than I am now after not looking
10  at them for several years but --
11  (Exhibit 77 was marked.)
12  BY MS. MAPPES:
13  Q.  Mr. Marquardt, the court reporter has handed
14  you what's been marked Exhibit 77.  Are you
15  familiar with this document?
16  A.  I am.
17  Q.  What is it?
18  A.  It appears to be a document that I wrote at
19  some point in time that dealt with the
20  criteria for one thing.  I mean, I recall
21  doing it but I don't remember much about it.
22  It's been quite a few years ago.
23  Q.  And towards the back of this document, I
24  think it's actually three pages from the
25  end, is that your signature?  It's page 7 of

### Page 60

1  the --
2  A.  Yes, it is.
3  Q.  And it's dated March 8, 2012?
4  A.  Yes.
5  Q.  I think earlier I asked you if you had
6  executed any Affidavits or Declarations and
7  I think you didn't recall.  Does this --
8  A.  Yeah, obviously I did this one, yes.
9  Q.  Okay.  And then you were talking about the
10  Apol criteria and I just wanted to direct
11  you to the bottom of page 2 going into page
12  3, and the page numbers I'm referring to are
13  the numbered pages not including that blank
14  page.
15  Paragraph 6 at the bottom of page 2
16  says:  "The Apol criteria next established a
17  hierarchy of redistricting principles based
18  on preservation of political subdivision
19  boundaries and population equality."
20  And then they appear to be set out
21  on page 3.  I just wanted to confirm this is
22  what you were referring to earlier, this
23  criteria, and this is the hierarchy that the
24  Apol criteria sets out as you understand it?
25  A.  Yes.

### Page 61

1  Q.  Okay.  And you're familiar with these
2  criteria and how to apply them?
3  A.  Yes.
4  Q.  Did anybody teach you how to do that or is
5  that something you just figured out as you
6  went along the redistricting process?
7  A.  The latter.
8  Q.  Okay.  Looking back on page 2, paragraph 2,
9  it says, "I was one of the legislative
10  employees who drafted the State House and
11  Senate redistricting plans for consideration
12  by the Michigan Legislature after the
13  decennial Census was released in March of
14  2011."
15  Do you see that sentence?
16  A.  Yes, I do.
17  Q.  Earlier I thought you said you only did the
18  Senate redistricting plan?
19  A.  And I did.  I mean, I probably, you know,
20  looked at the House maps at one point in
21  time and obviously I looked at their VRA
22  stuff.  I didn't even recall this, but for
23  the most part, I would say 99 percent of my
24  work was on the Senate.
25  Q.  So, this is maybe a bit of an overstatement

Case 2:17-cv-14148-ELC-DPH-GJQ ECF No. 121-15, PageID.3199 Filed 09/21/18 Page 4 of 5

Deposition of Terry Marquardt - 8/16/2018
League of Women Voters of Michigan v. Ruth Johnson, the Secretary of the State of Michigan

Page 74

1  THE WITNESS: In the few choices
2  that we had, I would say that's true, but
3  the choices are very few.
4  BY MS. MAPPES:
5  Q. And just so I understand, by "very few,"
6  what does that mean? How many choices are
7  you making where that comes into play?
8  A. Well, once you have all the districts kind
9  of, you know, drawn within the criteria, and
10  you're trying not to split counties, you're
11  trying not to split townships and cities,
12  there's only so many combinations that
13  actually fit together and make that so.
14      So, where -- where those, you
15  know -- where you had options within that,
16  again, were very few for the most part.
17  Q. And is "very few" a handful or are there 20
18  places in the map where you get to make some
19  shifts along those lines?
20  A. I don't know that I can put a number on it
21  without actually going back and sitting at
22  the table again 10 years ago, but I'd say
23  that, you know, there was a few.
24  Q. Do you recall any of these in particular?
25  A. Usually within the criteria when most of the

Page 75

1  counties are so small, or I mentioned
2  Wayne County earlier, Wayne County fit
3  together as a -- you know, to make seven
4  exact districts and then the smaller
5  counties, when you get out-state kind of,
6  you know, take their course and fit together
7  however.
8      I would say where you have any
9  discretion at all might be in a larger
10  county, for instance, like Oakland County,
11  where there's many municipalities and
12  there's probably several combinations that
13  could fit together to fall within the
14  population deviation without breaking any
15  city or township lines, so -- and there's
16  not very many of those so that's why I
17  mentioned a few because there's very few of
18  those counties that would fall under that --
19  you know, where the criteria would allow any
20  decisions like that.
21  Q. Other than Oakland County, are there any
22  other particular geographies where you
23  recall that being an opportunity?
24  A. I would say counties of any size at all,
25  there was probably some discretion

Page 76

1  potentially in Kent County as well because
2  it's large enough to, you know, have several
3  combinations that could -- could have that
4  end.
5  Q. Any other geography?
6  A. As I recall, most of the other ones fit
7  together fairly well so, yeah, I wouldn't --
8  Q. What about Macomb County?
9  A. Macomb County, I'm sorry, that's true, your
10  home county. That would -- and Macomb did
11  not come out to an exact three districts
12  like it had in the past, so there was some
13  reason to take some population from
14  Macomb County up into St. Clair into the
15  thumb of Michigan to make a fourth district
16  out of that combination.
17  Q. So, other than the Oakland County,
18  the Kent County and the Macomb area, any
19  other place that you can recall right now
20  where you've got some discretion, some
21  wiggle room beyond the criteria?
22  A. No, no other places.
23  Q. I'm sure you've heard the term
24  "gerrymandered" before. What does that mean
25  to you?

Page 77

1  A. To me?
2  Q. Yeah.
3  A. It means when you fracture -- you know, when
4  you don't use criteria like this and you
5  fracture cities, townships, counties to kind
6  of get to a political gain that you're
7  trying to attain and disregarding, you know,
8  any criteria whatsoever.
9  Q. So by just your definition, if you follow
10  the criteria, it necessarily can't be
11  gerrymandered?
12  A. Yeah, I would say so.
13  Q. So, you think if a plan followed all the
14  Apol criteria, there's no opportunity to
15  gerrymander?
16  A. Well, I mean, we just went over some
17  examples of where there's some discretion so
18  in those particular places, but my
19  interpretation of gerrymandering is, you
20  know, much crazier districts that go all
21  over the place and split counties, cities,
22  all those kind of things.
23  Q. Do you think any districts in the 2011
24  Senate map are gerrymandered?
25      MR. GORDON: Under his definition?

Deposition of Terry Marquardt - 8/16/2018
League of Women Voters of Michigan v. Ruth Johnson, the Secretary of the State of Michigan

Page 194

1 County.
2 Q. And tell me about the changes to this
3 district.
4 A. Actually, it only gained -- or actually it
5 lost Presque Isle County and gained
6 Luce County. Really, again, population
7 shifts.
8 (Exhibit 108 was marked.)
9 BY MS. MAPPES:
10 Q. The court reporter has handed you what's
11 been marked Exhibit 108. Are you familiar
12 with this document?
13 A. Yes, I am.
14 Q. Tell me about it.
15 A. This is current and proposed Senate
16 District 38.
17 Q. And who was the senator at the time?
18 A. Senator Tom Casperson.
19 Q. And is Senator Casperson still the senator?
20 A. He is.
21 Q. Where does he live?
22 A. He lives in Delta -- Delta County.
23 Q. And tell me about the changes here.
24 A. One county switched here. Luce County was
25 taken out of the district and other than

Page 195

1 that, it's the same.
2 Q. And that is the last one of this type of
3 exhibit. More exhibits, but the last one of
4 this type. I think you said earlier you did
5 not make similar type documents for the
6 Democrat districts because you were only
7 showing these to Republican caucus members?
8 A. That's correct.
9 Q. Did you have -- even if you didn't make a
10 particular document like this, did you have
11 similar analysis of the Democrat districts?
12 A. I did not. I did not.
13 Q. Did you look at the partisan or political
14 data numbers for those Democratic districts?
15 A. I did not.
16 Q. When you are looking at the software, is
17 there any sort of data like that that sort
18 of automatically comes up?
19 Like if you draw a district -- let
20 me finish -- do you see, here's the
21 population or here's the partisanship data;
22 is there sort of immediate feedback that you
23 get when you draw a district that kind of
24 pops up on the screen as you go?
25 A. The way the software works, there's a matrix

Page 196

1 at the bottom kind of like a spreadsheet,
2 and you can select what information that
3 you'd like to have on there. So it depends
4 on what you had selected, whether that would
5 pop up or not, but if you did have that
6 programmed that way, it would pop up and
7 show you that information.
8 Q. And for purposes of drawing this Senate map
9 we've been talking about, what did you have
10 in that matrix as you were working?
11 A. It was probably different compared to where
12 I was in the state. I always kept the
13 racial data up when I was down in the
14 Detroit area because that was, you know,
15 something we needed to keep an eye on, make
16 sure that we were trying to abide by the
17 VRA.
18 In other parts of the state, I
19 wouldn't have had that necessarily or I
20 might have just left the matrix up with that
21 on it knowing that it really didn't make
22 that much difference so I didn't refer to it
23 as often.
24 Q. What other data did you have in the matrix?
25 A. There was political data, you could select

Page 197

1 different races if you want, like elections,
2 I should have said.
3 Q. And I want to make sure I understand. When
4 you said you could show different elections,
5 was that an example of the political data or
6 were those two different things?
7 A. It's an example of the political data, yes.
8 Q. What particular political data did you have
9 selected?
10 A. I don't recall exactly what I had on the
11 screen, you know, during that period of
12 time. I know we had political data, but I
13 don't know which -- I don't recall which
14 elections that I used.
15 Q. Would it be something similar to these
16 numbers that were showing up on the
17 exhibits -- let me finish -- that we were
18 looking at a moment ago?
19 A. Probably, yeah, something like that, but I
20 don't -- I don't recall the specifics.
21 Q. So you had the political data and then where
22 it made sense you had the racial data.
23 What other data did you have in
24 that matrix?
25 A. The one that I used constantly was the