# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 28, 2018

Ms. Harmony Mappes
Faegre Baker Daniels
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

Mr. Jason Brett Torchinsky
Holtzman Vogel Josefiak Torchinsky
45 N. Hill Drive
Suite 100
Warrenton, VA 20186

          Re:  Case No. 18-1946, *League of Women Voters of MI, et al v. Ruth Johnson, et al*
              Originating Case No. : 2:17-cv-14148

Dear Counsel,

    The Court issued the enclosed Order today in this case.

                            Sincerely yours,

                             s/Jill Colyer
                             Case Manager
                             Direct Dial No. 513-564-7024

cc:  Mr. Brian D. Shekell
      Mr. Charles R. Spies
      Mr. David J. Weaver

Enclosure

No. 18-1946

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Sep 28, 2018
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., ) | |
| Plaintiffs-Appellees, ) | |
| v. ) | O R D E R |
| RUTH JOHNSON, in her official capacity as Michigan Secretary of State, ) | |
| Defendant, ) | |
| LEE CHATFIELD; AARON MILLER, ) | |
| Proposed Intervenors-Appellants. ) | |

The plaintiffs move to extend the time for filing their appellee brief to seven days following the court's ruling on the pending motion to remand. The appellants oppose the motion, asserting prejudice in further delay.

The motion is granted in part and denied in part. An extension of five days is granted, with the appellee brief due on or before October 3, 2018, and any reply due on or before seven days after the filing of the appellee brief.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk