# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, ROGER J. BRDAK, FREDERICK C. DURHAL, JR., JACK E. ELLIS, DONNA E. FARRIS, WILLIAM "BILL" J. GRASHA, ROSA L. HOLLIDAY, DIANA L. KETOLA, JON "JACK" G. LASALLE, RICHARD "DICK" W. LONG, LORENZO RIVERA and RASHIDA H. TLAIB, | Case No. 17-cv-14148<br><br>Hon. Eric L. Clay<br>Hon. Denise Page Hood<br>Hon. Gordon J. Quist |

   Plaintiffs,

v.

RUTH JOHNSON, in her official capacity as Michigan Secretary of State,

   Defendant.

_____/

| | |
|---|---|
| Dickinson Wright PLLC<br>Peter H. Ellsworth (P23657)<br>Ryan M. Shannon (P74535)<br>*Special Assistant Attorneys General*<br>215 S. Washington Sq., Suite 200<br>Lansing, MI 48933<br>(517) 371-1700<br>PEllsworth@dickinsonwright.com<br>RShannon@dickinsonwright.com<br>*Attorneys for Defendant, Ruth Johnson* | Jones Day<br>Michael A. Carvin<br>*Special Assistant Attorney General*<br>51 Louisiana Ave., NW<br>Washington D.C. 20001<br>(202) 879-3939<br>macarvin@jonesday.com<br>*Attorney for Defendant, Ruth Johnson* |

_____/

**DEFENDANT SECRETARY OF STATE RUTH JOHNSON'S CONCURRENCE AND JOINDER IN CONGRESSIONAL INTERVENORS' MOTION FOR SUMMARY JUDGMENT**

Defendant, Michigan Secretary of State Ruth Johnson, by and through counsel, hereby concurs with and joins in the Congressional Intervenors' Motion for Summary Judgment and hereby seeks such relief on her behalf.

Respectfully submitted,

| DICKINSON WRIGHT PLLC | JONES DAY |
|---|---|
| /s/ Peter H. Ellsworth<br>Peter H. Ellsworth (P23657)<br>Ryan M. Shannon (P74535)<br>Attorneys for Defendant | Michael Carvin<br>Attorneys for Defendant |

Dated: October 12, 2018

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 12, 2018, I caused to have electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this matter.

                                        /s/ Ryan M. Shannon

LANSING 537768