U.S. Department of Commerce | Blo

## QuickFacts

**Ottawa County, Michigan; Grand Rapids city, Michigan; Detroit city, Michigan**

QuickFacts provides statistics for all states and counties, and for cities and towns with a *population of 5,000 or more*.

### Table

| ALL TOPICS | Ottawa County, Michigan | Grand Rapids city, Michigan | Detroit city, Michigan |
|---|---|---|---|
| **Population estimates, July 1, 2017, (V2017)** | 286,383 | 198,829 | 673,104 |
| 👤 **PEOPLE** | | | |
| **Population** | | | |
| **Population estimates, July 1, 2017, (V2017)** | 286,383 | 198,829 | 673,104 |
| Population estimates base, April 1, 2010, (V2017) | 263,801 | 188,040 | 713,854 |
| Population, percent change - April 1, 2010 (estimates base) to July 1, 2017, (V2017) | 8.6% | 5.7% | -5.7% |
| Population, Census, April 1, 2010 | 263,801 | 188,040 | 713,777 |
| **Age and Sex** | | | |
| Persons under 5 years, percent | ⚠ 6.3% | ⚠ 7.6% | ⚠ 7.2% |
| Persons under 18 years, percent | ⚠ 24.2% | ⚠ 23.9% | ⚠ 25.2% |
| Persons 65 years and over, percent | ⚠ 14.6% | ⚠ 11.4% | ⚠ 12.6% |
| Female persons, percent | ⚠ 50.7% | ⚠ 50.8% | ⚠ 52.7% |
| **Race and Hispanic Origin** | | | |
| White alone, percent   (a) | ⚠ 92.6% | ⚠ 68.3% | ⚠ 13.6% |
| Black or African American alone, percent   (a) | ⚠ 1.8% | ⚠ 19.7% | ⚠ 79.7% |
| American Indian and Alaska Native alone, percent   (a) | ⚠ 0.6% | ⚠ 0.4% | ⚠ 0.4% |
| Asian alone, percent   (a) | ⚠ 3.0% | ⚠ 2.1% | ⚠ 1.4% |
| Native Hawaiian and Other Pacific Islander alone, percent   (a) | ⚠ Z | ⚠ 0.0% | ⚠ 0.0% |
| Two or More Races, percent | ⚠ 1.9% | ⚠ 4.7% | ⚠ 2.0% |
| Hispanic or Latino, percent   (b) | ⚠ 9.7% | ⚠ 15.6% | ⚠ 7.5% |
| White alone, not Hispanic or Latino, percent | ⚠ 83.9% | ⚠ 59.5% | ⚠ 9.5% |
| **Population Characteristics** | | | |
| Veterans, 2012-2016 | 13,992 | 8,647 | 30,322 |
| Foreign born persons, percent, 2012-2016 | 5.7% | 10.0% | 5.5% |
| **Housing** | | | |
| Housing units, July 1, 2017, (V2017) | 109,059 | X | X |
| Owner-occupied housing unit rate, 2012-2016 | 77.2% | 54.3% | 48.2% |
| Median value of owner-occupied housing units, 2012-2016 | $160,500 | $113,600 | $41,000 |
| Median selected monthly owner costs -with a mortgage, 2012-2016 | $1,251 | $1,062 | $1,063 |
| Median selected monthly owner costs -without a mortgage, 2012-2016 | $456 | $421 | $436 |
| Median gross rent, 2012-2016 | $807 | $806 | $754 |
| Building permits, 2017 | 1,875 | X | X |
| **Families & Living Arrangements** | | | |
| Households, 2012-2016 | 97,687 | 73,068 | 256,985 |
| Persons per household, 2012-2016 | 2.74 | 2.55 | 2.61 |
| Living in same house 1 year ago, percent of persons age 1 year+, 2012-2016 | 84.6% | 75.8% | 83.6% |
| Language other than English spoken at home, percent of persons age 5 years+, 2012-2016 | 9.6% | 15.3% | 10.5% |
| **Education** | | | |
| High school graduate or higher, percent of persons age 25 years+, 2012-2016 | 91.7% | 85.4% | 79.0% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2012-2016 | 31.6% | 32.9% | 13.8% |
| **Health** | | | |
| With a disability, under age 65 years, percent, 2012-2016 | 6.9% | 10.4% | 16.3% |
| Persons without health insurance, under age 65 years, percent | ⚠ 5.1% | ⚠ 12.2% | ⚠ 16.4% |



Is this page helpful?  X
👍 Yes    👎 No

| Economy | | | |
|---|---|---|---|
| In civilian labor force, total, percent of population age 16 years+, 2012-2016 | 68.2% | 67.4% | 53.5% |
| In civilian labor force, female, percent of population age 16 years+, 2012-2016 | 61.8% | 63.7% | 52.6% |
| Total accommodation and food services sales, 2012 ($1,000)   (c) | 321,782 | 448,575 | 2,237,286 |
| Total health care and social assistance receipts/revenue, 2012 ($1,000)   (c) | 895,297 | 3,152,436 | 6,771,615 |
| Total manufacturers shipments, 2012 ($1,000)   (c) | 11,067,288 | 7,029,490 | 19,668,098 |
| Total merchant wholesaler sales, 2012 ($1,000)   (c) | 2,645,150 | 4,778,902 | 7,269,331 |
| Total retail sales, 2012 ($1,000)   (c) | 2,666,584 | 1,672,643 | 3,196,348 |
| Total retail sales per capita, 2012   (c) | $9,909 | $8,784 | $4,557 |
| **Transportation** | | | |
| Mean travel time to work (minutes), workers age 16 years+, 2012-2016 | 20.2 | 19.5 | 26.6 |
| **Income & Poverty** | | | |
| Median household income (in 2016 dollars), 2012-2016 | $61,367 | $42,019 | $26,249 |
| Per capita income in past 12 months (in 2016 dollars), 2012-2016 | $27,696 | $21,730 | $15,562 |
| Persons in poverty, percent | ⚠ 9.0% | ⚠ 25.1% | ⚠ 39.4% |

### BUSINESSES

| Businesses | | | |
|---|---|---|---|
| Total employer establishments, 2016 | 6,013 | X | X |
| Total employment, 2016 | 109,415 | X | X |
| Total annual payroll, 2016 ($1,000) | 4,586,202 | X | X |
| Total employment, percent change, 2015-2016 | 4.0% | X | X |
| Total nonemployer establishments, 2016 | 19,132 | X | X |
| All firms, 2012 | 21,842 | 16,153 | 61,868 |
| Men-owned firms, 2012 | 12,558 | 8,224 | 21,089 |
| Women-owned firms, 2012 | 6,273 | 6,095 | 38,576 |
| Minority-owned firms, 2012 | 1,586 | 4,056 | 50,946 |
| Nonminority-owned firms, 2012 | 19,667 | 11,291 | 9,747 |
| Veteran-owned firms, 2012 | 1,603 | 961 | 5,266 |
| Nonveteran-owned firms, 2012 | 19,199 | 14,238 | 55,154 |

### GEOGRAPHY

| Geography | | | |
|---|---|---|---|
| Population per square mile, 2010 | 468.2 | 4,235.6 | 5,144.3 |
| Land area in square miles, 2010 | 563.47 | 44.40 | 138.75 |
| FIPS Code | 26139 | 2634000 | 2622000 |



Is this page helpful?   Yes   No

**Value Notes**

⬥ Estimates are not comparable to other geographic levels due to methodology differences that may exist between different data sources.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Q left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2017) refers to the final year of the series (2010 thru 2017). *Different vintage years of estimates are not comparable.*

**Fact Notes**
- **(a)** Includes persons reporting only one race
- **(b)** Hispanics may be of any race, so also are included in applicable race categories
- **(c)** Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data

**Value Flags**
- **D** Suppressed to avoid disclosure of confidential information
- **F** Fewer than 25 firms
- **FN** Footnote on this item in place of data
- **NA** Not available
- **S** Suppressed; does not meet publication standards
- **X** Not applicable
- **Z** Value greater than zero but less than half unit of measure shown
- **-** Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in th interval of an open ended distribution.

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Sm Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

| ABOUT US | FIND DATA | BUSINESS & INDUSTRY | PEOPLE & HOUSEHOLDS | SPECIAL TOPICS | NEWSROOM |
|---|---|---|---|---|---|
| Are You in a Survey? | QuickFacts | Help With Your Forms | 2020 Census | Advisors, Centers and Research Programs | News Releases |
| FAQs | American FactFinder | Economic Indicators | 2010 Census | Statistics in Schools | Release Schedule |
| Director's Corner | 2010 Census | Economic Census | American Community Survey | Tribal Resources (AIAN) | Facts for Features |
| Regional Offices | Economic Census | E-Stats | Income | Emergency Preparedness | Stats for Stories |
| History | Interactive Maps | International Trade | Poverty | Statistical Abstract | Blogs |
| Research | Training & Workshops | Export Codes | Population Estimates | Special Census Program | |
| Scientific Integrity | Data Tools | NAICS | Population Projections | Data Linkage Infrastructure | |
| Census Careers | Developers | Governments | Health Insurance | Fraudulent Activity & Scams | |
| Diversity @ Census | Catalogs | Longitudinal Employer-Household Dynamics (LEHD) | Housing | USA.gov | |
| Business Opportunities | Publications | Survey of Business Owners | International | | |
| Congressional and Intergovernmental | | | Genealogy | | |
| Contact Us | | | | | |

**CONNECT WITH US**

Accessibility | Information Quality | FOIA | Data Protection and Privacy Policy | U.S. Department of Commerce

Is this page helpful?  ✕
👍 Yes   👎 No