Case 2:17-cv-14148-ELC-DPH-GJQ  ECF No. 127-2, PageID.3268  Filed 10/12/18  Page 1 of 10
Deposition of Daniel McMaster - 8/17/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 1

```
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF MICHIGAN
 2    SOUTHERN DIVISION
 3    Court File No. 2:17-cv-14148-DPH-SDD
 4    - - - - - - - - - - - - - - - -
 5    LEAGUE OF WOMEN VOTERS
      OF MICHIGAN, ROGER J. BRDAK,
 6    JACK E. ELLIS, DONNA E. FARRIS,
      WILLIAM "BILL" J. GRASHA,
 7    ROSA L. HOLLIDAY, DIANA L.
      KETOLA, JON "JACK" G. LASALLE,
 8    Richard "DICK" W. LONG,
      LORENZO RIVERA,
 9    and RASHIDA H. TLAIB,
10
          Plaintiffs,
11
      v.
12
      RUTH JOHNSON, in her official
13    capacity as Michigan
      Secretary of State,
14
      Defendant.
15
      - - - - - - - - - - - - - - - - - - - - - -
16
17
18
19    - - - - - - - - - - - - - - - - - - - - - -
20             DEPOSITION OF
             DANIEL McMASTER
21
      - - - - - - - - - - - - - - - - - - - - - -
22
23
24    Taken August 17, 2018 By Kelly A. Herrick
25
```

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 127-2, PageID.3269   Filed 10/12/18   Page 2 of 10

Deposition of Daniel McMaster - 8/17/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 2

```
 1   APPEARANCES:
 2
     FAEGRE BAKER DANIELS
 3   300 N. Meridian Street
     Suite 2700
 4   Indianapolis, Indiana  46204-1750
     Phone:  317.237.0300
 5   Email: Matt.giffin@FaegreBD.com
            Harmony.mappes@FaegreBD.com
 6
     By:  Matt Giffin
 7        Harmony A. Mappes
          For the Plaintiffs
 8
 9   GOODMAN ACKER
     17000 W. Ten Mile Rd.
10   Second Floor
     Southfield, Michigan  48075
11   Phone:  248.483.5000
     Email:  Mbrewer@goodmanacker.com
12
     By:  Mark Brewer
13       For the Plaintiffs
14
     DICKINSON WRIGHT PLLC
15   215 S. Washington Square
     Suite 200
16   Lansing, Michigan  48933-1816
     Phone:  517.487.4710
17   Email:  Peter H. Ellsworth
18   By:  Peter H. Ellsworth
          For the Secretary of State
19
20   DYKEMA GOSSETT PLLC
     201 Townsend Street
21   Suite 900
     Lansing, Michigan  48933
22   Phone:  517.374.9133
     Email:  Ggordon@dykema.com
23
     By:  Gary Gordon
24       For the witness
25
```

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 127-2, PageID.3270   Filed 10/12/18   Page 3 of 10

Deposition of Daniel McMaster - 8/17/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 3

```
 1    APPEARANCES (Continuing):
 2    MICHIGAN HOUSE OF REPRESENTATIVES
      621 South Anderson House Office Bldg.
 3    P.O. Box 30014
      Lansing, Michigan  48909-7514
 4    Phone:  517.373.0935
      Email:  Hbeydoun@house.mi.gov
 5
      By:  Hassan Beydoun
 6        For the House Representatives and the
          witness in his capacity as a former
 7        House Representative staff
 8
      Also present:  Deborah M. Barclay, Notary
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 127-2, PageID.3271   Filed 10/12/18   Page 4 of 10
Deposition of Daniel McMaster - 8/17/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 4

1              I N D E X
2     Examination by Mr. Giffin, page 5
      Examination by Mr. Gordon, page 228
3     Examination by Mr. Ellsworth, page 229
      Examination by Mr. Giffin, page 230
4
5
6     INDEX OF EXHIBITS
7     NUMBER    DESCRIPTION
8     Exhibit 120  2011 House Republican Caucus
                   Proposed Redistricting Map
9                  6/27/11, page 72
10    Exhibit 121  Redistricting Plans (Excerpt),
                   Act 463 of 1996, page 80
11
      Exhibit 122  HOUSE0002779-81, page 84
12
      Exhibit 123  Timmer000659-60, page 91
13
      Exhibit 124  Timmer000570, page 97
14
      Exhibit 125  Timmer000391, page 106
15
      Exhibit 126  2001:  Michigan House District
16                 Statewide Map, page 114
17    Exhibit 127  HOUSE0001669, page 123
18    Exhibit 128  LEGR-001518-20, page 183
19    Exhibit 129  Timmer001067, page 158
20    Exhibit 130  Timmer000784-87, page 168
21    Exhibit 131  Timmer001076, page 201
22
23
24
25

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 127-2, PageID.3272   Filed 10/12/18   Page 5 of 10

Deposition of Daniel McMaster - 8/17/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 5

1  THE DEPOSITION OF DANIEL McMASTER is taken
2  on this 16th day of August, 2018, at Dykema
3  Gossett, 201 Townsend Street, Suite 900,
4  Lansing, Michigan, commencing at 8:45 a.m.
5        DANIEL McMASTER,
6   A witness in the above-entitled action,
7     after having been first duly sworn,
8       testifies and says as follows:
9            EXAMINATION
10 BY MR. GIFFIN:
11 Q.  Okay.  Mr. McMaster, can you say and spell
12    your full name.
13 A.  Daniel L. McMaster, D-A-N-I-E-L, L,
14    M-C-M-A-S-T-E-R.
15 Q.  My name is Matt Giffin.  I represent the
16    League of Women Voters and the individual
17    Plaintiffs in this lawsuit.
18       Have you ever had your deposition
19    taken before?
20 A.  Once.
21 Q.  When was that?
22 A.  It was a law enforcement, loitering, traffic
23    parking lot issue.
24 Q.  About how long ago?
25 A.  18 years ago maybe.

Case 2:17-cv-14148-ELC-DPH-GJQ ECF No. 127-2, PageID.3273 Filed 10/12/18 Page 6 of 10

Deposition of Daniel McMaster - 8/17/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 130

1    A. I'm not sure.
2    Q. Did you go back to the drawing board?
3    A. Yeah, we created -- I know we created
4       several variations, but I believe we
5       ultimately said this is what it's -- kind of
6       one of these, I hope you like it, because
7       this is what it's going to be.
8    Q. Is this the only map that complied with the
9       Apol standards that you could have drawn?
10   A. Any map we would have drawn for him would
11      follow Apol standards. We were under strict
12      guidance from Pete to keep everything within
13      Apol standards.
14   Q. Did you ever draw maps, even ones that
15      weren't publically released, just sort of
16      draft versions, that either didn't follow
17      the Apol standards or that you didn't check
18      to see if they followed the Apol standards?
19   A. We may have drawn some and them once we
20      found out they weren't, then we crossed them
21      off.
22   Q. Briefly just walk me through how you found
23      out they weren't. Who did that work?
24   A. (Indicating).
25   Q. You?

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 127-2, PageID.3274   Filed 10/12/18   Page 7 of 10

Deposition of Daniel McMaster - 8/17/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 131

1   A.  I mean, I talked to Brian, Brian punched it
2       into his computer, map prints out, we start
3       looking at it, I start literally physically
4       writing population numbers on each township,
5       making sure that when we cut across the
6       county line, we're grabbing the right
7       township, counting up all the county breaks.
8   Q.  Can the software do that for you?  And by
9       "you," I mean you in general, can it do that
10      for a person?
11  A.  I'm not sure.  I'm not sure if you can set
12      it -- if you can -- if it's got like a -- I
13      don't know.  That's a Brian Began question.
14      I don't know.
15  Q.  Did you ever save draft maps?
16  A.  Did I what?
17  Q.  Did you ever save draft maps?
18  A.  I didn't have a computer.
19  Q.  Did you ever tell Brian Began to save draft
20      maps?
21  A.  Yes.
22  Q.  Do you know if he did that?
23  A.  I would assume so on the laptop.
24  Q.  You think they were saved on his laptop?
25  A.  Yeah.

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 127-2, PageID.3275   Filed 10/12/18   Page 8 of 10

Deposition of Daniel McMaster - 8/17/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 132

1    Q.  Did you ever print out maps to be saved or
2        tell him to print out maps to be saved?
3    A.  Well, we had -- we had a ton of stuff
4        printed out, yeah.
5    Q.  Did you keep that stuff?
6    A.  No.
7    Q.  What happened to it?
8    A.  When we were told in 2012, January/February
9        2012, that we had passed our last court case
10       or approval from the Justice Department or
11       whatever it was, we no longer had to hold on
12       to stuff and it was up to us to do whatever
13       with it.
14   Q.  Who had told you to hold on to stuff in the
15       first place?
16   A.  Joe Baumann.
17   Q.  Joe Baumann?
18   A.  House legal counsel.
19   Q.  Did he do that via letter?
20   A.  I don't know if it was an email, if it was a
21       conversation, I'm not sure.
22   Q.  And Joe Baumann was the one that told you
23       you didn't need to keep things anymore
24       afterwards?
25   A.  He said it was up to us to do whatever we

Case 2:17-cv-14148-ELC-DPH-GJQ   ECF No. 127-2, PageID.3276   Filed 10/12/18   Page 9 of 10

Deposition of Daniel McMaster -- 8/17/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 133

1  want with it.  Pete wanted his office
2  cleaned.  It was a pigsty.
3  Q.  So Pete Lund, did he tell you to get rid of
4  these drafts or did he just tell you to get
5  them out of his office?
6  A.  He said, tidy up the office, clean up the
7  office.
8  Q.  And you decided that you would just get rid
9  of them?
10  A.  Yes.
11  Q.  Do you have any drafts from that period in
12  your possession?
13  A.  Hmm-um.
14          MS. MAPPES:  You need to answer yes
15  or no.
16          THE WITNESS:  Yes -- no -- I mean,
17  no, no.  I mean, yes to you.
18          MS. MAPPES:  Sorry.
19          THE WITNESS:  No, I did not have
20  any map drafts, I didn't save -- no, I was
21  so burned out, I was so like (indicating).
22  BY MR. GIFFIN:
23  Q.  Can you tell me how these meetings with
24  legislators happened logistically?
25  A.  They were held in Pete Lund's legislative

Case 2:17-cv-14148-ELC-DPH-GJQ ECF No. 127-2, PageID.3277 Filed 10/12/18 Page 10 of 10

Deposition of Daniel McMaster - 8/17/2018
League of Women Voters of Michigan, et al. v. Ruth Johnson, Secretary of the State of Michigan

Page 234

```
 1   STATE OF MINNESOTA
 2                CERTIFICATE
     COUNTY OF WASHINGTON
 3
            I, Kelly A. Herrick, hereby
 4   certify that I reported the deposition of
     DANIEL McMASTER on the 17th day of August,
 5   2018 in Lansing, Michigan, and that the
     witness was by me first duly sworn to tell
 6   the truth and nothing but the truth
     concerning the matter in controversy
 7   aforesaid;
 8          That I was then and there a notary
     public in and for the County of Washington,
 9   State of Minnesota; that by virtue thereof I
     was duly authorized to administer an oath;
10
            That the foregoing transcript is a
11   true and correct transcript of my
     stenographic notes in said matter,
12   transcribed under my direction and control;
13          That the cost of the original has
     been charged to the party who noticed the
14   deposition and that all parties who ordered
     copies have been charged at the same rate
15   for such copies;
16          That the reading and signing of
     the deposition was not waived;
17
            That I am not related to any of
18   the parties hereto, nor interested in the
     outcome of the action and have no contract
19   with any parties, attorneys or persons with
     an interest in the action that has a
20   substantial tendency to affect my
     impartiality;
21
            WITNESS MY HAND AND SEAL this 24th
22   day of August, 2018.
23
24   _____
       Kelly A. Herrick
25     Notary Public
```