# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS  )
OF MICHIGAN, et al.,  )          Case No. 2:17-cv-14148
  )
            Plaintiffs,  )          Hon. Eric L. Clay
  )          Hon. Denise Page Hood
  )          Hon. Gordon J. Quist
    v.  )
  )          **VOTERS' INDEX OF EXHIBITS**
RUTH JOHNSON, in her official  )          **IN SUPPORT OF VOTERS'**
Capacity as Michigan  )          **OPPOSITION TO SUMMARY**
Secretary of State, et al.,  )          **JUDGMENT**
  )
            Defendants.  )
  )

Joseph H. Yeager, Jr. (IN 2083-49)          Mark Brewer (P35661)
Kevin M. Toner (IN 11343-49)          GOODMAN ACKER P.C.
Harmony A. Mappes (IN 27237-49)          17000 West Ten Mile, Second Floor
Jeffrey P. Justman (MN 390413)          Southfield, MI 48075
Daniel R. Kelley (IN 30706-49)          Telephone: 248-483-5000
Matthew K. Giffin (IN 31603-49)          MBrewer@goodmanacker.com
Matthew R. Kinsman (IN 32032-71)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317-237-0300
Jay.Yeager@FaegreBD.com
Kevin.Toner@FaegreBD.com
Harmony.Mappes@FaegreBD.com
Jeff.Justman@FaegreBD.com
Daniel.Kelley@FaegreBD.com
Matt.Giffin@FaegreBD.com
Matthew.Kinsman@FaegreBD.com

*Counsel for Voters*

US.120313856.01

## INDEX OF EXHIBITS IN SUPPORT OF VOTERS' OPPOSITION TO SUMMARY JUDGMENT

1.   **Exhibit 1** – Chart for Challenged Congressional Districts

2.   **Exhibit 2** – Chart for Challenged Senate Districts

3.   **Exhibit 3** – Chart of Challenged House Districts

4.   **Exhibit 4** – REDMap Memo (Deposition Exhibit 268/304)

5.   **Exhibit 5** – REDMap PowerPoint (Deposition Exhibit 306)

6.   **Exhibit 6** – Sterling Corporation proposal Feb. 9, 2010 (Deposition Exhibit 249)

7.   **Exhibit 7** – Sterling Corporation memo proposal (Dec. 22, 2010) (Deposition Exhibit 144)

8.   **Exhibit 8** – Agendas for weekly Republican leadership meetings (Deposition Exhibit 131)

9.   **Exhibit 9** – Emails re Oakland/Genesee districts (Deposition Exhibit 156)

10.  **Exhibit 10** – Email re Wayne County incumbents (Deposition Exhibit 175)

11.  **Exhibit 11** – Email re Congressional districts (Deposition Exhibit 184)

12.  **Exhibit 12** – Draft Senate district maps and voter data (Deposition Exhibits 82, 83, 84, 87, 94, 106)

13.  **Exhibit 13** – Draft districts and voter data (Deposition Exhibit 146)

14.  **Exhibit 14** – Email with draft districts and voter data (Deposition Exhibit 147)

15.  **Exhibit 15** – Email with draft congressional districts and voter data (Deposition Exhibit 150)

16.  **Exhibit 16** – Email with draft districts and voter data (Deposition Exhibit 151)

17.  **Exhibit 17** – Email from Jack Daley re proposed districts (Deposition Exhibit 152)

18.  **Exhibit 18** – Email with revised districts and voter data (Deposition Exhibit 155)

US.120313856.01

19. **Exhibit 19** – Emails with revised districts and voter data (Deposition Exhibit 156)

20. **Exhibit 20** – Emails proposing swapping precincts between districts and voter data (Deposition Exhibit 157)

21. **Exhibit 21** – Emails re incumbent demands for revised districts (Deposition Exhibit 158)

22. **Exhibit 22** – Email sending revised maps and voter data (Deposition Exhibit 159)

23. **Exhibit 23** – Emails discussing incumbent demands (Deposition Exhibit 160)

24. **Exhibit 24** – Email re district changes and political impact (Deposition Exhibit 162)

25. **Exhibit 25** – Email re incumbent districts (Deposition Exhibit 163)

26. **Exhibit 26** – Email re incumbent demands and MRRI funding (Deposition Exhibit 167)

27. **Exhibit 27** – Emails discussing political data (Deposition Exhibit 173)

28. **Exhibit 28** – Emails re Congressional District 11 and voter data (Deposition Exhibit 176)

29. **Exhibit 29** – Email and map of proposed Congressional District 10 (Deposition Exhibit 177)

30. **Exhibit 30** – Email re Congressional District 3 and voter data (Deposition Exhibit 183)

31. **Exhibit 31** – Email requesting favorable Republican district (Deposition Exhibit 186)

32. **Exhibit 32** – Email re redistricting to achieve 9-5 Republican delegation (Deposition Exhibit 165)

33. **Exhibit 33** – League Member List

34. **Exhibit 34** – League events, presentations, and program records

35. **Exhibit 35** – Senate Majority Leader talking points (Deposition Exhibit 320)

36. **Exhibit 36** –  Email from Speaker to Republican Members (LEGR004700)

37. **Exhibit 37** – Chart to Warshaw Declaration

US.120313856.01

38. **Exhibit 38** – Potential Plaintiff Survey Data

39. **Exhibit 39** – Script for Identifying Democratic League Members

## Deposition Transcripts

40. Brian Began Deposition

41. James Bolger Deposition

42. Joseph Hune Deposition

43. Robert LaBrant Deposition

44. Pete Lund Deposition

45. Terry Marquardt Deposition

46. Dan McMaster Deposition

47. Robert Shostak Deposition

48. Jeff Timmer Deposition

49. League of Women Voters of Michigan 30(b)(6) Deposition

## Expert Reports

50. Expert Report of Jowei Chen

51. Expert Report of Kenneth Mayer

52. Expert Report of Christopher Warshaw

## Declarations

53. Declaration of Sue Smith

54. Declaration of Mike Vatter

55. Declaration of Brandon Dillon, Michigan Democratic Party Chair

56. Declaration of Christopher Warshaw

57. Declaration of Margaret Leary

58. Declaration of Julia Caroff

59. Declaration of Judy Karandjeff

60. Declaration of Mark Brewer

61. Declaration of Plaintiff Bill Grasha

62. Declaration of Plaintiff Roger Brdak

63. Declaration of Plaintiff Lorenzo Rivera

64. Declaration of Plaintiff Rosa Holliday

US.120313856.01

65.    Declaration of Plaintiff Jack LaSalle

66.    Declaration of Plaintiff Diana Ketola

67.    Declaration of Plaintiff Donna Farris

68.    Declaration of Plaintiff Dick Long

69.    Declaration of Plaintiff Jack Ellis