# EXHIBIT 1

Congressional Evidence
District By District

| District | Plaintiff/League Member Name | Chen evidence | Warshaw evidence | Vatter evidence | Other evidence |
|---|---|---|---|---|---|
| 1 | Jon LaSalle<br>Diana Ketola<br>Phoebe Hopps<br>Carolyn DiPonio<br>Jane Speer<br>Trina Rae Borenstein<br>Linda Stoetzer<br>Melissa Shaffer-O'Connell | Chen Report at 56 (identifying Congressional District 1 as a partisan outlier); *see also* id. at 66-68, 73-75 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 21-22 (noting that the district cracks Democratic voters by breaking a county to protect a new Republican incumbent) | •LaBrant Dep. II 206:17-23 (noting that a county break was required) |
| 4 | Karen Sherwood | Chen Report at 56 (identifying Congressional District 4 as a partisan outlier); *see also* id. at 66-68, 73-75 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 21 & 23 (noting that the district is cracked by removing Democratic-leaning counties and packing them into the 5th district) | •LaBrant Dep. II 213:1-214:25 (discussing break in Saginaw); LaBrant Dep. I 10:6-11:4 (discussing email noting that Congressman [Dave] Camp "can have, can do Saginaw any way he wants.'");<br><br>•Exhibit 18 (May 2-3, 2011, email exchange with Timmer, LaBrant and others attaching alternative versions of the Congressional map showing changes to districts 4, 5, 9, 11, 13, and 14, along with political data for evaluating the proposals);<br><br>•Exhibit 32 (email from LaBrant: "We've spent a lot of time providing options to ensure we have a solid 9 5 delegation in 2012 and beyond."). |
| 5 | Rosa Holliday<br>Edith Prunty Spencer<br>Ingrid Halling<br>Thomas Haley<br>Norma Sain<br>Deborah Cherry<br>Doris Sain<br>Olivia Procter Maynard<br>Sherrill Leigh Smith<br>Linda Jean Hoff<br>Paul Percell<br>John Helsom<br>Adalea Janice Sain-Steinborn | Chen Report at 56 (identifying Congressional District 5 as a partisan outlier); *see also* id. at 66-68, 73-75 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 1 & 24 (noting that the district was packed by adding Democratic counties from the 4th district) | •LaBrant Dep. II 216:2-5 ("Genesee County, it's quite -- it's Democratic. It has the City of Saginaw, Flint, Bay City.") |
| 7 | Jon LaSalle<br><br>Christine Louise Canning-Peterson<br><br>Carolyn Vertin | | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 1 & 25 (noting that the district was drawn to protect a new Republican incumbent by removing a Democratic-leaning county) | •LaBrant Dep II 217:19-22 ("The 7th district is a district that kind of went back and forth between Tim Walberg and Mark Schaer during that decade. Joe Schwarz represented that district for one term, and also for one term Nick Smit represented that district.");<br><br>•Exhibit 15 (email between Timmer and LaBrant attaching drafts that "manages to not harm Walberg and keeps both West Bloomfield and the Farmingtons out of McCotter's seat" among other things to capitulate to the desires of the Republican Congressional delegation) |

Congressional Evidence
District By District

| District | Plaintiff/League Member Name | Chen evidence | Warshaw evidence | Vatter evidence | Other evidence |
|---|---|---|---|---|---|
| 8 | Lorenzo Rivera<br>Mary Scoblic<br>Harold Lynn Jondahl<br>Rita Klein<br>Andrea Yokich<br>Karen DeGrendel<br>Jill Greimel | Chen Report at 56 (identifying Congressional District 8 as a partisan outlier); see also id. at 66-68, 73-75 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 21 & 26 (noting that due to cracking, this once competitive district hasn't been won by a Democrat in 20 years) | •Exhibit 27 (e-mail referencing that Timmer had provided data showing the 8th Congressional district "as a 54.76% Bush 2004 seat which would make it a R+2.7") |
| 9 | Jill Corrine Kroll<br>William Grasha<br>Gerald DeMaire<br>Maria Woloson<br>Nancy M. Duemling<br>Nanette Noorbakhsh<br>Kathleen Poore<br>Gilda Jacobs<br>Jack Ellis | Chen Report at 56 (identifying Congressional District 9 as a partisan outlier); see also id. at 66-68, 73-75 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 1 & 27 (noting that Republicans packed this district by merging two Democratic districts) | •LaBrant Dep. II 221:20-222:5 (discussing pairing of two Democrats, Gary Peters and Sandy Levin);<br><br>•Exhibit 29 (email exchange between Timmer and Jamie Roe with a "reconfigured map" from Timmer, with Roe responding: "perfect. it's giving the finger to sandy levin. I love it.");<br><br>•Exhibit 20 (email discussing the swapping of precincts between districts "with virtually zero impact on the political data ... [t]he big difference is that Peters would be in the 9th along with Levin and Marty.") |
| 10 | Roger Brdak<br>Barbara Pearson<br>Lisa Morse | Chen Report at 56 (identifying Congressional District 10 as a partisan outlier); see also id. at 66-68, 73-75 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 21 & 28 (noting that this is a cracked district that has never elected a Democrat) | •LaBrant Dep. II 224:19-225:14 ("Tuscola County sometimes had…been represented by Democrats. [But] this probably is a more Republican district than wih this configuration.") |
| 11 | Janice Haines<br>Richard Long<br>Julie Gleason<br>Josephine Feijoo<br>Janice Yanello Watkins<br>Angela Ryan<br>Mary Visos<br>Ann Megalizzi | Chen Report at 56 (identifying Congressional District 11 as a partisan outlier); see also id. at 66-68, 73-75 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 21 & 29-30 (noting that this is a cracked district created in 2001 to help elect the Republican Chair of the Senate Redistricting Committee) | •LaBrant Dep. II 223:19-23 (Rep. McCotter wanted to influence the shape of the district in a way that would have violated congressional redistricting standards); LaBrant Dep I 69:19-24 ("I think that the district, the eleventh district, as it was drawn in 2011 and enacted into law, probably had a baseline that favored a Republican.");<br><br>•Exhibit 28 (email from Timmer with latest draft of District 11, including political data);<br><br>•Exhibit 23 (email from LaBrant to Timmer discussing Rep. McCotter's suggested district and noting that the 10-4 map drawn by the RNC would not work in part because "we needed for legal and PR purposes a good looking map that did not look like an obvious gerrymander");<br><br>•Exhibit 22 (email from Timmer to LaBrant changing the 11th Congressional district, outlining the "ripple effects", and also "a chart comparing the McCain and Bush numbers in all three" versions of the plan he attached);<br><br>•Exhibits 24 ("Certianly shores up Thad [McCotter]'s district well."), 25 ("All GOP seats improve .... McCotter's district cannot get better unless we put Ottawa County in it");<br><br>•Exhibit 158 (lengthy exchange among Timmer, LaBrant and individuals with the Michigan Congressional delegation over Congressional plan, specifically noting that some districts are left as they were in the previous plan and with Jim Brandell complaining that "Your map has Peters and Thad in the same district which can't happen, despite how strong a Republican district it is");<br><br>•Exhibit 17 (email from Jack Daly, Chief of Staff to US Rep. McCotter, to Timmer dated March 23, 2011: "In a glorious way that makes it easier to cram ALL of the Dem garbage in Wayne, Washtenaw, Oakland, and Macomb counties into only four districts. Is there anyone on our side who doesn't recognize that dynamic?") |

Congressional Evidence
District By District

| District | Plaintiff/League Member Name | Chen evidence | Warshaw evidence | Vatter evidence | Other evidence |
|---|---|---|---|---|---|
| 12 | Paula Bowman<br>Heidi Kromrei<br>Julia Caroff<br>Susan Kay Smith<br>Harvey Somers | Chen Report at 56 (identifying Congressional District 12 as a partisan outlier); see also id. at 66-68, 73-75 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 1 & 31 (noting that this is a packed district that enabled Republicans to make the 7th and 11th districts more Republican-leaning) | •LaBrant Dep. II 227: 16-17("If I recall correctly, I think John Dingell really liked to have Ann Arbor [a heavily democratic area] in his district.") |
| Evidence as to all districts | •Timmer Dep. I 49:12-50:8 (testifying that where it did not impact the Apol criteria or the Voting Rights Act the concerns of the Republican members of Congress were taken into account);<br>•Exhibit 16 (draft Congressional districts emailed from Timmer to LaBrant on March 8, 2011, including detailed political data for each district) | | | | |