# EXHIBIT 2

Senate Evidence
District by District

| District | Plaintiff/League Member Name | Chen evidence | Warshaw evidence | Vatter evidence | Other evidence |
|---|---|---|---|---|---|
| 8 | Roger Brdak<br>Nanette Noorbakhsh<br>Janice Haines<br>Barbara Pearson<br>Jack Ellis | Chen Report at 56 (identifying Senate District 8 as a partisan outlier); see also id. at 69, 76-78 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 32-33 (noting that the district cracks Democratic voters and includes an unnecessary municipal break to favor Republicans) | •Ex. 12.<br>• Marquardt Dep. 119:20-120:24 (District 8 not very compact and discussed with Senator Brandonburg, who was reelected in that district. Marquardt notes that as drawn, District 8 would "certainly be a Republican district" under either the new or old maps, in most election cycles) |
| 10 | Kathleen Poore<br>Gerald DeMaire<br>Nancy M. Duemling | | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 32 & 34 (noting that the district is packed with Democratic voters from 8th and 10th districts) | •Ex. 12.<br>•Marquardt Dep. 121:12-124:8 (discussing maps for Macomb County, including decisions to break district). *Id.* at 123:14 (describing it as a "leaning Republican district" as drawn);<br>•Hune Dep. 197:20-23 ("Q. So Exhibit 83, which is proposed Senate District 10, do you recall having been present at that meeting? So that was Senator Rocca's district. A. Yes, I was there.") |
| 11 | William Grasha<br>Gilda Jacobs | | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 32 & 36 (noting that the district is packed by consolidating democratic voters that were formerly in the 12th and 13th districts) | •Hune Dep. 216:11-217:3 ("I would like you to take a look at Oakland County, specifically District 11 in Oakland County, okay? Is it true that 11 is the … only district in Oakland County that has a Democrat incumbent? … A. Off the top of my head, I can't think of another Democrat in Oakland County. Q. Okay. Do you recall negotiations with Senator Whitman and her staff about the inclusion -- you're smiling. Is that why you're smiling? Do you recall discussions with Senator Whitmer and her staff about the inclusion of another district in Oakland County that would be a Democrat-leaning district? A. I don't think so."). |
| 12 | Lorenzo Rivera<br>Jill Greimel<br>Maria Woloson | | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 32 & 36 (noting that the district is cracked by removing democratic voters and placing them in the 11th district) | •Ex. 12. |

Senate Evidence
District by District

| District | Plaintiff/League Member Name | Chen evidence | Warshaw evidence | Vatter evidence | Other evidence |
|---|---|---|---|---|---|
| 14 | Richard Long; Doris Sain; Linda Jean Hoff; Olivia Procter Maynard; Julie Gleason; Josephine Feijoo | | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 32 & 38 (noting that the district elected a Democrat from 2001-2010; but after it was cracked in 2011, it has not elected a Democrat) | • Ex. 12.<br>• Marquardt Dep. 75:8-20 (discussing discretion in maps for Oakland County); id. at 148:13-21 (Marquardt was aware that the 2011 version was more Republican-leaning than the 2001 version at the time it was created). |
| 18 | Julia A. Caroff; Susan Kay Smith; Margaret Leary | Chen Report at 56 (identifying Senate District 18 as a partisan outlier); see also id. at 69, 76-78 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 32 & 37 (noting that the district is packed with Democrats from the 22nd district) | • Hune Dep. 179:20-25 ("I recall one township [Salem] in particular that Senator Warren desperately wanted incorporated into the Senate district where she resides and is elected to serve today."); id. at 182:4-7 ("The question was the townships in question, the more GOP-leaning of those townships were placed in District 22 as opposed to District 18? A: That's probably true."); 184:1-5 ("[T]here's a give and take, and I don't remember the tradeoffs. Senator Warren was extremely interested in representing Salem Township."); 185:22-186:5 ("Q: The net effect on District 18 of putting the more GOP-leaning townships on the western part of Washtenaw County into 22 as opposed to into 18 had the effect of making District 18 more Democrat leaning than Republican leaning, true or false? A. That in and of itself may be accurate, but, again, we had the Apol standards[.]"); 186:11-15 ("Would you agree with me that District 18 is packed, as we defined that term earlier? A. I think the city of Ann Arbor is, by its nature, packed."). |
| 22 | Harvey Somers | Chen Report at 56 (identifying Senate District 22 as a partisan outlier); see also id. at 69, 76-78 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 32 & 37 (noting that the district is cracked by removing Democratic voters and placing them in the 18th district) | • Ex. 12. |
| 27 | Norma Sain; Edith Prunty Spencer; Ingrid Halling; Thomas Haley; Deborah Cherry | Chen Report at 56 (identifying Senate District 27 as a partisan outlier); see also id. at 69, 76-78 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 32 & 38 (noting that the district is packed by adding Democratic voters from the City of Flint and Genesee County) | |

Senate Evidence
District by District

| District | Plaintiff/League Member Name | Chen evidence | Warshaw evidence | Vatter evidence | Other evidence |
|---|---|---|---|---|---|
| 32 | Adalea Janice Sain-Steinborn<br><br>John Helsom<br><br>Paul Purcell<br><br>Sherrill Leigh Smith | Chen Report at 56 (identifying Senate District 32 as a partisan outlier); see also id. at 69, 76-78 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 32 & 38 (noting that the district is cracked by removing Democratic voters and adding Republican voters from Genesee County) | •Marquardt Dep. 69:9-10 (discussing Fenton Township and resolving dispute between two senators by including it in 32nd district) |
| 36 | Jane Speer<br><br>Trina Rae Borenstein<br><br>Karen Sherwood | | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 32 & 39 (noting that the district is cracked by strengthening the electoral influence of a heavily Republican leaning county) | •Ex. 12. |