# EXHIBIT 3

House Evidence
Districty by District

| District | Plaintiff/League Member Name | Chen evidence | Warshaw evidence | Vatter evidence | Other evidence |
|---|---|---|---|---|---|
| 24 | Kathleen Poore | | Warshaw Declaration & Chart | Vatter Decl. ¶ 40 (noting that the district is cracked by removing a portion of a Democratic-leaning county and adding a portion of a Republican-leaning county) | •McMaster Dep 191:18-21 ( 24th District became more Republican after redistricting) |
| 32 | Roger Brdak | Chen Report at 56 (identifying House District 32 as a partisan outlier); see also id at 70-72, 79, 81, 83, 86 | Warshaw Declaration & Chart | Vatter Decl. ¶ 41 (noting that it is a "cross-shaped" district that cracks Democratic voters) | •Began Dep. 170:2-25 (District 32 is "odd-shaped" and Republicans referred to it as the "Jesus district.") |
| 51 | Olivia Procter Maynard<br><br>Adalea Janice Sain-Steinborn<br><br>John Helsom | Chen Report at 51 (identifying House District 32 as a partisan outlier); see also id at 70-72, 79, 81, 84, 87 | Warshaw Declaration & Chart | Vatter Decl. ¶ 42 (noting that the district is cracked by removing Democratic voters and adding townships (along with certain portions of Oakland County) that are Republican-leaning) | •Began Dep. 48:7-18 (noting that the initial draft map was altered at Rep. Scott's request to remove Grand Blanc);<br><br>•McMaster Dep. 155:10-15 (stating that the Republican base number for District 51 moved up "one or two" points after new map-drawing). |
| 52 | Harvey Somers | Chen Report at 56 (identifying House District 52 as a partisan outlier); see also id at 70-72, 79, 81, 84, 87 | Warshaw Declaration & Chart | Vatter Decl. ¶ 43 (noting that the district was drawn to make it competitive for Republicans) | •Began Dep. 65:4-66-11 (describing direction to mapmakers to avoid "giv[ing]" GOP Rep. Mark Ouimet "the bad district") |
| 55 | Margaret Leary | Chen Report at 56 (identifying House District 55 as a partisan outlier); see also id at 70-72, 79, 80, 84, 87 | Warshaw Declaration & Chart | Vatter Decl. ¶ 43 (noting that the district is packed to make the 52nd district competitive for Republicans) | •Began Dep. 94:13-23 (discussing maps for Washtenaw County, including county break) |
| 60 | Denise Louise Hartsough | Chen Report at 56 (identifying House District 60 as a partisan outlier); see also id at 70-72, 79-80, 84, 87 | Warshaw Declaration & Chart | Vatter Decl. ¶ 44 | |

House Evidence
Districty by District

| District | Plaintiff/League Member Name | Chen evidence | Warshaw evidence | Vatter evidence | Other evidence |
|---|---|---|---|---|---|
| 62 | Shirley Zeller | Chen Report at 56 (identifying House District 62 as a partisan outlier); see also id at 70-72, 79, 81, 84, 87 | Warshaw Declaration & Chart | Vatter Decl. ¶ 44 | •McMaster Dep 126:21-127:8 (testifying that Jase Bolger told McMaster to "go back to the drawing board" because he "wanted to go west and pick up some townships") |
| 63 | Jessica Reiser | Chen Report at 56 (identifying House District 63 as a partisan outlier); see also id at 70-72, 79, 82, 84, 87 | Warshaw Declaration & Chart | Vatter Decl. ¶ 44 | •McMaster Dep. 213:18-214:16 (stating that district 63, along with district 62, was a configuration that Speaker Bolger had asked them to "go back to the drawing board" on, and that the Republican base number for District 63 ended up increasing "maybe a point"). |
| 75 | Elianna Bootzin | Chen Report at 56 (identifying House District 75 as a partisan outlier); see also id at 70-72, 79-80, 84, 87 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 45-47 (noting that the district is packed to make the 76th district as "GOP-friendly as possible.") | |
| 76 | Donna Farris | Chen Report at 56 (identifying House District 76 as a partisan outlier); see also id at 70-72, 79, 81, 84, 87 | Warshaw Declaration & Chart | Vatter Decl. ¶¶ 45-47 (noting that the district is now as "GOP-friendly as possible" because Democratic voters were removed and packed into the 75th district) | |
| 83 | Lisa Morse | | Warshaw Declaration & Chart | Vatter Decl. ¶ 48 (noting that the district cracks Democratic voters) | •McMaster Dep 98:10-17 -(noting that Jeff Timmer's advice was sought for 91st District); •McMaster Dep 201:5-15 (final draft of 91st District was favorable to Representative Hughes and likely used to get her vote, and this "[w]as an area where [the mapmakers] had some discretion in line drawing even staying within the Apol standards") |
| 91 | Linda M. Aerts | Chen Report at 56 (identifying House District 91 as a partisan outlier); see also id at 70-72, 79, 81, 85, 88 | Warshaw Declaration & Chart | Vatter Decl. ¶ 49 (noting that the district is cracked by removing Democratic voters and adding them to the 92nd district) | • McMaster Dep. 200:19-201:15 (stating that the version the map adopted was the "best"--*i.e.*, most Republican-favorable--that could have been drawn without violating Apol, and that this was "an area where [the mapmakers] had some discretion even staying within the Apol standards"); at 202:8-206:8 (acknowledging that a map Timmer provided was a "gift to the House GOP"). |
| 92 | Pamela Lynk | Chen Report at 56 (identifying House District 92 as a partisan outlier); see also id at 70-72, 79-80, 85, 88 | Warshaw Declaration & Chart | Vatter Decl. ¶ 49 (noting that the district is packed with Democratic voters that were added from the 91st district) | •McMaster Dep. 98:9-101:6 (acknowledging that he had sought input from Timmer regarding the line-drawing between Districts 91 and 92) |

## House Evidence District by District

| District | Plaintiff/League Member Name | Chen evidence | Warshaw evidence | Vatter evidence | Other evidence |
|---|---|---|---|---|---|
| 94 | Paul Purcell | Chen Report at 56 (identifying House District 94 as a partisan outlier); see also id at 70-72, 79, 81, 85, 88 | Warshaw Declaration & Chart | Vatter Decl. ¶ 50 (noting that the district was drawn to crack Democratic voters by placing them into the 95th district and adding portions of Saginaw County that are Republican-leaning) | • McMaster Dep 140:12-19, 141:5-6 (Rep. Stacy Erwin Oakes requested an additional township for future Senate run; this change was ultimately made)<br><br>• McMaster Dep 145:11-14 (Districts 85, 94, and 95 all changed because of Rep. Stacy Erwin Oakes' request to add additional territory);<br><br>• Began Dep. 49:19-50:6 ("We removed James Township so Stacy Erwin Oakes would agree to vote for the plan.") |
| 95 | Sherrill Leigh Smith | | Warshaw Declaration & Chart | Vatter Decl. ¶ 50 (noting that the district was drawn to pack Democratic voters by adding such voters from the 94th district) | • McMaster Dep 140:12-19, 141:5-6 (Rep. Stacy Erwin Oakes requested an additional township for future Senate run; this change was ultimately made)<br><br>• McMaster Dep 145:11-14 (Districts 85, 94, and 95 all changed because of Rep. Stacy Erwin Oakes' request to add additional territory);<br><br>• Began Dep. 49:19-50:6 ("We removed James Township so Stacy Erwin Oakes would agree to vote for the plan.") |
| Evidence as to all Districts | • Began Dep. 144: 24-148:22 (discussing the creation of a document that broke down every house district by Republican base);<br><br>• Began Dep. 155:3-6 ("The fact that Republicans are still in the majority, that would be saying [the map drawing process] was a success, the conditions worked out where Republicans are in the majority");<br><br>• Began Dep. 158:22-159:2 (Began never spoke to the Democratic map drawers during the redistricting process, and didn't know who they were);<br><br>• Timmer Dep. II 160:24-162 (acknowledging draft map with chart showing partisan voting index);<br><br>• Timmer Dep. II 259:24-260:13 (testifying that protecting incumbents was taken into account to secure votes for the passage of the plan);<br><br>• Exhibit 14 (draft map showing political data for proposed districts);<br><br>• McMaster Dep. 80:4-11 (stating that a map drawn to maximize a party's advantage can be "fair and legal," and acknowledging that "wiggle room" exists within the Apol criteria);<br><br>• McMaster Dep. 149:4-150:14 (stating that he studied the partisan index of draft districts before meetings with lawmakers to be able to tell them whether they had been given a "winnable" district when asked). | | | | |