# Exhibit 6

**Message**

| | |
|---|---|
| **From:** | Jeff Timmer [jtimmer@sterlingcorporation.com] |
| **Sent:** | 2/14/2011 3:46:02 PM |
| **To:** | LaBrant, Robert [RLabrant@michamber.com] |
| **Subject:** | REVISED Proposal |
| **Attachments:** | REVISED MRRI-2011 Proposal.doc |

Bob,

I apologize for the delay getting this to you. I thought Steve had forwarded it and he thought I did. I hope we don't appear to be Keystone Cops. Please let us know your thoughts on the attached. We hope this meets with your approval.

Jeff





*Memorandum from*
## Jeff Timmer & Steve Linder

To:         Bob LaBrant
Regarding:  Redistricting
Date:       February 9, 2010

---

Thank you for the opportunity to present you with this proposal outlining how The Sterling Corporation is uniquely suited and will assist the collective effort to successfully accomplish our objectives in the most effective, fair, and efficient manner possible.

# Sterling's Expertise

You cannot surpass the combined talents of Jeff Timmer and Steve Linder as they relate to redistricting in Michigan. As you are well aware, Jeff was a principle map drawer and resource to the old Michigan Reapportionment Fund and team of legal advisors in 1991-1992; and again a chief map drawer and consultant to the combined effort in 2001-2002. Jeff has engaged in population forecasting and preliminary map drawing in preparation for 2011-2012. Linder has been providing services related to the fundraising for the redistricting project for more than a decade.

We will be your resource to provide or assist with a variety of services – some anticipated and some that may arise. Not only do we help raise the funds that pay the legal fees and other bills, we have to raise the money by which we receive our compensation for both the fundraising and technical/consulting aspects of the project. **We not only provide invaluable expertise, we pay for ourselves.**

Our specific services and tasks we will perform include:

1. **Fundraising:** We have a stated goal of accumulating an additional $2.25 million (and perhaps more, as needed) on top of the money raised to date. The overwhelming bulk of the money raised will go to pay for costs related to litigation. We will devote whatever necessary experienced fundraising manpower to ensure fulfillment of the funds needed to pay for the legal and technical expertise required.

   To date, fundraising has been an uphill grind. A few in the Congressional Delegation have engaged in the fundraising that has occurred during the past few years. Others are now far more engaged. We have, and will continue to, work with the members of the co-del to maximize the fundraising potential and to look to bring in $900,000 collectively from the group

   As we all long knew and acknowledged, the MRRI fundraising was hindered by legislative term limits and the fact that until now there has not been leadership in either the House or Senate which would be impacted by or play a role in redistricting. We have now engaged the principal players and will be moving forward with the chief legislative players to fulfill a goal for each caucus of $700,000.

   We will manage and coordinate the targets, asks, and fulfillment of the co-del and the legislative caucuses. This will ensure maximization of effort and help minimize overlapping targets or double-counting possible income.

Strategies & Solutions for Leaders
112 East Allegan, Ste. 700 | Lansing, MI 48933 | 517 267 9012 Phone | 517 267 9078 Fax | www.SterlingCorporation.com

Timmer000486



We fully understand the urgency of collections (and that legal fees will begin to accumulate in short order) and will continue to be diligent with tracking down pipeline money.

We have to also stipulate that several donors have been recruited with the express design that their pledge fulfillment will be a two-year process. That means that some (and perhaps large) portion of revenue will be received in 2012.

2. **Everything Else:** As has been discussed we will perform a variety of technical and analytical services. These include, but aren't limited to (1) Congressional Map Drawing, (2) Technical Coordination with the Legal Team, (3) Congressional and Legislative Plan Technical Verification, (4) Congressional and Legislative Plan Demographic and Political Analyses, (5) Coordinating Congressional and Legislative Plan Forecasting, and (6) Assisting with Litigation Preparation and Trials.

These services will require an enormous amount of time, especially during the period following release of the 2010 PL-171 data through legislative passage of the various plans (July target); and then also during the expected litigation phase(s). To quantify just what is "an enormous amount of time", experience has taught us that most standard work time is required, and that 60-80 hour weeks are not uncommon. We anticipate that our technical, analytical and consulting services will easily fall within an overall range of 750-1250 hours over the entire course of the legislative and litigation phases.

# Sterling's Fee

We want to thank you for the fundraising consulting and the project fees to date. Going forward, there are a variety of ways we could be compensated. For example we could continue to engage in a distinct monthly fundraising relationship over the next two years. As you are aware, we do not work on an actual percentage-basis, but that our fees are calculated with an understanding of the scope of work required to help you attain your goals. The monthly fees tend to fall within a range of 5-percent to 10-percent of your gross goal. We use this as a benchmark to ensure we are not only fairly compensated for our expertise, success, and time, but also to ensure we bring demonstrable value to you.

Nearly $600,000 has been received to date (not counted in the $2.25 million goal going forward). We have not had a hand in raising all of the to-date money, but we have been involved, in some capacity, in most. We have $300,000 in explicit pipeline income underway (some of which will be paid in 2012). **We are confident we will hit the fundraising goals.**

Using our 5%-10% benchmark, our gross fee range for only fundraising services would fall within $112,500 to $225,000. This averages to $168,750.

The fees for the "Everything Else" services are also predicated on a basis incorporating time, expertise and value. We typically assess a monthly or project fee equating to between $200 and $300 per anticipated hour. Using this calculus (and the ability to profitably offer lower $200 per hour rate given the volume of hours) the total fees for the non-fundraising services would be anticipated to fall within $150,000 to $250,000. This averages to $200,000.

You asked for two options on how the fee might be satisfied. Here you go:

1. We propose simplifying the fee concepts/structures described above. Rather than billings for separate services, and rather than fluctuating hourly billings that result in unpredictability for all



involved, **we are proposing a flat fee of $300,000, paid over time, for the combined services of The Sterling Corporation (primarily Timmer and Linder). One predictable package.**

For the sake of clarity and ease, we suggest that you consider half the fee to be for fundraising services and half the fee to encompass everything else. In the net scheme of things it may be that fundraising services account for 60 percent, or for 40 percent, or for some other share of our overall service to MRRI; and the converse for the "Everything Else" services. But we don't want to quibble or get too bogged down in such matters. Instead, we want to concentrate on providing you exemplary and valuable services that (a) raise the money required to fund the enterprise and (b) assist with the technical and analytical services desired and required. We think this rate fairly compensates us at a level that yields value to you, given the scope of services we will provide.

Pay half the fee ($150,000) in the 11 months that remain this calendar year; and pay the remaining half next year, but after you are satisfied that the requisite funds have been raised to satisfy the other expenses (chiefly legal fees resulting from ensuing litigation). We're willing to take the gamble that not only will our fundraising, technical and analytical services be valuable to you and overall success, but that we essentially won't get paid fully unless they are.

You have already paid $3,500 for January fundraising services and been invoiced the same amount for February. We propose sending a revised February invoice for the total amount of $6,500 (see below)

If this option is agreeable to you we propose that the fee one half fee payment of $150,000 for 2011 be satisfied in the following manner which is predicated on steadily climbing income for MRRI, and consequently has escalating fee payment amounts instead of even amounts divided over the year:

| Month   | Amount   |
|---------|----------|
| Jan-11  | $ 3,500  |
| Feb-11  | $ 6,500  |
| Mar-11  | $10,000  |
| Apr-11  | $10,000  |
| May-11  | $12,500  |
| Jun-11  | $12,500  |
| Jul-11  | $15,000  |
| Aug-11  | $15,000  |
| Sep-11  | $15,000  |
| Oct-11  | $15,000  |
| Nov-11  | $15,000  |
| Dec-11  | $20,000  |

The remaining deferred half of the overall fee ($150,000) can then be paid at a point when the remainder of the pledged money has been collected and the legal and other bills have been paid. We anticipate this will occur in 2012 but understand that may not be the case. You may also see fit to pay portions toward satisfaction of this deferred fee at intermittent times at your discretion. Regardless, we are willing to be very flexible and accommodating.

2. Pay one fee for the fundraising services and another for the "everything else" services.

Under this scenario, we propose a fundraising fee predicated on 7.5-percent of the anticipated gross, or $168,750. Given that we have already been under contract for fundraising services, and in a show of good faith, we will "credit" you for half the fees paid us in 2010. The credit will be $21,000. Combined with the $3,500 we have been paid for January 2011 and the $3,500 invoiced for February 2011, our *adjusted fundraising fee*, to be paid over the next 22 months will be $140,000 (rounded down from $140,750), or $6363 per month each of the next 20 months.



The "Everything Else" services (Timmer) will be billed to you at an hourly rate of $200. As stated earlier, we estimate a project-minimum of 750 hours, or $150,000. Further we estimate the project requiring 1250 hours on the high end, or $250,000.

If this option is preferred, we propose billing you monthly, for any time incurred and deferring half of the bi-weekly total to be paid in regular installments over the 2012 calendar year, while the non-deferred half of the fee be paid within 10 days following receipt. We will provide you with weekly accounting of any billable time incurred and forecast the upcoming week.

Under this scenario, you may end up paying less than the $300,000 proposed in option #1. There is also reasonable possibility that this option results in billings higher than $300,000. In either case, we are willing to work with you on a reasonable payment structure, possibly deferring some portion of fee payments until a later time.

Additionally, we will provide regular invoicing for reimbursement for reasonable and necessary out-of-pocket expenditures incurred carrying out our duties. These particulars will be spelled out in a letter of agreement when we finalize our relationship.

We hope this proposal and these terms, or some variation thereof, meet your expectations and approval. We usually write something to the effect of "we're eager to get to work". However, we already are hard at work on this and are grateful for the continued opportunity. Let's finalize this and get on wit the business at hand.

Timmer000489