# Exhibit 8

**CONFIDENTIAL**

## Agenda for Legislative and Congressional Redistricting Meeting

**Thursday, March 24, 2011**

I. Plan Development and Schedule

    A. Census Data

    B. Proposed Legislative Schedule

    C. Coordination and Plan Development

*[handwritten, bracketing A–C:]* Final Passage: Last 2 WKS of June

II. Legal Standards

    A. "Apol" Criteria

    B. Voting Rights Act

    C. Population Standards

III. Legislative Record and Public Statements

*[handwritten notes in right margin:]*
- Hearings: testimony, background, VRA, witnesses
- Educate Members
- Build a record of information before bills intro'd
- * Could be Tricky — But WILL Comply w/ law (Voting Rights Act). Will follow guidelines in State law.

*[handwritten notes at bottom:]*

Next: April 14

Weekly Meeting — include Bobby Schostak
→ Thursdays @ 8:30

LANSING 49653-1 451871v2

2 - Leaders
2 - Chairs
Exec
St Party Ch
Legal Staff
No Map Drawers

2 Bills
1 - State Leg.
1 - Congress
(Hold Judiciary until Fall)



PLAINTIFF'S EXHIBIT 131 Schostak

LEGR-005291


Confidential

Agenda
April 21, 2011
Redistricting Leadership Meeting

1. Introductory matters (Posthumus) → websites

2. Consideration of citizen-submitted plans (Stuckey)

3. Legislation (timing) (Leadership)

4. House hearing pertaining to the Voting Rights Act (Lund)
   → Tues, Apr 26 — Butch Hollowell + Alan Canady

5. Senate hearing schedule (Hune)
   → every Wed in May

LANSING 49653-1 452812v1

*Data Problems!
— Will NOT be ready to go by early June!

Legal reviews — need probably 4 wks just to review!
Analysis } review concurrent

* — Maybe last week of June to run.

? Maps by 1st Wk of June so Leaders can start Meeting w/ members.

Per Dick P.
June Weeks
1
2 } Member review
3 - Legal Finalize
4 - Final Passage (June 30)

(5 day Rule!)

LEGR-005292

Confidential

Agenda
May 19, 2011
Redistricting Leadership Meeting

1. Introductory matters

2. Legislative process (Leadership)

3. Data base status update and political data (Stuckey)

4. Pre-Clearance (Ellsworth/Bandstra/Murley)

5. Analysis of citizen plans (Ellsworth/Hall/Baumann)

6. House matters (Bolger/Lund)

    General hearing (May 17, 2011)

    Questions

7. Senate matters (Richardville/Hune)

    Criteria hearing (May 18, 2011)

    General hearing (May 25, 2011)

    Questions

8. Communications with Legislative Black Caucus (Leadership/Ellsworth/Stuckey)

LANSING 49653-1 452812v5

*Handwritten annotations:*

Timeline - leg. process: Plans done + agreed to be 21st
23rd - First House pkg passed
30th - Final Passage

↳ Canady + Hollowell - Dealing w/ St Leg Dist
  - Maximize Maj/min districts.
      13-15 House - Combine minorities, above 55 pct
      6 Senate -
  - Want to break 8 Mile
      ↑ { 3-5 House
          1-3 Senate
  - United Sen Dem black caucus. They want to break 8 Mile.

LEGR-005293

Confidential

Agenda
May 12, 2011
Redistricting Leadership Meeting

1. Introductory matters (Schostak)

2. Pre-Clearance Issues (Ellsworth, LaBrant, Murley) — SMA - look for $ to get AG to pay outside legal counsel.

3. Data base status update and political data (Miller Allen/Stuckey) — Wed.

4. House matters (Bolger/Lund)

    Criteria Hearing (May 10, 2011) — Breaks - define?

    General Hearing (May 17, 2011) — Benson? MI Redist Collaborative?

    Questions -

5. Senate matters (Richardville/Hune)

    VRA Hearing (May 11, 2011) —

    Criteria Hearing (May 18, 2011) — Gary Gordon testify

    General Hearing (May 25, 2011)

    Questions

6. Legislation (timing) (Leadership)

7. Communications with Legislative Black Caucus (Leadership/Ellsworth/Stuckey)

⟶ * Need Leaders next week @ mtg!

LANSING 49653-1 452812v4

LEGR-005294

**Confidential**

Agenda
May 5, 2011
Redistricting Leadership Meeting

1. Introductory matters (Posthumus)
2. Data base status update and political data (Stuckey) →
3. House matters (Lund)

    Criteria hearing (May 10, 2011) •

4. Senate matters (Hune)

    VRA Hearing (May 11, 2011) •• Hune —

5. Plan Issues (Ellsworth) — *Incumbents - residences* — must meet standards. Protecting incumbents is not a standard.
6. Legislation (timing) (Leadership)
7. Communications with Legislative Black Caucus (Ellsworth)

LANSING 49653-1 452812v3

LEGR-005295

**Confidential**

Agenda
April 28, 2011
Redistricting Leadership Meeting

1. Introductory matters — *Posthumus*

2. Data base status update and political data (Stuckey & LaBrant) — *May 13? Deadline problems. Likely will NOT be able to pass by July 4. Do it right — not fast.*

3. House matters (Lund)

    Hearing on Voting Rights Act

    Criteria hearing — *Tues, May 10 w/ Gary Gordon — APOL Standards*

4. Senate matters (Hune)

    Hearings

5. Legislation (timing) (Leadership)

6. Communications with Legislative Black Caucus (Leadership)

LANSING 49653-1 452812v2

*Staff — will need a lot of work done.*

LEGR-005296

Confidential

Agenda
June 16, 2011
Redistricting Leadership Meeting

1. Analysis of Plans

2. Materials To Be Released On Friday, June 17, 2011

3. Black Caucus Communications

4. Democrat Plans

5. Procedure Before Committees

---

*  Monday Afternoon — Hune in town?

1. McCotter!

2. Oakland — Speaker — not happy. Vote problems. "If Oakland County isn't happy, then the Speaker isn't happy."
   ↳ All Oakland members sticking together.

Friday Release
1. Maps
2. Description ⎤
3. VRA #'s — population + deviation
   pdf available

* Comparison —
   — Ours vs Sarpowlos } # of breaks — Release Data Today.
   vs Benson Competition
   ? Ballenger — See maps + data

LANSING 49653-1 452812v9

* Copies of Maps + data to MRSP (Stu)

LEGR005200 Dawson Bell
Det News ?

**Confidential**

Agenda
June 14, 2011
Redistricting Leadership Meeting

1. Introductory matters

2. Legislative process/schedule (Leadership)

3. Analysis of citizen plans (Hall/Baumann)

4. House matters (Bolger/Lund)

    · Meetings with caucus members; issues

    · Meetings with Dems

5. Senate matters (Richardville/Hune)

    Meetings with caucus members; issues

    Meeting with Dems

    Senate Dem maps

6. Communications with Legislative Black Caucus (Leadership)
    ↳ Letter from Durhal

LANSING 49653-1 452812v7

LEGR-005299

Confidential

Agenda
June 9, 2011
Redistricting Leadership Meeting

1. Introductory matters
2. Legislative process/schedule (Leadership)
3. Analysis of citizen plans (Hall/Baumann)
4. House matters (Bolger/Lund)

   Meetings with caucus members

   Meetings with Dems

5. Senate matters (Richardville/Hune)

   Meetings with caucus members

   Meeting with Dems

6. Communications with Legislative Black Caucus (Leadership/Ellsworth/Stuckey)

*Handwritten annotations:*

- Letter to Dems asking to see their plans on 17th too.
- *Press Release — putting plans out. Public review. Transparency!
- *Release plans on June 17 — public review

- **Bill Drafters** — timeline.
  - *21st — Cmte's
    - Sub in plans
    - H+S in bill
  - Pass on 23rd.
  - Final Pass by 28th

Future Mtgs:
Drawers: Wed @ 3
Tues, 3pm
Thurs, 8:30 am } next week.
Maybe the following week.

LEGR-005300

Items for immediate consideration and decisions

1. *Meet w/ GW today.*
   Negotiations with Democrat Leadership – Are we going to consider their proposal? This would require several more meetings with incumbent members whose districts would change, some drastically (most notably in Oakland and Macomb counties). Timing should also be considered, when do we tell Sen. Whitmer one way or another. We have been advised that even though we are making plans public tomorrow, there would still be an opportunity to make changes if we decide that is necessary.

2. *None* Negotiations with individual Democrats – Presently there are still possibilities of making accommodations for several Democratic members. These possibilities are mainly with Wayne County members and potentially with Sen. Warren on the configuration in Washtenaw Co. Again, we can make some changes after the release of the maps according to opinions from counsel.

3. Changes in Genesee County – Are we going with Fenton Twp. And Linden City in the 32nd district or the 14th district? *RR talk to Robertson.*

4. Changes in Oakland County – Does Brandon Twp. Stay in the 14th district or is it moved to the 12th? If it is moved it will have implications on the previous item in Genesee. If all the population in question is moved from 14, it no longer would have enough population to be within the allowable deviation range. If Brandon Twp. stays in the 14th the prior change is fine. *Stay in 14th*

5. Putting more rural twps. From Ingham Co. into the 24th district – This change does not upset the deviation range from either of the districts involved.

6. Kalamazoo Co.- Decision on the adding the twp. in Van Buren Twp. or not.

*Speaker — ask Genetski to talk to TS.*

LEGR-005301