# Exhibit 9

Message

**From:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Sent:** 5/9/2011 6:37:04 PM
**To:** Terry Marquardt [temarquardt@yahoo.com]
**Subject:** RE: Oakland/Genesee
**Attachments:** OAK-GEN 6 DISTRICTS NO BREAKS.pdf; GEN PORTION.pdf; TM NEW DATA.pdf

Ask and ye shall receive

---

**From:** Terry Marquardt [mailto:temarquardt@yahoo.com]
**Sent:** Mon 5/9/2011 10:19 AM
**To:** Jeff Timmer
**Subject:** Re: Oakland/Genesee

Thanks, looks like the new Pappageorge district would be a little vulnerable in this plan. Do you have McCain numbers there?

---

**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**To:** Terry Marquardt <temarquardt@yahoo.com>
**Sent:** Monday, May 9, 2011 9:38 AM
**Subject:** RE: Oakland/Genesee

this plan was done from the 6 break outline you gave me two weeks ago at Dickinson Wright

---

**From:** Terry Marquardt [mailto:temarquardt@yahoo.com]
**Sent:** Mon 5/9/2011 9:19 AM
**To:** Jeff Timmer
**Subject:** Oakland/Genesee

You had mentioned and showed me a glimpse of a plan that coupled Oakland and Genesee counties without any muni breaks. Could you send that configuration to me, I have a plan that I could use it for. Thanks, T.


EXHIBIT 156



425,790
88,127
26
Argentine
6,913
Fenton
15,552
Holly
11,362
Groveland
5,476
Brandon
15,175
Oxford
20,526
Addison
6,351
Bruce
8,700
Armada
5,379
Fenton
0
Deerfield
4,170
Tyrone
10,020
Rose
6,250
Springfield
13,940
Independence
34,681
1,202,362
164,078
Orion
35,394
Oakland
16,779
Washington
25,139
Ray
3,739
840,978
72,723
Lake Angelus
290
Auburn Hills
21,412
White Lake
30,019
Oceola
11,936
Hartland
14,663
Highland
19,202
14
Waterford
71,707
Pontiac
59,515
12
Shelby
73,804
09
Macomb
79,580
15
Sylvan Lake
1,720
Utica
4,757
180,967
809
Genoa
19,821
Brighton
17,791
Milford
15,736
Commerce
40,186
11
Bloomfield Hills
3,869
Troy
80,980
Sterling Heights
129,699
Clinton
96,796
Brighton
7,444
Walled Lake
6,999
Wixom
13,498
Birmingham
20,103
Clawson
11,825
08
10
Southfield
14,547
Lyon
14,545
Madison Heights
29,694
Roseville
47,299
Hamburg
21,165
Green Oak
17,476
South Lyon
11,327
Novi
55,224
Novi
150
Farmington Hills
79,740
Farmington
10,372
Southfield
71,739
Berkley
14,970
Pleasant Ridge
2,526
Warren
134,056
St Clair Shores
59,715
13
Village of Grosse P
Northville
2,739
07
04
01



Brady
2,218
Chesaning
4,659
32
Maple Grove
2,668
Montrose
6,224
Vienna
13,255
Clio
2,646
Thetford
7,049
Forest
4,702
Marathon
4,568
Deerfield
5,695
North Branch
3,645
Mount Morris
3,086
Rush
1,291
New Haven
1,329
Hazelton
2,071
Flushing
10,640
Flushing
8,389
Mount Morris
21,501
Genesee
21,581
27
Richfield
8,730
Oregon
5,786
Mayfield
7,955
Arcadia
3,113
Owosso
4,821
Owosso
15,194
Caledonia
4,475
Venice
2,578
Clayton
7,581
Flint
31,929
Flint
102,434
Burton
29,999
Davison
5,173
Davison
19,575
Lapeer
8,841
Elba
5,250
31
Lapeer
5,056
Attica
4,755
Swartz Creek
5,758
ennington
3,168
24
Shiawassee
2,840
Vernon
4,614
Gaines
6,820
Mundy
15,082
26
Grand Blanc
8,276
Atlas
7,993
Hadley
4,528
Metamora
4,249
Dryden
4,768
Perry
4,327
Antrim
2,161
Burns
3,457
Argentine
6,913
Fenton
15,552
Fenton
0
Holly
11,362
Groveland
5,476
Brandon
15,175
Oxford
20,526
Addison
6,351
12
23
15
Deerfield
Tyrone
Rose
14
Springfield
13,940
Independence
34,681
Orion
35,394
Oakland
16,779

| District | Population | Deviation | % Deviation | % Black | % AP_Blk | % 18+_Blk | % 18+_AP_Blk | % GOV10R | % MRBD10R |
|---|---|---|---|---|---|---|---|---|---|
|  | 0 | -260,096 | -100% | -- | -- | -- | -- | -- | -- |
| 01 | 426147 | 166,051 | 63.84% | 67.64% | 69.22% | 67.37% | 68.59% | 20.01% | 16.91% |
| 02 | 81442 | -178,654 | -68.69% | 13.52% | 14.86% | 12.42% | 12.92% | 43.05% | 35.91% |
| 03 | 266299 | 6,203 | 2.38% | 58.19% | 59.36% | 58.66% | 59.6% | 23.13% | 18.46% |
| 04 | 261800 | 1,704 | 0.66% | 72.25% | 73.85% | 71.64% | 72.87% | 15.58% | 11.96% |
| 05 | 269323 | 9,227 | 3.55% | 22.53% | 24.03% | 20.82% | 21.57% | 44.79% | 37.79% |
| 06 | 260566 | 470 | 0.18% | 7.52% | 8.38% | 6.54% | 6.88% | 57.12% | 51.08% |
| 07 | 255007 | -5,089 | -1.96% | 5.61% | 6.19% | 5.24% | 5.51% | 67.68% | 61.47% |
| 08 | 272012 | 11,916 | 4.58% | 9.49% | 10.34% | 8.2% | 8.56% | 58.36% | 51.56% |
| 09 | 272731 | 12,635 | 4.86% | 3.76% | 4.32% | 3.39% | 3.62% | 70.96% | 65.44% |
| 10 | 267125 | 7,029 | 2.7% | 13% | 14.24% | 11.15% | 11.66% | 57.08% | 49.42% |
| 11 | 270737 | 10,641 | 4.09% | 17.66% | 18.88% | 16.75% | 17.39% | 60.96% | 54.11% |
| 12 | 271847 | 11,751 | 4.52% | 3.86% | 4.42% | 3.6% | 3.88% | 67.78% | 61.71% |
| 13 | 272444 | 12,348 | 4.75% | 34% | 35.5% | 32.64% | 33.58% | 38.39% | 32.09% |
| 14 | 269314 | 9,218 | 3.54% | 4.05% | 4.69% | 3.75% | 4.02% | 71.35% | 66.52% |
| 15 | 266864 | 6,768 | 2.6% | 1.15% | 1.53% | 1.19% | 1.36% | 73.2% | 67.83% |
| 16 | 252184 | -7,912 | -3.04% | 5.69% | 6.79% | 5.71% | 6.09% | 68.28% | 64.49% |
| 17 | 251913 | -8,183 | -3.15% | 2.29% | 3.08% | 2.19% | 2.45% | 62.54% | 58.29% |
| 18 | 258894 | -1,202 | -0.46% | 16.03% | 17.95% | 14.5% | 15.59% | 41.48% | 32.44% |
| 19 | 259224 | -872 | -0.34% | 6.99% | 8.16% | 6.93% | 7.38% | 68.96% | 61.96% |
| 20 | 250331 | -9,765 | -3.75% | 10.89% | 12.83% | 9.59% | 10.47% | 60.56% | 54.13% |
| 21 | 270401 | 10,305 | 3.96% | 10.52% | 11.73% | 9.53% | 10.01% | 63.73% | 62.37% |
| 22 | 261519 | 1,423 | 0.55% | 5.47% | 6.66% | 4.96% | 5.43% | 71.15% | 66.71% |
| 23 | 272063 | 11,967 | 4.6% | 12.12% | 14.42% | 10.82% | 11.82% | 49.48% | 43.81% |
| 24 | 262621 | 2,525 | 0.97% | 3.34% | 4.17% | 3.22% | 3.56% | 65% | 60.9% |
| 25 | 268382 | 8,286 | 3.19% | 2.3% | 3% | 2.18% | 2.39% | 67.76% | 62.2% |
| 26 | 272150 | 12,054 | 4.63% | 3.4% | 4.03% | 3.2% | 3.46% | 67.53% | 62.7% |
| 27 | 271660 | 11,564 | 4.45% | 29.85% | 31.73% | 27.65% | 28.56% | 37.03% | 31.67% |
| 28 | 261733 | 1,637 | 0.63% | 3.27% | 4.4% | 2.91% | 3.36% | 75.6% | 71.63% |
| 29 | 267036 | 6,940 | 2.67% | 15.07% | 16.99% | 13.59% | 14.5% | 64.4% | 58.67% |
| 30 | 263801 | 3,705 | 1.42% | 1.47% | 2.14% | 1.35% | 1.62% | 80.41% | 77.87% |
| 31 | 251819 | -8,277 | -3.18% | 1.29% | 1.89% | 1.18% | 1.37% | 65.02% | 59.03% |
| 32 | 200169 | -59,927 | -23.04% | 19.04% | 20.43% | 17.44% | 18.03% | 56.69% | 50.26% |
| 33 | 249853 | -10,243 | -3.94% | 2.7% | 3.34% | 3.07% | 3.38% | 67.54% | 62.27% |
| 34 | 247218 | -12,878 | -4.95% | 10.31% | 11.46% | 9.58% | 10.01% | 60.04% | 53.93% |
| 35 | 252697 | -7,399 | -2.84% | 1.04% | 1.48% | 1.01% | 1.17% | 68.96% | 62.83% |
| 36 | 247592 | -12,504 | -4.81% | 0.6% | 0.96% | 0.54% | 0.66% | 67.73% | 62.85% |
| 37 | 251625 | -8,471 | -3.26% | 1.89% | 2.27% | 2.22% | 2.37% | 70.14% | 64.53% |
| 38 | 255097 | -4,999 | -1.92% | 1.38% | 1.7% | 1.6% | 1.74% | 59.92% | 55.86% |

| % POTUS08R | % MRBD08R | % GOV06R | % MRBD06R | % POTUS04R | % MRBD04R | % GOV02R | % MRBD02R |
|---|---|---|---|---|---|---|---|
| -- | -- | -- | -- | -- | -- | -- | -- |
| 10.87% | 12.06% | 13.02% | 12.82% | 15.24% | 14.66% | 14.97% | 15.57% |
| 29.53% | 26.81% | 31.86% | 27.11% | 33.1% | 30% | 38.38% | 33.49% |
| 13.26% | 12.95% | 15.84% | 14.56% | 18.04% | 16.77% | 20.34% | 19.49% |
| 9.18% | 9.04% | 11.71% | 10.39% | 13.92% | 11.83% | 14.84% | 13.59% |
| 31.07% | 28.54% | 33.32% | 30.33% | 37.87% | 35.22% | 41.46% | 39.05% |
| 40.84% | 38.41% | 41.75% | 38.46% | 44.76% | 41.94% | 49.29% | 46.58% |
| 48.05% | 51.18% | 47.95% | 52% | 55.02% | 57.1% | 54.93% | 61.37% |
| 42.59% | 40.62% | 44.15% | 42.15% | 47.5% | 44.93% | 50.81% | 51.03% |
| 52.74% | 53.29% | 55.65% | 55.16% | 58.63% | 58.18% | 60.85% | 63.45% |
| 40.85% | 38.41% | 43.74% | 40.9% | 46.4% | 43.91% | 50.15% | 49.69% |
| 41.1% | 44.91% | 43.07% | 46.37% | 48.05% | 50.78% | 46.75% | 53.73% |
| 47.56% | 52.91% | 49.91% | 53.55% | 54.94% | 58.43% | 55.29% | 62.25% |
| 25.81% | 26.78% | 25.97% | 26.29% | 32.71% | 31.69% | 30.31% | 32.53% |
| 51.43% | 55.35% | 53.79% | 55.87% | 58.93% | 60.81% | 59% | 64.59% |
| 53.81% | 57.4% | 54.26% | 58.02% | 60.42% | 62.7% | 59.82% | 65.55% |
| 50.78% | 52.73% | 51.73% | 55.07% | 58.54% | 58.48% | 54.55% | 59.89% |
| 47.72% | 46.47% | 48.7% | 47.44% | 52.59% | 49.39% | 52.78% | 53.89% |
| 22.37% | 25.65% | 23.98% | 28.07% | 28.89% | 31.23% | 30.38% | 36.56% |
| 49.4% | 50.74% | 46.01% | 51.71% | 56.53% | 56.57% | 52.28% | 57.2% |
| 40.1% | 44.19% | 39.76% | 46.31% | 48.15% | 50.75% | 46.91% | 54.13% |
| 46.9% | 50.18% | 49.17% | 52.74% | 55.37% | 56.08% | 55.43% | 59.2% |
| 51.46% | 56.37% | 52.26% | 57.73% | 60.14% | 62.62% | 59.91% | 65.58% |
| 32.52% | 35.09% | 32.64% | 38.74% | 40.97% | 42.04% | 37.82% | 44.16% |
| 48.48% | 51.71% | 45.79% | 52.82% | 56.93% | 58.1% | 52.01% | 58.76% |
| 48.58% | 49.64% | 50.31% | 50.24% | 54.36% | 53.86% | 55.01% | 56.27% |
| 49.92% | 52.25% | 49.95% | 51.96% | 56.83% | 56.64% | 55.81% | 59.97% |
| 25.43% | 23.78% | 26.22% | 25.83% | 31.17% | 27.99% | 32.13% | 31.44% |
| 56.4% | 60.95% | 58.95% | 63.64% | 65.47% | 67.01% | 65.1% | 68.83% |
| 42.69% | 48.18% | 47.62% | 51.44% | 52.41% | 54.97% | 56.02% | 60.27% |
| 62.13% | 69.09% | 66.25% | 72.21% | 72.15% | 75.29% | 71.8% | 77.07% |
| 47.18% | 47.37% | 45.43% | 46.12% | 51.83% | 50.06% | 53.84% | 52.93% |
| 41.19% | 39.38% | 38.23% | 42.64% | 46.17% | 43.39% | 46.79% | 46.76% |
| 46.77% | 50.05% | 46.38% | 51.04% | 53.74% | 55.01% | 53.04% | 57.26% |
| 39.69% | 41.72% | 41.07% | 44.66% | 48.62% | 48.64% | 47.86% | 50.68% |
| 49.75% | 52.15% | 50.39% | 52.87% | 56.14% | 56.65% | 54.83% | 57.62% |
| 50.83% | 51.36% | 47.81% | 50.52% | 55.25% | 54.68% | 53.29% | 55.16% |
| 51.89% | 55.66% | 50.61% | 55.36% | 59.28% | 60.74% | 57.45% | 62.04% |
| 46.98% | 45.99% | 41.66% | 44.78% | 52.94% | 49.78% | 48.96% | 49.54% |