# Exhibit 10

Message

**From:** Brian Began [beganbri@hotmail.com]
**Sent:** 6/14/2011 2:12:39 PM
**To:** Jeff Timmer [jtimmer@sterlingcorporation.com]; Terry Marquardt [temarquardt@yahoo.com]
**Subject:** Map Review
**Attachments:** No Wayne Primary.ab9

Here is the map, that we will likely use as it doesn't primary two Dems in Wayne county so long as they vote our way.

