# Exhibit 11

Message

**From:** Terry Marquardt [temarquardt@yahoo.com]
**Sent:** 6/21/2011 1:28:28 AM
**To:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Subject:** Re: Draft congressional plan comparison talking points



Which numbers did you use to come up with the 5-4-5 political breakdown?

---

**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**To:** Terry Marquardt <temarquardt@yahoo.com>
**Sent:** Monday, June 20, 2011 8:56 PM
**Subject:** Re: Draft congressional plan comparison talking points

Election data chart attached and also a chart containing 18+ populations for exclusive-black and AP-Black.

Also, all 9 Benson plans and the Sarpolus plan appear to have two districts that exceed 50% BVAP, but in some of the plans that might only be by the barest of margin

On 6/20/11 8:24 PM, "Terry Marquardt" <temarquardt@yahoo.com> wrote:

Don't know that we will definitely need it, but do you have a chart with the population, racial (for the 2 MM districts) and the political data by district? Would just like to have it on hand for potential questions. Thanks, sorry if this was sent to my state email earlier, I have trouble getting into it form home sometimes..

---

**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**To:** Terry Marquardt <temarquardt@yahoo.com>; Daniel McMaster <dmcmstr@yahoo.com>; Peter Ellsworth <PEllsworth@dickinson-wright.com>; Jeff Stuckey <jstuckey@dickinson-wright.com>; "LaBrant, Robert" <RLabrant@michamber.com>
**Sent:** Monday, June 20, 2011 5:58 PM
**Subject:** Draft congressional plan comparison talking points

# Redacted-ACP

Timmer001107

**Redacted-ACP**

Timmer001108