# Exhibit 12

## Current Senate District 11



Current District 2000 Population: 255,996
Current District 2010 Population: 313,398

3 Year Governor GOP Average: 60.43%
3 Year MRBD GOP Average: 59.19%

## Proposed Senate District 8



Gains: Grosse Pointe Shores city, St. Clair Shores city, Utica city

Loses: Armada twp, Macomb twp, Memphis city, New Baltimore city, Richmond city, Richmond twp

Proposed District 2010 Population: 270,685
Percent of New District Represented Currently: 76.08%

3 Year Governor GOP Average: 58.21%
3 Year MRBD GOP Average: 56.68%

LEGR-004471


EXHIBIT 82

## Current Senate District 10



Current District 2000 Population: 272,825
Current District 2010 Population: 278,551

3 Year Governor GOP Average: 52.38%
3 Year MRBD GOP Average: 49.68%

## Proposed Senate District 10



Gains: Macomb twp

Loses: Portion of Clinton twp, Roseville city, Utica city

Proposed District 2010 Population: 271,466
Percent of New District Represented Currently: 70.68%

3 Year Governor GOP Average: 56.35%
3 Year MRBD GOP Average: 54.72%

LEGR-004472



## Current Senate District 12



Oakland

Current District 2000 Population: 272,837
Current District 2010 Population: 284,226

3 Year Governor GOP Average: 56.72%
3 Year MRBD GOP Average: 57.14%

## Proposed Senate District 12



Oakland

Gains: Bloomfield twp, Southfield twp

Loses: Lake Angelus city, Rochester city, Rochester Hills city

Proposed District 2010 Population: 255,847
Percent of New District Represented Currently: 78.26%

3 Year Governor GOP Average: 56.27%
3 Year MRBD GOP Average: 57.17%

LEGR-004473



## Current Senate District 26



Current District 2000 Population: 269,990
Current District 2010 Population: 272,705

3 Year Governor GOP Average: 51.15%
3 Year MRBD GOP Average: 50.41%

## Proposed Senate District 14



Gains: Oakland County - Highland twp, Holly twp, Lake Angelus city, Rose twp
       Genesee County - Fenton city, Fenton twp, Linden city, Mundy twp

Loses: Genesee County - Burton city, Clio city, Davison city, Davison twp, Forest twp, Mt Morris city, Mt Morris twp, Richfield twp, Thetford twp, Vienna twp

Proposed District 2010 Population: 248,755
Percent of New District Represented Currently: 74.30%

3 Year Governor GOP Average: 56.90%
3 Year MRBD GOP Average: 57.02%

LEGR-004475



## Current Senate District 22

## Proposed Senate District 22



Gains: Washtenaw County - Bridgewater twp, Chelsea city, Dexter twp, Freedom twp, Lima twp, Lodi twp, Lyndon twp, Manchester twp, Northfield twp, Saline twp, Scio twp, Sharon twp, Sylvan twp, Webster twp

Loses: Shiawassee County
Ingham County - Bunker Hill twp, Mason city, Leslie city, Leslie twp, Stockbridge twp, Vevay twp

Current District 2000 Population: 248,751
Current District 2010 Population: 273,659

3 Year Governor GOP Average: 61.18%
3 Year MRBD GOP Average: 62.41%

Proposed District 2010 Population: 253,234
Percent of New District Represented Currently: 71.09%

3 Year Governor GOP Average: 61.66%
3 Year MRBD GOP Average: 62.98%

LEGR-004482



## Current Senate District 36



## Proposed Senate District 36



Gains: Arenac County, Presque Isle County

Loses: Crawford County, Ogemaw County

Current District 2000 Population: 258,221
Current District 2010 Population: 254,090

3 Year Governor GOP Average: 56.52%
3 Year MRBD GOP Average: 56.30%

Proposed District 2010 Population: 247,592
Percent of New District Represented Currently: 88.17%

3 Year Governor GOP Average: 56.20%
3 Year MRBD GOP Average: 56.10%



LEGR-004494