# Exhibit 13



Timmer000083



Timmer000084



Timmer000085

Timmer000086



Timmer000087

## Variations for Michigan

| District | Current | | | Delegation Map | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | McCain | Bush | PVI | McCain | | Bush | | PVI | |
| 1 | 49.07% | 54.09% | R+3 | 49.22% | 0.15% | 55.55% | 1.46% | R+4 | 1 |
| 2 | 51.70% | 60.80% | R+7 | 50.74% | -0.96% | 60.14% | -0.66% | R+7 | 0 |
| 3 | 50.29% | 58.87% | R+6 | 50.11% | -0.18% | 58.02% | -0.85% | R+6 | 0 |
| 4 | 49.01% | 55.42% | R+3 | 49.29% | 0.28% | 55.22% | -0.20% | R+4 | 1 |
| 5 | 35.26% | 40.90% | D+11 | 36.02% | 0.76% | 41.59% | 0.69% | D+9 | 2 |
| 6 | 44.95% | 53.43% | EVEN | 45.98% | 1.03% | 54.51% | 1.08% | R+2 | 2 |
| 7 | 47.39% | 54.88% | R+2 | 48.45% | 1.06% | 55.18% | 0.30% | R+4 | 2 |
| 8 | 46.52% | 54.14% | R+2 | 47.72% | 1.20% | 54.75% | 0.61% | R+3 | 1 |
| 9 | 43.43% | 49.99% | D+2 | 14.07% | -29.36% | 17.83% | -32.16% | D+32 | -30 |
| 10 | 50.87% | 56.83% | R+5 | 50.97% | 0.10% | 56.91% | 0.08% | R+6 | 1 |
| 11 | 45.33% | 51.93% | EVEN | 47.60% | 2.27% | 54.63% | 2.70% | R+3 | 3 |
| 12 | 33.77% | 37.92% | D+12 | 39.94% | 6.17% | 45.54% | 7.62% | D+5 | 7 |
| 13 | 14.43% | 17.47% | D+31 | 18.79% | 4.36% | 22.27% | 4.80% | D+28 | 3 |
| 14 | 13.56% | 16.39% | D+34 | 32.27% | 18.71% | 36.84% | 20.45% | D+14 | 20 |
| 15 | 33.14% | 37.49% | D+13 | | | | | | |

Timmer000088