# Exhibit 14



| District | Population | Ideal Value | Deviation | % Deviation | % POTUS08R | % MRBD08R | % GOV06R | % MRBD06R | % POTUS04R | % MRBD04R | % GOV02R | % MRBD02R | % POTUS00R | % MRBD00R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 51089 | 47,979 | 3,110 | 6.48% | 57.19% | 60.86% | 60.06% | 60.93% | 63.42% | 65.32% | 64.27% | 69.48% | 60.97% | 64.77% |
| 02 | 53604 | 47,979 | 5,625 | 11.72% | 55.41% | 58.97% | 57.69% | 58.97% | 61.37% | 63.15% | 60.84% | 64.9% | 58.01% | 59.98% |
| 03 | 51619 | 47,979 | 3,640 | 7.59% | 56.79% | 63.1% | 61.04% | 63.11% | 64.21% | 67.38% | 63.58% | 70.05% | 62.84% | 68.85% |
| 04 | 48198 | 47,979 | 219 | 0.46% | 53.84% | 58.64% | 57.34% | 59.44% | 60.87% | 62.9% | 60.37% | 66.34% | 59.12% | 67.59% |
| 05 | 46325 | 47,979 | -1,654 | -3.45% | 45.37% | 48.13% | 48.19% | 49.32% | 52.8% | 53.82% | 52.66% | 58.31% | 50.57% | 55.82% |
| 06 | 50392 | 47,979 | 2,413 | 5.03% | 51.42% | 54.25% | 54.56% | 54.7% | 58.93% | 59.82% | 59.05% | 63.15% | 55.73% | 63.7% |
| 07 | 57719 | 47,979 | 9,740 | 20.3% | 54.53% | 59.36% | 56.68% | 59.86% | 61.15% | 63.81% | 60.49% | 67.26% | 59.07% | 63.72% |
| 08 | 52688 | 47,979 | 4,709 | 9.81% | 50.97% | 55.24% | 53.17% | 56.33% | 58.8% | 61.14% | 58.58% | 64.12% | 56.75% | 58.12% |
| 09 | 52579 | 47,979 | 4,600 | 9.59% | 48.36% | 54.03% | 50.45% | 55.79% | 57.9% | 61.27% | 57.1% | 66.42% | 58.19% | 66.75% |
| 10 | 46434 | 47,979 | -1,545 | -3.22% | 12.29% | 12.11% | 16.77% | 14.66% | 20.18% | 17.84% | 18.99% | 17.42% | 18.12% | 1.06% |
| 11 | 46797 | 47,979 | -1,182 | -2.46% | 31.83% | 33.09% | 34.33% | 33.31% | 39.9% | 39.07% | 39.45% | 40.39% | 39.86% | 38.13% |
| 12 | 54049 | 47,979 | 6,070 | 12.65% | 51.42% | 57.04% | 54.22% | 57.99% | 59.55% | 63.24% | 59.31% | 66.77% | 60.78% | 60.82% |
| 13 | 49277 | 47,979 | 1,298 | 2.71% | 50.74% | 56.11% | 52.9% | 57.43% | 58.28% | 61.94% | 58.22% | 65.73% | 60.6% | 64.67% |
| 14 | 44344 | 47,979 | -3,639 | -7.58% | 39.77% | 42.98% | 40.95% | 44.48% | 47.75% | 50.14% | 47.27% | 54.58% | 49.63% | 50.89% |
| 15 | 42446 | 47,979 | -5,533 | -11.53% | 38.8% | 41.71% | 39.06% | 41.97% | 46.58% | 48.84% | 45.37% | 52.6% | 48.59% | 43.15% |
| 16 | 43887 | 47,979 | -4,092 | -8.53% | 42.14% | 46.01% | 42.63% | 47.23% | 48.39% | 52.06% | 46.81% | 56.38% | 48.49% | 61.29% |
| 17 | 47457 | 47,979 | -522 | -1.09% | 45.1% | 50.34% | 45.4% | 50.89% | 51.61% | 56.34% | 49.72% | 59.64% | 53.15% | 55.83% |
| 18 | 45337 | 47,979 | -2,642 | -5.51% | 37.67% | 42.6% | 40.25% | 42.74% | 44.79% | 48.27% | 45.81% | 52.32% | 47.23% | 39.84% |
| 19 | 47087 | 47,979 | -892 | -1.86% | 47.98% | 52.86% | 49.93% | 53.81% | 55.32% | 58.21% | 55.65% | 62.28% | 56.49% | 52.89% |
| 20 | 43779 | 47,979 | -4,200 | -8.75% | 50.67% | 58.34% | 53.39% | 60% | 57.81% | 64.07% | 55.9% | 66.46% | 60.96% | 74.98% |
| 21 | 42775 | 47,979 | -5,204 | -10.85% | 21.27% | 22.7% | 21.72% | 22.02% | 28.76% | 27.51% | 26.93% | 28.1% | 28.34% | 38.66% |
| 22 | 46101 | 47,979 | -1,878 | -3.91% | 16.56% | 16.56% | 15.48% | 16.37% | 21.57% | 19.31% | 18.35% | 20.68% | 17.52% | 23.92% |
| 23 | 44143 | 47,979 | -3,836 | -8% | 10.98% | 11.44% | 12.79% | 12.81% | 17.64% | 15.19% | 15.82% | 16.24% | 15.85% | 4.09% |
| 24 | 45942 | 47,979 | -2,037 | -4.25% | 42.23% | 44.54% | 45% | 45.71% | 48.4% | 49.43% | 50.07% | 53.59% | 48.29% | 42.97% |
| 25 | 45333 | 47,979 | -2,646 | -5.51% | 29.4% | 31.73% | 32.21% | 31.97% | 36.19% | 36.13% | 37.89% | 39.62% | 36.63% | 35.41% |

PENGAD 800-631-6989

147

Timmer  8/24/18

Timmer001043