# Exhibit 15

Message

| | |
|---|---|
| **From:** | Jeff Timmer [jtimmer@sterlingcorporation.com] |
| **Sent:** | 3/6/2011 2:39:47 AM |
| **To:** | Jeff Timmer [jtimmer@sterlingcorporation.com]; rlabrant@michamber.com |
| **Subject:** | RE: Quasi Post DC Plan |
| **Attachments:** | Quasi DC V2.pdf |

Here is another version that manages to not harm Walberg and keeps both West Bloomfield and the Farmingtons out of McCotter's seat. The big change - It alters Miller's dream district by losing Huron and most of Lapeer and picking up some of Clinton Twp. The Miller district is still very strong.

---

**From:** Jeff Timmer
**Sent:** Sat 3/5/2011 2:14 PM
**To:** rlabrant@michamber.com
**Subject:** Quasi Post DC Plan

Bob,

Take a look at the attached. It captures the bulk of what we heard the co-del indicate they'd like to see. The only significant exception being I do not think it will be possible to (a) provide Miller with the district she indicated while (b) doing the same for McCotter (see below). The reason: keeping both West Bloomfield and the Farmingtons out of Thad's seat completely screws Walberg and he ends up with not only Scio and Pittsfield Twps in Washtenaw, but also a portion of either Ann Arbor City or a portion of Ypsilanti Twp. Or it requires giving Candice territory in Macomb she does not want (I will work on a version of this that does that, though).

Here are the basics of the attached map:

1. CD01 - (Benishek) Takes Grand Traverse (most of) and Leelanua
2. CD02 - (Huizenga) Very similar to current district, but takes in a bit more of northern Kent
3. CD03 - (Amash) Loses Ionia and gains (a) some of Calhoun, including 1 township and a slice of the city of Battle Creek and (b) most of Eaton County, except for a portion of Delta Twp.
4. CD04 - (Camp) Camp and Brandell should like this. No Bay and only a portion of Delta Twp.
5. CD05 - (Kildee) Gains all of Bay
6. CD06 - (Upton) Same as in previous maps, gaining almost all of Allegan
7. CD07 - (Walberg) Gains Monroe County. Loses Scio Twp in Washtneaw. Also loses a portion of the city of Battle Creek.
8. CD08 - (Rogers) Pretty much follows the line of the current Oakland portions. Does add Highland and White Lake Twp as well as Oakland Twp, the city of Rochester and a portion of Rochester Hills
9. CD09 - (Levin & Peters) Southern Macomb and SE Oakland up to Pontiac
10. CD10 - (Miller) Precisely what they asked for.
11. CD11 - (McCotter) This contains West Bloomfield but not Farmington/Farmington Hills. It goes over to Troy and has most of Rochester Hills. Numbers in this seat are slightly better than the Rogers seat. Thad may wish to have neither W Bloom and Farmington Hills, but any GOPer should fare quite well here.
12. CD12 - (Dingell) Ann Arbor, Ypsilanti, and southern Wayne County.
13. CD 13 & 14 - (Conyers & Clarke)



EXHIBIT
150

Timmer000348



| District | Ideal Value | Population | Deviation | % Deviation | POTUS08R | MRBD08R | GOV06R | MRBD06R | POTUS04R | MRBD04R | GOV02R | MRBD02R | POTUS00R | MRBD00R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 705,974 | 705974 | 0 | 0% | 49.71% | 50.36% | 46.61% | 49.64% | 55.59% | 54.25% | 52.54% | 54.44% | 54.61% | 54.76% |
| 02 | 705,974 | 705973 | -1 | -0% | 51.02% | 55.89% | 53.29% | 58.26% | 59.98% | 62.13% | 59.49% | 64.08% | 60.10% | 61.75% |
| 03 | 705,974 | 705975 | 1 | 0% | 50.33% | 55.02% | 52.62% | 57.30% | 59.71% | 61.55% | 60.37% | 64.68% | 60.81% | 65.87% |
| 04 | 705,974 | 705973 | -1 | -0% | 48.89% | 51.37% | 48.61% | 51.96% | 55.60% | 56.44% | 53.78% | 58.16% | 54.90% | 57.60% |
| 05 | 705,974 | 705975 | 1 | 0% | 36.63% | 35.27% | 36.24% | 36.85% | 41.97% | 39.09% | 43.55% | 42.78% | 39.52% | 50.83% |
| 06 | 705,974 | 705974 | 0 | 0% | 45.43% | 48.42% | 46.43% | 51.64% | 53.64% | 55.48% | 53.13% | 58.54% | 53.77% | 60.32% |
| 07 | 705,974 | 705974 | 0 | 0% | 48.38% | 48.88% | 48.18% | 50.39% | 54.68% | 53.62% | 52.24% | 56.16% | 51.99% | 55.40% |
| 08 | 705,974 | 705975 | 1 | 0% | 46.76% | 49.98% | 48.27% | 51.96% | 54.32% | 55.68% | 52.18% | 57.70% | 51.92% | 62.13% |
| 09 | 705,974 | 705974 | 0 | 0% | 38.54% | 39.64% | 40.67% | 41.45% | 44.88% | 45.26% | 45.94% | 49.82% | 45.17% | 48.30% |
| 10 | 705,974 | 705975 | 1 | 0% | 48.68% | 49.77% | 52.20% | 51.36% | 56.34% | 54.32% | 57.04% | 58.63% | 52.67% | 54.89% |
| 11 | 705,974 | 705975 | 1 | 0% | 49.40% | 53.30% | 51.17% | 54.37% | 56.84% | 58.15% | 56.89% | 63.21% | 56.76% | 60.12% |
| 12 | 705,974 | 705975 | 1 | 0% | 31.86% | 31.78% | 33.11% | 33.03% | 37.68% | 37.19% | 40.76% | 41.97% | 39.24% | 47.45% |
| 14 | 705,974 | 1411948 | 705,974 | 100% | 16.34% | 14.96% | 17.23% | 16.84% | 20.19% | 18.22% | 20.42% | 19.55% | 19.62% | 44.26% |

Timmer000349