# Exhibit 16

Message

**From:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Sent:** 3/8/2011 7:55:03 PM
**To:** rlabrant@michamber.com
**Subject:** More detail on CD plan
**Attachments:** COMBINED.pdf

Bob,
Here is the map we discussed yesterday with separate maps for the individual districts.

Jeff



Timmer000958



| District | Ideal Value | Population | Deviation | % Deviation | POTUS08R | MRBD08R | GOV06R | MRBD06R | POTUS04R | MRBD04R | GOV02R | MRBD02R | POTUS00R | MRBD00R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 705,974 | 705974 | 0 | 0% | 49.71% | 50.38% | 48.62% | 49.66% | 55.62% | 54.28% | 52.56% | 54.47% | 54.83% | 54.80% |
| 02 | 705,974 | 705973 | -1 | -0% | 51.02% | 55.88% | 53.29% | 58.26% | 59.99% | 62.13% | 59.50% | 64.07% | 60.10% | 61.75% |
| 03 | 705,974 | 705975 | 0 | 0% | 50.06% | 54.73% | 52.27% | 57.07% | 59.45% | 61.32% | 59.65% | 64.21% | 60.29% | 65.41% |
| 04 | 705,974 | 705974 | 0 | 0% | 49.14% | 51.60% | 46.88% | 52.11% | 55.80% | 56.59% | 54.35% | 58.49% | 55.32% | 57.56% |
| 05 | 705,974 | 705975 | 1 | 0% | 36.63% | 35.27% | 36.24% | 36.85% | 41.97% | 39.09% | 43.55% | 42.76% | 39.52% | 50.83% |
| 06 | 705,974 | 705975 | 0 | 0% | 45.43% | 49.42% | 45.43% | 51.64% | 53.64% | 55.48% | 53.13% | 58.64% | 53.77% | 60.32% |
| 07 | 705,974 | 705974 | 0 | 0% | 48.38% | 48.88% | 48.18% | 50.39% | 54.68% | 53.62% | 52.24% | 56.16% | 51.99% | 55.40% |
| 08 | 705,974 | 705975 | 1 | 0% | 46.76% | 49.88% | 48.27% | 51.96% | 54.32% | 55.68% | 52.18% | 57.70% | 51.92% | 62.13% |
| 09 | 705,974 | 705974 | 0 | 0% | 38.54% | 39.84% | 40.67% | 41.45% | 44.88% | 45.26% | 45.94% | 49.62% | 45.17% | 48.30% |
| 10 | 705,974 | 705975 | 1 | 0% | 49.86% | 49.77% | 52.20% | 51.35% | 55.34% | 54.32% | 57.04% | 58.83% | 52.97% | 54.89% |
| 11 | 705,974 | 705975 | 1 | 0% | 49.40% | 53.35% | 51.17% | 54.37% | 56.84% | 59.15% | 56.89% | 63.21% | 56.70% | 60.12% |
| 12 | 705,974 | 705975 | 1 | 0% | 31.86% | 31.78% | 33.11% | 33.03% | 37.68% | 37.19% | 40.76% | 41.97% | 39.24% | 42.45% |
| 14 | 705,974 | 1411948 | 705,974 | 100% | 15.34% | 14.96% | 17.23% | 15.84% | 20.18% | 18.22% | 20.42% | 19.58% | 19.62% | 44.26% |

Timmer000959

# 01





Timmer000960

# 02





Timmer000961

# 03





Timmer000962

## 04





Timmer000963

## 05





Timmer000964

# 06





Timmer000965

# 07





Timmer000966

# 08





Timmer000967

## 09





Timmer000968

# 10





Timmer000969

# 11

Highland Twp
White Lake Twp
Oakland County
Auburn Hills city
Rochester city
Rochester Hills city
Milford Twp
Commerce Twp
Wixom city
Walled Lake city
Troy city
Clawson city
Lyon Twp
South Lyon city
Novi city
Novi Twp
Northville city
Northville Twp
11
Livonia city
Plymouth Twp
Canton Twp

60.00%
54.00%
48.00%
42.00%
36.00%
30.00%
24.00%
18.00%
12.00%
6.00%
0.00%
07
POTUS08R
MRBD08R
GOV06R
MRBD06R
POTUS04R
MRBD04R
GOV02R
MRBD02R
POTUS00R
MRBD00R
07

# 12





Timmer000971

# 14





Timmer000972