# Exhibit 17

Message

**From:** Jack Daly [jackwdaly@gmail.com]
**Sent:** 3/23/2011 9:05:26 PM
**To:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Subject:** Re: proposed MI-11 attached

In a glorious way that makes it easier to cram ALL of the Dem garbage in Wayne, Washtenaw, Oakland, and Macomb counties into only four districts. Is there anyone on our side who doesn't recognize that dynamic?

On Wed, Mar 23, 2011 at 4:57 PM, Jeff Timmer <jtimmer@sterlingcorporation.com> wrote:
Thanks Jack. Interesting numbers overall. Detroit being 150k less than projected shakes things up.

Jeff

Sent from my iPhone


On Mar 23, 2011, at 3:27 PM, "Jack Daly" <jackwdaly@gmail.com> wrote:

> Jeff, can you plug this into your software and generate population and election results reports? Thanks!
>
> --
>
> Jack W. Daly, Esq.
>
> Chief of Staff, U.S. Representative Thaddeus G. McCotter
> 202.372.7403; Jack.Daly@mail.house.gov
>
> Madison Fellow, Heritage Foundation, Hillsdale College & Federalist Society
> 703.200.6057; jackwdaly@gmail.com
>
> <Better CD (22 March 2011).jpg>
> <Stats for Better CD (22 March 2011).xls>

