# Exhibit 18

Message

| From: | Jeff Timmer [jtimmer@sterlingcorporation.com] |
|---|---|
| Sent: | 5/3/2011 12:52:58 PM |
| To: | Jeff Timmer [jtimmer@sterlingcorporation.com]; LaBrant, Robert [RLabrant@michamber.com]; Stu Sandler [stusandler@yahoo.com] |
| Subject: | RE: LATEST CONGRESS MAP(S) |
| Attachments: | MAY 2 UPDATED.pdf |

corrected version attached

**From:** Jeff Timmer
**Sent:** Mon 5/2/2011 8:14 PM
**To:** LaBrant, Robert; Stu Sandler
**Subject:** Re: LATEST CONGRESS MAP(S)

I inserted the wrong close up for the Detroit area districts. I will include the correct copy and resend. I apologize

On 5/2/11 5:41 PM, "Jeff Timmer" <jtimmer@sterlingcorporation.com> wrote:

Bob & Stu,
Attached is the latest version congressional plan that adapted the outline provided by Brandell. Bob, I have made the change we discussed, but adding Arenac AND Iosco to the 5th, and adding more of Saginaw County to the 4th. The attached PDF shows a Lower Peninsula view of the plan, a closer up shot of the metro Detroit are and a data sheet. Also attached is an alternate version of the metro Detroit area that eliminates the county break that had a portion of Macomb going into the 13th district. That version altered the 9th, 13th, 14th, and very slightly altered the 11th. The rest of the districts were unchanged. A data sheet for that version is also included as page 5 of the PDF. Let me know if there are any questions or if any further explanation is desired.

Jeff





Timmer000059



Timmer000060

| District | Population | Deviation | % Deviation | % Black | % AP_Blk | % 18+_Blk | % 18+_AP_Blk | % GOV10R | % MRBD10R | % POTUS08R | % MRBD08R | % GOV06R | % MRBD06R | % POTUS04R | % MRBD04R | % GOV02R | % MRBD02R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 709974 | 0 | 0% | 1.26% | 1.61% | 1.44% | 1.57% | 65.82% | 60.89% | 49.83% | 51.17% | 46.94% | 50.67% | 58.35% | 56.5% | 53.15% | 55.73% |
| 02 | 709974 | 0 | 0% | 4.88% | 5.78% | 4.56% | 4.92% | 71.07% | 66.95% | 51.42% | 58.14% | 54.1% | 58.08% | 66.3% | 62.29% | 59.64% | 64.1% |
| 03 | 709975 | 1 | 0% | 9.77% | 11.38% | 8.87% | 9.58% | 69.31% | 63.86% | 48.88% | 53.15% | 51.27% | 53.74% | 58.1% | 59.79% | 58.35% | 63.5% |
| 04 | 709974 | 0 | 0% | 2.79% | 3.32% | 2.97% | 3.19% | 66.49% | 63.17% | 49.7% | 51.75% | 47.81% | 51.63% | 55.94% | 54.26% | 54.77% | 59.25% |
| 05 | 709974 | 0 | 0% | 17.11% | 18.49% | 15.63% | 16.22% | 51.52% | 44.93% | 36.06% | 34.55% | 35.17% | 35.97% | 41.43% | 38.38% | 41.85% | 41.36% |
| 06 | 709974 | 0 | 0% | 8.52% | 9.88% | 7.69% | 8.27% | 64.51% | 60.52% | 45.54% | 49.6% | 46.33% | 51.91% | 53.75% | 55.66% | 53.28% | 58.84% |
| 07 | 709974 | 0 | 0% | 4.91% | 5.20% | 4.18% | 4.52% | 64.87% | 60.34% | 48.46% | 49.42% | 46.82% | 50.82% | 55.03% | 54.27% | 52.27% | 56.57% |
| 08 | 709975 | 1 | 0% | 5.54% | 7.07% | 5.40% | 5.99% | 65.54% | 60.83% | 46.3% | 49.81% | 47.48% | 51.91% | 53.86% | 55.97% | 52.16% | 58.16% |
| 09 | 709975 | 1 | 0% | 14.5% | 15.63% | 13.14% | 13.88% | 57.97% | 50.89% | 39.96% | 41.28% | 41.84% | 43.03% | 46.57% | 46.89% | 47.04% | 51.27% |
| 10 | 709975 | 1 | 0% | 2.54% | 3.43% | 2.62% | 2.82% | 68.8% | 63.53% | 50.48% | 51.33% | 52.58% | 52.58% | 56.36% | 55.83% | 57.86% | 59.52% |
| 11 | 709974 | 0 | 0% | 6.01% | 6.48% | 5.48% | 5.79% | 65.07% | 63.16% | 48.99% | 52.33% | 51.19% | 53.11% | 59.34% | 57.96% | 58.96% | 62.09% |
| 12 | 709974 | 0 | 0% | 10.76% | 11.96% | 9.89% | 10.54% | 50.47% | 42.91% | 32.98% | 32.9% | 33.7% | 34.05% | 38.47% | 38.17% | 41.37% | 43.11% |
| 13 | 709974 | 0 | 0% | 55.83% | 57.31% | 54.28% | 55.31% | 29.63% | 24.36% | 18.21% | 17.91% | 21.15% | 19.12% | 22.98% | 21% | 24.31% | 23.14% |
| 14 | 709974 | 0 | 0% | 54.84% | 55.7% | 52.84% | 53.53% | 34.51% | 19.41% | 15.58% | 14.69% | 17.59% | 16.06% | 20.33% | 18.51% | 21.19% | 20.11% |

Timmer000061



Timmer000062

Timmer000063