# Exhibit 20

Case 2:17-cv-14148-ELC-DPH-GJQ ECF No. 129-21 filed 10/13/18 PageID.3571 Page 1 of 3

**Message**

**From:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Sent:** 5/11/2011 6:33:38 PM
**To:** Stu Sandler [stusandler@yahoo.com]; LaBrant, Robert [RLabrant@michamber.com]
**Subject:** Re: Alternative 11th and 9th

Also, the either version has about 150,000 people from Peters' current district and 555,000 from Levin's contained in the new 9th

On 5/11/11 2:25 PM, "Jeff Timmer" <jtimmer@sterlingcorporation.com> wrote:

The attached map (V2) places Troy – except for three precincts, and one in which Marty lives – in the 11th in exchange for the Bloomfields, Birmingham and Southfield Twp. As you can see fromt he chart below, there is virtually zero impact on the political data of this configuration compared to the V1. The big difference is that Peters would be in the 9th along with Levin and Marty.

There are no changes to anything in the V1 Pontiac-Detroit plan except for the swap of Troy for the Bloomfields etc.

|    | CURRENT PLAN | | PONTIAC-DETROIT V1 PLAN | | PONTIAC-DETROIT V2 PLAN | | CHANGE V1 | | CHANGE V2 | |
|----|---|---|---|---|---|---|---|---|---|---|
|    | MC CAIN 08 | BUSH 04 | MC CAIN 08 | BUSH 04 | MC CAIN 08 | BUSH 04 | +/- MC CAIN | +/- BUSH | +/- MC CAIN | +/- BUSH |
| 1  | 49.2% | 54.5% | 49.8% | 56.2% | 49.8% | 56.2% | 0.6% | 1.7% | 0.6% | 1.7% |
| 2  | 51.7% | 60.6% | 51.4% | 60.3% | 51.4% | 60.3% | -0.2% | -0.3% | -0.2% | -0.3% |
| 3  | 50.3% | 59.7% | 48.9% | 58.1% | 48.9% | 58.1% | -1.4% | -1.6% | -1.4% | -1.6% |
| 4  | 49.0% | 55.4% | 49.7% | 55.9% | 49.7% | 55.9% | 0.7% | 0.5% | 0.7% | 0.5% |
| 5  | 35.3% | 40.8% | 36.1% | 41.4% | 36.1% | 41.4% | 0.8% | 0.6% | 0.8% | 0.6% |
| 6  | 44.6% | 52.7% | 45.5% | 53.7% | 45.5% | 53.7% | 1.0% | 1.0% | 1.0% | 1.0% |
| 7  | 47.4% | 54.1% | 48.5% | 55.0% | 48.5% | 55.0% | 1.0% | 0.9% | 1.0% | 0.9% |
| 8  | 47.1% | 54.9% | 47.1% | 54.8% | 47.1% | 54.8% | 0.0% | -0.1% | 0.0% | -0.1% |
| 9  | 43.3% | 50.7% | 40.7% | 46.5% | 41.1% | 46.9% | -2.6% | -4.2% | -2.2% | -3.8% |
| 10 | 50.4% | 56.3% | 50.5% | 56.4% | 50.5% | 56.4% | 0.1% | 0.1% | 0.1% | 0.1% |
| 11 | 45.3% | 52.6% | 48.3% | 55.6% | 48.1% | 55.5% | 3.0% | 3.0% | 2.8% | 2.9% |
| 12 | 34.0% | 39.7% | 32.6% | 38.5% | 32.6% | 38.5% | -1.5% | -1.3% | -1.5% | -1.3% |
| 13 | 13.4% | 17.8% | 13.0% | 17.6% | 13.0% | 17.6% | -0.4% | -0.2% | -0.4% | -0.2% |
| 14 | 15.8% | 20.1% | 19.2% | 24.9% | 19.2% | 24.9% | 3.4% | 4.9% | 3.4% | 4.9% |
| 15 | 27.9% | 33.9% |  |  |  |  | -27.9% | -33.9% | -27.9% | -33.9% |



EXHIBIT 157

Message

**From:** LaBrant, Robert [RLabrant@michamber.com]
**Sent:** 5/11/2011 6:18:03 PM
**To:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Subject:** RE: Alternative 11th and 9th

Great job! Send to Stu

---

**From:** Jeff Timmer [mailto:jtimmer@sterlingcorporation.com]
**Sent:** Wednesday, May 11, 2011 2:04 PM
**To:** LaBrant, Robert
**Subject:** Alternative 11th and 9th

The attached map (V2) places Troy – except for three precincts, and one in which Marty lives – in the 11th in exchange for the Bloomfields, Birmingham and Southfield Twp. As you can see from the chart below, there is virtually zero impact on the political data of this configuration compared to the V1. The big difference is that Peters would be in the 9th along with Levin and Marty.

There are no changes to anything in the V1 Pontiac-Detroit plan except for the swap of Troy for the Bloomfields etc.

|    | CURRENT PLAN | | PONTIAC-DETROIT V1 PLAN | | PONTIAC-DETROIT V2 PLAN | | CHANGE V1 | | CHANGE V2 | |
|----|---|---|---|---|---|---|---|---|---|---|
|    | MC CAIN 08 | BUSH 04 | MC CAIN 08 | BUSH 04 | MC CAIN 08 | BUSH 04 | +/- MC CAIN | +/- BUSH | +/- MC CAIN | +/- BUSH |
| 1  | 49.2% | 54.5% | 49.8% | 56.2% | 49.8% | 56.2% | 0.6% | 1.7% | 0.6% | 1.7% |
| 2  | 51.7% | 60.6% | 51.4% | 60.3% | 51.4% | 60.3% | -0.2% | -0.3% | -0.2% | -0.3% |
| 3  | 50.3% | 59.7% | 48.9% | 58.1% | 48.9% | 58.1% | -1.4% | -1.6% | -1.4% | -1.6% |
| 4  | 49.0% | 55.4% | 49.7% | 55.9% | 49.7% | 55.9% | 0.7% | 0.5% | 0.7% | 0.5% |
| 5  | 35.3% | 40.8% | 36.1% | 41.4% | 36.1% | 41.4% | 0.8% | 0.6% | 0.8% | 0.6% |
| 6  | 44.6% | 52.7% | 45.5% | 53.7% | 45.5% | 53.7% | 1.0% | 1.0% | 1.0% | 1.0% |
| 7  | 47.4% | 54.1% | 48.5% | 55.0% | 48.5% | 55.0% | 1.0% | 0.9% | 1.0% | 0.9% |
| 8  | 47.1% | 54.9% | 47.1% | 54.8% | 47.1% | 54.8% | 0.0% | -0.1% | 0.0% | -0.1% |
| 9  | 43.3% | 50.7% | 40.7% | 46.5% | 41.1% | 46.9% | -2.6% | -4.2% | -2.2% | -3.8% |
| 10 | 50.4% | 56.3% | 50.5% | 56.4% | 50.5% | 56.4% | 0.1% | 0.1% | 0.1% | 0.1% |
| 11 | 45.3% | 52.6% | 48.3% | 55.6% | 48.1% | 55.5% | 3.0% | 3.0% | 2.8% | 2.9% |
| 12 | 34.0% | 39.7% | 32.6% | 38.5% | 32.6% | 38.5% | -1.5% | -1.3% | -1.5% | -1.3% |
| 13 | 13.4% | 17.8% | 13.0% | 17.6% | 13.0% | 17.6% | -0.4% | -0.2% | -0.4% | -0.2% |
| 14 | 15.8% | 20.1% | 19.2% | 24.9% | 19.2% | 24.9% | 3.4% | 4.9% | 3.4% | 4.9% |
| 15 | 27.9% | 33.9% | | | | | -27.9% | -33.9% | -27.9% | -33.9% |

Timmer001078