# Exhibit 21

Message

| | |
|---|---|
| **From:** | Jamie Roe [jroe23@yahoo.com] |
| **Sent:** | 5/11/2011 11:07:34 PM |
| **To:** | Jeff Timmer [jtimmer@sterlingcorporation.com]; Brandell, Jim [jimbrandell@yahoo.com] |
| **CC:** | Bob LaBrant [blabrant@michamber.com] |
| **Subject:** | Re: Latest Congressional Plan |

as for Shiawassee vs. Arenac/Iosco I would leave that to Jim. As for Battle Creek vs. Eaton I am sure Mr. Walberg would be open to that idea. Amash's seat on this map is still the second best seat in the state. I would say the priority would be to beef up Walberg. If you guys have an idea that also helps to reduce breaks then I say that is great.

---

**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**To:** "Brandell, Jim" <jimbrandell@yahoo.com>
**Cc:** Jamie Roe <jroe23@yahoo.com>; Bob LaBrant <blabrant@michamber.com>
**Sent:** Wed, May 11, 2011 6:51:24 PM
**Subject:** Re: Latest Congressional Plan

Just curious - why split either Eaton or Shiawassee counties? If you do as on the map I sent and put all of Eaton in Walberg you can then put all of the Battle Creek area (no Schauer or Kate Segal) in Walberg and Amash's seat is still rock solid.

If you put all of Shiawassee in Dave's district you can put Arenac and Iosco in the 5th and tweak the Saginaw stuff in the 4th.

Both help on the pr side, adhering to traditional standards of keeping counties intact. The Shiawasee for Arenac/Iosco seems a slight improvement in the 4th but a wash at worst. The Eaton/Calhoun change gets rid of a gratuitous county split and also improves the district.

That's my initial two-cents.

Sent from my iPhone

On May 11, 2011, at 6:09 PM, "Brandell, Jim" <jimbrandell@yahoo.com> wrote:

> The alternative looks good – and then combine our out-state map. We are very close. Hopefully we can convince Thad.
>
> ---
>
> **From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
> **To:** Jamie Roe <jroe23@yahoo.com>
> **Cc:** "Brandell, Jim" <jimbrandell@yahoo.com>; Bob LaBrant <blabrant@michamber.com>
> **Sent:** Wed, May 11, 2011 4:58:32 PM
> **Subject:** Re: Latest Congressional Plan
>
> Yes
>
> Sent from my iPhone
>
> On May 11, 2011, at 4:47 PM, "Jamie Roe" <jroe23@yahoo.com> wrote:
>
> > I assume that the target on the map in Troy is the home of a certain state rep



> correct??
>
>
>
> ----- Original Message ----
> From: Jeff Timmer <jtimmer@sterlingcorporation.com>
> To: "Brandell, Jim" <jimbrandell@yahoo.com>
> Cc: Bob LaBrant <blabrant@michamber.com>; Jamie Roe <jroe23@yahoo.com>
> Sent: Wed, May 11, 2011 4:30:01 PM
> Subject: Re: Latest Congressional Plan
>
> Thanks. I'll take a look and let you know
>
> Sent from my iPhone
>
>
> On May 11, 2011, at 4:18 PM, "Brandell, Jim" <jimbrandell@yahoo.com> wrote:
>
>> Hey Jeff -
>>
>> I think Jamie told you but the delegation is working off a slightly different
>> version that we are trying to all coalesce behind. We have almost all members
>
>> signed off and working on 100% soon hopefully. Your map has Peters and Thad in
>>
>> the same district which can't happen, despite how strong a Republican district
>
>> it is. Many of the districts between our two maps are similar, so we are
>> close,
>>
>> but our attached map has all the changes that our members want at this point.
>>
>> I am including Jamie's map as an attachment to this email, but please do not
>> share it yet to anyone. It is zeroed out for population differences, so it
>> totally works. Jamie is working on getting the data file for you, so you can
>> see the data in detail, but it will take a bit of time.
>>
>> (Once slight variation we need to make on Jamie's map is Camp's small portion
>> of
>>
>> Shiawasee County. We want to ensure Camp's small portion includes Laingsburg
>> and Scenic Lake, and then Kildee can have the rest of the county.)
>>
>> Let me know your thoughts. Having a plan all our folks out here can agree on
>> is
>>
>> crucial, and we are almost there. Thanks,
>>
>> Jim
>>
>>
>>
>> ________________________________
>> From: Jeff Timmer <jtimmer@sterlingcorporation.com>
>> To: Jamie Roe <jroe23@yahoo.com>; jimbrandell@yahoo.com
>> Sent: Wed, May 11, 2011 11:19:02 AM
>> Subject: Latest Congressional Plan
>>
>> Latest Congressional Plan Jim and Jamie,
>> Here is the latest plan version LaBrant and I shared with the House, Senate,
>> and
>>

```
>> Gov's folks. It keeps the outstate and Thumb configurations we've been using on
>>
>> this end and that I believe you've seen previously, but alters the Detroit
>> Metro
>>
>> area as follows:
>>
>>
>>   1. Adds Pontiac into the Conyers seat (and also Farmington and West
>> Bloomfield
>>
>> et al) connecting via the city of Sylvan Lake
>>
>>   2. Both Detroit districts now exceed 57% voting age all-persons-black
>>   3. There's a SE Oakland/southern-Macomb seat that Levin would live in and so
>>
>> would Marty Knollenberg (state house folks are keen on this) and others
>>
>>   4. Doesn't mess with Candice's district
>>   5. slightly alters the northern Oakland configuration, but essentially
>> leaving
>>
>> the Rogers district as it has been in previous plans
>>
>>   6. The McCotter seat now wraps around Pontiac and picks up the Bloomfields,
>
>> Birmingham and Southfield Twp.
>>
>> Let me know if you have questions.
>>
>> Jeff
>> <Congressional Map - May 11 version.pdf>
>
```

Timmer000068