# Exhibit 22

**EXHIBIT 159**

Message

**From:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Sent:** 5/13/2011 4:22:55 PM
**To:** Bob LaBrant (blabrant@michamber.com) [blabrant@michamber.com]
**Subject:** Plan that removes Westland
**Attachments:** PONTIAC DETROIT V2 PLAN.pdf; ROE HYBRID PLAN.pdf; REMOVES WESTLAND PLAN.pdf

Bob,
I completed a plan that removes Westland from the 11th. Here is a basic run down of the ripple effects:

1. The following districts were not effected: 1st, 5th, 6th, 9th, 10th, 14th
2. Changing Westland required altering the 13th district. It actually incrreases the black VAP in this new configuration.
3. City of Wayne was moved to the 11th.
4. Scio Twp. was moved to the Walberg district, as were Augusta and York townships
5. All of Calhoun was moved to the Amash seat.
6. Almost all of Eaton remains in Walberg, but the city of Lansing portion in Eaton County and a ta of Delta Twp. was moved to Rogers.
7. All of Walker, Wyoming, and Grandville along with a good portion of Grand Rapids were moved to the Huizenga seat.
8. Huizenga's seat now stays along the coast except for a portion of Newaygo County
9. Camp's district moves a bit west to pick up Lake County, a portion of Newaygo, and the portion of Wexford needed to zero out the 1st.
10. The Camp seat had too many people after the changes and needed to lose population somewhere to the 8th district. So as not to effect the 5th, 10th, or 9th districts, I needed to break a county (this is an additional but unavoidable break that was going to happen somewhere with all these shifts). I chose to make the shift from Clinton.
11. The Rogers district needed to lose more than 40,000 people to the 11th, which I shifted from Rochester Hills.

I've attached the three latest and greatest plans - Pontiac Detroit V2, the Roe Hybrid Plan, and now the one that changes Westland. Below is a chart comparing the McCain and Bush numbers in all three.

I'm available to discuss.

Jeff

| | CURRENT PLAN | | PONTIAC-DETROIT V2 PLAN | | REMOVES WESTLAND | | ROE HYBRID PLAN | | CHANGE V2 | | CHANGE WESTLAND | | CHANGE ROE HYBRID | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MC CAIN 08 | BUSH 04 | MC CAIN 08 | BUSH 04 | MC CAIN 08 | BUSH 04 | MC CAIN 08 | BUSH 04 | +/- MC CAIN | +/- BUSH | +/- MC CAIN | +/- BUSH | +/- MC CAIN | +/- BUSH |
| 1 | 49.2% | 54.5% | 49.8% | 56.2% | 49.8% | 56.2% | 49.8% | 56.2% | 0.6% | 1.7% | 0.6% | 1.7% | 0.6% | 1.7% |
| 2 | 51.7% | 60.6% | 51.4% | 60.3% | 50.3% | 59.9% | 51.4% | 60.3% | -0.2% | -0.3% | -1.4% | -0.7% | -0.2% | -0.3% |
| 3 | 50.3% | 59.7% | 48.9% | 58.1% | 50.2% | 58.7% | 48.9% | 58.1% | -1.4% | -1.6% | -0.1% | -1.0% | -1.4% | -1.6% |
| 4 | 49.0% | 55.4% | 49.7% | 55.9% | 49.8% | 55.6% | 49.7% | 55.9% | 0.7% | 0.5% | 0.8% | 0.2% | 0.7% | 0.5% |
| 5 | 35.3% | 40.8% | 36.1% | 41.4% | 36.1% | 41.4% | 36.1% | 41.4% | 0.8% | 0.6% | 0.8% | 0.6% | 0.8% | 0.6% |
| 6 | 44.6% | 52.7% | 45.5% | 53.7% | 45.5% | 53.7% | 45.5% | 53.7% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| 7 | 47.4% | 54.1% | 48.5% | 55.0% | 48.3% | 54.9% | 48.5% | 55.0% | 1.0% | 0.9% | 0.8% | 0.8% | 1.0% | 0.9% |
| 8 | 47.1% | 54.9% | 47.1% | 54.8% | 46.5% | 54.2% | 46.3% | 53.9% | 0.0% | -0.1% | -0.6% | -0.7% | -0.8% | -1.0% |
| 9 | 43.3% | 50.7% | 41.1% | 46.9% | 41.1% | 46.9% | 41.1% | 46.9% | -2.2% | -3.8% | -2.2% | -3.8% | -2.2% | -3.8% |
| 10 | 50.4% | 56.3% | 50.5% | 56.4% | 50.5% | 56.4% | 50.5% | 56.4% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| 11 | 45.3% | 52.6% | 48.1% | 55.5% | 49.1% | 56.5% | 48.9% | 56.3% | 2.8% | 2.9% | 3.8% | 3.9% | 3.6% | 3.7% |
| 12 | 34.0% | 39.7% | 32.6% | 38.5% | 32.0% | 37.6% | 32.6% | 38.5% | -1.5% | -1.3% | -2.1% | -2.1% | -1.5% | -1.3% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | 13.4% 17.8% | 13.0% 17.6% | 13.0% 17.8% | 13.0% 17.6% | -0.4% -0.2% | -0.4% 0.0% | -0.4% -0.2% |
| 14 | 15.8% 20.1% | 19.2% 24.9% | 19.2% 24.9% | 19.2% 24.9% | 3.4% 4.9% | 3.4% 4.9% | 3.4% 4.9% |
| 15 | 27.9% 33.9% | | | | -27.9% -33.9% | -27.9% -33.9% | -27.9% -33.9% |

Timmer001047



**PONTIAC DETROIT V2**

Timmer001048



| District | Population | Deviation | % Deviation | % Black | % AP_Blk | % 18+_Blk | % 18+_AP_Blk | % GOV10R | % MRBD10R | % POTUS08R |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 705974 | 0 | 0% | 1.26% | 1.61% | 1.44% | 1.57% | 65.82% | 60.89% | 49.83% |
| 02 | 705974 | 0 | 0% | 4.88% | 5.78% | 4.56% | 4.92% | 71.07% | 66.99% | 51.42% |
| 03 | 705975 | 1 | 0% | 9.77% | 11.38% | 8.87% | 9.58% | 69.21% | 63.88% | 48.95% |
| 04 | 705974 | 0 | 0% | 2.79% | 3.32% | 2.97% | 3.19% | 68.49% | 63.17% | 49.7% |
| 05 | 705974 | 0 | 0% | 17.11% | 18.45% | 15.63% | 16.22% | 51.52% | 44.93% | 36.06% |
| 06 | 705974 | 0 | 0% | 8.52% | 9.88% | 7.69% | 8.27% | 64.51% | 60.52% | 45.54% |
| 07 | 705974 | 0 | 0% | 4.31% | 5.25% | 4.18% | 4.52% | 64.87% | 60.34% | 48.48% |
| 08 | 705975 | 1 | 0% | 5.71% | 6.84% | 5.29% | 5.79% | 66.29% | 61.34% | 47.12% |
| 09 | 705974 | 0 | 0% | 10.06% | 11.11% | 8.72% | 9.18% | 59.25% | 51.98% | 41.11% |
| 10 | 705975 | 1 | 0% | 2.84% | 3.43% | 2.62% | 2.82% | 68.8% | 63.53% | 50.48% |
| 11 | 705975 | 1 | 0% | 6.09% | 6.76% | 5.72% | 6.03% | 67.77% | 61.92% | 48.09% |
| 12 | 705974 | 0 | 0% | 10.75% | 11.98% | 9.89% | 10.54% | 50.47% | 42.91% | 32.58% |
| 13 | 705974 | 0 | 0% | 56.57% | 58.26% | 56.05% | 57.2% | 20.67% | 16.1% | 13% |
| 14 | 705974 | 0 | 0% | 57.68% | 59.2% | 56.03% | 57.09% | 31.45% | 26.57% | 19.19% |

Timmer001050



Timmer001051

| District | Population | Deviation | % Deviation | % 18+_AP_Blk | % GOV10R | % MRBD10R | % POTUS08R | % MRBD08R | % GOV06R |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 705974 | 0 | 0% | 1.57% | 65.82% | 60.89% | 49.83% | 51.17% | 46.94% |
| 02 | 705974 | 0 | 0% | 5.02% | 71.01% | 67% | 51.39% | 56.22% | 54.16% |
| 03 | 705974 | 0 | 0% | 9.84% | 69.42% | 63.82% | 49.02% | 53.06% | 50.6% |
| 04 | 705975 | 1 | 0% | 2.84% | 68.32% | 63.2% | 49.64% | 51.74% | 47.61% |
| 05 | 705974 | 0 | 0% | 16.22% | 51.52% | 44.93% | 36.06% | 34.55% | 35.17% |
| 06 | 705974 | 0 | 0% | 8.27% | 64.51% | 60.52% | 45.54% | 49.6% | 46.53% |
| 07 | 705974 | 0 | 0% | 4.52% | 64.87% | 60.34% | 48.48% | 49.43% | 48.02% |
| 08 | 705975 | 1 | 0% | 5.79% | 66.29% | 61.34% | 47.12% | 50.66% | 49% |
| 09 | 705974 | 0 | 0% | 9.18% | 59.25% | 51.98% | 41.11% | 41.66% | 43.58% |
| 10 | 705975 | 1 | 0% | 2.82% | 68.8% | 63.53% | 50.48% | 51.33% | 52.58% |
| 11 | 705975 | 1 | 0% | 6.03% | 67.77% | 61.92% | 48.09% | 51.29% | 49.93% |
| 12 | 705974 | 0 | 0% | 10.54% | 50.47% | 42.91% | 32.58% | 32.8% | 33.7% |
| 13 | 705974 | 0 | 0% | 57.2% | 20.67% | 16.1% | 13% | 12.06% | 15.23% |
| 14 | 705974 | 0 | 0% | 57.09% | 31.45% | 26.57% | 19.19% | 20.08% | 21.43% |

Timmer001052

| District | Population | Deviation | % Deviation | % 18+_AP_Blk | % GOV10R | % MRBD10R | % POTUS08R | % MRBD08R | % GOV06R |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 705974 | 0 | 0% | 1.57% | 65.82% | 60.89% | 49.83% | 51.17% | 46.94% |
| 02 | 705974 | 0 | 0% | 5.02% | 71.01% | 67% | 51.39% | 56.22% | 54.16% |
| 03 | 705974 | 0 | 0% | 9.84% | 69.42% | 63.82% | 49.02% | 53.06% | 50.6% |
| 04 | 705975 | 1 | 0% | 2.84% | 68.32% | 63.2% | 49.64% | 51.74% | 47.61% |
| 05 | 705974 | 0 | 0% | 16.22% | 51.52% | 44.93% | 36.06% | 34.55% | 35.17% |
| 06 | 705974 | 0 | 0% | 8.27% | 64.51% | 60.52% | 45.54% | 49.6% | 46.53% |
| 07 | 705974 | 0 | 0% | 4.52% | 64.87% | 60.34% | 48.48% | 49.43% | 48.02% |
| 08 | 705975 | 1 | 0% | 5.79% | 66.29% | 61.34% | 47.12% | 50.66% | 49% |
| 09 | 705974 | 0 | 0% | 9.18% | 59.25% | 51.98% | 41.11% | 41.66% | 43.58% |
| 10 | 705975 | 1 | 0% | 2.82% | 68.8% | 63.53% | 50.48% | 51.33% | 52.58% |
| 11 | 705975 | 1 | 0% | 6.03% | 67.77% | 61.92% | 48.09% | 51.29% | 49.93% |
| 12 | 705974 | 0 | 0% | 10.54% | 50.47% | 42.91% | 32.58% | 32.8% | 33.7% |
| 13 | 705974 | 0 | 0% | 57.2% | 20.67% | 16.1% | 13% | 12.06% | 15.23% |
| 14 | 705974 | 0 | 0% | 57.09% | 31.45% | 26.57% | 19.19% | 20.08% | 21.43% |

Timmer001053



Timmer001054