# Exhibit 23

**Message**

**From:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Sent:** 5/16/2011 12:48:53 PM
**To:** LaBrant, Robert [RLabrant@michamber.com]
**Subject:** Re: I'm going to be in MI next week

Also, what's the time difference between Michigan and Hawaii and are you emailing about maps in the middle if the night?

Sent from my iPhone

On May 16, 2011, at 8:38 AM, "LaBrant, Robert" <RLabrant@michamber.com> wrote:

> Jeff,
> I got a call from Jack here in Hawaii. I walked him through Thad's proposed district. Dale at the RNC has drawn a 10-4 map. I told Jack I suppose you could if you broke a sorts of counties and MCD's, but we needed for legal and PR purposes a good looking map that did not look like an obvious gerrymander. I'm not saying this proposed change from Jack will be Thad's last demand, but it will make it hard for him to complain to the others in the delegation and have Bruce Patterson lobbying legislators. I really like your proposed 3rd with all of Calhoun, Barry and most of Kent. If I was Amash I get rid of Walker and part of Grand Rapids, but if he'll take all of Calhoun it's his call. I think your map protects all nine incumbents and it looks good. Send me a map and chart with this Wayne/West Bloomfield revision. Don't worry Jack isn't coming to Lansing on Wednesday.
>
> ----- Original Message -----
> From: Daly, Jack <Jack.Daly@mail.house.gov>
> To: LaBrant, Robert
> Cc: 'jtimmer@sterlingcorporation.com' <jtimmer@sterlingcorporation.com>
> Sent: Mon May 16 01:55:32 2011
> Subject: Re: I'm going to be in MI next week
>
> The 17k people in Wayne should be swapped for the 17k people in the northwestern seven precincts of west bloomfield. In addition to the obvious objective -- putting dems in a dem district and reps in a gop district, it will help increase the black population in the black districts because the former is 17% black while the latter is only 6% black.
> ---------------------------
> Sent using BlackBerry
>
>
>
> From: Daly, Jack
> Sent: Friday, May 13, 2011 06:37 PM
> To: 'RLabrant@michamber.com' <RLabrant@michamber.com>
> Cc: 'jtimmer@sterlingcorporation.com' <jtimmer@sterlingcorporation.com>
> Subject: Re: I'm going to be in MI next week
>
>
> Bob, please call me at 703.200.6057. Thanks
> ---------------------------
> Sent using BlackBerry
>
>
>
> From: LaBrant, Robert [mailto:RLabrant@michamber.com]
> Sent: Thursday, May 12, 2011 05:59 PM
> To: Daly, Jack
> Cc: Jeff Timmer <jtimmer@sterlingcorporation.com>
> Subject: RE: I'm going to be in MI next week
>
>
>
> Jack,
>



> Next week I'm taking my wife to Maui. If Jeff is available I would encourage you to meet with him.
>
>
>
> Bob
>
>
>
> From: Daly, Jack [mailto:Jack.Daly@mail.house.gov]
> Sent: Thursday, May 12, 2011 5:56 PM
> To: LaBrant, Robert; 'jtimmer@sterlingcorporation.com'
> Subject: I'm going to be in MI next week
>
>
>
> Can I swing by Lansing to meet with you guys on Wednesday afternoon?
>
>
>

Timmer000044