# Exhibit 24

**Message**

**From:** Jamie Roe [jroe23@yahoo.com]
**Sent:** 5/16/2011 9:58:39 PM
**To:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Subject:** Re: Latest plan

**EXHIBIT 162** Timmer 8/23/18

Jeff, both Jim Brandell and I will be in town on Thursday morning for the redistricting meeting. Do you think we could stop by and see you afterward? Meeting wraps up usually around 930

---

**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**To:** Jamie Roe <jroe23@yahoo.com>
**Cc:** "LaBrant, Robert" <RLabrant@michamber.com>
**Sent:** Mon, May 16, 2011 4:09:40 PM
**Subject:** Re: Latest plan

I can change the Clinton county portion for part of Shiawassee. I can also move boundaries around in Rochester Hills. I am also working on a version that Puts some of The Camp desired counties back in his district. Let Andy and Brandell know

Sent from my iPhone

On May 16, 2011, at 4:04 PM, "Jamie Roe" <jroe23@yahoo.com> wrote:

> Response from Rogers' office was not good. "Thad gets beefed up at our expense once again." They loose good stuff in Rochester Hills and get the "bad" part of Clinton County, Bath and Dewitt. Rogers loses a full 1% on the McCain number and Thad picks up 1.5%. This is going to be difficult.
>
> ---
>
> **From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
> **To:** Jamie Roe <jroe23@yahoo.com>; "LaBrant, Robert" <RLabrant@michamber.com>
> **Sent:** Mon, May 16, 2011 3:08:54 PM
> **Subject:** Re: Latest plan
>
> City of Walker and about 70,000 from city of GR. The northern and central counties can be played with to accommodate Camp. The Wexford in the 1st configuration was the best combo I could come up with for the numbers in that district.
>
> On 5/16/11 3:05 PM, "Jamie Roe" <jroe23@yahoo.com> wrote:
>
>> Certainly shores up Thad's district well. Problem I can anticipate with this is Dave Camp. Giving up Osceola where he has strong supporters, not getting Wexford that I believe he was hoping for, taking all of Shiawassee which he wanted out of and picking up Ionia that he was not keen on. Need to get their thoughts on this. What is that part of Kent that are you are putting into the 2nd? Is that the city or suburbs?
>>
>> ---
>>
>> **From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
>> **To:** Jamie Roe <jroe23@yahoo.com>; "LaBrant, Robert" <RLabrant@michamber.com>
>> **Sent:** Mon, May 16, 2011 2:45:13 PM
>> **Subject:** Latest plan

Jamie and Bob,

Attached is the latest incarnation. This version eliminates any of Westland or city of Wayne from McCotter's district. It splits West Bloomfield, largely as Jack Daly suggested but adds Orchard Lake city and also just a little bit more of W-Bloom needed to to balance the Conyers seat.

Both Detroit seats are above 57% VAP.

I'm going to send Jack Daly a map of the McCotter district from this plan as he requested. I will copy you both on my email to Jack. I will not share anything else unless asked to by you.

Let me know if there are questions.

jeff

Timmer000151