# Exhibit 25

**Message**

**From:** Jamie Roe [jroe23@yahoo.com]
**Sent:** 5/17/2011 7:26:35 PM
**To:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Subject:** Re: Latest Draft

EXHIBIT 163
Timmer 8/24/18

I know Rogers has a real problem with giving thad such an improved district while he gets nothing. Rogers has gone above and beyond to help the team while Thad has not done nearly as much, yet Thad gets the help and Rogers doesn't. That is a tough sell with others in the delegation as well.

---

**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**To:** Jamie Roe <jroe23@yahoo.com>
**Sent:** Tue, May 17, 2011 2:24:21 PM
**Subject:** Re: Latest Draft

Not in this one. I don't think any of the versions have improved that district. Not many ways to do it with both Lansing and East Lansing in it. but it doesn't get worse and it's a far site better than the one he first won back in 2000

On 5/17/11 2:21 PM, "Jamie Roe" <jroe23@yahoo.com> wrote:

so the Rogers district does not imporve at all?

---

**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**To:** "LaBrant, Robert" <RLabrant@michamber.com>; Jim Brandell <jimbrandell@yahoo.com>; Jamie Roe <jroe23@yahoo.com>
**Sent:** Tue, May 17, 2011 2:02:53 PM
**Subject:** Latest Draft

Gents,
Here is a revised version of yesterday's map. The changes are to CD01, CD02, CD03, CD04, CD08, and CD11.

Highlights of the changes (compared to plan yesterday):

CD01: Loses Wexford County. Picks up Ogemaw County and a portion of Roscommon County

CD02 none of Grand Rapids. All of Grandville, Walker, Wyoming, and almost all of Kentwood. Loses Lake county, Osceola County, and a portion of Newaygo

CD03 keeps all of Grand Rapids. Loses Wyoming, Grandville and almost all of Kentwood. Picks up all off Ionia County.

CD04 Loses Ionia County, Picks up Wexford County, Lake County, Osceola County, and a portion of Newaygo. Different configuration of Clinton (Bath is in CD04; East Lansing in CD08)

CD08 different Clinton County configuration loses Bath Twp and picks up some MCDs in western portion of county; altered Roshester Hills split )can alter lines more if needed)

CD11 slightly different Rochester Hills portion

The chart below shows the election data of this plan compared to the 2001/current districts. All GOP seats improve except CD02 and CD03 (both still the most GOP though). McCotter's district cannot get better unless we put Ottawa

Timmer000115

County in it.

| | CURRENT PLAN | | PONTIAC-DETROIT V1 PLAN | | CHANGE V1 | |
|---|---|---|---|---|---|---|
| | MC CAIN 08 | BUSH 04 | MC CAIN 08 | BUSH 04 | +/- MC CAIN | +/- BUSH |
| 1 | 49.2% | 54.5% | 49.7% | 55.9% | 0.5% | 1.3% |
| 2 | 51.7% | 60.6% | 51.0% | 60.8% | -0.6% | 0.2% |
| 3 | 50.3% | 59.7% | 49.5% | 57.9% | -0.8% | -1.9% |
| 4 | 49.0% | 55.4% | 49.5% | 55.7% | 0.5% | 0.2% |
| 5 | 35.3% | 40.8% | 36.1% | 41.4% | 0.8% | 0.6% |
| 6 | 44.6% | 52.7% | 45.5% | 53.7% | 1.0% | 1.0% |
| 7 | 47.4% | 54.1% | 48.2% | 54.9% | 0.8% | 0.7% |
| 8 | 47.1% | 54.9% | 47.2% | 54.8% | 0.1% | -0.1% |
| 9 | 43.3% | 50.7% | 41.1% | 46.9% | -2.2% | -3.8% |
| 10 | 50.4% | 56.3% | 50.5% | 56.4% | 0.1% | 0.1% |
| 11 | 45.3% | 52.6% | 49.0% | 56.3% | 3.7% | 3.8% |
| 12 | 34.0% | 39.7% | 31.9% | 37.6% | -2.1% | -2.1% |
| 13 | 13.4% | 17.8% | 12.4% | 16.8% | -1.0% | -1.0% |
| 14 | 15.8% | 20.1% | 19.3% | 25.2% | 3.5% | 5.2% |
| 15 | 27.9% | 33.9% | | | -27.9% | -33.9% |

have

Timmer000116