# Exhibit 26

Message

**From:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Sent:** 6/2/2011 11:09:42 PM
**To:** Steve Linder [slinder@sterlingcorporation.com]
**Subject:** Re: MRRI

EXHIBIT 167

She wants to add a county break to resolve the problem. But county breaks are the foremost of criteria. This is how we're going to bollix up the entire process. Even if we can get it by the Court (a big if - if we start adding gratuitous breaks), where does it stop? Why say yes to Tonya but No to others who have issues with their districts. Soon instead of 6 county breaks we have 8 or 9 and the Court shit-cans the plan.

Not our position to repeat this, but Bob's feeling is that if these guys want to play dumb games and jeopardize the plan's legal standing, they can use their own money to pay the legal bills not MRRI

Sent from my iPhone

On Jun 2, 2011, at 6:49 PM, "Steve Linder" <slinder@sterlingcorporation.com> wrote:

> Schuitmaker is beyond pissed about her district that she claims she is not in. Really bitched Randy out.
>
> Sent from my iPhone
> Stephen Linder
> Sterling Corporation
> (517)267-9012 (O)
> [Redacted-PII]
>
> On Jun 2, 2011, at 6:06 PM, "Jeff Timmer" <jtimmer@sterlingcorporation.com> wrote:
>
>> Bob and I are meeting Monday to settle up
>>
>> Sent from my iPhone
>>