# Exhibit 27

Message

**From:** Andy Keiser [andykeiser@hotmail.com]
**Sent:** 6/13/2011 2:49:28 PM
**To:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Subject:** Re: Hey Jeff

EXHIBIT 173

great thanks.

**From:** Jeff Timmer
**Sent:** Monday, June 13, 2011 10:43 AM
**To:** Andy Keiser
**Subject:** Re: Hey Jeff

Today. Will get to you

Sent from my iPhone


On Jun 13, 2011, at 10:28 AM, "Andy Keiser" <andykeiser@hotmail.com> wrote:

> Would like to have something 100% concrete early this week if at all possible.
>
> Thanks.
>
>
> ## Michigan
>
> The Legislature is getting closer to considering specific proposals for redrawing boundaries of congressional and state legislative districts.
>
> State Rep. Pete Lund, a Shelby Township Republican, said Friday that he plans to submit proposed redistricting maps June 17. He's asking House Democrats to do the same.
>
> Lund said that would allow time for the maps to be considered before hearings on congressional redistricting start. The House redistricting committee is expected to meet June 21-22.
>
> Boundaries will be redrawn based on counts from the 2010 census. Republicans, who control both houses of the Legislature, will have the most control over the process. Michigan will lose one of its 15 congressional seats.
>
>
> **From:** Jeff Timmer
> **Sent:** Thursday, June 09, 2011 2:31 PM
> **To:** Andy Keiser
> **Subject:** Re: Hey Jeff
>
> My data is not that precise. I've asked that the data be run an the legislative platform for accurate data
>
> Sent from my iPhone

Timmer000020

On Jun 9, 2011, at 1:42 PM, "Andy Keiser" <andykeiser@hotmail.com> wrote:

Can you confirm the 8th CD numbers in the latest iteration of the map which had Ingham/Livingston, the two top tier of townships in Oakland, all of Rochester and most of Rochester Hills?

The data you provided has that as a 54.76% Bush 2004 seat which would make it a R+2.7. However, the NRCC data shows it to be a 53.74% seat, making it an R+1.8.

Can we be 100% certain your data is accurate? How did the down ballot stuff perform?

Thanks bud. Hope you're well.

Andy

Timmer000021