# Exhibit 28

## Message

| | |
|---|---|
| From: | Jeff Timmer [jtimmer@sterlingcorporation.com] |
| Sent: | 6/15/2011 1:34:08 PM |
| To: | Stu Sandler [stusandler@yahoo.com] |
| Subject: | RE: Latest Congressional Version |
| Attachments: | 11.pdf |

EXHIBIT
176

---

**From:** Stu Sandler [mailto:stusandler@yahoo.com]
**Sent:** Wed 6/15/2011 7:09 AM
**To:** Jeff Timmer
**Subject:** Re: Latest Congressional Version

can you send me just the 11th district in an image?  thanks

Stu Sandler
734-846-4067 cell

---

**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**To:** Stu Sandler <stusandler@yahoo.com>; Bob Schostak <schostar@schostak.com>
**Sent:** Mon, June 13, 2011 4:46:45 PM
**Subject:** Latest Congressional Version

Bobby and Stu,
Attached you will find the latest version LaBrant and I have tweaked.

There were some minor changes to two West Michigan districts:
CD02 – Huizenga (slightly different Kent County configuration; slightly different portion of Holland in Allegan County)
CD03 – Amash (he wanted to keep Kentwood and Walker in his district. We accommodated and moved different territory to CD02)

It will be far easier if I explain the changes to the McCotter, Levin/Peters, Conyers, and Clarke districts than if I try to list the changes and rationale here.

Perhaps we can do a conference call later this evening or tomorrow and I can walk you through.

Jeff

Timmer000110

# District: 11



| Field | Value |
|---|---|
| District | 11 |
| Population | 705974 |
| Deviation | 0 |
| % Deviation | 0% |
| % 18+_AP_Blk | 5.08% |
| % GOV10R | 68.83% |
| % MRBD10R | 62.92% |
| % POTUS08R | 48.86% |
| % MRBD08R | 52.8% |
| % GOV06R | 50.4% |
| % MRBD06R | 53.77% |
| % POTUS04R | 56.19% |
| % MRBD04R | 58.52% |
| % GOV02R | 56.12% |
| % MRBD02R | 62.65% |

Timmer000111