# Exhibit 29

Message
**From:** Jamie Roe [jroe23@yahoo.com]
**Sent:** 6/15/2011 6:56:44 PM
**To:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Subject:** Re: Map

EXHIBIT 177

perfect. it's giving the finger to sandy levin. I love it.

---

**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**To:** Jamie Roe <jroe23@yahoo.com>
**Sent:** Wed, June 15, 2011 1:42:39 PM
**Subject:** RE: Map

Here is a reconfigured map. I've also attached one with detail on the streets. Once you get east of VanDyke and along the river, the block boundaries become goofy. Hence the somewhat jagged configuration on the NE part of SH. Please confirm if this is good for you and Candice

---

**From:** Jamie Roe [mailto:jroe23@yahoo.com]
**Sent:** Wed 6/15/2011 1:13 PM
**To:** Jeff Timmer
**Subject:** Re: Map

Candice would rather take it across the north end of sterling heights if possible. Want to keep the entirety of M-59 in Sterling Heights in the district. Perhaps drawing across at 18 mile across the city. Still would like to keep the finger between Mound and Van Dyke down to 15 mile. Let me know.

---

**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**To:** Jamie Roe <jroe23@yahoo.com>
**Sent:** Wed, June 15, 2011 11:02:26 AM
**Subject:** FW: Map

------ Forwarded Message
**From:** Jeff Timmer <jtimmer@sterlingcorporation.com>
**Date:** Wed, 15 Jun 2011 07:34:58 -0700
**To:** Jamie Roe <jroe23@yahoo.com>
**Subject:** RE: Map

I was altering the map to take you to 15 Mile as requested, but thought it simply looked weird. What do you think of this version of Sterling Heights instead? Keeping all your territory west of Van Dyke but extending south to 15 mile (for the most part)

---

**From:** Jamie Roe [mailto:jroe23@yahoo.com]
**Sent:** Thu 6/2/2011 3:47 PM
**To:** Jeff Timmer
**Subject:** Map

One last thing on our district. You know how we extended the finger between Mound and Van Dyke down to 16 mile. We want to see if it is possible to extend that same finger down to 15 mile. It should be all industrial with no population. Some good companies in there that we would like to grab. Let me

know if that is something that is possible.

------ End of Forwarded Message

Timmer000209





Timmer000212