# Exhibit 30

Message

**From:** Jeff Timmer [jtimmer@sterlingcorporation.com]
**Sent:** 6/22/2011 12:39:42 AM
**To:** Daniel L McMaster [dmcmstr@yahoo.com]
**Subject:** Fwd: RE:
**Attachments:** CONGRESS ELECTION DATA.pdf; ATT22163126.htm

EXHIBIT 183

I'll call in a few

Sent from my iPhone

Begin forwarded message:

**From:** "Jeff Timmer" <jtimmer@sterlingcorporation.com>
**Date:** June 18, 2011 11:01:41 AM EDT
**To:** "Greg McNeilly" <mcneilly@fighthard.com>
**Subject: RE:**

Attached is a chart with a bunch of election data going back to 2002. Below is a quick comparrison of the top of the ticket race and the MRBD for 2002 thru 2010 comparing the existing 3rd to the new 3rd. No question the ne district is a bit less GOP, but not so much so that it is in jeopardy of going south on us. It was intended that the new 3rd would become slightly less Republican in order for the Walberg seat to become slightly more so.

|  | GOVR10% | MRBDR10% | POTUSR08% | MRBDR08% | GOVR06% | MRBDR06% | POTUSR04% | MRBDR04% | GOVR02% | MRB |
|---|---|---|---|---|---|---|---|---|---|---|
| OLD 3RD | 70.72% | 65.67% | 50.30% | 55.00% | 52.60% | 57.29% | 59.73% | 61.56% | 60.39% | |
| NEW 3RD | 69.58% | 63.96% | 49.45% | 53.36% | 50.78% | 55.84% | 57.80% | 59.35% | 57.66% | |
|  | -1.14% | -1.71% | -0.85% | -1.64% | -1.82% | -1.45% | -1.93% | -2.21% | -2.73% | |

**From:** Greg McNeilly [mailto:mcneilly@fighthard.com]
**Sent:** Sat 6/18/2011 9:33 AM
**To:** Jeff Timmer
**Subject:**

Jeff-
Working on damage control n the 3rd...Amash is concerned with Calhoun...LaBrant suggested I touchbase with you...

Do you have a one pager or something showing the base for each district (aka 3rd becomes the 2nd most GOP etc)?

-Greg

All Fields

| DISTRICT | GOVR10% | SOSR10% | AGR10% | CONGR10% | MRBDR10% | POTUSR08% | USSENR08% | CONGR08% | MRBDR08% | GOVR06% |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 64.74% | 59.85% | 61.72% | 58.57% | 59.68% | 49.37% | 39.08% | 41.41% | 50.33% | 46.22% |
| 2 | 70.93% | 65.49% | 66.87% | 66.51% | 66.99% | 51.21% | 48.02% | 63.56% | 56.01% | 54.34% |
| 3 | 69.58% | 62.26% | 63.90% | 59.33% | 63.96% | 49.45% | 45.94% | 59.80% | 53.36% | 50.78% |
| 4 | 68.19% | 62.01% | 65.79% | 68.36% | 63.23% | 49.46% | 41.70% | 61.88% | 51.79% | 47.43% |
| 5 | 51.22% | 44.74% | 45.10% | 46.31% | 44.65% | 35.94% | 28.82% | 28.89% | 34.35% | 34.89% |
| 6 | 65.25% | 60.30% | 60.90% | 65.47% | 61.27% | 45.93% | 43.29% | 61.10% | 50.27% | 47.20% |
| 7 | 64.73% | 59.05% | 61.75% | 54.86% | 60.11% | 48.24% | 40.52% | 47.16% | 49.37% | 47.56% |
| 8 | 66.29% | 60.30% | 62.09% | 63.89% | 61.36% | 47.12% | 41.47% | 57.11% | 50.67% | 48.78% |
| 9 | 58.57% | 49.85% | 52.43% | 46.60% | 51.30% | 40.95% | 30.89% | 35.65% | 41.00% | 42.50% |
| 10 | 69.53% | 62.32% | 65.83% | 73.87% | 64.47% | 51.01% | 40.13% | 66.80% | 52.13% | 52.67% |
| 11 | 68.96% | 61.13% | 62.92% | 61.36% | 63.10% | 48.85% | 41.09% | 55.21% | 52.73% | 50.62% |
| 12 | 49.42% | 40.19% | 42.46% | 41.99% | 41.88% | 31.91% | 24.91% | 22.73% | 31.79% | 33.99% |
| 13 | 20.40% | 16.74% | 17.64% | 17.56% | 16.12% | 12.85% | 9.37% | 12.33% | 12.02% | 15.17% |
| 14 | 30.16% | 25.18% | 25.81% | 22.80% | 25.27% | 18.51% | 14.69% | 20.50% | 19.20% | 21.38% |
| Total | | | | | | | | | | |

Timmer000785

All Fields

| DISTRICT | SOSR06% | AGR06% | USSENR06% | CONGR06% | MRBDR06% | POTUSR04% | CONGR04% | MRBDR04% | GOVR02% | SOSR02% | AGR02% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 62.32% | 57.07% | 44.29% | 36.69% | 49.59% | 55.36% | 40.85% | 54.31% | 52.41% | 62.05% | 54.62% |
| 2 | 69.16% | 67.02% | 54.78% | 67.70% | 59.39% | 60.97% | 70.36% | 62.92% | 60.55% | 69.60% | 62.78% |
| 3 | 67.33% | 63.93% | 51.19% | 61.66% | 55.84% | 57.80% | 66.90% | 59.35% | 57.66% | 67.48% | 60.83% |
| 4 | 64.94% | 61.85% | 46.07% | 59.72% | 51.97% | 55.74% | 63.78% | 56.26% | 54.65% | 61.52% | 55.81% |
| 5 | 49.43% | 47.29% | 33.47% | 27.64% | 35.89% | 41.24% | 33.14% | 38.17% | 41.35% | 46.36% | 41.88% |
| 6 | 61.96% | 58.90% | 48.49% | 62.41% | 52.81% | 54.37% | 67.52% | 56.60% | 53.62% | 63.81% | 58.06% |
| 7 | 63.46% | 60.76% | 45.84% | 43.38% | 50.51% | 54.93% | 54.23% | 54.32% | 52.04% | 61.10% | 54.81% |
| 8 | 65.84% | 62.62% | 48.37% | 56.71% | 52.67% | 54.77% | 62.59% | 56.71% | 52.71% | 62.00% | 56.19% |
| 9 | 52.07% | 56.71% | 41.47% | 38.98% | 42.39% | 46.50% | 42.42% | 45.87% | 48.17% | 57.59% | 49.22% |
| 10 | 62.23% | 65.68% | 48.28% | 66.42% | 52.84% | 56.94% | 68.79% | 56.65% | 57.83% | 66.54% | 58.40% |
| 11 | 67.22% | 65.67% | 50.81% | 59.13% | 54.28% | 56.16% | 63.35% | 58.45% | 55.34% | 65.13% | 59.56% |
| 12 | 47.77% | 45.65% | 32.59% | 13.74% | 33.70% | 37.59% | 31.11% | 37.08% | 41.03% | 48.77% | 42.45% |
| 13 | 25.28% | 23.06% | 14.47% | 11.76% | 13.51% | 17.29% | 15.58% | 15.07% | 17.65% | 21.87% | 18.67% |
| 14 | 34.08% | 30.83% | 21.59% | 17.96% | 21.52% | 24.42% | 26.00% | 23.34% | 24.69% | 30.50% | 26.70% |
| Total | | | | | | | | | | | |

Timmer000786

All Fields

| DISTRICT | USSENR02% | CONGR02% | MRBDR02% |
|---|---|---|---|
| 1 | 39.15% | 39.46% | 54.57% |
| 2 | 52.33% | 72.13% | 64.96% |
| 3 | 48.88% | 68.80% | 62.25% |
| 4 | 42.63% | 67.26% | 58.03% |
| 5 | 29.90% | 11.24% | 41.17% |
| 6 | 48.44% | 70.98% | 59.84% |
| 7 | 42.75% | 54.39% | 56.47% |
| 8 | 44.87% | 68.15% | 58.65% |
| 9 | 36.69% | 43.25% | 50.34% |
| 10 | 43.90% | 61.97% | 59.71% |
| 11 | 45.94% | 63.33% | 61.72% |
| 12 | 30.26% | 29.98% | 42.17% |
| 13 | 12.45% | 13.57% | 15.82% |
| 14 | 19.84% | 19.62% | 26.33% |
| Total | | | |

Page 3

Timmer000787