# Exhibit 36

**dwz@chartermi.net**

| | |
|---|---|
| **From:** | Jase <jase@summitcredit.com> |
| **Sent:** | Sunday, June 19, 2011 6:29 PM |
| **To:** | Jase Bolger |
| **Subject:** | House GOP Message 6-20-11 |

To the House Majority:

We have now passed yet another major reform to the way Michigan operates. Tenure reform could end up to be one of the greatest benefits to our education system we'll ever see. We are passing more reforms and real legislation than this state has witnessed in a long, long time. I for one am extremely pleased with the progress we are making. And we are certainly on the right track as defenders of the status quo are trying to silence us. We are fighting these recalls and will continue to stand up for Michigan's taxpayers and produce the changes that the voters sent us here to make.

**NOTES**
Redistricting:
By now, everyone should have the proposed House maps. These are fair and legal maps that Chairman Lund and our attorney believe will withstand any level of scrutiny that the other side may try to tarnish us with. Here is a link to the proposed maps: http://www.house.mi.gov/home_redistricting.asp. If you have any questions about the new proposed lines, please call Chair Lund or Majority Counsel Joe Baumann. I have seen some fantastic comments by members who are understandably not excited (even unhappy) about their maps. That level of class is impressive. I urge everyone to be careful in commenting on redistricting; everything we say and do can end up in court on this issue. Please consult with Ari Adler and Joe Baumann if you have any questions about public responses.

You can always ask to call a reporter back (as them when their deadline is so you can help them meet it), on this issue if you are unsure at all - please do pause and call the reporter back.

Outreach:
I can't stress enough how important it is to be at home working your districts. The below article is just a stellar example of outreach. Imagine how readers of this article react to the repeated stories of these two. True, these Reps may not impact the view of them inside the walls of a teacher's lounge, but they most certainly are impacting the perception of average voters who read about their constant outreach.

> **Republican lawmakers draw attention just by showing up at teachers rally in Jackson**
>
> Chris Gautz | Jackson Citizen Patriot
>
> Posted: 06/10/2011 9:15 AM
>
> It's not news when lawmakers take time to meet with their constituents. That's their job.
>
> But in this age of hyper-partisanship, it's become more common to see lawmakers meet only with friendly faces who agree with what they're doing.

1

LEGR-004700

That was not the case this week when both state Reps. Mike Shirkey and Earl Poleski, both Republicans, attended the "Stand United" rally organized by the local teachers union and a liberal statewide group.

"These are citizens who are exercising their right to protest, and I represent some of them," Poleski said. "I want to know what they have to say about education."

Shirkey said he enjoyed talking with those at the protest, which officially ended at 6 p.m. He stuck around until almost 7 p.m. talking to people still there.

He maintained that people are primarily concerned with the rapid pace of some of the more controversial legislation. And that pace is intentional, he said, to keep lobbyists and special interests from derailing legislation.

"The amount of angst is more related to the rate of change than to the actual changes," Shirkey said.

But Shirkey said he learned the passion and resistance to change runs very deep among some. And he is concerned about the growing belief that there is some organized element to attack teachers.

"There isn't, but it's hard to convey that and convince people of such," he said.

Both legislators have cast votes in the past few months that teachers and union members strongly disagree with, but neither is shying away from explaining those votes and defending them.

As these reforms were being debated, they have regularly attended school board meetings across the district.

"When we're making decisions that affect people and organizations, we have a responsibility to attend those meetings and talk to those people," Poleski said.

---------------------------------------------

**The Week Ahead:**

**Session/Committees**

In committees this week, Bridge Card reform as well as partial birth abortion ban continues in Families, Children, Reg Reform has the liquor tax equalization bill, Education has the policyholder bills, Local Intergov has the minimum staffing issue, and Health Policy has physical therapists referrals. The most high profile of course, will be the Redistricting meetings.

Session this week: Expect longer days. Highlights as of right now include the underemployment fix and budget implementation bills. Please note that as we are nearing the summer in-district work period, floor agendas could get long as we are moving items this week to have the Senate act on before the break, and next week as we deal with the items that they will be sending over. Things will most likely be added to the agenda throughout the week. Unfortunately, we may also experience delays as we negotiate with the Senate or our House Democrat colleagues. I appreciate your patience and flexibility as we sprint through the finish line of our first 6 months in office.

LEGR-004701

**Important Dates:**

**Tuesday, June 21**

| | |
|---|---|
| 12:00 - 1:00 pm | MI Recreation and Park Assn Luncheon - 424 CB |
| 1:00 pm | **CAUCUS** |
| 4:00 - 6:00 pm | The Education Trust - Midwest - Cocktails & Conversation on Educator Evaluation Troppo Governor's Room |
| 6:00 pm | Bi-cameral/bi-partisan Sportsmen's Caucus - MI Restaurant Association |

**Wednesday, June 22**

| | |
|---|---|
| 8:00 - 9:00 am | Healthcare Insurance Exchange 101 hosted by MI Assn of Health Underwriters, Nat'l Assn of Insurance and Financial Advisors & the MI Assn of Insurance Agents - Speaker's Library |
| 11:00 - 1:00 pm | MI Dairy Food Assn Awareness Day - 1st Floor CB, South & West Wings |
| 11:30 - 1:30 pm | MI Golf Day at the Capitol - Lunch on the Lawn |
| 12:00 - 1:30 pm | MI Cable Assn Quarterly Luncheon - Radisson Hotel |
| 2:00 - 4:00 pm | MGTV Executive Director Bill Trevarthen Retirement Reception Speaker's Library |
| 3:30 - 4:30 pm | **OFF-SITE CAUCUS** Michigan Restaurant Association |

**Friday, June 24**

| | |
|---|---|
| 2:00 - 4:00 pm | House Enrolling Clerk, Ellen Eaton, Retirement Reception Speaker's Library |

---------------------------------------------------------