No. 18-1946

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 25, 2018
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | ) ) ) |
| Plaintiffs-Appellees, | ) ) |
| v. | ) ) ) |
| RUTH JOHNSON, in her official capacity as Michigan Secretary of State, | ) ) ) |
| Defendant, | ) ) |
| LEE CHATFEILD; AARON MILLER, | ) ) |
| Proposed Intervenors-Appellants. | ) |

O R D E R

Before: COLE, Chief Judge; SUHRHEINRICH and THAPAR, Circuit Judges.

On August 14, 2018, a three-judge district court panel denied Lee Chatfield and Aaron Miller's—two Michigan House of Representatives ("the Legislative Intervenors")—motion to intervene in this apportionment action. The Legislative Intervenors appealed that decision and subsequently moved for a stay of the proceeding below pending their appeal. Approximately two weeks after the district court panel denied the Legislative Intervenors' motion to intervene, this court issued its decision in *League of Women Voters of Michigan v. Johnson*, ___ F.3d ___, 2018 WL 4130794, (6th Cir. Aug. 30, 2018) ("*League of Women Voters I*"), granting eight Michigan members of the United States House of representatives the right to intervene in the lawsuit.

Case 2:17-cv-14148-ELC-DPH-GJQ ECF No. 131, PageID.5039 Filed 10/25/18 Page 2 of 4
Case: 18-1946 Document: 32-1 Filed: 10/25/2018 Page: 2 (2 of 4)

No. 18-1946
-2-

Plaintiffs then filed a motion to remand, explaining "[a]s a practical matter and in order to preserve the trial date in the action below," they no longer object to the Legislative Intervenors intervening in this case. Consequently, plaintiffs ask this court to remand the case and deny the motion to stay as moot. The Legislative Intervenors oppose an unqualified remand.

It is undisputed that the district court panel denied the Legislative Intervenors' motion to intervene prior to, and without the benefit of, this Court's decision in *League of Women Voters I*. Consequently, a remand is appropriate so that the district court panel may evaluate the Legislative Intervenors' now-unopposed motion in light of the standards articulated in *League of Women Voters I*. See *Siding & Insulation Co. v. Alco Vending, Inc.*, 822 F.3d 886, 901 (6th Cir. 2016) ("[A] remand is required for the district court to apply the correct legal standard.").

The motion to remand is **GRANTED** and the motion for a stay pending appeal is **DENIED AS MOOT**.

                                            ENTERED BY ORDER OF THE COURT

                                            Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 25, 2018

Ms. Harmony Mappes
Faegre Baker Daniels
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

Mr. Jason Brett Torchinsky
Holtzman Vogel Josefiak Torchinsky
45 N. Hill Drive
Suite 100
Warrenton, VA 20186

      Re: Case No. 18-1946, *League of Women Voters of MI, et al v. Ruth Johnson, et al*
           Originating Case No. : 2:17-cv-14148

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                          Sincerely yours,

                                          s/Jill Colyer
                                          Case Manager
                                          Direct Dial No. 513-564-7024

cc: Mr. Mark C. Brewer
     Mr. Ryan Hurley
     Mr. Brian D. Shekell
     Mr. Charles R. Spies
     Mr. David J. Weaver
     Mr. Joseph H. Yeager Jr.

Enclosure

No mandate to issue