UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:17-cv-14148 |
| RUTH JOHNSON, in her official capacity as Michigan Secretary of State, | ) ) ) ) ) | ORDER |
| Defendant. | ) ) ) | |

## CASE MANAGEMENT ORDER NO. 2

The Court **ORDERS** the following schedule governing the progress of this case:

| | |
|---|---|
| A Proposed Joint and Final Pretrial Order (See E.D. Mich. LR 16.2) with detailed witness and numbered exhibit lists must be submitted by the *rescheduled* date: | December 4, 2018 |
| Any trial motions in limine must be filed by the the *rescheduled* date: | December 4, 2018 |
| Any responses to the motions in limine must be filed by the *rescheduled* date: | December 14, 2018 |
| **The Final Pretrial Conference is set for:** | **December 11, 2018 at 11:00 a.m.** |
| Trial briefs must be filed by: | January 28, 2019 |

1

| | |
|---|---|
| **Trial is set to begin:** | February 5, 2019 at 9:00 a.m. |
| Proposed Findings of Facts and Conclusions of Law must be filed by: | February 22, 2019 |

The E.D. Mich. Local Rules, Appendix ECF (www.mied.uscourts.gov) and Federal Rules of Civil Procedures govern in this matter. A schedule may be modified only for good cause by leave of Court. Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.

ENTERED: November 16, 2018

S/DENISE PAGE HOOD
Signed for and on behalf of the panel:
HONORABLE ERIC L. CLAY
United States Circuit Judge
HONORABLE DENISE PAGE HOOD
United States District Judge
HONORABLE GORDON J. QUIST
United States District Judge