**Ryan M. Shannon**

| | |
|---|---|
| **From:** | Ryan M. Shannon |
| **Sent:** | Friday, June 22, 2018 12:23 PM |
| **To:** | Yeager, Jay |
| **Cc:** | Scott R. Knapp |
| **Subject:** | RE: Protective Order -- third party code/private code issue |

Jay,

(1) That's fine—it's acceptable to us to adhere to the revised agreement without submission for Court approval.

(2) The last version is for a third consultant—I have not gone back to the prior two yet. We are providing the redacted versions unless/until we determining to designate one or more consultant as testifying, after which I can provide the un-redacted version for those folks.

Separately, we've now had multiple consultants tell us that they cannot access the source code by decompiling in Java, and that the source code should be easy to save and send in human-readable format as a .java file. Decompiling apparently results in errors and further cannot use the human-readable names for portions of the code the original author would have inserted. We need the source code and need it in the near term—i.e., today. Can you please advise Dr. Chen and ask him to provide something human readable as soon as possible?

Regards,
Ryan