**Ryan M. Shannon**

| | |
|---|---|
| **From:** | Yeager, Jay <Jay.Yeager@faegrebd.com> |
| **Sent:** | Friday, June 29, 2018 12:01 PM |
| **To:** | Ryan M. Shannon |
| **Cc:** | Giffin, Matt; Mappes, Harmony A. |
| **Subject:** | RE: Chen response report deadline |

Ryan,

You have correctly summarized our agreement.

As we briefly discussed yesterday, Prof. Chen has supplied the code that he used to prepare his report.  I do appreciate your efforts to work through with me the issues your experts described, and to consider the additional technical matters you and I discussed informally.  At this point however it appears Prof. Chen has nothing more to produce in the way of code, so the ten-day period you describe below should commence.

Thanks very much.

Jay

---

**From:** Ryan M. Shannon [mailto:RShannon@dickinson-wright.com]
**Sent:** Thursday, June 28, 2018 11:32 AM
**To:** Yeager, Jay <Jay.Yeager@faegrebd.com>
**Subject:** Chen response report deadline

Jay,

I understand you are still discussing our proposal from Tuesday.  Briefly—we plan to file our expert reports on time on Friday with one exception—a report that is specific to Dr. Chen's analysis and which was intended, among other things, to review and analyze his source code (for now, I'll call this simply the "Code Report.")  The proposal would be to allow for service of the Code Report within a 10-day response period once the source code is provided and acknowledged by us, or once you advise that no further code will be provided.  It would also include allowing Dr. Chen's deposition after the close of discovery, at the end of August or in the first week of September (to accommodate additional time for the Code Report and Plaintiffs' filing of a Code-Report-specific rebuttal after 28 days.)

Though we do not necessarily need to have a mutual approach ironed out by this Friday's deadline, I do want to put in writing our understanding that while the above-stated proposal is considered, Defendant will not be required to file the aforementioned Code Report by tomorrow's deadline.  From our phone call on Tuesday, I understood you were amenable to and were permitting, initially, a short term extension on that report until we have further discussed how to proceed.

Please advise if any of the above is inconsistent with your understanding of our call on Tuesday.

Regards,
Ryan

**Ryan M. Shannon** Practice Group Chair - Insurance

215 S. Washington Square  
Suite 200  
Lansing MI 48933  

Profile | V-Card

Phone  517-487-4719  
Mobile  517-410-5443  
Fax     844-670-6009  
Email  RShannon@dickinsonwright.com

**DICKINSON WRIGHT** PLLC  
ARIZONA   CALIFORNIA   FLORIDA   KENTUCKY   MICHIGAN   NEVADA   OHIO  
TENNESSEE   TEXAS   WASHINGTON D.C.   TORONTO

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.