# Ryan M. Shannon

| | |
|---|---|
| **From:** | Yeager, Jay <Jay.Yeager@faegrebd.com> |
| **Sent:** | Saturday, August 11, 2018 4:32 PM |
| **To:** | Ryan M. Shannon |
| **Subject:** | Chen source code drafts |
| **Attachments:** | Files_zip |

Ryan,

    I understand that the attached files reflect the closest drafts that Prof. Chen can locate to the source code from which the .JAR code already produced was compiled. We produce these files subject to our objection that Defendant's request exceeds the bounds of expert discovery contemplated by Rule 26, and we expressly reserve and intend to rely upon the work product, trial preparation, draft report and all other protections afforded this material and other material, by Rule 26 and otherwise.

Thank you.

**Jay Yeager**
*Partner*
jay.yeager@FaegreBD.com     Download vCard
D: +1 317 237 1278

**Faegre Baker Daniels LLP**
300 N. Meridian Street | Suite 2700 | Indianapolis, IN 46204, USA