UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS
OF MICHIGAN, et al.,

        Plaintiffs,

v.

RUTH JOHNSON, in her official
capacity as Michigan
Secretary of State, et al.

        Defendants.
_____/

Case No. 2:17-cv-14148

Hon. Eric L. Clay
Hon. Denise Page Hood
Hon Gordon J. Quist

**DECLARATION OF
JEFFREY TIMMER**

I, Jeffrey Timmer, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

1. I am over 18 years of age and am competent to testify.

2. I have personal knowledge of the matters set forth below.

3. I am currently a Senior Counselor at the Sterling Corporation in Lansing, Michigan. Sterling Corporation is a public affairs, political, and fundraising consulting firm.

4. I was first hired by the Michigan Legislature in 1991 as a special assistant to the House Republican leader. Since then, I have worked in the Michigan Senate as deputy communications director, as political director for the Senate Republican Campaign Committee, and I have been a private sector public affairs and campaign consultant. Among other roles, I was previously appointed by Governor Granholm and served several years on the Michigan Board of State Canvassers.

5. I was previously a member of the National Conference of State Legislatures ("NCSL") Redistricting Task Force from 1991 to 2001. The task force advised NCSL's Redistricting and Elections Standing Committee, which in turn focused on redistricting, election law, and campaign finance regulation.

1

6. On behalf of the Republican Caucuses in the Michigan House and Senate, I was engaged in the drafting of districting plans for consideration by the Michigan Legislature after the decennial census was released in March 2011. I had previously served as a map drawer and was involved in that capacity in the drafting of Michigan's redistricting plans in 1991 and 2001.

7. Michigan's traditional redistricting criteria, referred to as the "Apol Criteria" after the former director of elections Bernard J. Apol, have been codified at Mich. Comp. Laws § 3.63 and § 4.261.

8. As a result of my experience across three cycles of redistricting, I am intimately familiar with the application of the Apol Criteria for State House and Senate redistricting. I am also familiar with and have applied the Apol Criteria for the drawing of districts for the United States House of Representatives, and have personally applied those Criteria in the development of the Legislature's redistricting plans during the last three redistricting cycles.

9. At the Secretary's request, I reviewed the June 1, 2018 report of Dr. Jowei Chen.

10. Dr. Chen's description in his report (at pages 61-63) of Michigan's traditional redistricting Criteria do not match the Apol Criteria as I understand them and as I have applied them (including in 2011). In particular, Dr. Chen did not appear to follow the Apol Criterion that, if county lines must be broken to achieve equal population, the fewest whole cities or townships shall be shifted, and in choosing between two cities or townships to shift, the city or township with lesser population shall be shifted. This Criterion has been codified at Mich. Comp. Laws § 4.261(f).

11. Similarly, Dr. Chen stated that he sought to maximize compactness in all cases, whereas the Apol Criteria only require compactness to be maximized when more than one district is drawn within a single municipality. This has been codified at Mich. Comp. Laws § 3.63(c) and § 4.61(i).

12. Dr. Chen includes a table at page 15 of his report that summarizes the results of his simulation exercise for the Michigan Congressional plan. In this table, Dr. Chen reports that all 1,000 of his simulations had exactly 10 county breaks and 9 or 10 minor civil division (MCD) splits (excluding splits in the City of Detroit). He also reports that none of his simulated plans, using 2006-2010 statewide election results, would elect 9 Republicans and 5 Democrats. He claims that 227 of his simulated plans would have elected 6 Republicans and 8 Democrats, 453 of his

simulated plans would have elected 7 Republicans and 7 Democrats, and 320 of his simulated plans would have elected 8 Republicans and 6 Democrats.

13. Dr. Chen claims at page 13 of his report that his simulation "strictly follows the five non-partisan redistricting guidelines" which he details at pages 61-63 of his report. He claims at page 2 of his report that his simulation process is "non-partisan" and that his simulations "are programmed to optimize districts with respect to various traditional districting goals." At page 3 of his report, he states that "each of the three enacted plans creates more Republican districts than every single one of the 1,000 computer-simulated districting plans created for Michigan's House, Senate, and Congressional delegation."

14. The Secretary requested that I attempt to test whether following Dr. Chen's criteria necessarily precluded the possibility of a plan creating as many (i.e., 9) or more (i.e., 10+) Republican districts as appear in the Enacted Plan. That is, she requested that I attempt to follow Dr. Chen's stated criteria (at pages 61-63 of his report) and to see whether it is possible to draft a plan that, using the same historical data as Dr. Chen, would elect 9 or more Republicans while also matching or doing better in satisfying Dr. Chen's version of Michigan's redistricting criteria.

15. The Secretary's counsel advised that the purpose of this exercise was to determine whether Dr. Chen's described computer simulation exercise, following Dr. Chen's stated criteria, should have been capable of producing a plan with similar outcomes to the Enacted Plan.

16. I was able to do so in the plan attached as Exhibit A (the "Timmer Plan"), which plan I discovered through trial and error drafting (that is, without the aid of simulation software) on December 3, 2018.

17. Using all statewide elections from 2006 to 2010, which measure is used by Dr. Chen at page 15 of his report, the Timmer Plan would elect 10 Republicans (in Congressional Districts 1, 2, 3, 4, 6, 7, 8, 9, 10, and 11) and 4 Democrats (in Congressional Districts 6, 12, 13, and 14).

18. The Timmer Plan has 10 county breaks, which is the same number Dr. Chen reports for all 1,000 of his simulated Congressional plans (at page 15 of his report). These 10 county breaks in the Timmer Plan are shown in the attached Exhibit A, and include the following:

- Clare
- Kent

- Kalamazoo
- Genesee
- Saginaw CD07
- Saginaw CD04
- Wayne CD08
- Oakland CD12
- Oakland CD14
- Macomb CD09

19. The Timmer Plan has nine MCD splits, *including* splits in the City of Detroit. Dr. Chen reports (at page 15) that, *excluding* splits in the City of Detroit, most of his simulations have 10 MCD splits. The nine MCD splits in the Timmer Plan include the following:

- Climax Township (Kalamazoo County)
- Thomas Township (Saginaw County)
- Saginaw Township (Saginaw County)
- Novi (Oakland County)
- Wixom (Oakland County)
- West Bloomfield Township (Oakland County)
- Warren (Macomb County)
- Dearborn Heights (Wayne County)
- Detroit (Wayne County)

20. Dr. Chen excluded City of Detroit splits in reporting his MCD totals. If the single City of Detroit split in the Timmer Plan (as noted above) is excluded from the MCD split total, the Timmer Plan has 8 MCD splits, and for that reason, *better* satisfies Dr. Chen's version of Michigan's traditional redistricting criteria than any of Dr. Chen's own simulations.

21. The Timmer Plan is comparably compact to Dr. Chen's simulations. In comparing the first five sequentially numbered plans in Dr. Chen's simulation bank against the Timmer Plan using the Reock tool, Dr. Chen's simulations average a Reock score of 26.9%; the Timmer Plan scores just slightly worse, at 25.6%. (As noted above, compactness is not actually an Apol Criterion for Congressional plans, except in multi-district municipalities.)

22. I have provided to the Secretary's counsel shape files for the Timmer Plan for the purpose of sharing those shape files with Plaintiffs' counsel.

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____ \_12/04/2018\_\_\_\_
Jeffrey Timmer   Dated

# EXHIBIT A



# DISTRICT 1
Zero Broken Counties
Zero Split MCDs

\* Indicates district contains discontiguous portions of a township not counted as a split MCD







# DISTRICT 5

1 Broken County (Genesee)
Zero Split MCDs*



**DISTRICT 6**

1 Broken County (Kalamazoo)
1 Split MCD (Climax Township)



**DISTRICT 7**

3 Broken Counties (Isabella, Kent, Saginaw)
1 Split MCD (Thomas Township)



# DISTRICT 8

2 Broken Counties (Kalamazoo, Wayne)
1 Split MCD* (Climax Township)





Genesee
Flint
Richfield
Oregon
Mayfield
Arcadia
Goodland
Lynn
Davison
Lapeer
Burton
Davison
Genesee
Elba
Lapeer
Lapeer
Attica
Imlay City
Imlay
Mussey
4
St. Clair
Grand Blanc
11
Grand Blanc
Atlas
Hadley
Metamora
Dryden
Almont
Berlin
Holly
Groveland
Brandon
Oxford
Addison
Bruce
Armada
Rose
Springfield
Independence
Village of Clarkston
Orion
Oakland
Washington
Ray
Highland
White Lake
Lake Angelus
Auburn Hills
Waterford
Oakland
Pontiac
Rochester
Rochester Hills
10
Shelby
Macomb
Macomb
Utica
Milford
9
Commerce
Sylvan Lake
Keego Harbor
Orchard Lake
West Bloomfield
Bloomfield
Bloomfield Hills
Troy
Sterling Heights
Clinton
Birmingham
Clawson
Fraser
Wixom
Walled Lake
Southfield
Royal Oak
Madison Heights
Warren
Roseville
Lyon
Novi
14
Farmington Hills
Lathrup Village
Berkley
Huntington Woods
Southfield
Center Line
St Clair Shores
Eastpointe
Novi
Farmington
Oak Park
Ferndale
Hazel Park
Royal Oak
Northville
Northville
Harper Woods
Salem
Northville
Livonia
Redford
Highland Park
Hamtramck
Grosse Pointe Farms
Detroit
Plymouth
Plymouth
Grosse Pointe Park
Superior
12
Canton
Westland
Garden City
Dearborn
5
Inkster
Wayne
13
Wayne
Dearborn Heights
Melvindale
River Rouge
Washtenaw
Ypsilanti
Allen Park
Ecorse
Lincoln Park
Van Buren
Romulus
Taylor
Ypsilanti
Belleville
Southgate
Wyandotte
8
Riverview
Brownstown
Trenton
Augusta
Sumpter
Huron
Woodhaven
Grosse Ile
Flat Rock
Gibraltar
London
Exeter
8
Ash
Monroe
Berlin
Rockwood
DISTRICT 9
1 Broken County (Macomb)
4 Split MCDs (Warren, West Bloomfield, Novi, Wixom)

DISTRICT 10
1 Broken County (Macomb)
1 Split MCD (Warren)
Attica
Imlay City
Imlay
Mussey
Emmett
Kenockee
11
Lapeer
Dryden
Almont
4
Berlin
St. Clair
Riley
Wales
Memphis
Memphis
Addison
Bruce
Armada
Richmond
Columbus
Richmond
Richmond
Oakland
Washington
Ray
Lenox
Casco
Ira
Rochester
10
Shelby
Macomb
Macomb
Chesterfield
New Baltimore
Rochester Hills
Oakland
Utica
Mt Clemens
Troy
Sterling Heights
Clinton
Harrison
Clay
Clawson
Fraser
Warren
Roseville
Madison Heights
Royal Oak
9
St Clair Shores
Center Line
Pleasant Ridge
Ferndale
Hazel Park
Eastpointe
Village of Grosse Pointe
Royal Oak
Harper Woods
Grosse Pointe Woods
Village of Grosse Pointe
Highland Park
14
Hamtramck
Detroit
Wayne
Grosse Pointe Farms
13
Grosse Pointe
Grosse Pointe Park
Dearborn





**DISTRICT 12**

2 Broken Counties (Wayne, Oakland)
2 Split MCDs* (Novi, Dearborn Heights)



DISTRICT 13
Zero Broken Counties
2 Split MCDs (Dearborn Heights, Detroit)
Springfield
Independence
Orion
Lake Angelus
Auburn Hills
Rochester
Rochester Hills
Shelby
Macomb
11
White Lake
Waterford
Pontiac
Utica
10
Sylvan Lake
Keego Harbor
9
Orchard Lake
Commerce
Oakland
Bloomfield Hills
Bloomfield
Troy
Sterling Heights
Macomb
Clinton
West Bloomfield
Birmingham
Walled Lake
Clawson
Fraser
Southfield
Warren
Royal Oak
Madison Heights
Roseville
Lathrup Village
Berkley
Novi
14
Farmington Hills
Southfield
Huntington Woods
Center Line
St Clair Shores
Pleasant Ridge
Eastpointe
Oak Park
Farmington
Ferndale
Hazel Park
Novi
Royal Oak
Northville
Northville
Harper Woods
Northville
Highland Park
Grosse Pointe Farms
Livonia
Hamtramck
Redford
Grosse Pointe
Detroit
Plymouth
Grosse Pointe Park
Plymouth
Dearborn Heights
Garden City
Westland
Dearborn
Canton
Inkster
Wayne
Melvindale
Wayne
River Rouge
13
Allen Park
Ecorse
Lincoln Park
Romulus
Taylor
Van Buren
Wyandotte
Southgate
Belleville
Riverview
Brownstown
12
Trenton
Huron
Sumpter
Grosse Ile
Woodhaven
Flat Rock
Gibraltar
Rockwood
Exeter
Ash
Berlin
8
Monroe
Raisinville
Frenchtown
Monroe
Monroe



**DISTRICT 14**

2 Broken Counties (Oakland, Wayne)
2 Split MCDs (West Bloomfield, Detroit)