UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al.,

    Plaintiffs,

Civil Action No. 17-cv-14148

Hon. Eric L. Clay
Hon. Denise Page Hood
Hon. Gordon J. Quist

RUTH JOHNSON, in her official capacity as Michigan Secretary of State

    Defendant.
_____/

## CONGRESSIONAL INTERVENORS' NOTICE REGARDING CONCURRENCE WITH PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

On Saturday, Plaintiffs filed their Response to Order to Show Cause. (ECF 153) (Page ID 6169-6306). In Plaintiffs' Response, Plaintiffs stated that they had conferred with counsel for Congressional Intervenors concerning their position on Plaintiffs' Response but had not yet obtained Congressional Intervenors' position. *See* Plaintiffs' Response to Order to Show Cause at 1 n.1.

Congressional Intervenors join the Secretary in concurring with Plaintiffs' Response to Order to Show Cause.

1

Respectfully submitted,

December 10, 2018

| **Holtzman Vogel Josefiak Torchinsky PLLC** | **Clark Hill PLC** |
|---|---|
| */s/ Jason Torchinsky*<br>Jason Torchinsky<br>Shawn Sheehy<br>Phillip Gordon<br>45 North Hill Drive, S 100<br>Warrenton, Virginia 20106<br>P: (540) 341-8800<br>F: (540) 341-8809<br>E: JTorchinsky@hvjt.law<br>ssheehy@hvjt.law<br>pgordon@hvjt.law | */s/ Charles R. Spies*<br>Brian D. Shekell (P75327)<br>Charles R. Spies<br>212 E. Cesar Chavez Ave.<br>Lansing, Michigan 48906<br>P: (313) 965-8300<br>bshekell@clarkhill.com<br>cspies@clarkhill.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, the forgoing has been electronically filed with the Clerk of the Court using the CM/ECF system. This system has sent a notice of electronic filing to all counsel of record.

/s/*Jason B. Torchinsky*
Jason Torchinsky