No. 18-2383

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Dec 12, 2018
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN; ROGER J. BRDAK; FREDERICK C. DURHAL, JR.; JACK E. ELLIS; DONNA E. FARRIS; WILLIAM "BILL" J. GRASHA; ROSA L. HOLLIDAY; DIANA L. KETOLA; JON "JACK" G. LASALLE; RICHARD "DICK" W. LONG; LORENZO RIVERA; RASHIDA H. TLIAB, | |
| Plaintiffs-Appellees, | O R D E R |
| v. | |
| RUTH JOHNSON, in her official capacity as Michigan Secretary of State, | |
| Defendant, | |
| LEE CHATFIELD; AARON MILLER, | |
| Proposed Intervenors-Appellants. | |

The appellants move to expedite the briefing in this appeal. They filed their appellant brief on December 10, 2018.

The motion to expedite is GRANTED. The plaintiff-appellees' brief is due no later than Wednesday, December 19, 2018. The appellants may file an optional reply brief no later than Wednesday, December 26, 2018.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 12, 2018

Ms. Harmony Mappes
Faegre Baker Daniels
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

Mr. Jason Brett Torchinsky
Holtzman Vogel Josefiak Torchinsky
45 N. Hill Drive
Suite 100
Warrenton, VA 20186

Re: Case No. 18-2383, *League of Women Voters of MI, et al v. Ruth Johnson, et al*
Originating Case No. : 2:17-cv-14148

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jill Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Mr. Mark C. Brewer
    Mr. Phillip Michael Gordon
    Mr. Jeffrey P. Justman
    Mr. Shawn Toomey Sheehy
    Mr. Brian D. Shekell
    Charles R. Spies
    Mr. David J. Weaver
    Mr. Joseph H. Yeager Jr.

Enclosure