# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | ) ) ) | Case No. 2:17-cv-14148 |
| Plaintiffs, | ) ) ) ) | Hon. Eric L. Clay Hon. Denise Page Hood Hon. Gordon J. Quist |
| v. | ) ) | **INDEX OF EXHIBITS IN** |
| RUTH JOHNSON, in her official Capacity as Michigan Secretary of State, et al., | ) ) ) ) | **SUPPORT OF VOTERS' BRIEF IN RESPONSE TO DEFENDANT SECRETARY JOHNSON'S MOTION IN** |
| Defendants. | ) ) ) | **LIMINE TO EXCLUDE THE EXPERT REPORT OF DR. JOWEI CHEN** |

Joseph H. Yeager, Jr. (IN 2083-49)
Kevin M. Toner (IN 11343-49)
Harmony A. Mappes (IN 27237-49)
Jeffrey P. Justman (MN 390413)
Daniel R. Kelley (IN 30706-49)
Matthew K. Giffin (IN 31603-49)
Irina Vaynerman (MN 0396759)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317-237-0300
Jay.Yeager@FaegreBD.com
Kevin.Toner@FaegreBD.com
Harmony.Mappes@FaegreBD.com
Jeff.Justman@FaegreBD.com
Daniel.Kelley@FaegreBD.com
Matt.Giffin@FaegreBD.com
Irina.Vaynerman@FaegreBD.com

Mark Brewer (P35661)
GOODMAN ACKER P.C.
17000 West Ten Mile, Second Floor
Southfield, MI 48075
Telephone: 248-483-5000
MBrewer@goodmanacker.com

*Counsel for Voters*

# INDEX OF EXHIBITS IN SUPPORT OF VOTERS' BRIEF IN RESPONSE TO DEFENDANT SECRETARY JOHNSON'S MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT OF DR. JOWEI CHEN

1. **Exhibit 1** – Chen Report

2. **Exhibit 2** – Jowei Chen Declaration

3. **Exhibit 3** – Terry Marquardt Deposition Excerpts

4. **Exhibit 4 –** Jowei Chen Deposition

5. **Exhibit 5** – List of Enacted Districts That Violate Sub-Section (F)

6. **Exhibit 6** – Plaintiffs' Discovery Responses

7. **Exhibit 7** – Charles Severance Declaration

8. **Exhibit 8** – June 13, 2018 Email Confirmation

9. **Exhibit 9** – Table 8: Population and Housing Units, U.S. Census Bureau, 2010 Census, https://www.census.gov/prod/cen2010/cph-2-24.pdf

10. **Exhibit 10** – Yan Liu Deposition Excerpts