# EXHIBIT 8

**From:** rshannon@dickinson-wright.com <rshannon@dickinson-wright.com>
**Sent:** Wednesday, June 13, 2018 3:23 PM
**To:** Flesher, Margaret M. <Margaret.Flesher@faegrebd.com>; Yeager, Jay <Jay.Yeager@faegrebd.com>; Mappes, Harmony A. <Harmony.Mappes@FaegreBD.com>
**Subject:** Receipt Notification: MID.zip RE: Link to download files

**Your files have been received by rshannon@dickinson-wright.com**
13 June 2018 15:19:51

**Return Receipt:**
File: **MID.zip**
File size: **5.65 GB**
Downloaded at: **13 June 2018 15:19:51**
Recipient: **rshannon@dickinson-wright.com**

Secured by Accellion

**From:** rshannon@dickinson-wright.com <rshannon@dickinson-wright.com>
**Sent:** Wednesday, June 13, 2018 3:29 PM
**To:** Flesher, Margaret M. <Margaret.Flesher@faegrebd.com>; Yeager, Jay <Jay.Yeager@faegrebd.com>; Mappes, Harmony A. <Harmony.Mappes@FaegreBD.com>
**Subject:** Receipt Notification: MID2.zip RE: Link to download files

**Your files have been received by rshannon@dickinson-wright.com**
13 June 2018 15:26:22

**Return Receipt:**
File: **MID2.zip**
File size: **1.94 GB**
Downloaded at: **13 June 2018 15:26:22**
Recipient: **rshannon@dickinson-wright.com**

Secured by Accellion