# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., ) | Case No. 2:17-cv-14148 |
| Plaintiffs, ) | Hon. Eric L. Clay |
| ) | Hon. Denise Page Hood |
| ) | Hon. Gordon J. Quist |
| v. ) | |
| ) | **INDEX OF EXHIBITS IN** |
| RUTH JOHNSON, in her official ) | **SUPPORT OF VOTERS'** |
| Capacity as Michigan ) | **BRIEF IN RESPONSE TO** |
| Secretary of State, et al., ) | **THE SECRETARY'S MOTION** |
| ) | **IN LIMINE TO EXCLUDE** |
| Defendants. ) | **TESTIMONY CONCERNING** |
| ) | **VARIOUS PROFERRED** |
| ) | **GERRYMANDERING METRICS** |

Joseph H. Yeager, Jr. (IN 2083-49)
Kevin M. Toner (IN 11343-49)
Harmony A. Mappes (IN 27237-49)
Jeffrey P. Justman (MN 390413)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: 317-237-0300
Jay.Yeager@FaegreBD.com
Kevin.Toner@FaegreBD.com
Harmony.Mappes@FaegreBD.com
Jeff.Justman@FaegreBD.com

Mark Brewer (P35661)
GOODMAN ACKER P.C.
17000 West Ten Mile, Second Floor
Southfield, MI 48075
Telephone: 248-483-5000
MBrewer@goodmanacker.com

*Counsel for Voters*

**INDEX OF EXHIBITS IN SUPPORT OF VOTERS' BRIEF IN RESPONSE TO THE SECRETARY'S MOTION IN LIMINE TO EXCLUDE TESTIMONY CONCERNING VARIOUS PROFERRED GERRYMANDERING METRICS**

**Exhibit A** – Expert Report of Jowei Chen

**Exhibit B** – Expert Report of Christopher Warshaw

**Exhibit C** – Expert Report of Kenneth Mayer