# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 20, 2018

Mr. Mark C. Brewer
17000 W. Ten Mile Road
Second Floor
Southfield, MI 48075-0000

Mr. Phillip Michael Gordon
Holtzman Vogel Josefiak Torchinsky
45 N. Hill Drive, Suite 100
Warrenton, VA 20186

Mr. Jeffrey P. Justman
Faegre Baker Daniels
90 S. Seventh Street, Suite 2200
Minneapolis, MN 55402

Ms. Harmony Mappes
Mr. Joseph H. Yeager Jr.
Faegre Baker Daniels
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

Mr. Shawn Toomey Sheehy
Mr. Jason Brett Torchinsky
Holtzman Vogel Josefiak Torchinsky
45 N. Hill Drive, Suite 100
Warrenton, VA 20186

Mr. Brian D. Shekell
Clark Hill, 500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Charles R. Spies
Clark Hill
1001 Pennsylvania Avenue, N.W.
Suite 1300, S.
Washington, DC 27713

                              Re:  Case No. 18-2383, *League of Women Voters of MI, et al v. Ruth Johnson, et al*
                                     Originating Case No. : 2:17-cv-14148

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                                                         Sincerely yours,

                                                         s/Cathryn Lovely
                                                         Case Manager
                                                          Direct Dial No. 513-564-7039

cc:  Mr. David J. Weaver

Enclosure

No. 18-2383

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN; ROGER J. BRDAK; FREDERICK C. DURHAL, JR.; JACK E. ELLIS; DONNA E. FARRIS; WILLIAM "BILL" J. GRASHA; ROSA L. HOLLIDAY; DIANA L. KETOLA; JON "JACK" G. LASALLE; RICHARD "DICK" W. LONG; LORENZO RIVERA; RASHIDA H. TLIAB,<br><br>  Plaintiffs-Appellees,<br><br>v.<br><br>RUTH JOHNSON, in her official capacity as Michigan Secretary of State,<br><br>  Defendant,<br><br>LEE CHATFIELD; AARON MILLER,<br><br>  Proposed Intervenors-Appellants. | **FILED**<br>Dec 20, 2018<br>DEBORAH S. HUNT, Clerk<br><br><br>O R D E R |

BEFORE: COLE, Chief Judge; SUHRHEINRICH and THAPAR, Circuit Judges.

PER CURIAM. Both plaintiffs and proposed intervenors agree that permissive intervention is proper in light of *League of Women Voters of Mich. v. Johnson*, 902 F.3d 572, 575 (6th Cir. 2018). Plaintiffs request that the trial date not be delayed, and proposed intervenors have made numerous representations before this court that their intervention will not postpone the trial date. Accordingly, we reverse the three-judge district court, grant the motion to intervene, and remand for further proceedings consistent with this order. We also deny the intervenors' motion to stay as moot.

            ENTERED BY ORDER OF THE COURT

            Deborah S. Hunt, Clerk