# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | Case No. 2:17-cv-14148 |
| Plaintiffs, | Hon. Eric L. Clay |
| | Hon. Denise Page Hood |
| | Hon. Gordon J. Quist |
| v. | |
| RUTH JOHNSON, in her official Capacity as Michigan Secretary of State, et al., | |
| Defendants. | |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to Correct Error in Supplemental Trial Exhibit List ("Motion"). The Court, having considered the motion and being duly advised, now finds that the motion should be granted.

IT IS ORDERED that the corrected page submitted as Exhibit A to Plaintiffs' Motion is deemed filed and substituted for the page filed as part of Plaintiffs' Supplemental Trial Exhibit List [ECF 172-1] on December 22, 2018.

ENTERED:

*/s/ Eric L. Clay/*

Signed for and on behalf of the panel:
HONORABLE ERIC L. CLAY
United States Circuit Judge
HONORABLE DENISE PAGE HOOD
United States District Judge
HONORABLE GORDON J. QUIST
United States District Judge

ECF Distribution to:

jay.yaeger@FaegreBD.com
harmony.mappes@FaegreBD.com
kevin.toner@FaegreBD.com
jeff.justman@FaegreBD.com
mbrewer@goodmanacker.com
pellsworth@dickinsonwright.com
rshannon@dickinsonwright.com
macarvin@jonesday.com
jtorchinsky@hvjt.law
bshekell@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 4, 2019, by electronic and/or ordinary mail.

                                          S/Diane R. Marion
                                        Administrative Manager