UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., )<br>)<br>Plaintiffs,           )<br>)<br>v.                          )<br>)<br>)<br>RUTH JOHNSON, in her official )<br>Capacity as Michigan         )<br>Secretary of State, et al.,  )<br>)<br>Defendants.    ) | Case No. 2:17-cv-14148<br><br>Hon. Eric L. Clay<br>Hon. Denise Page Hood<br>Hon. Gordon J. Quist |

**ORDER**

This matter is before the Court on Voters' Application for Leave to Exceed Page Limit for Voter's Reply Brief for FRE 104 Motion. The Court, having considered the application and being duly advised, now finds that the application should be granted.

IT IS ORDERED that Voters are permitted to file a single reply brief responding to defendants' two response briefs [ECF Nos. 163-64] that contains text that does not exceed 14 pages, including footnotes and signatures.

US.121354042.01

ENTERED:

*/s/ Eric L. Clay/*

Signed for and on behalf of the panel:
HONORABLE ERIC L. CLAY
United States Circuit Judge
HONORABLE DENISE PAGE HOOD
United States District Judge
HONORABLE GORDON J. QUIST
United States District Judge

ECF Distribution to:

jay.yaeger@FaegreBD.com
harmony.mappes@FaegreBD.com
kevin.toner@FaegreBD.com
jeff.justman@FaegreBD.com
mbrewer@goodmanacker.com
pellsworth@dickinsonwright.com
rshannon@dickinsonwright.com
macarvin@jonesday.com
jtorchinsky@hvjt.law
bshekell@clarkhill.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 4, 2019, by electronic and/or ordinary mail.

        S/Diane R. Marion
        Administrative Manager