UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS
OF MICHIGAN, et al.,,

    Plaintiffs,

v.

JOCELYN BENSON, in her official
capacity as Michigan
Secretary of State, et. al.,

    Defendants.
_____/

Case No. 2:17-cv-14148

HON. ERIC L. CLAY
HON. GORDON J. QUIST
HON. DENISE PAGE HOOD

## ORDER

The Intervenors have filed an Emergency Motion to Stay Trial [ECF No. 183] and an *Ex Parte* Motion for Expedited Briefing on Emergency Motion to Stay Trial [ECF No. 184].

The Court, having considered Intervenors' *Ex Parte* Motion and being duly advised, **GRANTS** the motion [ECF No. 184]. Plaintiffs and the Secretary shall respond to the Intervenors' Motion to Stay by **January 17, 2019**. The Intervenors shall reply by **January 18, 2019**.

**IT IS SO ORDERED**.

Dated: January 15, 2019

        /s/ Gordon J. Quist
Signed for and on behalf of the panel:
HONORABLE GORDON J. QUIST
United States District Judge
HONORABLE ERIC L. CLAY
United States Circuit Judge
HONORABLE DENISE PAGE HOOD
United States District Judge