UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS OF
MICHIGAN, et al.,

    Plaintiffs,

v.

JOCELYN BENSON, in her official capacity
as Michigan Secretary of State, et al.,

    Defendants.
_____/

Case No. 2:17-CV-14148

Hon. Eric L. Clay
Hon. Denise Page Hood
Hon. Gordon J. Quist

## ORDER SUBSTITUTING PARTY DEFENDANT

Pursuant to Federal Rule of Civil Procedure 25(d), Jocelyn Benson, as Ruth Johnson's successor to the office of the Michigan Secretary of State, is automatically substituted as a party defendant now that Ruth Johnson no longer holds the office.

Therefore, the Clerk is directed to **SUBSTITUTE** Jocelyn Benson for Ruth Johnson as a party defendant, as Jocelyn Benson is now the party being sued in her official capacity as Michigan Secretary of State.

IT IS SO ORDERED.

Dated: January 15, 2019

/s/ Gordon J. Quist
Signed for and on behalf of the panel:

HONORABLE GORDON J. QUIST
United States District Judge

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge