UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | ) ) ) | Case No. 2:17-cv-14148 |
| Plaintiffs, | ) ) ) ) | Hon. Eric L. Clay Hon. Denise Page Hood Hon. Gordon J. Quist |
| v. | ) ) ) | **PLAINTIFFS' SUBMISSION OF UPDATED INFORMATION REGARDING WITNESS STATUS AND ORDER** |
| JOCELYN BENSON, in her official Capacity as Michigan Secretary of State, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

Joseph H. Yeager, Jr. (IN 2083-49)
Kevin M. Toner (IN 11343-49)
Harmony A. Mappes (IN 27237-49)
Jeffrey P. Justman (MN 390413)
Daniel R. Kelley (IN 30706-49)
Matthew K. Giffin (IN 31603-49)
Irina Vaynerman (MN 0396759)
Matthew R. Kinsman (IN 32032-71)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Jay.Yeager@FaegreBD.com
Kevin.Toner@FaegreBD.com
Harmony.Mappes@FaegreBD.com
Jeff.Justman@FaegreBD.com
Daniel.Kelley@FaegreBD.com
Matthew.Kinsman@FaegreBD.com

Mark Brewer (P35661)
GOODMAN ACKER P.C.
17000 West Ten Mile, Second Floor
Southfield, MI 48075
Telephone: (248) 483-5000
MBrewer@goodmanacker.com

*Counsel for Plaintiffs*

US.121821313.01

# PLAINTIFFS' SUBMISSION OF UPDATED INFORMATION REGARDING WITNESS STATUS AND ORDER

1. On January 26, 2019 the plaintiffs filed their "Revisions to Plaintiffs' 'May-Call/Will-Call' Witness Designations" (ECF 215). Plaintiffs have notified counsel for Legislative Intervenors regarding, and respectfully submit for the Court's trial preparation, the following adjustments to the then-current information:

2. Witness Brandon Dillon was identified as a may-call in ECF 215. He was discussed in Voters' trial brief (ECF 223 at 6). Plaintiffs do anticipate calling Mr. Dillon.

3. Plaintiffs' planned order of witnesses is:

    (1) Susan Smith
    (2) Christopher Warshaw
    (3) Karen Sherwood
    (4) Michael Vatter
    (5) Brandon Dillon
    (6) Andrea Yokich
    (7) Thomas Haley
    (8) William Grasha
    (9) Rosa Holliday

Of those nine witnesses, three (Grasha, Yokich and Haley) are voters who were identified by Intervenors pursuant to the Parties' Stipulation (ECF 212) and the Court's Order re: Parties' Partial Stipulations and Report thereon (ECF 234).

          Respectfully submitted,

Date: February 2, 2019      */s/ Joseph H. Yeager, Jr.*

Mark Brewer (P35661)
GOODMAN ACKER P.C.
17000 West Ten Mile, Second Floor
Southfield, MI 48075
Telephone: (248) 483-5000
MBrewer@goodmanacker.com

Joseph H. Yeager, Jr. (IN 2083-49)
Kevin M. Toner (IN 11343-49)
Harmony A. Mappes (IN 27237-49)
Jeffrey P. Justman (MN 390413)
Daniel R. Kelley (IN 30706-49)
Matthew K. Giffin (IN 31603-49)
Irina Vaynerman (MN 0396759)
Matthew R. Kinsman (IN 32032-71)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Jay.Yeager@FaegreBD.com
Kevin.Toner@FaegreBD.com
Harmony.Mappes@FaegreBD.com
Jeff.Justman@FaegreBD.com
Daniel.Kelley@FaegreBD.com
Matthew.Giffin@FaegreBD.com
Irina.Vaynerman@FaegreBD.com
Matthew.Kinsman@FaegreBD.com

*Counsel for Plaintiffs*

## Certificate of Service

I certify that on February 2, 2019, I have electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of this filing to all counsel of record in this matter.

<em>/s/Joseph H. Yeager, Jr.</em>