IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAGUE OF WOMEN VOTERS
OF MICHIGAN, et al.,

        Plaintiffs,

v.

JOCELYN BENSON, in her official
capacity as Michigan Secretary of State

        Defendant.

_____/

Civil Action No. 17-cv-14148

Hon. Eric L. Clay
Hon. Denise Page Hood
Hon. Gordon J. Quist

**LEGISLATIVE INTERVENORS'**
**NOTICE OF ADDITIONAL AUTHORITY**

Legislative Intervenors Lee Chatfield, in his official capacity as Speaker of the Michigan House of Representatives, and Representative Aaron Miller, by their attorneys, submit this Notice of Additional Authority to the Court.

On February 5, 2019, the Michigan House of Representatives passed House Resolution No. 17. Pursuant to House Resolution No. 17, "the Speaker of the House, in his official capacity as an intervenor, is authorized to speak for the House of Representatives in *League of Women Voters of Michigan, et al v. Jocelyn Benson* (2:17-cv-14148) and take all necessary steps incidental thereto, including, but not limited to, pursuing or defending any appeal."

A full and complete copy of House Resolution No. 17 is attached as Exhibit A.

Respectfully submitted,

| **Holtzman Vogel Josefiak Torchinsky PLLC** | **Clark Hill PLC** |
|---|---|
| */s/ Jason Torchinsky* | */s/ Charles R. Spies* |
| Jason Torchinsky | Charles R. Spies |
| Shawn Sheehy | Brian D. Shekell (P75327) |
| Phillip Gordon | 212 E. Cesar Chavez Ave. |
| 45 North Hill Drive, S 100 | Lansing, MI 48906 |
| Warrenton, Virginia 20106 | (517) 318-3100 |
| (540) 341-8800 | cspies@clarkhill.com |
| JTorchinsky@hvjt.law | bshekell@clarkhill.com |
| ssheehy@hvjt.law | Attorneys for Applicants |
| pgordon@hvjt.law | |
| Attorneys for Applicants | |

Date:  February 6, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2019, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all of the parties of record.

**CLARK HILL PLC**

*/s/ Charles R. Spies*