UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LEAGUE OF WOMEN VOTERS
OF MICHIGAN, et al.,

      Plaintiffs,

v.

JOCELYN BENSON, in her official
capacity as Michigan
Secretary of State, et al.

Case No: 2:17-cv-14148

HON. ERIC L. CLAY
HON. GORDON J. QUIST
HON. DENISE PAGE HOOD

---

## STIPULATED ORDER DISMISSING CONGRESSIONAL INTERVENORS DAVID TROTT and MICHAEL BISHOP

This matter having come before the Court pursuant to the stipulated agreement of the parties, as represented by counsel; Congressional Intervenors David Trott and Michael Bishop are no longer members of Congress; good cause having been shown; and the Court being otherwise advised in the premises:

**WHEREFORE, IT IS HEREBY ORDERED** that Congressional Intervenors David Trott and Michael Bishop, in their former official capacity, shall be dismissed from this action, with no costs or attorney fees awarded.

ENTERED: February 6, 2019

<u>s/Denise Page Hood</u>
Signed for and on behalf of the panel:

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge

**NOTICE AND HEARING ON ENTRY OF THE ABOVE ORDER IS WAIVED.**

Approved as to form and substance:

<u>/s/ "with consent" Joseph H. Yeager</u>
Joseph H. Yeager, Jr. (IN-2083-49)
Fabegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
P:  317-237-0300
E:  Jay.Yeager@FaegreBD.com
*Attorneys for League of Women Voters of Michigan, et al.*

/s/ *Charles R. Spies*
Charles R. Spies (DC88445)
CLARK HILL PLC
1001 Pennsylvania Ave NW
Suite 1300
Washington , DC 20004
P: 202-572-8693
E:  cspies@clarkhill.com
*Attorneys for Intervenors Republican Congressional Delegation*

<u>/s/ "with consent"  Scott R. Eldridge</u>
Scott R. Eldridge (P66452)
One Michigan Avenue
Suite 900
Lansing, Michigan 48933

        P:  517-487-2070
        E:  eldridge@millercanfield.com
      *Attorneys for Secretary of State*