UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 2:17-cv-14148 ) |
| JOCELYN BENSON, in her official capacity as Michigan Secretary of State, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

The Court having entered an Opinion and Order on this date, finds in favor of Plaintiffs and against Defendants and the Intervening Parties,

Accordingly,

Judgment is entered in favor of Plaintiffs and against Defendants and the Intervening Parties as stated in the Court's Opinion and Order.

Dated: April 25, 2019

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      BY: s/LaShawn Saulsberry
                                            Deputy Clerk

Approved as to form.

                        /s/ Denise Page Hood
                        Signed for and on behalf of the panel:

                        HONORABLE DENISE PAGE HOOD
                        United States District Judge

                        HONORABLE ERIC L. CLAY
                        United States Circuit Judge

                        HONORABLE GORDON J. QUIST
                        United States District Judge