# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, ROGER J. BRDAK, FREDERICK C. DURHAL, JR., JACK E. ELLIS, DONNA E. FARRIS, WILLIAM "BILL" J. GRASHA, ROSA L. HOLLIDAY, DIANA L. KETOLA, JON "JACK" G. LASALLE, RICHARD "DICK" W. LONG, LORENZO RIVERA and RASHIDA H. TLAIB, <br><br> Plaintiffs, <br><br> v. <br><br> RUTH JOHNSON, in her official Capacity as Michigan Secretary of State, <br><br> Defendant. | Case No. 2:17-cv-14148 <br><br> Hon. Eric L. Clay <br> Hon. Denise Page Hood <br> Hon. Gordon J. Quist |

## THE MICHIGAN SENATE'S AND THE MICHIGAN SENATORS' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1253 and 28 U.S.C. § 2101(b), the Michigan Senate and Michigan State Senators Jim Stamas, Ken Horn, and Lana Theis appeal to the United States Supreme Court this Court's April 25, 2019 Order and Final Judgment (ECF Nos. 268 and 269).

DYKEMA GOSSETT PLLC • Capitol View, 201 Townsend Street, Suite 900, Lansing, MI 48933

                    Respectfully submitted,

                    DYKEMA GOSSETT PLLC

Date:  April 30, 2019        By: */s/ Jason T. Hanselman*
                                     Gary P. Gordon (P26290)
                                     Jason T. Hanselman (P61813)
                                     Counsel for Senate Intervenors
                                     201 Townsend Street, Suite 900
                                     Lansing, MI  48933
                                     Telephone:  (517) 374-9100
                                     ggordon@dykema.com
                                     jhanselman@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record. I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.

By: */s/ Jason T. Hanselman*
   Gary P. Gordon (P26290)
   Jason T. Hanselman (P61813)
   Counsel for Senate Intervenors
   201 Townsend Street, Suite 900
   Lansing, MI  48933
   Telephone:  (517) 374-9100
   ggordon@dykema.com
   jhanselman@dykema.com

116331.000001 4822-4643-3173.2

DYKEMA GOSSETT PLLC • Capitol View, 201 Townsend Street, Suite 900, Lansing, MI 48933