# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | ) ) ) | Case No. 2:17-cv-14148 |
| Plaintiffs, | ) ) ) ) | Hon. Eric L. Clay<br>Hon. Denise Page Hood<br>Hon. Gordon J. Quist |
| v. | ) ) ) | |
| JOCELYN BENSON, in her official Capacity as Michigan Secretary of State, et al., | ) ) ) ) | |
| Defendants. | ) | |

## **CONGRESSIONAL AND STATE HOUSE INTERVENORS' NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1253, Congressional and State House Intervenors appeal this Court's opinion and final judgment (ECF 268 and 269) to the United States Supreme Court. This Court's opinion and final judgment were entered on Thursday April 25, 2019.

1

Dated: April 30, 2019

Respectfully submitted,

| **Holtzman Vogel Josefiak Torchinsky PLLC** | **Clark Hill PLC** |
|---|---|
| */s/ Jason Torchinsky* | */s/ Charles R. Spies* |
| Jason Torchinsky | Charles R. Spies |
| Shawn Sheehy | Brian D. Shekell (P75327) |
| Phillip Gordon | David M. Cessante (P58796) |
| 45 North Hill Drive, S 100 | 212 E. Cesar Chavez Ave. |
| Warrenton, Virginia 20106 | Lansing, MI 48906 |
| (540) 341-8800 | (517) 318-3100 |
| JTorchinsky@hvjt.law | cspies@clarkhill.com |
| ssheehy@hvjt.law | bshekell@clarkhill.com |
| pgordon@hvjt.law | dcessante@clarkhill.com |
| Attorneys for Intervenors | Attorneys for Intervenors |
| | |
| | */s/ Peter B. Kupelian* |
| | Peter B. Kupelian (P31812) |
| | Kevin A. Fanning (P57125) |
| | 151 S. Old Woodward |
| | Suite 200 |
| | Birmingham, MI 48009 |
| | (248) 642-9692 |
| | pkupelian@clarkhill.com |
| | kfanning@clarkhill.com |
| | Attorneys for Intervenors |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed via the CMECF system which instantaneously sent a Notice of Electronic Filing to all counsel of record.

/s/ Jason Torchinsky
Jason Torchinsky