# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, ROGER J. BRDAK, FREDERICK C. DURHAL, JR., JACK E. ELLIS, DONNA E. FARRIS, WILLIAM "BILL" J. GRASHA, ROSA L. HOLLIDAY, DIANA L. KETOLA, JON "JACK" G. LASALLE, RICHARD "DICK" W. LONG, LORENZO RIVERA and RASHIDA H. TLAIB, | Case No. 2:17-cv-14148<br><br>Hon. Eric L. Clay<br>Hon. Denise Page Hood<br>Hon. Gordon J. Quist |
| Plaintiffs, | |
| v. | |
| RUTH JOHNSON, in her official Capacity as Michigan Secretary of State, | |
| Defendant. | |

## THE MICHIGAN SENATE'S AND THE MICHIGAN SENATORS' NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1253 and 28 U.S.C. § 2101(b), the Michigan Senate and Michigan State Senators Jim Stamas, Ken Horn, and Lana Theis appeal to the United States Supreme Court this Court's April 25, 2019 Order and Final Judgment (ECF Nos. 268 and 269).

                        Respectfully submitted,

                        DYKEMA GOSSETT PLLC

Date: April 30, 2019          By: */s/ Jason T. Hanselman*
                                          Gary P. Gordon (P26290)
                                          Jason T. Hanselman (P61813)
                                          Counsel for Senate Intervenors
                                          201 Townsend Street, Suite 900
                                          Lansing, MI 48933
                                          Telephone: (517) 374-9100
                                          ggordon@dykema.com
                                          jhanselman@dykema.com

DYKEMA GOSSETT PLLC • Capitol View, 201 Townsend Street, Suite 900, Lansing, MI 48933

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record. I hereby certify that I have mailed by United States Postal Service the same to any non-ECF participants.

By: */s/ Jason T. Hanselman*
Gary P. Gordon (P26290)
Jason T. Hanselman (P61813)
Counsel for Senate Intervenors
201 Townsend Street, Suite 900
Lansing, MI  48933
Telephone:  (517) 374-9100
ggordon@dykema.com
jhanselman@dykema.com

116331.000001 4822-4643-3173.2

DYKEMA GOSSETT PLLC • Capitol View, 201 Townsend Street, Suite 900, Lansing, MI 48933