UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 2:17-cv-14148 ) |
| JOCELYN BENSON, in her official capacity as Michigan Secretary of State, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**ORDER DENYING CONGRESSIONAL AND STATE HOUSE INTERVENORS' EMERGENCY MOTION TO STAY THIS COURT'S ORDER AND JUDGMENT (ECF NO. 274); THE MICHIGAN SENATE INTERVENORS' MOTION FOR STAY PENDING APPEAL (ECF NO. 275); CONGRESSIONAL AND STATE HOUSE INTERVENORS' EX PARTE EMERGENCY MOTION TO EXPEDITE BRIEFING AND CONSIDERATION OF INTERVENORS' MOTION TO STAY THIS COURT'S ORDER AND JUDGMENT (ECF NO. 273); AND THE SENATE INTERVENORS' EX PARTE MOTION FOR IMMEDIATE CONSIDERATION OF MOTION FOR STAY PENDING APPEAL (ECF NO. 276).**

Several motions to stay are currently pending before the Court, specifically:

- Congressional and State House Intervenors' Emergency Motion to Stay this Court's Order and Judgment (ECF No. 274);

- The Michigan Senate Intervenors' Motion for Stay Pending Appeal (ECF No. 275);

- Congressional and State House Intervenors' Ex Parte Emergency Motion to Expedite Briefing and Consideration of Intervenors' Motion to Stay this Court's Order and Judgment (ECF No. 273); and

- The Senate Intervenors' Ex Parte Motion for Immediate Consideration of Motion for Stay Pending Appeal (ECF No. 276).

The Court has reviewed the above-referenced motions and the accompanying briefs in support. The Court finds that the arguments raised in these motions were fully considered and ruled upon by this Court when it previously denied the stay requests prior to trial in this matter. (*See* Ord. Denying All

Mots. to Stay Trial, ECF No. 238.) Intervenors do not raise any additional arguments in their newly-filed motions that persuade us that granting their current stay requests is warranted.

Accordingly, the Court having carefully reviewed the arguments set forth by Intervenors in their current stay requests, and having found Intervenors' arguments unpersuasive, and being otherwise fully advised in the premises, we **HEREBY DENY** the above-referenced motions to stay this Court's order and judgment forthwith.

IT IS SO ORDERED.

Dated: May 6, 2019

/s/ Eric L. Clay
Signed for and on behalf of the panel:

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge