UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF MICHIGAN, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>JOCELYN BENSON, in her official capacity as Michigan Secretary of State, et al.,<br><br>　　Defendants. | No. 2:17-cv-14148 |

**ORDER GRANTING PLAINTIFFS' AMENDED UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND ESTABLISHMENT OF BRIEFING SCHEDULE REGARDING AWARD OF ATTORNEYS' FEES AND EXPENSES UNDER 42 U.S.C. § 1988 (ECF NO. 279).**

Plaintiffs move the Court for an enlargement of time to file their request for attorneys' fees and expenses, and for the establishment of a briefing schedule regarding their fee request. Secretary Benson and Intervenors do not object to Plaintiffs' requested relief. We believe that Plaintiffs' request to extend the deadline for filing a motion for attorneys' fees is well taken given that the parties are actively engaged in the appellate process.

WHEREFORE, the Court HEREBY ORDERS that:

Motions requesting the entry of orders or bills of costs pertaining to requests for payment of attorneys' fees and/or costs may be filed after entry of judgment following completion of appeals of this Court's judgment that was entered on April 25, 2019. Although this order extends the time that Plaintiffs have available to request payment of attorneys' fees and costs, the time for filing motions and briefs, and responses thereto by Defendant Benson and the intervening

parties, following entry of judgment, in connection with appellate proceedings, shall remain as specified by the applicable federal rules of procedure.

    IT IS SO ORDERED.

Dated: May 21, 2019

<div style="margin-left:3em">

/s/ Eric L. Clay
Signed for and on behalf of the panel:

HONORABLE ERIC L. CLAY
United States Circuit Judge

HONORABLE DENISE PAGE HOOD
United States District Judge

HONORABLE GORDON J. QUIST
United States District Judge

</div>