3

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 5, 2019

Clerk
United States District Court for the Eastern
District of Michigan
U.S. Courthouse, Room 675
231 W. LaFayette Boulevard
Detroit, MI 48226



FILED

JUN 12 2019

CLERK'S OFFICE
DETROIT

Re: Michigan Senate, et al.
v. League of Women Voters of Michigan, et al.
Application No. 18A1258
(Your No. 2:17-cv-14148)

Dear Clerk:

The application for an extension of time within which to docket an appeal in the above-entitled case has been presented to Justice Sotomayor, who on June 5, 2019, extended the time to and including August 15, 2019.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

### NOTIFICATION LIST

Ms. Lisa Schiavo Blatt
Williams & Connolly LLP
725 12th Street, NW
Washington, DC  20005


Clerk
United States District Court for the Eastern District of Michigan
U.S. Courthouse, Room 675
231 W. LaFayette Boulevard
Detroit, MI  48226

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S MARSHAL

6-5-19

RECEIVED
JUN 12 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

[redacted]

4822632777 C008