# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 20, 2019

Clerk
United States District Court for the Eastern District
of Michigan
U.S. Courthouse, Room 675
231 W. LaFayette Boulevard
Detroit, MI 48226



FILED
AUG 23 2019
CLERK'S OFFICE
DETROIT

Re: Lee Chatfield, et al.
v. League of Women Voters of Michigan, et al.
No. 19-220
(Your No. 2:17-cv-14148)

Dear Clerk:

An appeal in the above-entitled case was filed in this Court August 15, 2019 and placed on the docket August 20, 2019, as No. 19-220.

Sincerely,

**Scott S. Harris**, Clerk

by  *[signature]*
Clara Houghteling
Case Analyst





OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
AUG 23 2019
U.S. DISTRICT COURT
CLERK'S OFFICE