# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 21, 2019

Clerk
United States District Court for the Eastern District
of Michigan
U.S. Courthouse, Room 675
231 W. LaFayette Boulevard
Detroit, MI 48226

FILED
OCT 24 2019
CLERK'S OFFICE
DETROIT

Re: Lee Chatfield, et al.
v. League of Women Voters of Michigan, et al.
No. 19-220
(Your No. 2:17-cv-14148)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The judgment is vacated, and the case is remanded to the United States District Court for the Eastern District of Michigan for further consideration in light of *Rucho* v. *Common Cause*, 588 U.S. ___ (2019).

Sincerely,

Scott S. Harris, Clerk

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

10-21-19

RECEIVED
OCT 24 2019
CLERK'S OFFICE
U.S. DISTRICT COURT

