# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 22, 2019

Clerk
United States District Court
  for the Eastern District of Michigan
Theodore Levin U. S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

> Re:  Lee Chatfield, et al.
>      v. League of Women Voters of Michigan, et al.,
>      No. 19-220 (Your docket No. 2:17-cv-14148)

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By  *[signature]*

Hervé Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 22, 2019

Ms. Lisa Schiavo Blatt, Esq.
Williams & Connolly LLP
725 12th Street, N. W.
Washington, D. C. 20005

      Re:   Lee Chatfield, et al.
            v.  League of Women Voters of Michigan, et al.,
           No. 19-220

Dear Ms. Blatt:

      Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk, United States District Court for the Eastern District of Michigan.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By *[signature]*
      Herve' Bocage
      Judgments/Mandates Clerk


cc:   Clerk, United States District Court for the Eastern District of Michigan
       (Your docket No. 2:17-cv-14148)

# Supreme Court of the United States

No.   19-220

**LEE CHATFIELD, ET AL.,**

                                                                             Appellants

v.

**LEAGUE OF WOMEN VOTERS OF MICHIGAN, ET AL.**

**ON APPEAL FROM** the United States District Court for the Eastern District of Michigan.

**THIS CAUSE** having been submitted on the statement as to jurisdiction.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated, and the case is remanded to the United States District Court for the Eastern District of Michigan for further consideration in light of *Rucho* v. *Common Cause,* 588 U. S. ___ (2019).

October 21, 2019

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States